# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND ("Plaintiff") declares:

1.Plaintiff has reviewed a complaint filed in this matter and authorizes the filing of a lead plaintiff motion.

2.Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Scheufele v. Tableau Software, Inc., et al.*, No. 1:17-cv-05753 (S.D.N.Y.)
*In re Alta Mesa Resources, Inc. Sec. Litig.*, No. 4:19-cv-00957 (S.D. Tex.)

6.Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

JELD-WEN

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2020.

PLUMBERS AND PIPEFITTERS
NATIONAL PENSION FUND

By: _____
Toni C. Inscoe, Fund Administrator

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/27/2017 | 17,600 | $23.00 |
| 05/25/2017 | 1,100 | $31.00 |
| 05/25/2017 | 4,099 | $30.98 |
| 05/25/2017 | 15,900 | $30.75 |
| 06/08/2017 | 4,229 | $31.40 |
| 06/09/2017 | 4,272 | $31.67 |
| 06/28/2017 | 1,977 | $33.47 |
| 07/05/2017 | 2,087 | $31.74 |
| 07/11/2017 | 2,198 | $30.79 |
| 07/25/2017 | 700 | $32.28 |
| 07/26/2017 | 900 | $32.52 |
| 07/26/2017 | 1,300 | $32.47 |
| 07/27/2017 | 3,918 | $32.37 |
| 08/08/2017 | 1,400 | $31.15 |
| 08/08/2017 | 9,200 | $29.99 |
| 08/09/2017 | 3,082 | $30.85 |
| 08/17/2017 | 3,466 | $27.99 |
| 11/16/2017 | 1,613 | $34.66 |
| 11/16/2017 | 12,300 | $33.75 |
| 02/06/2018 | 2,677 | $37.40 |
| 02/21/2018 | 3,600 | $33.46 |
| 03/28/2018 | 1,100 | $30.09 |
| 03/29/2018 | 1,400 | $30.65 |
| 04/02/2018 | 710 | $30.21 |
| 05/01/2018 | 2,100 | $28.45 |
| 05/02/2018 | 800 | $28.71 |
| 05/02/2018 | 3,100 | $28.70 |
| 05/03/2018 | 800 | $29.00 |
| 05/03/2018 | 1,800 | $29.07 |
| 05/04/2018 | 5,059 | $28.85 |
| 05/11/2018 | 3,806 | $28.93 |
| 05/24/2018 | 3,371 | $27.93 |
| 08/08/2018 | 8,184 | $25.64 |
| 08/09/2018 | 4,600 | $24.67 |
| 08/10/2018 | 1,818 | $24.90 |
| 08/28/2018 | 1,000 | $24.95 |
| 08/28/2018 | 2,200 | $25.27 |
| 08/29/2018 | 3,239 | $25.22 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/21/2017 | 2,600 | $30.01 |
| 02/22/2017 | 4,390 | $30.38 |
| 02/23/2017 | 1,100 | $31.02 |
| 02/23/2017 | 1,189 | $30.81 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/10/2017 | 700 | $32.10 |
| 03/13/2017 | 1,200 | $32.10 |
| 03/17/2017 | 1,700 | $32.18 |
| 03/20/2017 | 1,464 | $32.16 |
| 03/21/2017 | 2,100 | $32.77 |
| 03/23/2017 | 200 | $32.70 |
| 03/28/2017 | 957 | $32.71 |
| 06/21/2017 | 570 | $34.81 |
| 06/21/2017 | 1,200 | $34.71 |
| 09/14/2017 | 3,068 | $33.10 |
| 11/06/2017 | 1,700 | $35.46 |
| 12/20/2017 | 1,100 | $39.15 |
| 12/21/2017 | 1,454 | $39.11 |
| 02/08/2018 | 600 | $36.99 |
| 02/08/2018 | 700 | $37.50 |
| 02/09/2018 | 600 | $37.37 |
| 02/15/2018 | 1,200 | $37.10 |
| 02/16/2018 | 700 | $35.39 |
| 02/16/2018 | 773 | $36.18 |
| 02/16/2018 | 7,452 | $37.69 |
| 02/28/2018 | 800 | $29.31 |
| 02/28/2018 | 800 | $29.92 |
| 02/28/2018 | 1,000 | $29.39 |
| 02/28/2018 | 2,201 | $30.97 |
| 03/06/2018 | 3,082 | $31.83 |
| 05/08/2018 | 800 | $31.00 |
| 07/19/2018 | 1,100 | $30.03 |
| 07/20/2018 | 900 | $30.06 |
| 07/24/2018 | 331 | $28.71 |

Prices listed are rounded up to two decimal places.