AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Cambridge Ret. Sys. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-00112 |
| Jeld-Wen Holding, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeld-Wen Holding, Inc., Mark A. Beck, L. Brooks Mallard, Gary S. Michel .

Date: 05/05/2020

/s/ Garrett H. Hooe
*Attorney's signature*

Garrett H. Hooe (Va. Bar No. 83983)
*Printed name and bar number*

McGuireWoods LLP
800 East Canal St.
Richmond, VA 23219
*Address*

ghooe@mcguirewoods.com
*E-mail address*

(804) 775-1065
*Telephone number*

(804) 698-2079
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.


By:   */s/ Garrett H. Hooe*

                                          Garrett H. Hooe (Va. Bar No. 83983)
                                          McGuireWoods LLP
                                          800 East Canal Street
                                          Richmond, Virginia 23219
                                          Telephone: (804) 775-1065
                                          Facsimile: (804) 698-2079
                                          ghooe@mcguirewoods.com