# Exhibit A

## CERTIFICATION

I, Ta'Shia S. Gordon, as Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Mississippi PERS. I have reviewed an amended complaint prepared against JELD-WEN Holding, Inc. ("Jeld-Wen") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2. Mississippi PERS did not purchase common stock of Jeld-Wen at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Mississippi PERS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Mississippi PERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Mississippi PERS' transactions in Jeld-Wen common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. Mississippi PERS sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following class actions under the federal securities laws filed during the last three-year period preceding the date of this Certification:

*Critchley v. Dr. Reddy's Laboratories Limited*, No. 1:17-cv-6436 (D.N.J.)
*In re Acuity Brands, Inc. Securities Litigation*, No. 1:18-cv-02140 (N.D. Ga.)
*Wigginton v. Advance Auto Parts, Inc.*, No. 1:18-cv-0212 (D. Del.)
*In re Wageworks, Inc. Securities Litigation*, No. 4:18-cv-1523 (N.D. Cal.)
*In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-1725 (N.D. Cal.)
*Gordon v. Nielsen Holdings, plc*, No. 1:18-cv-7143 (S.D.N.Y.)
*Edwards v. McDermott International, Inc.*, No. 4:18-cv-4330 (S.D. Tex.)
*Seeks v. The Boeing Company*, No. 1:19-cv-2394 (N.D. Ill.)

*Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc.*,
No. 4:20-cv-0005 (N.D. Ga.)
*In re JELD-WEN Holding Inc. Securities Litigation*, No. 3:20-cv-0112 (E.D. Va.)

6. Mississippi PERS sought to serve as a lead plaintiff and/or representative party on behalf of a class in the following class actions under the federal securities laws filed during the last three-year period preceding the date of this Certification but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Public Employees' Retirement System of Mississippi v. Endo International plc*,
No. 2:17-cv-1466 (E.D. Pa.)
*Public Employees' Retirement System of Mississippi v. Sprouts Farmers Market, Inc.*,
No. 2:18-cv-0695 (D. Ariz.)
*Cambridge Retirement System v. Mednax, Inc.*, No. 0:18-cv-61572 (S.D. Fla.)
*Jansen v. International Flavors & Fragrances Inc.*, No. 1:19-cv-7536 (S.D.N.Y.)

7. Beyond its pro rata share of any recovery, Mississippi PERS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 22nd day of June, 2020.

*[signature: Ta'Shia L. Gorden]*
Ta'Shia S. Gordon, Mississippi Bar No.101228
*Special Assistant Attorney General in the*
*Office of the Attorney General of the State of*
*Mississippi on behalf of the Public Employees'*
*Retirement System of Mississippi*

2

EXHIBIT A

TRANSACTIONS IN JELD-WEN HOLDINGS, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 01/27/17 | 33,200.00 | $23.00 | ($763,600.00) |
| Purchase | 02/02/17 | 40.00 | $27.41 | ($1,096.45) |
| Sale | 02/03/17 | -4,400.00 | $28.24 | $124,247.20 |
| Sale | 02/03/17 | -5,300.00 | $28.33 | $150,168.08 |
| Sale | 02/09/17 | -1,000.00 | $29.53 | $29,534.40 |
| Sale | 02/09/17 | -3,000.00 | $29.01 | $87,030.00 |
| Sale | 02/09/17 | -6,600.00 | $29.08 | $191,907.54 |
| Sale | 02/10/17 | -800.00 | $29.61 | $23,691.04 |
| Sale | 02/10/17 | -2,700.00 | $29.63 | $79,993.44 |
| Sale | 02/10/17 | -2,800.00 | $29.62 | $82,922.00 |
| Sale | 02/21/17 | -1,600.00 | $30.13 | $48,210.08 |
| Sale | 02/21/17 | -1,900.00 | $30.01 | $57,023.94 |
| Purchase | 02/28/17 | 100.00 | $31.24 | ($3,124.00) |
| Sale | 02/28/17 | -3,240.00 | $30.38 | $98,443.19 |
| Purchase | 11/16/17 | 67,900.00 | $33.75 | ($2,291,625.00) |
| Sale | 12/14/17 | -12,295.00 | $38.60 | $474,587.00 |
| Purchase | 02/01/18 | 77.00 | $39.49 | ($3,041.03) |
| Sale | 02/16/18 | -12,200.00 | $36.34 | $443,350.44 |
| Purchase | 02/21/18 | 1,200.00 | $32.42 | ($38,908.92) |
| Purchase | 02/21/18 | 3,000.00 | $33.46 | ($100,370.40) |
| Purchase | 02/22/18 | 2,300.00 | $33.71 | ($77,533.69) |
| Purchase | 02/22/18 | 5,500.00 | $33.97 | ($186,820.70) |
| Purchase | 02/27/18 | 7,100.00 | $32.00 | ($227,192.19) |
| Purchase | 02/28/18 | 7,100.00 | $30.02 | ($213,157.62) |
| Purchase | 02/28/18 | 1,600.00 | $30.41 | ($48,651.52) |
| Purchase | 02/28/18 | 2,700.00 | $31.21 | ($84,276.18) |
| Purchase | 03/01/18 | 1,300.00 | $31.17 | ($40,519.70) |
| Purchase | 03/01/18 | 800.00 | $31.17 | ($24,936.48) |
| Purchase | 03/01/18 | 1,100.00 | $31.20 | ($34,319.67) |
| Purchase | 03/05/18 | 653.00 | $32.13 | ($20,981.09) |
| Purchase | 03/07/18 | 1,419.00 | $31.91 | ($45,277.88) |
| Purchase | 03/08/18 | 593.00 | $31.68 | ($18,787.66) |
| Purchase | 03/16/18 | 1,800.00 | $33.40 | ($60,124.50) |
| Purchase | 03/16/18 | 3,600.00 | $33.42 | ($120,297.24) |
| Purchase | 03/19/18 | 900.00 | $33.10 | ($29,788.56) |
| Purchase | 03/19/18 | 7,700.00 | $33.36 | ($256,867.38) |
| Purchase | 04/10/18 | 146.00 | $29.74 | ($4,342.49) |
| Purchase | 04/17/18 | 10,000.00 | $30.37 | ($303,735.00) |
| Purchase | 04/24/18 | 150.00 | $29.99 | ($4,499.24) |
| Purchase | 04/27/18 | 149.00 | $28.93 | ($4,310.54) |
| Purchase | 05/07/18 | 338.00 | $29.77 | ($10,060.84) |
| Purchase | 05/11/18 | 140.00 | $28.99 | ($4,058.04) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 05/14/18 | 8,000.00 | $28.56 | ($228,471.20) |
| Purchase | 05/21/18 | 159.00 | $29.07 | ($4,622.16) |
| Purchase | 05/24/18 | 165.00 | $28.01 | ($4,620.99) |
| Purchase | 05/30/18 | 151.00 | $27.57 | ($4,163.72) |
| Purchase | 06/05/18 | 215.00 | $27.72 | ($5,959.41) |
| Purchase | 06/11/18 | 6,800.00 | $29.39 | ($199,854.72) |
| Purchase | 06/11/18 | 1,100.00 | $29.41 | ($32,353.86) |
| Purchase | 06/12/18 | 1,537.00 | $29.08 | ($44,691.96) |
| Purchase | 06/14/18 | 473.00 | $28.96 | ($13,696.85) |
| Purchase | 07/11/18 | 306.00 | $29.06 | ($8,892.57) |
| Purchase | 07/17/18 | 310.00 | $29.26 | ($9,070.57) |
| Purchase | 07/26/18 | 159.00 | $28.04 | ($4,457.87) |
| Purchase | 07/27/18 | 317.00 | $27.41 | ($8,687.48) |
| Purchase | 08/07/18 | 9,000.00 | $26.43 | ($237,876.30) |
| Purchase | 08/08/18 | 9,500.00 | $25.31 | ($240,434.55) |
| Purchase | 08/08/18 | 182.00 | $25.82 | ($4,699.75) |
| Purchase | 08/16/18 | 270.00 | $26.70 | ($7,209.14) |
| Purchase | 08/24/18 | 109.00 | $24.81 | ($2,704.40) |
| Purchase | 10/03/18 | 110.00 | $24.52 | ($2,697.50) |
| Purchase | 10/05/18 | 314.00 | $23.90 | ($7,504.76) |
| Purchase | 10/09/18 | 9,700.00 | $23.25 | ($225,545.37) |