**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE: JELD-WEN HOLDING, INC.
SECURITIES LITIGATION

Civil Action No. 3:20-cv-00112

Judge John A. Gibney, Jr.

**APPENDIX A IN SUPPORT OF**
**DEFENDANT JELD-WEN HOLDING, INC. AND THE INDIVIDUAL DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Sandra C. Goldstein, P.C.
Rachel M. Fritzler
Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

Brian C. Riopelle
Brian E. Pumphrey
Brian D. Schmalzbach
Garrett H. Hooe
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1000

*Attorney for Defendants JELD-WEN Holding,*
*Inc., Mark A. Beck, L. Brooks Mallard, Kirk*
*S. Hachigian, and Gary S. Michel*

**Appendix A: Bases for Dismissal with Respect to Each Allegedly False or Misleading Statement**

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| **Pricing Statements** | | | | |
| ***"Pricing Discipline"*** | | | | |
| Defendants also described their "competitive" business strategy as one relying on legitimate and lawful practices, including "pricing optimization" and "pricing discipline," stating that "*[w]e are focused on profitable growth and will continue to employ a strategic approach to pricing our products. Pricing discipline is an important element of our effort to improve our profit margins and earn an appropriate return on our invested capital.*" | ¶ 144 (IPO Prospectus (Ex. 4)[1]); *see* ¶¶ 175 (First SPO Prospectus (Ex. 13)), 202 (Second SPO Prospectus (Ex. 23)); *see also* ¶¶ 16, 20, 104, 123, 164 (1Q 2017 Earnings Call (Ex. 11)), 280. | X | | X |
| Defendants also described their "competitive" business strategy as one relying on legitimate and lawful practices, including "pricing optimization" and "pricing discipline," stating that "*[w]hile we operate in competitive markets, pricing discipline is an important element of our strategy to achieve profitable growth through improved margins. Our strategies also include incentivizing our channel partners to sell our higher margin products, and we believe a renewed focus on innovation and the development of new technologies will increase our sales volume and the overall profitability of our product mix.*" | ¶ 159 (2016 10-K (Ex. 9)); *see* ¶¶ 215 (2017 10-K (Ex. 27)); *see also* ¶¶ 16, 20, 102, 123, 164 (1Q 2017 Earnings Call), 280. | X | | X |

---

[1]    For the Court's convenience, the parenthetical labels identify the document cited as well as what exhibit to the Declaration of Jacob M. Rae submitted in support of JELD-WEN and the Individual Defendants' motion to dismiss corresponds to that document. Exhibit numbers are only noted the first time a document is mentioned.

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| On November 8, 2017, Jeld-Wen participated in the Robert W. Baird Global Industrial Conference (the "November 8, 2017 Robert W. Baird Conference"). Defendant Beck spoke on behalf of Jeld-Wen. When discussing the trajectory and cause of the Company's growth, Defendant Beck stated, "*[w]hat got us from 4% to almost 12% was – about 70% to 75% of that came on the back of price discipline. When the transformation began, pricing responsibility existed with plant managers, with salespeople, and we've centralized that. We have a central pricing analytics group, and we've centralized the authority to set pricing. And we've been very, very disciplined*." | ¶ 198 (Robert W. Baird Conference (Ex. 22)); *see also* ¶ 109. | X | | X |
| *"Pricing Optimization"* | | | | |
| Defendants continued to attribute their success to a "*strategic[ ] change [in] our pricing strategy in several key areas*," including a "*focus[ ] on making strategic pricing decisions based on analysis of customer and product level profitability to restore profitability to underperforming lines of business*," and an "*increased [] emphasis on pricing optimization*." | ¶ 145 (IPO Prospectus); *see* ¶¶ 160 (2016 10-K), 176 (First SPO Prospectus), 203 (Second SPO Prospectus), 216 (2017 10-K); *see also* ¶¶ 16, 20, 103, 106, 110, 123, 280. | X | | X |
| Then, in discussing the Company's recent increase in net revenues, Defendants stated that the increase was due, in part, to "*an increase in pricing as a result of implementing our pricing optimization strategy*." | ¶ 146 (IPO Prospectus); *see* ¶¶ 171 (1Q 2017 10-Q (Ex. 12)), 177 (First SPO Prospectus), 204 (Second SPO Prospectus); *see also* ¶¶ 16, 20, 106, 123, 280. | X | | X |

2

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| On February 22, 2017, Jeld-Wen held an earnings call discussing the Company's fourth quarter and full year 2016 financial results (the "February 22, 2017 Earnings Call"). During that call, Defendant Mallard attributed those results, including specifically the Company's increase in adjusted EBITDA and EBITDA margins, to legitimate and lawful strategies, including "*favorable pricing*, improved cost productivity, and the favorable impact of recent acquisitions." Defendant Mallard went on to say that the improvement in Jeld-Wen's revenues "*was driven by a 5% core growth comprised of a 2% benefit from our pricing optimization strategy in all three segments*." | ¶ 152 (4Q 2016 Earnings Call (Ex. 7)); *see also* ¶¶ 16, 20, 105, 106, 123, 280, 282. | X | | X |
| In connection with the February 22, 2017 Earnings Call, Defendants released a presentation for investors (the "February 22, 2017 Investor Presentation") in which Jeld-Wen further emphasized its "Balanced Approach to Margin Expansion" and its "World-Class Performance and Returns," highlighting several drivers for revenue growth and margin expansion. Among those drivers, the Company listed "*Profitable Organic Growth*" from, among other things, "*Strategic Pricing*" and "*Pricing Optimization*." | ¶ 153 (4Q 2016 Investor Presentation (Ex. 8)); *see* ¶¶ 166 (1Q 2017 Investor Presentation (Ex. 10)), 183 (2Q 2017 Investor Presentation (Ex. 17)); *see also* ¶ 193 (3Q 2017 Investor Presentation (Ex. 19)). | X | | X |
| *"Positive Pricing"* | | | | |
| On May 9, 2017, Jeld-Wen issued a press release announcing its financial results for the first quarter 2017 (the "May 9, 2017 Press Release"). In the press release, which was also filed with the SEC on Form 8-K, the Company stated that "*[c]ore growth increased primarily as a result of increased shipping days in the quarter and positive pricing*," leading to an "*increase in gross margin*." | ¶ 163 (1Q 2017 Earnings Press Release (Ex. 10)). | X | | X |

3

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| That same day, Jeld-Wen held an earnings call discussing the Company's third quarter 2017 financial results (the "November 7, 2017 Earnings Call"). During that call, Defendant Beck reiterated the Company's position, stating that "*[w]e are delivering core revenue growth with positive pricing*." | ¶ 191 (1Q 2017 Earnings Press Release); *see also* ¶ 282. | X | | X |
| *"Reset Pricing"* | | | | |
| Then, in response to an analyst's question about pricing, Defendant Beck stated that "*if you go back for the last couple of years, we were doing larger than market price increases as we were playing catch up and trying to reset pricing where we thought it would be*." | ¶ 165 (1Q 2017 Earnings Call); *see also* ¶ 107. | X | | X |
| *"Favorable Pricing"* | | | | |
| On August 8, 2017, Jeld-Wen held an earnings call discussing the Company's second quarter 2017 financial results (the "August 8, 2017 Earnings Call"). During that call, Defendant Mallard attributed those results, including specifically the Company's increase in gross gross margin and adjusted EBITDA, to legitimate and lawful strategies, including "*favorable pricing,* operational cost savings, improved mix and the impact of our recent acquisitions." Defendant Mallard went on to say that "when we look at our entire manufacturing network and the demand that's coming in, we look at all the levers and we figure out which one we think is going to pull the most profitability for us. *And so I would say we'd probably been pulling more on the price lever in the first half of the year*, as opposed to the volume lever . . . *and then that's resulted in nice margin accretion*." | ¶ 182 (2Q 2017 Earnings Call (Ex. 16)). | X | | X |

4

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| On November 7, 2017, Jeld-Wen issued a press release announcing its financial results for the third quarter 2017 (the "November 7, 2017 Press Release"). In the press release, which was also filed with the SEC on Form 8-K, the Company stated that in North America "*[t]he core revenue growth was primarily due to favorable pricing*."[2] | ¶ 190 (3Q 2017 Earnings Press Release (Ex. 19)); *see* ¶¶ 180 (2Q 2017 10-Q (Ex. 15)), 195 (3Q 2017 10-Q (Ex. 21)), 217 (2017 10-K), 221 (1Q 2018 10-Q (Ex. 29)), 223 (2Q 2018 10-Q (Ex. 30)); *see also* ¶¶ 16, 105, 124, 125, 164 (1Q 2017 Earnings Call), 182 (2Q 2017 Earnings Call), 192 (3Q 2017 Earnings Call (Ex. 20)), 280. | X | | X |
| *"Pricing Actions"* | | | | |
| On May 8, 2018, Jeld-Wen held an earnings call discussing the Company's first quarter 2018 results (the "May 8, 2018 Earnings Call"). When discussing the trajectory and cause of the Company's growth, Defendant Hachigian stated, "*I think the path from 4% to 12% has been primarily getting rid of bad-margin business, taking pricing actions to get us back to price points that were prerecession*." | ¶ 219 (1Q 2018 Earnings Call (Ex. 28)); *see also* ¶¶ 124, 283. | X | | X |

---

[2]   For readability, Appendix A consolidates statements where they are either identical, or where the allegedly misleading language (as emphasized in the Complaint) is contained within a broader statement.  For example, allegations based on JELD-WEN stating that aspects of its financial performance were "due to favorable pricing" are treated as related to the statement that "[t]he core revenue growth was primarily due to favorable pricing" because the attribution to "favorable pricing" is each allegation's focus.

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| *"Improved Pricing"* | | | | |
| On that same day, Jeld-Wen held an earnings call discussing the Company's second quarter 2018 financial results (the "August 7, 2018 Earnings Call"). During that call, Defendant Michel attributed the Company's "strong revenue growth," in part, to legitimate and lawful strategies, including *"improved pricing in all 3 regions both compared to [the] prior year as well as sequentially compared to the first quarter."* | ¶ 225 (2Q 2018 Earnings Call (Ex. 31)); *see also* ¶¶ 103, 125, 283. | X | | X |
| **Competitiveness Statements** | | | | |
| In the IPO Offering Materials, the Defendants represented that "*[t]he door and window industry is highly competitive and includes a number of regional and international competitors*," with "*Masonite and several smaller independent door manufacturers*" among its "*major competitors*" in the North American interior door market. Defendants went on to state that "*[w]e operate in a highly competitive business environment*." | ¶ 143 (IPO Prosepectus); *see* ¶¶ 158 (2016 10-K), 174 (First SPO Prospectus), 201 (Second IPO Prospectus), 214 (2017 10-K); *see also* ¶¶ 15, 20, 102, 110, 123. | X | | |
| On September 14, 2017, Jeld-Wen participated in the RBC Capital Markets Global Industrials Conference (the "September 14, 2017 RBC Conference"). Defendant Beck spoke on behalf of Jeld-Wen. When asked by an analyst if he felt that the current competitive environment in North America was a "rational pricing environment" with "people behaving," Defendant Beck replied "*Yes*." | ¶ 188 (RBC Conference (Ex. 18)); *see also* ¶ 108. | X | X | |

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|---|---|---|
| **Quality Statements** | | | | |
| Defendant Beck elaborated further on the February 22, 2017 Earnings Call by touting Jeld-Wen's "number one position by net revenues in the majority of countries and markets we serve." He attributed the Company's leading market position to "***offering well-designed, high-quality products through strong and valued brands, and by reaching consumers through multiple channels.***" | ¶ 155 (4Q 2016 Earnings Call (Ex. 7)); *see* ¶ 168 (1Q 2017 Earnings Call); *see also* ¶ 185 (2Q 2017 Earnings Call). | X | | X |
| **Litigation Statements** | | | | |
| The Company downplayed the import and accuracy of the jury verdict, stating that:<br><br>***The Company continues to believe that the facts underlying this dispute do not establish either a violation of the antitrust laws or a breach of contract.*** The Company notes that both before and after the CMI acquisition, the Antitrust Division of the Department of Justice reviewed the transaction and did not challenge it. JELD-WEN believes that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. JELD-WEN intends to vigorously oppose entry of an adverse judgment, and to appeal any adverse judgment that may be entered. Accordingly, ***the Company does not believe that the ultimate outcome of this matter will have a material impact on its ability to operate in the ordinary course of business.*** | ¶ 207 (Jury Verdict Press Release (Ex. 25)); *see also* ¶¶ 17, 115. | X | X | |

| Statement | Compl. ¶¶ | Not False/ Misleading | Opinion | Puffery |
|---|---|:---:|:---:|:---:|
| On February 21, 2018, Jeld-Wen held an earnings call discussing the Company's fourth quarter and full year 2017 financial results (the "February 21, 2018 Earnings Call"). During that call, Defendant Beck further addressed the jury verdict in the Steves & Sons Litigation, stating that "*we continue to believe that the claims asserted in the litigation lack merit.* I will note that the Department of Justice reviewed our acquisition of CMI twice and declined to take any action. *Furthermore, we believe that we acted in good faith and in compliance with our contractual agreements*." Defendant Beck further noted that despite the verdict, "[a]t this time, we have not reserved for any judgment related to this matter, *as we do not believe that a loss is probable and estimable for the reasons that we've just described*." | ¶ 211 (4Q 2017 Earnings Call (Ex. 26)); *see also* ¶¶ 120, 284. | X | X | |
| On the same call, when asked about the Steves & Sons verdict, Defendant Michel reiterated that "*JELD-WEN believes that the jury verdict in this case is erroneous*." | ¶ 227 (2Q 2018 Earnings Call); *see also* ¶¶ 17, 126, 137, 284. | X | X | |
| On October 6, 2018, Jeld-Wen issued a press release addressing the October 5, 2018 decision (the "October 6, 2018 Press Release"). In the press release, which was also filed with the SEC on Form 8-K on October 9, 2018, the Company stated that "*JELD-WEN firmly maintains that it has not violated any antitrust laws*," and that the October 5, 2018 ruling was "*incorrect due to multiple flawed rulings during the trial process*." | ¶ 231 (Divestiture Decision Press Release (Ex. 34)), *see also* ¶¶ 23, 133, 137. | X | X | |