**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 <br><br> Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN SUPPORT OF
DEFENDANT JELD-WEN HOLDING, INC. AND THE INDIVIDUAL DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.       I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants").  This Declaration accompanies the Memorandum of Law in Support of JELD-WEN and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint:

2.       Attached hereto as Exhibit 1 is a true and correct copy of excerpts[1] from the transcript of a Masonite International Corporation investor conference call, which took place on June 25, 2014 and is available through S&P Global Market Intelligence (with subscription), and which is quoted in paragraph 83 of the Amended Consolidated Class Action Complaint, filed by Plaintiffs in the above captioned action on June 22, 2020, at Dkt. No. 73 (the "Complaint").

---

[1]    For the Court's convenience, exhibits have been excerpted to include only those pages cited in either JELD-WEN and the Individual Defendants' memorandum of law in support of their motion to dismiss or in the Complaint, as well as any relevant surrounding context.  If the Court would prefer full copies of any (or all) excerpted exhibits, JELD-WEN and the Individual Defendants will, of course, provide them.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Complaint for Injunctive and Declaratory Relief, Damages, and Specific Performance, dated June 29, 2016, publicly filed in *Steves and Sons, Inc., v. Jeld-Wen, Inc.*, Civil Action No. 3:16-cv-00545-REP (the "*Steves* Docket"), at Dkt. No. 1, which is quoted in paragraph 100 of the Complaint.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Plaintiff Steves and Sons, Inc.'s Memorandum in Opposition to Defendant JELD-WEN, Inc.'s Motion to Dismiss Count One of the Complaint, dated August 19, 2016, publicly filed on the *Steves* Docket, at Dkt. No. 41.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from JELD-WEN's Initial Public Offering Prospectus and accompanying Consolidated Financial Statements, filed pursuant to Rule 424(b)(4) with the United States Securities and Exchange Commission ("SEC") on the Electronic Data Gathering, Analysis, and Retrieval System ("EDGAR") on January 30, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000119312517023650/0001193125-17-023650-index.htm, which is quoted in paragraphs 101-104 and 142-146 of the Complaint.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from an analyst report issued by Wedbush Securities, titled "JELD-WEN Holdings (JELD), Initiating with OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value," dated February 2, 2017, which is quoted in paragraph 150 of the Complaint.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from an analyst report issued by Barclays Capital Inc., titled "JELD-WEN Holding, Inc., Repairing and

2

Remodeling Margins; Initiate at Overweight," dated February 21, 2017, which is quoted in paragraph 151 of the Complaint.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of JELD-WEN's Fourth Quarter 2016 Earnings Conference Call, which took place on February 22, 2017 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 105, 152, 155, and 282 of the Complaint.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from JELD-WEN's Fourth Quarter and Full Year 2016 Investor Presentation, dated February 22, 2017, available on Jeld-Wen's Investor Relations webpage at https://s2.q4cdn.com/714858690/files/doc_presentations/q4-earnings-slides-presentation.pdf, which is quoted in paragraphs 106 and 153 of the Complaint.

10.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the JELD-WEN Form 10-K for the fiscal year ended December 31, 2016, filed with the SEC on EDGAR on March 3, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433517000009/0001674335-17-000009-index.htm, which is quoted in paragraphs 158-160 of the Complaint.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the JELD-WEN Form 8-K, filed with the SEC on EDGAR on May 9, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433517000013/0001674335-17-000013-index.htm, which attached as Exhibit 99.1 a JELD-WEN press release, dated May 9, 2017, titled "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," which is quoted in paragraph 163 of the Complaint, and attached as Exhibit 99.2 JELD-WEN's

First Quarter 2017 Results Investor Presentation, dated May 9, 2017, which is quoted in paragraph 166 of the Complaint.

12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of JELD-WEN's First Quarter 2017 Earnings Conference Call, which took place on May 9, 2017 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 107, 164-165, and 168 of the Complaint.

13.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the JELD-WEN Form 10-Q for the quarterly period ended April 1, 2017, filed with the SEC on EDGAR on May 12, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433517000018/0001674335-17-000018-index.htm, which is quoted in paragraph 171 of the Complaint.

14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of JELD-WEN's Secondary Public Offering Prospectus, filed pursuant to Rule 424(b)(4) with the SEC on EDGAR on May 26, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000119312517185731/d391688d424b4.htm, which is quoted in paragraphs 174-177 of the Complaint.

15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from an analyst report issued by Credit Suisse Group, titled "JELD-WEN Holding Inc.: Getting a Handle on Windows and Doors; Initiating Coverage with an Outperform Rating and $39 Target Price," dated June 22, 2017, which is quoted in paragraph 179 of the Complaint.

16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the JELD-WEN Form 10-Q for the quarterly period ended July 1, 2017, filed with the SEC on EDGAR on August 8, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/

000167433517000028/0001674335-17-000028-index.htm, which is quoted in paragraph 180 of the Complaint.

17.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of JELD-WEN's Second Quarter 2017 Earnings Conference Call, which took place on August 8, 2017 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 182 and 185 of the Complaint.

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from JELD-WEN's Second Quarter 2017 Results Investor Presentation, dated August 8, 2017, available on JELD-WEN's Investor Relations webpage at https://s2.q4cdn.com/714858690/files/doc_presentations/second-quarter-2017-earnings-presentation.pdf, which is quoted in paragraph 183 of the Complaint.

19.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from a transcript from the Royal Bank of Canada Global Industrials Conference, which took place September 14, 2017 and is available through FACTSET (with subscription), which is quoted in paragraphs 108 and 188 of the Complaint.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the JELD-WEN Form 8-K, filed with the SEC on EDGAR on November 7, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433517000045/0001674335-17-000045-index.htm, which attached as Exhibit 99.1 a JELD-WEN press release, dated November 7, 2017, titled "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," which is quoted in paragraph 190 of the Complaint, and attached as Exhibit 99.2 JELD-WEN's Third Quarter 2017 Results Investor Presentation, dated November 7, 2017, which is quoted in paragraph 193 of the Complaint.

5

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the transcript of JELD-WEN's Third Quarter 2017 Earnings Conference Call, which took place on November 7, 2017 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 191-192 and 282 of the Complaint.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the JELD-WEN Form 10-Q for the quarterly period ended September 30, 2017, filed with the SEC on EDGAR on November 8, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433517000054/0001674335-17-000054-index.htm, which is quoted in paragraph 195 of the Complaint.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a transcript from the Robert W. Baird Global Industrial Conference, which took place November 8, 2017 and is available through FACTSET (with subscription), which is quoted in paragraphs 109 and 198 of the Complaint.

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from JELD-WEN's Secondary Public Offering Prospectus, filed pursuant to Rule 424(b)(4) with the SEC on EDGAR on November 17, 2017, available at https://www.sec.gov/Archives/edgar/data/1674335/000119312517345857/d459059d424b4.htm, which is quoted in paragraphs 201-204 of the Complaint.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a Verdict Form, dated February 15, 2018, publicly filed on the *Steves* Docket, at Dkt. No. 1022.

26.     Attached hereto as Exhibit 25 is a true and correct copy of a JELD-WEN press release, dated February 15, 2018, titled "JELD-WEN Announces Jury Verdict in Steves & Sons Lawsuit," available on Jeld-Wen's Investor Relations webpage at

https://s2.q4cdn.com/714858690/files/doc_news/archive/1b75f8a6-fabb-4cb1-bf82-8a9655fc6977.pdf, which is quoted in paragraphs 115-116 and 207 of the Complaint.

27.     Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the transcript of JELD-WEN's Fourth Quarter 2017 Earnings Conference Call, which took place on February 21, 2018 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 120, 211, and 284 of the Complaint.

28.     Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the JELD-WEN Form 10-K for the fiscal year ended in December 31, 2017, filed with the SEC on EDGAR on March 6, 2018, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433518000038/0001674335-18-000038-index.htm, which is quoted in paragraphs 123 and 214-217 of the Complaint.

29.     Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the transcript of JELD-WEN's First Quarter 2018 Earnings Conference Call, which took place on May 8, 2018 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 124, 219, and 283 of the Complaint.

30.     Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the JELD-WEN Form 10-Q for the quarterly period ended March 31, 2018, filed with the SEC on EDGAR on May 9, 2018, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433518000068/0001674335-18-000068-index.htm, which is quoted in paragraphs 124 and 221 of the Complaint.

31.     Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the JELD-WEN Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on EDGAR on August 7 2018, available at https://www.sec.gov/Archives/edgar/data/1674335/

7

000167433518000090/0001674335-18-000090-index.htm, which is quoted in paragraphs 125 and 223 of the Complaint.

32.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the transcript of JELD-WEN's Second Quarter 2018 Earnings Conference Call, which took place on August 7, 2018 and is available through Bloomberg LP (with subscription), which is quoted in paragraphs 125-126, 225, 227, and 283-284 of the Complaint.

33.     Attached hereto as Exhibit 32 is a true and correct copy of excerpts from a Memorandum Opinion, dated October 5, 2018, publicly filed on the *Steves* Docket, at Dkt. No. 1783, which is quoted in paragraphs 21, 71, 73, 127-130, 229, 235, 249-251, and 270-273 of the Complaint.

34.     Attached hereto as Exhibit 33 is a true and correct copy of excerpts from an analyst report issued by RBC Capital Markets, titled "JELD-WEN Holding, Inc.: Lowering PT on Negative Litigation Outcome," dated October 8, 2018, which is cited in paragraphs 132, 236, and 256 of the Complaint.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the JELD-WEN Form 8-K, filed with the SEC on EDGAR on October 9, 2018, available at https://www.sec.gov/Archives/edgar/data/1674335/000167433518000095/0001674335-18-000095-index.htm, which attached as Exhibit 99.1 a JELD-WEN press release, dated October 6, 2018, titled "JELD-WEN Announces Rulings in Steves & Sons Litigation; No Final Judgment on Antitrust Claims," which is quoted in paragraphs 231-232 of the Complaint.

36.     Attached hereto as Exhibit 35 is a true and correct copy of a JELD-WEN press release, dated October 15, 2018, titled "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," available on JELD-WEN's

8

Investor Relations webpage at https://s2.q4cdn.com/714858690/files/doc_news/archive/ b31e8232-6927-4782-b071-5f923eedbd02.pdf, which is quoted in paragraphs 136, 240, and 259 of the Complaint.

37.    Attached hereto as Exhibit 36 is a true and correct copy of a JELD-WEN press release, dated October 15, 2018, titled "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," available on JELD-WEN's Investor Relations webpage at https://s2.q4cdn.com/714858690/files/doc_news/archive/f42595b8-e288-4dc5-aef2-efe921d87fa7.pdf, which is quoted in paragraphs 24 and 138 of the Complaint.

38.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts from an analyst report issued by J.P. Morgan, titled "JELD-WEN: 2018 EBITDA Guidance Lowered 9%; CFO Mallard To Exit, Succeeded By SVP-Corp. Dvlpmt, IR Linker," dated October 16, 2018, which is quoted in paragraph 241 of the Complaint.

39.    Attached hereto as Exhibit 38 is a true and correct copy of an analyst report issued by Gabelli Securities, titled "JELD-WEN Holding, Inc. (JELD - $17.28 - NYSE) Pre-Release Q3 and FY Guide- Buy," dated October 17, 2018, which is quoted in paragraphs 139, 241, and 262 of the Complaint.

40.    Attached hereto as Exhibit 39 is a compilation of historic stock price information for JELD-WEN for the period from February 1, 2018 through February 28, 2018, inclusive.  The information contained in the compilation is published by Yahoo Finance on its website and is available at https://finance.yahoo.com/quote/JELD/history?period1=1517443200&period2= 1519776000&interval=1d&filter=history&frequency=1d.  The chart was modified for formatting and readability reasons but is otherwise a true and correct copy of information available on Yahoo Finance.

On this day, July 29, 2020, I declare under penalty of perjury that the foregoing is true

and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

        */s/ Brian C. Riopelle*
        Brian C. Riopelle (Va. Bar No. 36454)
        **MCGUIREWOODS LLP**
        Gateway Plaza
        800 East Canal Street
        Richmond, VA 23219
        Tel.: (804) 775-1084
        Fax.: (804) 698-2150
        briopelle@mcguirewoods.com