# EXHIBIT 1

**S&P Global**
Market Intelligence

# Masonite International Corporation
# NYSE:DOOR
# Special Call
## Wednesday, June 25, 2014 5:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**Contents**

---

# Table of Contents

Call Participants .................................................................................. 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................... 12

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Frederick J. Lynch**
*Former President, CEO & Director*

**Glenwood E. Coulter**
*Former Executive Vice President of
Global Operations & Europe*

**Joanne Freiberger**
*VP & Treasurer*

**Mark J. Erceg**
*Former Chief Financial Officer and
Executive Vice President*

**ANALYSTS**

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

reside at the intersection of these businesses, such as developers of multiuse construction projects, which are growing in popularity.

As a result of our disciplined and focused bolt-on acquisition strategy in combination with the strong legacy portfolio, we have established a leading position designed at #1 and #2 in North America, for stile and rail and molded interior doors, as well as steel and fiberglass entry. Similarly, the acquisitions of Marshfield, Algoma and Baillargeon have created a clear leadership position in the non-residential wood door business for commercial architectural projects. And along with these acquisitions came increased vertical integration in commercial door component, and if we add those to the acquisition of Birchwood Best, together for our previously existing North American door component capabilities, we have created again the leading supplier of door components in North America to meet both internal and external third-party needs.

So Masonite, we believe these actions we've taken during this difficult and historic housing recession, both in improving our operations and selectively acquiring assets, has helped to create a sustainable and competitive business model that will serve both our customers and our investors well in the recovery.

Today, we have the opportunity to showcase the initial steps in our vertical manufacturing process for molded door. This plant alone consumes the equivalent of roughly 27 acres of timber per day, and is one of 5 global manufacturing facilities, which combines estimated replacement value of approximately $1 billion. Of more than 1,000 dies used in the manufacturing of our facing have a value of more than $75 million in and of themselves. We believe combined, this creates an incredible strategic advantage for our company. An advantage we continued to maintain through our sales strategy and intellectual property protection of our innovation. That focus on innovation has led to the introduction of our next third-generation door assembly operation, which uses state-of-the-art technology to build doors in order, in a single full piece that will operate the speed significantly faster than previously attempted, with better construction, and higher quality. We plan to further develop this capability and invest in additional next generation facilities to meet both current and future demand as the housing market continues to recover.

Our ability to produce both door slabs for our wholesale channel partners and fully finished pre-hung units for our retail channel partners for our value-added door fabrication services, complete that vertical integration business model, and together with the broadest product portfolio in the industry further positions Masonite as a leading supplier to our customers. When I come back up, we'll talk about the strategic actions we're taking to solidify these interactions and relationship to grow our business.

But since we are today at our largest global manufacturing facility, the largest door facings manufacturing facilities in the world, I'd like to turn the podium over to Glen Coulter, who amongst other things, leads our global manufacturing operations, to share more details about how our interior door manufacturing capabilities, and their strategic importance for Masonite, for our customers and ultimately for investors. Glen?

### Glenwood E. Coulter
*Former Executive Vice President of Global Operations & Europe*

Okay. So let's begin by taking a look at a couple of key questions that you may have regarding residential door manufacturing and facings capacity. First one is, what does that capacity looks like today? And we'll [indiscernible] explore that in just a minute, we will talk about a little bit. The other 2 questions that we will also talk about is, what will it take for new entrant to enter into the doors production market and door business in North America. And the third one is, how many independent door slab assemblers are there in North America today, and where do they get their facings from?

Okay. It's important to note that there are limited number of manufacturing -- facings manufacturing facilities around the world. There are 6 facilities in North America, all of which are owned by either JELD-WEN or ourself, 1 in South America, owned by us in Chile, 5 in Europe and the Middle East, 1 in Australia, and the balance of the 18 are scattered throughout Asia. We estimate that Masonite and JELD-WEN combined have approximately 75% of total global capacity.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Looking at this network more closely, you can see that Masonite and JELD-WEN operate 8 of the 9 largest facilities in the world. Of the 205 million global facing capacities, the two of us together own approximately 75% of that capacity. Today, we estimate at least utilization is about 60% to 70% on a global basis.

Importantly, Masonite and JELD-WEN are the only two owners of facing production in the western hemisphere. Additionally, we believe that smaller facilities in remote locations produce inferior quality facings that wouldn't likely meet the demand of North American or European customers.

As the competitive landscape has changed since 2010, we still have the North America facings network. We estimate that capacity has actually decreased slightly in the past 4 years, as JELD-WEN has closed multiple facilities, acquired the CraftMaster facility and opened a new facility in Dodson, Louisiana. Consequently, capacity has decreased by approximately 13 million facings on an annualized basis.

Let's take a look at the second key question, which is what would it take for a new company to come into the market and compete with us. There are really 4 essential steps to the manufacturing and production process for interior doors. Facings like the facility that you saw today, is the first of that, and the most capital intensive. A new facing to earn would cost an estimated $100 to $150 million just for the production line itself.

Secondly, you must have dies and toolings in order to use in that line. We have over a 1,000 different dies with an estimated value of about $75 million. Slab assembly operation cost approximately $20 million to $25 million for plan, depending upon the size and the amount of automation that would employ, and must be strategically located sort of a large geographic area.

And then, lastly, pre-hanging and pre-finishing plants, while lower in capital investment, are value-added service that the market is increasingly looking for. And then, important factors in addition to that, you need to be able to provide, of course, full product line and distribution system to be able to support that manufacturing infrastructure. And we'll talk about that in a little bit more detail. I'm going to take each one of these steps and break that down in a little bit more informational point.

So let's start at the facing facility. You saw what that looks like today those of you who are here in the room. And as I mentioned, it's about $100 to $150 million per line. This facility here in Laurel has 3 facings line, as you heard earlier. And one of the important elements in terms of talking about the new entrant is, they're not going to put one of these up overnight. It's going to take about 4-year process to design, construct, build and start up a facings facility. And I would say that would be even for an experienced manufacturer like ourselves, and if you aren't an experienced manufacturer, and those already have that technological knowledge, it's likely that, that timeline is going to actually be longer than that.

So a number of different important aspects about that production facility. One is, it needs to be located near a wood basket. You probably noticed those of you that traveled here today, that there is lots of wood in this area. It is required for easy access to timber, typically as you heard today on the tour, we get all of our fibre from about 100-mile radius. So access to that is extremely important for us.

Startup and construction is usually a challenging effort. So there's lot of testing that needs to go on, there is product qualification for all of the different products, the interaction between the wood fiber that you have and the resin mixtures, all of that needs to be technically analyzed, tested, qualified, and that can take up to 1 year to accomplish.

And then along with that, as you go through that process, it's expected that you will have a certain amount of offset product or cost of wood quality as you go through that testing and learning process to bring this facility up. So it's a significant amount of effort to accomplish that.

The next key element is around the environmental requirement. And you probably heard on the tour today, that in 2010, we put about $50 million of capital in for new technology to come in compliance with the maximum available control technology requirements from the EPA. That would be in addition to the cost of the line that would be required. So that also adds not only cost, but construct for the manufacturing, and creates even a more difficult environment to start it up.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then lastly, our production facility needs to be designed and operated to maximize its flexibility. So the number of openings in the production lines, the cycle time, how you manage that from an operational standpoint, all those details that need to be learned and implemented in the startup of an operation of a new facility.

The next step of that process as we talked about is the dies plates, and the manufacturing the dies associated with the [indiscernible], so it's very important part of the vertical integration that we have, and we believe it provides some particular specific cost to management's point. The first of those being the cost savings associated with doing the die manufacturing and maintenance ourself, but even more importantly, is the prioritization of the scheduling of that process. Not only do you have to make new dies, but you have to maintain these existing dies that you have, get to periodically replace them, get to periodically repair any damage that might occur to them, and being able to flexibly manage that schedule is extremely important, and being back integrated or vertically integrated to have that control is a value core.

Protection of confidentiality. We put a lot of technology both into the design of those die plates, as well as into the fabrication of them. And protection of that confidentiality and that business information is vital to us. Rapid response of changing market needs, as filed the end of each changed or part of demand occurs, we can quickly and readily make changes in our production scheduling to address that. And then lastly, quality control. You saw how complex that facility is. When a die goes into place, it needs to perform well. You cannot accept a die that goes in and does not perform well and creates quality problems. So our ability to control that vertical integration allows us to ensure that dies need to quality that we need before we go into production.

Okay, let's shift and talk about the door assembly process. So, that operation must be strategically oriented. You'll see on this chart that there are some small dots that represent where our plants are located in North America. And then, you'll see some large circles around each one of them. That represents the economic of shipping distance that we can go from each one of those facilities. As you add value to the products by converting facing for the slab, you also add both inside and that increases the logistics costs associated with shipping those products up to our customers.

And so it's important to be able to have a network of facilities that can provide product to our customers throughout North America, and have some overlap in those shipping windows as well to be able to handle short-term changes in demand or short-term requirements that be able to balance our production efficiently.

And then lastly, the automation of our facilities essentially increases the ability with which we can ship further distances. So as we decrease the manufacturing costs, we can absorb some of that cost if necessary into distribution time.

And then let's talk about that last fourth element, which is pre-hanging and pre-finishing. Pre-hanging and pre-finishing is typically provided to the large big box retailers. As you can see in 2010, we did very little pre-finishing. That has been growing in demand. And since 2010, we've converted almost all of our facilities over that have pre-finishing capability. And we anticipate that, that is going to continue to be an increasing demand going forward.

So this is a very vital part of being able to provide a full spectrum of products across all the different channels that we sell in to the residential North American market.

As I mentioned at the beginning, it's not only important to have that production capability, but it's important to be able to do it on all the different products that we produce. So not only through different designs that are made, but also all the different sizes and configurations that are required for the customer base that we serve, which is several in multiple different channels.

And then lastly, having a distribution network that allows us to meet the customer's needs in terms of lead time and flow rate. Each of the different channels that we service in residential interior door manufacturing has different requirements for how we service them from the distribution standpoint, we have developed

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

very good programs for ensuring that we can meet each of those different channels and meet their needs and meet them effectively and cost efficiently.

Okay. So let's look at that third question. What is the competitive landscape looks like on the assembly side? And so, you'll see on this slide that only Masonite and JELD-WEN service the entire North America market. And other door assembly companies are smaller and much more regionally focused. And importantly, the other smaller regionally focused door assembly manufacturers have to get their facings from somebody else. They are not vertically integrated in the facing. And we at Masonite have determined that we will not sell our facings into a competition. So that only leaves one other outlet to get their facings from in North America.

And then lastly, Masonite and JELD-WEN are the -- as a mentioned, the only the 2 vertically integrated players, and both of us are significantly larger than our primary competitors. The size of the circles on this diagram show the relative size in terms of sales of the different organizations. And as you can see, none of the small regional players anywhere near the size of ourself or JELD-WEN, and even combined they don't meet our -- anyone of our individual sizes in terms of volume and sales volume.

And then lastly, you'll notice on the bottom right that since 2005, there has been a number of different, again small regional manufacturers that have exited the market from one reason or another. And, so we're down to the competitive base now even on a regional basis that is much smaller than it was 5 to 6 years ago.

So with that, I'll turn it over to Mark to walk us through the market opportunity.

**Mark J. Erceg**
*Former Chief Financial Officer and Executive Vice President*

Thanks, Glenn. In order to appreciate the residential door opportunity, we believe is in front of us. Ideally its constructed to look back briefly at the history of U.S. housing starts. Over the past 50 years, the average level of U.S. housing starts is at 1.5 million units, approximately 72% of which was single family unit and 28% of which were multifamily units. After bottoming out in 2009, at roughly 500,000 units, U.S. housing starts recently hit the 1 million mark, due in large parts to the continued strength of multifamily construction, which accounted for 37.6% of all U.S. housing starts in May. While the recent increase in housing starts is most welcomed, it's still well below the long-term average, as is the percent of U.S. GDP represented by housing, which finished last year around 3% versus the 4.7% experienced since 1975. We expect housing overtime to stage a full recovery, add to the long-term average based on a demographic forces at play and are confident, Masonite is well-positioned to benefit from this trend. Due to the leadership positions, we have build across all North American residential door product types including molded and Flush interior doors, stile and rail interior doors, and both fiberglass and steel exterior doors. In 2006, Masonite sold about 50 million doors on a global basis. Whereas last year, Masonite sold approximately 32 million doors. Of those, 26 million were sold in North America and 95% of those were residential doors. Within residential doors, roughly 80% of the units sold were interior products and 20% were exterior products. Molded interior door comprised the largest life of our North America business, representing about 60% of all doors sold. Flush doors, which have a lower average selling price than molded interior doors, accounted the second largest number of units sold at approximately 15%, due largely to the acquisition the Lemieux, stile and rail doors, which have a higher average selling price than molded interior doors, have become a meaningful portion of total door units at over 5%. New exterior doors are sold roughly 3:1 versus exterior fiberglass doors and as such were about 12% of total North American door units, which is about 3% for fiberglass. Finally, exterior wood doors are virtually nonexistent in our product portfolio, and sales of door frames represent only a couple of percentage points of total North American units.

It is expected that uniform growth increases sharply over the next several years, we believe it is also likely that trade will accelerate as customers decide to spend more on the esthetics of their homes and the performance characteristics of their doors. And in environment where good jobs are being created, disposable income is rising, and home values are increasing. It's not too hard to imagine the percentage of flush interior doors, hollow core interior doors and the steel exterior doors all decreasing, while the percentage of molded interior doors, solid core interior doors and fiberglass exterior doors all increase.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.