# EXHIBIT 5

# WEDBUSH

**Equity Research**

LOS ANGELES | SAN FRANCISCO | NEW YORK | BOSTON | CHICAGO | MINNEAPOLIS | MILWAUKEE | SEATTLE

# JELD-WEN Holdings (JELD)

## *Initiating With OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value*

- **The Wedbush View:** We believe the market is underestimating the transformation changes under way at JELD-WEN Holdings (JELD-WEN or JELD). With a new leadership team in place for nearly one year, we expect marked improvements in the operating earnings and cash flow generation profile over the mid-term. Our earnings model reasonably supports 50% improvement in EBITDA margin from a 10% base in 2016 from a series of structural changes and ongoing management tools that are transforming the business due to: (i) improved pricing discipline within North American doors and windows market; (ii) operating leverage from cost/productivity initiatives and the Pareto principle (i.e., "80/20 Principle"); (iii) investing in the business by capturing new product innovation; and (iv) disciplined acquisition strategy to augment organic growth.

- **We are initiating coverage of JELD-WEN with an OUTPERFORM rating and a 12-month price target of $31 per share (~15% upside from current levels).**

- **Net incremental EBITDA margin in the low-to-mid 20% range driving FCF growth.** While major price increases and pricing disciplines were implemented in 2014, today JELD remains laser focused on customer/product profitability through data analytics.

- **Productivity tools implemented while Pareto principle under way…EBITDA margin positioned to expand from 10% in 2016 to 15-20% in the next 3-5 years.** Taking a page out of 19th century Italian economist Vilfredo Pareto, management is under way with this ubiquitous principle that is expected to cause 80% of profits to come from 20% of products.

- **Leverage positions the company to reinvest in the business and growth initiatives such as M&A, in our view.** JELD generates ~$200 million (~$2/share) and has no material debt maturity until 2021. With a pro forma net debt/adj. EBITDA ratio of ~2.7x and net operating loss carryforwards of $1.7 billion, JELD's FCF should improve to allow strategic M&A as an industry consolidator.

- **Valuation.** In valuing these shares, we utilize a five-year DCF model and a peer group EV/EBITDA multiple analysis that utilizes a forward multiple of 8.0x. Our $31 price target implies PE multiple of 25.4x/20.1x and EV/adj. EBITDA multiple of 8.1x/7.6x our CY17/18 estimates.

**February 2, 2017**

**Price**
## $27.05

**Rating**
## OUTPERFORM

**12-Month Price Target**
## $31

**Al Kaschalk**
(213) 688-4539
al.kaschalk@wedbush.com

### Company Information

| | |
|---|---|
| Shares Outst (M) | 105 |
| Market Cap (B) | $2.8 |
| 52-Wk Range | $24.95 - $27.33 |
| Book Value/sh | $4 |
| Cash/sh | $1 |
| Enterprise Value (B) | $4.5 |
| LT Debt/Cap % | 76% |

### Company Description

JELD-WEN Holdings is a world leader in the manufacturing of doors and windows. The company designs, produces and distributes a variety of interior and exterior doors and windows serving the repair and remodel and new construction markets.

| FYE Dec | 2016E | 2017E | | | 2018E | | |
|---|---|---|---|---|---|---|---|
| REV (M) | ACTUAL | CURR. | PREV. | CONS. | CURR. | PREV. | CONS. |
| Q1 Mar | $797A | $826E | | -- | $863E | | -- |
| Q2 Jun | $965A | $1,001E | | -- | $1,052E | | -- |
| Q3 Sep | $932A | $966E | | -- | $1,015E | | -- |
| Q4 Dec | $966E | $999E | | -- | $1,041E | | -- |
| **Year*** | **$3,659E** | **$3,792E** | | **--** | **$3,972E** | | **--** |
| Change | 8.2% | 3.6% | | | 4.7% | | |

| EPS | 2016E | 2017E | | | 2018E | | |
|---|---|---|---|---|---|---|---|
| | ACTUAL | CURR. | PREV. | CONS. | CURR. | PREV. | CONS. |
| Q1 Mar | $0.00A | $0.14E | | -- | $0.24E | | -- |
| Q2 Jun | $0.00A | $0.44E | | -- | $0.52E | | -- |
| Q3 Sep | $0.00A | $0.45E | | -- | $0.52E | | -- |
| Q4 Dec | $0.00E | $0.37E | | -- | $0.44E | | -- |
| **Year*** | **$0.00E** | **$1.39E** | | **--** | **$1.72E** | | **--** |
| P/E | -- | 19.4x | | | 15.7x | | |
| Change | -- | -- | | | 23.5% | | |

Consensus estimates are from Thomson First Call.
*\* Numbers may not add up due to rounding.*



Source: Thomson Reuters

*Building Supplies/Materials*

**Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see page 22 of this report for analyst certification and important disclosure information.**



## *Investment Thesis*

**We are initiating coverage of JELD-WEN Holdings with an OUTPERFORM rating and a 12-month PT of $31 per share (~15% upside from current levels).**

JELD-WEN Holdings (JELD-WEN or JELD) is a leading supplier & manufacturer of interior and exterior doors and windows to distributors, retailers, contractors, and consumers. The company designs, produces and distributes a variety of both interior and exterior wood, vinyl, and aluminum doors and windows serving the repair and remodel (R&R) and new construction markets, primarily in the residential space. Direct customers consist of wholesale distributors, retailers, and individual consumers and contractors. In November 2015, the company hired current CEO Mark Beck and a team of professionals hired externally. Led by Mr. Beck this team is making transformation change through the use of a proven track record including improved pricing discipline, establishment of operational excellence (productivity tracking metrics), investment in building growth infrastructure and inorganic strategic growth. We believe in management's goal of achieving annual productivity improvement of 1-2% and we expect JELD to drive earnings growth and FCF over the mid-term. Today, Jeld-Wen operates 115 manufacturing facilities in 19 countries with sales spanning 82 countries.

Our OUTPERFORM rating is predicated on three factors inherent in the company's business: pricing leverage we expect JELD to achieve in the future, the company's product portfolio and market positioning and management team that has a track record of fixing businesses and in the case of JELD has a running start with more runway for margin expansion and cash flow conversion.

## Figure 1: JELD-WEN Holdings Investment Summary

**Company Snapshot**

| | |
|---|---|
| Rating | OUTPERFORM |
| Price Target | $31 |
| Share Price (01/31/17) | $27.05 |
| Mkt Cap (M) | $2,837 |
| Enter. Value (M) | $4,502 |
| 52 Wk Range* | N/A  * IPO date: Jan 27, 2017 |
| Street View* | N/A    Ticker:    **JELD** |

**Investment Thesis/Call**

Jeld-Wen (JELD) is a leading supplier & manufacturer of interior and exterior doors and windows to distributors, retailers, contractors, and consumers. With new management now in place, JELD is undergoing a major transformation under CEO Mark Beck including improved pricing discipline, establishment of operational excellence (productivity tracking metrics), investment in building growth infrastructure and inorganic strategic growth. With the goal of achieving annual productivity improvement of 1-2%, we expect JELD to drive earnings growth and FCF over the mid-term.

**Estimates/Valuation**

| | 2015A | 2016E | 2017E | 2018E |
|---|---|---|---|---|
| Sales (Wedbush) | $3,381 | $3,659 | $3,792 | $3,972 |
| *Consensus** | | N/A | N/A | N/A |
| Adjusted EPS (Wedbush) | N/A | $2.41 | $1.39 | $1.72 |
| *Consensus** | | N/A | N/A | N/A |
| *Valuation Trading Multiples:* | | | | |
| EV/ADJ. EBITDA | *14.5x* | *11.6x* | *10.5x* | *9.2x* |
| P/E | | *11.2x* | *19.4x* | *15.7x* |
| FCF/Share | $ 0.98 | $ 0.59 | $ 2.11 | $ 2.17 |

**Where Could We Be Wrong?**

(1) NA pricing duopoly weakens; JELD is not able to price above raw material inflation within door segment
(2) Management's operational improvements do not materialize leaving EBITDA margin well below target
(3) NA residential housing changes course; Canada weakens further; Europe & Australasia economies weaken
(4) Management does not reduce raw material sourcing costs and does not sustain distribution cost advantage

**Catalysts/Data Points to Watch**

(1) Progress on operational excellence which is targeting 2-3% annual productivity improvements
(2) Outcome of Steve's and Sons lawsuit for early contract termination for the sale of molded door skins
(3) Progress on footprint reduction (unprofitable volumes) during 2017 driving operating leverage
(4) Residential housing starts as well as residential R&R spending including credit availability
(5) Outcome of BREXIT and implications for housing market; ~35% of JELD's consolidated revenue is from Europe

**Business Overview**

Jeld-Wen is a world leader in the manufacturing of doors and windows. The company designs, produces and distributes a variety of both interior and exterior wood, vinyl, and aluminum doors and windows serving the repair and remodel (R&R) and new construction markets, primarily in the residential space. Direct customers consist of wholesale distributors, retailers, and individual consumers and contractors. Jeld-Wen operates 115 manufacturing facilities in 19 countries with sales spanning 82 countries.

**Target Valuation/Stock Drivers**

Our $31 PT implies PE multiple of [16.3x/13.3x] and EV/Adj. EBITDA [9x/8x] multiples on fully-taxed 2018 and 2019 estimates. Our 12-month PT is based on our five-year discounted cash flow analysis incorporating both the Gordon growth and terminal exit multiple methods. Catalyst-driven and growth-oriented investors are looking for continued increase/demand for shelter volumes, pricing optimization and margin improvement as management transforms the company.

**View on Company's Supply Chain Positioning**

JELD maintains a diversified supply base for raw materials which accounted for 53% of cost of sales in 2015. BLDR has a mixed customer base and wide geographic distribution. The top 10 customers contributed 40% of JELD's gross revenues in 2015 with the largest customer, Home Depot, accounting for 15% alone.

**Risks to Investment Thesis/Potential Pushback to the Attainment of Our Price Target**

(1) Demand may soften in Europe (Brexit) and Australasia (~35% of revs) due to slowing macro-economy factors
(2) Industry fails to capture sufficient value in the pricing of its doors despite duopoly structure
(3) Departures of Sr. management (i.e., CEO Mark Beck) prior to completion of operation/business transformation
(4) Customer channel concentration: 46% distributors; 37% retail (large home centers) and 17% direct
(5) Investors grow impatient on potential softer volumes due to footprint reduction across geographic footprint
(6) Raw materials, Fx and related costs accelerate and negatively impact JELD's operating environment

*Source: Thomson Reuters, Company data, Wedbush Securities, Inc. estimates*