# EXHIBIT 6



Equity Research

Industrials | U.S. Homebuilding & Building Products

21 February 2017

# JELD-WEN Holding, Inc.

## Repairing and Remodeling Margins; Initiate at Overweight

| | |
|---|---|
| Stock Rating | **OVERWEIGHT** from N/A |
| Industry View | **NEUTRAL** Unchanged |
| Price Target | **USD 35.00** from N/A |

| | |
|---|---|
| Price (17-Feb-2017) | USD 29.48 |
| Potential Upside/Downside | +18.7% |
| Tickers | JELD |

| | |
|---|---|
| Market Cap (USD mn) | 3092 |
| Shares Outstanding (mn) | 104.88 |
| Free Float (%) | 99.37 |
| 52 Wk Avg Daily Volume (mn) | 1.0 |
| 52 Wk Avg Daily Value (USD mn) | 45.51 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | N/A |
| Current BVPS (USD) | -0.76 |

Source: Thomson Reuters

| | |
|---|---|
| Price Performance | Exchange-NYSE |
| 52 Week range | USD 30.26-24.95 |



*Link to Barclays Live for interactive charting*

**Unique cost-out and operational improvement story driving significant, non cycle-dependent earnings growth; Initiate at Overweight:** Across our coverage universe, we've been hunting for investment opportunities that aren't solely reliant on a debate of when or whether housing starts reach 1.4 or 1.5 mln units, or if home improvement is going to be a 4% or 5% CAGR. JELD is the epitome of what we're looking for. We see a unique, multi-year cost-out and operational improvement story, supported by a strong and deep management team which is bringing proven track records and tools from the multi-industry world to a previously under-managed business. We expect this to drive meaningful value creation. We initiate with an Overweight rating and $35 price target.

**We forecast 280 bps of EBITDA margin expansion in '17/'18, with potential for margins to reach ~15% in '19:** We expect adj. EBITDA margins will rise to 13.6% in '18, up from an estimated 10.7% in '16. We see cost reduction and productivity initiatives driving 2/3 of the expansion, with the remainder coming from organic growth and price/mix. Longer-term, we see potential for JELD's cost and productivity initiatives to drive 15%+ EBITDA margins, consistent with management's goal of 15-20%. Our building products coverage currently averages 19% EBITDA margins, so we don't view this as a stretch, especially given the favorable door industry structure.

**FCF provides substantial "dry powder" for value creation:** We forecast $223 mln of FCF in '17 and $271 mln in '18, up from an estimated $161 mln in '16, representing a yield of 7% and 9%, respectively. We estimate this will drive net debt to EBITDA down to 2.0x by YE'17 and 1.2x by YE'18. On our estimates, this translates to available "dry powder" of between $700 mln and $1.1 bln while keeping net leverage at 3.0x or lower.

**Estimates and Valuation:** We est. '17/'18 revenues of $3.7/$3.8 bln and adj. EBITDA of $447/$522 mln. Our $35 price target is 10.5x our '17 EBITDA (incl. 0.5x for PV of NOL).

### JELD: Quarterly and Annual EPS (USD)

| FY Dec | 2015 Actual | Old | 2016 New | Cons | Old | 2017 New | Cons | Change y/y 2016 | Change y/y 2017 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | 0.07A | N/A | 0.12A | N/A | N/A | 0.16E | 0.13E | 71% | 33% |
| Q2 | 0.36A | N/A | 0.44A | N/A | N/A | 0.55E | 0.43E | 22% | 25% |
| Q3 | 0.38A | N/A | 0.47A | N/A | N/A | 0.55E | 0.44E | 24% | 17% |
| Q4 | 0.22A | N/A | 0.31E | N/A | N/A | 0.48E | 0.36E | 41% | 55% |
| Year | 1.03A | N/A | 1.33E | 2.41E | N/A | 1.75E | 1.39E | 29% | 32% |
| P/E | 28.6 | | 22.1 | | | 16.8 | | | |

Source: Barclays Research.
Consensus numbers are from Thomson Reuters

**U.S. Homebuilding & Building Products**
**Michael Dahl**
+1 212 526 1341
michael.dahl@barclays.com
BCI, US

Matthew Bouley
+1 212 526 9029
matthew.bouley@barclays.com
BCI, US

**U.S. Multi-Industry**
**Scott R. Davis, CFA**
+1 212 526 5580
scott.davis@barclays.com
BCI, US

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 33.

Completed: 21-Feb-17, 00:23 GMT    Released: 21-Feb-17, 05:10 GMT

Barclays | JELD-WEN Holding, Inc.

| U.S. Homebuilding & Building Products | | | | | Industry View: NEUTRAL |
|---|---|---|---|---|---|

## JELD-WEN Holding, Inc. (JELD)

**Stock Rating: OVERWEIGHT**

| Income statement ($mn) | 2015A | 2016E | 2017E | 2018E | CAGR |
|---|---|---|---|---|---|
| Revenue | 3,381 | 3,658 | 3,711 | 3,840 | 4.3% |
| EBITDA (adj) | 311 | 393 | 447 | 522 | 18.9% |
| EBIT (adj) | N/A | 283 | 332 | 407 | N/A |
| Pre-tax income | 86 | 199 | 238 | 318 | 54.7% |
| Net income | 91 | 423 | 169 | 223 | 34.6% |
| EPS (adj) ($) | 1.03 | 1.33 | 1.75 | 2.24 | 29.5% |
| Diluted shares (mn) | 105.2 | 109.7 | 106.5 | 108.5 | 1.0% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Margin and return data | | | | | Average |
|---|---|---|---|---|---|
| EBITDA (adj) margin (%) | 9.2 | 10.7 | 12.0 | 13.6 | 11.4 |
| EBIT (adj) margin (%) | 3.9 | 7.7 | 9.0 | 10.6 | 7.8 |
| Pre-tax margin (%) | 2.5 | 5.4 | 6.4 | 8.3 | 5.7 |
| Net margin (%) | 3.2 | 4.0 | 5.0 | 6.3 | 4.6 |
| ROIC (%) | 5.5 | 10.2 | 9.6 | 11.0 | 9.1 |
| ROA (%) | 5.0 | 5.6 | 6.5 | 8.1 | 6.3 |
| ROE (%) | -46.8 | 58.5 | 20.9 | 21.8 | 13.6 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Cash and equivalents | 114 | 158 | 479 | 641 | 78.1% |
| Total assets | 2,182 | 2,621 | 2,892 | 3,015 | 11.4% |
| Goodwill | 483 | 511 | 511 | 511 | 1.9% |
| Short and long-term debt | 1,260 | 1,644 | 1,269 | 1,161 | -2.7% |
| Net debt/(funds) | 1,146 | 1,484 | 789 | 518 | -23.2% |
| Total liabilities | 1,932 | 2,370 | 2,000 | 1,900 | -0.6% |
| Shareholders' equity | -232 | 250 | 892 | 1,115 | N/A |
| Tangible book value | -793 | -383 | 258 | 481 | N/A |
| Inventories | 344 | 368 | 376 | 389 | 4.2% |
| Working capital | 498 | 591 | 600 | 618 | 7.4% |
| Cash flow from operations | 172 | 249 | 316 | 378 | 29.9% |
| Capital expenditure | -75 | -88 | -93 | -108 | N/A |
| Free cash flow | 97 | 161 | 223 | 271 | 40.6% |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | 28.6 | 22.1 | 16.8 | 13.2 | 20.2 |
| EV/EBITDA (adj) (x) | 14.1 | 12.0 | 9.0 | 7.2 | 10.6 |
| Equity FCF yield (%) | 3.1 | 5.0 | 7.1 | 8.5 | 5.9 |
| EV/sales (x) | 1.3 | 1.3 | 1.1 | 1.0 | 1.2 |
| P/BV (x) | N/A | N/A | N/A | N/A | N/A |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net debt/capital (%) | 125.3 | 85.6 | 46.9 | 31.7 | 72.4 |

| Selected operating metrics | | | | | |
|---|---|---|---|---|---|
| Backlog | N/A | N/A | N/A | N/A | |
| Number of orders | N/A | N/A | N/A | N/A | |
| Closed orders | N/A | N/A | N/A | N/A | |
| Average closing price | N/A | N/A | N/A | N/A | |
| Backlog price | N/A | N/A | N/A | N/A | |

Source: Company data, Barclays Research
Note: FY End Dec

| Price (17-Feb-2017) | USD 29.48 |
|---|---|
| Price Target | USD 35.00 |

**Why Overweight?** JELD is a unique story in our universe, with a sharp focus on cost-out and operational improvement that drives significant, non cycle-dependent earnings growth.

| Upside case | USD 39.00 |
|---|---|

Our upside case assumes that better organic growth drives better volume leverage on top of JELD's cost initiatives, leading to upside 2017 EBITDA of $466 mln. We think JELD could trade at 11.0x EBITDA in this scenario.

| Downside case | USD 22.00 |
|---|---|

Our downside case assumes that a revenue decline in 2017 neutralizes much of the productivity improvement, leading to approximately flat EBITDA y/y ($397 mln). We think JELD would trade at 8.5x EBITDA in this scenario.

**Upside/Downside scenarios**

| | Price History Prior 12 months | | Price Target Next 12 months | |
|---|---|---|---|---|
| | High | | Upside | |
| | | | | 39.00 |
| | 30.26 | Current | | Target 35.00 |
| | | 29.48 | | |
| | 24.95 | | | 22.00 |
| | Low | | Downside | |

Barclays | JELD-WEN Holding, Inc.

## Investment Summary and Conclusion

### We initiate coverage of JELD with an Overweight rating and $35 price target.

JELD currently trades at 9.2x our 2017 adj. EBITDA est. of $447 mln, a discount to the group average of 9.7x. Our price target represents 10.5x our 2017E EBITDA estimate (8.5x our '18 EBITDA estimate) and is inclusive of $1.50/shr (0.5x) for the PV of the company's NOL.

**The following key points support this valuation and our Overweight rating:** 1) We see a unique cost-out and operational improvement story which is still in its early stages. We forecast 280 bps of EBITDA margin expansion over the next 2 years, two-thirds of which is "self-help", with potential to reach 15%+ margins over the next four years; 2) The door industry is an attractive and consolidated industry, particularly in the U.S. (doors represent 57% of N.A. sales); 3) The JELD story is supported by a strong and deep management team which is bringing proven track records and tools from the multi-industry world to a previously under-managed business; 4) We think M&A can augment growth and is supported by a strong FCF profile ('17E FCF yield: 7%; '18E FCF yield: 9%). We est. $700 mln-$1.1 bln of "dry powder" available, while keeping net leverage to 3.0x or lower; 5) The recent step-up in innovation investments should also help to support organic growth.

**Risks to our Overweight rating and price target include:** 1) Lagging top-line growth relative to peers, as JELD continues to exit unprofitable business; 2) The Window industry structure is less favorable compared to the door industry (Windows are 24% of 2016E sales); 3) Rising raw materials and/or border adjustability could be a challenge for JELD's sourcing initiatives; 4) JELD has relatively higher international exposure including exposure to Australia's housing market, which is beginning to decline; 5) Legal proceeding risk.

### JELD-WEN (JELD) is a global manufacturer of windows and doors with 2016E sales of $3.7 bln.

JELD operates in 19 countries overall with a manufacturing footprint of 155 facilities globally. Key products include interior and exterior doors, wood, vinyl, and aluminium windows, and other ancillary products such as shower enclosures and wardrobes. The company generates 58% of sales (2016E) in North America (59% of EBITDA), 28% in Europe (28% of EBITDA), and 14% in Australasia (13% of EBITDA). Doors represent 65% of sales, windows 24%, and other products represent the balance (11%). 46% of sales are to wholesale distributors, 37% to retail (Home Depot accounts for 15%), and direct-to-customer is 17%. By end market, 47% of sales are generated by residential R&R activity, 43% by residential new construction and 10% by non-residential construction (which is largely doors in Europe).

Barclays | JELD-WEN Holding, Inc.

# CONTENTS

JELD-WEN AT A GLANCE ..................................................................................................5

INVESTMENT HIGHLIGHTS ............................................................................................6

    Significant Cost-Out Opportunity ..................................................................................6

    Favorable Position in Attractive Door Industry ..........................................................9

    Transformation from Prior Management to New Management ............................ 10

    M&A to Augment Growth, Supported by FCF ........................................................ 12

    The JELD vs. DOOR Comparison .............................................................................. 13

    JELD is Positioned to Replicate MHK's Success ..................................................... 14

    R&D Investment to Support Mix and Drive Profitable Organic Growth ............... 15

INVESTMENT RISKS ......................................................................................................16

EARNINGS ESTIMATES .................................................................................................20

VALUATION ...................................................................................................................21

COMPANY OVERVIEW ..................................................................................................24

    North America Segment ............................................................................................. 25

    Europe Segment ......................................................................................................... 26

    Australasia Segment .................................................................................................. 27

    IPO Overview .............................................................................................................. 28

FINANCIAL MODEL .......................................................................................................29

Barclays | JELD-WEN Holding, Inc.

*Where Do the Savings Come From?*

**JEM tools have a proven track record.** With its roots emanating from the continuous improvement culture of the industrial world, JEM has a successful blueprint from which to work. JEM's blueprint comes directly from companies like Danaher, Cooper Industries (and Eaton), and Corning, among others. JELD is still very early on in the implementation of JEM with only the fundamental tools having been rolled out, while intermediate tools should begin to be deployed in 2017. We see JEM supporting over 500 bps in gross margin expansion from 2016E-2018E.

FIGURE 4

**JEM: Embarking on Continuous Improvement Approach**



Source: Company Data

FIGURE 5

**Productivity "Buckets"**

Source: Company Data, Barclays Research Estimates; Note: Long-term target based on Barclays GM% est. using company adj. EBITDA target of 20%

**The largest and most identifiable near-term savings bucket is sourcing.** JELD's prior approach to procurement was decentralized, regional, less disciplined, and not global. In 2016, management recruited additional talent from Cooper/Eaton to run sourcing, and the resulting change to procurement strategy should result in $50 mln in savings over the next three years. These savings represent ~40% of our forecasted cost-out over that period. Key actions include establishing global sourcing, centralizing spend management, and increasing sourcing from low-cost countries.

FIGURE 6

**JELD Materials Spend: Sourcing Opportunity is the Largest Near-Term Bucket ($50 mln)**



Source: Company Data, Barclays Research Estimates

Barclays | JELD-WEN Holding, Inc.

**Transitioning from a price to a cost-out story.** We think it's important to note where the EBITDA growth is coming from, and where it isn't. Price was a key tenet of the initial margin repair under the new management team, beginning in 2014. Price has been a significant driver of positive sentiment around the door industry since then, in particular supporting shares of Masonite (DOOR; Not Rated). That said, our sense is this pricing surge was effectively a reset from impaired levels prior to 2014, while going forward it will be less of a driver. We still forecast positive price from here, but only ~0.5%-1% per annum, with cost-out now becoming the primary driver of EBITDA growth. In 2016E, we est. JELD's pricing will be +2%, down from +4% in 2015.

FIGURE 7

**The Pricing Story Should Become Less of a Contributor to EBITDA Growth Compared to Prior Years ($ mln)**



Source: Company Data, Barclays Research Estimates; Note: All Other includes Volume, SG&A, FX etc

**Cost-out lends support in the event of cyclical softening.** As the cost-out initiatives are essentially non-cycle dependent, they leave some breathing room if price or volumes decline. As illustrated below, volume/mix could decline by 1% in each of 2017 and 2018 with pricing flat, in addition to expected higher SG&A/investments, and EBITDA would remain flat. Price could decline by 0.5% per year under the same scenario.

FIGURE 8

**Cost-Out is Non-Cycle Dependent, Acting as "Shock Absorber" if Top-Line Softens ($ mln)**

| Minimum Volume / Price to Hold EBITDA Flat | | | | Stress Illustration | |
|---|---|---|---|---|---|
| **Flat Pricing Environment** | | **Flat Volume Environment** | | **Volumes Down 5%; Price Flat** | |
| 2016 EBITDA | $393 | 2016 EBITDA | $393 | 2016 EBITDA | $393 |
| 2016-2018 Productivity | $89 | 2016-2018 Productivity | $89 | 2016-2018 Productivity | $89 |
| Assume: Pricing @ 0% | $0 | Assume: Volume/Mix @ 0% | $0 | Assume: Vol/Mix @ -5% | ($73) |
| Incremental SG&A/Other | ($53) | Incremental SG&A/Other | ($53) | Incremental SG&A/Other | ($53) |
| Minumum Volume/Mix | ($36) | Minumum Price | ($36) | Assume: Flat Pricing | $0 |
| Volume/Mix 2-Yr CAGR | (1.2%) | Price 2-Yr CAGR | (0.5%) | 2018 EBITDA | $355 |
| 2018 EBITDA | $393 | 2018 EBITDA | $393 | 2-Yr EBITDA CAGR | (5%) |

When holding the other flat, volume/mix could decline by 1% CAGR ('16-'18) or pricing could decline by 0.5% CAGR and EBITDA would remain flat .

Source: Company Data, Barclays Research Estimates

Barclays | JELD-WEN Holding, Inc.

## INVESTMENT RISKS

### Top-Line Growth Lags as Exit of Unprofitable Business Continues

**JELD has the lowest growth profile in 2017 and 2018 (both total and organic) in our products coverage.** This fact makes the cost-out story all the more important to generating EBITDA growth. In our view, the low-growth is in part intentional (i.e. $50 mln walk-away from Home Depot business in 2017, N.A. is +3.5% ex. the exit) as JELD focuses efforts on productivity. Exposure to slower growth markets (Europe and Australia) also contributes. We think JELD will still get credit as long as it shows progress on the cost-out story.

FIGURE 27

**BCI Building Products Sales Growth Estimates**

| Sales Growth | 2017E | | 2018E | |
|---|---|---|---|---|
| | Total | Organic | Total | Organic |
| JELD | 1.4% | 0.7% | 3.5% | 3.5% |
| CBPX | 5.9% | 5.9% | 5.1% | 5.1% |
| FBHS | 7.3% | 6.1% | 5.1% | 5.1% |
| FRTA | 7.0% | 7.0% | 6.6% | 6.6% |
| MAS | 4.0% | 5.3% | 4.1% | 4.1% |
| MHK | 4.4% | 5.3% | 3.9% | 3.9% |
| NCS | 7.2% | 7.2% | 5.9% | 5.9% |
| OC | 2.6% | 1.5% | 3.3% | 3.3% |
| USG | 2.3% | 2.3% | 3.8% | 3.8% |
| Average | 4.7% | 4.6% | 4.6% | 4.6% |

Source: Company Data, Barclays Research Estimates

### The Window Industry Structure is Less Favorable than the Door Industry's

**Windows is a more fragmented industry given differing regional needs while the manufacturing doesn't scale as well as doors (windows are more labor intensive).** That said, JELD's margins are currently similar on doors and windows, and we've seen other windows businesses operate at high enough margins (MAS during last cycle, PGTI currently) to believe that JELD can achieve healthy margins in this business over time.

FIGURE 28

**North American Windows Market: Relatively Fragmented Compared to Doors**



Source: Company Data, Barclays Research Estimates

Barclays | JELD-WEN Holding, Inc.

### JELD Would Not See a Near-term Cash Flow Benefit from U.S. Tax Reform

**JELD already pays zero U.S. Federal taxes, while other manufacturers would see a cash benefit.** Lower corporate tax rates would be a longer-term net positive, but JELD would not see a near-term cash benefit from a potential lowering of U.S. corporate tax rates as its current Federal NOL (~$600 mln) already prevents it from paying U.S. federal cash taxes for several years. This could lead to some noise if tax reform comes to fruition given the relative benefit to other cash tax payers. In terms of a border adjustment tax, we don't think it would be a significant headwind given most U.S. assembly is done in-country while global sourcing of materials is still small (we est. <10% of total COGS).

FIGURE 29

**Est. Increase to Free Cash Flow (2017) from Reduction in U.S. Corporate Tax Rate to 20%**



Source: Company Data, Barclays Research Estimates

### Rising Raw Materials could be a Challenge for the Sourcing Initiatives

**Raw material inflation bears watching given lower material costs is the largest near-term bucket of cost savings.** We do think that the procurement initiatives (low-cost sourcing, centralization etc.) can be successful irrespective of modest inflation as scaled purchasing and regional shifts will still yield benefits, while JELD will also likely raise prices to offset.

FIGURE 30

**Key Commodities Y/Y – Assuming Current Prices**

| Commodity | 1Q 2016 | 2Q 2016 | 3Q 2016 | 4Q 2016 | 2017 |
|---|---|---|---|---|---|
| Aluminum | (16%) | (11%) | 2% | 14% | 9% |
| Diesel Fuel | (39%) | (26%) | (9%) | 18% | 21% |
| Flat Glass | 6% | 7% | 4% | 3% | 1% |
| Lumber | (12%) | 8% | 10% | 12% | 13% |
| Natural Gas | (29%) | (18%) | 2% | 42% | 27% |
| Resins | (9%) | (6%) | (3%) | 2% | (1%) |
| Steel | (24%) | 23% | 26% | 35% | 20% |
| WTI Crude | (31%) | (21%) | (3%) | 17% | 22% |
| Average | (20%) | (9%) | 1% | 18% | 14% |

Source: Company Data, Barclays Research Estimates; Note: Priced as of 2/13/17

Barclays | JELD-WEN Holding, Inc.

### International Exposure is out of Favor; Australia is Rolling Over

**JELD has the highest international exposure by revenue in our coverage.** 49% of JELD's revenues are generated internationally, well above the next highest in the peer group (MHK at 33%). We think sentiment currently favors U.S. exposure given relative economic growth and a strengthening U.S. dollar, though international exposure can certainly be in favor at certain points in the cycle and diversification remains a fundamentally sound principle. As we've noted previously, JELD isn't predominantly a top-line story, and we don't think investors should avoid JELD purely due to its international component.

FIGURE 31

**JELD has the Highest International Exposure by Revenue in our Coverage (2015)**



Source: Company Data, Barclays Research Estimates

**Australia is likely to soften in 2017.** After four consecutive years of growth, new residential housing permits in Australia declined by 4% in 2016, with the bulk of the decline happening in the final four months of the year (Sep.-Dec. down 12% y/y). Multifamily (-5% in '16) has been falling faster than single-family (-2%). In addition, Australia's Housing Industry Association (HIA) predicts new housing starts will fall by 13% in calendar 2017. Our JELD estimates embed an 8% organic decline in Australasia in 2017, though we note that acquisitions and cost-out still supports estimated EBITDA growth of $11 mln in '17. We estimate that Australasia will represent 13% of segment adj. EBITDA in '17.

FIGURE 32

**Australia New Residential Dwellings Approved**



Source: Haver, Australian Bureau of Statistics, Barclays Research Estimates

Barclays | JELD-WEN Holding, Inc.

**Legal Proceedings**

**JELD is currently involved in legal proceedings with Steves and Sons, Inc., a Texas-headquartered door manufacturer**. Steves owns interior door manufacturing plants in Henrico County, Virginia, San Antonio, Texas, and Lebanon, Tennessee. JELD, as a vertically integrated manufacturer, sells molded door skins to third party customers, including Steves, on long-term contracts. JELD has given notice of termination of one of these contracts, and on June 29, 2016, Steves filed a claim against JELD. Per JELD, the "complaint alleges that JELD's acquisition of CMI, together with subsequent price increases and termination of the contract, violated antitrust laws and constituted a breach of contract, breach of warranty, and tort. The complaint seeks injunctive relief, ordinary and treble damages, and declaratory relief." Based on court filings, we believe that the latest development in the case is that both parties are pursuing settlement discussions, and the parties will report to the presiding judge on March 8, 2017, on whether they have reached a settlement.