# EXHIBIT 7

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

# Q4 2016 Earnings Call

## Company Participants

- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President
- Mark A. Beck, President, Chief Executive Officer & Director

## Other Participants

- Alex J. Rygiel, Analyst
- Jason A. Marcus, Analyst
- Josh K. Chan, Analyst
- Michael Dahl, Analyst
- Nishu Sood, Analyst
- Robert Wetenhall, Analyst
- Stephen East, Analyst
- Will Randow, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Good morning, and welcome to JELD-WEN's Fourth Quarter and Full Year 2016 Earnings Conference Call. Today's call is being recorded, and we have allocated an hour for prepared remarks and question-and-answer.

At this time, I would like to turn the conference over to John Linker, Corporate Development and Investor Relations at JELD-WEN. Thank you, Mr. Linker. Please go ahead.

### John R. Linker    {BIO 19797301 <GO>}

Thank you. Good morning everyone. We issued our earnings press release this morning and posted the slide presentation to the Investor Relations portion of our website at investors.jeldwen.com. We will be referencing the slide during this call.

I am joined today by Mark Beck, our Chief Executive Officer; and Brooks Mallard, our Chief Financial Officer. Before we begin, I would like to remind everyone that during this call, JELD-WEN management may make certain statements that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

These include remarks about future expectations, anticipation, belief, estimates, forecast, plans and prospects. Such statements are subject to a variety of risks, uncertainties and other factors that could cause actual results to differ materially from those indicated or implied by such statements. Such risks and other factors are set forth in our earnings release posted on the website and provided in our final prospectus as filed with the Securities and Exchange Commission.

JELD-WEN does not undertake any duty to update such forward-looking statements, including the guidance we're providing with respect to certain expectations for 2017 results. Additionally, during today's call, we will discuss non-GAAP measures, which we believe can be used in evaluating our performance. The presentation of this additional information should not be considered in isolation or as a substitute results prepared in accordance with GAAP.

A reconciliation of these non-GAAP measures to their most directly comparable financial measure calculated under GAAP can be found in our earnings release, which is posted on our website and page 20 of this presentation.

I would now like to turn the call over to Mark.

## Mark A. Beck  {BIO 17245358 <GO>}

Thanks, John, and good morning everyone, and thank you for joining us as we report our operating results for the first time as a public company. Last month, we successfully completed our IPO and began trading on the New York Stock Exchange.

I want to thank all of the JELD-WEN associates who made this possible through their hard work and dedication. I also want to extend a welcome to all of the investors who have chosen to invest in JELD-WEN. We sincerely appreciate the confidence that you have placed in us.

I'll begin today's call with an overview of our company and talk about our strategies to drive operational and financial improvement. This will be followed by highlights from our full year results. Then I will turn the call over to our CFO, Brooks Mallard, who will take us through the financials in more detail. Finally, I will wrap up the call with some summary thoughts and our expectations for 2017 before we open the line for questions. So I'll start on slide 4 of the presentation.

JELD-WEN is a global leader in windows and doors with a broad product offering and a scaled platform. We're operating 115 manufacturing facilities in 19 countries. We hold the number one position by net revenues in the majority of the countries and markets we serve. We have earned our leading market position by offering well-designed, high-quality products through strong and valued brands, and by reaching consumers through multiple channels.

We've bought or built some of the best brands in the industry over the past 50 years, including six strategic acquisitions over the past 18 months. These acquisitions are

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

accretive to EBITDA margins, and they are adding more than $250 million in annual revenues. Approximately 65% of our net revenues come from doors, 24% from windows, and the remaining 9% from other building products.

From a geographic standpoint, we operate in three reportable segments. North America is our largest segment at 59%, Europe is at 27%, and Australasia at 14%. The majority of our business is tied to the residential construction markets, with about equal exposure to the residential repair and remodel market, and the residential new construction market.

Approximately 10% of our business serves the non-residential construction market, and this is primarily in Europe. We believe that the diversity of our mix across products, geographies, and applications mitigates business cycle risk. We also differentiate from our competitors through the breadth of our product offering. We are the only manufacturer with a large window and a large door business. This provides both commercial and operational advantages.

Turning to slide 5, I'd like to highlight several reasons that I feel so fortunate to be leading JELD-WEN, and why I believe so strongly in our future. First, we are in the early stages of an exciting business transformation, which began back in 2014 with a new leadership team. We've made significant progress improving our operations and profitability, including more than 600 basis points of margin expansion since 2013.

We believe that there is a long runway ahead for further improvements. Second, although historically undermanaged, the assets of this company are fantastic, and they provide a great foundation for our future growth. Third, we've built a talented leadership team with deep experience, driving results at world-class industrial companies.

I'll now get into some of the detail on how we are driving this business transformation, and this'll be down on slide 6. Our operating model starts with a foundation of talent management, our business system, which we call JEM or the JELD-WEN Excellence Model, and enabling technology. Built upon that critical foundation we have our three pillars of, first, operational excellence, second, profitable organic growth, and then third, strategic M&A. Within each pillar we have defined initiatives with clear ownership, action plans, and targets. As we execute on these initiatives, our goal is to deliver best-in-class financial and operational performance. I'd like to highlight one aspect of our operating model, the JEM business system.

JEM drives our operational excellence cadence, defines how we work, and is the backbone of our company as we strive to become a process-driven organization. We are still in the early days of embedding JEM throughout the organization, yet we are already seeing great traction. Turning to slide 7, you can see that our business transformation has driven substantial improvement in earnings and free cash flow. During 2016, the improvement continued as we grew our revenue by 8.5% to $3.7 billion. We expanded our adjusted EBITDA margin by 150 basis points to 10.7% or $394 million. And we improved our free cash flow by 28% to $122 million.

Brooks will now walk you through the financials in a little bit more detail.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

### L. Brooks Mallard   {BIO 19797214 <GO>}

Thanks, Mark. I will start on slide 9 with fourth quarter and full year highlights. For the fourth quarter, net revenues increased $82.2 million or 9.2% to $973.2 million compared to $890.9 million for the same period last year. Gross margin increased $47.8 million or 28% to $218.5 million compared to $170.8 million in 2015.

Gross margin as a percentage of net revenue expanded 330 basis points, from 19.2% in 2015 to 22.5% in 2016. The increases in gross margin and gross margin percentage were due to favorable pricing, improved cost productivity, and the favorable impact of recent acquisitions. SG&A expense increased $38.9 million or 27.4% to $181 million compared to the same quarter a year ago. SG&A expense as a percentage of net revenues was 18.6% compared to 15.9% for the same period in 2015.

The increases in SG&A expense and SG&A expense percentage were primarily due to one-time share-based compensation expense and other payments related to the November 2016 dividend recapitalization transaction totaling $22.8 million as well as professional fees related to the IPO process of $3.7 million. Excluding these one-time items, SG&A as a percentage of net revenues would have been unchanged versus 2015.

Additionally, the acquisitions of Trend and Breezway resulted in higher SG&A expense on a year-over-year basis. Net income increased $212.7 million to $233 million from $20.3 million in the same quarter a year ago. The increase in net income is driven largely by a significant benefit related to the recognition of tax attributes by releasing certain valuation allowances.

Adjusted EBITDA increased $24.9 million or 31.9% to $103 million from $78.1 million in the same quarter a year ago. Adjusted EBITDA margins expanded 180 basis points in the quarter to 10.6% compared to 8.8% a year ago. The increase in adjusted EBITDA and EBITDA margins was primarily due to favorable pricing, improved productivity, and the favorable impact of recent acquisitions.

Now I would like to turn to our full year results. Net revenues for 2016 increased $285.7 million or 8.5% to $3.7 billion compared to $3.4 billion in 2015. Gross margin increased $134.1 million or 20.1% to $800 million compared to $665.9 million in 2015. As a percentage of net revenue, gross margin increased 210 basis points from 19.7% in 2015 to 21.8% in 2016. Adjusted EBITDA increased $83.1 million or 26.7% to $394.1 million. Adjusted EBITDA margins expanded 150 basis points to 10.7% compared to 9.2% in 2015.

Slide 10 provides a buildup of our revenue growth. For the fourth quarter, the 9.2% improvement in our revenues was driven by a 5% core growth comprised of a 2% benefit from our pricing optimization strategy in all three segments, and 3% from volume and mix improvement driven primarily by the 6% increase in North America. Recent acquisitions in our Australasia segment contributed another 5% to growth, while the negative impact of foreign exchange in Europe reduced our total growth in U.S. dollar terms by almost minus 1%.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

For the full year, the 8.5% improvement in our net revenues was driven by 3% core growth, comprised of 2% benefit from our pricing optimization strategy across all three segments, and 1% from volume and mix improvement, also primarily in North America. We completed acquisitions that contributed approximately 7% to growth, while the negative impact of foreign exchange reduced our total growth in U.S. dollar terms by a little over 1% for the full year.

Next, I'll move to the geographic segment detail beginning with North America on slide 11, and I'll focus on the quarterly data. Net revenues in North America for the fourth quarter increased $42.1 million or 8% to $569.3 million from $527.1 million in the same period a year ago. The increase in net revenues was primarily due to an increase in core net revenues of 8%, comprised of an increase in volume and mix of approximately 6%, and an increase of pricing of approximately 2%. We believe that the strong volume mix in the fourth quarter was a result of the both the catch-up in demand after an industry-wide soft period in the third quarter as well as favorable comps from 2015.

Adjusted EBITDA in North America increased $23.2 million or 54.2% to $66.1 million from $42.9 million in the same period a year ago. EBITDA margins expanded 350 basis points to 11.6%. The increase in adjusted EBITDA was primarily due to favorable pricing and operating leverage on improved volume mix.

On slide 12, net revenues in Europe for the fourth quarter fell $11.7 million or 4.3% to $256.5 million from $268.2 million in the same period a year ago. The decrease in net revenues was primarily due to an unfavorable foreign exchange impact of minus 4%. Positive benefits from pricing were offset by decreased volume mix as we rationalize certain parts of our European business with a continued focus on profitable growth.

Adjusted EBITDA in Europe increased $4.2 million or 15.2% to $32.2 million from $27.9 million in the same period a year ago. EBITDA margins expanded 210 basis points to 12.5%. The increase in adjusted EBITDA was primarily due to favorable pricing and the benefit of our cost productivity programs offset by unfavorable volume mix as we work to rationalize our portfolio in part by unwinding certain unfavorable pricing and rebate agreements.

On slide 13, net revenues in Australia (sic) [Australasia] (15:03) for the fourth quarter increased $51.7 million or 54.1% to $147.4 million from $95.6 million in the same period a year ago. The large increase in net revenues was primarily due to a 47% increase from the recent acquisitions of Trend and Breezway, as well as 2% core growth and a slight positive foreign exchange impact.

Adjusted EBITDA in Australia (sic) [Australasia] (15:32) increased $8.8 million or 83.5% to $19.3 million from $10.5 million in the same period a year ago. EBITDA margins expanded 210 basis points to 13.1%. The increase in adjusted EBITDA was primarily due to the contribution of recent acquisitions and favorable pricing.

Now, I'd like to provide a brief update on our balance sheet and cash flow on slide 14. Cash and cash equivalents as of December 31, 2016 were $102.7 million compared to

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-02-22

$113.6 million a year ago. Total debt as of December 31, 2016 was $1.6 billion compared to $1.3 billion a year ago. However, it is important to note that earlier this month we received net proceeds from our IPO of $472.8 million and used a portion of these proceeds to repay $375 million of debt.

After giving effect to the IPO proceeds and subsequent debt reduction, the net debt to adjusted EBITDA ratio was approximately 2.65 times compared to 3.85 times at December 31, 2016 and 3.69 times a year. Our leverage ratio is now in line with our longer term target. Cash flow from operations increased $29.3 million or 17% to $201.6 million as of December 31, 2016, compared to $172.3 million as of December 31, 2015. Free cash flow increased $27.5 million or 29% to $122.1 million as of December 31, 2016, compared to $94.6 million as of December 31, 2015.

I will now turn the call back over to Mark for closing remarks.

## Mark A. Beck    {BIO 17245358 <GO>}

Thanks, Brooks. We posted strong results for 2016, and ended the year on a positive note. It's important to remember that we are still in the early stages of a multi-year turnaround. Our experienced leadership team and our operating model have us well-positioned to continue to generate operational and financial improvement in 2017, and beyond. Slide s16 and 17 highlight our multiple drivers for revenue growth and margin expansion.

Looking at revenue on page 16, our long-term core growth target of 4% to 5% will be driven by attractive end-market growth, pricing opportunities, continued innovation, and channel investments. To complement our organic growth strategy we have robust M&A opportunities. Our global platform, strong free cash flow generation and ready access to capital markets will allow us to be an active M&A player to further drive our financial performance.

As we turn to EBITDA margin expansion on page 17, we are focused on operational excellence opportunities through our JEM business system, things like productivity and strategic sourcing. We expect to see profitable revenue growth from new products, share gains, pricing, and operating leverage. And finally, our disciplined approach to acquisitions focuses on accretive transactions with attractive synergies. These factors drive our long-term target adjusted EBITDA margin of 15% or more. I'll wrap up on slide 18 with our annual outlook for 2017.

For the full year 2017, we expect total net revenue growth to be in the range of 1.5% to 3.5%. We expect 2017 adjusted EBITDA to be in the range of $435 million to $455 million, representing a 10% to 15% growth rate. Lastly, we expect capital expenditures to be in the range of $90 million to $100 million. Our underlying assumptions anticipate improvements in demand drivers in our diverse global end markets, as well as constructive macroeconomic factors. From a net revenue perspective our 2017 expectation of 1.5% to 3.5% is driven by core growth. In addition to the core growth, we expect 1% increase in net revenue contribution from the 2016 acquisitions. Now, please remember that after 12 months acquisitions become a part of the core. So this 1% is from