# EXHIBIT 8



**Q4 & FY 2016 Results Presentation | February 22, 2017**

# An Extraordinary Transformation Underway

## Where We Are Today

- **Early stages** of a multi-year turnaround

- A **global platform** with scale, iconic brands and leading market positions

- A **team of accomplished leaders** assembled from the best Industrials (Danaher, Cooper, UTC, etc.) executing a proven **operating model**

## Our Proven Operating Model

**1** **Self-help:** quality, productivity, sourcing

**2** Steady **profitable growth:** price, innovation, share-gain

**3** **Strategic M&A:** as an industry consolidator

## Where We Are Going

**Adjusted EBITDA Margin %**



15%+

10.7%

4.4%

FY 2013        FY 2016        Target*

## PROVEN TEAM DRIVING EARNINGS GROWTH AND FREE CASH FLOW

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.*



# Proven Operating Model

## WORLD-CLASS PERFORMANCE AND RETURNS

| Operational Excellence | Profitable Organic Growth | Strategic M&A |
| --- | --- | --- |
| Safety & Compliance | New Products & Innovation | Target Identification |
| Quality System | Brand Strategy | Target Cultivation |
| Customer Experience | Channel Management | Stage Gate Process |
| Productivity | Sales Force Effectiveness | Integration Playbook |
| Sourcing | Pricing Optimization | Performance Tracking |

**Talent Management, JELD-WEN Excellence Model (JEM), and Enabling Technology**



# Balanced Approach to Revenue Growth

**JELD-WEN Revenue Growth**

**Future Acquisitions**

**Target* Core Growth 4-5%**

**Share**
- Brand & channel investments
- Sales force effectiveness tools

**Innovation**
- New products
- Emerging technologies

**Pricing**
- Analytics in place
- Disciplined approach
- Strategic focus

**Markets**
- Exposure to attractive end markets






## COMBINATION OF CORE GROWTH AND M&A DRIVE REVENUE GROWTH*

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.*

# Balanced Approach to Margin Expansion

**JELD-WEN Adj. EBITDA Margin Target***

**15%+**

## Acquisitions

▪ Drive margin accretive M&A through:

- Target cultivation
- Disciplined valuations
- Effective integration
- High value products
- Delivering synergies

## Profitable Organic Growth

▪ Operating leverage

▪ Innovative new products

▪ Share gains driven by:

- Brand focus
- Channel management
- Sales force effectiveness

▪ Strategic pricing

## Operational Excellence

▪ Implementation of JEM

- Productivity / cost initiatives
- Strategic sourcing
- Sales, Inventory & Operations Planning
- Quality

## BLEND OF INTERNAL / EXTERNAL LEVERS DRIVING MARGIN EXPANSION

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.*