# EXHIBIT 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): May 9, 2017**

---

# JELD-WEN HOLDING, INC.

**(Exact name of registrant as specified in its charter)**

---

| Delaware | 001-38000 | 93-1273278 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**440 S. Church Street, Suite 400**
**Charlotte, North Carolina**                                   **28202**

**(Address of principal executive offices)**                    **(Zip code)**

**Registrant's telephone number, including area code: (704) 378-5700**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (See General Instruction A.2 below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On May 9, 2017, JELD-WEN Holding, Inc. (the "Company") issued a press release announcing the results of the Company for the first quarter ended April 1, 2017. A copy of the press release is being furnished as Exhibit 99.1 attached hereto and is incorporated by reference herein.

**Item 7.01 Regulation FD Disclosure.**

On May 9, 2017, the Company's management will present certain information in connection with its call with shareholders, analysts and others relating to the results of operations discussed above. Attached hereto as Exhibit 99.2 are slides that will be presented at that time.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release issued by JELD-WEN Holding, Inc. dated May 9, 2017, announcing results for the first quarter ended April 1, 2017. |
| 99.2 | Investor information to be presented by JELD-WEN Holding, Inc. on May 9, 2017. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: May 9, 2017

**JELD-WEN HOLDING, INC.**

By:  /s/ Laura W. Doerre

Laura W. Doerre

Executive Vice President, General Counsel and Chief Compliance Officer

**Exhibit 99.1**

For Release - May 9, 2017

### JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook

Charlotte, N.C. - JELD-WEN Holding, Inc. (NYSE:JELD) today announced results for its first quarter ended April 1, 2017, and updated its 2017 annual outlook.

**Highlights**:

- Net revenues for the first quarter increased by 6.4%

- Net income for the first quarter increased 6.3%

- Adjusted EBITDA for the first quarter increased 32.4% and adjusted EBITDA margins expanded 180 basis points

- Cash flow from operations for the first quarter improved $20.0 million and free cash flow improved $31.0 million

- The company raised its full year 2017 outlook for adjusted EBITDA to a range of $440 million to $460 million

"Our first quarter results demonstrated continued improvement in our operational performance, as we delivered another quarter of profitable growth across all three segments," said Mark Beck, president and chief executive officer. "Based on our strong first quarter performance and favorable outlook for the rest of the year, we are increasing our 2017 estimates for adjusted EBITDA."

### First Quarter 2017 Results

Net revenues increased $51.2 million, or 6.4%, to $847.8 million, compared to $796.5 million for the same period last year. The increase was driven by core growth of 6%, as well as the contribution of recent acquisitions in the Australasia segment. The company defines core growth as the increase in net revenues, excluding the impact of foreign exchange and acquisitions completed in the last twelve months. Core growth increased primarily as a result of increased shipping days in the quarter and positive pricing. Gross margin increased $27.8 million, or 17.6%, to $186.0 million, compared to $158.1 million for the same period last year. The increase in gross margin was due to profitable core growth, improved cost productivity and the contribution from recent acquisitions. Net income increased $0.4 million, or 6.3%, to $6.4 million, compared to $6.0 million in the same quarter last year. Adjusted EBITDA increased $19.8 million, or 32.4%, to $81.0 million, compared to $61.2 million in the same quarter last year. Adjusted EBITDA margins expanded 180 basis points in the quarter to 9.5%, from 7.7% in the same quarter a year ago.

On February 1, 2017, the company completed its initial public offering of common stock ("IPO"). As the first quarter only includes a partial period of post-IPO equity and debt capitalization, the company has not presented an earnings per share calculation for the quarter.

On a segment basis for the first quarter of 2017, compared to the same period last year:

- **North America** - Net revenues increased $23.9 million, or 5.2%, to $484.1 million, primarily due to core growth of 5%. Adjusted EBITDA increased $18.5 million, or 58.3%, to $50.2 million. Adjusted EBITDA margin expanded by 350 basis points to 10.4%.

- **Europe** - Net revenues increased $3.8 million, or 1.6%, to $242.3 million, primarily due to core growth of 6%. The increase in core growth was partially offset by the negative impact of foreign exchange of (4)%. Adjusted EBITDA increased $2.5 million, or 10.2%, to $27.2 million. Adjusted EBITDA margin expanded by 80 basis points to 11.2%.

- **Australasia** - Net revenues increased $23.6 million, or 24.1%, to $121.4 million, primarily due to a 12% contribution from the recent acquisitions of Breezway and Trend. Core growth increased 7% and foreign exchange had a positive impact of 5%. Adjusted EBITDA increased $4.3 million, or 48.5%, to $13.2 million. Adjusted EBITDA margin expanded by 180 basis points to 10.9%.

Cash and cash equivalents as of April 1, 2017 were $185.5 million, compared to $102.7 million as of December 31, 2016. Total debt as of April 1, 2017 was $1.2 billion, compared to $1.6 billion as of December 31, 2016. On February 1, 2017, the company received net proceeds from its IPO of $472.7 million and used a portion of these proceeds to repay $375.0 million of debt. In conjunction with the debt repayment in the first quarter, the company wrote off $7.0 million of original issue discount and deferred financing fees.

Cash flow from operations improved $20.0 million in the first quarter of 2017 to $(8.2) million, from $(28.2) million in the same period last year. Free cash flow improved $31.0 million in the first quarter of 2017 to $(18.0) million, from $(49.0) million in the same period last year.

**Updated Annual Outlook for 2017**

For full year 2017 compared to full year 2016, the company continues to expect an increase in net revenues of 1.5% to 3.5%. The increase in net revenues is expected to be driven by core growth and a small incremental carryover from 2016 acquisitions, partially offset by unfavorable foreign exchange impact.

The company has raised its expectation for 2017 adjusted EBITDA to a range of $440 million to $460 million, from its prior expectation of $435 million to $455 million, compared to adjusted EBITDA of $394.1 million for 2016. Capital expenditures are still expected to be in the range of $90 million to $100 million.

"The fundamental demand drivers in the majority of our diverse global end markets continue to look positive for the remainder of 2017," stated Beck. "We are confident in delivering our 2017 plan as we focus on profitable organic growth and realize operational improvements from the implementation of the JELD-WEN Excellence Model. We also continue to invest for the future through new product development, sales force effectiveness tools, and targeted advertising as well as pursuing a healthy pipeline of acquisition opportunities."

**Adjustments to Previously Reported Financial Information**

During the first quarter ended April 1, 2017, we identified errors related to the tax treatment of our share-based compensation expense and the inter-quarter allocation of a tax benefit associated with the release of a valuation allowance in a foreign jurisdiction reported for the year ended December 31, 2016. The amounts are not material to the periods impacted, and we have elected to revise our previously issued consolidated financial statements in our upcoming filings to correct the prior periods. In addition to the tax corrections, we also revised the financial statements for other accumulated misstatements impacting the period. The cumulative impact of the corrections for the three months ended March 26, 2016 was an increase in share-based compensation expense of $0.4 million and a decrease in tax expense of $0.1 million. The corrections had no impact on cash flow or adjusted EBITDA. Please refer to our Form 10-Q for the three-month period ended April 1, 2017 for additional details.

**Conference Call Information**

JELD-WEN management will host a conference call today, May 9, 2017, at 8 a.m. EDT, to discuss the company's financial results. The conference call can be accessed by dialing (877) 407-9208 (domestic) or (201) 493-6784 (international). A telephonic replay will be available approximately two hours after the call by dialing (844) 512-2921, or for international callers, (412) 317-6671. The passcode for the replay is 13659798. The replay will be available until 11:59 p.m. EDT on May 23, 2017.

Interested investors and other parties can also listen to a webcast of the live conference call by logging onto the Investor Relations section of the company's website at http://investors.jeld-wen.com. The online replay will be available for 30 days on the same website immediately following the call. A slide presentation highlighting the company's results will also be available on the Investor Relations section of the company's website.

To learn more about JELD-WEN, please visit the company's website at http://investors.jeld-wen.com.

**About JELD-WEN**

JELD-WEN, founded in 1960, is one of the world's largest door and window manufacturers, operating 115 manufacturing facilities in 19 countries located primarily in North America, Europe and Australia. Headquartered in Charlotte, North Carolina, JELD-WEN designs, produces and distributes an extensive range of interior and exterior doors, wood, vinyl and aluminum windows and related products for use in the new construction and repair and remodeling of residential homes and non-residential buildings. Our products are marketed globally under the JELD-WEN® brand, along with several market-leading regional brands such as Swedoor® and DANA® in Europe and Corinthian®, Stegbar®, and Trend® in Australia.

**Investor Relations Contact:**

JELD-WEN Holding, Inc.
John Linker





Q1 2017 Results Presentation | May 9, 2017

 **An Extraordinary Transformation Underway**

## Where We Are Today

- **Early stages** of a multi-year turnaround

- A **global platform** with scale, iconic brands and leading market positions

- A **team of accomplished leaders** assembled from the best Industrials (Danaher, Cooper, UTC, etc.) executing a proven **operating model**

## Our Proven Operating Model

1. **Self-help:** quality, productivity, sourcing

2. Steady **profitable growth:** price, innovation, share-gain

3. **Strategic M&A:** as an industry consolidator

## Where We Are Going

**Adjusted EBITDA Margin %**



| FY 2013 | LTM Q1 2017 | Target* |
|---------|-------------|---------|
| 4.4% | 11.1% | 15%+ |

**PROVEN TEAM DRIVING EARNINGS GROWTH AND FREE CASH FLOW**

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.



# Proven Operating Model

## WORLD-CLASS PERFORMANCE AND RETURNS

| Operational Excellence | Profitable Organic Growth | Strategic M&A |
| --- | --- | --- |
| Safety and Compliance | New Products and Innovation | Target Identification |
| Quality System | Brand Strategy | Target Cultivation |
| Customer Experience | Channel Management | Stage Gate Process |
| Productivity | Sales Force Effectiveness | Integration Playbook |
| Sourcing | Pricing Optimization | Performance Tracking |

Talent Management, JELD-WEN Excellence Model (JEM), and Enabling Technology





# Balanced Approach to Margin Expansion

**JELD-WEN Adj. EBITDA Margin Target***

15%+

**Acquisitions**

- Drive margin accretive M&A through:
  - Target cultivation
  - Disciplined valuations
  - Effective integration
  - High-value products
  - Delivering synergies

**Profitable Organic Growth**

- Operating leverage
- Innovative new products
- Share gains driven by:
  - Brand focus
  - Channel management
  - Sales force effectiveness
- Strategic pricing

**Operational Excellence**

- Implementation of JEM
  - Productivity / cost initiatives
  - Strategic sourcing
  - Sales, Inventory and Operations Planning
  - Quality

## BLEND OF INTERNAL / EXTERNAL LEVERS DRIVING MARGIN EXPANSION

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.

18