# EXHIBIT 11

FINAL

# Q1 2017 Earnings Call

## Company Participants

- Brooks Mallard, Executive Vice President & Chief Financial Officer
- JohnLinker, Senior Vice President,CorporateDevelopmentandInvestorRelations
- Mark Beck, President and Chief Executive Officer

## Other Participants

- Bob Wetenhall, Analyst
- Jason Marcus, Analyst
- John Lovallo, Analyst
- Keith Hughes, Analyst
- Mike Dahl, Analyst
- Nishu Sood, Analyst
- Stephen East, Analyst
- Tim Wojs, Analyst

## Presentation

### Operator

Greetings, and welcome to JELD-WEN Holding First Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. (Operator Instructions) As a reminder, this conference is being recorded.

I would now like to turn the conference over to John Linker, Senior Vice President, Corporate Development and Investor Relations. Please go ahead, sir.

### JohnLinker

Thank you. Good morning, everyone. We issued our press release this morning and posted a slide presentation to the Investor Relations portion of our website at investors.jeldwen.com. We will be referencing the slide during this call. I am joined today by Mark Beck, our Chief Executive Officer; and Brooks Mallard, our Chief Financial Officer.

Before we begin, I would like to remind everyone that during this call, JELD-WEN management may make certain statements that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These include remarks about future expectations, anticipation, beliefs, estimates, forecast, plans and prospects. Such statements are subject to a variety of risks, uncertainties and other factors

Bloomberg Transcript

that could cause actual results to differ materially from those indicated or implied by such statements.

Such risks and other factors are set forth in our earnings release posted on our website and provided in our 10-K and final prospectus as filed with the SEC. JELD-WEN does not undertake any duty to update such forward-looking statements, including the guidance we're providing with respect to certain expectations for 2017 results.

Additionally, during today's call, we will discuss non-GAAP measures, which we believe can be useful in evaluating our performance. The presentation of this additional information should not be considered in isolation or as a substitute for results prepared in accordance with GAAP. A reconciliation of these non-GAAP measures to the most directly comparable financial measure calculated under the GAAP can be found in our earnings release, which is posted on our website in Page 21 of this presentation.

I would now like to turn the call over to Mark.

## Mark Beck {BIO 17245358 <GO>}

Thanks, John, and good morning, everyone. Thank you for joining us for our second earnings call as a public company. We are pleased with our first quarter performance, and we believe these results show that our strategy and operating model are working.

But before we get into the details, and given that many investors are new to the JELD-WEN story, I'd like to step back and provide a brief overview of the company, our strategy and our operating model. Then I will turn the call over to our CFO, Brooks Mallard, who will take you through the financials in more detail. Finally, I will wrap up the call with our updated financial outlook for full-year 2017, before we open the line for your questions.

I'll start on slide four of the presentation. JELD-WEN is a global leader in windows and doors with a broad product offering and a scaled platform, operating 115 manufacturing facilities in 19 countries. We hold the number one position by net revenues in the majority of the countries and markets we serve. 67% of our revenues come from doors, 24% from windows, and the remaining 9% from other building products. From a geographic standpoint, we operate in three reportable segments. North America is our largest segment, followed by Europe and then Australasia. The majority of our business is tied to residential construction markets, with about equal exposure to the residential repair and remodel market, and the residential new construction market.

We believe that the diversity of our mix across products, geographies and applications, provides a competitive advantage and also mitigates business cycle risk. We have earned our leading market positions by offering well-designed high-quality products and by reaching consumers through multiple channels. We've also enhanced our strong portfolio of brands with six strategic acquisitions over the past two years. These deals are accretive to EBITDA margins and are expected to add more than $275 million in revenues this year.

FINAL
Bloomberg Transcript

Now turning to slide five, I'd like to highlight several reasons why I feel confident about the future of our company. First, we are in the early stages of an exciting business transformation, which began back in 2014 with the new leadership team. As you can see on the chart, we have delivered more than 670 basis points of margin expansion since 2013. Even so, we believe that there remains significant runway ahead for further improvement.

Second, the company has great assets that provide a solid foundation for future growth. And third, we've built a talented leadership team with deep experience, driving results at top tier industrial companies. And we are leveraging that experience to transform JELD-WEN into a world-class company.

I'll now get into some of the detail on how we are driving this business transformation on slide six. Our operating model starts with the foundation of talent management, our business system called JEM or JELD-WEN Excellence Model and enabling technology. Built upon that critical foundation, we have our three pillars of operational excellence, profitable organic growth and strategic M&A. Within each pillar, we have defined initiatives with clear ownership, action plans and targets. As we execute on these initiatives, our goal is to deliver best-in-class financial and operational performance.

During Q1, we made solid progress in all three pillars. First, our initiatives in the operational excellence pillar continue to build momentum. In the past few months, I visited multiple plants in North America, Europe and Australia; and I saw firsthand the adoption of our JEM culture and tools in our operations.

We've seen measurable improvements in safety, quality, delivery and cost. While we have a long way to go, I'm very encouraged by the progress I have seen and I'll share more on our JEM business system in a moment.

We also see that our global sourcing efforts are delivering cost savings in quarter one, and we added even more cost saving projects to the pipeline. Additionally, in the first quarter, we commissioned a new state-of-the-art glass processing facility in Queensland, Australia, to support our customers in the region. This new glass processing facility is our second in Australia, and we expected to drive significant cost savings and improved quality as we ramp to expected volumes.

We've also continued to make progress in the pillar of profitable organic growth, delivering another quarter of positive core growth. Since our last call, I have met with key customers in Europe, Australia, Canada and the United States. The recurring theme I heard was that they can see and feel the progress we are making in quality, service and innovation. Our recent product launches have been well-received by the market, including Woodview pre-finished doors in North America, the Charisma door collection in Europe and the Alumiere window line in Australia.

Lastly, and for the third pillar, which is strategic M&A, we feel good about the deals we've done and the state of our pipeline. The integrations of recent acquisitions continue to be on-plan and targeted synergies are being realized. Additionally, the M&A pipeline is

FINAL

Bloomberg Transcript

healthy in all three reporting segments and we are actively evaluating several strategic bolt-on M&A opportunities. As we do, we remain highly disciplined, stay true to our strategy, and select only the best assets.

On page seven, I'd like to highlight the JEM business system. JEM drives our operational excellence cadence, defines how we work, and is the backbone of our company. We now have over 80 full time JEM professionals driving operational improvement across the company. We are building a culture around JEM by focusing on what we call the fundamental five JEM tools, which are Visual Management, 5S, Standard Work, Basic Problem Solving and Model Area. We are still in the early days of embedding JEM in the DNA of the organization, yet we are already seeing it make a great impact.

Turning to slide eight, you can see that our business transformation has driven a substantial improvement in earnings and free cash flow in the first quarter. Net revenues increased 6.4%. Adjusted EBITDA increased 32.4% with a margin of 9.5%. And free cash flow increased $31 million.

Brooks will now walk you through the quarterly financials in more detail.

## Brooks Mallard

Thanks, Mark. I will start of slide 10. For the first quarter, net revenues increased $51.2 million or 6.4% to 847.8 million compared to 796.5 million for the same period last year. The increase was largely driven by core growth, which I will address in a moment.

Gross margin increased $27.8 million or 17.6% to 186 million compared to 158.1 million in 2016. Gross margin as a percentage of net revenue expanded 200 basis points from 19.9% in 2016 to 21.9% in 2017. The increases in gross margin and gross margin percentage were due to profitable core growth, improved cost productivity, and the impact of our recent acquisitions.

SG&A expense increased 15.1 million or 11.4% to 147.1 million from 132 million in the same quarter a year ago. SG&A expense as a percentage of net revenues was 17.3% compared to 16.6% for the same period a year ago. The increases in SG&A expense and SG&A expense percentage were primarily due to legal costs of approximately 5.8 million as well as increased audit and tax fees related to our recent IPO and year-end filings. Additionally, the acquisitions of Trend and Breezway resulted in higher SG&A expense on a year-over-year basis.

Net interest expense increased 9.9 million to 26.9 million from 17 million in the same quarter a year ago. The increase was primarily due to the write-off of $7 million of original issue discount and deferred financing fees related to the February 2017 repayment of 375 million of debt with our IPO proceeds.

Net income increased 0.4 million to 6.4 million from 6 million in the same quarter a year ago. Net income in the first quarter of 2017 was unfavorably impacted by the previously mentioned items of financing fee write-offs and legal costs. Net income in the first quarter

FINAL

Bloomberg Transcript

of 2016 included a favorable $3.6 million gain from the sale of property that was excluded from adjusted EBITDA.

Adjusted EBITDA increased 19.8 million or 32.4% to 81 million from 61.2 million in the same quarter a year ago. Adjusted EBITDA margin expanded 180 basis points in the quarter to 9.5% compared to 7.7% a year ago. The increase in adjusted EBITDA and adjusted EBITDA margin was primarily due to profitable organic growth, improved cost productivity, and the impact of our recent acquisitions.

Slide 11 provides a buildup of our revenue growth. For the first quarter, the 6% improvement in our revenues was driven by 6% core growth, comprised of a 2% benefit from pricing and 4% from volume and mix improvement. Recent acquisitions in our Australasia segment contributed another 1% to growth, while the negative impact of foreign exchange in Europe reduced our total growth in US dollar terms by almost minus 1%.

The increase in volume/mix was primarily result of increased shipping days in the first quarter of 2017 versus prior year offset by the unfavorable impact our North American retail channel door ordering patterns and year-over-year weather impacts in North America and Australia. We had four additional shipping days in the first quarter of 2017 compared to the first quarter of 2016. The year-over-year benefit of shipping days will reverse in the fourth quarter.

Next, I'll move to the segment detail beginning with North America on slide 12. Net revenues in North America for the first quarter increased $23.9 million or 5.2% to 484.1 million from 460.2 million in the same period a year ago. The increase in net revenues was primarily due to an increase in core growth of 5% comprised of an increase in volume/mix of approximately 3%, and an increase in pricing of approximately 2%.

Adjusted EBITDA in North America increased 18.5 million or 58.3% to 50.2 million from 31.7 million in the same period a year ago. EBITDA margins expanded 350 basis points to 10.4%. The increase in adjusted EBITDA was primarily due to favorable pricing, profitable growth, and cost savings initiatives.

On slide 13, net revenues in Europe for the first quarter increased 3.8 million or 1.6% to 242.3 million from 238.5 million in the same period a year ago. The increase in net revenues was primarily due to an increase in core growth of 6% comprised of an increase in volume/mix of approximately 5% and an increase in pricing of approximately 1%. The increase in core growth was offset by the negative impact of foreign exchange of minus 4%. Adjusted EBITDA in Europe increased 2.5 million or 10.2% to 27.2 million from 24.7 million in the same period a year ago. Margins expanded by 80 basis points to 11.2%.

On slide 14, net revenues in Australasia for the first quarter increased 23.6 million or 24.1% to 121.4 million from 97.8 million in the same period a year ago. The large increase in net revenues was primarily due to a 12% increase from the recent acquisitions of Breezway and Trend, as well as 7% core growth and positive foreign exchange impact of 5%. The

FINAL

Bloomberg Transcript

increase in core net revenues was comprised of a 6% increase in volume/mix and a 1% increase in pricing.

Adjusted EBITDA in Australasia increased 4.3 million or 48.5% to 13.2 million from 8.9 million in the same period a year ago. Margins expanded by 180 basis points to 10.9% as a result of profitable core growth and the accretive benefit of the Breezway acquisition.

Now I'd like to provide a brief update on our balance sheet and cash flow on slide 15. Cash and cash equivalents as of April 1st, 2017 were 185.5 million compared to 102.7 million as of December 31st, 2016. Total debt as of April 1st, 2017 was 1.2 billion compared to 1.6 billion as of December 31st, 2016. In the first quarter, we received net proceeds from our IPO of 472.7 million and used a portion of those proceeds to repay $375 million of debt that was raised in our November 2016 dividend recapitalization.

As of April 1st, 2017, our net leverage ratio was 2.6 times compared to 3.8 times as of December 31st, 2016. Our net leverage ratio is now within our medium-term target range. Cash flow from operations improved 20 million in the first quarter of 2017 to minus 8.2 million from minus 28.2 million in the same period a year ago. This cash flow performance was consistent with our expectations as our first quarter operating cash flows are typically negative due to the seasonality of our working capital.

Free cash flow improved 31 million to minus 18 million from minus 49 million in the same period a year ago, due to improved operating cash flows and reduced capital expenditures. Our balance sheet remained strong and our capital structure, liquidity, and free cash flow generation continue to provide us with the flexibility to fund our strategic initiatives.

I will now turn the call back over to Mark for closing remarks.

**Mark Beck** {BIO 17245358 <GO>}

Thanks, Brooks. We posted strong results for the first quarter, and we continued our progress in improving margins on a year-over-year basis. It's important to remember that we are still in the early stages of a multi-year turnaround. Our experienced leadership team and our operating model have us well positioned to continue delivering operational and financial improvement in 2017 and beyond.

Slide 17 and 18 highlight our framework for success and the multiple drivers for our continued revenue growth and margin expansion. Looking at revenue on page 17, our long-term core growth target of 4% to 5% will be driven by attractive end market growth, pricing opportunities, continued innovation and channel investments.

To complement our organic growth strategy, we have robust M&A opportunities. Our global platform, strong free cash flow generation, and ready access to capital markets will allow us to be an active M&A player to further drive our financial performance.

the year. Do you think you have legitimate opportunities to price, or is this sort of what you see today is what you get until we probably turn the calendar?

## A - Brooks Mallard

Well, most of our price increases, we go through a negotiation period in Q1, and we agree on what the price increase is going to be for the year. A lot of it is just published, some of it is more negotiated. Where you'll see us get additional price over and above kind of those negotiations would be, if we were to see some extraordinary material inflation or we would start to see some extraordinarily FX moves that cause us some transactional pains and saves in some place like Canada or someplace like Australia, that's where you would see us move, pricing kind of out of period, I guess would be the best way to put it, it kind of out of our normal pricing increase timing.

So that's really the way it works from a timing and a process perspective.

## Q - Stephen East {BIO 7130631 <GO>}

Okay. Thanks a lot.

## A - Brooks Mallard

Yeah.

## Operator

Our next question is from the line of Tim Wojs with Robert W. Baird. Please proceed with your question.

## Q - Tim Wojs {BIO 18707618 <GO>}

Hey guys, good morning. Nice job.

## A - Mark Beck {BIO 17245358 <GO>}

Thank you.

## A - Brooks Mallard

Hi.

## Q - Tim Wojs {BIO 18707618 <GO>}

I guess just first maybe on that last question on pricing moderating to the year. Could you just maybe give me a little bit of color on maybe where that slippage would come, just with maybe raw material inflation being a little bit heavier in the back half of the year, I'm curious why we'd see a little bit of moderation in price?

And then secondly, just on free cash flow, is there a way to think about your expectations for the year on free cash flow generation?

FINAL
Bloomberg Transcript

FINAL

## A - Mark Beck {BIO 17245358 <GO>}

Sure. So on price, as Brooks said, we publish new prices late in the year, for our biggest customers, we spend much of quarter one negotiating how much of that is going to stick, and then those prices start to take effect in quarter two and beyond. And so in quarter one, what we had was some carry over from the previous years' price increases. And you may recall that, if you go back for the last couple of years, we were doing larger than market price increases as we are playing catch up and trying to reset pricing that where we thought that they should be.

And so while we're very pleased that we've got what we think our solid price increases going forward, they're not quite as strong as what we've had in the past. And I think as we have talked about before that, that was something that we had been expecting.

And so that's why, as we transition to kind of this next phase of price increases, it's a little bit moderated from where we were. I think the most important thing for us is to get the market comfortable that every year to expect that there is going to be a price increase. And of course, we will adjust that based on pricing power, demand there is and what's happening with raw material inflation. Brooks, do you want to talk about the cash?

## A - Brooks Mallard

Yeah. In general, our expectation is that we're going to deliver free cash flow in excess of net income on a year-in and year-out basis. And I would say that, we continue to expect that. So no difference. We were a little bit light on CapEx spending in Q1. However, that was more due to timing. We had some projects come in at the end of the quarter, and we do have some pretty significant projects that are going to go on throughout the year. So we're still comfortable in delivering free cash flow in excess of net income.

## Q - Tim Wojs {BIO 18707618 <GO>}

Okay. And since you guys don't guide to net income, is there any way to kind of just thinking maybe an absolute number?

## A - Brooks Mallard

No. We don't provide guidance for that.

## A - Mark Beck {BIO 17245358 <GO>}

I think -- folks, I think we're out of time. So let me just wrap up with a couple of comments. We feel good about Q1, we feel good about the rest of the year. We've raised our guidance accordingly. We want to thank all of you for your interest and for your support. And again, I'd like to thank all the JELD-WEN associates for their hard work and diligence here in the first quarter. Thanks for coming to our call.

## Operator

This concludes today's conference. You may disconnect your lines at this time. Thank you for your participation.

Bloomberg Transcript

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*