# EXHIBIT 14



22 June 2017
Americas/United States
**Equity Research**
Building Products

# Jeld-Wen Holding Inc (JELD)

**INITIATION**

| Rating | **OUTPERFORM** |
|---|---|
| Price (21-Jun-17, US$) | 34.89 |
| Target price (US$) | 39.00 |
| 52-week price range (US$) | 34.89 - 26.05 |
| Market cap (US$ m) | 3,663.18 |

Target price is for 12 months.
[V] = Stock Considered Volatile (see Disclosure Appendix)

**Research Analysts**

**Susan Maklari**
212 325 3134
susan.maklari@credit-suisse.com

**Christie Fredericks**
212 538 0201
christie.fredericks@credit-suisse.com

## Getting a Handle on Windows and Doors; Initiating Coverage with an Outperform Rating and $39 Target Price

- **Industry-Leading Transition Under Way, Driving Upside Potential:** We view Jeld-Wen largely as a self-help story, furthered by a supportive macro backdrop. We look to its continued turnaround, centered on the development of a lean manufacturing culture, the evolution of its product offerings in windows, and its leading position in residential interior doors. We believe the benefits have only just started to come through in results, and we look for peer relative underperformance, making this an attractive entry point.

- **Lean Operations Should Yield Fatter Margins:** A cultural shift centered on continuous improvement is the core of this transformation. Known as The Jeld-Wen Excellence Model, it comprises five core principles focused on simplifying and improving production to create a more variable cost structure and greater flexibility to effectively and efficiently drive profitable growth. Since its 2014 implementation, gross margins have improved ~500bps, with ~60% coming from sourcing and productivity gains. Cost improvements alone are expected to generate 60% of the margin expansion through 2018.

- **Single-Family Starts Forecast to Rise ~9.5% in 2017 and 2018:** Based on our proprietary supply/demand model, we expect continued expansion in total starts over the next several years. Notably, we look for growth in single family to outperform multi. We forecast single-family starts will rise to 856K in 2017 and 939K in 2018 with total starts reaching a peak of ~1.5 million in 2020, reflecting compounded growth of 9.7% off their 2009 trough.

- **Valuation Based on DCF and EV/EBITDA:** Our $39 TP is based on a multiple of 11x our 2018 EBITDA estimate, discounted back vs. the group average of 10.6x. Risks to Jeld-Wen are macro related—especially as it relates to continued growth in housing—as well as its ability to realize its strategic, operational initiatives.

**Financial and valuation metrics**

| Year | | 12/16A | 12/17E | 12/18E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | | 3.42 | 1.47 | 2.04 |
| Prev. EPS (US$) | | - | - | - |
| P/E (x) | | 10.2 | 23.7 | 17.1 |
| P/E rel. (%) | | 48.8 | 125.5 | 101.3 |
| Revenue (US$ m) | | 3,666.8 | 3,757.1 | 3,867.7 |
| EBITDA (US$ m) | | 393.7 | 460.7 | 530.1 |
| OCFPS (US$) | | 1.86 | 2.17 | 2.81 |
| P/OCF (x) | | | 16.1 | 12.4 |
| EV/EBITDA (current) | | 12.0 | 10.3 | 8.9 |
| Net debt (US$ m) | | 1,517 | 900 | 700 |
| ROIC (%) | | 47.18 | 13.81 | 16.21 |
| Number of shares (m) | 104.99 | IC (current, US$ m) | | 1,724.29 |
| BV/share (Next Qtr., US$) | 7.1 | EV/IC (x) | | 2.6 |
| Net debt (Next Qtr., US$ m) | 1,006.8 | Dividend (current, US$) | | - |
| Net debt/tot eq (Next Qtr.,%) | 129.7 | Dividend yield (%) | | - |

Source: Company data, Thomson Reuters, Credit Suisse estimates

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**CREDIT SUISSE**

22 June 2017

# Investment Summary

**Initiating Coverage with an Outperform Rating and a $39 Target Price:** Given the initiatives under way, we view Jeld-Wen largely as a self-help story, furthered by a supportive macro outlook for housing starts and remodeling activity. Specifically, we look to the continued execution of its multi-year turnaround strategy, centered on the development of a lean manufacturing culture, the evolution of its product offerings in windows toward  the mid-end to higher end, and leveraging its leading market positioning, especially in residential interior doors. We believe the benefits of this transition have only just started to come through in results, and we look for peer relative underperformance in profitability and returns to narrow, making this an attractive entry point.

**Leaner, More Efficient Manufacturing Allows for Margin Gains:** At the core of its transformation is a cultural shift centered on continuous improvement. Known as the Jeld-Wen Excellence Model, or JEM, it is the basis for its stride toward becoming a process-driven organization. The model comprises five core principles focused on simplifying and improving production to create a more variable cost structure and greater flexibility to more effectively and efficiently drive profitable growth. Since its 2014 implementation, gross margins have improved ~500bps, with ~60% coming from sourcing and productivity gains. Cost improvements alone are expected to generate 60% of the improvement in profitability from 2015 to 2018. Reflecting this, we forecast gross margins of 24.9% by 2018, up from 21.8% reported in 2016 and 19.7% reported in 2015.

**Product Mix-Shift Supports Pricing Strategy:** Since 2015, management has worked to drive greater pricing discipline across its North American business, as it sought to recover input cost inflation and strike a better balance between volume and margins. Its leading position and the competitive dynamics in residential interior doors facilitated this effort. Within windows, the strategy also entails shifting its product focus toward the higher end of the market, where brands carry greater value, easing price competition. Many of its recent product launches have been part of this, and we look for M&A across windows and doors to be targeted at mid- to higher-end niche products with strong brand value.

**Macro Outlook Provides Tailwinds:** We forecast an 8% increase in total housing starts in 2017 and 7.5% in 2018, with growth in single family outperforming that of multi, providing a further benefit for Jeld-Wen. Additionally, low unemployment and interest rates (relative to historical levels) as well as higher home prices should all be supportive of demand for residential remodeling, especially larger-ticket projects. Dynamics within the housing stock—aging and size—also provide attractive longer-term trends for windows and doors.

**Balance Sheet and Cash Flow Support Strategic Initiatives:** At the end of 1Q17, Jeld-Wen had a net debt-to-cap ratio of 62%. On trailing-12-month EBITDA, its leverage was 2.9x, in-line with its targeted 2.5x to 3.5x range, and compared with the peer group average of 2.1x. Working capital to sales is forecast to be flat through 2018 at ~8%, as any benefits from its lean initiatives will be reinvested. That said, should the transformation at Jeld-Wen come together sooner than expected, this could prove conservative. We expect meaningful decreases as just-in-time manufacturing and other key continuous improvement principles are fully embraced. Capital expenditures are forecast to be minimal at ~2.5% of sales.

**Valuation Based on EV/EBITDA:** Our $39 target price is based on a multiple of 11x our 2018 EBITDA estimate, discounted back. This compares with the peer average of 10.6x, reflecting our optimism around upcoming results.

CREDIT SUISSE

22 June 2017

**Figure 27: Revenues by Geography**

Source: Company data, Credit Suisse
Note: Data as of 2016.

**Figure 28: Revenues by Channel Mix**

Source: Company data, Credit Suisse
Note: Data as of 2015.

## History

Jeld-Wen was founded in Oregon in 1960. Since then, it has completed more than 40 acquisitions across North America, Europe, Asia, and South and Latin Americas, giving it product as well as geographic breadth. Despite this expansion, years of mismanagement and suffering under weak operational guidance and a significant debt load led to a liquidity crisis in 2010 as the housing—and broader economic—downturn took hold. In October 2011, Onex Partners purchased a majority stake in Jeld-Wen, de-levered its capital structure, and brought in new leadership. Senior management focused heavily on gaining share and increasing volumes, but it was unable to address structural problems, including a decentralized culture. As such, while revenues increased by ~$300 million from 2011 to 2013, profitability declined, with the EBITDA margin reaching a trough of 4.4% in 2013. In response, 90% of senior management was changed out starting in 2014 as well as, half of the company's next-level leaders. To date, the new team has focused on establishing pricing discipline, reducing overhead and eliminating non-core spending, and it has made strategic investments in growth both organically and through M&A. Reflecting the benefits of these efforts, for the three years ended 2016, revenues have expanded a compounded rate of 3%, while EBITDA margins have risen to 11%.

In February, the company completed an IPO of 28.75mn shares at $23/share. Jeld-Wen sold 22.3mn shares for which it received $473mn of proceeds that it used to repay a $375mn term loan with the rest going toward working capital and other general corporate purposes, possibly including acquisitions. Onex sold the balance, including 3.75mn shares exercised under the greenshoe, for which the company did not receive any proceeds. Onex sold an additional 14mn shares (plus a 2.1mn share greenshoe) in a secondary offering priced on May 24 at $30.75/share. As a result, Onex now controls 47% of the outstanding common stock (down from 58%). As the largest shareholder, it retains a large enough stake to influence policies and decisions such as changes in senior management, operating strategy, and potential M&A deals, as well as changes to the company's capital structure and shareholder returns. Further, Onex could choose to sell additional shares again at some point in the future.

## Segment Analysis

## Doors

The U.S. residential door market stood at $11bn in 2015, having grown at a 7.5% compounded rate over the last five years. In unit terms, the industry sold 45 million doors in 2013, a decline of 6% on a compounded annual basis from 2008. This compares to the

**Jeld-Wen Holding Inc (JELD)**

17

recent industry peak of 84 million units shipped in 2003. According to Freedonia, demand is forecast to increase at a compounded rate of ~6.5% through 2020, generally reflective of fundamentals in the housing market and residential remodeling. We note this is ahead of our more modest assumptions, suggesting upside to our estimates.

Jeld-Wen and Masonite hold the majority of share as the number one and two producers, respectively. Both companies offer a range of interior and exterior door products, with entry-level price points in the $30-40 range (at retail) to higher-end offerings that cost several thousand dollars. Therma-Tru, a division of Fortune Brands Home and Security, is the third largest in the U.S. and is focused exclusively on exterior doors.

### Interior Doors

Over the last 15-plus years, the molded door frame segment of the market has undergone meaningful consolidation, with Jeld-Wen and Masonite holding the vast majority of share as the number one and two producers, respectively. This has, in part, been driven by their investments in production, notably door skin plants, which require significantly more upfront capital relative to traditional interior door facilities. Jeld-Wen operates three of these plants across the U.S. and ships skins to one of their final production facilities across the country. This consolidation has allowed for improved capacity utilization as well as pricing discipline. Following years of volume gains at the expense of margins, both companies more recently sought to capture necessary increases to offset rising cost inflation over this time with price increases in the high–single-digit range. They have moderated since and are expected to stay in the low- to mid-single digit range (on an annual basis), varying with underlying demand and operating conditions.

### Entry Doors

Residential entry door volumes have risen at a compounded rate of 7% off their 2011 trough to more than 10mn in 2015, based on the American Architectural Manufacturers Association. That said, demand remains 16% below the 2007 level. In terms of materials, while steel remains the largest part of the market, fiberglass continues to gain momentum and now comprises ~40% of the total compared with 27% almost a decade ago.

**Figure 29: Shipments of Entry and Patio Doors (Units, Mns)**

Source: American Architectural Manufacturers Association and Credit Suisse

## Jeld-Wen's Positioning

Doors accounted for 65% of company sales in 2016, consistent with the last several years. The company maintains a global footprint, producing largely local-for-local sale. In North America, product offerings are focused on the residential market and include a range of interior and exterior doors, including those for patios and higher-end sliding or folding wall

CREDIT SUISSE

systems. Among its competitive advantages are its vertical integration in molded door skins, in which it makes its own dyes and has full control over the production process. These skins are a key input to its high-volume product offerings. Reflecting its strength here, Jeld-Wen has added significant capacity over the last several years, primarily with the opening of a facility in Louisiana. Its European offerings include residential as well as non-residential doors that are sold in numerous countries.

## Windows

The U.S. residential window market stood at $7 billion in 2015. Over the last five years, the industry has seen growth of 4% annually on a compounded basis reflecting the modest and gradual recovery in the housing market, including residential repair and remodel. This compares to an increase in the broader residential windows and door category of 6% per year over the same time. Among the leading national suppliers are Jeld-Wen, Anderson, Pella, Marvin, Milgard (Masco), and Ply Gem.

In unit terms, shipments of windows for residential use—new homes and repair and remodel—rose to nearly 50 million in 2015, based on estimates from the American Architectural Manufacturers Association. This reflects an increase of 3% year over year, a moderation following stronger growth earlier in the recovery as well as continued volatility in repair-and-remodel markets. That said, demand is 28% above the 2009 trough, having risen at a compounded rate of 4% since then, though current levels compare to the 2005 peak of 70.5 million units. Repair and remodel has accounted for 55-60% of the total over the last several years, in-line with the longer-term average. Vinyl casings continue to gain share, primarily at the expense of wood; fiberglass also continues to gain momentum, though it remains a smaller part of the market at 3% (compared with 1% a decade ago). In contrast, wood now comprises 17% of the total, down from 32% in 2003, as it has become more of a niche, higher-end product.

**Figure 30: Annual Window Shipments for Residential Use (Units, Mns)**



Source: American Architectural Manufacturers Association and Credit Suisse