# EXHIBIT 15

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-Q

_____

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended July 1, 2017**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-38000**

_____

# JELD-WEN Holding, Inc.
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **Delaware** | **93-1273278** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**440 S. Church Street, Suite 400**
**Charlotte, North Carolina 28202**
**(Address of principal executive offices, zip code)**

**(704) 378-5700**
**(Registrant's telephone number, including area code)**

_____

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The registrant had 105,239,833 shares of Common Stock, par value $0.01 per share, issued and outstanding as of August 4, 2017.

13109250.2

**JELD-WEN HOLDING, Inc.**
**- Table of Contents -**

**Page No.**

**Part I - Financial Information**

| | | |
|---|---|---:|
| Item 1. | Unaudited Financial Statements | |
| | Consolidated Statements of Operations | 6 |
| | Consolidated Statements of Comprehensive Income (Loss) | 7 |
| | Consolidated Balance Sheets | 8 |
| | Consolidated Statements of Equity | 9 |
| | Consolidated Statements of Cash Flows | 10 |
| | Notes to Consolidated Financial Statements | 11 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 47 |
| Item 4. | Controls and Procedures | 47 |

**Part II - Other Information**

| | | |
|---|---|---:|
| Item 1. | Legal Proceedings | 49 |
| Item 1A. | Risk Factors | 49 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 49 |
| Item 6. | Exhibits | 51 |
| | Signature | 52 |

2

Back to top

**Note 21. Commitments and Contingencies**

**Litigation** - We are involved in various legal proceedings encountered in the normal course of business and accrue for loss amounts on legal matters when it is probable a liability has been incurred and the amount of liability can be reasonably estimated. Legal judgments and estimated settlements have been included in accrued expenses in the accompanying unaudited consolidated balance sheets.

Other than as described below, as of July 1, 2017, there are no current proceedings or litigation matters involving the Company or its property that we believe could have a material adverse impact on our business, financial condition, results of operations or cash flows.

*Steves and Sons, Inc. vs JELD-WEN* - We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the contract, Steves, filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division. The complaint alleges that our acquisition of CMI, together with subsequent price increases and termination of the contract, violated antitrust laws and constituted a breach of contract, breach of warranty, and tort. The complaint seeks injunctive relief, ordinary and treble damages, and declaratory relief. We believe Steves' claims lack merit and intend to defend against this action vigorously.

*ESOP* - The JELD-WEN ESOP Plan, Administrative Committee, and individual trustees were sued by three separate groups of former employees and members of the ESOP for alleged violations relating to the management and distribution of the ESOP funds. These matters were pled as class actions and none of the cases were certified. In January 2015, we executed settlement agreements with applicable parties resulting in our recording $5.0 million in settlement expense in June 2015. Pursuant to the agreements, we accrued a $15.7 million liability to the plaintiffs in other accrued expenses and a $10.7 million insurance receivable in accounts receivable. In June 2015, we paid all settlement funds into an escrow account. On October 19, 2015, the court provided final approval of the settlement in all respects. We received $10.7 million from insurance carriers on December 1, 2016. All settlement funds have now been credited to claimant's respective accounts.

**Self-Insured Risk** - We self-insure substantially all of our domestic business liability risks including general liability, product liability, warranty, personal injury, auto liability, workers' compensation and employee medical benefits. Excess insurance policies from independent insurance companies generally cover exposures between $3.0 million and $250.0 million for domestic product liability risk and exposures between $0.5 million and $250.0 million for auto, general liability, personal injury and workers' compensation. We have no stop gap coverage on claims covered by our self-insured domestic employee medical plan and are responsible for all claims thereunder. We estimate our provision for self-insured losses based upon an evaluation of current claim exposure and historical loss experience. Actual self-insurance losses may vary significantly from these estimates. At July 1, 2017 and December 31, 2016, our accrued liability for self-insured risks was $72.6 million and $71.3 million, respectively.

**Indemnifications** - At July 1, 2017, we had commitments related to certain representations made on contracts for the purchase or sale of businesses or property. These representations primarily relate to past actions such as responsibility for transfer taxes if they should be claimed, and the adequacy of recorded liabilities, warranty matters, employment benefit plans, income tax matters or environmental exposures. These guarantees or indemnification responsibilities typically expire within one to three years. We are not aware of any material amounts claimed or expected to be claimed under these indemnities. From time to time and in limited geographic areas we have entered into agreements for the sale of our products to certain customers that provide additional indemnifications for liabilities arising from construction or product defects. We cannot estimate the potential magnitude of such exposures, but to the extent specific liabilities have been identified related to product sales, liabilities have been provided in the warranty accrual in the accompanying unaudited consolidated balance sheets.

28

Back to top

**Overview and Background**

We are one of the world's largest door and window manufacturers, and we hold a leading position by net revenues in the majority of the countries and markets we serve. We design, produce, and distribute an extensive range of interior and exterior doors, wood, vinyl, and aluminum windows, and related products for use in the new construction, R&R of residential homes and, to a lesser extent, non-residential buildings.

We operate 117 manufacturing facilities in 19 countries, located primarily in North America, Europe, and Australia. For many product lines, our manufacturing processes are vertically integrated, enhancing our range of capabilities, our ability to innovate, and our quality control as well as providing supply chain, transportation, and working capital savings.

In October 2011, Onex Partners acquired a majority of the combined voting power in the Company through the acquisition of convertible debt and convertible preferred equity.

In February 2017, we closed on the offering of 28,750,000 shares of our common stock at a public offering price of $23.00, resulting in net proceeds of $472.4 million after deducting underwriters' discounts and commissions and other offering expenses. We used a portion of the net proceeds from the offering to repay $375 million of indebtedness outstanding under our Term Loan Facility, and have used or will use the remaining net proceeds for working capital and other general corporate purposes, including sales and marketing activities, general and administrative matters, capital expenditures, and to invest in or acquire complementary businesses, products, services, technologies, or other assets. Following our IPO, Onex Partners continued to own the majority of our common stock, and Onex Partners has appointed the majority of our board of directors.

In May 2017, we completed a secondary public offering of 16.1 million shares of our common stock, substantially all of which were owned by Onex Partners, including the exercise of the over-allotment option. Following the completion of the secondary offering, Onex Partners owned approximately 45% of our common stock.

**Business Segments**

Our business is organized in geographic regions to ensure integration across operations serving common end markets and customers. We have three reportable segments: North America (which includes limited activity in Chile and Peru), Europe, and Australasia. Financial information related to our business segments can be found in Note 11- *Segment Information* of our unaudited financial statements included elsewhere in this Form 10-Q.

**Acquisitions**

In June 2017, we acquired Mattiovi, headquartered in Finland. Mattiovi is a leading manufacturer of interior doors and door frames in Finland and will become part of our Europe segment. The acquisition enhances our market position in the Nordic region, increases our product offering, and also provides us with additional door frame capacity to support growth in the region. We paid an aggregate of approximately $21.2 million in cash (net of cash acquired) for Mattiovi.

In February 2016, we acquired Trend, headquartered in Sydney, Australia. Trend is a leading manufacturer of doors and windows in Australia and is now part of our Australasia segment. The acquisition of Trend strengthened our market position in the Australian window market and expanded our product portfolio with new and innovative window designs. In August 2016, we acquired the shares of Arcpac Building Products Limited, which includes its primary operating subsidiary Breezway, headquartered in Brisbane, Australia. Breezway is a manufacturer of louver window systems for the residential and commercial window markets. Breezway's primary sales market is Australia and it also maintains a presence in Malaysia and Hawaii. The acquisition of Breezway is expected to strengthen our position in the Australian window market and expand our product portfolio with new and innovative window designs as well as other complementary products. We paid an aggregate of approximately $85.9 million in cash (net of cash acquired) for Trend and Breezway.

**Results of Operations**

The tables in this section summarize key components of our results of operations for the periods indicated, both in U.S. dollars and as a percentage of our net revenues. All percentages presented in this section have been rounded to the nearest whole number. Accordingly, totals may not equal the sum of the line items in the tables below. The results for the three and six months ended June 25, 2016 have been revised to reflect the correction of certain errors and other accumulated misstatements as described in Note 25 - *Revision of Prior Period Financial Statements.*

Back to top

**Comparison of the Three Months Ended July 1, 2017 to the Three Months Ended June 25, 2016**

| | | Three Months Ended | | | |
|---|---|---|---|---|---|
| | | July 1, 2017 | | June 25, 2016 | |
| (dollars in thousands) | | | % of Net Revenues | | % of Net Revenues |
| Net revenues | $ | 948,736 | 100.0% | $ 964,608 | 100.0% |
| Cost of sales | | 712,998 | 75.2% | 752,457 | 78.0% |
| Gross margin | | 235,738 | 24.8% | 212,151 | 22.0% |
| Selling, general and administrative | | 151,464 | 16.0% | 141,062 | 14.6% |
| Impairment and restructuring charges | | 554 | 0.1% | 2,119 | 0.2% |
| Operating income | | 83,720 | 8.8% | 68,970 | 7.2% |
| Interest expense, net | | (17,547) | (1.8)% | (18,167) | (1.9)% |
| Other (expense) income | | (2,765) | (0.3)% | 505 | 0.1% |
| Income before taxes, equity earnings and discontinued operations | | 63,408 | 6.7% | 51,308 | 5.3% |
| Income tax (expense) benefit | | (17,703) | (1.9)% | 15,713 | 1.6% |
| Income from continuing operations, net of tax | | 45,705 | 4.8% | 67,021 | 6.9% |
| Equity earnings of non-consolidated entities | | 1,073 | 0.1% | 487 | (0.1)% |
| Loss from discontinued operations, net of tax | | - | -% | (618) | 0.1% |
| Net income | $ | 46,778 | 4.9% | $ 66,890 | 6.9% |

*Consolidated Results*

*Net Revenues*-Net revenues decreased $15.9 million, or 1.6%, to $948.7 million in the three months ended July 1, 2017 from $964.6 million in the three months ended June 25, 2016. The decrease in net revenues was primarily due to a decrease in core revenues of 1%, a 2% decrease due to an unfavorable foreign exchange impact, partially offset by a 1% increase associated with the recent acquisition in our Australasia segment. Core net revenues decreased in North America and were partially offset by core revenue growth in Europe and Australasia.

*Gross Margin*-Gross margin increased $23.6 million, or 11.1%, to $235.7 million in the three months ended July 1, 2017 from $212.2 million in the three months ended June 25, 2016. Gross margin as a percentage of net revenues was 24.8% in the three months ended July 1, 2017 and 22.0% in the three months ended June 25, 2016. The increase in gross margin and gross margin percentage was due to favorable pricing, cost saving initiatives and the contribution from recent acquisitions.

*SG&A Expense*-SG&A expense increased $10.4 million, or 7.4%, to $151.5 million in the three months ended July 1, 2017 from $141.1 million in the three months ended June 25, 2016. SG&A expense as a percentage of net revenues was 16.0% for the three months ended July 1, 2017 and 14.6% for the three months ended June 25, 2016. The increase in SG&A expense and SG&A expense percentage was primarily due to increased professional fees as well as costs associated with our secondary offering, partially offset by favorable foreign exchange impact.

*Impairment and Restructuring Charges*-Impairment and restructuring charges decreased $1.6 million, or 73.9%, to $0.6 million in the three months ended July 1, 2017 from $2.1 million in the three months ended June 25, 2016. The charges in the three months ended July 1, 2017 and June 25, 2016 consisted primarily of ongoing restructuring costs in our Europe segment.

*Interest Expense, Net*-Interest expense, net decreased $0.6 million, or 3.4%, to $17.5 million in the three months ended July 1, 2017 from $18.2 million in the three months ended June 25, 2016. The decrease was primarily due to lower debt levels and lower applicable margins resulting from the 2017 term loan amendment, which became effective in March 2017.

*Income Taxes*-Income tax expense in the three months ended July 1, 2017 was $17.7 million, compared to a $15.7 million benefit in the three months ended June 25, 2016. The effective tax rate in the three months ended July 1, 2017 was 27.9% compared to an effective tax rate of (30.6)% in the three months ended June 25, 2016. The prior year tax benefit of $15.7 million was due primarily to the net release of our valuation allowance of $22.8 million.

Back to top

**Comparison of the Six Months Ended July 1, 2017 to the Six Months Ended June 25, 2016**

| | | Six Months Ended | | | |
|---|---|---|---|---|---|
| | | July 1, 2017 | | June 25, 2016 | |
| (dollars in thousands) | | | % of Net Revenues | | % of Net Revenues |
| Net revenues | $ | 1,796,523 | 100.0% | $ 1,761,155 | 100.0% |
| Cost of sales | | 1,374,814 | 76.5% | 1,390,881 | 79.0% |
| Gross margin | | 421,709 | 23.5% | 370,274 | 21.0% |
| Selling, general and administrative | | 298,543 | 16.6% | 273,054 | 15.5% |
| Impairment and restructuring charges | | 1,756 | 0.1% | 5,100 | 0.3% |
| Operating income | | 121,410 | 6.8% | 92,120 | 5.2% |
| Interest expense, net | | (44,439) | (2.5)% | (35,178) | (2.0)% |
| Other (expense) income | | (5,364) | (0.3)% | 1,229 | 0.1% |
| Income before taxes, equity earnings and discontinued operations | | 71,607 | 4.0% | 58,171 | 3.3% |
| Income tax (expense) benefit | | (19,955) | (1.1)% | 13,616 | 0.8% |
| Income from continuing operations, net of tax | | 51,652 | 2.9% | 71,787 | 4.1% |
| Equity earnings of non-consolidated entities | | 1,554 | 0.1% | 1,252 | 0.1% |
| Loss from discontinued operations, net of tax | | - | -% | (104) | -% |
| Net income | $ | 53,206 | 3.0% | $ 72,935 | 4.1% |

### Consolidated Results

*Net Revenues*-Net revenues increased $35.4 million, or 2.0%, to $1,796.5 million in the six months ended July 1, 2017 from $1,761.2 million in the six months ended June 25, 2016. The increase in net revenues was primarily due to an increase in core revenues of 2% and a 1% increase associated with the recent acquisitions in our Australasia segment. The increase in core revenues was primarily the result of increased shipping days in the current year compared to prior year as well as increased pricing, partially offset by a 1% unfavorable foreign exchange impact.

*Gross Margin*-Gross margin increased $51.4 million, or 13.9%, to $421.7 million in the six months ended July 1, 2017 from $370.3 million in the six months ended June 25, 2016. Gross margin as a percentage of net revenues was 23.5% in the six months ended July 1, 2017 and 21.0% in the six months ended June 25, 2016. The increase in gross margin and gross margin percentage was due to favorable pricing, cost savings initiatives and contribution from recent acquisitions, partially offset by an unfavorable foreign exchange impact due to the weakening of the U.S. dollar.

*SG&A Expense*-SG&A expense increased $25.5 million, or 9.3%, to $298.5 million in the six months ended July 1, 2017 from $273.1 million in the six months ended June 25, 2016. SG&A expense as a percentage of net revenues was 16.6% for the six months ended July 1, 2017 and 15.5% for the six months ended June 25, 2016. The increase in SG&A expense and SG&A expense percentage was primarily due to increased professional fees, costs associated with our IPO and secondary offering, SG&A expense associated with our recent acquisitions, and increased wages including stock compensation partially offset by favorable foreign exchange impact.

*Impairment and Restructuring Charges*-Impairment and restructuring charges decreased $3.3 million, or 65.6%, to $1.8 million in the six months ended July 1, 2017 from $5.1 million in the six months ended June 25, 2016. The charges in the six months ended July 1, 2017 consisted primarily of ongoing restructuring costs in our Europe segment. The charges for the six months ended June 25, 2016 consisted primarily of ongoing personnel restructuring in our Europe and North America segment.

*Interest Expense, Net*-Interest expense, net increased $9.3 million, or 26.3%, to $44.4 million in the six months ended July 1, 2017 from $35.2 million in the six months ended June 25, 2016. The increase was primarily due to interest expense resulting from the write-off of a portion of the unamortized debt issuance costs and original issue discount totaling approximately $7.0 million in connection with the repayment of $375 million of incremental term loans with proceeds from our IPO. In addition, interest expense increased due to higher long-term debt levels for the first month of the period as a result of incremental borrowing of $375 million under our Term Loan Facility, partially offset by lower applicable margins resulting from the 2017 term loan amendment, which became effective in March 2017.

Back to top

## PART II - OTHER INFORMATION

### Item 1 - Legal Proceedings

We are involved in various legal proceedings, claims, and government audits arising in the ordinary course of business. While the outcome of any pending matters is currently not determinable, management does not expect that the ultimate costs to resolve such matters will have a material adverse effect on our financial position, results of operations or cash flows.

We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the agreement, Steves filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division. The complaint alleges that our acquisition of CMI, together with subsequent price increases and termination of the contract, violated antitrust laws and constituted a breach of contract, breach of warranty, and tort. The complaint seeks injunctive relief, ordinary and treble damages, and declaratory relief. We believe Steves' claims lack merit and intend to defend vigorously against this action.

### Item 1A - Risk Factors

For a discussion of the risk factors associated with the Company's business, see Part I, Item 1A of the Form 10-K and Part II and Item 1A of the Form 10-Q for the quarter ended April 1, 2017, in each case under the heading "Risk Factors."

### Item 2 - Unregistered Sales of Equity Securities and Use of Proceeds

USE OF PROCEEDS FROM OUR PUBLIC OFFERING

On January 26, 2017, our Registration Statement on Form S-1 (File No. 333-211761) was declared effective by the SEC for our IPO pursuant to which we registered and sold an aggregate of 22,272,727 shares of our common stock at a price of $23.00 per share. The offering closed on February 1, 2017, resulting in net proceeds of $472.4 million to us after deducting underwriters' discounts and commissions of $32.0 million and other offering expenses of $7.9 million.

We used or will use the net proceeds to us from the IPO as follows: (i) to pay fees and expenses of approximately $7.9 million in connection with the IPO, (ii) to repay $375 million of indebtedness outstanding under our Term Loan Facility; and (iii) working capital and other general corporate purposes, including sales and marketing activities, general and administrative matters, capital expenditures, and to invest in or acquire complementary businesses, products, services, technologies, or other assets.

There has been no material change in the use of proceeds as described in the final prospectus filed on January 30, 2017.

### Item 5 - Other Information

**Appointment of New Director to the Board of Directors**

On August 3, 2017, the Company's Board of Directors (the "Board") voted to increase the size of the Board from ten to eleven members and elected William F. Banholzer, Ph.D, to fill the newly created vacancy. Dr. Banholzer will serve as a Class II director with a term expiring at the annual meeting of stockholders to be held in 2019, and as a member of the Board's Compensation Committee.

Dr. Banholzer will receive compensation for his services as a director in accordance our non-employee director compensation policy, which provides for annual cash compensation of $90,000 and annual equity compensation of $110,000, prorated where applicable for a partial year of service. On August 3, 2017, Dr. Banholzer received restricted stock units with an aggregate value of $66,000 pursuant to the policy. Dr. Banholzer also entered into our standard indemnification agreement with the Company.

Dr. Banholzer, age 60, has served as a Research Professor at the University of Wisconsin since October 2013, with appointments in the Chemical & Biological Engineering Department, Chemistry Department, Wisconsin Energy Institute and the Wisconsin Institute for Discovery. Dr. Banholzer retired from Dow Chemical Company in January 2014 where he had served as Executive Vice President and Chief Technology Officer since July 2005. During his time at Dow Chemical, Dr. Banholzer also served as a member of the board of directors for Dow Corning Corporation, Dow Kokam and the Dow Foundation. Prior to his time at Dow Chemical, Dr. Banholzer had a 22-year career with General Electric Company (GE) where he held positions of increasing authority including his role of Vice President, Global Technology, GE Advanced Materials. Dr. Banholzer holds a bachelor's degree in

49