# EXHIBIT 16

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

# Q2 2017 Earnings Call

## Company Participants

- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President
- Mark A. Beck, President, Chief Executive Officer & Director

## Other Participants

- Jason A. Marcus, Analyst
- Matthew Bouley, Analyst
- Nishu Sood, Analyst
- Peter T. Galbo, Equity Research Analyst
- Robert Wetenhall, Analyst
- Stephen East, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Greetings and welcome to JELD-WEN Holdings Second Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. As a reminder, this conference is being recorded.

At this time, I would now like to introduce John Linker, Senior Vice President of Corporate Development and Investor Relations. Thank you. You may now begin.

### John R. Linker    {BIO 19797301 <GO>}

Thank you. Good morning, everyone. We issued our earnings press release this morning and posted a slide presentation to the Investor Relations portion of our website at investors.jeld-wen.com. We'll be referencing the slides during this call.

I'm joined today by Mark Beck, our Chief Executive Officer; and Brooks Mallard, our Chief Financial Officer. Before we begin, I would like to remind everyone that during this call, JELD-WEN management may make certain statements that constitute forward-looking statements within the Private Securities Litigation Reform Act of 1995. These statements are subject to a variety of risks and uncertainties, including those set forth in our earnings release and provided in our 10-K and 10-Q as filed with the Securities and Exchange Commission.

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

JELD-WEN does not undertake any duty to update such forward-looking statements, including the guidance we are providing with respect to certain expectations for 2017 results. Additionally, during today's call, we will discuss non-GAAP measures, which we believe can be useful in evaluating our performance. The presentation of this additional information should not be considered in isolation or as a substitute for results prepared in accordance with GAAP. A reconciliation of these non-GAAP measures to their most directly comparable financial measure calculated under GAAP can be found in our earnings press release, which is posted on our website and Page 21 of this presentation.

I would now like to turn the call over to Mark.

## Mark A. Beck   {BIO 17245358 <GO>}

Thanks, John. Good morning, everyone, and thank you for joining us. Firstly, I want to take a moment and thank you for your support of our secondary equity offering back in May. We appreciate the interest from both our existing shareholders as well as our newest investors.

We're pleased with our Q2 margin performance and believe these results show that our self-help strategy and operating model are, in fact, working. Now, halfway through the year, our performance is on track with our 2017 financial plan. In spite of some largely expected softness in our second quarter top-line, we are confident in delivering our full year guidance on both revenue and earnings. Additionally, we continue to make the investments and do the work needed to achieve our long-term targets for the company.

But before we get into the details and given that many investors are still relatively new to the JELD-WEN story, I'd like to step back and provide a very brief overview of the company, our strategy and then highlight some of the key initiatives of our operating model. Then, I will turn the call over to our CFO, Brooks Mallard, who will take you through the financials in more detail. Finally, I will wrap up the call with our updated financial outlook for the full year 2017, before we open the call for your questions.

I'll start on slide 4 of the presentation. As many of you know, JELD-WEN is a global leader in windows and doors with a broad product offering and a scaled platform, operating 117 manufacturing facilities in 19 countries. We hold the number one position by net revenues in the majority of the countries and markets we serve. We have earned our leading market positions by offering well-designed, high-quality products. We've also enhanced our strong portfolio of brands with seven strategic acquisitions over the past two years, including our most recent acquisition of Mattiovi in June. I'll talk more about Mattiovi in a minute.

Turning to slide 5, I'd like to highlight several reasons why I feel confident about the future of our company. We are in the early stages of an exciting business transformation. And we've delivered more than 700 basis points of margin expansion since 2013. While this is a significant improvement, we believe that there remains a long runway ahead for further gains. We're leveraging a great set of assets and a talented and experienced leadership

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

team to transform JELD-WEN into a world-class company. As you can see on the right, we continue to make progress towards our long-term EBITDA margin target of 15% to 20%.

I'll now get into some of the detail on how we are driving this business transformation, on slide 6. Our operating model starts with a foundation of talent management, our business system called JEM and enabling technology. Built upon this critical foundation, we have our three strategic pillars of operational excellence, profitable organic growth and strategic M&A. Within each pillar, we have defined initiatives with clear ownership, action plans and targets.

During quarter two, we made solid progress on all aspects of the operating model. Starting with the foundation, we continue to embed JEM in the culture of our company. Recently, we created a global JEM leader position and appointed a very seasoned operations executive, Jim Garcia, to the role. Jim joined JELD-WEN in 2016. His experience includes a role as Vice President of Operations for multiple divisions of Eaton and Cooper.

He also held significant operational roles at Delphi as the Global Director of Operations in the U.S. and Asia, where he was instrumental in their LEAN journey. And he also held commercial and customer-facing roles in multiple divisions of United Technologies. Jim, who reports directly to me, is providing global leadership for the JEM journey and guides the 80 full-time JEM practitioners we have globally.

On our operational excellence pillar, we see measurable improvements in safety, quality, delivery and cost. Additionally, we are making good progress, realizing cost savings through our global sourcing efforts. Our pipeline of operational cost savings initiatives continues to build. The last quarter, my comments focused on the first pillar of operational excellence. So, this quarter, I will highlight our second and third pillars of profitable organic growth and strategic M&A.

On page 7, we have a few examples of some of the investments we have made in new innovative products. Our new product development activity is broad-based, global and across all product lines, with new features in technology, performance and design. While all of these new products shown here are exciting to me, I will take just a moment to focus on two of these on page 8.

So, first, in North America, I will highlight our new architectural fiberglass doors. JELD-WEN's architectural collection is a premium line of fiberglass doors and matching fiberglass components featuring an authentic woodgrain replication made possible by a technology called nickel vapor deposition. The woodgrain is so realistic that these stores are virtually indistinguishable to traditional wood doors. Fiberglass also has a performance advantage over wood as these doors won't rot, warp or need to be re-stained. These doors have been very well received by our customer base and our fiberglass door product line is growing at double-digits.

Moving to Australia, I will highlight our Alumiere window line sold under our Stegbar brand name. This is our biggest window launch in Australia in 20 years. Alumiere is a

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

range of aluminum windows and doors for higher-end and luxury residential homes as well as some light commercial applications. Alumiere features larger spans (08:24) of glass, improved performance, bold modern looks and a range of high-spec hardware. We are seeing a lot of interest from our customers on this new product and quoting activity has been brisk. Both of these examples highlight our commitment to innovation and our ability to bring new and differentiated products to the market.

Shifting to the pillar of strategic M&A on page 9, I am pleased to introduce you to our most recent acquisition, Mattiovi. While this is a small bolt-on, it is highly strategic for us. Mattiovi is a Finnish-based door manufacturer with approximately €23 million of revenue and is primarily focused on interior doors, frames and components. Mattiovi has a very strong brand and a long history dating back to 1911. The acquisition enhances our market position in the Nordic region, increases our product offering and provides us with additional door frame capacity to support growth at our other plants in the region.

This is a great example of our pan European strategy, where we can use the breadth of our existing platform as a base to bolt-on these smaller M&A targets and drive both revenue and cost synergies. In addition to Mattiovi, we are actively pursuing a robust M&A pipeline in all three reporting segments. We will continue to be disciplined on valuation and stay true to our core strategy.

Now turning to slide 10, I'll discuss some highlights from our second quarter. Our business transformation has driven a substantial year-over-year improvement in earnings and free cash flow. Despite a second quarter decrease in net revenues of 1.6%, our second quarter adjusted EBITDA increased 11.2% with a margin of 13.2%, an increase of 150 basis points. Year-to-date, free cash flow has increased by $77 million.

As we have discussed before, we manage the business on a full year basis against annual target as there can certainly be noise in our quarter-to-quarter results due to a number of factors. The second quarter was a good example of this, as our cash flow performance was excellent and our EBITDA margin improvement was at the high end of our targeted range of 100 basis points to 150 basis points. However, our core revenue performance was not as strong on a year-over-year basis.

Going into the quarter, we knew and we have talked about some revenue headwinds in North America, primarily due to the previously announced exit of retail business in Florida, which began in April, a move that is consistent with our strategic focus on profitable core growth. During the quarter, we experienced some additional volume weakness in North America, which was partially offset by positive pricing, but overall still resulted in a slight decrease in core revenues.

In spite of the second quarter revenue headwinds, we delivered our margin expansion target, are on track for the full year, and we have confidence we will deliver on our full year guidance for revenue and EBITDA. Additionally, in the quarter, we continued investing in all three pillars of our operating model. We closed one small acquisition in the quarter and are busy working on other bolt-ons we had in the pipeline.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

Brooks will now walk you through the second quarter performance in more detail.

### L. Brooks Mallard   {BIO 19797214 <GO>}

Thanks, Mark. I will start on slide 12. For the second quarter, net revenues decreased $15.9 million or 1.6% to $948.7 million. The decrease was largely driven by lower core revenues in North America and was partially offset by core growth in Europe and Australasia. I will address the revenue drivers in a moment.

Year-to-date net revenues increased $35.4 million or 2% to $1.8 billion. For the second quarter, gross margins increased $23.6 million or 11.1% to $235.7 million. Gross margin as a percentage of net revenue expanded 280 basis points from 22% in 2016 to 24.8% in 2017. Year-to-date, gross margin as a percentage of net revenue expanded 250 basis points from 21% in 2016 to 23.5% in 2017. The increases in gross margin and gross margin percentage were due to favorable pricing, operational cost savings, improved mix and the impact of our recent acquisitions.

For the second quarter, SG&A expense increased $10.4 million or 7.4% to $151.5 million. SG&A expense as a percentage of net revenues was 16% compared to 14.6% for the same period a year ago. The increases in SG&A expense and SG&A expense percentage were primarily due to legal cost of approximately $7.8 million as well as fees related to our recent secondary offering.

Year-to-date, SG&A expense as a percentage of net revenues was 16.6% compared to 15.5% for the same period a year ago. The increases in SG&A and SG&A expense percentage were primarily due to legal cost of approximately $15.8 million as well as increased professional fees related to our recent IPO and secondary offering. Both for the quarter and the full year, absent these temporary discrete expenses, our SG&A as a percentage of net revenue would have increased approximately 30 basis points.

For the second quarter, net interest expense decreased $0.6 million to $17.5 million. The decrease was primarily due to improved terms relating to the amendment to the term loan agreement. For the second quarter, net income decreased $20.1 million to $46.8 million. Net income in the second quarter of 2017 was unfavorably impacted by the previously mentioned discrete items of legal and secondary offering costs. Net income in the second quarter of 2016 included a favorable tax benefit of $22.8 million related to the release of certain valuation allowances.

Year-to-date, net income decreased $19.7 million to $53.2 million. Net income in the first six months of 2017 was unfavorably impacted by the previously mentioned discrete items of financing fee write-offs and legal costs and for the first six months of 2016 were favorably impacted by the previously mentioned release of valuation allowances. For the quarter, diluted earnings per share was $0.43 and adjusted diluted earnings per share was $0.51. We don't include our prior period earnings per share comparison as the second quarter of 2017 was the first full quarter reflecting the share capitalization impact of our IPO earlier in 2017.

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

perhaps a case where there might be some delayed impact from the housing recovery into your volumes? Or are there market share gains? Obviously, you mentioned the new aluminum high-end product line, Alumiere, I think, you called it. So is it a case of market share gains or might we expect some weakness as the year unfolds?

### A - Mark A. Beck  {BIO 17245358 <GO>}

Sure. So, I think, the first thing is that the headlines that you'll read about Australia will be for the sort of the market in its entirety. And if you think back to how this began, there was a little bit of a bubble that formed there, particularly from foreign investment that took place. And that bubble was primarily in the multi-family area. And, as I've already said, we think our exposure to multi-family is probably less than 10% of our business there. And so I don't think you'll ever see us feeling the impact of the downturn in terms of what you'll read in the headlines because of that exposure profile.

Secondly, we've been anticipating the downturn and have taken a number of steps to prepare ourselves. Many of us in the business have come from the industrial industries where things can be a bit cyclical. And we believe we have a playbook for this. And so, for example, one of the markets that seems to be untouched from this downturn in Australia is R&R. And so over about a year ago, we began reallocating resources to increase our participation in the R&R piece of the market.

Lastly, we have picked up share. There are very specific meaningfully large builders who have made a decision to come over to the JELD-WEN family in Australia. And, frankly, one of the things that helps convince them that that would be a good idea was the investment we made in the new glass plant. We invited a quite a number of builders, both existing customers and prospective customers, to tour the glass plant when it was opened earlier this year.

And, as they saw the state-of-the art factory, how well things were laid out, the quality that we could produce at a favorable cost, we actually won some business as a result of that. So, I think, we are gaining share. We have been carefully and selectively gaining some price. And then we're managing our exposure, so that we're exposed the least to the places that are seeing the most pain.

### Q - Nishu Sood  {BIO 15112652 <GO>}

Got it. Very helpful. Switching over to North America, I think, there was some sense maybe from discussions in North American pricing that there might be a slowdown 2017 versus 2016 because there were some stories such as interior doors and final windows, where the pricing momentum was perhaps slowing. But looking at your first half results, the pricing momentum seems to have sustained. I know that's obviously across a very broad portfolio of products. So I was wondering if you could dig into the first half and the second quarter continuation of pricing gains and kind of talk us through where that's coming from and where it might have turned out to be a little bit better than expected.

### A - Mark A. Beck  {BIO 17245358 <GO>}

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-08-08

We'd be happy to. I think the first thing I would say is that we actually don't – we try not to give forward guidance around pricing. And the reason for that is we don't ever want to put ourselves in a position where we have to deliver on a pricing number and then do that at the expense of the other levers around mix or volume. We want to be free to look at all three and look at what's happening in the market and then do what's best for our investors.

And so there may be situations where we decide that a little more volume would actually create a greater return and there may be situations where we see the opportunity to get a little more price, but maybe at the expense of volume and that we think that will drive the greater return. And so we're constantly watching the market and making those trade-offs in real-time. And so that's why we don't give any forward guidance on pricing. Now in terms of what happened, we're looking backwards. We are willing to share what happened and what some of the drivers were. I'm going to invite Brooks to do that.

## A - L. Brooks Mallard   {BIO 19797214 <GO>}

Yeah. I would say a couple of things. The first lines up exactly with what Mark just said. When we look at our entire manufacturing network and the demand that's coming in, we look at all the levers and we figure out which one we think is going to pull the most profitability for us. And so, I would say, we've probably been pulling more on the price lever in the first half of the year as opposed to the volume lever. And you can see that in the numbers, obviously, right. Volume is down somewhat for a number of different reasons, but price is up. And that's resulted in nice margin accretion.

I would say the other thing is, I think, we're seeing – we took a fairly conservative view heading into the year in terms of how sticky we felt the price would be. And I think we're just seeing better realization overall. We always assume there's going to be some level of breakage when we go out with price increases. And I think this year we're seeing less of that breakage and more of it drop-through to the bottom line. Now, as we look forward, obviously, as Mark said, we want to be able to use both the price lever and the volume lever to drive the best results to the bottom line. So we'll continue to evaluate that as we move through the year and make sure we make the best decision for our shareholders.

## Q - Nishu Sood   {BIO 15112652 <GO>}

Okay. Thank you.

## A - Mark A. Beck   {BIO 17245358 <GO>}

Thank you, Nishu.

## Operator

Our next question is from the line of Stephen East with Wells Fargo. Please proceed with your questions.

## Q - Stephen East   {BIO 7130631 <GO>}