# EXHIBIT 17







**Q2 2017 Results Presentation | August 8, 2017**



# An Extraordinary Transformation Underway

## Where We Are Today

- **Early stages** of a multi-year turnaround

- A **global platform** with scale, iconic brands and leading market positions

- A **team of accomplished leaders** assembled from the best Industrials (Danaher, Cooper, UTC, etc.) executing a proven **operating model**

## Our Proven Operating Model

1. **Self-help:** quality, productivity, sourcing

2. Steady **profitable growth:** price, innovation, share-gain

3. **Strategic M&A:** as an industry consolidator

## Where We Are Going



Adjusted EBITDA Margin %

- FY 2013: 4.4%
- LTM Q2 2017: 11.5%
- Target*: 15-20%

## PROVEN TEAM DRIVING EARNINGS GROWTH AND FREE CASH FLOW

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.

# Proven Operating Model

## WORLD-CLASS PERFORMANCE AND RETURNS

### Operational Excellence

- Safety and Compliance
- Quality System
- Customer Experience
- Productivity
- Sourcing

### Profitable Organic Growth

- New Products and Innovation
- Brand Strategy
- Channel Management
- Sales Force Effectiveness
- Pricing Optimization

### Strategic M&A

- Target Identification
- Target Cultivation
- Stage Gate Process
- Integration Playbook
- Performance Tracking

**Talent Management, JELD-WEN Excellence Model (JEM), and Enabling Technology**

# Profitable Organic Growth
## Recent New Product Launches

## North America



**Premium Vinyl Windows**



**Fiberglass Doors**



**DesignGlide Hardware**

## Europe



**Carisma – 3D Printing**



**Concealed Frame**



**Fire Rated Steel**

## Australasia



**Alumiere Windows**



**Blonde Oak Doors**



**Flomotion & Duomode Sashless**

## INVESTING IN INNOVATION TO DRIVE PROFITABLE GROWTH

# Profitable Organic Growth

## Recent New Product Launches

## Architectural Fiberglass Doors





## Alumiere Windows





## NEW PRODUCTS DIFFERENTIATED BY DESIGN AND PERFORMANCE

8