# EXHIBIT 18

C Corrected Transcript

14-Sep-2017

# JELD-WEN Holding, Inc. (JELD)

Royal Bank of Canada Global Industrials Conference

**FACTSET:call**street

1-877-FACTSET    www.callstreet.com

Total Pages: 19

Copyright © 2001-2017 FactSet CallStreet, LLC

**JELD-WEN Holding, Inc.** *(JELD)*
Royal Bank of Canada Global Industrials Conference

**C** Corrected Transcript
14-Sep-2017

# CORPORATE PARTICIPANTS

**Robert Wetenhall**
*Analyst, RBC Capital Markets LLC*

**Mark A. Beck**
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

**L. Brooks Mallard**
*Chief Financial Officer & Executive Vice President, JELD-WEN Holding, Inc.*

........................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

[Abrupt Start]
........................................................................................................................................................................................................................

## Robert Wetenhall
*Analyst, RBC Capital Markets LLC*

...markets at the second day of our Annual 2017 Industrials Conference. Thanks, everyone, for making the trip out here to join us. Very excited this morning to spend some time with JELD-WEN management team, CEO, Mark Beck;...
........................................................................................................................................................................................................................

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

Hello.
........................................................................................................................................................................................................................

## Robert Wetenhall
*Analyst, RBC Capital Markets LLC*

...CFO, Brooks Mallard; and Director of Acquisitions, Mr. [ph] Jonathan Linker (00:22). Thank you for making the time today. We appreciate it.
........................................................................................................................................................................................................................

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

Thank you.

# JELD-WEN Holding, Inc. *(JELD)*
Royal Bank of Canada Global Industrials Conference

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

So what I like about our investment thesis is we've got multiple components that should be interesting. We've got, first and foremost, this incredible self-help opportunity. And we've built a team who's done it before at some really great companies and then brought that experience as well as the toolkit with us to do it. So, you got that piece.

We've got, as we talked about, a fantastic M&A track record. We look at these nine deals. And each quarter, we show to our board a scorecard and it's just all green. We're delivering above what we committed to on these deals and then we think there's plenty more out there. We're a natural consolidator in the spaces that we operate. So we think that's the early exciting part of the story.

And then from there, we're going to lay in organic growth and we've been making those investments. And I think that's the one part that, if you said would I pause on it, organic growth investments, timing is always the trick. You make the right investment, you make the right investment, but you can't always predict the exact moment that all of the sudden it's going to take off. And I learned this – I worked at Corning for a number of years and things like optical fiber, things like the catalytic converter, things like the LCD, we invested for a while before they went. And I think the same is true here. We're investing in some new products, some new designs, some new approaches to the market, and they're going to work and we're going to get the organic growth. The exact timing is the one thing I would think about.

## Robert Wetenhall
*Analyst, RBC Capital Markets LLC*

Q

And what's your willingness to buy outside of doors and windows product category-wise?

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

Go ahead, [ph] Jon (30:43).

A

Yeah. I mean, I would say at least here in the short term, we see a rich opportunity set within doors, windows and some of our related product categories. In Australia, we do have a shower glass business and some other current adjacencies. But we'll be building around the core and within our – potentially within our supply chain looking for opportunities there. There will be some product adjacencies over time. I would say those are lower on the priority list. And I think once we get our core business operating at the margin targets that we've talked about, I think we [indiscernible] (31:18) opportunities think a bit broader and more aspirationally about maybe something beyond doors and windows, and another leg of the stool.

## Robert Wetenhall
*Analyst, RBC Capital Markets LLC*

Q

That would be accretive. And do you feel that the current competitive environment in which – in North America and Europe, do you feel it's a rational pricing environment, are people behaving?

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

Yes.

## JELD-WEN Holding, Inc. *(JELD)*
Royal Bank of Canada Global Industrials Conference

 Corrected Transcript
14-Sep-2017

### Robert Wetenhall
*Analyst, RBC Capital Markets LLC*

Got it. So, this is very encouraging. I just want to say this is one of our top ideas for small caps, mid cap investors going into 2018. I think we got a great management team, an extremely robust platform, responsible fiscal management, lots of free cash flow and line of sight on massive margin improvement. And so, a lot of times investors say what's going to make the stock work and this we believe is a story you can buy today, put away for three years and get some terrific outlook. Just want to extend my thanks and gratitude towards Mark, Brooks and [ph] Jon (32:13). Thank you very much for the time.

### Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

Thanks for having us.

### L. Brooks Mallard
*Chief Financial Officer & Executive Vice President, JELD-WEN Holding, Inc.*

Thanks, Bob. Appreciate it.

### Unverified Participant

Enjoyed it.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2017 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.