# EXHIBIT 19

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): November 7, 2017**

---

# JELD-WEN HOLDING, INC.

**(Exact name of registrant as specified in its charter)**

---

| Delaware | 001-38000 | 93-1273278 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**440 S. Church Street, Suite 400**
**Charlotte, North Carolina**                              **28202**
**(Address of principal executive offices)**               **(Zip code)**

**Registrant's telephone number, including area code: (704) 378-5700**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (See General Instruction A.2 below):

☐     Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐     Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐     Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐     Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On November 7, 2017, JELD-WEN Holding, Inc. (the "Company") issued a press release announcing its results of operations for the third quarter ended September 30, 2017. A copy of the press release is being furnished as Exhibit 99.1 attached hereto and is incorporated by reference herein.

**Item 7.01 Regulation FD Disclosure.**

On November 7, 2017, the Company's management will present certain information in connection with its call with shareholders, analysts and others relating to the results of operations discussed above. Attached hereto as Exhibit 99.2 are slides that will be presented at that time.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by JELD-WEN Holding, Inc. dated November 7, 2017, announcing results for the third quarter ended September 30, 2017. |
| 99.2 | Investor information to be presented by JELD-WEN Holding, Inc. on November 7, 2017. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 7, 2017

**JELD-WEN HOLDING, INC.**

By:  /s/ Laura W. Doerre

Laura W. Doerre

Executive Vice President, General Counsel and Chief Compliance Officer

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release issued by JELD-WEN Holding, Inc. dated November 7, 2017, announcing results for the third quarter ended September 30, 2017. |
| 99.2 | Investor information to be presented by JELD-WEN Holding, Inc. on November 7, 2017. |

**Exhibit 99.1**

FINAL - November 7, 2017

**JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA**

Charlotte, N.C. - JELD-WEN Holding, Inc. (NYSE:JELD) today announced results for the three months ended September 30, 2017, and updated its 2017 annual outlook.

**Highlights**:

•   Net revenues for the third quarter increased 6.3%, bringing the year-to-date total increase in net revenues to 3.5%

•   Net income for the third quarter amounted to $51.3 million and adjusted EBITDA amounted to $128.2 million

•   Adjusted EBITDA for the third quarter increased 8.7%, and adjusted EBITDA margins expanded 20 basis points

•   Diluted earnings per share ("EPS") for the third quarter amounted to $0.47 and adjusted EPS amounted to $0.55

•   Cash flow from operations improved $63.9 million in the first nine months of 2017 and free cash flow improved $94.0 million

•   Full year outlook for net revenue growth increased to 2.0% to 4.0% and adjusted EBITDA outlook range narrowed to $440 million to $450 million

"We are pleased to deliver core revenue growth in all three reporting segments and we are encouraged with the overall demand environment in our markets. Additionally, we delivered another consecutive quarter of earnings growth and margin expansion, while overcoming the impact of operational headwinds in specific product lines," said Mark Beck, president and chief executive officer. "We are enthusiastic about our recent acquisitions, which align to our strategy and are financially accretive."

**Third Quarter 2017 Results**

Net revenues for the three months ended September 30, 2017 increased $58.9 million, or 6.3%, to $991.4 million, compared to $932.5 million for the same period last year. The increase was driven by growth in core revenues of 2%, the favorable impact of foreign exchange of 2%, and 3% from the contribution of recent acquisitions. The company defines core revenues to exclude the revenue impact of foreign exchange and acquisitions completed in the last twelve months. Core revenues increased in all three geographic reporting segments. Gross margin increased $22.5 million, or 11.0%, to $228.2 million, compared to $205.7 million for the same period last year. The increase in gross margin was due to profitable core growth, the contribution from recent acquisitions, and a non-recurring charge to material costs incurred in the same period last year, partially offset by operational headwinds from specific product lines. Selling, general, and administrative ("SG&A") expense increased $12.8 million, or 9.9%, to $142.6 million, compared to $129.8 million for the same period last year. SG&A expense as a percentage of net revenues was 14.4% compared to 13.9% for the same period a year ago. The increase in SG&A expense was due to higher legal costs and the impact of recent acquisitions. Other income decreased $10.6 million, resulting in other expense of $2.9 million, due to non-recurring legal settlement income recognized in the same period last year. Net income increased $5.2 million, or 11.3%, to $51.3 million, compared to $46.1 million in the same quarter last year. Adjusted EBITDA increased $10.2 million, or 8.7%, to $128.2 million, compared to $118.0 million in the same quarter last year. Adjusted EBITDA margins expanded 20 basis points in the quarter to 12.9%, from 12.7% in the same quarter a year ago.

EPS for the third quarter was $0.47 and adjusted EPS was $0.55. A comparison of EPS to the same period last year would not be meaningful because of the material change in the company's capital structure that resulted from its February 2017 initial public offering ("IPO"), as well as the dilutive impact of the primary shares issued in the IPO.

On a segment basis for the third quarter of 2017, compared to the same period last year:

•   **North America** - Net revenues increased $19.7 million, or 3.6%, to $572.0 million, due to an increase in core revenues of 2% and a 2% contribution from recent acquisitions. The core revenue growth was primarily due to favorable pricing. Excluding the volume impact of the previously announced business rationalization in Florida, the company estimates that North America core revenues would have increased approximately 4%. Adjusted EBITDA increased $3.8 million, or 4.8%, to $82.5 million. Adjusted EBITDA margin expanded by 10 basis points to 14.4%. Margin improvement from profitable core growth was partially offset by operating inefficiencies in the North American windows business.

- **Europe** - Net revenues increased $18.2 million, or 7.4%, to $265.1 million, primarily due to a 4% favorable impact from foreign exchange, 2% from the contribution of recent acquisitions, and 1% from core growth. Adjusted EBITDA increased $1.9 million, or 6.2%, to $33.4 million. Adjusted EBITDA margin decreased by 10 basis points to 12.6%. The decrease in adjusted EBITDA margins was primarily due to a timing difference in the U.K. of pricing initiatives lagging material cost inflation.

- **Australasia** - Net revenues increased $21.0 million, or 15.7%, to $154.3 million, primarily due to the contribution from recent acquisitions of 8%, core growth of 4%, and 4% from the favorable impact of foreign exchange. Adjusted EBITDA increased $5.1 million, or 28.4%, to $22.9 million. Adjusted EBITDA margin expanded by 140 basis points to 14.8%.

**Year-to-Date 2017 Results**

Net revenues for the nine months ended September 30, 2017 increased $94.3 million, or 3.5%, to $2.788 billion, compared to $2.694 billion for the same period last year. The increase was primarily driven by core revenue growth of 2% and the contribution from recent acquisitions of 2%. Gross margin increased $73.6 million, or 12.9%, to $642.5 million, compared to $568.9 million for the same period last year. The increase in gross margin was due to profitable core growth and cost savings initiatives. Net income decreased $14.5 million, or 12.2%, to $104.5 million, compared to $119.0 million in the same period last year. The decrease in net income was primarily due to the tax benefit associated with a net valuation allowance release of approximately $26.3 million in the third quarter of 2016, increased legal costs in 2017, and the write-off of deferred financing fees in the first quarter of 2017. Adjusted EBITDA increased $42.6 million, or 14.6%, to $334.5 million, compared to $291.9 million in the same period last year. Adjusted EBITDA margins expanded 120 basis points to 12.0%, from 10.8% in the same period a year ago.

**Balance Sheet and Cash Flow**

Cash and cash equivalents as of September 30, 2017 were $219.5 million, compared to $102.7 million as of December 31, 2016. Total debt as of September 30, 2017 was $1.251 billion, compared to $1.620 billion as of December 31, 2016. On February 1, 2017, the company received net proceeds from its IPO of $472.4 million and used a portion of these proceeds to repay $375.0 million of debt. In conjunction with the debt repayment in the first quarter, the company wrote off $7.0 million of original issue discount and deferred financing fees.

Cash flow from operations improved $63.9 million in the first nine months of 2017 to $174.1 million, from $110.2 million in the same period last year. Free cash flow improved $94.0 million in the first nine months of 2017 to $141.7 million, from $47.7 million in the same period last year. Additionally, during the first nine months of 2017, the company invested a total of $123.7 million in recently closed acquisitions.

**Updated Annual Outlook for 2017**

For full year 2017 compared to full year 2016, the company now expects net revenue growth of 2.0% to 4.0%, compared to the previous range of 1.5% to 3.5%. The revised outlook for net revenue growth reflects recently closed acquisitions and is based on an assumption of continued favorable demand drivers in the company's key geographic end markets.

The company's outlook for 2017 adjusted EBITDA is now $440 million to $450 million, compared to the previous range of $440 million to $460 million, and 2016 actual adjusted EBITDA of $393.7 million. The revised outlook for adjusted EBITDA reflects the expected contribution from recent acquisitions, offset by the impact of the operational headwinds described above, as well as investments expected in the fourth quarter of 2017 in preparation for incremental new North American retail business expected to begin in early 2018.

Capital expenditures are now expected to be in the range of $60 million to $70 million, reduced from the previous range of $80 million to $90 million.

"Looking forward into 2018, we expect that our revenue growth will be supported by constructive end market demand and our recent acquisitions," stated Beck. "We are confident that our JEM initiatives will continue to drive annual margin improvement of 100 to 150 basis points from both cost savings initiatives and core growth. We will also remain disciplined as we continue to pursue our healthy pipeline of M&A opportunities."

**Conference Call Information**

JELD-WEN management will host a conference call today, November 7, 2017, at 8 a.m. EST, to discuss the company's financial results. The conference call can be accessed by dialing (877) 407-9208 (domestic) or (201) 493-6784 (international). A telephonic replay will be available approximately two hours after the call by dialing (844) 512-2921, or for international callers, (412) 317-6671. The passcode for the replay is 13672179. The replay will be available until 11:59 p.m. EST on November 21, 2017.

Interested investors and other parties can also listen to a webcast of the live conference call by logging onto the Investor Relations section of the company's website at http://investors.jeld-wen.com. The online replay will be available for 30 days on the same website immediately following the call. A slide presentation highlighting the company's results will also be available on the Investor Relations section of the company's website.

To learn more about JELD-WEN, please visit the company's website at http://investors.jeld-wen.com.

**About JELD-WEN**

JELD-WEN, founded in 1960, is one of the world's largest door and window manufacturers, operating over 120 manufacturing facilities in 19 countries located primarily in North America, Europe and Australia. Headquartered in Charlotte, N.C., JELD-WEN designs, produces and distributes an extensive range of interior and exterior doors, wood, vinyl and aluminum windows and related products for use in the new construction and repair and remodeling of residential homes and non-residential buildings. JELD-WEN is a recognized leader in manufacturing energy-efficient products and has been an ENERGY STAR® Partner since 1998. Our products are marketed globally under the JELD-WEN® brand, along with several market-leading regional brands such as Swedoor® and DANA® in Europe and Corinthian®, Stegbar®, and Trend® in Australia.

**Investor Relations Contact:**

JELD-WEN Holding, Inc.
John Linker
SVP, Corporate Development and Investor Relations
704-378-7007
investors@jeldwen.com

**Forward-Looking Statements**

This press release contains certain "forward-looking statements" regarding business strategies, market potential, future financial performance, the potential of our categories and brands, our outlook for 2017, and our expectations, beliefs, plans, objectives, prospects, assumptions, or other future events. Forward-looking statements are generally identified by our use of forward-looking terminology such as "anticipate", "believe", "continue", "could", "estimate", "expect", "intend", "may", "might", "plan", "potential", "predict", "seek", or "should", or the negative thereof or other variations thereon or comparable terminology. Where, in any forward-looking statement, we express an expectation or belief as to future results or events, such expectation or belief is based on the current plans, expectations, assumptions, estimates, and projections of our management. Although we believe that these statements are based on reasonable expectations, assumptions, estimates and projections, they are only predictions and involve known and unknown risks, many of which are beyond our control that could cause actual outcomes and results to be materially different from those indicated in such statements.

Our actual results could differ materially from the results contemplated by these forward-looking statements due to a number of factors, including the factors discussed in our Annual Report on Form 10-K for the year ended December 31, 2016, and our Quarterly Reports on Form 10-Q, both filed with the Securities and Exchange Commission.

The assumptions underlying the guidance provided for 2017 include the achievement of anticipated improvements in end markets, competitive position, and product portfolio; stable macroeconomic factors; no changes in foreign currency exchange and tax rates; favorable interest expense due to the recent debt reduction; and our future business plans. The forward-looking statements included in this release are made as of the date hereof, and except as required by law, we undertake no obligation to update, amend or clarify any forward-looking statements to reflect events, new information or circumstances occurring after the date of this release.







Q3 2017 Results Presentation | November 7, 2017

 **JELD·WEN** | **An Extraordinary Transformation Underway**

### Business Highlights

- **Global market leader** in windows and doors
- A **unique platform** with scale, iconic brands and leading market positions
- A **team of accomplished leaders** executing a proven **operating model**
- Ten **strategic acquisitions** since 2015 – all on track to deliver strong ROI
- **Growth-oriented financial results**
  - Steady **profitable core growth:** price, innovation, share-gain
  - **Consistent margin improvement:** quality, productivity, sourcing
  - Attractive **free cash flow** generation and conversion profile

### Early Stages of Multi-Year Turnaround



Adjusted EBITDA Margin %

- FY 2013: 4.4%
- LTM Q3 2017: 11.6%
- Target*: 15-20%

**PROVEN TEAM DRIVING EARNINGS GROWTH AND FREE CASH FLOW**

*Note: This presentation includes long-term targets, which are for illustrative purposes only. These long-term targets should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times at, or by which, if at all, such performance or results will be achieved.

