# EXHIBIT 20

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

# Q3 2017 Earnings Call

## Company Participants

- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President
- Mark A. Beck, President, Chief Executive Officer & Director

## Other Participants

- Jason A. Marcus, Analyst
- John Lovallo II, Analyst
- Michael Dahl, Analyst
- Nishu Sood, Analyst
- Robert Wetenhall, Analyst
- Susan Maklari, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Greetings and welcome to JELD-WEN Holdings Third Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. A brief question-and-answer session will follow the formal presentation. As a reminder, this conference is being recorded.

I would now like to turn the conference over to your host, John Linker, Senior Vice President of Corporate Development and Investor Relations. Please go ahead.

### John R. Linker  {BIO 19797301 <GO>}

Thank you. Good morning, everyone. We issued our earnings press release this morning and posted a slide presentation to the Investor Relations portion of our website, which we will be referencing during this call.

I'm joined today by Mark Beck, our Chief Executive Officer; and Brooks Mallard, our Chief Financial Officer. Before we begin, I would like to remind everyone that during this call, JELD-WEN management may make certain statements that constitute forward-looking statements within the meaning Private Securities Litigation Reform Act of 1995. These statements are subject to a variety of risks and uncertainties, including those set forth in our earnings release and provided in our 10-K and 10-Q filed with the Securities and Exchange Commission.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

this quarter was limited, as we absorbed the impact of operating headwinds in our North American windows business and in the UK.

With respect to windows, in the third quarter, we've made progress in reducing the extended lead times discussed in our second quarter earnings call and we expect to exit the year with a normalized backlog of orders. In the third quarter, as we corrected these lead time issues, we incurred excess labor costs. Additionally, we experienced increases in freight and logistics as a result of expediting late orders and constraints on freight availability due to the hurricanes.

Also, in the UK, the timing of our pricing optimization initiatives lagged inflationary cost pressures on materials, resulting in margin compression. In both cases, we see these margin headwinds as temporary and isolated, and we do not see ongoing pressure in these areas in 2018.

Our cash flow conversion performance continues to be excellent as we have now delivered a year-over-year improvement of $94 million through the third quarter. And as we've already discussed, our capital deployment through M&A has a lot of momentum and we are very enthusiastic about the quality of our pipeline.

In the area of profitable core growth, we are seeing good traction from our investments in service, quality, innovation and merchandising. And we've just been notified that we were awarded some new business from a major North American retail line review for doors. While the details are still being finalized, we do expect to start transitioning the business in the second quarter of 2018. Moving forward, we don't plan to publicly comment on every line review decision; however, we know that this one was of interest.

Finally, on page 12, I'll reiterate our consistent track record of margin improvement. We continue to deliver year-over-year margin performance improvement both on a quarterly and a year-to-date basis.

Brooks will now walk you through the third quarter performance in more detail.

## L. Brooks Mallard   {BIO 19797214 <GO>}

Thanks, Mark. Starting on slide 14, for the third quarter, net revenues increased $58.9 million or 6.3% to $991.4 million. The increase was driven by core growth in all three segments, the favorable impact of foreign exchange and the contribution of recent acquisitions. I will address the revenue drivers in more detail in a moment.

Year-to-date, net revenues increased $94.3 million or 3.5% to $2.8 billion. For the third quarter, gross margin increased $22.5 million or 11% to $228.2 million. Gross margin as a percentage of net revenue expanded 90 basis points from 22.1% in 2016 to 23% in 2017. Year-to-date gross margin as a percentage of net revenue expanded 190 basis points from 21.1% in 2016 to 23% in 2017. The increases in gross margin and gross margin percentage were due to favorable pricing and operational cost savings, and the absence of $7 million charge to material costs in the same period last year. Improvements in gross margin were

Bloomberg Transcript

FINAL

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

FINAL

partially offset by the previously mentioned operational headwinds in North American windows and the UK.

For the third quarter, SG&A expense increased $12.8 million or 9.9%, to $142.6 million. SG&A expense as a percentage of net revenues was 14.4% compared to 13.9% for the same period a year ago. The increases in SG&A expense and SG&A expense percentage were primarily due to legal costs of approximately $9.1 million.

full year, absent these temporary discrete expenses, our SG&A as a percentage of net revenue would have been unchanged.

For the third quarter, net interest expense decreased $1.3 million to $17.2 million. The decrease was primarily due to improved terms related to the amendment to our long-term loan agreement earlier this year. For the third quarter, other income decreased $10.6 million, resulting in other expense of $2.9 million, primarily due to non-recurring legal settlement income in the same period last year.

For the third quarter, net income increased $5.2 million to $51.3 million. Net income in the third quarter of 2017 was unfavorably impacted by the previously mentioned discrete items of legal costs and was favorably impacted by a lower effective tax rate compared to the prior year. Year-to-date, net income decreased $14.5 million to $104.5 million. Net income in the first nine months of 2017 was unfavorably impacted by the previously mentioned discrete items of financing fee write-offs and legal costs, and the first nine months of 2016 were favorably impacted by the release of certain valuation allowances.

For the quarter, diluted earnings per share was $0.47 and adjusted diluted earnings per share was $0.55. We don't include our prior-period EPS comparison as the second quarter of 2017 was the first full quarter reflecting the share capitalization impact of our IPO earlier in 2017.

For the third quarter, adjusted EBITDA increased $10.2 million or 8.7%, to $128.2 million. Adjusted EBITDA margin expanded 20 basis points in the quarter to 12.9%, compared to 12.7% a year ago. The increase in adjusted EBITDA and margin was primarily due to favorable pricing and operational cost savings, offset by operational headwinds in North American windows and the unfavorable impact of freight costs in the U.S., driven largely by higher rates and scheduling inefficiencies arising from the major hurricane events.

Year-to-date, adjusted EBITDA margin expanded 120 basis points to 12% compared to 10.8% a year ago. Impairment and restructuring expense is tracking lower than prior year, with $2.3 million incurred in the quarter, compared to $3.9 million in the third quarter of 2016.

On a year-to-date basis, impairment and restructuring expense was $4 million compared to $9 million in the prior year. Entering Q4, we expect some restructuring activity in North America, as we work to improve the pace and consistency of the operational improvements in that business segment.

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

FINAL

Bloomberg Transcript

In doing so, we expect to lean out the organizational structure, reduce overhead and top-grade talent in certain key positions. The financial impact of these changes will be a Q4 restructuring charge of approximately $6 million to $7 million with a payback of less than one year.

Slide 15 provides a buildup of our revenue drivers. For the third quarter, the 6.3% increase in our revenues was driven by 2% increase in core revenues, 3% contribution from recent acquisitions and favorable foreign exchange impact of 2%. The core growth of 2% was comprised of a 1% benefit from pricing and a 1% increase from volume mix. For the first nine months, the 3.5% improvement in our revenues was driven by 2% core growth and 2% contribution from recent acquisitions. Core growth was comprised of a 1% benefit from pricing and a 1% increase from volume mix.

Next, I'll move to the segment detail beginning with North America on slide 16. Net revenues in North America for the third quarter increased $19.7 million or 3.6 %, to $572 million. The increase in net revenues was mainly due to core growth of 2%, primarily due to the benefit of pricing and a 2% contribution from the acquisition of MMI Door.

Volume mix was flat due to the previously announced business line exit in Florida, which is estimated to have a $15 million annualized revenue impact. We also saw continued revenue headwinds in our North American window business due to the previously discussed delivery issues and extended lead times.

Third quarter adjusted EBITDA in North America increased $3.8 million or 4.8%, to $82.5 million. EBITDA margins expanded by 10 basis points to 14.4%. The increase in adjusted EBITDA was primarily due to favorable pricing and operational cost savings, offset by unfavorable operational performance in North American windows and the previously mentioned higher freight costs.

On slide 17, net revenues in Europe for the third quarter increased $18.2 million or 7.4%, to $265.1 million. The increase in net revenues was primarily due to the favorable impact of foreign exchange of 4%, contribution from the Mattiovi acquisition of 2% and core growth of 1%. Europe volume growth was limited due to the rationalization of certain products and customers in the UK. For the third quarter, adjusted EBITDA in Europe increased $1.9 million or 6.2%, to $33.4 million. Margins decreased by 10 basis points to 12.6%, largely due to material inflation and pricing in the UK.

On slide 18, net revenues in Australasia for the third quarter increased $21 million or 15.7%, to $154.3 million. The large increase in net revenues was primarily due to an 8% increase from the recent acquisitions of Breezway and Kolder, as well as 4% core growth and 4% from favorable foreign exchange impact. For the third quarter, adjusted EBITDA in Australasia increased $5.1 million or 28.4%, to $22.9 million. Margins expanded by 140 basis points to 14.8%, as a result of the accretive benefit of the acquisitions and profitable core growth.

Now, I'd like to provide a brief update on our balance sheet and cash flow on slide 19. Cash and cash equivalents, as of September 30, 2017, were $219.5 million compared to

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

$102.7 million as of December 31, 2016. Total debt, as of September 30, 2017, was $1.3 billion, compared to $1.6 billion as of December 31, 2016. The reduction in debt was primarily due to the net proceeds of our IPO earlier this year. As of September 30, 2017, our net leverage ratio was 2.4 times compared to 3.9 times as of December 31, 2016. Our net leverage ratio is now within our medium-term target range.

Cash flow from operations in the first nine months of 2017 improved to $174.1 million from $110.2 million in the same period a year ago. Free cash flow improved $94 million to $141.7 million from $47.7 million in the same period a year ago, due to improved operating cash flows and reduced capital expenditures. Our balance sheet remains strong and our capital structure, liquidity and free cash flow generation continue to provide us with the flexibility to fund our strategic initiatives.

I will now turn the call back over to Mark for closing remarks.

## Mark A. Beck  {BIO 17245358 <GO>}

Thanks, Brooks. I'll wrap up on page 21 with our updated annual outlook for 2017. Our outlook is based on underlying market assumptions, specifically that new construction and the repair and remodel growth in North America and Europe will continue, and that the housing market in Australia will be a headwind. Our assumptions also include continued margin expansion by executing on the initiatives of our operating model. Our updated outlook also takes into account our recent acquisition activity.

So, for the full year, our net revenue growth expectation is now 2% to 4%, compared to our previous outlook of 1.5% to 3.5%. The increase in the revenue growth outlook is primarily due to the recent acquisitions of MMI Door and Kolder. We are refining our outlook for 2017 adjusted EBITDA to be $440 million to $450 million. This is from our previous outlook of $440 million to $460 million. Our new outlook takes into account the partial year contributions of our recent acquisitions, offset by operational headwinds I discussed, as well as expected investments in the fourth quarter related to the line review win that I mentioned earlier in the call.

Lastly, we have reduced our outlook on capital expenditures to be $60 million to $70 million from our previous view of $80 million to $90 million. The reduction in capital expenditures is due to the phasing of certain major projects. It is important to remember that we are still in the early stages of a multiyear turnaround and that there will be quarter-to-quarter fluctuations in the cadence of our margin improvement. Our experienced leadership team and our operating model have us well-positioned to continue delivering operational and financial improvement in 2017 and beyond.

Looking into next year, while we won't issue our formal guidance for 2018 until our next call in February, our growth outlook for 2018 is consistent with the framework we have discussed previously. In 2018, we expect top-line growth to accelerate from 2017, with net revenue growth of mid-single digits, including the impact of the recently closed acquisitions. We will add Domoferm's revenue contribution and any other new M&A to our outlook after closing occurs. From a margin improvement standpoint, we continue to

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2017-11-07

expect EBITDA margin improvement in the range of 100 to 150 basis points. I want to thank all of JELD-WEN's employees for their hard work. We would not be able to achieve any of these results if it wasn't for their commitment and passion.

To wrap up before we open the line for questions, I would like to leave you with these thoughts. We are delivering core revenue growth with positive pricing. We continue to deliver year-over-year margin improvement. Our cash flow conversion is excellent, with free cash z of net income and we continue to create shareholder value through M&A by delivering on synergies from the deals we have closed as well as maintaining a healthy pipeline of future opportunities. We are very well positioned to take this positive momentum into 2018 and beyond.

With that, I'll ask the operator to please open the line for your questions.

## Q&A

### Operator

Thank you. At this time, we'll be conducting a question-and-answer session. Our first question comes from the line of Mike Dahl with Barclays. Please proceed with your question.

### Q - Michael Dahl   {BIO 17894790 <GO>}

Good morning. Thanks for taking my questions.

### A - Mark A. Beck   {BIO 17245358 <GO>}

Good morning, Mike.

### Q - Michael Dahl   {BIO 17894790 <GO>}

I wanted to start by hopefully just getting a little bit more detail on the adjustments to guidance. And so, I think some of the operational headwinds were contemplated in the prior guide, so could you just help us bridge how much were some of the, then incremental headwinds you experienced, such as the freight and delivery versus how much of the reduction is coming from these investments ahead of the new business win?

### A - L. Brooks Mallard   {BIO 19797214 <GO>}

Yeah. Mike, this is Brooks. So, the way that we see it in total, we're seeing about $10 million of headwinds, if you go from midpoint to midpoint, $10 million of headwinds, offset by about $5 million of favorable impact from the acquisitions. And of that $10 million, the majority of it, which I would say is about $8 million, is going to be a combination of freight – continued freight headwinds, as well as the operational and volume headwinds associated with the windows, issues above and beyond what we were thinking before. And then, there is $1 million to $2 million of additional expense, as we get ready for this retail business. So, that's a pretty – that's a broad breakout of how it rolls up.