# EXHIBIT 21

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————————

# FORM 10-Q

———————————————

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2017**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-38000**

———————————————

# JELD-WEN Holding, Inc.
**(Exact name of registrant as specified in its charter)**

———————————————

| | |
|---|---|
| **Delaware** | **93-1273278** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**440 S. Church Street, Suite 400**
**Charlotte, North Carolina 28202**
**(Address of principal executive offices, zip code)**

**(704) 378-5700**
**(Registrant's telephone number, including area code)**

———————————————

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The registrant had 105,414,143 shares of Common Stock, par value $0.01 per share, issued and outstanding as of November 3, 2017.

13109250.2

**JELD-WEN HOLDING, Inc.**
**- Table of Contents -**

|  |  | Page No. |
|---|---|---|
| **Part I - Financial Information** | | |
| Item 1. | Unaudited Financial Statements | |
| | Consolidated Statements of Operations | 6 |
| | Consolidated Statements of Comprehensive Income (Loss) | 7 |
| | Consolidated Balance Sheets | 8 |
| | Consolidated Statements of Equity | 9 |
| | Consolidated Statements of Cash Flows | 10 |
| | Notes to Consolidated Financial Statements | 11 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 40 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 56 |
| Item 4. | Controls and Procedures | 56 |
| **Part II - Other Information** | | |
| Item 1. | Legal Proceedings | 57 |
| Item 1A. | Risk Factors | 57 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 58 |
| Item 5. | Other Information | 58 |
| Item 6. | Exhibits | 59 |
| | Signature | 60 |

2

Back to top

**Note 23. Commitments and Contingencies**

**Litigation** - We are involved in various legal proceedings encountered in the normal course of business and accrue for loss amounts on legal matters when it is probable a liability has been incurred and the amount of liability can be reasonably estimated. Legal judgments and estimated settlements have been included in accrued expenses in the accompanying unaudited consolidated balance sheets.

Other than as described below, as of September 30, 2017, there are no current proceedings or litigation matters involving the Company or its property that we believe could have a material adverse impact on our business, financial condition, results of operations or cash flows.

*Steves and Sons, Inc. vs JELD-WEN* - We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the agreement, Steves, filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division. The complaint alleges that our acquisition of CMI, together with subsequent price increases and other alleged acts and omissions, violated antitrust laws and constituted a breach of contract and breach of warranty. The complaint seeks declaratory relief, ordinary and treble damages, and injunctive relief, including divestiture of certain assets acquired in the CMI acquisition.

Steves' expert witnesses have opined that the damages suffered by Steves range from $36 million to $60 million, a portion of which Steves asserts is subject to trebling in the event Steves prevails on its antitrust claims. Steves also seeks recovery of its attorneys' fees incurred in pursuing its claims, which amounts have not yet been quantified. We believe Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We are defending vigorously against this action.

Management does not believe that a loss in this matter is probable and, therefore, has not accrued a reserve for this loss contingency. Because the operations acquired from CMI have been fully integrated into the Company's other operations, divestiture of those operations would be difficult if not impossible and therefore it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows. We have filed a motion for summary judgment on several grounds, seeking dismissal of certain of Steves' claims. A hearing on that motion is scheduled to occur on November 16, 2017. Trial of this matter is set to begin on January 8, 2018.

During the course of the proceedings, we discovered certain facts that led us to conclude that Steves, its principals, and certain former employees of the Company had misappropriated Company trade secrets, violated the terms of various agreements between the Company and those parties, and violated other laws. We have asserted claims against certain of those parties in the Eastern District of Virginia and in the District Court of Bexar County, Texas, and are pursuing those claims vigorously.

*ESOP* - The JELD-WEN ESOP Plan, Administrative Committee, and individual trustees were sued by three separate groups of former employees and members of the ESOP for alleged violations relating to the management and distribution of the ESOP funds. These matters were pled as class actions and none of the cases were certified. In January 2015, we executed settlement agreements with applicable parties resulting in our recording $5.0 million in settlement expense in September 2015. Pursuant to the agreements, we accrued a $15.7 million liability to the plaintiffs in other accrued expenses and a $10.7 million insurance receivable in accounts receivable. In June 2015, we paid all settlement funds into an escrow account. On October 19, 2015, the court provided final approval of the settlement in all respects. We received $10.7 million from insurance carriers on December 1, 2016. All settlement funds have now been credited to claimant's respective accounts.

**Self-Insured Risk** - We self-insure substantially all of our domestic business liability risks including general liability, product liability, warranty, personal injury, auto liability, workers' compensation and employee medical benefits. Excess insurance policies from independent insurance companies generally cover exposures between $3.0 million and $250.0 million for domestic product liability risk and exposures between $0.5 million and $250.0 million for auto, general liability, personal injury and workers' compensation. We have no stop gap coverage on claims covered by our self-insured domestic employee medical plan and are responsible for all claims thereunder. We estimate our provision for self-insured losses based upon an evaluation of current claim exposure and historical loss experience. Actual self-insurance losses may vary significantly from these estimates. At September 30, 2017 and December 31, 2016, our accrued liability for self-insured risks was $72.0 million and $71.3 million, respectively.

30

Back to top

**Results of Operations**

The tables in this section summarize key components of our results of operations for the periods indicated, both in U.S. dollars and as a percentage of our net revenues. All percentages presented in this section have been rounded to the nearest whole number. Accordingly, totals may not equal the sum of the line items in the tables below. The results for the three and nine months ended September 24, 2016 have been revised to reflect the correction of certain errors and other accumulated misstatements as described in Note 26 - *Revision of Prior Period Financial Statements*.

**Comparison of the Three Months Ended September 30, 2017 to the Three Months Ended September 24, 2016**

| | | Three Months Ended | | | | |
|---|---|---|---|---|---|---|
| | | September 30, 2017 | | | September 24, 2016 | |
| (dollars in thousands) | | | % of Net Revenues | | | % of Net Revenues |
| Net revenues | $ | 991,408 | 100.0% | $ | 932,475 | 100.0% |
| Cost of sales | | 763,196 | 77.0% | | 726,792 | 77.9% |
| Gross margin | | 228,212 | 23.0% | | 205,683 | 22.1% |
| Selling, general and administrative | | 142,615 | 14.4% | | 129,818 | 13.9% |
| Impairment and restructuring charges | | 2,262 | 0.2% | | 3,945 | 0.4% |
| Operating income | | 83,335 | 8.4% | | 71,920 | 7.7% |
| Interest expense, net | | 17,200 | 1.7% | | 18,547 | 2.0% |
| Other expense (income) | | 2,893 | 0.3% | | (7,731) | (0.8)% |
| Income before taxes, equity earnings and discontinued operations | | 63,242 | 6.4% | | 61,104 | 6.6% |
| Income tax expense | | 13,042 | 1.3% | | 13,477 | 1.4% |
| Income from continuing operations, net of tax | | 50,200 | 5.1% | | 47,627 | 5.1% |
| Equity earnings of non-consolidated entities | | 1,075 | 0.1% | | 1,198 | (0.3)% |
| Loss from discontinued operations, net of tax | | - | -% | | (2,741) | 0.1% |
| Net income | $ | 51,275 | 5.2% | $ | 46,084 | 4.9% |

***Consolidated Results***

*Net Revenues* - Net revenues increased $58.9 million, or 6.3%, to $991.4 million in the three months ended September 30, 2017 from $932.5 million in the three months ended September 24, 2016. The increase in net revenues was primarily due to a 3% increase associated with the recent acquisitions, an increase in core revenues of 2%, and a 2% increase due to a favorable foreign exchange impact. Core net revenues for the quarter increased in all three reporting segments.

*Gross Margin* - Gross margin increased $22.5 million, or 11.0%, to $228.2 million in the three months ended September 30, 2017 from $205.7 million in the three months ended September 24, 2016. Gross margin as a percentage of net revenues was 23.0% in the three months ended September 30, 2017 and 22.1% in the three months ended September 24, 2016. The increase in gross margin and gross margin percentage was due to favorable pricing, cost saving initiatives, the absence of a $7.4 million charge to material costs in the current period and the contribution from recent acquisitions, partially offset by operational inefficiencies in our North American windows business and certain regions of our European business.

*SG&A Expense* - SG&A expense increased $12.8 million, or 9.9%, to $142.6 million in the three months ended September 30, 2017 from $129.8 million in the three months ended September 24, 2016. SG&A expense as a percentage of net revenues was 14.4% for the three months ended September 30, 2017 and 13.9% for the three months ended September 24, 2016. The increase in SG&A expense and SG&A expense percentage was primarily due to increased professional fees and unfavorable foreign exchange impact as well as SG&A associated with our recent acquisitions.

*Impairment and Restructuring Charges* - Impairment and restructuring charges decreased $1.7 million, or 42.7%, to $2.3 million in the three months ended September 30, 2017 from $3.9 million in the three months ended September 24, 2016. The charges in the three months ended September 30, 2017 and September 24, 2016 consisted primarily of ongoing restructuring costs in our Europe segment.

Back to top

*Interest Expense, Net* - Interest expense, net decreased $1.3 million, or 7.3%, to $17.2 million in the three months ended September 30, 2017 from $18.5 million in the three months ended September 24, 2016. The decrease was primarily due a reduction in the applicable margin resulting from the 2017 term loan amendment, which became effective in March 2017.

*Other Expense (Income)* - Other expense increased $10.6 million, to $2.9 million in expense in the three months ended September 30, 2017 from $7.7 million in income in the three months ended September 24, 2016. Expense in the three months ended September 30, 2017 consisted primarily of foreign currency hedging losses of $5.1 million, partially offset by a legal settlement income of $1.3 million. Income in the three months ended September 24, 2016 primarily consisted of $8.4 million received in a confidential settlement agreement on a commercial matter in our North America segment.

*Income Taxes* - Income tax expense in the three months ended September 30, 2017 was $13.0 million, compared to $13.5 million in the three months ended September 24, 2016. The effective tax rate in the three months ended September 30, 2017 was 20.6% compared to an effective tax rate of 22.1% in the three months ended September 24, 2017.

**Comparison of the Nine Months Ended September 30, 2017 to the Nine Months Ended September 24, 2016**

| | | Nine Months Ended | | | |
| --- | --- | --- | --- | --- | --- |
| | | September 30, 2017 | | September 24, 2016 | |
| (dollars in thousands) | | | % of Net Revenues | | % of Net Revenues |
| Net revenues | $ | 2,787,931 | 100.0% | $ 2,693,630 | 100.0% |
| Cost of sales | | 2,145,425 | 77.0% | 2,124,681 | 78.9% |
| Gross margin | | 642,506 | 23.0% | 568,949 | 21.1% |
| Selling, general and administrative | | 433,743 | 15.6% | 395,864 | 14.7% |
| Impairment and restructuring charges | | 4,018 | 0.1% | 9,045 | 0.3% |
| Operating income | | 204,745 | 7.3% | 164,040 | 6.1% |
| Interest expense, net | | 61,639 | 2.2% | 53,725 | 2.0% |
| Other expense (income) | | 8,257 | 0.3% | (8,960) | (0.3)% |
| Income before taxes, equity earnings and discontinued operations | | 134,849 | 4.8% | 119,275 | 4.4% |
| Income tax expense (benefit) | | 32,997 | 1.2% | (139) | -% |
| Income from continuing operations, net of tax | | 101,852 | 3.7% | 119,414 | 4.4% |
| Equity earnings of non-consolidated entities | | 2,629 | 0.1% | 2,450 | 0.1% |
| Loss from discontinued operations, net of tax | | - | -% | (2,845) | (0.1)% |
| Net income | $ | 104,481 | 3.7% | $ 119,019 | 4.4% |

***Consolidated Results***

*Net Revenues* - Net revenues increased $94.3 million, or 3.5%, to $2,787.9 million in the nine months ended September 30, 2017 from $2,693.6 million in the nine months ended September 24, 2016. The increase in net revenues was primarily due to an increase in core revenues of 2% and a 2% increase associated with our recent acquisitions.

*Gross Margin* - Gross margin increased $73.6 million, or 12.9%, to $642.5 million in the nine months ended September 30, 2017 from $568.9 million in the nine months ended September 24, 2016. Gross margin as a percentage of net revenues was 23.0% in the nine months ended September 30, 2017 and 21.1% in the nine months ended September 24, 2016. The increase in gross margin and gross margin percentage was due to favorable pricing, cost savings initiatives and contribution from recent acquisitions, partially offset by operational inefficiencies in our North American windows business and certain regions of our European business.

*SG&A Expense* - SG&A expense increased $37.9 million, or 9.6%, to $433.7 million in the nine months ended September 30, 2017 from $395.9 million in the nine months ended September 24, 2016. SG&A expense as a percentage of net revenues was 15.6% for the nine months ended September 30, 2017 and 14.7% for the nine months ended September 24, 2016. The increase in SG&A expense and SG&A expense percentage was primarily due to increased professional fees, costs associated with our IPO and secondary offering, SG&A expense associated with our recent acquisitions, and increased wages including stock compensation.

Back to top

*Impairment and Restructuring Charges* - Impairment and restructuring charges decreased $5.0 million, or 55.6%, to $4.0 million in the nine months ended September 30, 2017 from $9.0 million in the nine months ended September 24, 2016. The charges in the nine months ended September 30, 2017 consisted primarily of ongoing restructuring costs in our Europe segment. The charges for the nine months ended September 24, 2016 consisted primarily of ongoing personnel restructuring in our Europe and North America segment.

*Interest Expense, Net* - Interest expense, net increased $7.9 million, or 14.7%, to $61.6 million in the nine months ended September 30, 2017 from $53.7 million in the nine months ended September 24, 2016. The increase was primarily due to interest expense resulting from the write-off of a portion of the unamortized debt issuance costs and original issue discount totaling approximately $7.0 million in connection with the repayment of $375 million of incremental term loans with proceeds from our IPO. In addition, interest expense increased due to higher long-term debt levels for the first month of the period as a result of incremental borrowing of $375 million under our Term Loan Facility, partially offset by a reduction in the applicable margin resulting from the 2017 term loan amendment, which became effective in March 2017.

*Other Expense (Income)* - Other expense increased $17.2 million, to $8.3 million in expense in the nine months ended September 30, 2017 from $9.0 million in income in the nine months ended September 24, 2016. Expense in the nine months ended September 30, 2017 consisted primarily of foreign currency losses of $13.9 million, partially offset by a contract settlement of $2.2 million and legal settlement income of $1.3 million. Income in the nine months ended September 24, 2016 primarily consisted of $8.4 million received in a confidential settlement agreement on a commercial matter in our North America segment.

*Income Taxes* - Income tax expense in the nine months ended September 30, 2017 was $33.0 million, compared to a $0.1 million benefit in the nine months ended September 24, 2016. The effective tax rate in the nine months ended September 30, 2017 was 24.5% compared to an effective tax rate of (0.1)% in the nine months ended September 24, 2016. The prior year tax benefit of $0.1 million was due primarily to the net release of our valuation allowance of $26.3 million.

47

Back to top

*Segment Results*

      We report our segment information in the same way management internally organizes the business in assessing performance and making decisions regarding allocation of resources in accordance with ASC 280-10- *Segment Reporting*. We determined that we have three reportable segments, organized and managed principally by geographic region. Our reportable segments are North America, Europe and Australasia. We report all other business activities in Corporate and unallocated costs. We define Adjusted EBITDA as net income (loss), as adjusted for the following items: income (loss) from discontinued operations, net of tax; gain (loss) on sale of discontinued operations, net of tax; equity earnings (loss) of non-consolidated entities; income tax (benefit) expense; depreciation and intangible amortization; interest expense, net; impairment and restructuring charges; (gain) loss on sale of property and equipment; share-based compensation expense; non-cash foreign exchange transaction/translation (income) loss; other non-cash items; other items; and costs related to debt restructuring, debt refinancing, and the Onex Partners Investment. For additional information on segment Adjusted EBITDA, see Note 13- *Segment Information* to our financial statements included in this Form 10-Q.

| (dollars in thousands) | | Three Months Ended | | | |
| --- | --- | --- | --- | --- | --- |
| | | September 30, 2017 | | September 24, 2016 | |
| Net revenues from external customers | | | | | % Variance |
| North America | $ | 571,961 | $ | 552,225 | 3.6% |
| Europe | | 265,117 | | 246,875 | 7.4% |
| Australasia | | 154,330 | | 133,375 | 15.7% |
| Total Consolidated | $ | 991,408 | $ | 932,475 | 6.3% |
| Percentage of total consolidated net revenues | | | | | |
| North America | | 57.7% | | 59.2% | |
| Europe | | 26.7% | | 26.5% | |
| Australasia | | 15.6% | | 14.3% | |
| Total Consolidated | | 100.0% | | 100.0% | |
| Adjusted EBITDA[1] | | | | | |
| North America | $ | 82,494 | $ | 78,706 | 4.8% |
| Europe | | 33,375 | | 31,431 | 6.2% |
| Australasia | | 22,901 | | 17,839 | 28.4% |
| Corporate and Unallocated costs | | (10,554) | | (9,970) | 5.9% |
| Total Consolidated | $ | 128,216 | $ | 118,006 | 8.7% |
| Adjusted EBITDA as a percentage of segment net revenues | | | | | |
| North America | | 14.4% | | 14.3% | |
| Europe | | 12.6% | | 12.7% | |
| Australasia | | 14.8% | | 13.4% | |
| Total Consolidated | | 12.9% | | 12.7% | |

_____

(1)    Adjusted EBITDA is a financial measure that is not calculated in accordance with GAAP. For a discussion of our presentation of Adjusted EBITDA, see Note 13- *Segment Information.*

48

Back to top

*North America*

Net revenues in North America increased $19.7 million, or 3.6%, to $572.0 million in the three months ended September 30, 2017 from $552.2 million in the three months ended September 24, 2016. The increase in net revenues was due to core revenues growth of 2% and the acquisition of MMI Door which provided a 2% increase.

Adjusted EBITDA in North America increased $3.8 million, or 4.8%, to $82.5 million in the three months ended September 30, 2017 from $78.7 million in the three months ended September 24, 2016. The increase in Adjusted EBITDA was primarily due to favorable pricing and cost saving initiatives and our acquisition of MMI Door, partially offset by operational inefficiencies in our North American windows business and higher freight costs.

*Europe*

Net revenues in Europe increased $18.2 million, or 7.4%, to $265.1 million in the three months ended September 30, 2017 from $246.9 million in the three months ended September 24, 2016. The increase in net revenues was primarily due to favorable foreign exchange impact of 4%, as well as the acquisition of Mattiovi. In addition, core net revenues increased 1% due to favorable pricing.

Adjusted EBITDA in Europe increased $1.9 million, or 6.2%, to $33.4 million in the three months ended September 30, 2017 from $31.4 million in the three months ended September 24, 2016. The increase in Adjusted EBITDA was primarily due to cost saving initiatives and an increase in volume associated with the realignment of our customer and product portfolio aimed at driving profitable growth as well as our acquisition of Mattiovi, partially offset by material inflation and unfavorable pricing in the UK.

*Australasia*

Net revenues in Australasia increased $21.0 million, or 15.7%, to $154.3 million in the three months ended September 30, 2017 from $133.4 million in the three months ended September 24, 2016. The increase in net revenues was primarily due to the acquisition of Breezway and Kolder which provided an 8% increase in net revenues. Core net revenues increased 4%, comprised primarily of an increase in volume, while favorable foreign exchange impact increased revenue by 4%.

Adjusted EBITDA in Australasia increased $5.1 million, or 28.4%, to $22.9 million in the three months ended September 30, 2017 from $17.8 million in the three months ended September 24, 2016. The increase in Adjusted EBITDA was primarily due to the acquisition of Breezway and Kolder and profitable core growth.

49

Back to top

## PART II - OTHER INFORMATION

### Item 1 - Legal Proceedings

We are involved in various legal proceedings, claims, and government audits arising in the ordinary course of business. We record our best estimate of a loss, including estimated defense costs, when the loss is considered probable and the amount of such loss can be reasonably estimated. When a loss is probable and there is a range of estimated loss with no best estimate within the range, we record the minimum estimated liability related to the lawsuit or claim. As additional information becomes available, we assess the potential liability related to pending litigation and claims and revise our accruals if necessary. Because of uncertainties related to the resolution of lawsuits and claims, the ultimate outcome may differ materially from our estimates. In the opinion of management and based on the liability accruals provided, the ultimate exposure with respect to these lawsuits and claims is not expected to have a material adverse effect on our consolidated financial position or cash flows, although they could have a material adverse effect on our operating results for a particular reporting period.

We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the agreement, Steves filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division ("Eastern District of Virginia"). The complaint alleges that our acquisition of CMI, together with subsequent price increases and other alleged acts and omissions, violated antitrust laws and constituted a breach of contract, and breach of warranty, and tort. The complaint seeks declaratory relief, ordinary and treble damages, and injunctive relief, including divestiture of certain assets acquired in the CMI acquisition.

Steves' expert witnesses have opined that the damages suffered by Steves range from $36 million to $60 million, a portion of which Steves asserts is subject to trebling in the event Steves prevails on its antitrust claims. Steves also seeks recovery of its attorneys' fees incurred in pursuing its claims, which amounts have not yet been quantified. We believe Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We are defending vigorously against this action.

Management does not believe that a loss in this matter is probable and, therefore, has not accrued a reserve for this loss contingency. Because the operations acquired from CMI have been fully integrated into the Company's other operations, divestiture of those operations would be difficult if not impossible and therefore it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows. We have filed a motion for summary judgment on several grounds, seeking dismissal of certain of Steves' claims. A hearing on that motion is scheduled to occur on November 16, 2017. Trial of this matter is set to begin on January 8, 2018.

During the course of the proceedings, we discovered certain facts that led us to conclude that Steves, its principals, and certain former employees of the Company had misappropriated Company trade secrets, violated the terms of various agreements between the Company and those parties, and violated other laws. We have asserted claims against certain of those parties in the Eastern District of Virginia and in the District Court of Bexar County, Texas, and are pursuing those claims vigorously.

### Item 1A - Risk Factors

The updates to and additional risk factors below are the only material changes to the risk factors previously disclosed in "Part I, Item 1A Risk Factors" in our Form 10-K.

***We may be subject to significant compliance costs with respect to legislative and regulatory proposals to restrict emissions of GHGs.***

Various legislative, regulatory, and inter-governmental proposals to restrict emissions of GHGs, such as $CO_2$, are under consideration by governmental legislative bodies and regulators in the jurisdictions where we operate. In particular, the EPA has promulgated regulations to reduce GHG emissions from new and existing power plants. The regulations applicable to existing power plants, commonly referred to as the Clean Power Plan, would require states to develop strategies to reduce GHG emissions within the states that may include reductions at other sources in addition to electric utilities. However, on October 16, 2017, the EPA published a proposed rule to repeal the Clean Power Plan. Many nations, including jurisdictions in which we operate, have also committed to limiting emissions of GHGs worldwide, most prominently through an agreement reached in Paris in December 2015 at the 21st Conference of the Parties to the United Nations Framework Convention on Climate Change. The Paris agreement sets out a new process for achieving global GHG reductions. On June 1, 2017, President Trump announced that the U.S. plans to withdraw from the Paris agreement and to seek negotiations either to reenter the Paris Agreement on different terms or to establish a new framework agreement. The earliest permitted exit date under the Paris agreement is four years from when it took effect in

57