# EXHIBIT 22

C Corrected Transcript

08-Nov-2017

# JELD-WEN Holding, Inc. (JELD)

Robert W. Baird Global Industrial Conference

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 9
Copyright © 2001-2017 FactSet CallStreet, LLC

**JELD-WEN Holding, Inc.** *(JELD)*
Robert W. Baird Global Industrial Conference

Corrected Transcript
08-Nov-2017

# CORPORATE PARTICIPANTS

**Timothy Ronald Wojs**
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

**Mark A. Beck**
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

**John R. Linker**
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Great. So why don't we get started? My name is Tim Wojs, I cover building products here at Baird and we'd like to welcome JELD-WEN to the conference for the first time this afternoon; relatively new company, they IPO-ed in February. It's a leading global manufacturer of doors and windows. You know aside from the cycle, there's a lot of internal opportunity as the team improves the cost structure from its former private itself. And then we expect the company to generate a lot of cash flow over the next few years, which we think is going to support a kind of growing M&A part of the story. So you've got self-help, you saw the cyclical tailwind and then M&A layered on top of that.

So from the company, we have Mark Beck, who is President and CEO, and then we have John Linker, who is SVP of Corporate Development and Investor Relations. Mark's going to go through just a slight kind of overview of the business and then we're going to do some Q&A. So the floor is yours.

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

Thank you, Tim, and thanks everyone for being here. We really appreciate your interest. As Tim said, we IPO-ed earlier this year. The company was founded in the 1950s out in Oregon and was a family-run company for many years. Although coming out of the housing recession of 2008, the company began to struggle and by 2011, it was clear that they needed some help and private equity companies by the name of Onex out of Toronto stepped in over a couple of rounds, invested close to $1 billion and ended up with about 85% of ownership of JELD-WEN. Onex began our transformation, but it had a little bit of a false start. And so we really marked the beginning of the transformation in 2014 when Kirk Hachigian, the former, very successful CEO of Cooper Industries who was sitting on our board. He was asked to become the interim CEO and he began to rebuild the team. He brought a lot of great executives in from Cooper Industries and he also began searching for a new permanent CEO, which ultimately I was the lucky guy he picked and I left Danaher to come and join the company in late 2015.

Over the past, since that starting point when Kirk took over in early 2014, we have generated over 700 bps of margin expansion. Our trailing 12 months is about 11.6% EBITDA margin. And we really believe that there's a lot of runway still ahead. We've got our mid-term goal of getting to 15% and a longer-term goal of getting to 20% EBITDA margin for the company. And we've got lots of different levers that we can pull and lots of different levers that we are pulling. And it's a really exciting time to be with the company and we're just thrilled to be here to tell you more about it today.

# JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference

 Corrected Transcript
08-Nov-2017

As Tim said, a growing part of the story is M&A. We've done 10 deals in the last two-and-a-half years, and right now we feel really good that we're kind of 10 for 10, that each of these is delivering even more than we expected from a synergy realizations standpoint. A few of them are relatively new, so it's hard to say – to brag too much on those, but there's six that we've got more than a year of track record. And I mean if I could invite John Linker who really spearheads both the Investor Relations but also strategy and M&A to talk about the performance of those six and then we can open it up.

## John R. Linker
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

Sure. That's okay. M&A is definitely the number one priority for free cash flow deployment. We've been successful in cultivating a list of acquisition targets, and not getting into auctions, so we've been doing a lot of proprietary deals, bolt-on size. We've spent close to $300 million on acquisitions over the last two-and-a-half years and these are accretive. They're about 16% EBITDA margins for the six that have lapped a full year. They're delivering great returns on capital, much higher than our company's cost of capital. So we're buying – we're buying at good multiples and we're delivering a lot of synergy value, both on the revenue and the cost side. So it's sort of the, I guess, it's the upside to our story. We've got a self-help component of our margin improvement story they can get into. We've got a secular growth piece of our story and then M&A would be sort of the upside on the cash flow deployment.

So with that, [indiscernible] (04:44)

# QUESTION AND ANSWER SECTION

## Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

Yeah. So we'll do some Q&A. If anybody has a question, please feel free to raise your hand and then I'll monitor this on iPad. It's [indiscernible] (04:51) at rwbaird.com for any questions.

Maybe just to start, when you think about the self-help element of the story. I mean pretty impressive single-digits just kind of four years ago and really kind of a nice aspirational target of kind of 15% to 20%. What's the – between now and then, I mean can you walk through just some of the steps that you need to take internally to kind of get there? What's in your control? What's kind of market-related, if you can kind of frame that for people?

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

You bet. So we plan on a three-year rolling basis and we really have a bottoms-up three-year plan that gets us into this 15% range. It is based on the markets remaining relatively constructive. We've also done another scenario where we look at what happens if the markets flatten out and we don't get growth? And we still believe we can get through the self-help element of our story to the 15%, but it would take us longer. It would take us closer to five years to get to the 15%. What got us from 4% to almost 12% was about 70% to 75% of that came on the back of price discipline. When the transformation began, pricing responsibility existed with plant managers, with salespeople and we've centralized that. We have a central pricing analytics group and we've centralized the authority to set pricing and we've been very, very disciplined. The remainder of the gains that we had have come from the self-help part through cost out. The most successful part of that, so far, has been through sourcing.



3

Copyright © 2001-2017 FactSet CallStreet, LLC

# JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference

 Corrected Transcript
08-Nov-2017

Each of the – more than 100 plants in the company, historically, did a lot of their own purchasing and again what we've done is we've standardized the way we make things in the plants, so that we're all using the same raw materials and then with a consolidated buy, been able to derive significant sourcing savings. In January, at the IPO roadshow, we talked to people about we thought there was $50 million of sourcing savings that we could realize within the next three years, and we're right on track. This year, we'll deliver $12 million to $15 million of that, and yet our [ph] funnel (07:06) is still $50 million or more because we found some new ideas.

And so when we talk about it as a three-year opportunity, again which is three years of really good visibility, but I think sourcing has many more years than just the three to help contribute. And then after that, we've got the true productivity in the plants. We kicked off a productivity initiative, really a culture change in the company that we call JEM. This stands for the JELD-WEN Excellence Model and it's modeled very much after what at Danaher is called DBS. Although, I would just caution you it's not like DBS is today, it's like DBS 25 years ago. We are in the first inning of our productivity journey and we've launched five fundamental tools – things like 5S, basic problem solving, digital management, standard work, [ph] gimbal (08:04) locks. These have been launched into the plants and they're being adopted and they're being used. And now on top of that, we can begin to launch very specific tools to drive very specific improvements in performance.

And I'll just give you a couple of examples. So back in August, we named Jim Garcia to be the Global Senior Vice President of JEM of Productivity and he led this kind of transformation at Delphi and then he led it at Cooper Industries so we're thrilled. This is a guy who's kind of on his third rodeo. And what we said was go into some of the plants where there was challenges and then get some early wins, get some proof points and he has done just that. He went to one of our plants in Pennsylvania, a window plant, did a two-week Kaizen with no new equipment, no additional people left after two weeks with an over 40% improvement in output on that window line. He then went to a different plant we have in Iowa. He did a three-week Kaizen and delivered more than 30% improvement.

This week, he's in one of our wood window plants up in Wisconsin, so he is demonstrating that with that foundation of the five fundamental tools and then applying very specific tools to specific problems, we can drive great productivity. So while 70% of the past gain came from price, looking forward we think 60% will come from cost outsourcing and JEM, and going forward, 40% will come from price, volume mix and core growth.

---

## Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

Okay. When we think about maybe the market aspect of the improvement and the market has been a little slower this year than maybe – maybe we had envisioned and others have envisioned. What do you think is driving that and as you go into kind of 2018 yesterday in the call, you talked about maybe seeing some core kind of growth acceleration as you look at it next year and maybe just talk a little bit about 2017 and kind of why it was a little bit slower and how it gets better in 2018?

---

## Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

Yeah. As we experienced it, the first half of the year was quite a bit slower. Some attributed that to a very wet West Coast, particularly California. We know the Southeast was also very wet, and quite frankly, I think that can be supported because after we got past with the first half of the year, our order patterns really picked up. And so I think there were a lot of projects that got delayed by weather but then and then hit us harder in the second half. And I would say, we normally have just kind of a gradual ramp up into the busy season as felt this year in North America – like we went from the slower season to the busy season almost overnight.

---

FACTSET: callstreet
1-877-FACTSET    www.callstreet.com

4

Copyright © 2001-2017 FactSet CallStreet, LLC

# JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference

 Corrected Transcript
08-Nov-2017

And that presented some of its own interesting challenges to ramp our production fast enough to meet that. In our other markets, I would say Europe was very low on single-digit growth, much along our expectations. And then Australia, we had been calling for the housing contraction that had have been going on in the West, that it would spread to the rest of the country, where it's really eastern Australia where the greatest population is and that did happen as we expected it would. I think upside surprise there is that our ability to still get price, our ability to create market share has actually allowed us to continue to grow even though single-family housing starts in Australia this year are down 5% or 6%. And so the execution of our team down there has overcome [indiscernible] (11:44) very nicely.

---

### Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

Yeah. Then a question we get a lot on – I'm just kind of the pricing dynamics of the industry and maybe for some people that aren't maybe quite as familiar with some of the vertical consolidation that happened in the market, what's different now versus maybe last cycle, if you could kind of speak to that?

---

### John R. Linker
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

A

Sure. So Tim was alluding to in North America, there is a – the molded door market is the majority of the market for interior doors and then also we have other product lines in exterior doors, and then in windows we have wood and vinyl windows. So there's different pricing dynamics going on in each of those different product verticals, different sort of competitive dynamics there in terms of what it takes to play in those industries. So what we saw coming out of the financial crisis is a lot of folks in the door and window industry were struggling from a demand standpoint to fill up their plants. And so certainly pricing was fairly competitive; not even just pricing but things like minimum order quantities were dropped as people really struggle to take volume, and it's taken quite some time for sort of the pricing dynamics in the industry to get back to a level where everything is functioning very disciplined, and really over the last, I would say, two to three years, we had – part one of the first levers that Kirk pulled was when he came in as CEO was really taking price particularly in North America back up to where it should have been sort of the pre-financial crisis. And so we've had a sort of a pricing reset and now we're into a cadence where given sort of our market leading positions and our brands that we have around the world, we're in a cadence where we hope to be able to deliver year-in, year-out low single-digit price offset inflation and really drive that as one of our levers of margin improvement going forward. So I would say that the market from that standpoint, is – it's healthy and we see favorable pricing dynamics across all of our markets, even in Australia, where Mark was just talking about where the housing market has been a bit shaky. We are still pulling positive price there, which is I think representative of strong brands and strong leadership positions.

---

### Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

Great. And then, we think of – I guess the other side of the equation on the labor side and some of the input costs. What are you seeing just kind of broadly in terms of wood, woodchips, resins, glass, [ph] those types, (14:13), and labor, transportation – [ph] those types of things (14:15).

---

### Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

 A

Yeah. So I would say that we are seeing a little bit more pressure on some of those inputs. In several cases, we have set our structure up to avoid some of that pressure. So, for example, I'm – I think there's been some increases in the cost of wood in North America, but we're backward-integrated all the way to logs. We have our own sawmill and we really haven't had to feel that pressure on us. In Europe, where we are not backward-

---

Copyright © 2001-2017 FactSet CallStreet, LLC

## JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference


Corrected Transcript
08-Nov-2017

integrated in wood, we actually have felt a little bit of pressure on the wood supply. In glass, we are sort of a hybrid where we make some of our own IGUs and IGU is that two-pane integrated glass unit that goes into the window and there's one very large supplier in North America that supplies most of the pre-manufactured IGUs, and we do source some from them but we also manufacture our own from glass that we can source from anywhere in the world, so we can source low-cost glass out of Asia or Eastern Europe and make our own IGUs. And we can, over time, we can shift that percentage of self-made versus acquired again that allows us to offset any inflationary pressure on glass. Our sourcing program has done a great job on vinyl, so all of our vinyl windows, we buy and extruded vinyl parts that we then cut and weld and manufacture into a window. Because of the sourcing moves that we've made over the past 24 months, we have again not felt the pressure of vinyl increases or resin increases. We had – we did feel the steel price, the steel cost increase earlier this year as there were some changes in tariff policies and had drove the price of steel up. In a case like that where we really can't backward integrate into steel, we were nimble. We went on with a price increase on steel doors very quickly and have more than offset that cost increase. So while we do think there will be some areas where there could be a little bit of pressure, we've done a good job I think avoiding some of it, and where we can't, we were quick to act on price.

### Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

And then maybe a lot of internal focus on cost, I think [indiscernible] (16:45), but then as you kind of think to 2018 and maybe beyond, I mean you talked yesterday about picking up some business with a customer and kind of the first time we've heard about product merchandising and product assortment and those types of things. And so, could you talk about just some of that progress because, over the time, that's going to help mix, that's going to help margins and kind of where you are in that kind of product journey?

### Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

A

Sure. So while we've been pulling price and getting cost out, we have been investing in the brand, in marketing, in R&D and our innovation investment is starting to pay off. As we went into this line review that you just talked about, we really did not want to lead with price. We've worked so hard to try to put price out of the equation. We've walked away from business because of price. And so we led with our new innovative products, we led with some new merchandising ideas. We had done some consumer behavior studies, literally watching people come into a big box and stare at the door assortment, get confused and leave and then we'd stop them and say why did you abandon your purchase intent? What was going on? What were you thinking? And we did this in both control and uncontrolled environment, so we learned a ton and using all of those learnings, we put together a program for this customer who've said if you organize the aisle this way, if you make the buying decision this simple and this intuitive, we think we can take the abandonment rate and drop it.

And that's exciting. If they can get more of their customers to actually leave the store with the door, with how purchased the door, then that's a win for them and that's a win for us. And I think that was an important part of this line review. And we won some business in the Gulf Coast and we won some business in Florida. And I think if as we have several hundred stores that will start resetting in April. And if this research and this new approach does lead to lower abandonment, I think that will just open more doors of opportunity for us, no pun intended.

### Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Q

Yeah. Thank you. So maybe I'll throw it out to the audience if anybody has any questions?

# JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference

 Corrected Transcript
08-Nov-2017

Early afternoon? So maybe shifting over to the M&A part of the strategy. So a question we get fairly asked is what can JELD-WEN acquire? You have a fairly consolidated business in kind of the North American kind of door manufacturing part. Windows seems to be fairly fragmented. You've got a lot of maybe opportunities geographically in Europe and then some consolidation opportunities in Australia. So could you kind of walk through kind of where the incremental value from M&A comes from strategically?

**John R. Linker**
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

 A

Certainly. So the last word you said is sort of where our M&A process starts. We start with the annual strategic planning process and we're looking at gaps in our business, and really what levers do we need to pull to be able to grow the top line and the bottom line faster to get to the targets that we talked about. So we ask each of our business units to give us the solutions that are inorganic and the solutions that are organic. In some cases, these are product gap fill-ins where some years ago the company was not investing in new product innovation R&D; now we are but we're still, to some extent, playing catch-up with some smaller companies that have found some really nice products. We bought a business called LaCantina about two years ago, which makes large folding wall systems. And so that's emerging space within door and window. You don't think of much sort of real new innovation, but you think about how homes are being designed now with the desire to open up the back half of the living room to the outside and get a nice view. So a company like LaCantina designed wall systems that fold or slide open. And so that's a sector on door and windows that honestly didn't exist 10 years ago. And so we're buying our way into some of those product gap niches. We've also got some opportunities to fill in around, consolidate some of the markets where we got some smaller competitors in certain markets which we see great cost synergy opportunity for those.

And so that's the bread and the butter – it's really the product gap fill-ins and this market consolidation. We are looking North America, Europe and Australia having a global platform, having half of our revenue from outside the U.S. gives us a great platform which to bolt-on targets in Europe and Australia, so we can buy pretty well and extract synergies in that way. So just because the North American door market as you're alluding to, Tim, it's fairly consolidated already, that doesn't limit the opportunities set for us. We actually, just last month, bought a business called MMI Door, which – while we make door slabs, there's a whole element of the door market that does value-adds. So from the time that the door leaves our plant to the time it goes into the job site, the door has to get hung in a frame, it needs to have molding or sills, sometimes a kick plate, hinges, locks, mail slot. There's a lot of options and finishes that a consumer or a builder wants and somebody has to provide those services and as there's labor constraints that happened on the job site and contractors are struggling with that, they're looking to suppliers to provide those types of services, and so MMI has done a great job growing in that segment, providing value-added services on to our products. And so we made the decision to start trying to capture some of that value and in doing so, create more value as well. So that's a flavor for how we think about it and we're certainly looking – continuing to look globally. There are some adjacencies out there for us, but I think for, at least in the short-term, the M&A playbook is going to be focused around the core business of doors and windows in existing geographies.

**Timothy Ronald Wojs**
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

 Q

Great. And then just a question here from the iPad. Historically, a lot of the acquisitions you've done are actually accretive to EBITDA, they're accretive to earnings as well. But Domoferm is going to be the one that's maybe a little bit kind of below those expectations. So, I guess, when that acquisition kind of gets approves and closed what's the – what are kind of the steps to get that back? I mean are there any challenges to kind of get that to the kind of line level profitability?

# JELD-WEN Holding, Inc. *(JELD)*

Robert W. Baird Global Industrial Conference

**C** Corrected Transcript

08-Nov-2017

### Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*



I think a good analogy here would be our Trend acquisition, this is our window company we bought in Australia and when we bought it, it's profitability level was probably less than half of [indiscernible] (23:31) and where it should be. And in 12 months, we were able to more than double their EBITDA margins as we applied our buying power, as we drove some revenue synergies, as we used our backward-integrated glass processing facility et cetera. And we see the same kinds of opportunities with Domoferm holding on an even larger scale. Obviously, this is a door company, not a window company but we are in the Central Europe. We are the largest, most well-known door brand and this allows us to marry up our door brand with some capabilities around door frames, around some very specialty-type steel doors that really give us even stronger access into a market where we are already a leader. And there will be opportunities on sourcing. There'll be opportunities, a little bit like the JELD-WEN story where every plant was run autonomously. Domoferm has been running sort of four separate factories and four separate companies. And so there's going to be an integration of the four, as well as an integration of all of that into JELD-WEN. And then, lastly, as we've watched what they've done, we think our pricing discipline practices, our pricing analytics can help them be more effective in price optimization.

### John R. Linker
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

A

I would also add, just – we've been buying some products from Domoferm and some other steel frame manufacturers around Europe, so it'll be a natural uplift on margins as we consolidate that spend to Domoferm as well.

### Timothy Ronald Wojs
*Analyst, Robert W. Baird & Co., Inc. (Broker)*

Great. Well, I think we ran out of time, so please join me in thanking JELD-WEN.

### Mark A. Beck
*President, Chief Executive Officer & Director, JELD-WEN Holding, Inc.*

Thank you.

### John R. Linker
*Senior Vice President-Corporate Development & Investor Relations, JELD-WEN Holding, Inc.*

Thank you, [indiscernible] (25:15)



8

Copyright © 2001-2017 FactSet CallStreet, LLC

# JELD-WEN Holding, Inc. *(JELD)*
Robert W. Baird Global Industrial Conference

 Corrected Transcript
08-Nov-2017

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2017 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.