# EXHIBIT 26

FINAL

# Q4 2017 Earnings Call

## Company Participants

- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President
- Mark A. Beck, President, Chief Executive Officer & Director

## Other Participants

- John Lovallo, Analyst
- Michael Jason Rehaut, Analyst
- Nishu Sood, Analyst
- Samuel H. Eisner, Analyst
- Stephen East, Analyst
- Susan Maklari, Analyst
- Timothy Ronald Wojs, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Greetings and welcome to JELD-WEN Holdings' Fourth Quarter and Full Year 2017 Earnings Call. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation. As a reminder, this conference is being recorded.

I would now like to turn the conference over to your host, Mr. John Linker, Senior Vice President, Corporate Development and Investor Relations for JELD-WEN. Thank you. You may begin.

### John R. Linker {BIO 19797301 <GO>}

Thank you. Good morning, everyone. We issued our earnings press release this morning and posted a slide presentation to the Investor Relations portion of our website, which we'll be referencing during this call. I'm joined today by Mark Beck, our CEO; and Brooks Mallard, our CFO.

Before we begin, I'd like to remind everyone that during this call, we may make certain statements that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are subject to a variety of risks and uncertainties including those set forth in our earnings release and provided in our forms 10-K and 10-Q filed with the SEC. JELD-WEN does not undertake any duty to

Bloomberg Transcript

FINAL

year due to improved operating cash flows and reduced capital expenditures.

Our balance sheet remains strong and our capital structure, liquidity and free cash flow generation continue to provide us with the flexibility to fund our strategic initiatives.

Turning to page 14, I will make a few comments on the impact of the recent U.S. tax reform on JELD-WEN. As you may recall, we generate a significant portion of our taxable income from outside the U.S. So, prior to this tax reform, our effective tax rate was already below the previous U.S. corporate tax rate of 39%.

Additionally, from a cash tax standpoint, we have significant tax loss carry forwards that drive a cash tax rate in the mid-teens. Like many companies, we're still working through the implications of tax reform. However, on a preliminary basis, we do expect the following changes.

Firstly, our effective tax rate should now be in the range of 23% to 27% compared to 28% to 32% prior to tax reform. Next, we do not expect any impact on our ability to utilize our U.S. federal NOLs. Therefore, we expect that our cash tax rate will continue to be in the mid-teens for the next several years. Additionally, we currently do not expect any material impact from the interest deductibility caps or from the changes related to expensing of capital expenditures.

I will now turn the call back over to Mark for closing remarks.

**Mark A. Beck** {BIO 17245358 <GO>}

Thanks, Brooks. I'll wrap up with our annual outlook for 2018 and some comments on the first quarter. We'll start on page 16 with our 2018 market growth assumptions.

On this slide, we show our assumptions for market volume growth rates for our products in the specific countries which we serve in each of these geographic segments. Starting with our North America segment which is predominantly the U.S. and to a smaller extent Canada, we see residential new construction growth of 4% to 6%, and R&R growth of 2% to 4%. We view door and window purchases as big ticket late cycle investments for most consumer. So as a result, we see our R&R demand tracking slightly below general R&R spending.

Moving to our Europe segment, which is mostly comprised of Scandinavia and Central Europe, with smaller contributions from the UK and France, we estimate residential new construction growth of 1% to 3% and R&R growth of 0% to 2%. We also have a significant nonresidential business in Europe which we see growing at 1% to 3%.

Finally, in the Australasia segment, where our primary market is Australia, we see that residential new construction decline continuing in 2018 with a market decline of 6% to 8%. However, the R&R market should continue to remain positive at 1% to 3% percent.

Bloomberg Transcript

Moving to our financial outlook on page 17, we estimate 2018 net revenue growth of 8% to 11%, which includes a core growth assumption of approximately 3%. Combining the market growth assumptions from the prior page with the contribution from continued favorable pricing, we expect mid-single-digit core growth in North America, low-single-digit core growth in Europe and negative core growth in Australasia. We expect a small favorable contribution from FX based on current market rates and therefore the remainder of our revenue growth outlook comes from acquisitions, both the incremental carryover of our three closed deals from 2017, as well as the recently closed Domoferm acquisition.

FINAL

Our outlook for adjusted EBITDA for 2018 is $500 million to $530 million, compared to $437.6 million for 2017. This is an increase of 14% to 21%. Our outlook assumes improvements in operational performance, core growth, as well as the contribution from recent acquisitions.

We expect capital expenditures of $100 million to $120 million for 2018 compared to 2017 of $63 million. The increase is primarily the result of the phasing of certain projects that moved out of 2017 and into 2018.

Finally, we expect to deliver free cash flow in excess of net income. While we don't provide specific quarterly guidance, I will offer the following comments on the cadence of quarterly margin improvement in 2018, as well as a few specific thoughts on the first quarter. First, on the full year, we have previously discussed the cadence of annual margin improvement of 100 to 150 basis points. As we have seen in 2017, the quarters can be lumpy on both the revenue and margin side due to factors such as weather, channel inventory fluctuation, shipping days, and the phasing of our self-help savings projects.

Bloomberg Transcript

In 2018, we expect to see sequential improvement throughout the year as our operational improvements build. As a result, we would expect to perform at or below the low end of the 100 to 150 basis point range in the first half of 2018 and towards the higher end of the range in the second half. There are no major variances in the timing of shipping days in 2018 versus 2017.

On the first quarter specifically, there are some timing issues that will limit core growth, including the final quarter impact of the Florida business rationalization, as well as some potential delays from winter weather. We also continue to focus on regaining share in our North American windows business. On the margin side for the first quarter, a few drivers will limit margin expansion such as startup cost for the new Lowe's volume and priced cost timing issues on raw material inflation.

As we wrap up on page 18, we remain fully committed to our long-term target of 15% to 20% adjusted EBITDA margin. And as we have described, we have multiple levers to drive earnings growth. Finally, I want to leave you with these thoughts. We are well positioned to deliver core growth with positive end market demand, and have a favorable pricing environment. We continue to deliver year-over-year margin improvement.

FINAL

Bloomberg Transcript

Our cash flow conversion is excellent with free cash flow in excess of net income and we continue to create shareholder value through M&A by delivering on synergies from the deals we have closed, as well as maintaining a healthy pipeline of future opportunities. We are well-positioned to continue delivering operational and financial improvement in 2018 and beyond. Last and certainly not least, I want to thank all of JELD-WEN's employees for their hard work. We would not be able to achieve any of these results if it wasn't for their commitment and passion.

Now, prior to opening the line for questions, we would like to address our press release from February 15th on the Steves litigation. Because this litigation remains ongoing, we're limited in the comments we're able to make, and we won't be able to take questions on the topic during Q&A, but I will share a couple of thoughts with you.

First, we continue to believe that the claims asserted in the litigation lack merit. I will note that the Department of Justice reviewed our acquisition of CMA twice and declined to take any action. Furthermore, we believe that we acted in good faith and in compliance with our contractual agreements.

Second, we obviously plan to appeal any judgment that is entered and believe we have strong grounds to reverse any judgment on appeal. Our grounds for appeal relate both to what we believe were erroneous rulings made during the trial and to the failure of the Steves to prove damages of the nature required by their claims.

In particular, we believe that Steves alleged future lost profits, which comprise the bulk of the verdict, are not recoverable because they are inherently speculative and allowing those damages under the circumstances in this case would be unprecedented. We expect the initial appeal process to take at least a year, and based upon the positions we've outlined, we do not believe that the ultimate outcome will have a material impact on our ability to operate in the ordinary course of business.

Finally, regarding accounting matters, at this time, we have not reserved for any judgment related to this matter as we do not believe that a loss is probable and estimable for the reasons that we just described. We will continue to expense legal defense costs as incurred. Unfortunately, I'm not at liberty to share more regarding this matter, and I will now ask the operator to open the line for questions on other things.

# Q&A

## Operator

Thank you. Our first question comes from the line of Tim Wojs with Robert W. Baird. Please proceed with your question.

## Q - Timothy Ronald Wojs {BIO 18707618 <GO>}

Hey, everybody. Good morning.