# EXHIBIT 28

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-05-08

# Q1 2018 Earnings Call

## Company Participants

- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- Kirk Stephen Hachigian, Chairman of the Board and Interim Chief Executive Officer
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President

## Other Participants

- Alex Rygiel, Analyst
- John Lovallo, Analyst
- Matthew Bouley, Analyst
- Michael Jason Rehaut, Analyst
- Nishu Sood, Analyst
- Philip Ng, Analyst
- Samuel H. Eisner, Analyst
- Stephen East, Analyst
- Susan Maklari, Analyst
- Timothy Ronald Wojs, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Greetings, and welcome to JELD-WEN Holdings First Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation As a reminder, this conference is being recorded. I would now like to turn the conference over to your host, John Linker.

### John R. Linker    {BIO 19797301 <GO>}

Thank you. Good morning, everyone. We issued our earnings press release this morning and posted a slide presentation to the Investor Relations portion of our website, which we'll be referencing during this call. I'm joined today by Kirk Hachigian, our Chairman and Acting CEO; and Brooks Mallard, our CFO.

Before we begin, I'd like to remind everyone that during this call, we may make certain statements that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are subject to a variety of risks and uncertainties including those set forth in our earnings release and provided in our Forms 10-K and 10-Q filed with the SEC. JELD-WEN does not undertake any duty to update forward-looking statements including the guidance we're providing with respect

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-05-08

We expect capital expenditures of $100 million to $120 million for 2018 compared to $63 million in 2017. The increase is primarily the result of the phasing of certain projects that moved out of 2017 and into 2018. Finally, we expect to deliver free cash flow in excess of adjusted net income.

Kirk will wrap things up on page 16.

## Kirk Stephen Hachigian    {BIO 1722962 <GO>}

Thank you, Brooks. I will close with a few summary comments. As you analyze our first quarter results and our forecast for the rest of 2018, it should be quite clear that we're focused on getting North American business back on track. We are rebuilding the team in critical roles that were restructured in November of last year. We continue to improve our service and lead times and are focused on maintaining those improvements. There is a big focus on cost-out in all areas of our business. We can be much more efficient in our base cost and variable cost structure.

We are executing on detailed cost-out plans with specific objectives. We are focused on managing the substantial inflation in materials and freight that if materialize (21:14), we've announced price increases in all of our global markets, but we'll be mindful of the balance with respect to core growth and share. And lastly, with the recent three acquisitions as we have with the prior nine acquisitions, we are focused on delivering the acquisition model and integration plans.

Now, prior to me opening up the lines for questions, I want to let you know that due to the ongoing nature of the Steves litigation, we will be unable to take any questions during the Q&A session on this matter. We previously disclosed the unfavorable jury verdict at February 15, 2018. However, no final judgment has yet been entered. The judge is still considering issues related to the trial and potential remedies.

We currently anticipate that it will be mid-summer before a judgment is entered. And once that judgment is entered and occurs, we will begin the appeals process. JELD-WEN's trade secrets against the Steves started on April 30 and is currently ongoing. We intend to disclose the results of that trial when it's complete. We expect this litigation to play out over the next year or two and we remain committed to availing ourselves of all potential remedies.

Now I'll ask the operator to open up the line for questions.

## Q&A

## Operator

Thank you. We will now be conducting a question-and-answer session. Our first question is from Susan Maklari with Credit Suisse. Please proceed.

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-05-08

dynamics are and that's across the board around the world. So, that's the way I would answer the question.

## Q - Philip Ng   {BIO 16900434 <GO>}

Got it. That's really helpful color, Kirk. And then just from a organic growth standpoint, Australia was obviously quite strong. Talking – it sounds like a lot of that's share gain. But can you give us a little more color on what's working? How sustainable is that and how you think about the market for the full year? Thanks.

## A - L. Brooks Mallard   {BIO 19797214 <GO>}

Yes. So, this is Brooks. I'll take that one. So, we've been able to – even as there has been some headwinds on single-family houses, we've been able to maintain and even grow our share a little bit on that side of the business. So, we're not being impacted by that. And I think the bigger piece of it is we're really going after the repair and renovation market. We've got a great network of showrooms there. We've got a great network of dealers that can reach out to the public and we really feel like that we can more than offset the headwinds that we might be seeing on the builder side with gains we can make on the repair and renovation side.

With the acquisitions we've done, we have a great suite of products we can deliver. We can deliver doors, we can deliver windows, we can deliver shower screens, we can deliver wardrobes and that package together just works real nicely in the R&R market.

## Q - Philip Ng   {BIO 16900434 <GO>}

Okay. Great. Thanks. Thanks a lot.

## Operator

Our next question is from John Lovallo with Bank of America Merrill Lynch. Please proceed.

## Q - John Lovallo   {BIO 16511598 <GO>}

Hey, guys. Thanks for taking my questions. The first one, Brooks, you mentioned that 100 basis points to 150 basis points target is still kind of intact and you're still looking for margin expansion and you're still looking for that 15% over time, but is it fair to assume that that target has been pushed out? And if so, by how much?

## A - Kirk Stephen Hachigian   {BIO 1722962 <GO>}

So, John, let me take the first swing at this and I'm going to give it to Brooks. So, when I came in 2014, this business was at about 4% EBITDA margin, right. And if I told you then we could get, rough math, 12% not many would have believed us. I think the path from 4% to 12% has been primarily getting rid of bad margin business, taking pricing actions to get us back to price points that were pre-recession that was a huge fixation with volume. And post-crisis, we were not able to get pricing back to where it had become – where it had

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-05-08

come from. So, many product areas were still not back 10 years later to market pricing pre-crisis, right.

If you look at the levers that the company still has in front of it, it's massive on the productivity side. We still haven't hit the vein on that or the sweet spot on that. The way we came up with the 15% wasn't just a random throw of the darts, right. We looked at 25 companies and the Building Products and we looked at their position and where they had been pre-crisis and post-crisis on pricing and that's the way we came up with it.

I think that the chunkiness of where that's going to come from and how we get there is the piece that's on the table this year, right, with a little extra inflation and freight and some choppiness with some issues. It's not a 100 bps or 110 bps, it's 80 bps in the plan as we have it. And I'd say look, the other piece of it is honestly taking probably a little bit more conservative view, given the transition of leadership in the company as well, right. So, that's the way I would frame it up and we're still focused on EBITDA growth. We're still focused on cash growth. And again, I think the big lever still is working the cost side of this business.

## Q - John Lovallo    {BIO 16511598 <GO>}

Okay. That's helpful. Thank you. And then in terms of the leadership changes, Kirk, I think you mentioned that there were 10 positions that were turned over in North America. That seems like a pretty deep restructuring. So, I'm just curious with these all senior level folks, mid-level folks, what was kind of the impetus behind that big of a change?

## A - Kirk Stephen Hachigian    {BIO 1722962 <GO>}

So, I think as you know, the business went through a restructuring in November and took out some of the North American leadership team. I think then what happened is they couldn't quite figure out what structure or what positions needed to be filled and how they wanted to run the business.

And so, given that I had run the business historically and I had known most of the management team and we're comfortable in the industry and customers and such, the team has responded very well. We've restructured that we are not going to fill the North American president role, so, the North American Door, North American window, common sales organization. There was an open finance position in North America we filled. There were two big operations jobs that we have filled; the VP of sales, as I mentioned and then two Regional Vice President positions.

And so, I would say they're critical positions, right. You can't run a $2.5 billion business with that many open critical jobs. And so, the team responded very, very well, we have mostly hired people that we have worked with in our previous lives. And so, I would say it all feels pretty good as we go into the second quarter. And if you look at the fundamentals of April, it would suggest that things are back on an even keel and executing very well.

## Q - John Lovallo    {BIO 16511598 <GO>}