# EXHIBIT 30

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————————————

# FORM 10-Q

———————————————————

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-38000**

———————————————————

# JELD-WEN Holding, Inc.
**(Exact name of registrant as specified in its charter)**

———————————————————

| | |
|---|---|
| **Delaware** | **93-1273278** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**2645 Silver Crescent Drive**
**Charlotte, North Carolina 28273**
**(Address of principal executive offices, zip code)**

**(704) 378-5700**
**(Registrant's telephone number, including area code)**

———————————————————

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The registrant had 104,929,212 shares of Common Stock, par value $0.01 per share, issued and outstanding as of August 3, 2018.

13109250.2

**JELD-WEN HOLDING, Inc.**
**- Table of Contents -**

| | | Page No. |
|---|---|---|
| **Part I - Financial Information** | | |
| Item 1. | Unaudited Financial Statements | |
| | Consolidated Statements of Operations | 6 |
| | Consolidated Statements of Comprehensive Income (Loss) | 7 |
| | Consolidated Balance Sheets | 8 |
| | Consolidated Statements of Equity | 9 |
| | Consolidated Statements of Cash Flows | 11 |
| | Notes to Consolidated Financial Statements | 12 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 38 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 49 |
| Item 4. | Controls and Procedures | 49 |
| **Part II - Other Information** | | |
| Item 1. | Legal Proceedings | 50 |
| Item 1A. | Risk Factors | 50 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 51 |
| Item 5. | Other Information | 51 |
| Item 6. | Exhibits | 51 |
| | Signature | 52 |

2

Back to top

**Fair Value of Financial Instruments**

As part of our normal business activities we invest in financial assets and incur financial liabilities. Our recorded financial instruments consist primarily of cash and cash equivalents, restricted cash, accounts receivable, accounts payable, notes receivable, notes payable and fair value of derivative instruments. The fair values of these financial instruments approximate their recorded values as of June 30, 2018 and December 31, 2017 due to their short-term nature, variable interest rates and mark-to-market accounting for derivative contracts. The fair values of long-term receivables were evaluated using a discounted cash flow analysis and long-term debt is valued using market price quotes. The fair value of long-term receivables approximated carrying values at both June 30, 2018 and December 31, 2017. The fair value of our debt is estimated using quoted market prices when available. When quoted market prices are not available, fair value is estimated based on current market interest rates for debt with similar maturities and credit quality. Long-term debt indicated a fair value of $46.5 million lower and $8.7 million higher than the gross recorded value as of June 30, 2018 and December 31, 2017, respectively.

**Note 23. Commitments and Contingencies**

**Litigation** - We are involved in various legal proceedings, claims, and government audits arising in the ordinary course of business. We record our best estimate of a loss, including estimated defense costs, when the loss is considered probable and the amount of such loss can be reasonably estimated. Legal judgments and estimated settlements have been included in accrued expenses in the accompanying unaudited consolidated balance sheets. When a loss is probable and there is a range of estimated loss with no best estimate within the range, we record the minimum estimated liability related to the lawsuit or claim. As additional information becomes available, we assess the potential liability related to pending litigation and claims and revise our accruals if necessary. Because of uncertainties related to the resolution of lawsuits and claims, the ultimate outcome may differ materially from our estimates.

In the opinion of management and based on the liability accruals provided, other than as described below, as of June 30, 2018, there are no current proceedings or litigation matters involving the Company or its property that we believe would have a material adverse effect on our unaudited consolidated financial position or cash flows, although they could have a material adverse effect on our operating results for a particular reporting period.

*Steves and Sons, Inc. vs JELD-WEN* - We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the agreement, Steves and Sons, Inc. ("Steves") filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division ("Eastern District of Virginia"). The complaint alleges that our acquisition of CMI, together with subsequent price increases and other alleged acts and omissions, violated antitrust laws and constituted a breach of contract and breach of warranty. The complaint seeks declaratory relief, ordinary and treble damages, and injunctive relief, including divestiture of certain assets acquired in the CMI acquisition.

On February 15, 2018, a jury in the Eastern District of Virginia returned a verdict that was unfavorable to JWI with respect to Steves' claims that our acquisition of CMI violated Section 7 of the Clayton Act and that JWI breached the supply agreement between the parties. The verdict awards Steves $12.2 million for past damages under both the Clayton Act and breach of contract claims and $46.5 million in future lost profits under the Clayton Act claim. We expect that Steves will be required to elect to recover its past damages either under the Clayton Act claims or the contract claims, but not both. If a judgment is entered under the Clayton Act, any damages awarded will be trebled. In addition, if a judgment is entered under either theory in accordance with the verdict, Steves will be entitled to an award of attorney's fees, which amounts have not yet been quantified. We have asserted a position that, because future lost profits were awarded, Steves is not permitted to pursue its claim for divestiture of certain assets acquired in the CMI acquisition. An evidentiary hearing on equitable remedies, including divestiture, was held in April 2018. The parties have prepared post-hearing briefs on the matter, and the U.S. District Court heard oral arguments on August 2, 2018.

We intend to vigorously oppose entry of an adverse judgment, and to appeal any adverse judgment that may be entered. We continue to believe that Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We believe that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. Accordingly, we do not believe that a loss in this matter is probable and estimable, and, therefore, we have not accrued a reserve for this loss contingency. However, if a judgment is entered in accordance with the verdict and is ultimately upheld after exhaustion of our appellate remedies, it could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded. Because the operations acquired from CMI have been fully integrated into

34

Back to top

the Company's other operations, divestiture of those operations would be difficult if not impossible and, therefore, it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows.

During the course of the proceedings in the Eastern District of Virginia, we discovered certain facts that led us to conclude that Steves, its principals and certain former employees of the Company had misappropriated Company trade secrets, violated the terms of various agreements between the Company and those parties and violated other laws. On May 11, 2018, a jury in the Eastern District of Virginia returned a verdict on our trade secrets claims against Steves and awarded damages in the amount of $1.2 million. Our other claims remain pending in Bexar County, Texas.

**Self-Insured Risk** - We self-insure substantially all of our domestic business liability risks including general liability, product liability, warranty, personal injury, auto liability, workers' compensation and employee medical benefits. Excess insurance policies from independent insurance companies generally cover exposures between $3.0 million and $250.0 million for domestic product liability risk and exposures between $0.5 million and $250.0 million for auto, general liability, personal injury and workers' compensation. We have no stop-gap coverage on claims covered by our self-insured domestic employee medical plan and are responsible for all claims thereunder. We estimate our provision for self-insured losses based upon an evaluation of current claim exposure and historical loss experience. Actual self-insurance losses may vary significantly from these estimates. At June 30, 2018 and December 31, 2017, our accrued liability for self-insured risks was $73.3 million.

**Indemnifications** - At June 30, 2018, we had commitments related to certain representations made in contracts for the purchase or sale of businesses or property. These representations primarily relate to past actions such as responsibility for transfer taxes if they should be claimed, and the adequacy of recorded liabilities, warranty matters, employment benefit plans, income tax matters or environmental exposures. These guarantees or indemnification responsibilities typically expire within one to three years. We are not aware of any material amounts claimed or expected to be claimed under these indemnities. From time to time and in limited geographic areas, we have entered into agreements for the sale of our products to certain customers that provide additional indemnifications for liabilities arising from construction or product defects. We cannot estimate the potential magnitude of such exposures, but to the extent specific liabilities have been identified related to product sales, liabilities have been provided in the warranty accrual in the accompanying unaudited consolidated balance sheets.

**Performance Bonds and Letters of Credit** - At times, we are required to provide letters of credit, surety bonds or guarantees to customers, vendors and others. Stand-by letters of credit are provided to certain customers and counterparties in the ordinary course of business as credit support for contractual performance guarantees, advanced payments received from customers and future funding commitments. The outstanding performance bonds and stand-by letters of credit were as follows:

| (amounts in thousands) | June 30, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Self-insurance workers' compensation | $ | 21,072 | $ | 21,072 |
| Environmental | | 14,552 | | 14,452 |
| Liability and other insurance | | 12,451 | | 12,900 |
| Other | | 10,715 | | 6,650 |
| Total outstanding performance bonds and stand-by letters of credit | $ | 58,790 | $ | 55,074 |

**Environmental Contingencies** - We periodically incur environmental liabilities associated with remediating our current and former manufacturing sites as well as penalties for not complying with environmental rules and regulations. We record a liability for remediation costs when it is probable that we will be responsible for such costs and the costs can be reasonably estimated. These environmental liabilities are estimated based on current available facts and current laws and regulations. Accordingly, it is likely that adjustments to the estimated liabilities will be necessary as additional information becomes available. Short-term environmental liabilities and settlements are recorded in accrued expenses in the accompanying unaudited consolidated balance sheets and totaled $0.5 million at both June 30, 2018 and December 31, 2017. Long-term environmental liabilities are recorded in deferred credits and other liabilities in the accompanying unaudited consolidated balance sheets. No long-term environmental liabilities were recorded at June 30, 2018 and $0.1 million were recorded at December 31, 2017.

35

Back to top

acquisition complements our North America door business and allows us to improve service offerings and lead times to our channel partners.

In August 2017, we acquired the Kolder Group, headquartered in Smithfield, Australia. Kolder is a leading Australian provider of shower enclosures, closet systems, and related building products, with leading positions in both the commercial and residential markets. Kolder is part of our Australasia segment. The acquisition significantly enhances our existing Australian capabilities in glass shower enclosures and built-in closet systems, and supports our strategy to build leadership positions in attractive markets.

In June 2017, we acquired Mattiovi, headquartered in Finland. Mattiovi is a leading manufacturer of interior doors and door frames in Finland and is part of our Europe segment. The acquisition enhances our market position in the Nordic region, increases our product offering, and also provides us with additional door frame capacity to support growth in the region.

For additional information on acquisition activity, see Note 2 - *Acquisitions*.

**Results of Operations**

The tables in this section summarize key components of our results of operations for the periods indicated, both in U.S. dollars and as a percentage of our net revenues. Certain percentages presented in this section have been rounded to the nearest whole number. Accordingly, totals may not equal the sum of the line items in the tables below. We reclassified certain immaterial amounts in our statement of operations for the three and six months ended July 1, 2017. See Note 1 - *Description of Company and Summary of Significant Accounting Policies* in our unaudited consolidated financial statements included elsewhere in this 10-Q.

**Comparison of the Three Months Ended June 30, 2018 to the Three Months Ended July 1, 2017**

| | | Three Months Ended | | | | |
|---|---|---|---|---|---|---|
| | | June 30, 2018 | | | July 1, 2017 | |
| (amounts in thousands) | | | % of Net Revenues | | | % of Net Revenues |
| Net revenues | $ | 1,172,497 | 100.0% | $ | 948,788 | 100.0% |
| Cost of sales | | 923,690 | 78.8% | | 717,493 | 75.6% |
| Gross margin | | 248,807 | 21.2% | | 231,295 | 24.4% |
| Selling, general and administrative | | 175,196 | 14.9% | | 143,918 | 15.2% |
| Impairment and restructuring charges | | 2,513 | 0.2% | | 554 | 0.1% |
| Operating income | | 71,098 | 6.1% | | 86,823 | 9.2% |
| Interest expense, net | | 17,830 | 1.5% | | 17,547 | 1.8% |
| Other (income) expense | | (5,373) | (0.5)% | | 5,868 | 0.6% |
| Income before taxes, equity earnings and discontinued operations | | 58,641 | 5.0% | | 63,408 | 6.7% |
| Income tax expense | | 23,189 | 2.0% | | 17,703 | 1.9% |
| Income from continuing operations, net of tax | | 35,452 | 3.0% | | 45,705 | 4.8% |
| Equity earnings of non-consolidated entities | | - | -% | | 1,073 | 0.1% |
| Net income | $ | 35,452 | 3.0% | $ | 46,778 | 4.9% |

*Consolidated Results*

*Net Revenues* - Net revenues increased $223.7 million, or 23.6%, to $1,172.5 million in the three months ended June 30, 2018 from $948.8 million in the three months ended July 1, 2017. The increase related primarily to recent acquisitions (19%), an increase in core net revenues (3%), and a favorable foreign exchange impact (2%). Core net revenues for the quarter increased in all three reporting segments.

*Gross Margin* - Gross margin increased $17.5 million, or 7.6%, to $248.8 million in the three months ended June 30, 2018 from $231.3 million in the three months ended July 1, 2017. Gross margin as a percentage of net revenues was 21.2% in the three months ended June 30, 2018 and 24.4% in the three months ended July 1, 2017. The increase in gross margin was due to

41

Back to top

favorable pricing and the contribution from our recent acquisitions, partially offset by material and freight inflation. The decrease in gross margin percentage was due to the dilutive impact from recent acquisitions, material and freight inflation and operational investments to support core growth, partially offset by pricing.

*SG&A Expense* - SG&A expense increased $31.3 million, or 21.7%, to $175.2 million for the three months ended June 30, 2018 from $143.9 million in the three months ended July 1, 2017. SG&A expense as a percentage of net revenues decreased to 14.9% for the three months ended June 30, 2018 from 15.2% for the three months ended July 1, 2017. The increase in SG&A expense was primarily due to SG&A associated with our recent acquisitions, professional fees and unfavorable foreign exchange impact, and costs associated with our recent acquisitions.

*Impairment and Restructuring Charges* - Impairment and restructuring charges increased $2.0 million, or 353.6%, to $2.5 million in the three months ended June 30, 2018 from $0.6 million in the three months ended July 1, 2017. The 2018 charges considted primarily of plant consolidations in our Australia segment. The 2017 charges reflect primarily ongoing restructuring costs in our Europe segment.

*Interest Expense, Net* - Interest expense, net increased $0.3 million, or 1.6%, to $17.8 million in the three months ended June 30, 2018 from $17.5 million in the three months ended July 1, 2017. The increase was primarily due to a higher debt level associated with our increased working capital in 2018 compared to the same period in 2017.

*Other (Income) Expense* - Other (income) expense increased $11.2 million, to $5.4 million in income in the three months ended June 30, 2018 from $5.9 million in expense in the three months ended July 1, 2017. Income in the three months ended June 30, 2018 consisted primarily of foreign currency hedging income of $7.6 million, partially offset by pension expense of $3.1 million. Expense in the three months ended July 1, 2017 primarily consisted of foreign currency losses of $3.1 million and pension expense of $2.8 million.

*Income Taxes* - Income tax expense in the three months ended June 30, 2018 was $23.2 million, compared to $17.7 million in the three months ended July 1, 2017. The effective tax rate in the three months ended June 30, 2018 was 39.5% compared to 27.9% in the three months ended July 1, 2017. The effective tax rate for the three months ended June 30, 2018 includes the impact of the new tax on GILTI. We continue evaluating the accounting policy election for GILTI of either (1) treating taxes due for GILTI as a current-period expense when incurred or (2) factoring such amounts into our measurement of deferred taxes. The selection of an accounting policy will depend upon a detailed analysis of the additional guidance on the operation of the GILTI provisions provided by the U.S. Treasury and our global income and other tax attributes to determine the potential impact, if any, of these provisions. Any subsequent adjustments to this provisional estimate will be reflected on a current basis when determined.

**Comparison of the Six Months Ended June 30, 2018 to the Six Months Ended July 1, 2017**

| | | Six Months Ended | | | |
|---|---|---|---|---|---|
| | | June 30, 2018 | | July 1, 2017 | |
| (amounts in thousands) | | | % of Net Revenues | | % of Net Revenues |
| Net revenues | $ | 2,118,676 | 100.0% | $ 1,796,641 | 100.0% |
| Cost of sales | | 1,664,016 | 78.5% | 1,383,659 | 77.0% |
| Gross margin | | 454,660 | 21.5% | 412,982 | 23.0% |
| Selling, general and administrative | | 339,910 | 16.0% | 283,582 | 15.8% |
| Impairment and restructuring charges | | 5,487 | 0.3% | 1,756 | 0.1% |
| Operating income | | 109,263 | 5.2% | 127,644 | 7.1% |
| Interest expense, net | | 33,491 | 1.6% | 44,439 | 2.5% |
| Other (income) expense | | (18,377) | (0.9)% | 11,598 | 0.6% |
| Income before taxes, equity earnings and discontinued operations | | 94,149 | 4.4% | 71,607 | 4.0% |
| Income tax expense | | 19,164 | 0.9% | 19,955 | 1.1% |
| Income from continuing operations, net of tax | | 74,985 | 3.5% | 51,652 | 2.9% |
| Equity earnings of non-consolidated entities | | 738 | -% | 1,554 | 0.1% |
| Net income | $ | 75,723 | 3.6% | $ 53,206 | 3.0% |

42

Back to top

***Consolidated Results***

    *Net Revenues* - Net revenues increased $322.0 million, or 17.9%, to $2,118.7 million in the six months ended June 30, 2018 from $1,796.6 million in the six months ended July 1, 2017. The increase related primarily to recent acquisitions (13%), a favorable foreign exchange impact (3%), and an increase in core revenues (1%).

    *Gross Margin* - Gross margin increased $41.7 million, or 10.1%, to $454.7 million in the six months ended June 30, 2018 from $413.0 million in the six months ended July 1, 2017. Gross margin as a percentage of net revenues was 21.5% in the six months ended June 30, 2018 and 23.0% in the six months ended July 1, 2017. The increase in gross margin was due to favorable pricing, and the contribution from our recent acquisitions, partially offset by price inflation. The decrease in gross margin as a percentage of sales was due primarily to the dilutive impact of our acquisitions, material and freight inflation, and operational investments to support core growth, partially offset by price.

    *SG&A Expense* - SG&A expense increased $56.3 million, or 19.9%, to $339.9 million in the six months ended June 30, 2018 from $283.6 million in the six months ended July 1, 2017. SG&A expense as a percentage of net revenues was 16.0% for the six months ended June 30, 2018 and 15.8% for the six months ended July 1, 2017. The increase in SG&A expense was primarily due to SG&A associated with our recent acquisitions, increased professional fees, and increased wages and benefits costs.

    *Impairment and Restructuring Charges* - Impairment and restructuring charges increased $3.7 million, or 212.5%, to $5.5 million in the six months ended June 30, 2018 from $1.8 million in the six months ended July 1, 2017. The 2018 charges consisted primarily of plant consolidations in our North America and Australasia segments. The 2017 charges consisted primarily of ongoing restructuring costs in our Europe segment.

    *Interest Expense, Net* - Interest expense, net, decreased $10.9 million, or 24.6%, to $33.5 million in the six months ended June 30, 2018 from $44.4 million in the six months ended July 1, 2017. The decrease was primarily due to additional interest expense incurred in the prior year resulting from the write-off of a portion of the unamortized debt issuance costs and original issue discount totaling approximately $6.1 million in connection with the repayment of $375.0 million of outstanding term loans with proceeds from our IPO and higher pre-IPO debt levels.

    *Other (Income) Expense* - Other (income) expense increased $30.0 million, to income of $18.4 million in the six months ended June 30, 2018 from expense of $11.6 million in the six months ended July 1, 2017. The income in the six months ended June 30, 2018 was primarily due to a fair value adjustment of $20.8 million associated with our acquisition of the remaining shares outstanding of an equity investment and foreign currency income of $2.6 million, partially offset by pension expense of $6.2 million. Expense in the six months ended July 1, 2017 primarily consisted of foreign currency losses of $8.7 million and pension expense of $5.6 million partially offset by a beneficial contract settlement of $2.2 million.

    *Income Taxes* - Income tax expense in the six months ended June 30, 2018 was $19.2 million, compared to $20.0 million in the six months ended July 1, 2017. The effective tax rate in the six months ended June 30, 2018 was 20.4% compared to an effective tax rate of 27.9% in the six months ended July 1, 2017. The current year tax expense of $19.2 million was due primarily to write-off of the outside basis difference of our equity method investment upon acquisition of the remaining shares. The effective tax rate for the six months ended June 30, 2018 includes the impact of the new GILTI tax. As discussed above, we are evaluating the accounting policy election relating to GILTI; any future adjustments to our provisional estimates will be reflected on a current basis when determined.

Back to top

*Segment Results*

We report our segment information in the same way management internally organizes the business in assessing performance and making decisions regarding allocation of resources in accordance with ASC 280-10- *Segment Reporting*. We have determined that we have three reportable segments, organized and managed principally by geographic region. Our reportable segments are North America, Europe and Australasia. We report all other business activities in Corporate and unallocated costs. We define Adjusted EBITDA as net income (loss), adjusted for the following items: loss from discontinued operations, net of tax; equity earnings (loss) of non-consolidated entities; income tax; depreciation and amortization; interest expense, net; impairment and restructuring charges; gain on previously held shares of equity investment; (gain) loss on sale of property and equipment; share-based compensation expense; non-cash foreign exchange transaction/translation (income) loss; other non-cash items; other items; and costs related to debt restructuring, and debt refinancing. For additional information on segment Adjusted EBITDA, see Note 13 - *Segment Information* to our financial statements included in this 10-Q.

We reclassified certain immaterial amounts for the three and six months ended July 1, 2017 impacting "Net revenues from external customers - North America" line below to conform to our current year's presentation. See Note 1 - *Description of Company and Summary of Significant Accounting Policies* in our unaudited consolidated financial statements included elsewhere in this 10-Q.

**Comparison of the Three Months Ended June 30, 2018 to the Three Months Ended July 1, 2017**

| | | Three Months Ended | | | |
| --- | --- | --- | --- | --- | --- |
| (amounts in thousands) | | June 30, 2018 | | July 1, 2017 | |
| **Net revenues from external customers** | | | | | % Variance |
| North America | $ | 673,221 | $ | 551,737 | 22.0% |
| Europe | | 318,696 | | 258,889 | 23.1% |
| Australasia | | 180,580 | | 138,162 | 30.7% |
| Total Consolidated | $ | 1,172,497 | $ | 948,788 | 23.6% |
| **Percentage of total consolidated net revenues** | | | | | |
| North America | | 57.4% | | 58.1% | |
| Europe | | 27.2% | | 27.3% | |
| Australasia | | 15.4% | | 14.6% | |
| Total Consolidated | | 100.0% | | 100.0% | |
| **Adjusted EBITDA[1]** | | | | | |
| North America | $ | 79,642 | $ | 79,830 | (0.2)% |
| Europe | | 37,933 | | 37,065 | 2.3% |
| Australasia | | 24,195 | | 17,335 | 39.6% |
| Corporate and Unallocated costs | | (6,809) | | (8,903) | (23.5)% |
| Total Consolidated | $ | 134,961 | $ | 125,327 | 7.7% |
| **Adjusted EBITDA as a percentage of segment net revenues** | | | | | |
| North America | | 11.8% | | 14.5% | |
| Europe | | 11.9% | | 14.3% | |
| Australasia | | 13.4% | | 12.5% | |
| Total Consolidated | | 11.5% | | 13.2% | |

(1)      Adjusted EBITDA is a financial measure that is not calculated in accordance with GAAP. For a discussion of our presentation of Adjusted EBITDA, see Note 13 - *Segment Information*.

44

Back to top

*North America*

Net revenues in North America increased $121.5 million, or 22.0%, to $673.2 million in the three months ended June 30, 2018 from $551.7 million in the three months ended July 1, 2017. The increase related primarily to a 19% increase from the acquisitions of MMI Door and ABS and core growth of 3%.

Adjusted EBITDA in North America decreased $0.2 million, or 0.2%, to $79.6 million in the three months ended June 30, 2018 from $79.8 million in the three months ended July 1, 2017. The decrease resulted primarily from materials and freight inflation as well as operational investments to support core growth.

*Europe*

Net revenues in Europe increased $59.8 million, or 23.1%, to $318.7 million in the three months ended June 30, 2018 from $258.9 million in the three months ended July 1, 2017. The increase was driven primarily by the acquisitions of Domoferm and Mattiovi (15%), the impact of favorable foreign exchange (6%), and an increase in core net revenues of 2% due to pricing.

Adjusted EBITDA in Europe increased $0.9 million, or 2.3%, to $37.9 million in the three months ended June 30, 2018 from $37.1 million in the three months ended July 1, 2017. The increase was primarily due to recent acquisitions, partially offset by material inflation and unfavorable product mix.

*Australasia*

Net revenues in Australasia increased $42.4 million, or 30.7%, to $180.6 million in the three months ended June 30, 2018 from $138.2 million in the three months ended July 1, 2017. The increase stemmed primarily from acquisitions of Kolder and A&L (27%), core net revenues growth (3%), and a favorable foreign exchange impact (1%).

Adjusted EBITDA in Australasia increased $6.9 million, or 39.6%, to $24.2 million in the three months ended June 30, 2018 from $17.3 million in the three months ended July 1, 2017. The increase was primarily due to the acquisitions of Kolder and A&L and profitable core growth.

45

Back to top

**Comparison of the Six Months Ended June 30, 2018 to the Six Months Ended July 1, 2017**

| | | Six Months Ended | | | |
| --- | --- | --- | --- | --- | --- |
| (amounts in thousands) | | June 30, 2018 | | July 1, 2017 | % Variance |
| **Net revenues from external customers** | | | | | |
| North America | $ | 1,171,162 | $ | 1,035,900 | 13.1% |
| Europe | | 620,383 | | 501,211 | 23.8% |
| Australasia | | 327,131 | | 259,530 | 26.0% |
| Total Consolidated | $ | 2,118,676 | $ | 1,796,641 | 17.9% |
| **Percentage of total consolidated net revenues** | | | | | |
| North America | | 55.3% | | 57.7% | |
| Europe | | 29.3% | | 27.9% | |
| Australasia | | 15.4% | | 14.4% | |
| Total Consolidated | | 100.0% | | 100.0% | |
| **Adjusted EBITDA**[1] | | | | | |
| North America | $ | 126,677 | $ | 130,008 | (2.6)% |
| Europe | | 71,740 | | 64,270 | 11.6% |
| Australasia | | 40,937 | | 30,584 | 33.9% |
| Corporate and Unallocated costs | | (16,561) | | (18,573) | (10.8)% |
| Total Consolidated | $ | 222,793 | $ | 206,289 | 8.0% |
| **Adjusted EBITDA as a percentage of segment net revenues** | | | | | |
| North America | | 10.8% | | 12.6% | |
| Europe | | 11.6% | | 12.8% | |
| Australasia | | 12.5% | | 11.8% | |
| Total Consolidated | | 10.5% | | 11.5% | |

(1)    Adjusted EBITDA is a financial measure that is not calculated in accordance with GAAP. For a discussion of our presentation of Adjusted EBITDA, see Note 13 - *Segment Information.*

*North America*

Net revenues in North America increased $135.3 million, or 13.1%, to $1,171.2 million in the six months ended June 30, 2018 from $1,035.9 million in the six months ended July 1, 2017. The increase was primarily due to a 12% increase from the acquisitions of MMI Door and ABS, core revenue growth of 1% comprised of favorable pricing of 2% offset by a decrease in volume/mix of 1%. The decrease in volume/mix was primarily driven by activity in our retail channel, including the impact of the previously announced business line rationalization in Florida and reduced volume in our windows business.

Adjusted EBITDA in North America decreased $3.3 million, or 2.6%, to $126.7 million in the six months ended June 30, 2018 from $130.0 million in the six months ended July 1, 2017. The decrease was primarily due to a lag in pricing to offset inflation in material and freight, lower core volumes, and the impact of the MMI Door and ABS acquisitions.

*Europe*

Net revenues in Europe increased $119.2 million, or 23.8%, to $620.4 million in the six months ended June 30, 2018 from $501.2 million in the six months ended July 1, 2017. The increase was driven primarily by the acquisitions of Mattiovi and Domoferm (12%), core revenue growth (2%), and a favorable foreign exchange impact (10%).

Adjusted EBITDA in Europe increased $7.5 million, or 11.6%, to $71.7 million in the six months ended June 30, 2018 from $64.3 million in the six months ended July 1, 2017. The increase was primarily due to favorable pricing, and our recent acquisitions of Mattiovi and Domoferm, partially offset by inflation and unfavorable product mix.

*Australasia*

Net revenues in Australasia increased $67.6 million, or 26.0%, to $327.1 million in the six months ended June 30, 2018 from $259.5 million in the six months ended July 1, 2017. The increase stemmed from the acquisitions of Kolder and A&L (20%), core revenue growth of 4% consisting of an increase in volume/mix of 3% and favorable pricing of 1%, and an increase of 2% due to favorable foreign exchange rates.

Back to top

## PART II - OTHER INFORMATION

### Item 1 - Legal Proceedings

We are involved in various legal proceedings, claims, and government audits arising in the ordinary course of business. We record our best estimate of a loss, including estimated defense costs, when the loss is considered probable and the amount of such loss can be reasonably estimated. When a loss is probable and there is a range of estimated loss with no best estimate within the range, we record the minimum estimated liability related to the lawsuit or claim. As additional information becomes available, we assess the potential liability related to pending litigation and claims and revise our accruals if necessary. Because of uncertainties related to the resolution of lawsuits and claims, the ultimate outcome may differ materially from our estimates. In the opinion of management and based on the liability accruals provided, our ultimate exposure with respect to these lawsuits and claims is not expected to have a material adverse effect on our unaudited consolidated financial position or cash flows, although they could have a material adverse effect on our operating results for a particular reporting period.

*Steves & Sons Litigation*

We sell molded door skins to certain customers pursuant to long-term contracts, and these customers in turn use the molded door skins to manufacture interior doors and compete directly against us in the marketplace. We have given notice of termination of one of these contracts and, on June 29, 2016, the counterparty to the agreement, Steves and Sons, Inc. ("Steves") filed a claim against JWI in the U.S. District Court for the Eastern District of Virginia, Richmond Division ("Eastern District of Virginia"). The complaint alleges that our acquisition of CMI, together with subsequent price increases and other alleged acts and omissions, violated antitrust laws and constituted a breach of contract, and breach of warranty. The complaint seeks declaratory relief, ordinary and treble damages, and injunctive relief, including divestiture of certain assets acquired in the CMI acquisition.

On February 15, 2018, a jury in the Eastern District of Virginia returned a verdict that was unfavorable to JWI with respect to Steves' claims that our acquisition of CMI violated Section 7 of the Clayton Act and that JWI breached the supply agreement between the parties. The verdict awards Steves $12.2 million for past damages under both the Clayton Act and breach of contract claims and $46.5 million in future lost profits under the Clayton Act claim. We expect that Steves will be required to elect to recover its past damages either under the Clayton Act claims or the contract claims, but not both. If a judgment is entered under the Clayton Act, any damages awarded will be trebled. In addition, if a judgment is entered under either theory in accordance with the verdict, Steves will be entitled to an award of attorney's fees, which amounts have not yet been quantified. We have asserted a position that, because future lost profits were awarded, Steves is not permitted to pursue its claim for divestiture of certain assets acquired in the CMI acquisition. An evidentiary hearing on equitable remedies, including divestiture, was held in April 2018. The parties have prepared post-hearing briefs on the matter, and the U.S. District Court heard oral arguments on August 2, 2018.

We intend to vigorously oppose entry of an adverse judgment, and to appeal any adverse judgment that may be entered. We continue to believe that Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We believe that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. Accordingly, we do not believe that a loss in this matter is probable and estimable, and therefore, we have not accrued a reserve for this loss contingency. However, if a judgment is entered in accordance with the verdict and is ultimately upheld after exhaustion of our appellate remedies, it could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded. Because the operations acquired from CMI have been fully integrated into the Company's other operations, divestiture of those operations would be difficult if not impossible and therefore it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows.

During the course of the proceedings in the Eastern District of Virginia, we discovered certain facts that led us to conclude that Steves, its principals, and certain former employees of the Company had misappropriated Company trade secrets, violated the terms of various agreements between the Company and those parties, and violated other laws. On May 11, 2018, a jury in the Eastern District of Virginia issued a verdict on our trade secrets claims against Steves and awarded damages in the amount of $1.2 million. Our other claims remain pending in Bexar County, Texas.

### Item 1A - Risk Factors

There have been no updates to the risk factors previously disclosed in "Part I, Item 1A Risk Factors" in our 10-K.

50