# EXHIBIT 31

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

# Q2 2018 Earnings Call

## Company Participants

- Gary S. Michel, President, Chief Executive Officer & Director
- John R. Linker, Senior Vice President-Corporate Development & Investor Relations
- Kirk Stephen Hachigian, Chairman
- L. Brooks Mallard, Chief Financial Officer & Executive Vice President

## Other Participants

- John Lovallo, Analyst
- Keith Hughes, Analyst
- Matthew Bouley, Analyst
- Michael Dahl, Analyst
- Michael Jason Rehaut, Analyst
- Philip Ng, Analyst
- Stephen East, Analyst
- Susan Maklari, Analyst
- Timothy Ronald Wojs, Analyst

## MANAGEMENT DISCUSSION SECTION

### Operator

Greetings, and welcome to the JELD-WEN Holding's Second Quarter 2018 Earnings Call. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation As a reminder, this conference is being recorded.

I would now like to turn the conference over to your host, Mr. John Linker with JELD-WEN Holdings. Thank you. You may begin.

### John R. Linker    {BIO 19797301 <GO>}

Thank you. Good morning, everyone. We issued our earnings press release this morning and posted a slide presentation to the Investor Relations portion of our website, which we'll be referencing during this call. I'm joined today by Kirk Hachigian, our Chairman; Gary Michel, our CEO; and Brooks Mallard, our CFO.

Before we begin, I'd like to remind everyone that during this call, we may make certain statements that constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are subject to a variety of risks

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

and uncertainties, including those set forth in our earnings release and provided in our forms 10-K and 10-Q filed with the SEC. JELD-WEN does not undertake any duty to update forward-looking statements, including the guidance we're providing with respect to certain expectations for future results or statements regarding the expected outcome of pending litigation.

Additionally, during today's call, we will discuss non-GAAP measures, which we believe can be useful in evaluating our performance. The presentation of this additional information should not be considered in isolation or as a substitute for results prepared in accordance with GAAP. A reconciliation of these non-GAAP measures to the most directly comparable financial measure calculated under GAAP can be found in our earnings release and in the appendix of this presentation.

I'd now like to turn the call over to Kirk.

## Kirk Stephen Hachigian    {BIO 1722962 <GO>}

Thank you, John, and good morning, everybody. I'm very pleased to formally introduce to you all JELD-WEN's new CEO, Gary Michel. But before I do that, I want to take a moment and highlight a few developments from the quarter and update you on some topics I discussed with you in our last conference call.

While we did deliver the lower end of our adjusted EBITDA guidance range in the second quarter, I would characterize our overall financial performance as mixed. On the top line, we delivered strong revenue growth of 23.6%, driven by our recent acquisitions as well as core growth in all three segments. However, we did not realize the full benefit of operating leverage on the increased revenue due to inflation on materials and freight, as well as some commercial investments we're making to support future growth. Both Gary and Brooks will comment on these details in a few moments.

You'll recall on the last quarterly call I highlighted some near-term priorities for the business. We made some good progress across all areas that set us up well for accelerating momentum in the back half of this year. First, over the last six months, we stabilized the North American leadership team by filling key operating positions and driving a new operating cadence. At this point, all major positions have been filled, and I feel very good about the talent we've brought on board. I expect continued improvements in this newly upgraded team as they gain traction under Gary's leadership.

Second, we continue to focus on using price to offset continued inflation in material and freight. Again, we previously told you that we would take pricing actions sufficient to more than offset the inflation in the second half of the year. While this is still true on the inflation side, we now have additional new tariff cost increases that will be a headwind in the second half of the year.

Of course, we completed our CEO search in the second quarter with Gary joining us on June 18. Gary spent his first 45 days with our team members and key customers. This week he'll begin visiting our shareholders in both New York and Boston. In addition,

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

we've been very busy integrating the three acquisitions from the first quarter and delivering on our synergy plans.

And finally, we announced the share repurchase authorization of $250 million in May, and we bought back $47 million of our own stock in the quarter. And so in summary, I'm pleased with the progress we've made in the second quarter, and I believe our overall execution and financial results will continue to improve as we realize the full potential of the business.

On Page 5, I'd now like to introduce you to Gary and describe why the board has confidence that he is the right leader for JELD-WEN. Gary has a demonstrated track record of delivering results at large complex global industrial businesses. He spent a good portion of his career in building – in the building and construction products industry. So he understands our markets and channels.

Gary joined us from Honeywell where he was President of a $10 billion Home and Building Technologies business unit. Previously, Gary spent 32 years in Ingersoll Rand in a variety of executive leadership positions, often being called upon to lead businesses in need of operational improvements or turnaround.

Again on Page 5, we've highlighted three roles at IR where he demonstrated his deep operational expertise in driving cost productivity, margin improvement and core growth. At Residential Solutions HVAC business, Gary transformed the financial performance over a six-year period driving sustained core revenue growth and significant margin expansion, setting a new industry benchmark for profitability.

At Club Car, he guided the business through a very difficult macro environment by managing the cost structure as well as leading the diversification of the product portfolio to drive revenue growth from products outside core golf offering. And lastly, he transformed the financial and operational results at Construction Technologies.

Gary has demonstrated that he has the ability to build talented teams, make dramatic operating improvements, and drive sustainable financial results in different industries and under a variety of different market conditions. Gary has the experience, maturity and the passion to take JELD-WEN to the next level.

And now let me turn the call over to Gary for his early impressions on our business.

## Gary S. Michel   {BIO 3704185 <GO>}

Thanks, Kirk, and good morning to you all. Thank you for joining us. I'm thrilled to be at JELD-WEN and excited about our opportunities for growth and margin expansion. During my first 45 days, I spent most of my time traveling to see our facilities, meeting our customers, and getting to know our associates. I see a lot of similarities between JELD-WEN and my previous business experience that Kirk just highlighted and expect to deliver the same type of improvements here.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

I'll highlight some of my early observations of JELD-WEN and near-term priorities beginning on Page 6. First, I believe that we have a fantastic set of assets comprised of a well-known portfolio of brands, a broad product offering and an unmatched global operating platform that allows us to service the needs of our customers.

Second, we have the right strategy, operating model and team to unlock the profit potential of this business. While I will certainly have my own style as well as some new initiatives in areas of focus, I don't have any plans to change the existing operating playbook put in place by Kirk and the leadership team. We know what we need to do. We just need to focus more intently on execution.

Third, I see a substantial runway to improve the margins of this business. While the team is off to a good start in its stride towards productivity using the tools of the JELD-WEN excellence model, I would say that we are still very early in the journey and there is more work to be done to build a mature productivity culture that drives consistent, predictable and recurring results. This substantial opportunity for margin improvement is one of the key reasons I have confidence that we will achieve our long-term financial target of EBITDA margins of at least 15%.

Lastly, this business has very good cash flow generation capabilities. And my priority for cash deployment is to continue to use free cash flow in strategic bolt-on M&A. In addition, we will look to supplement the M&A with additional share repurchases, particularly at today's attractive valuations.

Now, moving to my near-term priorities for the business. First, we'll focus on operational improvement starting with supporting our customers with industry-leading service, delivery and quality. We'll also continue to invest in JEM and deploy problem-solving tools that will allow us to drive productivity and sustain margin improvement.

Second, I want to accelerate our path to become the low-cost producer of doors and windows. While our core business platform is strong and we have opportunities to improve the margins of our existing operations through JEM, I believe additional actions will be required to permanently adjust the cost structure in certain businesses to ensure that we will be the most competitive partner for our customers.

Accordingly, we plan to undertake a series of targeted cost reduction initiatives to reduce overhead and manufacturing complexity while preserving our ability to drive top-line growth. We'll be announcing the estimated cost, benefits and timelines associated with these actions in phases.

And finally, my focus is on ensuring the organization delivers our financial commitments for 2018. We'll do this by regaining share in North America, mitigating inflation and tariff exposure with disciplined pricing actions, and driving accountability at all levels of the organization.

In summary, I'm committed to our strategy and I see the path to our long-term financial targets. But to succeed, we must increase the efficiency of our execution.

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

Now on Page 7, I'll hit the headlines of the quarter. As Kirk mentioned, we delivered strong revenue growth with a 23.6% increase over prior year comprised of 19% growth from acquisition and 3% core growth. As part of that core growth, we realized improved pricing in all three regions, both compared to prior year as well as sequentially compared to the first quarter.

Our net income decreased year-over-year by $11.3 million due to the increased SG&A from legal expenses and a higher tax rate. Adjusted EBITDA for the second quarter was $135 million, representing growth of 7.7% and margins of 11.5%. Margins declined by 170 basis points compared to prior year due to the impact of recent acquisitions and margin compression in our core business from inflation in materials and freight as well as temporary investments to support longer term core growth.

We'll talk more about these issues later in the call, but I believe that we have the actions in place to return us to core margin improvement in the second half of the year.

As Kirk mentioned, we also bought 1.6 million shares of our common stock for $47 million in the second quarter. Our balance sheet and liquidity remains strong, although our net leverage is slightly elevated at 3.1 times due to the seasonality of our cash flow and recent M&A investment.

Now let me turn the call over to Brooks to review the detailed financial results of the second quarter.

## L. Brooks Mallard    {BIO 19797214 <GO>}

Thanks, Gary. Starting on Slide 9, for the second quarter, net revenues increased 23.6% to $1.2 billion. The increase was driven by the contribution of recent acquisitions, core growth in all three segments, and a small favorable impact of foreign exchange.

We've reported net income of $35.5 million for the second quarter, a decrease of $11.2 million. The decrease in net income was primarily due to increased legal expenses and a higher tax rate than the same quarter last year. For the quarter, diluted earnings per share was $0.33 per share and adjusted diluted earnings per share was $0.45 per share. Adjusted EBITDA increased 7.7% to $135 million. Adjusted EBITDA margins decreased 170 basis points in the quarter to 11.5%, as margins were unfavorably impacted by recent acquisitions and compression in our core business from a lag in pricing to offset inflation in materials and freight, as well as temporary investments to support longer-term core growth. Our core business adjusted EBITDA margins decreased approximately 120 basis points.

Additionally, I'll note that SG&A expense increased $31.3 million to $175.2 million due to higher legal costs, acquisition costs, and an increase in SG&A expense from the acquired companies. Our tax provision in the quarter includes the full impact of the GILTI inclusion on our foreign taxable income as well as approximately $3 million of distinct items in the quarter. For the full year, we continue to expect a 2018 effective book tax rate of 31% to 35%. Excluding the impact of GILTI, our effective book tax rate would be 23% to 27%.

*Bloomberg Transcript*

FINAL

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

FINAL

Slide 10 provides a buildup of our revenue drivers. Here you can see that not only did we deliver core growth in all three segments, but we realized positive price in all three segments as well. On a consolidated basis, core growth of 3% was comprised of 2% from pricing and 1% from volume mix.

Next, I'll move to the segment detail beginning with North America on Slide 11. Net revenues in North America for the second quarter increased 22% to $673.2 million. The increase in net revenues was primarily due to a 19% contribution from the acquisitions of ABS and MMI Door, as well as a 3% increase in core growth. Pricing improved 2% over prior year, which is an acceleration from the 1% we realized in the first quarter.

Our U.S. doors business generated mid-single-digit core growth while our windows business continued to see lower volumes, largely as a result of the continued impact of our 2017 operational inefficiencies. Adjusted EBITDA in North America decreased 0.2% to $79.6 million. Adjusted EBITDA margins decreased by 270 basis points to 11.8%. The decrease in adjusted EBITDA margins was primarily due to the dilutive impact of our recent acquisitions, price cost lag on materials and freight, as well as labor investments to support future core growth.

On Slide 12, net revenues in Europe for the second quarter increased 23.1% to $318.7 million. The increase in net revenues was primarily due to the contribution from the Mattiovi and Domoferm acquisitions of 15%, favorable impact of foreign exchange of 6%, and core revenue growth of 2%. Adjusted EBITDA in Europe increased 2.3% to $37.9 million. Adjusted EBITDA margins decreased 240 basis points to 11.9%. Margins were impacted by both the dilutive impact of recent acquisitions as well as margin compression in the core business from material inflation.

On Slide 13, net revenues in Australasia for the second quarter increased 30.7% to $180.6 million. The increase in net revenues was primarily due to a 27% increase from recent acquisitions, 3% core growth, and 1% from favorable foreign exchange. Adjusted EBITDA in Australasia increased 39.6% to $24.2 million. Adjusted EBITDA margins expanded by 90 basis points to 13.4% as a result of profitable core growth. Core margins improved approximately 140 basis points.

On Slide 14, I'll provide a brief update on our cash flow and balance sheet. Compared to last year, year-to-date cash flow from operations decreased $74.7 million to a use of $8.3 million in 2018 and free cash flow decreased $111.9 million. The decrease in cash flow was primarily due to entry year (17:43) timing differences in working capital comparisons such as increased inventory build in our North America windows business. We expect these year-over-year working capital comparisons to normalize as the year progresses. Additionally, capital expenditures were higher by $37.2 million, as we resumed normal levels of spending after a slower start in 2017.

On the balance sheet, net debt increased by approximately $268.4 million since December 31, 2017 due to the cash flow usage from operations as well as the impact of the three acquisitions that we closed in the first quarter and our recent share repurchase

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

activity. As of June 30, 2018, our net leverage ratio was 3.1 times compared to 2.4 times as of December 30, 2017. Our balance sheet and liquidity remains strong.

Now, I'll turn it back over to Gary to go through our updated 2018 outlook.

### Gary S. Michel    {BIO 3704185 <GO>}

Moving to our financial outlook on Page 16, we're providing outlook for the third quarter of 2018 as well as updating our outlook for the full year. For the third quarter, we expect adjusted EBITDA of $143 million to $153 million compared to $128.2 million in the third quarter of 2017. Third quarter adjusted EBITDA is expected to benefit from the contribution of recent acquisitions as well as accelerating margins in the core business from pricing, volume and productivity.

For the full year, we now estimate net revenue growth of 16% to 18% compared to our previous outlook of 17% to 19%. At the midpoint, our assumptions for full-year core growth and acquisition contribution are unchanged at 3% and 13% respectively. The only change to our revenue growth outlook is from updated assumptions for foreign exchange rates, which reduces the contribution from FX at the midpoint from 2% to 1%.

Our outlook for adjusted EBITDA for the full-year 2018 is now $500 million to $520 million compared to our previous outlook of $505 million to $535 million and $437.6 million for 2017. The midpoint of our guidance assumes that core adjusted EBITDA margin will improve approximately 70 basis points, which is approximately 10 basis points lower than our previous guidance assumption of 80 basis points. The reduction in our guidance is due solely to the flow-through of the impact of updated FX rate assumptions on the revenue line and the expected unfavorable impact of recent tariffs.

We expect capital expenditures of $100 million to $120 million from 2018 compared to 2017 of $63 million. The increase is primarily the result of the phasing of certain projects that moved out of 2017 into 2018. Finally, we expect to deliver free cash flow in excess of adjusted net income.

I'll wrap things up on Page 17 with a few summary comments. Kirk and I have made excellent progress towards a smooth leadership transition. I believe in the strategy and operating model of the business and I have confidence that we can achieve our long-term financial targets and deliver shareholder value. In the near-term, we will continue to focus on our operations to improve customer service, delivery and quality while also improving cost productivity.

Additionally, we will think more aggressively about cost reductions through footprint optimization and overhead reduction. We're focused on managing the substantial inflation in materials and freight, as well as tariffs. We will be disciplined on price, but mindful with respect to core growth. And lastly, we are focused on delivering acquisition synergies from our M&A.

FINAL

Bloomberg Transcript

Company Name: JELD-WEN Holding Inc
Company Ticker: JELD US Equity
Date: 2018-08-07

Prior to opening the line for questions, I'll provide a brief status update on the Steves litigation. Unfortunately, due to the ongoing nature of this matter, we'll be unable to take any questions during the Q&A session on this topic. In our last conference call, we explained that no final judgment has been entered against the unfavorable jury verdict from February 2018. The situation has not changed, as we're still awaiting a final judgment. The judge continues to consider issues related to the trial and potential remedies. Once any final judgment is entered, we intend to begin the appeal process.

As we've described previously, JELD-WEN believes that the jury verdict in this case is erroneous and that there are strong basis for any verdict entered as a final judgment to be overturned on appeal. Further, we believe the remedies being considered by the court would be unprecedented in this type of case and inappropriate as a matter of law. We will continue to commit the necessary resources to defending ourselves in this matter, and we'll continue to pursue all options to achieve an outcome that is in the best interests of our shareholders, customers and employees.

And now, I'll ask the operator to open the line for Q&A.

## Q&A

### Operator

Thank you. At this time, we'll be conducting a question-and-answer session. Our first question comes from the line of Stephen East with Wells Fargo. Please proceed with your question.

### Q - Stephen East   {BIO 7130631 <GO>}

Thank you. And welcome, Gary. Maybe we'll start with what you talked about in your press release and you touched on a little bit in the call. In the press release you said you need to improve service levels, drive out cost discipline on price and share, substantial opportunities for core growth, et cetera. Maybe if you could, could you just elaborate on the key points on each of those and what you – your first 45 days and sort of the conclusions you've drawn and what you think you all need to be doing a bit more specifically than your prepared remarks?

### A - Gary S. Michel   {BIO 3704185 <GO>}

Sure, Stephen. Thanks a lot for the question. Yeah, 45 days in, I've had a great opportunity to go see our people, talk with our customers and really get a good feel for where we are, and spent some time with our relatively new leadership team as well. What I've seen is we've got good market fundamentals for this business, strong brands, good people. And we've got the beginnings of a really good business operating system around JEM.

Really what we need to do here is focus on our execution, focus on the deployment of JEM across the company, looking at how we build productivity pipeline, how we deliver on productivity and how we put standard work into our operations. We've greatly improved our service levels on windows, which was a problem for us last year. We're

FINAL

Bloomberg Transcript