# EXHIBIT 33

EQUITY RESEARCH



# RBC Capital Markets

**RBC Capital Markets, LLC**
**Mike Dahl** (Analyst)
(212) 618-3251
michael.dahl@rbccm.com
**Michael Eisen** (Analyst)
(212) 905-5831
michael.eisen@rbccm.com

**Lia Salmansohn** (Associate)
(212) 558-0406
lia.salmansohn@rbc.com

October 8, 2018

# JELD-WEN Holding, Inc.

## Lowering PT on Negative Litigation Outcome

**Our view:** JELD announced that the US District Court for the Eastern District of Virginia, Richmond Division ruled that divestiture of the company's Towanda facility is an appropriate remedy in the antitrust litigation against Steves and Sons. We believe some of the recent weakness in the stock has been due to a growing belief/fear that this would be the outcome, but still view this development as negative and expect the stock to come under pressure. However, we note that there should be no major financial impact before 2020. By our estimates, the divestiture of Towanda would represent the loss of up to ~33% of JELD's global door skin capacity. The sale of this asset would likely generate a significant inflow of cash, which we'd expect would be used for incremental investments to improve productivity in the remaining facings facilities, potential un-mothballing of an idled skin plant, other growth investments, or accelerated return of cash to shareholders. We think the potential net financial impact is manageable and still see significant opportunity for improvement in profitability over the next two years, but lower our Price Target to $28 from $35, representing 6.5x our FY'19E EBITDA and 11x FY'19E EPS, as we anticipate this outcome will remain a headwind to JELD's multiple.

### Key points:

**Sizing the impact:** The Towanda facility is a vertically integrated facility which produces door skins for both internal use and third party sales as well as housing JELD's MiraTEC and Extira product lines. Our understanding is that Towanda generated $46 MM of EBITDA in FY'17, inclusive of internal consumption of door skins. JELD reported that Towanda generated $120 MM in external sales (3% of total company). We estimate that external EBITDA attributable to Towanda could be ~$25 MM with the remaining $20 MM related to internal JELD consumption (transfer pricing). If a divestiture occurs, we'd also expect that the cost of door skins could rise for JELD given the loss of vertical integration in this facility and potential for higher pricing under a new supply agreement; however, we don't expect JELD's EBITDA would be reduced by the full $46 MM, especially since it can shift some internal needs into other plants. Net, we think a ballpark estimate could be $25-$35 MM of lost EBITDA (5-7% of total company). Importantly, the offset would be cash inflow from the sale of Towanda, which we estimate could be $150 MM-$225 MM pre-tax (6%-9% of current market cap), assuming a multiple between 6x to 9x on the external EBITDA.

Towanda is JELD's largest skin manufacturing facility by volume, as well as the second largest facility of its kind in the world, with 20.6 MM skins produced in 2017. We estimate that this represents up to 33% of JELD's total skins capacity. JELD's other Facings Mills, in order of size, are located in Dodson, LA, Klamath Falls, OR, Lativa, and Craigsville, WV.

## Outperform

NYSE: JELD; USD 24.09

### Price Target USD 28.00 ↓ 35.00

| WHAT'S INSIDE | |
| --- | --- |
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
| --- | --- | --- | --- | --- |
| | 18.00 | 24.09 | 28.00 | 35.00 |
| | ↓ 25% | | ↑ 16% | ↑ 45% |

*Implied Total Returns

### Key Statistics

| | | | |
| --- | --- | --- | --- |
| Shares O/S (MM): | 107.7 | Market Cap (MM): | 2,594 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 553,079 |

Strategic Ownership: 61%

### RBC Estimates

| FY Dec | 2017A | 2018E | 2019E | 2020E |
| --- | --- | --- | --- | --- |
| **EBITDA, Adj** | 437.7 | 507.0 | 594.4 | 641.6 |
| **EPS, Adj Diluted** | 1.49 | 1.90 | 2.55 | 2.90 |
| **P/AEPS** | 16.2x | 12.7x | 9.4x | 8.3x |
| **Revenue** | 3,764.0 | 4,417.3 | 4,656.9 | 4,744.1 |

| EBITDA, Adj | Q1 | Q2 | Q3 | Q4 |
| --- | --- | --- | --- | --- |
| 2017 | 81.1A | 125.3A | 128.3A | 103.1A |
| 2018 | 87.8A | 135.0A | 148.7E | 135.5E |
| 2019 | 111.8E | 146.8E | 175.0E | 160.8E |
| **EPS, Adj Diluted** | | | | |
| 2017 | 0.17A | 0.51A | 0.55A | 0.26A |
| 2018 | 0.28A | 0.45A | 0.62E | 0.55E |
| 2019 | 0.40E | 0.63E | 0.81E | 0.72E |

All values in USD unless otherwise noted.

Disseminated: Oct 8, 2018 05:21ET; Produced: Oct 8, 2018 05:21ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 8.**

For the exclusive use of Henry Skillman (HSkillman@kirkland.com) at Kirkland & Ellis LLP

 **RBC Capital Markets**

JELD-WEN Holding, Inc.

## Industry Skin Capacity as of 2014



Source: Company Filings

**JELD's expected timeline:**

- Final judgment is expected before year end
- After final judgment, an initial appeal process is expected to take approximately 9-18 months
- Should an appeal to the United States Supreme Court be necessary, the appeal process would be extended by an additional 6-18 months.
- A divestiture would not be required until "some time" after the appeal process

JELD will continue to supply door skins to Steves in the ordinary course of business pursuant to a long-term agreement that is currently set to terminate in September 2021.

**Additional rulings:** The District Court also issued judgments against Steves in the amount of $1.2 MM for claims that Steves misappropriated JELD-WEN's trade secrets and motioned for JELD to vacate a prior breach of contract verdict, eliminating $2.2 MM of damages.

October 8, 2018

**Mike Dahl,** (212) 618-3251; michael.dahl@rbccm.com    2

For the exclusive use of Henry Skillman (HSkillman@kirkland.com) at Kirkland & Ellis LLP