# EXHIBIT 37


**J.P.Morgan**

North America Equity Research
16 October 2018

# Jeld-Wen

## 2018 EBITDA Guidance Lowered 9%; CFO Mallard To Exit, Succeeded By SVP-Corp. Dvlpmt, IR Linker

After the close yesterday, JELD announced preliminary 3Q results below prior guidance, lowered its 2018 EBITDA guidance by 9% at the midpoints (following a 2% reduction during its 2Q results) and announced the departure of CFO Brooks Mallard as well as the promotion of John Linker, currently SVP of Development and Investor Relations, to the same role. Net net, we expect the stock to react negatively tomorrow, as despite the company noting it expects to provide details regarding its footprint rationalization, productivity and cost cutting initiatives under new CEO Michel within the next month (see our Aug. 9 note) and also pointed to the stock's relatively inexpensive valuation, we view the guidance reduction as material, while additionally, point to continued uncertainty from the Steves litigation and recent negative ruling (see our recent note here). Overall, we remain comfortable being on the sidelines along with maintaining our Neutral rating on JELD, as while the stock should remain under pressure in the near term, and also highlight the continued uncertainty from the Steves litigation, at the same time, we believe this is somewhat balanced over the medium term with a potential material restructuring program and the stock's discounted valuation.

- **3Q preliminary results below guidance; 2018 EBITDA guidance lowered by 9% at midpoints.** JELD expects 3Q sales of $1.13-1.14 billion, representing growth of 14-15%, below our 18%E, as well as adjusted EBITDA of $130-135 million, below our $146 million estimate, Street consensus of $147 million and guidance of $143-153 million. Driving the negative results were lower than expected revenues and related operational inefficiencies in North America and Europe, as well as unfavorable channel mix impacting price realization. Additionally, the company lowered its 2018 sales growth guidance by 1% to 15-17% as well as reduced its adjusted EBITDA guidance to $455-470 million from $500-520 million, or 9% at the midpoints. Lastly, 2018 capex was lowered to $100-110 million from $100-120 million, while the company also noted it expects 3Q results to include a charge of $76.5 million for a litigation contingency related to the recent court ruling as part of its litigation with Steves & Sons.

## Neutral

**JELD, JELD US**

Price: $21.31

▼ **Price Target: $21.00**
Previous: $31.00

**Homebuilders & Building Products**

**Michael Rehaut, CFA** [AC]
(1-212) 622-6696
michael.rehaut@jpmorgan.com
**Bloomberg** JPMA REHAUT <GO>

**Elad Hillman**
(1-212) 622-6435
elad.hillman@jpmchase.com
J.P. Morgan Securities LLC

**Price Performance**



|     | YTD    | 1m     | 3m     | 12m    |
|-----|--------|--------|--------|--------|
| Abs | -45.8% | -18.9% | -25.9% | -40.4% |
| Rel | -46.0% | -10.1% | -18.4% | -43.8% |

**Jeld-Wen Holding, Inc. (JELD;JELD US)**

| FYE Dec | 2017A | 2018E (Prev) | 2018E (Curr) | 2019E (Prev) | 2019E (Curr) | 2020E |
|---------|-------|--------------|--------------|--------------|--------------|-------|
| EPS - Recurring ($) |   |   |   |   |   |   |
| Q1 (Mar) | 0.11 | 0.30A | 0.30A | - | - | - |
| Q2 (Jun) | 0.51 | 0.45A | 0.45A | - | - | - |
| Q3 (Sep) | 0.55 | 0.58 | 0.50 | - | - | - |
| Q4 (Dec) | 0.26 | 0.52 | 0.34 | - | - | - |
| FY | 1.43 | 1.85 | 1.58 | 2.33 | 1.83 | 2.18 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 21.31 |
| Date Of Price | 15-Oct-18 |
| 52-week Range ($) | 42.27-20.62 |
| Market Cap ($ mn) | 2,294.09 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 108 |
| Price Target ($) | 21.00 |
| Price Target End Date | 31-Dec-19 |

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Michael Rehaut, CFA
(1-212) 622-6696
michael.rehaut@jpmorgan.com

North America Equity Research
16 October 2018

J.P.Morgan

- **CFO Mallard exits as management transition continues.**  CFO Brooks Mallard will depart the company on Nov. 8th, when he will be succeeded by John Linker, currently SVP, Corporate Development and Investor Relations.  Since joining JELD in 2012, Mr. Linker served as Treasurer from 2012 to 2015, as well as interim finance leader for the Europe and Australasia segments, while more recently led the company's M&A program, which included the company completing 13 acquisitions.  Before joining JELD, Mr. Linker held several leadership positions in corporate development and finance at United Technologies Corporation's Aerospace Systems Division and its predecessor, Goodrich Corporation.

- **Establishing Dec. 2019 price target of $21.00.**  We lower our 2018E and 2019E adjusted EBITDA to $463 million and $504 million, respectively, from $505 million and $585 million.  We base our price target on a target EV/EBITDA multiple of roughly 6.5x our 2019E EBITDA, which we note is roughly modestly below the stock's current valuation against our 2019E EBITDA (using our 2018E-end), which we believe is appropriate given the company's recent execution challenges and uncertainty regarding the Steves litigation.

J.P.Morgan