# EXHIBIT 38

G.research, LLC
One Corporate Center
Rye, NY 10580-1422
Tel (914) 921-5150
*www.gabellisecurities.com*

October 17, 2018

**g.research**

# Jeld-Wen Holding, Inc.  (JELD - $17.28 - NYSE) Pre-Release Q3 and FY Guide- Buy

| Year | EPS | P/E | PMV | | |
|------|-----|-----|-----|---|---|
| 2020P | $2.30 | 7.4x | $36 | Dividend: None | Current Return: Nil |
| 2019P | 1.95 | 8.8 | 30 | Shares O/S 107.7 million | |
| 2018E | 1.75 | 9.7 | 27 | 52-Week Range:  $42.27 - $16.49 | |
| 2017A | 1.47 | 11.6 | --- | | |

## COMPANY OVERVIEW

Jeld-Wen Holding, Inc., based in Charlotte, North Carolina is a designer, producer and distributor of interior and exterior doors and windows. In 2018, we estimate the company will generate revenue, adjusted EBITDA and EPS of $4.35 billion, $460mm and $1.75, respectively.

**Reason For Comment:  Third Quarter pre-release, CFO change and $76 million litigation related charge**

After the close on October 15th, JELD pre-released certain Q3 results and updated FY guide.  The company also announced the CFO would be leaving.  The updated EBITDA guidance of $455-470 was below our expecation of $500 million.  The markdown in EBITDA was driven by lower volumes, negative channel mix shifts as well as higher costs. In particular, the windows business was unable to make up lost share from operational issues dating back to the end of last year.  Details around further cost restructurings and footprint rationalization should be provided in November. Given the amount of heavy lifting, we have decided to reduce our estimates for 2019, while acknowledging that getting better visibility will require further information regarding management plans.  That being said, the several moving pieces have the potential to be disruptive, and as such we believe a base case for margin improvement will be modest in 2019.  In retrospect, we underestimated the challenges JELD faced in 2018 from litigation to raw material inflation and general operational issues.  As we think about end market demand and begin to work through our thoughts from a potential third entrant in doorskins our normalized outlook does not change dramatically.  In our view we believe we are near the bottom for JELD and a very tough 2018 sets up for a better 2019 as new management takes the necessary steps to drive improvements.  We continue to see the potential to drive 2-3% revenue growth and believe 12-13% EBITDA margins are achievable.  Trading at 6.7x our updated 2019P EBITDA of $495mm and a 42.5% discount to our updated 2019P PMV estimate of $30 per share, we reiterate our Buy recommendation.

- **Updated Guidance**: Full year revenue is now expected to rise 15-17% vs. 16-18%, FY EBITDA is expected to be $455-470 million.  Drivers of weakness are related to operational issues, particularly in windows were volumes continue to decline.  Also stronger sales in retail vs. distribution drove negative channel mix as passing price in retail has been more challenging.  Despite this being the case JELD and many of its competitors are in the market with MSD price increases for 2019.  Finally, lower volumes reverberates across its fixed cost footprint as less of these costs are absorbed creating more ineffiencies.  Going into 2019, we believe there remains some uncertainty regarding the impact from the different management initiatives but expect more color on this early November.  We also think that new management has some work to do in terms of restoring confidence in future forecasted goals.

- **Future Restructuring Announcements**:  While it remains unclear what kind of impact upcoming restructuring announcements will have on ongoing operations, we do believe we are close to a point were expectations (along with performance) have bottomed out. Management will lay out a plan that will probably include plant consolidation, process standardization and other cost initiatives. We also believe new management is being thoughtful in balancing an aggressive pace of change with minimal ongoing business disruption.  We now expect a scenario in which margin expansion will probably be somewhat muted in 2019 and with several risks given the different moving pieces.  Despite that we feel like the stock more than discounts this weakness and believe the longer term normalized potential does support a valuation that could approach $40 (2-4 years out) over time, even with the overhang of a potential plant divestment.

**Table 1**

### Jeld-Wen Incorporated Earnings Model
### 2016A-2022P

| Financial Data FYE  12/31 ($ millions, except EPS) | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR '17-'22 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $3,667 | $3,764 | $4,355 | $4,565 | $4,695 | $4,830 | $4,970 | 5.7% |
| EBITDA | 393 | 438 | 460 | 495 | 555 | 600 | 635 | 7.7% |
| EPS - As Adjusted | $3.21 | $1.47 | $1.75 | $1.95 | $2.30 | $2.60 | $2.75 | 13.3% |
| EBITDA Multiple | 8.4x | 7.6x | 7.2x | 6.7x | 6.0x | 5.5x | 5.2x | |
| P/E Multiple | 5.3x | 11.6x | 9.7x | 8.7x | 7.4x | 6.5x | 6.2x | |
| Capital Expenditures | 74 | 63 | 118 | 123 | 131 | 135 | 139 | |

*Source: Company data and g.research estimates*

***-Please Refer To Important Disclosures On The Last Page Of This Report-***

g.research

## Investment Outlook

We continue to believe Jeld-Wen is well positioned to drive solid revenue, EBITDA and cash flow growth over the next three years. We continue to firmly believe normalized EBITDA margins could approach 13% over the next 2-4 years, allowing for 240 basis points of margin expansion vs. our 2018E EBITDA margin with cost productivity, price/mix improvements and volume leverage being the main drivers. At least one-half of this improvement we believe will come from sourcing as well as productivity and efficiency initiatives, which we see as being in management's control and offering solid amount of visibility towards improvement.  A substantial NOL will support strong free cash flow growth. The stock currently trades at 6.7x and 8.7x our revised 2019P EBITDA and EPS estimates of $495mm and $1.95, respectively. With a 42.5% discount to our 2019P PMV of $30 per share, we reiterate our Buy recommendation.

**Table 2**         **Jeld-Wen Incorporated  Private Market Value Analysis**
**2016A-2022P**

Private Market Value Analysis

| ($ millions) | **2016A** | **2017A** | **2018E** | **2019P** | **2020P** | **2021P** | **2022P** |
|---|---|---|---|---|---|---|---|
| ***Jeld-Wen*** | | | | | | | |
| Revenue | $3,667 | $3,764 | $4,355 | $4,565 | $4,695 | $4,830 | $4,970 |
| EBITDA | 393 | 438 | 460 | 495 | 555 | 600 | 635 |
| Valuation Multiple | 9.0x | 9.0x | 8.5x | 8.5x | 8.5x | 8.5x | 8.5x |
| Total Private Market Value | 3,540 | 3,939 | 3,910 | 4,208 | 4,718 | 5,100 | 5,398 |
| Add:  Net Cash (Debt) | (1,517) | (1,062) | (1,226) | (1,219) | (1,023) | (751) | (457) |
| Less:  Option Payments | - | (26) | (20) | (31) | (53) | (71) | (89) |
| Add: Discounted value NOL | | 213 | 178 | 147 | 76 | 0 | 0 |
| Equity Private Market Value | $2,023 | $3,064 | $2,842 | $3,104 | $3,717 | $4,278 | $4,851 |
| | | | | | | | |
| Shares Outstanding | 108 | 109 | 107 | 104 | 103 | 103 | 103 |
| | | | | | | | |
| **PMV per share** | **$19** | **$28** | **$27** | **$30** | **$36** | **$42** | **$47** |
| *Current Market - Discount* | *9.4%* | *39.4%* | *35.7%* | *42.7%* | *52.8%* | *59.1%* | *63.8%* |

*a) Restated for Inventory Accounting Change b) After-tax payments to buy out option holders at PMV*
*Source: Company filings and g.research estimates*

### Jeld-Wen Price Performance



*Source: Public Data. As of July 26, 2017 JELD had a BUY recommendation*

I, *Alvaro Lacayo* the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities.  The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

*Alvaro Lacayo (914) 921-5451*      ©G.research, LLC 2018

**Important Disclosures**

**ONE CORPORATE CENTER  RYE, NY  10580**     **G.research, LLC**     **TEL (914) 921-5130**     **FAX (914) 921-5098**

G.research, LLC ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors.  Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated." We do not undertake to "upgrade" or "downgrade" ratings after publishing a report. We currently have reports on 265 companies, of which 60%, 27%, 1% and 12% have a recommendation of buy, hold, sell or non-rated, respectively.  The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology.  Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction.  At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV.  We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value.  We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV.  There may be little upside to the value, or limited opportunity to realize the value.  Economic or sector risk could also be increasing.

We prepared this report as a matter of general information.  We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security. All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy.  We do not undertake to advise you of changes in our opinion or information.  Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report.  We do not use "price targets" predicting future stock performance.  We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company.  There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely.  Additional information is available on request.

As of September 30, 2018, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of Jeld-Wen. Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report. These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise. No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.  The analyst, who wrote this report, or members of his household, owns no shares of the above mentioned companies. The analyst who wrote this report