# EXHIBIT 39

| JELD-WEN Holding, Inc. Stock Price - February 2018 | | |
|---|---|---|
| **Date** | **Opening Price** | **Closing Price** |
| 2/1/2018 | $39.25 | $39.57 |
| 2/2/2018 | $39.14 | $38.60 |
| 2/5/2018 | $38.02 | $37.50 |
| 2/6/2018 | $36.73 | $37.86 |
| 2/7/2018 | $37.64 | $38.11 |
| 2/8/2018 | $38.04 | $37.00 |
| 2/9/2018 | $37.43 | $37.96 |
| 2/12/2018 | $38.21 | $37.48 |
| 2/13/2018 | $37.12 | $36.77 |
| 2/14/2018 | $36.33 | $36.66 |
| 2/15/2018 | $36.99 | $36.98 |
| 2/16/2018 | $35.46 | $37.55 |
| 2/20/2018 | $37.31 | $37.64 |
| 2/21/2018 | $31.99 | $34.50 |
| 2/22/2018 | $34.01 | $33.54 |
| 2/23/2018 | $33.43 | $33.83 |
| 2/26/2018 | $33.77 | $33.34 |
| 2/27/2018 | $33.20 | $31.82 |

Source: Yahoo Finance, at
https://finance.yahoo.com/quote/JELD/history?period1=1517443200&period2=1519776000&interval=1d&filter=history&frequency=1d