THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

**DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT OF
PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

I, Robert M. Rothman, declare as follows:

1.      I am an attorney duly licensed to practice law before the courts of the State of New York, and am admitted to practice before this Court *pro hac vice*.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, co-lead counsel in this action.  I have personal knowledge of the matters discussed herein and have reviewed the documents referenced herein.

2.      I respectfully submit this declaration in opposition to the motions to dismiss the Consolidated Class Action Complaint filed by defendants Jeld-Wen Holding Inc. ("Jeld-Wen"), Mark A. Beck, L. Brooks Mallard, and Gary S. Michel, and by defendants Onex Corporation, Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor III LLC, Onex American Holdings II LLC, and Onex BP Finance LP.

3.      Attached hereto as <u>Exhibit </u>1 is a true and correct copy of the Memorandum Opinion dated October 5, 2018, in *Steves and Sons, Inc. v. Jeld-Wen, Inc.*, No. 3:16-cv-00545-REP (E.D. Va.) (ECF No. 1783).

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from Jeld-Wen's 2016 Form 10-K, filed with the Securities and Exchange Commission on March 3, 2017.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from Jeld-Wen's 2017 Form 10-K, filed with the Securities and Exchange Commission on March 6, 2018.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2020, at Melville, New York.

*/s/ Robert M. Rothman*
ROBERT M. ROTHMAN

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 28, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Steven J. Toll*
STEVEN J. TOLL (VSB No. 15300)

COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com