IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: JELD-WEN HOLDING, INC.
SECURITIES LITIGATION

Civil Action No. 3:20-cv-112-JAG

## ORDER

This matter comes before the Court on the plaintiffs' motion for leave to submit supplemental authority.  (Dk. No. 88.)  Upon due consideration, the Court GRANTS the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: ___9 September 2020___
Richmond, VA