IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAMBRIDGE RETIREMENT SYSTEM,
Plaintiff,

v. Civil Action No. 3:20-cv-112

JELD-WEN HOLDING, INC., et al.,
Defendants.

**ORDER**

This matter comes before the Court on motions to dismiss filed by Onex Corporation, Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex American Holdings II LLC, BP EI II LLC, BP EI LLC, OAH Wind LLC, and Onex Advisor Subco III LLC, (ECF No. 75), and JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel. (ECF No. 77.) For the reasons stated in the accompanying Opinion, the Court DENIES both motions.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 October 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge