**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civ. A. No. 3:20-cv-112-JAG<br><br>Judge John A. Gibney, Jr.<br><br><u>CLASS ACTION</u> |

**STIPULATION OF VOLUNTARY DISMISSAL
<u>OF CAMBRIDGE RETIREMENT SYSTEM'S COMPLAINT</u>**

Plaintiff Cambridge Retirement System ("Cambridge") and Defendants JELD-WEN Holding, Inc. ("JELD-WEN"), Kirk S. Hachigian, Mark A. Beck, L. Brooks Mallard, Gary S. Michel (the "Individual Defendants" and, together with JELD-WEN, the "JELD-WEN Defendants"), Onex Corporation, Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor III LLC, Onex American Holdings II LLC, and Onex BP Finance LP (the "Onex Defendants" and, together with the JELD-WEN Defendants, "Defendants") (Cambridge and Defendants are collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby jointly and respectfully request that the Court enter the attached [Proposed] Order Granting Voluntary Dismissal of Cambridge Retirement System's Complaint.

WHEREAS, on February 19, 2020, Cambridge filed the first class action complaint against Defendants alleging violations of the federal securities laws (the "Cambridge Complaint") (ECF No. 1) in the above-captioned action (the "Action");

WHEREAS, the Cambridge Complaint asserted claims for relief under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and was accordingly

governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, pursuant to the PSLRA, on April 20, 2020, three motions were timely filed seeking appointment as lead plaintiff and lead counsel (ECF Nos. 24, 27, 30); and, on May 8, 2020, the Court appointed Public Employees' Retirement System of Mississippi and Plumbers and Pipefitters National Pension Fund as Lead Plaintiffs to represent the putative class in the Action (ECF No. 57);

WHEREAS, on June 22, 2020, Lead Plaintiffs filed a Consolidated Class Action Complaint (the "Consolidated Complaint") (ECF No. 73) which superseded the Cambridge Complaint; on July 29, 2020, the JELD-WEN Defendants and Onex Defendants separately moved to dismiss the Consolidated Complaint (ECF Nos. 75, 77); on August 28, 2020, Lead Plaintiffs filed oppositions to Defendants' motions (ECF No. 86); and on September 11, 2020, Defendants filed replies in further support of their motions (ECF Nos. 90-91);

WHEREAS, on October 25, 2020, the Court issued an Order and Opinion denying Defendants' motions to dismiss (ECF Nos. 103-04); on November 5, 2020, the JELD-WEN Defendants and Onex Defendants separately answered the Consolidated Complaint (ECF Nos. 106-07); and, on November 12, 2020, the Court entered the operative scheduling order (ECF No. 112);

WHEREAS, Defendants have not filed a motion for summary judgment in the Action, and no class has been certified;

WHEREAS, dismissal of the Cambridge Complaint shall have no impact on the operative Consolidated Complaint (ECF No. 73), or the existing pretrial schedule; and

2

WHEREAS, counsel for Cambridge has conferred with Lead Counsel, and Lead Counsel indicated that Lead Plaintiffs take no position and raised no objection with respect to the relief sought herein.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the Court's approval, that:

1.    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Cambridge hereby voluntarily dismisses all claims in the Cambridge Complaint, without prejudice, as to itself. Cambridge reserves any and all rights to share in any recovery in this action as a member of the putative class.

DATED: December 14, 2020

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Susan R. Podolsky* | */s/ Brian C. Riopelle* |
| Susan R. Podolsky (Va. Bar No. 27891) | Brian C. Riopelle (Va. Bar No. 36454) |
| **LAW OFFICES OF SUSAN R. PODOLSKY** | Brian E. Pumphrey (Va. Bar No. 47312) |
| | Brian D. Schmalzbach (Va. Bar No. 88544) |
| 1800 Diagonal Road, Suite 600 | Garrett H. Hooe (Va. Bar No. 83983) |
| Alexandria, VA 22314 | **MCGUIREWOODS LLP** |
| Telephone: (571) 366-1702 | Gateway Plaza |
| Facsimile: (703) 647-6009 | 800 East Canal Street |
| spodolsky@podolskylaw.com | Richmond, VA 23219 |

*Liaison Counsel for Plaintiff Cambridge Retirement System*

Avi Josefson
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Plaintiff Cambridge Retirement System*

Telephone: (804) 775-1084
Facsimile: (804) 698-2150
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com
ghooe@mcguirewoods.com

Sandra C. Goldstein, P.C. (*pro hac vice*)
Rachel M. Fritzler (*pro hac vice*)
Jacob M. Rae (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
sandra.goldstein@kirkland.com
rachel.fritzler@kirkland.com
jacob.rae@kirkland.com

*Attorney for Defendants JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel*

*/s/ Warren David Harless*
Warren David Harless (Va. Bar No. 20816)
Roman Lifson (Va. Bar No. 43714)
Shannan Marie Fitzgerald (Va. Bar No. 90712)
**CHRISTIAN & BARTON LP**
909 E Main St.
Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-6158

4

wharless@cblaw.com
rlifson@cblaw.com
sfitzgerald@cblaw.com

Peter L. Simmons (*pro hac vice*)
Michael Keats (*pro hac vice*)
Corey F. Baron (*pro hac vice*)
**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
One New York Plaza
New York, New York 10004-1980
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
peter.simmons@friedfrank.com
michael.keats@friedfrank.com
corey.baron@friedfrank.com

*Attorneys for Defendants Onex Corporation,
Onex Partners Manager LP, Onex Partners III
LP, Onex Partners III GP LP, Onex US
Principals LP, Onex Partners III PV LP, Onex
Partners III Select LP, Onex BP CoInvest LP,
Onex Advisor Subco III LLC, Onex American
Holdings II LLC, OAH Wind LLC, BP EI LLC,
and BP EI II LLC*

## **CERTIFICATE OF SERVICE**

I certify that on the 14th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

/s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Liaison Counsel for Plaintiff Cambridge Retirement System*