# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civ. A. No. 3:20-cv-112-JAG<br><br>Judge John A. Gibney, Jr.<br><br>CLASS ACTION |

## ORDER GRANTING VOLUNTARY DISMISSAL
## OF CAMBRIDGE RETIREMENT SYSTEM'S COMPLAINT

Having considered the Stipulation of Voluntary Dismissal of Cambridge Retirement System's Complaint, filed by Plaintiff Cambridge Retirement System ("Cambridge") and Defendants JELD-WEN Holding, Inc., Kirk S. Hachigian, Mark A. Beck, L. Brooks Mallard, Gary S. Michel, Onex Corporation, Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor III LLC, Onex American Holdings II LLC, and Onex BP Finance LP, and finding good cause shown, the Court ORDERS as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Cambridge's Complaint is voluntarily dismissed without prejudice. Cambridge reserves any and all rights to share in any recovery in this action as a member of the putative class.

SO ORDERED, this __15__ day of __December__, 2020.

/s/
John A. Gibney, Jr.
HONORABLE JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE