UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, ROBERT M. ROTHMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund.  I submit this declaration to the Court in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Report on Market Efficiency, Loss Causation and Damages by Professor Steven P. Feinstein, Ph.D., CFA, dated January 4, 2021.

Exhibit B:      Robbins Geller Rudman & Dowd LLP Firm Résumé.

Exhibit C:      Labaton Sucharow LLP Firm Résumé.

Exhibit D:      Cohen Milstein Sellers & Toll PLLC Firm Résumé.

Exhibit E:      [Proposed] Order.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 19, 2021, at Melville, New York.

*/s/ Robert M. Rothman*

ROBERT M. ROTHMAN