# EXHIBIT A

Case 3:20-cv-00112-JAG    Document 122-1    Filed 01/19/21    Page 1 of 200 PageID# 2282

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-112-JAG |

REPORT ON MARKET EFFICIENCY, LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

January 4, 2021

## TABLE OF CONTENTS

I.    SCOPE OF PROJECT AND REPORT ................................................................1

II.   CREDENTIALS ................................................................................................2

III.  CONCLUSIONS................................................................................................4

IV.   PLAINTIFFS' ALLEGATIONS ......................................................................7

V.    FACTUAL BACKGROUND............................................................................8

      A.    About the Company .................................................................................8

      B.    JELD-WEN Common Stock...................................................................11

      C.    Timeline of Events ................................................................................12

            1.    Pre-Class Period Events...............................................................12

                  a.    Acquisition by Onex .........................................................12

                  b.    CMI Acquisition ..............................................................13

                  c.    *Steves* Antitrust Litigation..............................................14

            2.    26 January 2017: The Company Completes Its Initial Public
                  Offering.........................................................................................15

            3.    22 February 2017: Q4 and FY 2016 Earnings Announcement..................16

            4.    9 May 2017: Q1 2017 Earnings Announcement......................................18

            5.    24 May 2017: First Secondary Public Offering......................................20

            6.    8 August 2017: Q2 2017 Earnings Announcement .................................20

            7.    14 September 2017: JELD-WEN Presents at RBC Capital
                  Markets' Global Industrials Conference.....................................23

            8.    7 November 2017: Q3 2017 Earnings Announcement.............................24

            9.    8 November 2017: JELD-WEN Presents at Robert W. Baird
                  Conference ....................................................................................26

            10.   15 November 2017: Second Secondary Public Offering..........................27

            11.   15 February 2018: *Steves* Litigation Verdict Announced...........................28

            12.   21 February 2018: Q4 and FY 2017 Earnings Announcement..................29

            13.   22 February 2018: JELD-WEN Presents at Barclays Industrial
                  Select Conference .........................................................................32

            14.   28 February 2018: JELD-WEN Announces the Resignation of
                  CEO Beck and Two Acquisitions...............................................33

            15.   8 May 2018: Q1 2018 Earnings Announcement......................................34

            16.   11 May 2018: *Steves* Litigation Counterclaim Verdict............................36

            17.   14 May 2018: JELD-WEN Presents at JPMorgan 2018
                  Homebuilding and Building Products Conference ...................37

18.    1 June 2018: JELD-WEN Appoints Gary S. Michel as President and CEO .................................................................................38

19.    7 August 2018: Q2 2018 Earnings Announcement ...................................39

20.    5-6 October 2018: *Steves* Litigation Press Releases and Judge Robert E. Payne Opinion .........................................................................42

21.    15 October 2018: JELD-WEN Takes A Litigation-Related Charge of $76.5 million; JELD-WEN Announces Preliminary Financial Results for Q3 2018 and Lowers FY 2018 Guidance; CFO Resigns ........44

22.    Post-Class Period Event: 6 November 2018, JELD-WEN Announces Results for Q3 2018 .................................................................49

VI.    MARKET EFFICIENCY DEFINITION AND ASSESSMENT METHODOLOGY ...........................................................................................53

A.    Efficient Market Defined ....................................................................53

B.    Indicators of Market Efficiency ..........................................................55

1.    The *Cammer* Factors ...............................................................55

2.    The *Krogman* Factors .............................................................58

VII.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR JELD-WEN COMMON STOCK .........................................................................................................59

A.    Trading Volume ..................................................................................59

B.    Analyst Coverage and Other Avenues of Information Dissemination ..................60

1.    Analyst Coverage ......................................................................60

2.    Analyst Coverage Immediately After the IPO ...........................61

3.    Institutional Ownership and Buy-Side Analysis .......................62

4.    News Coverage ..........................................................................63

C.    Market Makers and Listing on the NYSE ............................................63

D.    S-3 Registration Eligibility ................................................................65

1.    Float ..........................................................................................66

2.    Financial Filings .......................................................................67

E.    *Krogman* Factors ..............................................................................68

1.    Market Capitalization ...............................................................68

2.    Float ..........................................................................................69

3.    Bid-Ask Spread .........................................................................69

VIII.    EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY ...............................70

A.    Event Studies ......................................................................................73

B.    Collective Event Study Test ................................................................74

1. Collective Event Study Test Design and Methodology ............................74

2. Collective Event Study Tests of Market Efficiency are Widely Used and Accepted by Courts .................................................................75

3. Selection of Earnings Announcement Dates ...........................................77

4. Isolating the Impact of Company-Specific Information ...........................80

5. *t*-Test ......................................................................................................82

6. A Caveat About Non-Significant Security Price Movements ...................83

C. Collective Event Study Test Results .........................................................85

IX. MARKET EFFICIENCY SUMMARY ....................................................................86

X. LOSS CAUSATION ..............................................................................................87

A. Analytical Methodology .............................................................................87

B. Loss Causation Analysis ............................................................................88

1. Financial Principles ................................................................................89

a. Anticompetitive Behavior Boosts Profitability, but the Benefit from Illegal Activity is Generally Not Sustainable ..........89

b. Profitability is a Key Determinant of Value .................................90

c. Financial Principles Compel a Conclusion of Loss Causation .....................................................................................91

2. Company Statements Compel a Conclusion of Loss Causation ...............92

a. Company Statements Confirm the Economic Importance of the *Steves* Litigation and Financial Ramifications Associated Therewith ..................................................................92

b. Company Statements Confirm the Economic Importance of Pricing and Profitability ..............................................................94

3. Analysts Statements Compel a Conclusion of Loss Causation ................96

a. Analyst Statements Establish the Economic Importance of Misrepresentations and Omissions Related to the *Steves* Litigation and the Lawsuit's Allegations ......................................96

b. Analyst Statements Confirm the Economic Importance of Pricing and Profitability ..............................................................97

4. Event Study ............................................................................................99

a. Identification of Corrective Disclosure Event Dates ....................99

b. Event Study Results and Analysis: 8 October 2018 ....................100

c. Event Study Results and Analysis: 16 October 2018 ..................102

XI. DAMAGES .........................................................................................................103

A.    Quantifying Losses Caused by Disclosures Correcting Alleged Misrepresentations and Omissions ........................................................104

    1.    Company Information on the 15 October 2018 Corrective Disclosure Event Date Caused A Significant Stock Price Decline..........104

    2.    Attribution of Price Decline Between Fraud-Related Disclosures and Confounding Information..................................................104

        a.    Per Share Direct Impact of Litigation Charge ............................105

        b.    Per Share Impact of Q3 Results and FY 2018 Guidance.............107

        c.    Per Share Impact of Mallard's Departure and Linker's Promotion.....................................................................................109

        d.    Per Share Valuation Impact of Lower EBITDA Estimates and Valuation Multiple for 2019 and Beyond; Disaggregation Between Fraud-Related and Confounding Information ...................................................................................110

    3.    Fraud-Related Loss on 16 October 2018 .................................................113

B.    Artificial Inflation Ribbon ......................................................................114

C.    Per Share Damages Formula...................................................................115

XII.    LIMITING FACTORS AND OTHER ASSUMPTIONS................................................116

XIII.    APPENDIX-1: LOGARITHMIC RETURNS ................................................................117

**CONFIDENTIAL**

## I.    SCOPE OF PROJECT AND REPORT

1.    I was asked by Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP, Co-Counsel for the Co-Lead Plaintiffs ("Counsel"), to determine whether the common stock of JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company") traded in an efficient market during the period from 26 January 2017 through 15 October 2018, inclusive (the "Class Period").

2.    In addition, I was asked by Counsel to determine whether investors who purchased JELD-WEN common stock during the Class Period suffered losses as a result of Defendants' alleged misrepresentations and omissions. I was also asked to quantify compensable damages sustained, if any, on a per share basis.

3.    Toward these ends, I analyzed the market for JELD-WEN common stock, the price behavior of the stock, and the factors that are generally accepted to be indicative of market efficiency. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of JELD-WEN's industry sector, as well as other pertinent data and documents. I read and considered the contents of the Consolidated Class Action Complaint, filed 22 June 2020 (the "Complaint"), and the District Court's Opinion dated 26 October 2020, which denied Defendants' motion to dismiss the Complaint ("MTD Order"). For the loss causation and damages analysis, I examined and considered documents and deposition testimony produced in this action and publicly available information concerning the litigation with *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP ("*Steves* litigation" or "*Steves* antitrust litigation"). Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4.    For the loss causation and damages analyses, I assumed Lead Plaintiffs will be able to prove their factual allegations.[1]

---

[1] Assuming the factual allegations is generally accepted practice in loss causation and damages analysis. *See*, e.g., "Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific Evidence,* 3rd Edition, 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful").

**CONFIDENTIAL**

5. This report presents my methodology, findings, and conclusions relating to market efficiency, loss causation, and the quantification of per share damages, based on the information presently available to me. It is my understanding that Defendants' production of documents is not yet complete, documents from third parties have not been produced and no depositions have been taken by Counsel.

6. My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work.

## II.    CREDENTIALS

7. I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

8. I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

9. At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

10. I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

11. Prior to my joining the faculty at Babson College, I taught finance courses at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

**CONFIDENTIAL**

12.    I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting* (recent article available online and forthcoming in print). I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. I also co-authored papers that have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

13.    I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

14.    I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston. I served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

**CONFIDENTIAL**

15.    The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs, I taught candidates at the most advanced level.

16.    In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, the National Association of Securities Dealers, and numerous law firms prominent in securities litigation. As a financial consultant, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 120 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

17.    I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is being compensated at a rate of $895 per hour for my work, and a range of lower rates for analysts and other personnel who have assisted me on this case. My compensation is neither contingent on my findings nor on the outcome of this matter.

## III.    CONCLUSIONS

18.    JELD-WEN common stock traded in an efficient market over the course of the Class Period. I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which, consistent with financial economic principles and published peer-reviewed empirical research, indicate market efficiency. Courts in the Fourth Circuit have accepted and applied the factors set forth in *Cammer* and *Krogman* as dispositive indicators of market

4

**CONFIDENTIAL**

efficiency.[2] Courts in all other circuits have similarly relied on the *Cammer* and *Krogman* factors as dispositive indicators of market efficiency. JELD-WEN stock satisfied all of the *Cammer* and *Krogman* factors during the Class Period.

19. Statistical analysis examining the empirical behavior of JELD-WEN stock proves that there was a cause-and-effect relationship between the release of Company information and movement in the JELD-WEN stock price. Event study analysis proved that JELD-WEN stock responded to Company-specific information, which is the essence of market efficiency. Therefore, JELD-WEN stock satisfied the fifth *Cammer* factor by empirically demonstrating market efficiency during the Class Period.

20. Based on the foregoing, I conclude that JELD-WEN stock traded in an efficient market throughout the Class Period.

21. The alleged misrepresentations and omissions caused the price of JELD-WEN stock to be artificially inflated over the course of the Class Period. The alleged misrepresentations and omissions concealed from investors that the Company had engaged in illegal anticompetitive behavior, and that the illegal behavior was instrumental in the Company achieving high profit margins and EBITDA growth. On account of the alleged misrepresentations and omissions, investors were unaware that the Company's financial prospects were worse than what investors were led to believe. Specifically, Defendants concealed that the Company would encounter adverse legal consequences and that previously achieved levels of profitability were unsustainable absent the illegal anticompetitive behavior. Consequently, the misrepresentations and omissions caused JELD-WEN stock to be overvalued in the marketplace until corrective disclosures provided investors and analysts with the concealed truth.

22. The Company misled the market, in part, by vehemently denying the validity of the antitrust charges against it, even after a jury in the *Steves* antitrust litigation rendered a verdict against it. However, on 15 October 2018 JELD-WEN stunned the market by disclosing that it would take a charge of $76.5 million that "reflects the judgment anticipated to be entered against the company" in the *Steves* antitrust litigation. The

---

[2] *See*, e.g., *In re NII Holdings, Inc. Secs. Litig.,* 1:14-CV-227(LMB/JFA) (E.D. Va. 2015); *In re Computer Sciences Corp. Secs. Litig.*, 288 F.R.D. 112 (E.D. Va. 2012); *In re Mills Corp. Secs. Litig.*, 257 F.R.D. 101 (E.D. Va. 2009); and *Simpson v. Specialty Retail Concepts*, 823 F. Supp. 353 (M.D.N.C. 1993).

**CONFIDENTIAL**

Company disclosed that "recent rulings in the case have now provided sufficient detail for the company to estimate future liabilities if the appeal process is unsuccessful."[3]

23. With this corrective disclosure, provided by the Company itself, investors and analysts were now informed that the allegations of illegal anticompetitive behavior had merit and that there would be negative repercussions from that behavior. That same day, in the same press release, the Company disclosed that profitability was and would be less than what was previously achievable and expected.

24. Event study analysis, which considers and accounts for potentially confounding information, proves that the corrective disclosures on 15 October 2018 caused the price of JELD-WEN stock to fall significantly. The disclosures not only corrected the misinformation in the market, but simultaneously dissipated the artificial inflation caused by the misinformation.

25. In sum, the misrepresentations and omissions artificially inflated the JELD-WEN stock price, and the corrective disclosures dissipated the artificial inflation, causing the stock price to decline, in turn causing investor losses. This loss causation conclusion is based on fundamental principles of finance and valuation, Company statements, internal Company documents, news articles, analyst reports, and event study analysis.

26. Financial and statistical analysis shows that on account of Defendants' misrepresentations and omissions, the Company's stock price was inflated by at least $1.99 per share at the start of the Class Period, and throughout the Class Period.

27. Any investor who purchased JELD-WEN stock during the Class Period when the stock was artificially inflated and held that stock until the corrective disclosures on 15 October 2018 suffered a loss that was caused by the misrepresentations and omissions. Per share damages range up to $1.99 per share, the amount of the artificial inflation, depending on the timing of the investor's purchase and sale.

---

[3] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; and JELD-WEN Holding, Inc., Form 8-K, filed 17 October 2018.

**CONFIDENTIAL**

IV.    **PLAINTIFFS' ALLEGATIONS**

28.    Plaintiffs allege that with misrepresentations and omissions, JELD-WEN "failed to disclose intentionally anticompetitive conduct that violated federal antitrust law."[4] Plaintiffs contend that the Company's misrepresentations and omissions misled investors into believing that JELD-WEN's increasing profitability was due to "disciplined execution," which included "pricing optimization."[5] According to Plaintiffs, contrary to the Company's allegedly fraudulent misstatements, the Company's track record of increasing profitability was not achieved through careful, legal, strategic pricing and execution, but rather was due, at least in part, to concealed illegal anticompetitive behavior, which the Company used to raise prices and lower quality.

29.    Whether or not the Company's profitability growth was due to legal or illegal activity was relevant to investors, because that difference determines whether or not the Company's performance was sustainable, and whether there would be adverse legal consequences such as fines and ordered divestiture.

30.    Despite antitrust litigation brought against the Company, and despite a jury verdict finding for the plaintiff and a subsequent order requiring divestiture of a production facility, the Company maintained that it had not done anything illegal and that the *Steves* lawsuit was meritless. These declarations, too, are alleged to be false and misleading.[6]

31.    Plaintiffs assert that only when the Company announced that it would take a charge for the anticipated antitrust judgment against it, and that earnings would not measure up to what was previously anticipated, were the misinformation and valuation impact of the Company's misrepresentations and omissions corrected.[7] But these corrective announcements caused the stock to tumble. Consequently, Plaintiffs allege, investors

---

[4] MTD Order, p. 1.

[5] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 5; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 8; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 9; Consolidated Class Action Complaint, filed 22 June 2020, p. 6.

[6] Complaint, pp. 8, 38, 60, 62, 67.

[7] Complaint, pp. 38-39, 62-64, and 67-68.

7

**CONFIDENTIAL**

suffered damages caused by the Company's misrepresentations and omissions pertaining to anticompetitive behavior.

## V.     FACTUAL BACKGROUND

### A.     About the Company

32.  JELD-WEN describes itself as "one of the world's largest door and window manufacturers."[8] The Company designs, manufactures, and distributes "an extensive range of interior and exterior doors, wood, vinyl, and aluminum windows, and related products for use in the new construction and R&R [repair and remodel] of residential homes."[9]

33.  The Company was founded in 1960.[10] In 2011, Onex Corporation and its affiliates ("Onex"), an investment management and private equity firm, based in Toronto, Canada, gained control by acquiring a majority of the Company's voting interests.[11] As the Company describes it, "After the Onex investment, we began the transformation of our business from a family-run operation to a global organization with independent, professional management."[12]

---

[8] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 8; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 7; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 8.

[9] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 111; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 7; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 8.

[10] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 2; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 7; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 8.

[11] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 12; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 7; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 8.

[12] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 2; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 7; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 8.

**CONFIDENTIAL**

34. JELD-WEN is organized as a holding company that conducts its operations through numerous wholly owned subsidiaries. JELD-WEN, Inc. is the Company's "main operating subsidiary" and produces the majority of the Company's operating income.[13]

35. The Company's "operations are managed and reported in three reportable segments, organized and managed principally by geographic region."[14] The reporting segments are North America, Europe, and Australasia.[15]

36. For the fiscal years ("FY") 2015, 2016, 2017 and 2018, JELD-WEN reported total net revenues of $3.4 billion, $3.7 billion, $3.8 billion, and $4.3 billion, respectively.[16] North America accounted for 60%, 59%, 57%, and 57% of the Company's net revenues in FY 2015, FY 2016, FY 2017, and FY 2018, respectively.[17] By product, door sales made up 65%, 67%, 67%, and 66% of the Company's total net revenues for FY 2015, FY 2016, FY 2017, and FY 2018, respectively.[18]

37. For FY 2015, FY 2016, FY 2017, and FY 2018, JELD-WEN's adjusted earnings before interest, taxes, depreciations, and amortization ("EBITDA")[19] were $311.0 million, $393.7

---

[13] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 83; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 55; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 58.

[14] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 10; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 11.

[15] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 1; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 10; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 11.

[16] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 74; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 51; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 53.

[17] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 74; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 51; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 53.

[18] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 3; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 9; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 9; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 10.

[19] According to the Company, adjusted EBITDA is a "financial measure of operating performance" and is defined "as net income (loss), as adjusted for the following items: income (loss) from discontinued operations, net of tax; gain (loss) on sale of discontinued operations, net of tax; equity earnings (loss) of nonconsolidated entities; income tax benefit (expense); depreciation and amortization; interest expense, net; impairment and restructuring charges; gain (loss) on sale of property and equipment; share- based compensation expense; non- cash foreign exchange transaction/translation income (loss); other non- cash items; other items; and costs related to debt restructuring, debt

**CONFIDENTIAL**

million, $437.6 million, and $465.3 million, respectively.[20] The North America segment accounted for $201.7 million (65%), $251.8 million (64%), $273.6 million (63%), and $279.0 million (60%) of the Company's EBITDA in those respective fiscal years.[21]

38.   In its SEC filings throughout the Class Period, the Company attributed its business and financial success to "operational excellence"[22] and "disciplined execution," which included "pricing optimization."

> "We seek to achieve best-in-industry financial performance through the disciplined execution of: operational excellence programs, such as the JEM [JELD-WEN Excellence Model], to improve our profit margins and free cash flow; initiatives to drive profitable organic sales growth, including new product development, investments in our brands and marketing, channel management, and pricing optimization; and acquisitions to expand our business."
> **JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 5; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 8.**

39.   The Company elaborated on what it meant by "pricing optimization" and repeatedly emphasized the importance of pricing to profitability and the Company's success.

> "We are focused on profitable growth and will continue to employ a strategic approach to pricing our products. Pricing discipline is an important element of our effort to improve our profit margins and earn an appropriate return on our invested capital."
> **JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 7; JELD-WEN Holding, Inc., Form 424B4, dated 24 May 2017, filed 26 May 2017, p. 7; JELD-WEN Holding, Inc., Form 424B4, dated 15 November 2017, filed 17 November 2017, p. 7; JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 9; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 10.**

---

refinancing, and the Onex Investment." (JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. iii.) Unless otherwise indicated, EBITDA will refer to adjusted EBITDA as defined by the Company.

[20] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 41.

[21] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 51; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 53.

[22] Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, pp. 8 and 44; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, pp. 9 and 45.

**CONFIDENTIAL**

40.     While the Company attributed the favorable product pricing and valuable profit margins it enjoyed to "disciplined execution," it was ultimately revealed that its exceptional pricing and profit margins were achieved through illegal anticompetitive behavior.

### B.     JELD-WEN Common Stock

41.     Prior to 26 January 2017, all JELD-WEN stock was closely held private equity. Onex owned 83.8%.[23] JELD-WEN executive officers and directors owned 6.3% of the equity.[24] The parties that owned the remaining 9.9% were not explicitly disclosed by the Company in documents I was able to review.

42.     On 26 January 2017, JELD-WEN completed an initial offering to the public of 25,000,000 shares, priced at $23.00 per share.[25] Of the 25,000,000 shares, 22,272,727 shares were sold by the Company, generating funds for the Company, while Onex sold 2,727,273 shares from its prior holdings. The underwriters executed their option to purchase 3,750,000 additional shares from Onex, bringing the total number of shares sold in the IPO to 28,750,000.[26] Upon completion, Onex retained a 59.9% equity stake in the Company.[27]

43.     Following the IPO, JELD-WEN stock traded on the NYSE. The ticker symbol is JELD.[28]

44.     On 27 January 2017, the first day of trading, JELD-WEN's stock price closed at $26.12 per share. I obtained JELD-WEN stock price data from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals.

---

[23] JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 146.

[24] JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 146.

[25] JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 1.

[26] "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 26 January 2017; Onex sold a total of 6,477,273 shares from which the Company did not receive any proceeds. Prior to the IPO, Onex held an 83.8% stake in JELD-WEN. After the IPO, Onex retained a 59.9% stake in the Company. *See*, e.g. JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 146; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, pp. 8-9.

[27] JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 146.

[28] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 36; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 38.

**CONFIDENTIAL**

45. On 8 January 2018, the closing stock price peaked at $41.81 per share. By the close of trading on 16 October 2018, the first trading day after the end of the Class Period, JELD-WEN's stock price had fallen to $17.28 per share, a decline of $24.53 per share, or 58.67% from the Class Period high. JELD-WEN's stock prices during the Class Period are presented in Exhibit-4.

46. On 27 January 2017, JELD-WEN's market capitalization (the aggregate value of all outstanding shares) was $2.74 billion.[29] At its Class Period peak on 8 January 2018, the market capitalization was $4.43 billion. By the close of trading on 16 October 2018, the first trading day after the end of the Class Period, the Company's market capitalization had fallen to $1.79 billion. Market 0capitalization declined $2.64 billion from the peak, representing a 59.67% decline in the Company's market value of equity.

### C.    Timeline of Events

47. A review of the following events provides context for understanding the Plaintiffs' allegations and the Company's experience and condition prior to and during the Class Period.

#### 1.    Pre-Class Period Events

##### a.    Acquisition by Onex

48. In 2011, Onex "acquired a majority of the combined voting power in the Company through the acquisition of convertible debt and convertible preferred equity."[30]

49. In pursuing the transaction, Onex relied upon "Philip Orsino, the former CEO and the founder of Masonite [to] evaluate this opportunity."[31] Masonite is Masonite International Corporation, a publicly-traded "leading global designer, manufacturer and distributor" of

---

[29] Shares outstanding data obtained from Company SEC filings.

[30] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. iv.

[31] "Q1 2011 Onex Corp Earnings Conference Call," *Thomson Reuters*, Onex conference call, 11 May 2011, p. 3.

**CONFIDENTIAL**

doors.[32] In August of 2011, Mr. Orsino became JELD-WEN's President.[33] He would go on to become CEO and serve until March 2014, when he was replaced by Kirk Hachigian.[34]

### b.    CMI Acquisition

50.    On 24 October 2012, JELD-WEN acquired CMI, a "manufacturer and marketer of doors, door facings and exterior composite trim."[35, 36] Prior to the acquisition, CMI had been one of JELD-WEN's two primary competitors in the market for door skins. Masonite was the other. [37]

51.    As part of the CMI acquisition, JELD-WEN took ownership of CMI's door skin manufacturing plant in Towanda, Pennsylvania (the "Towanda plant").[38] The acquisition further concentrated North America molded door capacity under the control of JELD-WEN.[39]

52.    With the acquisition of CMI by JELD-WEN, JELD-WEN and Masonite became the only two manufacturers of door skins in the US. As "doorskins are the principle component of interior molded doors,"[40] the acquisition gave these two companies a dominant share of the market for interior molded doors. Together, the two companies controlled approximately 85% of the market for interior molded doors.[41]

---

[32] Masonite International Corporation, Form 10-K for the Fiscal Year Ended 30 December 2018, filed 26 February 2019, p. 1.

[33] Deposition of Philip Orsino, In the Matter of: Interior Molded Door Antitrust, 24 January 2020, p. 40 [JW-SEC-01089835-9005, at 75].

[34] Deposition of Philip Orsino, In the Matter of: Interior Molded Door Antitrust, 24 January 2020, p. 43-44 [JW-SEC-01089835-9005, at 77-78].

[35] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 42.

[36] "JELD-WEN Completes Acquisition of Craftmaster," *Marketwire*, 24 October 2012, 5:08 PM ET.

[37] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 110.

[38] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 42.

[39] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 42; Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, pp. 3-4; and Consolidated Class Action Complaint, filed 22 June 2020, p. 41.

[40] Complaint, p. 2.

[41] Complaint, p. 23.

**CONFIDENTIAL**

### c.      *Steves* Antitrust Litigation

53.     On 29 June 2016, Steves and Sons, Inc. ("Steves"), an independent door manufacturer, filed suit against JELD-WEN.[42] Steves alleged that JELD-WEN breached a contract with Steves and engaged in anticompetitive behavior that violated US antitrust laws.[43]

54.     Previously, on 1 May 2012, Steves had entered into a long-term supply contract for door skins with JELD-WEN.[44] Under the contract, JELD-WEN agreed to supply Steves with door skins and charge prices determined by JELD-WEN's raw materials and manufacturing costs.[45]

55.     In its complaint, Steves alleged that JELD-WEN violated the terms of the supply contract. According to Steves, JELD-WEN inappropriately raised prices, lowered quality, and demanded that Steves agree to key changes in the agreement. JELD-WEN threatened to terminate the supply agreement with Steves if Steves did not agree to the changes, according to the lawsuit allegations.[46]

56.     Ultimately, Steves did not accept JELD-WEN's demands. JELD-WEN did terminate the agreement. Steves then filed the lawsuit.[47]

57.     JELD-WEN characterized the lawsuit's allegations thusly:

> "The complaint alleges that our acquisition of CMI, a competitor in the molded door skins market, together with subsequent price increases and other alleged acts and omissions, violated antitrust laws and constituted a breach of contract, and breach of warranty. Specifically, the complaint alleged that our acquisition of CMI substantially lessened competition in the molded door skins market."
> **JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 36.**

---

[42] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. F-45.

[43] Complaint For Injunctive and Declaratory Relief, Damages, and Specific Performance, filed 29 June 2016, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, pp. 1-2.

[44] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 16.

[45] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 28.

[46] Complaint For Injunctive and Declaratory Relief, Damages, and Specific Performance, filed 29 June 2016, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 23.

[47] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 36.

**CONFIDENTIAL**

### 2.    26 January 2017: The Company Completes Its Initial Public Offering

58.    On 26 January 2017, JELD-WEN completed its IPO.[48] Following the IPO, the Company had 104,881,631 million shares outstanding, of which 28,750,000 were owned by the public and traded freely.[49]

59.    In its offering prospectus, the Company stated, "while we operate in a competitive market, pricing discipline is an important element of [its] strategy to achieve profitable growth through improved margins."[50]

> "In early 2014, our new management team began to strategically change our pricing strategy in several key areas. First, we focused on making strategic pricing decisions based on analysis of customer and product level profitability to restore profitability to underperforming lines of business. Second, we increased our emphasis on pricing optimization. As a result, our operations during 2014 and 2015 benefited from improved pricing, particularly in North America, where pricing returned to close to pre- crisis levels in some product lines across some market channels."
> **JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 63.**

60.    Analysts noted that JELD-WEN's pricing strategy was a key to the Company's growing profits (EBITDA growth), and that pricing was a key element in the Company's valuation ("significant driver of positive sentiment").

> "[T]his team is making transformation change through the use of a proven track record including improved pricing discipline, establishment of operational excellence (productivity tracking metrics), investment in building growth infrastructure and inorganic strategic growth."
> **"Initiating With OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value," by Al Kaschalk, Wedbush, analyst report, 2 February 2017, p. 2.**

---

[48] "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 26 January 2017; Onex sold a total of 6,477,273 shares from which the Company did not receive any proceeds. Prior to the IPO, Onex held an 83.8% stake in JELD-WEN. After the IPO, Onex retained a 59.9% stake in the Company. *See*, e.g., JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, pp. cover and 146; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, pp. 8-9.

[49] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017, p. 31.

[50] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 62.

**CONFIDENTIAL**

> "We think it's important to note where the EBITDA growth is coming from, and where it isn't. Price was a key tenet of the initial margin repair under the new management team, beginning in 2014. Price has been a significant driver of positive sentiment around the door industry since then …."
> **"Repairing and Remodeling Margins; Initiate at Overweight," by Michael Dahl et al., Barclays, analyst report, 21 February 2017, p. 8.**

### 3.    22 February 2017: Q4 and FY 2016 Earnings Announcement

61.    Prior to the start of trading on 22 February 2017, JELD-WEN announced financial results for Q4 and FY 2016, provided FY 2017 guidance, and held a conference call with investors.[51] For the quarter, the Company reported net revenues of $973.2 million (above consensus expectations of $954.2 million).[52] The Company also reported EBITDA of $103.0 million (above consensus expectations of $98.7 million). The Company's Q4 2016 EBITDA margin was 10.6%, a year-over-year ("Y/Y") increase of 180 basis points ("bps").[53, 54]

62.    In Q4 2016, the Company's North America segment generated net revenues of $569.3 million and EBITDA of $66.1 million.[55] EBITDA margin for the North America segment was 11.6%, a Y/Y increase of 350 bps, an extraordinarily large increase in profitability.[56] CFO Brooks Mallard attributed the increase in EBITDA for the North America segment to "favorable pricing and operating leverage on improved volume mix."[57]

---

[51] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM; "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM; and "Q4 & FY 2016 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 22 February 2017.

[52] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[53] A basis point is a percent of a percent. A profit margin increase of 180 bps is a 1.8% increase in the profit margin, bringing the profit margin to 10.6% from 8.8% in this instance.

[54] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[55] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.

[56] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.

[57] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 4.

**CONFIDENTIAL**

63.    In the full FY 2016, the Company generated net revenues of $3.7 billion and EBITDA of $394.1 million. In FY 2016, the Company's EBITDA margin was 10.8%, a Y/Y increase of 150 bps.[58] The North America segment in FY 2016 generated net revenues of $2.1 billion and EBITDA of $251.8 million. EBITDA margin for the North America segment in FY 2016 was 11.7%, a Y/Y increase of 170 bps.[59]

64.    JELD-WEN established net revenue growth guidance for FY 2017 of 1.5%-3.5%.[60] The Company cited "core growth" as the primary driver of revenue growth.[61] The Company also established FY 2017 EBITDA guidance of $435-$455 million (in line with consensus expectations of $444.3 million).[62]

65.    The Company also provided a long-term outlook for revenue growth and EBITDA margin. For revenue, the Company declared a "long-term core growth target of 4% to 5%."[63] For EBITDA margin, which is the spread between prices and costs, the Company declared a target "of 15% or more,"[64] which was a substantial increase from the 10.8% Company-wide margin and the 11.7% North America margin it had just achieved in the prior FY.

---

[58] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.

[59] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.

[60] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.

[61] *See*, e.g., "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM ("The company defines core growth as the increase in net revenues, excluding the impact of foreign exchange and acquisitions completed in the last twelve months").

[62] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[63] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 5.

[64] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 5.

**CONFIDENTIAL**

66.     Revenue grows when either volume increases, or prices increase, or a combination of the two. The Company imparted that long-term core growth would be driven by "pricing opportunities," and its long-term margin expansion would be driven by "profitable organic growth" supported by "strategic pricing."[65]

67.     The plan, according to CFO Mallard, was to improve EBITDA margin by 100 to 150 bps each year for the next two to three years.[66] The drivers of that profitability growth, CFO Brooks explained, would "probably be 60% productivity sourcing, and then 40% organic growth as you look forward over the next two or three years."[67] Plaintiffs allege that the real plan for EBITDA profitability growth was illegal anticompetitive behavior.

### 4.     9 May 2017: Q1 2017 Earnings Announcement

68.     On 9 May 2017, prior to the start of trading, JELD-WEN announced financial results for Q1 2017, updated FY 2017 guidance, and held a conference call with investors.[68] For the quarter, the Company reported net revenues of $847.8 million (above consensus expectations of $821.3 million).[69] The Company also reported EBITDA of $81.0 million (above consensus expectations of $70.4 million). The Company's Q1 2017 EBITDA margin was 9.5%, a Y/Y increase of 180 bps.[70]

69.     In Q1 2017 the Company's North America segment generated net revenues of $484.1 million and EBITDA of $50.2 million. The Company attributed the increase in net revenues in the North America segment in part to an "increase in pricing [which] was the result of

[65] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 5; and "Q4 & FY 2016 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 22 February 2017, pp. 16-17.

[66] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 7.

[67] "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM, p. 7.

[68] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM; "Q1 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 9 May 2017, 8:00 AM; and "Q1 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 9 May 2017.

[69] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[70] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

**CONFIDENTIAL**

implementing our pricing optimization strategy."[71] EBITDA margin for the North America segment was 10.4%, a Y/Y increase of 350 bps.[72] CFO Mallard attributed the increase in EBITDA for the North America segment to "favorable pricing, profitable growth and cost savings initiatives."[73] Plaintiffs allege that favorable pricing and cost savings were achieved with illegal anticompetitive behavior, but that driver was omitted from the Company's announcement.

70.     For FY 2017, JELD-WEN maintained its net revenue growth guidance range of 1.5%-3.5%. The Company increased its EBITDA guidance to a range of $440-$460 million from a range of $435-$455 million.[74]

71.     Analysts viewed the Company's EBITDA growth as positive and echoed management's explanation that pricing was a core driver in this growth. JPMorgan analysts noted that "adjusted EBITDA margins were above our estimate, we believe mostly driven by better price."[75] SunTrust analysts noted that the 350 bps increase in EBITDA margin Y/Y was "driven by the extra days, as well as pricing, cost savings and profitable growth."[76] RBC analysts expected "that accelerating revenue growth in response to increased repair and remodel spending and a firmer pricing environment would lead to robust Adj. EBITDA growth."[77] Barclays analysts were "encouraged by the $5 mn increase to FY EBITDA guidance and think this could still reflect some conservatism given the continued progress on cost and productivity initiatives and potential for additional pricing to cover material cost inflation."

---

[71] JELD-WEN Holding, Inc., Form 10-Q for the Quarter ended 1 April 2017, filed 12 May 2017, p. 40.

[72] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM.

[73] "Q1 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 9 May 2017, 8:00 AM, p. 5.

[74] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[75] "Post-Call Notes: Solid 1Q; Slightly Raising EBITDA Estimates and Price Target; Neutral," by Jason Marcus et al., JPMorgan, analyst report, 10 May 2017, p. 1.

[76] "Shows Internal Improvement," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 9 May 2017, p. 1.

[77] "1Q17A Earnings Review: Fenestration Domination," by Robert Wetenhall et al., RBC, analyst report, 10 May 2017, p. 2.

**CONFIDENTIAL**

> "[W]e are encouraged by the $5 mn increase to FY EBITDA guidance and think this could still reflect some conservatism given the continued progress on cost and productivity initiatives and potential for additional pricing to cover material cost inflation. We continue to view JELD as one of our most compelling ideas given its unique 'self-help' margin opportunity over the next several years."
>
> **"Executing on Margin Initiatives," by Michael Dahl et al., Barclays, analyst report, 10 May 2017, p. 1.**

### 5.   24 May 2017: First Secondary Public Offering

72.     On 24 May 2017, Onex sold 16,100,000 shares from its holdings of JELD-WEN in a transaction registered and structured as a secondary public offering ("SPO").[78] The shares were sold at a price of $30.75 per share. The sale reduced Onex's JELD-WEN ownership to a 44.9% equity stake in the Company.[79]

### 6.   8 August 2017: Q2 2017 Earnings Announcement

73.     On 8 August 2017, prior to the start of trading, JELD-WEN announced financial results for Q2 2017, reiterated its FY 2017 guidance, and held a conference call with investors.[80] For the quarter, the Company reported net revenues of $948.7 million (below consensus expectations of $977.3 million).[81] The Company also reported EBITDA of $125.3 million (slightly below consensus expectations of $127.7 million). EBITDA margin continued to increase, however. The Company's Q2 2017 EBITDA margin was 13.2%, a Y/Y increase of 150 bps.[82]

---

[78] JELD-WEN Holding, Inc., Form 424B4, dated 24 May 2017, filed 26 May 2017; and "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 24 May 2017.

[79] JELD-WEN Holding, Inc., Form 424B4, dated 24 May 2017, filed 26 May 2017, p. cover.

[80] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM; "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM; and "Q2 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 August 2017.

[81] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[82] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

**CONFIDENTIAL**

74.    In Q2 2017, the Company's North America segment generated net revenues of $551.7 million, a Y/Y decline of 2.8%.[83] CFO Mallard attributed the decline of 2.8% in North America net revenues to "a decrease in core growth of 2% comprised of a decrease in volume/mix of approximately 4% *offset by an increase in pricing* of approximately 2%."[84] The North America segment generated EBITDA of $79.8 million, a Y/Y increase of 5.3%.[85] EBITDA margin for the North America segment was 14.5%, a Y/Y increase of 110 bps.[86] The increase in reported EBITDA in North America was attributed to "favorable pricing, operational cost savings and improved mix."[87] Plaintiffs allege that favorable pricing and cost savings stemmed from illegal anticompetitive behavior, but that driver was omitted from the Company's announcement.

75.    CEO Beck noted that the Company's wood window business has "had some challenges recently."[88] CFO Mallard attributed the decrease in net revenues in part to "lower sales in our wood window product line as a result of delivery issues and extended lead times."[89] Management reassured analysts that it has "action plans in place to resolve these issues and believe these should largely be behind us as we exit 2017."[90]

76.    During the conference call, the Company was asked how it managed to sustain the pricing momentum in North America through the first and second quarters of 2017 given that

---

[83] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM.

[84] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 5. Emphasis added.

[85] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM.

[86] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM.

[87] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 5.

[88] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 8.

[89] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 5.

[90] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 5.

**CONFIDENTIAL**

pricing in North America might have experienced a slowdown in 2017 compared to 2016.[91] CFO Mallard explained that "we'd probably been pulling more on the price lever in the first half of the year, as opposed to the volume lever … and then that's resulted in nice margin accretion."

> "[Brooks Mallard, JELD-WEN CFO & EVP]: When you, when we look at our entire manufacturing network and the demand that's coming in, we look at all the levers and we figure out which one we think is going to pull the most profitability for us. And so I would say we'd probably been pulling more on the price lever in the first half of the year, as opposed to the volume lever. And you can see that in the numbers obviously, right? Volume is down somewhat for a number of different reasons, but price is up. And so – and then that's resulted in nice margin accretion. I will say the other thing is I think we're seeing – we took a fairly conservative view heading into the year in terms of how sticky we thought the price would be, and I think we're just seeing better realization overall. We always assume there's going to be some level of breakage when we go out with price increases. And I think, this year, we're seeing less of that breakage and more of a drop-through to the bottom line. Now as we look forward, obviously as Mark said, we want to be able to use both the price lever and the volume lever to drive the best results to the bottom line. So we'll continue to evaluate that as we move through the year and make sure we make the best decision for our shareholders."
> **"Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 10.**

77.    Profit margin, which is driven in part by product pricing, was widely understood to be a crucial variable, if not the most crucial variable in the assessment and valuation of JELD-WEN. Not only did the Company repeatedly state how important pricing was to its success, but analysts concurred. Wells Fargo analysts emphasized the importance of profit margin to JELD-WEN, stating that "JELD's [m]argin expansion is truly the crux of this story, and on that front, the company has performed admirably."[92] Barclays analysts noted that JELD-WEN was "still largely a margin improvement story, to us, so we view the solid

---

[91] "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM, p. 10.

[92] "JELD: Revenues Don't Derail the Profitability Train," by Stephen East et al., Wells Fargo, analyst report, 8 August 2017, p. 1.

**CONFIDENTIAL**

margin expansion as a positive …."[93] Barclays analysts also viewed "JELD as one of our most compelling ideas given its unique margin opportunity over the next several years."[94] SunTrust analysts echoed management, noting that EBITDA margin in the North America segment had increased due to "increased price, cost savings and mix."

> "Revenue in the North America segment decreased 2.8%, or down roughly 2% excluding FX. This drop in core growth was driven by a 4% decline in volume, offset by a 2% increase in pricing. … Adjusted EBITDA margin of 14.5% increased 110 basis point versus the prior year, driven by the increased price, cost savings and mix."
> **"Delivers Margin Target on Mixed Revenue Results," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 8 August 2017, p. 2.**

### 7.    14 September 2017: JELD-WEN Presents at RBC Capital Markets' Global Industrials Conference

78.    During trading on 14 September 2017, the Company presented at RBC Capital Markets' Global Industrials Conference.[95] Management reiterated its FY 2017 guidance ranges for net revenue growth of 1.5%-3.5% and EBITDA of $440-$460 million.[96]

79.    During the conference, an RBC analyst asked CEO Beck about the "normal rate of pricing in North America."[97] CEO Beck explained that over the last few years, the Company had been "building a cadence of price increases that we are teaching the market to expect. That every year they can expect a price increase. And we announce it as a list price increase of typically 3% to 5% or 6% and we will try to realize 1% to 2%."[98]

---

[93] "JELD-WEN Holding, Inc.: 2Q17 Results First Look," by Michael Dahl et al., Barclays, analyst reports, 8 August 2017, p. 1.

[94] "Self-Help Earnings Growth in Spite of Modest Top Line," by Michael Dahl et al., Barclays, analyst report, 8 August 2017, p. 1.

[95] "JELD-WEN Holding, Inc. to Participate in the RBC Capital Markets Global Industrials Conference," *Business Wire,* Company press release, 5 September 2017. "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM.

[96] "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM, p. 6.

[97] "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM, p. 9.

[98] "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM, p. 9.

**CONFIDENTIAL**

80. When asked by the RBC analyst if Mr. Beck felt that the current competitive environment in North America was a "rational pricing environment" with "people behaving," CEO Beck replied "Yes."[99]

### 8.    7 November 2017: Q3 2017 Earnings Announcement

81. On 7 November 2017, prior to the start of trading, JELD-WEN announced financial results for Q3 2017, updated its FY 2017 guidance, and held a conference call with investors.[100] For Q3 2017, the Company reported net revenues of $991.4 million (above consensus expectations of $976.2 million).[101] The Company also reported EBITDA of $128.2 million (slightly below consensus expectations of $129.2 million). The Company's Q3 2017 EBITDA margin was 12.9%, a Y/Y increase of 20 bps.[102]

82. In Q3 2017, the Company's North America segment generated net revenues of $572.0 million and EBITDA of $82.5 million.[103] EBITDA margin for the North America segment was 14.4%, a Y/Y increase of 10 bps.[104] The Company attributed the 3.6% increase in net revenues in the North America segment in part to "core growth of 2%, primarily due to the benefit of pricing and a 2% contribution from the acquisition of MMI Door."[105] CFO Mallard attributed the increase in EBITDA for the North America segment to "favorable

[99] "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM, p. 13.

[100] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM; "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM; and "Q3 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 November 2017.

[101] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[102] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[103] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM.

[104] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM.

[105] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 6.

**CONFIDENTIAL**

pricing and operational cost savings, offset by unfavorable operational performance in North American windows and the previously mentioned higher freight cost."[106]

83. For FY 2017, JELD-WEN raised its forecast for net revenue growth from a range of 1.5%-3.5% to a range of 2%-4% (increasing the midpoint from 2.5% to 3.0%).[107] The Company cited recent acquisitions as the primary driver of revenue growth.[108] The Company lowered its EBITDA guidance from $440-$460 million to $440-$450 million, lowering the midpoint from $450 million to $445 million from, which was well below the consensus expectation of $452.5 million.[109] The Company cited "the partial year contributions of our recent acquisitions offset by operational headwinds," for this reduction.[110]

84. During the call, CFO Mallard reiterated that the Company has been "very focused on margin repair, very focused on driving gross margins through pricing and through operational improvements."[111] CEO Beck reassured analysts that he thought the Company could "get the wood window problems behind us by the end of this year, [so] that [it] becomes not a drag."[112] He added, "… it's actually contributing to the growth."[113] CEO Beck expressed that he was confident the Company "can accelerate core growth modestly in 2018."[114]

---

[106] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 6.

[107] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM.

[108] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 6.

[109] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM; Consensus estimates obtained from *FactSet*.

[110] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 6.

[111] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 11.

[112] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 9.

[113] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 9.

[114] "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM, p. 9.

**CONFIDENTIAL**

85.     Following the Company's conference call, analysts noted that the wood window business had been problematic and attributed the lower EBITDA guidance to the issues in the wood window business. For example, Gabelli was "disappointed that EBITDA guidance range was moved down to $440-450mm despite M&A contributions" and attributed the lower guidance in part to "operational issues in North American (NA) wood window business …."[115] JPMorgan similarly attributed the lower EBITDA guidance to "inefficiencies in wood windows and investments in 4Q ahead of incremental new North American retail business in early 2018."[116]

### 9.     8 November 2017: JELD-WEN Presents at Robert W. Baird Conference

86.     On 8 November 2017, after the close of trading, the Company presented at the Robert W. Baird conference.[117] CEO Beck highlighted some of the Company's recent successes and outlined some of the Company's expectations going forward.

> "Over the past – since that starting point when Kirk took over in early 2014, we have generated over 700 bps of margin expansion. Our trailing 12 months is about 11.6% EBITDA margin, and we really believe that there's a lot of runway still ahead. We've got a midterm goal of getting to 15%, and a longer-term goal of getting to 20% EBITDA margin for the Company."
> **"JELD-WEN Holding Inc at Robert W Baird Global Industrial Conference,"** *Thomson Reuters*, **edited transcript, 8 November 2017, 3:30 PM, p. 2.**

87.     The Baird analyst asked how the Company had achieved the margin expansion. CEO Beck answered that up to 75% of the expansion came from "price discipline."

> "[Mark Beck, JELD-WEN President & CEO]: What got us from 4% to almost 12% was – about 70% to 75% of that came on the back of price discipline. When the transformation began, pricing responsibility existed

---

[115] "Q3 Results – Buy," by Alvaro Lacayo, Gabelli, analyst report, 8 November 2017, p. 1.

[116] "3Q EBITDA Slightly Below Street, Our Est.; 2017 EBITDA Guidance Slightly Lowered – ALERT," by Jason Marcus et al., JPMorgan, analyst report, 7 November 2017, p. 1.

[117] "JELD-WEN Holding Inc at Robert W Baird Global Industrial Conference," *Thomson Reuters*, edited transcript, 8 November 2017, 3:30 PM.

26

**CONFIDENTIAL**

with plant managers, with salespeople, and we've centralized that. We have a central pricing analytics group, and we've centralized the authority to set pricing. And we've been very, very disciplined."
**"JELD-WEN Holding Inc at Robert W Baird Global Industrial Conference,"** *Thomson Reuters*, **edited transcript, 8 November 2017, 3:30 PM, p. 3.**

88.   When asked about the "pricing dynamics" in the North America segment, SVP John Linker explained that the Company sees "favorable pricing dynamics across all of our markets."

"[John Linker, JELD-WEN SVP, Corporate Development & IR]: And really over the last, I would say, 2 to 3 years we had – probably one of the first levers that Kirk pulled was he came in as CEO was really taking price, particularly in North America, back up to where it should have been, sort of pre-financial crisis. And so we had a pricing reset. And now we're into a cadence where, given our market-leading positions and our brands that we have around the world, we're in a cadence where we hope to be able to deliver, year in, year out, low-single-digit price, offset inflation, and really drive that as one of our levers of margin improvement going forward. So I would say that the market from that standpoint is healthy, and we see favorable pricing dynamics across all of our markets."
**"JELD-WEN Holding Inc at Robert W Baird Global Industrial Conference,"** *Thomson Reuters*, **edited transcript, 8 November 2017, 3:30 PM, p. 5.**

89.   RBC reported that management "suggested that price/volume tailwinds as well as operational improvements will help generate better margin performance next year."[118]

### 10.    15 November 2017: Second Secondary Public Offering

90.   On 15 November 2017, Onex sold 14,375,000 shares from its holdings of JELD-WEN in a transaction registered and structured as an SPO.[119] The shares were sold at a price of $33.75 per share. The sale reduced Onex's JELD-WEN ownership to a 31.3% equity stake in the Company.[120]

---

[118] "3Q17A Earnings Review: Fenestration Domination," by Robert Wetenhall et al., RBC, analyst report, 8 November 2017, p. 1.

[119] JELD-WEN Holding, Inc., Form 424B4, dated 15 November 2017, filed 17 November 2017; "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 15 November 2017.

[120] JELD-WEN Holding, Inc., Form 424B4, dated 15 November 2017, filed 17 November 2017, p. cover.

**CONFIDENTIAL**

### 11.    15 February 2018: *Steves* Litigation Verdict Announced

91.    On 15 February 2018, after the close of trading, the Company announced that the jury in the *Steves* litigation returned a verdict against JELD-WEN, finding that the Company had violated antitrust laws.[121] According to the JELD-WEN press release, "The verdict awards Steves $12,151,873 for past damages under both the Clayton Act and breach of contract claims and $46,480,581 in future lost profits under the Clayton Act claim."[122] Treble damages under the Clayton Act, plus legal fees, could raise the penalty to over $176 million.

92.    JELD-WEN insisted that it "continues to believe that the facts underlying this dispute do not establish either a violation of the antitrust laws or a breach of contract."

> "The Company continues to believe that the facts underlying this dispute do not establish either a violation of the antitrust laws or a breach of contract. The Company notes that both before and after the CMI acquisition, the Antitrust Division of the Department of Justice reviewed the transaction and did not challenge it. JELD-WEN believes that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. JELD-WEN intends to vigorously oppose entry of an adverse judgment, and to appeal any adverse judgment that may be entered. Accordingly, the Company does not believe that the ultimate outcome of this matter will have a material impact on its ability to operate in the ordinary course of business."
> **"JELD-WEN Announces Jury Verdict in Steves & Sons Lawsuit," *Business Wire*, Company press release, 15 February 2018, 6:48 PM.**

93.    Notwithstanding the verdict, the Company's denials and insistence that the antitrust allegations had no merit influenced market participants. Bank of America Merrill Lynch ("BAML") reiterated management's position, reporting that it "seems unlikely to us that a Clayton Act ruling would ultimately be rendered" given that the Department of Justice approved the CMI acquisition – the acquisition and subsequent price increases that the

---

[121] "JELD-WEN Announces Jury Verdict in Steves & Sons Lawsuit," *Business Wire*, Company press release, 15 February 2018, 6:48 PM.

[122] "JELD-WEN Announces Jury Verdict in Steves & Sons Lawsuit," *Business Wire*, Company press release, 15 February 2018, 6:48 PM.

28

**CONFIDENTIAL**

*Steves* complaint alleges JELD-WEN used to violate antitrust laws.[123] Gabelli viewed "any divestitures with regards to CMI as unlikely," also noting that "[t]his deal was reviewed twice by the DOJ and passed without issue in 2012."[124]

### 12.    21 February 2018: Q4 and FY 2017 Earnings Announcement

94.    On 21 February 2018, prior to the start of trading, JELD-WEN announced financial results for Q4 and FY 2017, provided FY 2018 guidance, and held a conference call with investors.[125] For the quarter, the Company reported net revenues of $976.0 million (below consensus expectations of $1,002.7 million).[126] EBITDA in Q4 was $103.1 million (below consensus expectations of $111.5 million). The Company's Q4 EBITDA margin was 10.6%, a Y/Y increase of 10 bps.[127]

95.    For the North America segment in Q4 2017, the Company generated net revenues of $550.3 million and EBITDA of $61.1 million.[128] EBITDA margin for the North America segment in Q4 2017 was 11.1%, a Y/Y decrease of 40 bps.[129] CFO Mallard attributed the 3.3% decrease in North America net revenues in Q4 2017 to a "core revenue decrease of 7%, primarily due to the impact of 5 fewer shipping days and the Florida business rationalization, partially offset by a 4% contribution from the acquisition of MMI Door."[130]

---

[123] "Unfavorable Steves Verdict Likely to be Appealed; Forced Divestitures Unlikely," by John Lovallo II and Peter Galbo, BAML, analyst report, 16 February 2018, p. 1.

[124] "Litigation Setback – Buy," by Alvaro Lacayo, Gabelli, analyst report, 20 February 2018, p. 1.

[125] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM; "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM; "Q4 and Full Year 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 21 February 2018.

[126] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM; Consensus estimates obtained from *FactSet*.

[127] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM; Consensus estimates obtained from *FactSet*.

[128] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

[129] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

[130] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 5.

**CONFIDENTIAL**

Mr. Mallard attributed the 6.9% decrease in EBITDA for the North America segment to fewer shipping days and "operational headwinds in the windows business."[131]

96. In the full FY 2017, the Company generated net revenues of $3.8 billion and EBITDA of $437.6 million. The Company's EBITDA margin in FY 2017 was 11.6%, a Y/Y increase of 90 bps.[132] In FY 2017, the Company's North America segment generated net revenues of $2.2 billion and EBITDA of $273.6 million.[133] FY 2017 EBITDA margin for the North America segment was 12.7%, a Y/Y increase of 100 bps.[134]

97. For FY 2018, JELD-WEN established net revenue growth guidance to be in the range of 8%-11%.[135] The Company cited core growth as the primary driver of revenue growth.[136] The Company also established FY 2018 EBITDA guidance of $500-$530 million (below consensus expectations of $539.6 million).[137] The Company expected to achieve EBITDA margin growth of 100-150 bps in FY 2018.[138] The Company cited "JEM initiatives, profitable core growth, and contributions from recent acquisitions" as the primary drivers of EBITDA margin growth.[139]

98. Despite the operational headwinds in the window business in North America, management continued to reassure analysts that it had "normalized lead times and delivery metrics coming out of our window plants. With these operational issues improving, our focus now

---

[131] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 5.

[132] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

[133] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 51.

[134] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 51.

[135] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

[136] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

[137] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM; Consensus estimates obtained from *Factset*.

[138] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 6.

[139] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.

**CONFIDENTIAL**

is on winning back window volumes."[140] Management also reassured analysts that "[e]xcluding the impact of shipping days and the Florida business rationalization, our doors product line generated mid-single-digit core revenue growth."[141]

99. Analysts echoed management and attributed the EBITDA miss to the North America window business. For example, SunTrust stated that the "North America business (56% of sales) decreased 3.3% or a 7% decline core growth. This was due to weak volume, particularly in windows, which fell 9% in the quarter."[142] BAML reported that "North America softness drives miss North America revenue declined by 3.3% YoY, to $550mm (BofAMLe $575mm), while segment EBITDA of $61mm was below our $69mm forecast, with the miss attributable to continued challenges in the wood windows business and a previously announced business line rationalization."[143]

100. CEO Beck closed the prepared segment of the call by stating that "[b]ecause this [*Steves*] litigation remains ongoing, we are limited in the comments we are able to make and we won't be able to take questions on the topic during Q&A."[144] CEO Beck averred that management "believe[s] that the claims asserted in the litigation lack merit" and that "based upon the positions we've outlined, we do not believe that the ultimate outcome will have a material impact on our ability to operate in the ordinary course of business."[145]

101. RBC analysts related management's insistence that "JELD is confident that the company has strong grounds to reverse any judgment on appeal and notes that the DOJ reviewed the [CMI] acquisition twice. JELD does not believe that a loss is probable or estimable."[146]

---

[140] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 3.

[141] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 3.

[142] "Initial Take on 4Q17 Results," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 21 February 2018, p. 1.

[143] "North America Challenges 4Q17 – First Take," by John Lovallo II and Peter Galbo, BAML, analyst report, 21 February 2018, p. 1.

[144] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, p. 6.

[145] "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM, pp. 6 and 7.

[146] "4Q17A Earnings Review," by Michael Eisen and Edson Flores, RBC, analyst report, 22 February 2018, p. 1.

**CONFIDENTIAL**

**13.    22 February 2018: JELD-WEN Presents at Barclays Industrial Select Conference**

102.    On 22 February 2018, prior to the start of trading, the Company presented at the Barclays Industrial Select Conference.[147] During the presentation, management reconfirmed its long-term EBITDA margin target range of 15%-20%.[148] The Barclays analyst asked about the level of receptiveness from customers in North America to price increases. CFO Mallard offered that customers understood that pricing increases were related to inflation.

> "[Unidentified Analyst]: … if you could help people understand – North America just came off a pretty favorable year, I think up 2%. Price is a little flatter in Europe and Australasia. How are you thinking about just magnitude of pricing? And where are you in the process of the conversations with your customer base as it relates to 2018 actions that are needed? And what's kind of the level of receptiveness?
>
> [CFO Mallard, Executive VP, CFO & Principal Accounting Officer]: …And you could see the impact in our margins as our margins really got back to a more normal and stable place. Now what you're seeing is we have to keep pace with inflation, and our customers are receptive to it. They know – they can see the inflation going on. They can see it going on kind of across the board. And I think in general, our customers are pretty good at passing those price increases on, and we've seen those be able to stick in the marketplace."
> **"JELD-WEN Holding Inc at Barclays Industrial Select Conference," *Thomson Reuters*, edited transcript, 22 February 2018, 8:35 AM, p. 4.**

103.    Following the conference, Barclays stated that they "continue to expect margin pressures in N.A. around freight costs, investments, and wood windows issues persisting into 2018."[149]

---

[147] "JELD-WEN Holding Inc at Barclays Industrial Select Conference," *Thomson Reuters*, edited transcript, 22 February 2018, 8:35 AM.

[148] "JELD-WEN Holding Inc at Barclays Industrial Select Conference," *Thomson Reuters*, edited transcript, 22 February 2018, 8:35 AM, p. 2.

[149] "Pressures Should be Transitory, but Earnings Trajectory Still Reduced," by Michael Dahl and Matthew Bouley, Barclays, analyst report, 22 February 2018, p. 1.

**CONFIDENTIAL**

### 14.   28 February 2018: JELD-WEN Announces the Resignation of CEO Beck and Two Acquisitions

104.   On 28 February 2018, prior to the start of trading, the Company issued a press release titled, "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition."[150] With respect to the "CEO Leadership Transition," the Company stated that the "Board of Directors of the Company announced the departure of President and CEO, Mark Beck, effective February 27, 2018, by mutual agreement."[151] Kirk Hachigian, the Chairman of the Board would assume the duties of CEO on an interim basis.

105.   The Company also announced that it had signed a definitive agreement to acquire American Building Supply, Inc. ("ABS"), touting that "[t]he acquisition of ABS aligns perfectly with our strategy to expand our door capabilities with value-added services and customized full door systems."[152] As a result of the ABS acquisition, the Company expected to add approximately $275 million in incremental annualized revenue in FY 2018. In its press release, JELD-WEN explained that "ABS's adjusted EBITDA margins initially will be lower than JELD-WEN's adjusted EBITDA margins, until expected synergies are achieved."[153]

106.   The Company announced that it had also completed the acquisition of A&L Windows Pty LTD ("A&L"), "a leading Australian manufacturer of residential aluminum windows and patio doors."[154] The Company expected to add approximately AU$130 million in

---

[150] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[151] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[152] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[153] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[154] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

**CONFIDENTIAL**

incremental annualized revenue as a result of the acquisition and that the acquisition would be immediately accretive to EPS in 2018.

107. Solely to reflect the A&L acquisition (but excluding the effect of the ABS acquisition), the Company adjusted its FY 2018 net revenue growth guidance from 8%-11% to 10%-13% (raising the midpoint from 9.5% to 11.5%).[155] FY 2018 EBITDA guidance was adjusted from $500-$530 million to $505-$535 million (raising the midpoint from $515 million to $520 million).[156] The Company stated that it expected Q1 2018 EBITDA to be $80-$86 million, "consistent with the Company's previously disclosed expectations."[157]

### 15.    8 May 2018: Q1 2018 Earnings Announcement

108. On 8 May 2018, prior to the start of trading, JELD-WEN announced financial results for Q1 2018, provided Q2 2018 guidance, updated FY 2018 guidance, and held a conference call with investors.[158] For the quarter, the Company reported net revenues of $946.2 million (above consensus expectations of $910.6 million).[159] The Company also reported EBITDA of $87.8 million (above consensus expectations of $83.3 million). The Company's Q1 2018 EBITDA margin was 9.3%, a Y/Y decrease of 20 bps.[160]

---

[155] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[156] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[157] "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.

[158] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM; "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM; and "Q1 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 May 2018.

[159] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM; Consensus estimates obtained from *FactSet*.

[160] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM; Consensus estimates obtained from *FactSet*.

**CONFIDENTIAL**

109.   In Q1 2018, the Company's North America segment generated net revenues of $497.9 million and EBITDA of $47.0 million.[161] EBITDA margin for the North America segment was 9.4%, a Y/Y decrease of 100 bps.[162] During the conference call, CFO Mallard attributed the 6.3% decrease in EBITDA for the North America segment to "reduced leverage on lower core volumes, price-cost lag on materials and freight and the dilutive impact of the MMI acquisition."[163]

110.   For Q2 2018, JELD-WEN established EBITDA guidance of $135-$145 million (below consensus expectations of $151.3 million). For FY 2018, the Company raised its net revenue growth guidance from a range of 10%-13% to a range of 17%-19%. The Company reiterated its FY 2018 EBITDA guidance range of $505-$535 million.[164]

111.   CFO Mallard noted that "[w]hile our service and delivery metrics in windows have significantly improved, volumes continue to recover from our 2017 operational inefficiencies."[165] He again reassured analysts that "we think the wood windows business has recovered on its past dues and its service and delivery issues. … we should be in good shape as we head into the second half of the year."[166] Analysts echoed management, stating that "JELD remains sensitive to price-cost in the near-term, while transitory operational challenges in N.A. windows and dilution from recent acquisitions lend further temporary pressure."[167]

---

[161] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM.

[162] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM.

[163] "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM, p. 4.

[164] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM.

[165] "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM, p. 4.

[166] "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM, p. 13.

[167] "Pricing and Self-Help to Support Margin Repair," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 8 May 2018, p. 1.

**CONFIDENTIAL**

112. During the call, BAML asked whether management was still looking for margin expansion and whether the 15% target has been pushed out. CEO Hachigian replied with the following:

> "I think the path from 4% to 12% [ EBITDA margin] has been primarily getting rid of bad-margin business, taking pricing actions to get us back to price points that were prerecession. There was a huge fixation with volume. And postcrisis, we were not able to get pricing back to where it had become – where it had come from. So many product areas, we're still not back 10 years later to market pricing precrisis, right? If you look at the levers that the company still has in front of it, it's massive on the productivity side. We still haven't hit the vein on that or the sweet spot on that. The way we came up with the 15% wasn't just a random throw of the darts, right? We looked at 25 companies in the building products, and we looked at their position and where they had been precrisis and postcrisis on pricing. And that's the way we came up with it. I think the chunkiness of where that's going to come from and how we get there is the piece that's on the table this year, right? With the little extra inflation and freight and some choppiness of some issues, it's not 100 or 110 bps, it's 80 bps in the plan as we have it. And I'd say, look, the other piece of it is, honestly, taking probably a little bit more conservative view, given the transition of leadership in the company as well, right? So that's the way I would frame it. And we're still focused on EBITDA growth. We're still focused on cash growth. And again, I think, the big lever still is working the cost side of this business."
> **"Q1 2018 JELD-WEN Holding Inc Earnings Call,"** *Thomson Reuters*, **edited transcript, 8 May 2018, 8:00 AM, p. 9.**

### 16. 11 May 2018: *Steves* Litigation Counterclaim Verdict

113. On 11 May 2018, after the close of trading, a jury returned a verdict to a counterclaim that JELD-WEN had filed in response to Steves' original antitrust lawsuit. In the counterclaim trial, the jury "rejected 59 of JELD-WEN's 67 alleged trade secrets, awarded just three percent of the almost $40 million in damages JELD-WEN sought, and rejected the allegation that Steves sought to harm JELD-WEN."[168]

---

[168] "Richmond Jury Rejects Core Allegations of JELD-WEN's Case," *Business Wire*, 11 May 2018, 10:46 PM.

**CONFIDENTIAL**

### 17.    14 May 2018: JELD-WEN Presents at JPMorgan 2018 Homebuilding and Building Products Conference

114.    On 14 May 2018, during trading hours, the Company presented at the JPMorgan 2018 Homebuilding and Building Products Conference.[169] Management reiterated its EBITDA guidance range of $135-$145 million for Q2 2018 and FY 2018 net revenue growth guidance range of 17%-19%.[170]

115.    During the conference, a JPMorgan analyst noted that "one of the other key elements, obviously, of the story is the margin expansion over the next 2 to 3 years and the goal to get to 15%."[171] The analyst asked management to identify the key drivers behind the EBITDA margin target of 15%. CFO Mallard explained that "between the volume and the pricing actions that we'll continue to take, that's probably 40% of the story. But 60% of it comes simply from productivity and operational improvements. And that's primarily coming from the labor line, the freight line and just being more efficient with our manufacturing network."[172] The Company attributed none of the EBITDA margin improvement, past or planned, to illegal anticompetitive behavior. This omission rendered the representations materially misleading, according to Plaintiffs.

116.    By the time of the JPMorgan conference, the *Steves* litigation had moved forward to a US Federal District Judge, who would determine, among other remedies, whether the Company should be forced to divest its Towanda plant to restore industry competition.[173]

117.    CFO Mallard commented on the *Steves* litigation verdict during the JPMorgan conference, reasserting that the Company had "not violated the terms of our supply agreement with the Steves."

---

[169] "JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM, p. 3; and "Investor Presentation," JELD-WEN Holding, Inc., Company presentation, 14 May 2018.

[170] "JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM, p. 3.

[171] "JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM, p. 7.

[172] "JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM, p. 7.

[173] "Richmond Jury Rejects Core Allegations of JELD-WEN's Case," *Business Wire*, 11 May 2018, 8:46 PM.

**CONFIDENTIAL**

> "Our position remains that the 2012 acquisition of CMI did not violate any laws and we have not violated the terms of our supply agreement with the Steves. Further, I'll note that the U.S. Department of Justice reviewed the acquisition of CMI twice and declined to take any action."
> **"JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference,"** *Thomson Reuters*, **edited transcript, 14 May 2018, 1:15 PM, p. 4.**

### 18.    1 June 2018: JELD-WEN Appoints Gary S. Michel as President and CEO

118.    On 1 June 2018, the Company announced that its board of directors had selected Gary S. Michel to be the Company's president and CEO, effective 18 June 2018. Mr. Michel would also join the board of directors of JELD-WEN.[174]

119.    Following the announcement, on 4 June 2018, Gabelli released a report titled "New CEO Announcement – Buy," in which they noted that Mr. Michel's appointment "provides incremental confidence in the ability for JELD to drive meaningful improvements over the next two years. … We believe there are significant opportunities for margin expansion including: cost productivity, raw material sourcing, pricing and improving margins of recently acquired businesses."[175]

120.    While Gabelli viewed the announcement as positive, they noted that the *Steves* litigation presented a downside scenario. Gabelli realized that "a worst case scenario would lead to a divestment of one of their door skin plants (due to current litigation issues)."[176] Gabelli determined that the valuation impact of divestiture would be a stock price decline of 32.7%, or $13.60 per share. Clearly, the *Steves* lawsuit, and what it conveyed about JELD-WEN's behavior, and its potential consequences, were material to the market.

---

[174] "JELD-WEN Names Gary S. Michel as President and CEO," *Business Wire*, Company press release, 1 June 2018, 7:00 AM.

[175] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 1.

[176] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 1.

**CONFIDENTIAL**

121.   Gabelli analysts based their valuation on the following non-exhaustive list of assumptions: 1) 2019P estimates, 2) the Towanda plant is one of three active door skin plants in the US that JELD-WEN owns, 3) 60% of total sales in North America are door sales, 4) 13% EBITDA margin, and 5) an adjustment to the EBITDA multiple is needed to account for the "immediate entrance of a 3ʳᵈ competitor."[177]

### 19.   7 August 2018: Q2 2018 Earnings Announcement

122.   On 7 August 2018, prior to the start of trading, JELD-WEN announced financial results for Q2 2018, provided Q3 2018 guidance, updated its FY 2018 guidance, and held a conference call with investors.[178] For the quarter, the Company reported net revenues of $1.17 billion (slightly above consensus expectations of $1.16 billion).[179] The Company also reported EBITDA of $135.0 million (below consensus expectations of $140.6 million). The Company's Q2 2018 EBITDA margin was 11.5%, a Y/Y decrease of 170 bps.[180]

123.   In Q2 2018, the Company's North America segment generated net revenues of $673.2 million and EBITDA of $79.6 million.[181] EBITDA margin for the North America segment was 11.8%, a Y/Y decline of 270 bps.[182] Core revenue growth increased 3% compared to Q2 2017 in North America, driven by 2% in pricing and 1% in volumes.[183]

---

[177] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 2.

[178] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM; "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM; and "Q2 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 August 2018.

[179] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM; Consensus estimates obtained from *FactSet*.

[180] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM; Consensus estimates obtained from *Factset*.

[181] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM.

[182] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM.

[183] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 5.

**CONFIDENTIAL**

124.    During the conference call, CFO Mallard attributed the 22% increase in North America net revenues in Q2 2018 to "a 19% contribution from the acquisitions of ABS and MMI Door as well as a 3% increase in core growth."[184] CFO Mallard attributed the 0.2% decrease in EBITDA for the North America segment to "the dilutive impact of our recent acquisitions, price-cost lag on materials and freight as well as labor investments to support future core growth."[185]

125.    The Company also provided its financial outlook for Q3 2018. For Q3 2018, JELD-WEN established EBITDA guidance of $143-$153 million (below consensus expectations of $156.7 million). For FY 2018, JELD-WEN lowered its net revenue growth from a range of 17%-19% to a range of 16%-18% (lowering the midpoint from 18% to 17%).[186] The Company also decreased its EBITDA guidance from a range of $505-535 million to a range of $500-$520 million (lowering the midpoint from $520 million to $510 million).[187]

126.    The windows business continued to be troubling for JELD-WEN. CEO Michel tried to reassure analysts and investors, offering that the Company had "greatly improved our service levels on windows, which was a problem for us last year."[188] But, analysts noted that the windows business was a recurring problem. During the earnings conference call, an RBC analyst prodded that "it seems like there has been continued divergence between windows and doors with some of the operational issues in windows" and sought to understand what the "relative margin profile today of North American windows versus doors" is.[189] In response, CFO Mallard stated that there is still potential to reach mid-teen

[184] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 5.

[185] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 5.

[186] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM.

[187] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM.

[188] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 7.

[189] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 8.

**CONFIDENTIAL**

EBITDA margins for both windows and doors, but that the Company struggled with windows issues.

> "[Brooks Mallard, JELD-WEN Executive VP & CFO]: As we've improved doors and then as we struggled with some of our windows issues, that's really flipped somewhat to where doors is better than windows probably by this 200 to 300 basis points delta. Having said that, there's certain parts of our windows business that performed very well certainly at the target level of EBITDA that we want to achieve. And then there's other places where we know we need to make up ground, and that's where we're focused – we've focused our efforts. And so we believe over the long term that both doors and windows can be at our targeted EBITDA margins of the mid teens … ."
> **"Q2 2018 JELD-WEN Holding Inc Earnings Call,"** *Thomson Reuters*, **edited transcript, 7 August 2018, 8:00 AM, p. 8.**

127.    A Baird analyst sought confirmation as to whether inefficiencies in windows the prior year in North America had "about a 100 basis points negative impact to North American margins in the second half of last year."[190] CFO Mallard replied, "Definitely – I think it's approximately correct."[191] This exchange highlights the importance of profit margins to JELD-WEN's business and valuation, and that the windows business was a known drag on margins and overall performance.

128.    CEO Michel reiterated that the Company was not going to take questions on *Steves* and that "JELD-WEN believes that the jury verdict in this case is erroneous."[192]

129.    In their reports, analysts echoed the importance the Company placed on pricing in North America. Wells Fargo analysts wrote that "[w]ith additional August price hikes being implemented that could more than offset cost inflation by end of quarter, the stage is set

---

[190] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 11.

[191] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 11.

[192] "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM, p. 6.

CONFIDENTIAL

for a stronger 4Q."[193] Barclays concluded that "[f]or all of 2H, further pricing (+200 bps across 2H) and accelerating N.A. volumes should also support margins."[194]

### 20.    5-6 October 2018: *Steves* Litigation Press Releases and Judge Robert E. Payne Opinion

130.    On 5 October 2018 (Friday), after the close of trading, Judge Robert E. Payne issued a memorandum opinion ("Opinion"), granting in part plaintiff Steves' motion for equitable relief. The Court ordered the divestment of the Towanda plant in order to restore competition in the door skin market and ordered certain "conduct remedies necessary to the success of the divested entity as a manufacturer of interior molded doorskins."[195]

131.    In Judge Payne's Opinion, he wrote that "JELD-WEN regarded Steves, a significant player in the interior door market, to be an independent to be killed off."[196]

132.    JELD-WEN publicly protested and rejected the decision. On 6 October 2018 (Saturday), the Company issued a press release in which it stated that "'JELD-WEN firmly maintains that it has not violated any antitrust laws,'" and that the 5 October 2018 ruling was "incorrect due to multiple flawed rulings during the trial process."[197] The Company again argued that the "Antitrust Division of the Department of Justice ('DOJ'), the federal authority entrusted with enforcing antitrust laws in mergers and acquisitions, conducted two separate reviews of JELD-WEN's acquisition of CMI" and, "[o]n both occasions, the CMI acquisition cleared DOJ review."[198]

---

[193] "JELD: Sense of Urgency Appears Present. Near Term Still Uncertain," by Stephen East et al., Wells Fargo, analyst report, 7 August 2018, p. 1.

[194] "Peak Margin Pressure in 2Q; Expect JELD to Restore Productivity Focus," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 7 August 2018, p. 1.

[195] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 148; "Steves & Sons Wins Antitrust Decision as Federal Judge Orders JELD-WEN to Divest Towanda Plant to Restore Marketplace Competition," *Business Wire*, 5 October 2018, 10:45 PM.

[196] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 74.

[197] "JELD-WEN Announces Rulings in Steves & Sons Litigation; No Final Judgment on Antitrust Claims," *Business Wire*, Company press release, 6 October 2018, 7:14 AM.

[198] "JELD-WEN Announces Rulings in Steves & Sons Litigation; No Final Judgment on Antitrust Claims," *Business Wire*, Company press release, 6 October 2018, 7:14 AM.

**CONFIDENTIAL**

133. The ruling and the ramifications associated therewith caused some analysts to lower their valuation for JELD-WEN. For example, Barclays lowered its valuation from $35 to $32 per share and explained that they "anticipate[d] an overhang on JELD's stock to persist throughout the process."

> "Maintain OW; Reducing price target to $32: We are lowering our price target to $32 (prior $35) following Friday afternoon's U.S. District Court ruling that divestiture of JELD's Towanda, PA doorskin manufacturing facility is an appropriate remedy in the antitrust litigation with Steves & Sons. While management remains confident that the appeals process (est. 9-36 months after final judgement) will reverse the divestiture ruling, we anticipate an overhang on JELD's stock to persist throughout the process." **"Overhang Doesn't Derail OW Thesis," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 8 October 2018, p. 1.**

134. Similarly, RBC lowered its valuation and price target from $35 to $28 per share, explaining that the "unfavorable litigation ruling will remain an overhang on JELD's valuation."

> "We believe some of the recent weakness in the stock has been due to a growing belief/fear that [a divestiture] would be the outcome, but still view this development as negative and expect the stock to come under pressure. … Our lowered multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation." **"Lowering PT on Negative Litigation Outcome," by Mike Dahl et al., RBC, analyst report, 8 October 2018, pp. 1 and 3.**

135. JPMorgan issued a report titled "CraftMaster Divestiture Ruled As an Appropriate Remedy; Potential Negative for Both JELD and DOOR [Masonite International] - ALERT."[199] In the report, JPMorgan analysts explained that "a potential required sale of the Towanda facility to, as JELD would expect, an independent third-party buyer, could result in a more competitive backdrop for the door industry, and in turn could negatively impact both JELD's and DOOR's margins."[200] Wells Fargo noted the uncertain industry dynamics in the event the Towanda plant was sold to a new entrant, stating "The

---

[199] "CraftMaster Divestiture Ruled as an Appropriate Remedy; Potential Negative for Both JELD and DOOR – ALERT," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 7 October 2018, p. 1.

[200] "CraftMaster Divestiture Ruled as an Appropriate Remedy; Potential Negative for Both JELD and DOOR – ALERT," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 7 October 2018, p. 1.

**CONFIDENTIAL**

uncertainty surrounding the Towanda sale would be the purchaser of the asset and the potential breakdown in industry structure. Would the new entrant cut pricing to drive share gains, or hold the high-margin business and maintain the favorable industry structure?"[201]

136.    Despite the Court's ruling, there was still significant uncertainty about what might actually occur with respect to divestiture and other outcomes emerging from the *Steves* litigation. That the Company vehemently denied misconduct and liability reasonably added to the uncertainty. Some analysts deemed divestiture to be unlikely.

> "It seems unlikely to us that a Clayton Act ruling would ultimately be rendered given the fact that the Department of Justice (DOJ) approved the CMI acquisition, of which the Towanda facility was the most substantial asset, prior to its consummation in 2012. … company specific overhangs including recent management replacements, litigation with Steves & Sons and the effort to win back wood windows customers following missteps could challenge the stock."
> **"Court Rules Divestiture a Possible Antitrust Remedy, but JELD Continues to Fight," by John Lovallo II and Peter Galbo, BAML, analyst report, 8 October 2018, pp. 1 and 2.**

> "While we think that a divestiture is less probable given the 6 years since the merger closed and assume JELD will appeal vigorously (particularly after meeting new CEO), we believe the news will be incrementally negative on the stock."
> **"Alert: Recent News on JELD vs Steves Litigation," by Scott Schrier and Kenneth Ling, Citi, analyst report, 7 October 2018, p. 1.**

> **21.    15 October 2018: JELD-WEN Takes A Litigation-Related Charge of $76.5 million; JELD-WEN Announces Preliminary Financial Results for Q3 2018 and Lowers FY 2018 Guidance; CFO Resigns**

137.    On 15 October 2018, after the close of trading, JELD-WEN announced that it would be taking a charge of $76.5 million for a litigation contingency related to the *Steves* litigation.[202] The Company disclosed that the charge reflected the judgment it anticipated

---

[201] "JELD: The Steves Saga Continues," by Stephen East et al., Well Fargo, analyst report, 7 October 2018, p. 1.

[202] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

**CONFIDENTIAL**

to be entered against it, including the trebling of $12.2 million of past damages pursuant to the Clayton Act and legal fees.[203]

138.   In the same press release, the Company provided preliminary financial results for Q3 2018, and it revised FY 2018 guidance downward. The Company also announced the departure of the Company's CFO, Brooks Mallard, effective 8 November 2018.[204]

139.   JELD-WEN announced that it expected to report Q3 2018 net revenues within the range of $1.13-$1.14 billion (below consensus expectations of $1.16 billion).[205] The Company expected Q3 2018 EBITDA to be $130-$135 million, which was well below the Company's prior guidance of $143-$153 million and the consensus expectation of $146.5 million.[206] The Company attributed the disappointing quarterly results to "lower than expected revenues and related operational inefficiencies in North America and Europe, as well as from unfavorable channel mix impacting price realization."[207]

140.   The Company lowered FY 2018 guidance. For FY 2018, JELD-WEN lowered net revenue growth guidance from a range of 16%-18% to a range 15%-17% (lowering the midpoint from 17% to 16%). The Company also reduced its FY 2018 EBITDA guidance from a range of $500-$520 million to a range of $455-$470 million (lowering the midpoint from $510 million to $462.5 million).[208] Despite the disappointing preliminary results and lowered guidance, CEO Michel stated that he believed "that our inconsistent financial

---

[203] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

[204] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM; and JELD-WEN Holding, Inc., Form 8-K, filed 17 October 2018.

[205] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; Consensus estimates obtained from *FactSet*.

[206] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, 15 October 2018, 4:20 PM; Consensus estimates obtained from *FactSet*.

[207] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

[208] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; Consensus estimates obtained from *FactSet*.

45

**CONFIDENTIAL**

performance in 2018 is due to a lack of focus on execution and process discipline in parts of our organization, which are capabilities we can fix."[209]

141.    Further, the Company announced that CFO Brooks Mallard would depart on 8 November 2018 ("to pursue other career interests") and that John Linker, currently SVP of Corporate Development and Investor Relations, would take his place. The Company noted that "Mr. Mallard's departure is not based on any disagreement with the company or based on any accounting or financial reporting matters."[210]

142.    Analysts expressed surprise and disappointment over the Company's turnabout regarding the *Steves* litigation ruling, the impact of which the Company now acknowledged and quantified to the market for the first time. Analysts also expressed surprise and disappointment over the simultaneously announced diminished revenue and profit potential of the Company. Credit Suisse reduced its price target by 23.3%, from $30 to $23 per share, explaining that "operational challenges and headwinds related to the outstanding litigation make for greater uncertainty around the path forward."[211] RBC reduced its price target by 17.9%, from $28 to $23, explaining that the "unfavorable litigation ruling [would] remain an overhang on JELD's valuation."

> "Our PT of $23 is based on FY'19E EBITDA of $525 MM and a '19E EV/EBITDA multiple of 6.5x ('18E 7.5x). Our multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020."
> **"Walking on Broken Glass; Lowering PT on Guidance Cut," by Mike Dahl et al., RBC, analyst report, 16 October 2018, p. 2.**

---

[209] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

[210] "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM.

[211] "Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, p. 1.

**CONFIDENTIAL**

143. JPMorgan lowered its price target from $31 to $21 per share and cited the "company's recent execution challenges and uncertainty regarding the Steves litigation." JPMorgan explicitly concluded that "a more competitive backdrop for the door industry" could "negatively impact both JELD's and DOOR's margins."

> "Establishing Dec. 2019 price target of $21.00. We lower our 2018E and 2019E adjusted EBITDA to $463 million and $504 million, respectively, from $505 million and $585 million. We base our price target on a target EV/EBITDA multiple of roughly 6.5x our 2019E EBITDA, which we note is roughly modestly below the stock's current valuation against our 2019E EBITDA (using our 2018E-end), which we believe is appropriate given the company's recent execution challenges and uncertainty regarding the Steves litigation."
> **"2018 EBITDA Guidance Lowered 9%; CFO Mallard to Exit, Succeeded by SVP-Corp. Dvlpmt, IR Linker," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 16 October 2018, p. 2.**

> "We believe a potential required sale of the Towanda facility to, as JELD would expect, an independent third-party buyer, could result in a more competitive backdrop for the door industry, and in turn could negatively impact both JELD's and DOOR's margins. However, at the same time, we do not view a more competitive backdrop as a foregone conclusion in the event of a required divestiture, given still positive industry demand, a pricing environment that has been stable and constructive for several years – which, while arguably beginning with and in part due to JELD's CraftMaster acquisition, nonetheless benefits all owners of doorskin assets going forward – and the need for any acquirer to make a profitable return on investment (and hence possibly balance volume and price). We note that the Towanda facility, one of four doorskin plants owned by JELD, generated roughly $120 million of external revenues in 2017 from Steves and other customers related to doorskins and other building products, in addition to the majority of its doorskin capacity being used by JELD for its own door assembly operations."
> **"2018 EBITDA Guidance Lowered 9%; CFO Mallard to Exit, Succeeded by SVP-Corp. Dvlpmt, IR Linker," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 16 October 2018, p. 4.**

144. Deutsche Bank now viewed divestiture of the Towanda plant as likely and assessed that the divestiture would disrupt JELD-WEN's business to a degree exceeding the estimated direct costs.

**CONFIDENTIAL**

"Finally, the Steves legal provision puts a number on the cost of the legal action; however, it doesn't take into account the potentially serious disruption from the forced divestiture of the Towanda plant - a likely outcome given Steves recent press release. We expect JELD-WEN stock to reach new lows on the guidance cut, but as we have described there are still many potential challenges ahead so we remain at a Hold rating."
**"17% Reduction to 2H18 Guidance May Not be the End of JELD-WEN's Troubles," by Nishu Sood et al., Deutsche Bank, analyst report, 16 October 2018, p. 1.**

145. Pricing power and profitability, which are reflected in EBITDA margin and were factors cited as the keys to JELD-WEN's success since even before the IPO, were now widely viewed as unsustainable. This revision in the market's assessment of the Company had negative implications for performance expectations going forward and the stock valuation.

"JELD-WEN entered the year expecting margin improvement of 100-150 bps and is now expecting to exit the year with a 100 bps margin contraction. Margin improvement has been essential to JELD-WEN's story and, while the company is still aiming at that, the recent challenges suggest that the story has turned from a margin improvement story to a stabilization/ turnaround story."
**"17% reduction to 2H18 guidance may not be the end of JELD-WEN's troubles," by Nishu Sood et al., Deutsche Bank, analyst report, 16 October 2018, pp. 1-2.**

"Continued margin headwinds: We now forecast '18/'19 Adj. EBITDA margins of 10.6%/11.6% (prior: 11.4%/12.7%), reflecting continued market share challenges in windows, cost pressures, and channel mix. We now anticipate that EBITDA margins will continue to contract y/y through 4Q before inflecting in 1Q'19."
**"Walking on Broken Glass; Lowering PT on Guidance Cut," by Mike Dahl et al., RBC, analyst report, 16 October 2018, p. 1.**

"JELD needed incremental pricing in 3Q to offset inflationary headwinds and get back to price:cost neutral, but the preliminary results imply EBITDA margin decline of 120 bps. While there was risk margins could disappoint with raws rising, we're surprised topline missed and investors are likely to question whether JELD is taking a more aggressive stance on price to win back share."
**"Pre-Announces 3Q, Cuts FY Guidance, and CFO Departing," by Philip Ng et al., Jefferies, analyst report, 15 October 2018, p. 1.**

"Revising Estimates and Target Price, Maintain Neutral Rating: Given preliminary 3Q results and updated guidance, our 2018 EPS est. goes to $1.65 from $1.95. Our 2019 est. goes to $2.05 from $2.40. In turn, our target

48

**CONFIDENTIAL**

price is $23 (from $30), based on 7.5x our forward EBITDA estimate. Although we believe the opportunity for longer term margin expansion remains, operational challenges and headwinds related to the outstanding litigation make for greater uncertainty around the path forward. Valuation: Our TP is 7.5x our fwd. EBITDA estimate. Risks include an inability to deliver on strategic initiatives as well as ongoing litigation."
**"Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, p. 1.**

"Establishing Dec. 2019 price target of $21.00. We lower our 2018E and 2019E adjusted EBITDA to $463 million and $504 million, respectively, from $505 million and $585 million. We base our price target on a target EV/EBITDA multiple of roughly 6.5x our 2019E EBITDA, which we note is roughly modestly below the stock's current valuation against our 2019E EBITDA (using our 2018E-end), which we believe is appropriate given the company's recent execution challenges and uncertainty regarding the Steves litigation."
**"2018 EBITDA Guidance Lowered 9%; CFO Mallard to Exit, Succeeded by SVP-Corp. Dvlpmt, IR Linker," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 16 October 2018, p. 2.**

### 22.   Post-Class Period Event: 6 November 2018, JELD-WEN Announces Results for Q3 2018

146.   On 6 November 2018, prior to the start of trading, JELD-WEN announced financial results for Q3 2018, provided Q4 2018 guidance, maintained FY 2018 guidance, and held a conference call with investors.[212] For the quarter, the Company reported net revenues of $1.14 billion, and EBITDA of $132.9 million.[213] The Company's Q3 2018 EBITDA margin was 11.7%, a Y/Y decrease of 120 bps.[214]

---

[212] "JELD-WEN Announces Third Quarter 2018 Results and Affirms 2018 Outlook," *Business Wire*, Company press release, 6 November 2018, 6:00 AM; "Q3 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 6 November 2018, 8:00 AM; and "Q3 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 6 November 2018.

[213] "JELD-WEN Announces Third Quarter 2018 Results and Affirms 2018 Outlook," *Business Wire*, Company press release, 6 November 2018, 6:00 AM.

[214] "JELD-WEN Announces Third Quarter 2018 Results and Affirms 2018 Outlook," *Business Wire*, Company press release, 6 November 2018, 6:00 AM.

**CONFIDENTIAL**

147. In Q3 2018, the Company's North America segment generated net revenues of $668.2 million and EBITDA of $84.1 million. EBITDA margin for the North America segment was 12.6%, a Y/Y decline of 180 bps.[215]

148. CEO Michel closed the prepared segment of the conference call by mentioning that the Company had "elected to take a charge of $76.5 million in this quarter, which includes the trebling of $12.2 million of past damages plus estimated legal fees."[216] He said that management "remain[s] steadfast in our opposition to the jury's original verdict as well as the remedies being considered" and "believe[s] that we have a strong basis for appeal," but added that management is "unable to answer any questions during the Q&A session on this matter."[217]

149. Following the Q3 2018 earnings announcement, many analysts lowered their 2019 performance estimates. Wells Fargo reduced expected EBITDA margin in North America by 140 bps to 11.7%.[218] RBC lowered its 2019 EBITDA estimate to $492 million from $525 million.[219] Credit Suisse revised its 2019 EPS estimates downward to $1.95 from $2.05, producing a $2 decrease in its per share price target.[220] Barclays reduced its 2019 EBITDA forecast to $495 million from $500 million, and lowered its 2019 EPS forecast to $1.94 from $1.97.[221]

150. Analysts repeatedly cited the negative performance and valuation impact stemming from the adverse *Steves* litigation ruling.

---

[215] "JELD-WEN Announces Third Quarter 2018 Results and Affirms 2018 Outlook," *Business Wire*, Company press release, 6 November 2018, 6:00 AM.

[216] "Q3 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 6 November 2018, 8:00 AM, p. 6.

[217] "Q3 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 6 November 2018, 8:00 AM, p. 6.

[218] "JELD: Light Ahead, but Guideposts Needed," by Stephen East et al., Wells Fargo, analyst report, 6 November 2018, p. 2.

[219] "'18 In-line, '19 Lower on Slower Timing of Cost Take-Outs," by Mike Dahl et al., RBC, analyst report, 7 November 2018, p. 1.

[220] "3Q18 EPS: Knockin' on Margins' Door," by Susan Maklari et al., Credit Suisse, analyst report, 7 November 2018, p. 1.

[221] "Footprint Consolidation Encouraging; Supports 2019 Margin Inflection," by Matthew Bouley et al., Barclays, analyst report, 7 November 2018, p. 1.

**CONFIDENTIAL**

"Also, an unfavorable legal verdict in an anti-trust case threatens not only a financial penalty but also divestiture of an important component factory. While the company is appealing the ruling, a final outcome could be years away, adding to investor worries. … Most of the downside risk from the antitrust litigation appears to be priced into the stock. The company makes a reasonable case that divestiture isn't an appropriate legal remedy, and so a favorable outcome could provide a lift."
**"Homebuilder Stocks: Time to Move In?" Cabot Wealth Network, analyst report, 31 October 2018, pp. 5-6.**

"One-Time Items Drive EPS Miss: Jeld-Wen reported 3Q adj. EPS of $0.40 below our $0.54 estimate and consensus of $0.52. Operating results were in line with expectations as the company released preliminary results on October 15. The majority of the miss related to one-time items, including a $76.5mn charge within SG&A related to the Steve's litigation (-$0.42). Greater than anticipated impairment and restructuring was a $0.01 hit. This was partially offset by tax benefits (+$0.29) and higher than forecast other income (+ ~$0.04). We note North American revenues were flat organically as +3% pricing was offset by negative volume/mix, largely related to ongoing issues in windows. On the call, we look for management to provide detail on its strategy to reduce costs and deliver greater efficiencies as it targets a consolidated 15% EBITDA margin (vs ~10.5% guided to for 2018)."
**"3Q18 EPS: Quick Takes," by Susan Maklari et al., Credit Suisse, analyst report, 6 November 2018, p. 1.**

"What's Incremental To Our View Results were in-line with the pre-release on weak volume and cost inflation over price. Management outlined another massive cost program that is projected to add $100 million facility consolidation savings by 2022 to the previous $100 million productivity linked plan. These are massive projections on top of an EBITDA guide of $463 million this year. The lack of movement on productivity this year keeps most investors in doubt, but even partial realization would be significant. The Steves litigation and group trends will likely keep the stock depressed however and thus we keep our Hold rating."
**"Results In-Line with Warning; More Costs Saves for EBITDA Target," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 6 November 2018, p. 1.**

51

**CONFIDENTIAL**

"As a result, we also slightly lower our Dec. 2019 price target to $20.00 from $21.00, which is based on a target EV/EBITDA multiple of roughly 6.2x our 2019E EBITDA, which we note is roughly 5% below the stock's current valuation against our 2019E EBITDA (using current net debt) and we believe is appropriate given the company's recent execution challenges and continued uncertainty regarding the Steves litigation."
**"Post-Call Notes: Margin Improvement Plan Reasonable but Gradual; Modestly Lowering Ests; Neutral," by Michael Rehaut et al., JPMorgan, analyst report, 6 November 2018, p. 1.**

"Maintain Overweight and $23 price target: We are encouraged by JELD's initial outline for global footprint consolidation and think the early returns in 2019 should be supportive in an environment of modest organic growth and uncertainty around price-cost. Still, this is ultimately a three-year plan with expectations for accelerating benefits beyond Year 1, so we await further visibility into progress during 2019 before assuming greater margin expansion in the periods beyond. On the growth side, pricing has accelerated which should flow through to 2019, while volumes remain muted (3Q -2% y/y) but we expect some recovery here as comps ease for the next four quarters. Near-term questions around productivity shortfalls, the Steves litigation, and Windows challenges will remain overhangs, but we believe incremental price improvement and initial success with footprint consolidation will support margin inflection in 2019."
**"Footprint Consolidation Encouraging; Supports 2019 Margin Inflection," by Matthew Bouley et al., Barclays, analyst report, 7 November 2018, p. 1.**

"We think investor concerns regarding both the current management transitions and the unfavorable legal litigation with Steve's & Sons are warranted. However, while the case will likely remain an overhang as it goes through the appeals process and likely will not fully conclude for some time, we believe the current multiple already reflects this. Additionally, new CEO Gary Michel appears to be taking a more aggressive approach to cost reductions with a global restructuring program. … Our PT of $21 is based on FY'19E EBITDA of $492 MM and a '19E EV/EBITDA multiple of 6.8x. Our multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020. However, we believe these risks are reflected in current valuation and that self-help margin initiatives as well as an active M&A platform provide the potential for upside catalysts. Our price target and implied return potential support an Outperform rating."
**"'18 In-line, '19 Lower on Slower Timing of Cost Take-Outs," by Mike Dahl et al., RBC, analyst report, 7 November 2018, p. 2.**

**CONFIDENTIAL**

> "We maintain our $19 price target and our Hold rating. Our valuation is based on an approximate midpoint of our DCF and TEV/EBITDA methods. We apply a 6.2x multiple to 2020E EBITDA using forward net debt estimates as our targets, which drives $19. Our DCF yields $19. Risks include execution on turnaround plan, freight, input and labor costs, Europe/Australasian exposure and the pending Steves & Sons Lawsuit."
> **"Operational Plan Should Help Stabilize Margins, but 15% is a Lofty Goal," by Nishu Sood and Marius Morar, Deutsche Bank, analyst report, 8 November 2018, p. 2.**

## VI.  MARKET EFFICIENCY DEFINITION AND ASSESSMENT METHODOLOGY

### A.  Efficient Market Defined

151.  The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 *Cammer v. Bloom* decision is often cited as a legal authority on the meaning of market efficiency[222] and is consistent with the definition of informational efficiency generally accepted by the academic finance community.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> **Cammer, 711 F. Supp. 1264, at 1273.**

152.  Judge Lechner also cited the definitions offered by commentators Alan Bromberg and Lewis Lowenfels, and by renowned financial economist and Nobel Laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg and Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); *see also Cammer*, 711 F. Supp. 1264 at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. 1264, at 1280.**

---

[222] *See*, e.g., *Di Donato. v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW, 20 September 2019.

**CONFIDENTIAL**

153.    In his 1991 follow up article titled "Efficient Capital Markets: II," Professor Fama elaborated, qualifying the definition to conform to economic realities rather than the perfect ideal.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information. … A weaker and economically more sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."
> **"Efficient Capital Markets: II," by Eugene Fama, *Journal of Finance*, 1991, p. 1575.**

154.    Professor Fama and a group of preeminent economists described market efficiency and the state of the profession's general understanding in an *amici curiae* brief that they submitted in 2014 to the United States Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear about what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic* [Inc. v. Levinson, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information."
> **Brief of Financial Economists as *Amici Curiae* in Support of Respondents, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.*, 5 February 2014, p. 3 (emphasis in original).**

155.    The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business …."
> **_Basic, Inc. v. Levinson,_ 485 U.S. 224, 108 S. Ct. 978, 989 (1988).**

156.    The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

**CONFIDENTIAL**

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company …."
> ***Amgen, Inc. v. Conn. Ret. Plans & Trust Funds,*** **133 S. Ct. 1184, 1190, 185 L. Ed. 2d 308 (2013).**

157.    In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause-and-effect relationship at the center of market efficiency as follows:

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the ... price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> ***Halliburton Co. v. Erica P. John Fund, Inc.,*** **134 S. Ct. 2398, 2410 (2014) (emphasis in original).**

158.    An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg and Lowenfels, Professor Fama, and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As the legal cases have recognized, market efficiency is relevant to a securities case because it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and upon which investors relied.

### B.    Indicators of Market Efficiency

#### 1.    The *Cammer* Factors

159.    The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales and published peer-reviewed research support each factor as an indicator of market efficiency. The five factors are 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence demonstrating that the security price reacts to new, company-specific information.

55

**CONFIDENTIAL**

160. Empirical research published by Barber, Griffin, and Lev [1994] confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, p. 302.**

161. Barber, Griffin, and Lev [1994] found that high institutional ownership is also indicative of market efficiency.[223]

162. Recently published peer-reviewed research that I conducted (with Miguel Villanueva, Ph.D.) found that the *Cammer* factors are dispositive indicators of stock price reactivity to information and therefore informational market efficiency.

> "We find that the *Cammer/Krogman* factors are indeed significant drivers of stock price reactivity. … Our findings that the *Cammer/Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer/Krogman* factors as indicia of market efficiency."
> **"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, 2020, p. 31 (currently published online and forthcoming in print).**

163. Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as a checklist of five necessary factors, but rather as individual pieces of evidence that each probatively indicates the degree to which the market for a security is expected to be efficient.

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> ***Cammer*, 711 F. Supp. 1264 at 1283.**

---

[223] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994.

**CONFIDENTIAL**

164.    The *Cammer* opinion describes the nature of the five factors as follows:

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra,* 806 F.2d at 1160."
> **Id. at 1285-86 (footnote omitted).**

> "First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir.1988)."
> **Id. at 1286 (footnote omitted).**

> "Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
> **Id.**

> "Third, it could be alleged the stock had numerous market makers."
> **Id.**

> "Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration Statement in connection with public offerings …."
> **Id. at 1287.**

> "Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
> **Id.**

> "As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
> **Id. at 1291.**

**CONFIDENTIAL**

### 2.    The *Krogman* Factors

165.   In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005) and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001) accepted that three additional factors are also indicative of market efficiency.

166.   These additional factors, the *Krogman* factors, are 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.

167.   Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well-known the company will be. Larger companies tend to attract more analyst and news media coverage and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

168.   The stock's float is the number of shares outstanding less shares held by insiders and affiliated corporate entities. It is the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization but focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of a greater number of investors, including large institutional investors. All of these characteristics, which occur when a company has high float, promote market efficiency.

169.   The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread tends to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors and thereby tends to attract greater interest, greater coverage, and greater volume, all of which, in turn, promote market efficiency.[224]

---

[224] *See*, e.g., "The Cost of Transacting," by Harold Demsetz, *The Quarterly Journal of Economics,* 1968, pp. 33-53; "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," by Thomas George and Francis Longstaff, *Journal of Financial and Quantitative Analysis*, 1993, pp. 381-397; and "Liquidity and Market Efficiency," by Tarun Chordia et al., *Journal of Financial Economics*, 2008, pp. 249-268.

**CONFIDENTIAL**

170.    Villanueva and Feinstein [2020, forthcoming] empirically examined and tested the market capitalization and bid-ask spread *Krogman* factors and found them to be probative indicators of stock price reactivity and therefore informational market efficiency.

## VII.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR JELD-WEN COMMON STOCK

171.    To assess whether the market for JELD-WEN stock was efficient during the Class Period, I analyzed the market for, and behavior of, JELD-WEN stock, focusing on the *Cammer* and *Krogman* factors, which are generally accepted to be indicative of market efficiency for a publicly traded stock.

### A.    Trading Volume

172.    Throughout the Class Period, JELD-WEN stock traded regularly and actively. On average, 769,734 shares changed hands daily. JELD-WEN stock price and volume data are presented in Exhibit-4.

173.    In addition to average daily trading volume, another volume metric to consider in assessing market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of JELD-WEN stock was approximately 3.85 million shares, or 3.65% of shares outstanding.[225] This level of trading activity exceeds the levels accepted by courts as being indicative of market efficiency for common stock.[226] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan Bromberg and Lewis Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[227] Thus, the trading volume for JELD-WEN stock during the Class Period was well above the threshold for a strong presumption of market efficiency.

---

[225] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding and multiplying by 5 (the number of trading days in a typical week).

[226] *Cammer*, 711 F. Supp. 1264 at 1286.

[227] *Id*., at 1293.

**CONFIDENTIAL**

174.    In terms of both average daily trading volume and the percentage of outstanding shares traded weekly, the market for JELD-WEN stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in JELD-WEN stock is strong evidence of the efficiency of the market for JELD-WEN stock over the course of the Class Period.

### B.    Analyst Coverage and Other Avenues of Information Dissemination

#### 1.    Analyst Coverage

175.    Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

176.    I obtained analyst reports about JELD-WEN published during the Class Period by 13 different analyst firms: Bank of America Merrill Lynch, Barclays, Citigroup, Credit Suisse, Deutsche Bank, Gabelli, Jefferies, JPMorgan, Macquarie, RBC, SunTrust, WedBush, and Wells Fargo. Collectively, these firms issued at least 198 analyst reports during the Class Period, which I obtained and reviewed.

177.    Transcripts of JELD-WEN's conference calls conducted during the Class Period reveal that at least 3 additional analyst firms also followed the Company: FBR, Goldman Sachs, and Robert W. Baird.[228] Consequently, analysts from at least 16 firms followed the Company during the Class Period.

178.    Coverage by 16 analyst firms and the issuance of at least 198 analyst reports is broad analyst coverage. Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[229]

---

[228] Conference call transcripts obtained from Thomson Eikon.

[229] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, pp. 302 and 310-311.

**CONFIDENTIAL**

179.    Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the extensive coverage of JELD-WEN by professional securities analysts is compelling evidence of the efficiency of the market for JELD-WEN stock during the Class Period.

### 2.    Analyst Coverage Immediately After the IPO

180.    Leading up to an IPO, underwriting firms typically make "roadshow" presentations wherein they present information and analysis about the subject company. Consequently, there was analyst coverage of JELD-WEN in the course of the IPO.

181.    However, SEC Rule 2241(b)(2)(I)(i) prohibits firms that participated as an underwriter or dealer in an IPO from publishing or distributing equity research reports on the IPO company during the first 10 days following the IPO.[230] Firms that did not facilitate the IPO are not similarly restricted.

182.    Nonetheless, JELD-WEN enjoyed analyst coverage even immediately after the IPO, during the SEC mandated "quiet period" for IPO underwriters and dealers. According to *FactSet*, consensus estimates included one analyst's estimate through 31 January 2017 and two analysts' estimates starting on 1 February 2017. Seeking Alpha published two reports covering JELD-WEN on 25 January 2017[231] and another was published on 31 January 2017.[232] Interestingly, the January 25th report by Nicholas Durante emphasized the importance to JELD-WEN of profit margins ("The Money Is In The Margins"; "Margins have been improving steadily year over year and that is where the value to investors will be").[233] On 2 February 2017, WedBush initiated coverage with an Outperform rating.[234]

---

[230] "SEC Approves Consolidated Rule to Address Conflicts of Interest Relating to the Publication and Distribution of Equity Research Reports," *Finra*, Regulatory Notice 15-30, 26 August 2015.

[231] "Opening the Door to the JELD-WEN IPO," by Nicholas Durante, *Seeking Alpha*, analyst report, 25 January 2017; "JELD-WEN IPO Opens a Window for Investors," by Don Dion, *Seeking Alpha*, analyst report, 25 January 2017.

[232] "Jeld-Wen – Leave the Windows & Doors Shut for Now," by The Value Investor, *Seeking Alpha*, analyst report, 31 January 2017.

[233] "Opening the Door to the JELD-WEN IPO," by Nicholas Durante, *Seeking Alpha*, analyst report, 25 January 2017 pp. 2-3.

[234] "Initiating With OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value," by Al Kaschalk, WedBush, analyst report, 2 February 2017, p. 1.

61

**CONFIDENTIAL**

Interestingly, WedBush cited "improved pricing discipline within North American doors and windows market" as a key factor in assessing the Company.[235]

183.    Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[236] Consequently, even during the quiet period, JELD-WEN satisfied the *Cammer* analyst coverage factor.

### 3.    Institutional Ownership and Buy-Side Analysis

184.    Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[237]

185.    Thomson Eikon compiles and provides institutional ownership data drawn from SEC Form 13-F filings. The filings and data show the holdings of JELD-WEN stock by major investment institutions as of the end of each calendar quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the stocks they buy.

186.    According to the SEC filings, at least 376 major institutions owned JELD-WEN stock during the Class Period.[238] This broad institutional ownership further supports a finding that the market for JELD-WEN stock was an efficient market throughout the Class Period.

---

[235] "Initiating With OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value," by Al Kaschalk, WedBush, analyst report, 2 February 2017, p. 1.

[236] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, pp. 302 and 310-311.

[237] *See*, e.g., *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008); *Smilovits v. First Solar, Inc.*, No. CV12-00555-PHX-DGC, 8 October 2013.

[238] According to the SEC filings compiled and reported by Thomson Eikon, 376 institutions held shares of JELD-WEN stock on at least one of the following quarterly reporting dates during the Class Period: 31 March 2017, 30 June 2017, 30 September 2017, 31 December 2017, 31 March 2018, 30 June 2018, and 30 September 2018. There may have been additional institutions that held JELD-WEN stock during the Class Period, though not on those quarterly reporting dates.

**CONFIDENTIAL**

### 4.     News Coverage

187.   Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including news reports on the internet or other electronic sources – facilitate the flow of information to the marketplace, thereby promoting market efficiency.[239] In the case of JELD-WEN, news media coverage was extensive.

188.   My search of the Factiva database found that at least 569 articles were published about the Company during the Class Period.[240] The articles I obtained from Factiva include published news articles and press releases.

189.   Information about JELD-WEN was also disseminated in the form of SEC filings and Company conference calls.

190.   Throughout the Class Period, information about JELD-WEN was readily available to market participants, provided by news media, analysts, and various other sources. This extensive news coverage is further evidence of the efficiency of the market for JELD-WEN stock.

### C.     Market Makers and Listing on the NYSE

191.   The number of market makers is one of the factors that the *Cammer* court determined indicates market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock. A large number of market makers provides a high degree of liquidity and lowers transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs. These features preclude certain potential impediments to trading and conveyance of information and therefore promote market efficiency.

---

[239] *See*, e.g., *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003); *In re Banc of California Securities Litigation,* No. 8:17-cv-00118-AG-DFM, (C.D. Cal. 2017).

[240] Based on a Factiva search in "All Sources" for articles published during the Class Period where "JELD-WEN Holding, Inc." was the "Company" search field parameter.

63

**CONFIDENTIAL**

192.    The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that JELD-WEN traded on the NYSE during the Class Period highly relevant. The NYSE is one of the most renowned, most liquid, and most efficient forums in the world for trading stocks. Securities on the NYSE are traded under the supervision of a lead market maker called the "Designated Market Maker."[241] Designated Market Makers are responsible for maintaining a fair and orderly market for each security to which they are assigned.[242]

193.    In fact, citing Bromberg and Lowenfels, the *Cammer* court noted specifically the importance of an NYSE listing and the implications of such a listing for market efficiency, stating that market efficiency can reasonably be presumed for virtually all securities traded there.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. 1264 at 1292 (quoting Bromberg and Lowenfels [1988], §8.6).**

194.    The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the NASDAQ, an over-the-counter market consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. At the time of the *Cammer* opinion, the NYSE and NASDAQ were distinctly separate exchanges; NASDAQ market makers did not make markets for NYSE-listed securities. However, since that time, the stock markets have evolved, and beginning in April 2005, NASDAQ enabled trading in most NYSE-listed securities on its market-making platform.[243] This NASDAQ market-making activity is in addition to the principal market for listed securities on the NYSE.

---

[241] "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2012.

[242] "The NYSE Market Model: How the NYSE Market Model Works," *NYSE.com*.

[243] "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, 28 March 2005.

**CONFIDENTIAL**

195. With its NYSE listing, JELD-WEN stock had access to a highly developed network of brokers, with its market overseen by the NYSE Designated Market Maker. During the Class Period, there were at least 120 market makers for JELD-WEN stock, including such well-known firms as Morgan Stanley, UBS, Barclays, Goldman Sachs, and JPMorgan.[244]

196. That JELD-WEN stock traded on the NYSE and had numerous market makers is strong evidence that JELD-WEN stock traded in an efficient market throughout the Class Period.

## D. S-3 Registration Eligibility

197. A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

198. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[245]

199. In 1992, the SEC revised its S-3 registration eligibility requirements to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration as long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one-third of their public float in primary offerings over any period of 12 calendar months."[246] Despite the fact that the $75 million float requirement has been relaxed, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[247]

---

[244] Market maker data was obtained from Bloomberg.

[245] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[246] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[247] *See*, e.g., *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573-574 (C.D. Cal. 2012).

**CONFIDENTIAL**

200.  The *Cammer* court observed that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensures that financial data are available to market participants, and the "public float" requirement indicates that many market participants would have examined the information.[248]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. … Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> ***Cammer*, 711 F. Supp. 1264 at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
> ***Id.* at 1285 (footnote omitted).**

> "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
> ***Id.* at 1287.**

### 1.  Float

201.  A company's float is the number or value of its shares that can potentially trade freely in the marketplace. It is generally defined as the number or value of outstanding shares, minus insider holdings and shares owned by affiliated corporate entities.

202.  JELD-WEN satisfied both the original and revised float conditions for S-3 registration throughout the entire Class Period. The 28,750,000 shares sold to the public for $23 per share in the IPO produced an initial float of $661.3 million. JELD-WEN's average float during the Class Period, calculated conservatively, was $1.6 billion. Throughout the entire Class Period, JELD-WEN exceeded the $75 million threshold requirement for S-3 registration by a wide margin.

---

[248] *Cammer*, 711 F. Supp. 1264 at 1284-85.

**CONFIDENTIAL**

### 2. Financial Filings

203. JELD-WEN regularly and timely filed financial reports with the SEC throughout the Class Period. However, during its first year after the IPO it did not yet have a full year history of regular and timely filings. Consequently, for the first 12 months of the Class Period, JELD-WEN was not yet eligible for S-3 registration.

204. Despite its initial technical ineligibility for S-3 registration, JELD-WEN most certainly possessed the characteristics of S-3 registration that the *Cammer* court cited were relevant for market efficiency. As noted above, the *Cammer* court noted that it was availability of financial data and the size of the company that were the relevant requirements in S-3 registration eligibility. Moreover, the *Cammer* court specifically pointed out that the size requirement was more important, and if ineligibility was due to the "timing" of filings then the company at issue would still be considered to have satisfied the *Cammer* S-3 factor indicative of market efficiency.

> "Fourth, as discussed, it would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
> **Cammer, 711 F. Supp. at 1287.**

205. Following the IPO, JELD-WEN handily satisfied the public float requirement for S-3 filing, had an average daily volume of 769,734 shares (far exceeding the 3 million annual turnover required for S-3 eligibility), and had produced historical financials in connection with the IPO. JELD-WEN had filed registration statements for its common stock, which provided abundant financial information about the Company. The final amended S-1 filed on 17 January 2017 contained three years of financial statement data.[249] Consequently, even as of the start of the Class Period, the public had access to abundant financial information about the Company, including historical data.

---

[249] JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017.

**CONFIDENTIAL**

206. During the Class Period, JELD-WEN filed two additional registration statements for its common stock – one in conjunction with its May 2017 SPO and one in conjunction with its November 2017 SPO. The final amended S-1 statement filed on 22 May 2017 and the S-1 statement filed on 13 November 2017 both contained three years of financial statement data.[250]

207. S-3 registration eligibility indicates company characteristics associated with market efficiency, in particular characteristics of size, transparency, and the availability of relevant financial information. JELD-WEN possessed those particular characteristics throughout the Class Period, including immediately after the IPO and in the subsequent 12 months. Therefore, even though there was temporary ineligibility due to the timing of filings after the IPO, JELD-WEN did possess the S-3 eligibility properties relevant to market efficiency initially and throughout the entire Class Period. As such, JELD-WEN satisfied this *Cammer* factor throughout the Class Period.

### E.   *Krogman* Factors

208. In addition to evaluating market efficiency using the *Cammer* factors, I also examined JELD-WEN stock and its market with respect to the three *Krogman* factors.

#### 1.   Market Capitalization

209. Over the course of the Class Period, JELD-WEN's market capitalization ranged between $2.2 billion and $4.4 billion. Over the entire Class Period, the market capitalization averaged $3.3 billion, placing JELD-WEN in the 2nd decile of U.S. companies by size.[251] In fact, JELD-WEN was larger than 82% of all other publicly traded companies in the United States, as measured by market capitalization.[252]

---

[250] JELD-WEN Holding, Inc., Form S-1A, dated 22 May 2017, filed 22 May 2017; and JELD-WEN Holding, Inc., Form S-1, dated 13 November 2017, filed 13 November 2017.

[251] Size deciles were computed using averaged month-end data from CRSP for January 2017 through September 2018. The 1st decile contains the largest 10% of all public companies listed on the NYSE, NASDAQ, and ARCA, while the 10th decile contains the smallest 10%. JELD-WEN share data were obtained from SEC filings.

[252] For the entire Class Period, the market capitalizations for all other stocks were computed as average month-end values using data from CRSP.

**CONFIDENTIAL**

210.   Consistent with the *Unger* and *Krogman* opinions, JELD-WEN's sizeable market capitalization throughout the Class Period is further evidence of the efficiency of the market for JELD-WEN stock.

### 2. Float

211.   Over the course of the Class Period, JELD-WEN's public float ranged between $661.3 million and $2.5 billion, calculated conservatively.[253] Calculated conservatively, the float averaged $1.6 billion over the entire Class Period. Float excludes shares held by insiders and affiliated corporate entities, yet JELD-WEN's average float was still larger than the total market capitalizations (which includes shares held by insiders and affiliates) of at least 72% of all other publicly traded companies in the U.S.[254] The size of JELD-WEN's float therefore satisfied the second *Krogman* factor for market efficiency.

212.   Float can be analyzed as a percentage of total shares outstanding, in addition to value and number of shares. On average during the Class Period, there were 49.4 million shares in JELD-WEN's float and 105.3 million shares outstanding, resulting in an average float of 46.9% of shares outstanding. While the majority of JELD-WEN's outstanding shares were not in public float, due to the very large number of outstanding shares and the Company's market capitalization, the float was nonetheless extremely large, and therefore large enough to satisfy the *Krogman* float factor throughout the Class Period.

### 3. Bid-Ask Spread

213.   I obtained from CRSP the daily closing bid and ask quotes for JELD-WEN stock during the Class Period.

---

[253] The Company's offering documents did not explicitly disclose the parties that owned approximately 9.9% of the shares outstanding. To be conservative I excluded these shares from float.

[254] This calculation is based upon averaged month-end data from CRSP for January 2017 through September 2018. Company share data were obtained from SEC filings.

69

**CONFIDENTIAL**

214.    I measured the percentage bid-ask spread as the difference between the bid and ask quotes divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[255] Exhibit-4 presents bid and ask price data for JELD-WEN stock.

215.    The average bid-ask spread for JELD-WEN stock over the course of the Class Period was 0.04%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database, which comprises all stocks traded on U.S. exchanges, was 0.52%.[256] The JELD-WEN stock bid-ask spread was therefore narrower than the mean level among all stocks traded on U.S. exchanges.

216.    In dollar terms, the JELD-WEN stock bid-ask spread during the Class Period averaged $0.01 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.11 during the Class Period.[257] Again, JELD-WEN's bid-ask spread was much narrower than the average.

217.    The average bid-ask spread in the market for JELD-WEN stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly traded stocks in the United States. This narrow bid-ask spread in the market for JELD-WEN stock supports a conclusion of market efficiency.

## VIII.    EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY

218.    The fifth *Cammer* factor is empirical evidence showing a cause-and-effect relationship between the release of company-specific information and movements in the security price.[258] The *Cammer* court noted that a demonstration of a cause-and-effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[259]

---

[255] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, 1990, pp. 535-547.

[256] This calculation is based upon averaged month-end data from CRSP for January 2017 through September 2018.

[257] This calculation is based upon averaged month-end data from CRSP for January 2017 through September 2018.

[258] *Cammer*, 711 F. Supp. 1264 at 1291.

[259] *Id.*, at 1287.

70

**CONFIDENTIAL**

219.   While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," more recently, in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017), the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied and circumstances are not unusual. In *Waggoner v. Barclays PLC*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies."[260]

220.   This understanding that the empirical factor is generally not needed to prove market efficiency when the other factors are satisfied was articulated also by other courts in other circuits. For example, the District of Arizona recently found that the plaintiffs in *Richard Di Donato, et al. v. Insys Therapeutics Incorporated, et al.* "proved the prerequisites for invoking the fraud-on-the-market presumption of reliance under *Basic*, and Defendants have not rebutted it."[261] In that decision, the *Insys* Court, relying on *Waggoner* and other Circuit Court decisions, concluded that "[e]vidence of the market's reaction to unexpected corporate events or financial disclosures is usually important, but not required in every case."[262]

> "The Second, Fourth, Fifth, and Eleventh Circuits have instructed that the *Cammer* factors serve only as a guide for determining market efficiency to be applied in a case-by-case basis in addition to other considerations and that, while important in certain cases, the fifth *Cammer* factor is not a mandatory prerequisite in every case for finding market efficiency. *Waggoner v. Barclays PLC*, 875 F.3d 79, 97-98 (2d Cir. 2017); *Gariety v. Grant Thornton, LLP*, 368 F.3d 356, 368 (4th Cir. 2004); *Unger v. Amedisys Inc.*, 401 F.3d 316, 323 (5th Cir. 2005); *Bell v. Ascendant Solutions, Inc.*, 422 F.3d 307, 313, 316 (5th Cir. 2005); *Local 703, I.B. of T. Grocery &*

---

[260] *Waggoner v. Barclays PLC*, 875 F.3d 79 at 97.

[261] *Di Donato v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW, 20 September 2019, p. 30.

[262] *Id.*, p. 14.

71

**CONFIDENTIAL**

*Food Employees Welfare Fund v. Regions Financial Corp.*, 762 F.3d 1248, 1255-56 (11th Cir. 2014). Although these circuit courts require proof and thorough analysis of market efficiency in context, they disclaim rigid adherence to a bright line test. The parties have not cited, and the Court has not found, contrary authority."

***Di Donato v. Insys Therapeutics,*** No. CV-16-00302-PHX-NVW, 20 September 2019, p. 12-13.

221. A recent Sixth Circuit decision concurs.

"The parties have expended much effort discussing and disputing the application of the fifth *Cammer* factor, whether it has been met, and whether it matters if it has or has not been met. In fact, it doesn't matter. '[N]o court has adopted a per se rule that any one *Cammer* factor is dispositive.' *Strougo v. Barclays PLC*, 312 F.R.D. 307, 320-21 (S.D.N.Y. 2016). Numerous Courts within the Sixth Circuit have held that market efficiency can be established without regard to the fifth *Cammer* factor. See *In re Accredo Health, Inc. Sec. Litig.*, 2006 WL 1716910, *10 (W.D. Tenn. 2006) (even if plaintiffs failed to establish *Cammer* 5, 'this alone would not negate the efficiency of the market'); *Zwick Partners, LP v. Quorum Health Corp.*, 2019 WL 1450546, *13 (M.D. Tenn. 2019) (market efficiency established without reference to *Cammer* 5); *Burges v. BancorpSouth, Inc.*, 2017 WL 2772122, *9 (M.D. Tenn. 2017)(same); *Ross v. Abercrombie & Fitch Co.*, 257 F.R.D. 435, 454 (S.D. Ohio 2009)(same)."

**Opinion and Order Granting Class Certification and Appointing Class Representatives and Class Counsel, *Kevin L. Dougherty, et al., v. Esperion Therapeutics, Inc., et al.,* United States District Court Eastern District of Michigan Southern Division, No. 16-10089, 31 May 2020, p. 13.**

222. Nonetheless, significant stock price reactions to new valuation-relevant information do demonstrate market efficiency and are compelling empirical evidence of market efficiency. The empirical analysis that I conducted provides such evidence. JELD-WEN stock exhibited statistically significant stock price reactions to Company announcements. The stock price movements following earnings announcements were much more frequently statistically significant than were the stock price movements on ordinary non-event days. This result proves that the JELD-WEN stock price responded to announcements of Company information and that there was a cause-and-effect relationship between the release of new information and changes in JELD-WEN's stock price. These results, which demonstrates and therefore indicates market efficiency.

72

**CONFIDENTIAL**

A.      **Event Studies**

223.    Event studies test whether a security responds to new information. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. Renowned financial economist and Nobel Laureate Professor Eugene Fama attests:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets: II," by Eugene Fama, *Journal of Finance*, 1991, p. 1607.**

224.    Campbell et al. [1997] present a useful description and examples of the event study methodology and write about how it is generally accepted and widely used in academic research.[263] Gold et al. [2017] describe how the methodology is generally accepted and widely used in forensic applications.[264]

225.    An event study measures how much a security price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a security price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a security price change that cannot be attributed to market or sector factors is called the residual security price movement or "residual return." The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

---

[263] "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.

[264] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

**CONFIDENTIAL**

226. If a security's residual return is statistically significant, it indicates that the security price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. A significant stock price reaction to the release of information demonstrates market efficiency. It is proof that the stock price responded to information.

**B.    Collective Event Study Test**

**1.    Collective Event Study Test Design and Methodology**

227. If a company's news events collectively exhibit a significantly greater frequency of statistically significant stock price movements than do non- or lesser-news days, this finding would establish that the stock consistently reacts to information and is therefore compelling empirical evidence that the stock trades in an efficient market. One can test for market efficiency, therefore, by assessing collectively whether the stock exhibits statistically significant returns more often on days with greater information flow than on more typical days with less news. If the frequency of significant stock price movements is greater among a collection of news days than among all other non- or lesser-news days, this result would establish that there is a cause-and-effect relationship between the flow of information and security price movements, which indicates market efficiency.

228. The group of eight testifying finance experts (including myself) who wrote an *Amici Curiae* brief for *Halliburton II* recognized collective tests as valid tests of market efficiency. We explained that an empirical analysis of market efficiency may be performed as follows:

> "[D]ivide the days of the class period *ex ante* into expected news days and non-news days before examining price movements, and then compare the stock's price movements in the two categories to see if there is a statistically significant difference in price movement between the two categories. If the study finds a difference in price movement between the two sample sets (*e.g.*, earnings-release dates versus non-earnings-release dates), that is statistical evidence that the market incorporates new public information into the price of the stock."
> **Brief of Testifying Economists as *Amici Curiae* in Support of Respondent, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* 5 February 2014, p. 10.**

**CONFIDENTIAL**

229.   I conducted a collective event study analysis for JELD-WEN stock, focusing on the Company's earnings announcements, comparing those information events to all other days during the Class Period. According to the finance literature, the flow of company-specific information is elevated on earnings announcement dates.[265] A greater incidence of significant stock returns on earnings announcement dates, therefore, would show that the JELD-WEN stock reacted to information, which is the essence of informational market efficiency.

### 2.   Collective Event Study Tests of Market Efficiency are Widely Used and Accepted by Courts

230.   Collective event study tests that compare price movements on news days to non- or lesser-news days for purposes of assessing market efficiency are widely used in securities cases, are presented in the literature, and have been accepted by courts.

> "We start by examining the statistical properties of the cause-and-effect relationship between stock returns and disclosures when there is no link. In other words, the daily stock prices do not reflect full information and that significant abnormal returns are not associated with the disclosure of information. It then logically follows that, for this security we will observe that: (a) the security's returns are determined arbitrarily or in a random fashion, and (b) there will be no link between disclosures and significant abnormal returns, in other words, disclosures and significant returns are randomly distributed. To test this hypothesis, we have established a novel statistical method employing a generally accepted approach called 'bootstrap testing.' Both the *DVI* and *HealthSouth* courts have accepted the bootstrap approach. We have created test statistics to determine if the actual observations are likely to have been generated in a random fashion. If information disclosures are not linked to abnormal returns, then we would not expect there to be a statistically significant relationship that distinguishes those days when there are or are not disclosures of information from those days when there are or are not abnormal returns. In other words, there is no cause-and-effect correlation because the distributions of abnormal returns and disclosures are both random events."
> **"The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," by Michael Hartzmark and H. Nejat Seyhun, *Va. L. & Bus. Rev.*, Vol. 6, No. 3, 2012, pp. 458-459 (footnote omitted).**

---

[265] *Financial Reporting: An Accounting Revolution*, 3rd Edition, by William Beaver, Pearson, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by François Degeorge et al., *Journal of Business*, 1999, p. 1.

**CONFIDENTIAL**

"In terms of the application of the EMH [Efficient Market Hypothesis] to securities class actions, an important question is whether any allegedly fraudulent information would cause a change in the issuer's stock price. However, because the market does not know (at the time) whether any information it receives is legitimate or fraudulent, this question can be answered by testing whether the market for a particular issuer's stock responds to news more generally. If it does, then one is more confident that the stock price would be affected by any material false information or would have responded to material omitted information. If the stock price does not generally respond to news, then the presumption should then become that the stock was not affected by any false news and may not have responded to allegedly omitted information. Because stock prices move all the time, one must compare the movements in response to news stories with a control group of prices."
**"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," by Paul Ferrillo et al., *St. John's L. Rev.*, Vol. 78:81, 2004, p. 119.**

231. Courts have accepted collective event study tests as valid tests for establishing market efficiency and have acknowledged their "routine use" for this purpose.

"[C]ourts have … endorsed the comparison test that [Plaintiffs' expert] used. *See*, *e.g.*, *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008). This test 'involves comparing the percentage of days with news that have a statistically significant price movement to the percentage of days without news that have a statistically significant price movement.' Paul A. Ferrillo et al., *The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases*, 78 St. John's L. Rev. 81, 120 (2004). If the stock price is significantly more likely to change on News Days than on Non-News Days, that suggests a causal relationship between material news and the stock price."
***McIntire v. China MediaExpress Holdings, Inc.*, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014).**

"There is no dispute that z-tests are commonly used and widely accepted statistical tools. … [Defendant's expert] contends that, because the article was not peer-reviewed, a z-test cannot be used to show market efficiency. Were Feinstein using a novel or questionable statistical technique, the Court would place more weight on the absence of peer review. But it is not necessary for every application of a commonly used statistical technique to

**CONFIDENTIAL**

be peer-reviewed. Indeed, the elegance of statistical methods is that they can be applied to data sets of varying substantive significance, from rates of emphysema to transactions on modern securities markets. Because the Court is convinced that the z-test is a well-established and sound statistical technique, the lack of peer review does not seriously undermine Feinstein's application of the z-test."

*In re Petrobras Sec. Litig.*, **312 F.R.D. 354, 369 (S.D.N.Y. 2016).**

"Plaintiffs' expert, conducted an event study using Tidel's trading data. He identified two-day periods in which information pertaining to Tidel was released to the public and separated those two days from other two day periods in which there was no public information pertaining to Tidel. The periods were classified into 'information' versus 'non-information days.' Both experts analyzed the price changes on the 'information days' and the 'non-information days' and compared the results of the two groups. Professor Pettit concluded that the price changes on information days versus non-information days was statistically significant, meaning there was a related cause and effect relationship between the release of information pertaining to Tidel and Tidel's stock price. Simply put, Professor Pettit's tests indicated that Tidel's stock price reacted within a two-day window to news releases concerning Tidel, which indicates market efficiency."

*Lehocky v. Tidel Techs., Inc.*, **220 F.R.D. 491, 506 (S.D. Tex. 2004) (footnote omitted).**

"Additionally, experts routinely use, and courts accept, collective tests on the earnings and guidance dates like the one utilized by Bettencourt. *See In re NII Holdings*, 311 F.R.D. [401, 412 (E.D. Va. 2015)] (finding expert's collective test of company's earnings announcements objective and reliable)."

*City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ*, **322 F. Supp. 3d 676, 688 (D. Md. 2018).**

### 3.    Selection of Earnings Announcement Dates

232.    My collective event study analysis focused on JELD-WEN's earnings announcements, during which the Company reported its financial results and other important Company news. A company's financial results are among the most important considerations to investors assessing the value of its securities. While not every earnings announcement contains new, unexpected, highly impactful valuation information, the finance literature

77

**CONFIDENTIAL**

notes that such information more frequently arrives on earnings announcement dates than on ordinary dates.[266]

> "No other figure in the financial statements receives more attention by the investment community than earnings per share. The relationship between accounting earnings and security prices is probably the single most important relationship in security analysis, and its prominence is reflected in the attention given to price-earnings ratios."
> **Financial Reporting: An Accounting Revolution, 3rd Edition, by William Beaver, Pearson, 1998, p. 38.**

> "Analysts, investors, senior executives, and boards of directors consider earnings the single most important item in the financial reports issued by publicly held firms."
> **"Earnings Management to Exceed Thresholds," by François Degeorge et al., Journal of Business, 1999, p. 1.**

> "… find unequivocal evidence that earnings announcements convey more information than is conveyed in non-announcement periods."
> **"The Information Content of Earnings Announcements: New Insights from Intertemporal and Cross-Sectional Behavior," by William Beaver et al., Review of Accounting Studies, 2018, p. 129.**

> "Beginning with Ball and Brown (1968) and Beaver (1968), a large literature documents that earnings announcements have significant information content for investors. Subsequent literature explores whether and how the information content of earnings announcements varies across time and across firms."
> **"Increased Market Response to Earnings Announcements in the 21st Century: An Empirical Investigation," by William Beaver et al., Journal of Accounting and Economics, 2020, p. 1.**

233.   Numerous well-known and highly-regarded academic studies (for example, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], and Ball and Kothari [1991]) have specifically examined stock price movements caused by earnings announcements and concur that earnings announcements are generally important information events.

---

[266] *Financial Reporting: An Accounting Revolution*, 3rd Edition, by William Beaver, Pearson, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by François Degeorge et al., *Journal of Business*, 1999, p. 1.

**CONFIDENTIAL**

234.  The Company announced earnings in press releases, which were also included in Form 8-K filings. The press releases were used to date the announcement events. The following is a list of JELD-WEN earnings event dates corresponding to JELD-WEN's earnings announcements during the Class Period:

    i.  **22 February 2017** – On 22 February 2017, prior to the start of trading, the Company announced financial results for Q4 and FY 2016, provided FY 2017 guidance, and held a conference call with investors.[267]

    ii.  **9 May 2017** – On 9 May 2017, prior to the start of trading, the Company announced financial results for Q1 2017, updated FY 2017 guidance, and held a conference call with investors.[268]

    iii.  **8 August 2017** – On 8 August 2017, prior to the start of trading, the Company announced financial results for Q2 2017, reiterated its FY 2017 guidance, and held a conference call with investors. [269]

    iv.  **7 November 2017** – On 7 November 2017, prior to the start of trading, the Company announced financial results for Q3 2017, updated its FY 2017 guidance, and held a conference call with investors.[270]

---

[267] "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM; "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM; and "Q4 & FY 2016 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 22 February 2017.

[268] "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM; "Q1 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 9 May 2017, 8:00 AM; and "Q1 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 9 May 2017.

[269] "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM; "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM; and "Q2 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 August 2017.

[270] "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM; "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM; and "Q3 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 November 2017.

**CONFIDENTIAL**

v.  **21 February 2018** – On 21 February 2018, prior to the start of trading, the Company announced financial results for Q4 and FY 2017, provided FY 2018 guidance, and held a conference call with investors.[271]

vi.  **8 May 2018** – 8 May 2018, prior to the start of trading, the Company announced financial results for Q1 2018, provided Q2 2018 guidance, updated FY 2018 guidance, and held a conference call with investors.[272]

vii.  **7 August 2018** – On 7 August 2018, prior to the start of trading, the Company announced financial results for Q2 2018, provided Q3 2018 guidance, updated its FY 2018 guidance, and held a conference call with investors.[273]

viii.  **16 October 2018** – On 15 October 2018, after the close of trading, the Company provided preliminary financial results for Q3 2018, lowered FY 2018 guidance, announced a $76.5 million charge for litigation contingency, and announced the departure of CFO Mallard.[274]

### 4.    Isolating the Impact of Company-Specific Information

235. One component of event study analysis determines how much of the Company's stock return following each event was driven by market and industry sector factors, as opposed to Company-specific information, so that those influences can be statistically factored out. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically

---

[271] "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM; "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM; "Q4 and Full Year 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 21 February 2018.

[272] "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM; "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM; and "Q1 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 May 2018.

[273] "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM; "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM; and "Q2 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 August 2018.

[274] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; and JELD-WEN Holding, Inc., Form 8-K, filed 17 October 2018.

**CONFIDENTIAL**

behaved in relation to the overall market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

236.   The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

237.   I ran a regression modeling the return of JELD-WEN stock as a function of 1) a constant term, 2) the return of the overall stock market, and 3) a sector index return.

238.   For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

239.   For the sector factor, I used the same index that JELD-WEN identified as representative of its industry sector. In its Form 10-Ks, JELD-WEN compared the performance of its shares to the S&P 1500 Building Products Index (the "Sector Index").[275]

240.   All returns used in the regression are logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[276]

241.   JELD-WEN's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents Market Index and Sector Index data.

242.   I ran the regression on daily returns over the period 30 January 2017 through the last day of the Class Period, 15 October 2018. The first day return in the estimation period measures the stock price movement from the first post-IPO trading day in the Class Period, 27 January 2017, to the next trading day's price.

243.   The choice of using the Class Period for the regression estimation period is consistent with widely used and generally accepted practice in event study analysis.

---

[275] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 37; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 39.

[276] Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

**CONFIDENTIAL**

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
>
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

244. I used dummy variables to control for potentially abnormal returns on 1) the earnings announcement events that occurred during the Class Period, and 2) the 5 October 2018 corrective disclosure event alleged in the Complaint that occurred during the Class Period.[277] Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the estimated model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[278]

245. The regression results are presented in Exhibit-6.

246. For each date in the Class Period, I computed the explained portion of JELD-WEN's stock return by adding 1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the day's Sector Index return multiplied by the Sector Index coefficient.

247. I then computed the residual return for each event date by subtracting the explained return from the actual return.

### 5.    *t*-Test

248. For each earnings announcement event date, a statistical test called a *t*-test was conducted to determine whether the residual return of JELD-WEN stock was statistically significant. Statistical significance means that the return, after controlling for the overall stock market

---

[277] The Complaint alleges that corrective disclosures impacted the price of JELD-WEN stock on 5 October 2018 and 15 October 2018; however, both announcements occurred after the close of trading. Therefore, only the immediately subsequent trading day after the 5 October 2018 corrective disclosure, 8 October 2018, was included as a dummy variable.

[278] *See*, e.g., "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David Larcker et al., *Journal of Financial & Quantitative Analysis*, Vol. 15, No. 2, 1980.

**CONFIDENTIAL**

and industry sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility but must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the event residual return was unlikely to have been caused by random volatility and is therefore deemed statistically significant.[279]

249. The results of the event study are presented below and summarized in Exhibit-7. Exhibit-8 presents the event study metrics for all dates during the Class Period.

250. As shown in Exhibit-7, four of JELD-WEN's eight earnings announcements made during the Class Period elicited statistically significant stock price reactions.

### 6.    A Caveat About Non-Significant Security Price Movements

251. It is important to note that an event study tests the joint hypothesis that (i) the stock trades in an efficient market, and (ii) the appropriate valuation impact of the information disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular announcement.[280]

252. For example, if a company reports business results that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to warrant a statistically

---

[279] This test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value of ±2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

[280] *See*, e.g., "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," by Alon Brav and J.B. Heaton, *Wash. U. L. Rev.,* 2015, p. 602.

**CONFIDENTIAL**

significant stock price change. The release of important information consistent with market expectations would maintain the price, whereas important information inconsistent with expectations would be expected to cause a change in the stock price. Similarly, if a misrepresentation is made alongside countervailing confounding news that should impact the stock price in the opposite direction, the mix of news may cause no statistically significant stock price reaction in an efficient market.[281] In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price response in an efficient market. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock behaved as it should in an efficient market.[282]

253.    Similarly, when a company deceives analysts and investors by concealing important information (or denying liability), the effect of the concealment would generally not be a significant stock price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it was previously, so the price impact would be maintenance of the price level where it was previously.

254.    When selecting events for a collective event study testing market efficiency, each event need not be so momentous as to be expected to elicit a significant stock price reaction. Rather, the group of events is selected such that the group as a whole is characterized as having higher information flow than ordinary days. One would not necessarily expect all

---

[281] Confounding information is simultaneously released unrelated company-specific information.

[282] Of note, it is becoming increasingly recognized in the literature that the 95% confidence level is not the only statistical finding dispositive of correlation and causation. While significance at the 95% confidence level provides strong proof that the information conveyed by the disclosure event caused the price reaction, it is also well-known and now generally accepted that significance at a less than the 95% confidence level is informative as well.

Significance at less than the 95% confidence level certainly does not disprove that an event impacted the stock price. *See*, e.g., "Hypothesis tests are usually conducted using a type I error rate (probability of rejecting a true null) of 5%, but there is no good reason why 5% should be preferred to some other percentage. The father of statistics, R.A. Fisher, suggested it in an obscure 1923 paper, and it has been blindly followed ever since. Rosnow and Rosenthal (1989, p. 1277) recognize that 'surely, God loves the .06 as much as the .05.'" (*A Guide to Econometrics*, by Peter Kennedy, 6th Edition, Blackwell Publishing, 2008, p. 60).

Note also, "Statistical significance may be part of an expert's reasoning, but the expert should also consider all possible explanations for a scientific conclusion, including study design and the underlying scientific processes that affect the result. To the extent there are other studies or data that contradict the expert's conclusion, the expert should not dismiss that other data merely because it is not statistically significant." ("New Views on Statistical Significance Affect Expert Testimony," by Josh Becker et al., *Law360.com*, 23 May 2019).

**CONFIDENTIAL**

or even most of the event returns in a collective event study to be statistically significant. In a collective event study, statistical testing establishes whether the incidence rate of statistical significance within the event group is elevated compared to all ordinary dates. If so established, the finding proves the existence of a cause-and-effect relationship between information flow and stock price reaction.

### C.    Collective Event Study Test Results

255.    A collective event study test has an objective screen – a statistical test – that determines whether or not the frequency of significant events is sufficient to indicate a cause-and-effect relationship between news flow and stock price movement. I conducted that statistical test to determine whether four of eight earnings announcements eliciting statistically significant stock price reactions was frequent enough to indicate market efficiency. The statistical test, known as the Fisher Exact Test, determines whether four significant stock returns out of eight earnings announcements could have been the result of random chance alone, or alternatively must have been caused by a consistent cause-and-effect relationship between the release of Company information and JELD-WEN stock price movements.

256.    The Fisher Exact Test is a commonly used and widely accepted methodology for testing whether incidence rates are different between two groups of data.[283] A higher incidence of statistical significance on earnings announcement event dates would indicate that JELD-WEN stock responded to information and thereby demonstrated market efficiency.

257.    The Class Period comprised 432 trading day returns. The earnings announcement on 15 October 2018 occurred during the Class Period, on the last day, but after the close of trading. The stock price reaction to this Class Period earnings announcement was on the next trading day, 16 October 2018, the first trading day after the Class Period. As the earnings announcement was during the Class Period, the first day after the Class Period was included in the Fisher Exact Test. Consequently, there are 433 trading day returns included in the Fisher Exact Test.

---

[283] *See*, e.g., "Reference Guide on Statistics," by David Kaye and David Freedman, *Reference Manual on Scientific Evidence,* 3rd Edition, 2011, p. 255.

85

**CONFIDENTIAL**

258.  Of the 433 trading days examined for the Fisher Exact Test, eight days were earnings announcements. Four of the eight earnings announcement event days had statistically significant returns, which is an incidence rate of 50.0%.

259.  Of the remaining 425 trading days, deemed for purposes of this test to be lesser or non-news days, 17 were statistically significant, which is an incidence rate of 4.0%.

260.  The Fisher Exact Test finds that this difference in significance incidence rates, 50.0% versus 4.0%, is itself highly statistically significant. The earnings announcement days exhibited a significantly greater incidence of statistically significant returns compared to all other days.

261.  The probability that four of eight earnings announcement days would be statistically significant if JELD-WEN stock did not respond to information (such that the stock behaves the same on news- and non-news days) is only 0.025%. This finding rejects with a confidence level of 99.975% the null hypothesis that JELD-WEN stock behaves no differently on earnings announcement days with a greater flow of information than on all other days.[284] The conclusion is that JELD-WEN stock reacted to information and its market therefore demonstrated informational efficiency.

## IX.    MARKET EFFICIENCY SUMMARY

262.  JELD-WEN stock traded on the NYSE with numerous market makers facilitating trading in the stock. Trading volume was well above the level warranting a strong presumption of market efficiency. The Company was widely covered by analysts and the news media. Institutional ownership of JELD-WEN stock was widespread. During the Class Period, JELD-WEN made regular and timely filings with the SEC, and financial information about the Company was readily available to investors and analysts throughout the Class Period. A history of Company financial data extending back before the IPO was provided to the market in registration documents. Market capitalization and float were high. The stock's

---

[284] If one were to exclude the 15 October 2018 earnings announcement from the collective event study test, the conclusion would remain the same. Excluding that last earnings announcement, 3 of the 7 remaining earnings announcement event days had statistically significant returns, which is an incidence rate of 42.86%. Again, 17 of the non- or lesser news days were statistically significant, which is an incidence rate of 4.00%. The Fisher Exact Test finds that this difference in significance incidence rates, 42.86% versus 4.00%, remains highly statistically significant, with a p-value of 0.27%, corresponding to significance at the 99.73% confidence level.

**CONFIDENTIAL**

bid-ask spread was narrow, substantially narrower than the average bid-ask spread among all other stocks traded on U.S. exchanges. No impediments to market efficiency were present.

263.  JELD-WEN stock also satisfied the empirical *Cammer* factor, observably reacting to information flow, thereby demonstrating market efficiency. The empirical tests proved that there was a cause-and-effect relationship between new, Company-specific information and movement in the price of JELD-WEN stock.

264.  In sum, the market for JELD-WEN stock satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency. Given these facts, I conclude that JELD-WEN stock traded in an efficient market throughout the Class Period.

## X.  LOSS CAUSATION

### A.  Analytical Methodology

265.  I conducted an event study and additional financial analyses in order to determine whether the alleged misrepresentations and omissions and the subsequent disclosures concerning the Company's illegal anticompetitive behavior, adverse legal consequences, and the fact that previously achieved levels of profitability were unsustainable, caused losses to investors.

266.  An event study can determine whether revelatory information on particular disclosure event dates was a substantial cause of a security price decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new company-specific information. An event study is essentially a controlled experiment that allows one to observe the market's valuation of a security with and without the information at issue.

267.  Prior to a corrective disclosure, the security is valued in the marketplace without the corrective information. After the event, the security is valued with the newly disclosed information. An event study can determine whether the corrective disclosure caused the security price to decline.

87

**CONFIDENTIAL**

268.    Once an event study has established a company-specific security price reaction on a corrective disclosure date, to establish loss causation one must determine whether allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. Financial analysis including valuation analysis can account for and thus remove the effect, if any, of confounding information that is unrelated to the alleged fraud. After controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently-concealed facts, was a substantial cause of the security price decline.

269.    Additional elements of loss causation analysis may include applying fundamental valuation principles, examining Company statements, and reviewing analyst commentary in order to assess whether the subject matter of the alleged misrepresentations and omissions is economically material – that is, valuation relevant and important to investors.[285]

### B.    Loss Causation Analysis

270.    The alleged misrepresentations and omissions concealed from investors that the Company engaged in illegal anticompetitive behavior, that the illegal behavior was in large part responsible for Company performance that boosted its profitability and prospects for increasing profitability, the likelihood of adverse legal consequences stemming from the illegal activity, and the unsustainability of achieved and expected increased profitability. On account of the alleged misrepresentations and omissions, investors were unaware that the Company would encounter adverse legal consequences and that previously achieved levels of profitability were unsustainable.

271.    From the corrective disclosure provided by the Company itself on 15 October 2018, investors and analysts gained greater clarity that the allegations of illegal anticompetitive behavior had merit and that adverse consequences were now considered likely and quantifiable. That same day, in the same press release, the Company disclosed that the level

---

[285] I understand that materiality has a legal definition in matters such as this one. As the term is used in this report, economic materiality means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

**CONFIDENTIAL**

of profitability, which was allegedly achieved with illegal anticompetitive behavior, was unsustainable.

272. Given that JELD-WEN's stock traded in an efficient market, it follows that positive misrepresentations and omissions about the foreseeable risks and financial ramifications of the Company's anticompetitive behavior, which skewed upward the market's assessment of JELD-WEN's future profit margins and EBITDA growth, and downplayed the likelihood of penalties and divestiture, would have artificially inflated the Company's stock price and maintained artificial inflation incorporated into the stock price by the market. Event study analysis focusing on the empirical reaction of the security price to corrective disclosures confirms this conclusion empirically. Disclosures correcting the misrepresentations and omissions by revealing the truth dissipated the artificial inflation and caused the stock price to decline. Corrective disclosures thusly precipitated investor losses caused by the misrepresentations and omissions.

273. The conclusion that the alleged misrepresentations and omissions caused investor losses is compelled by generally accepted principles of valuation, Defendants' own statements, news analysis, analyst reports, documents produced in this litigation to date, and the event study described in §0 below.

### 1.    Financial Principles

#### a.    Anticompetitive Behavior Boosts Profitability, but the Benefit from Illegal Activity is Generally Not Sustainable

274. It is well established in the finance literature that "competition between firms is a central tenet of a well-functioning economy. The pressure of competitors and new entrants leads firms to set prices that reflect costs, which is to the benefit of the customer."[286] Conversely, "concentrated industries with very high barriers to entry have higher average profit rates."[287] A firm engaged in illegal anticompetitive behavior may be able to boost apparent profitability, which is a determinant of company value and the value of the company's securities. However, being illegal, that activity and the level of profitability thereby

---

[286] "The Rise of Market Power and the Macroeconomic Implications," by Jan De Loecker et al., *The Quarterly Journal of Economics*, Vol. 135, No. 2, 23 January 2020, p. 562.

[287] "Industry Structure and Performance," by Dennis Carlton and Jeffrey Perloff, Chapter 8 of *Modern Industrial Organization*, 4th Edition, Pearson, 2015, p. 284.

**CONFIDENTIAL**

achieved may not be sustainable. Enforcement and legal remedies afforded victims of illegal anticompetitive behavior make that behavior generally unsustainable.

275. As noted, the relationship between profitability and competition, or alternatively anticompetitive behavior, is a generally accepted principle in finance and economics.

> "Mann also investigated the relationship between profit and his own subjective estimates of barriers to entry. He found that industries with 'very high' barriers to entry enjoy higher profits than those with 'substantial' barriers, which in turn earn higher profits than those with 'moderate to low' barriers. He confirmed Bain's predictions and earlier findings that concentrated industries with very high barriers to entry have higher average profit rates than concentrated industries that do not have very high barriers to entry."
> **"Industry Structure and Performance," by Dennis Carlton and Jeffrey Perloff, Chapter 8 of *Modern Industrial Organization*, 4th Edition, Pearson, 2015, p. 284.**

> "Thriving competition between firms is a central tenet of a well-functioning economy. The pressure of competitors and new entrants leads firms to set prices that reflect costs, which is to the benefit of the customer. In the absence of competition, firms gain market power and command high prices. This has implications for welfare and resource allocation. In addition to lowering consumer well-being, market power decreases the demand for labor and dampens investment in capital, it distorts the distribution of economic rents, and it discourages business dynamics and innovation. This has ramifications for policy, from antitrust to monetary policy and income redistribution."
> **"The Rise of Market Power and the Macroeconomic Implications," by Jan De Loecker et al., *The Quarterly Journal of Economics*, Vol. 135, No. 2, 23 January 2020, p. 562.**

### b.    Profitability is a Key Determinant of Value

276. According to fundamental principles of finance and valuation, profits and profitability are key determinants of a company's value and the value of the company's securities. The following quotes from the academic literature attest to the central role of profitability in valuation:

> "Earnings power is a chief driver of investment value, and EPS [earnings per share], the denominator of the P/E ratio, is perhaps the chief focus of security analysts' attention."
> **ered *Analysis of Equity Investments: Valuation*, by John Stowe et al., Association for Investment Management and Research (CFA Institute), 2002, p. 183.**

**CONFIDENTIAL**

"The most familiar market value multiple is the price/earnings (P/E) multiple."
*The Market Approach to Valuing Businesses*, by Shannon Pratt, John Wiley & Sons, 2001, p. 4.

"First, a stock's earnings per share over the forthcoming year E1 are estimated, and then the analyst (or someone else) specifies a 'normal' price earnings ratio for the stock. The product of these two numbers gives the estimated future price P1."
*Investments*, 5th Edition, by William Sharpe et al., Prentice Hall, 1995, p. 581.

"Much of the real-world discussion of stock market valuation concentrates on the firm's price-earnings multiple, the ratio of price per share to earnings per share, commonly called the P/E ratio."
*Investments*, 8th Edition, by Zvi Bodie et al., McGraw-Hill Irwin, 2009, p. 604.

### c.      Financial Principles Compel a Conclusion of Loss Causation

277. From generally accepted principles of finance and economics, it follows that JELD-WEN's alleged anticompetitive behavior, and the alleged misrepresentations and omissions that concealed the illegality of the Company's behavior, boosted profitability. But, unbeknownst to analysts and investors during the Class Period, the boost was unsustainable.

278. Because analysts and investors were misled about the sustainability of reported and forecasted profitability, and because profitability impacts valuation, the alleged misrepresentations and omissions artificially inflated the JELD-WEN stock price. The corrective disclosures that better informed the marketplace about the illegality of JELD-WEN's anticompetitive behavior and the legal consequences therefrom, dissipated the artificial inflation, causing the stock price to fall, and thus caused investor losses. Financial principles therefore compel a conclusion of loss causation.

**CONFIDENTIAL**

      **2.**      **Company Statements Compel a Conclusion of Loss Causation**

          **a.**      **Company Statements Confirm the Economic Importance of the *Steves* Litigation and Financial Ramifications Associated Therewith**

279. Company statements during the Class Period confirm the economic importance of the *Steves* litigation, the potential consequences, and the associated financial ramifications. However, while the Company acknowledged the importance of the *Steves* litigation, the potential consequences, and the associated financial ramifications, the Company allegedly concealed facts that would have informed the market that the Company had indeed engaged in the alleged unlawful behavior and that the potential adverse consequences stemming from the litigation were likely.

280. The Company's repeated acknowledgement of the importance of the *Steves* litigation is compelling proof that the subject matter of the alleged misrepresentations and omissions was economically material, and that the misrepresentations and omissions therefore did artificially inflate the stock price and cause investor losses.

281. In its FY 2017 Form 10-K, the Company stated that "if a judgment is entered in accordance with the verdict and is ultimately upheld after exhaustion of our appellate remedies, it could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded."

> "We continue to believe that Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We believe that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. Accordingly, we do not believe that a loss in this matter is probable and estimable, and therefore, we have not accrued a reserve for this loss contingency. However, if a judgment is entered in accordance with the verdict and is ultimately upheld after exhaustion of our appellate remedies, it could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded. Because the operations acquired from CMI have been fully integrated into the

92

**CONFIDENTIAL**

Company's other operations, divestiture of those operations would be difficult if not impossible and therefore it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows."

**JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 35.**

282.    In its Form 10-K for FY 2018, the Company again confirmed the economic importance of the *Steves* litigation and the associated financial ramifications, stating that "[a]ny judgment entered that awards lost profits, if ultimately upheld after exhaustion of our appellate remedies could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded."

> "We continue to believe that Steves' claims lack merit, Steves' damages calculations are speculative and excessive, and Steves is not entitled in any event to the extraordinary remedy of divestiture. We believe that multiple pretrial and trial rulings were erroneous and improperly limited the Company's defenses, and that judgment in accordance with the verdict would be improper for several reasons under applicable law. However, based upon the rulings described above, in the third quarter of 2018 the Company recorded a charge of $76.5 million associated with this loss contingency. The charge reflects the judgment anticipated to be entered against the Company, including the trebling of $12.2 million of past damages under the Clayton Act, and estimated legal fees. The charge does not include any amount for lost profits or divestiture. Steves has indicated its intention to elect divestiture, rather than lost profits. Any judgment entered that awards lost profits, if ultimately upheld after exhaustion of our appellate remedies could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded. Because the operations acquired from CMI have been fully integrated into the Company's other operations, divestiture of those operations would be difficult if not impossible and, therefore, it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows."
>
> **JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 36.**

93

**CONFIDENTIAL**

> **b.      Company Statements Confirm the Economic Importance of Pricing and Profitability**

283.   Company statements confirm the economic importance of pricing and profitability, which were the underlying subject of alleged misrepresentations and omissions which misled the market.

> "In early 2014, our new management team began to strategically change our pricing strategy in several key areas. First, we focused on making strategic pricing decisions based on analysis of customer and product level profitability to restore profitability to underperforming lines of business. Second, we increased our emphasis on *pricing optimization*. As a result, our operations during 2014 and 2015 benefited from improved pricing, particularly in North America, where pricing returned to close to pre- crisis levels in some product lines across some market channels."
> **JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 63 (emphasis added).**

> "While we operate in a competitive market, *pricing discipline is an important element of our strategy to achieve profitable growth through improved margins.*"
> **JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017, p. 62 (emphasis added).**

> "[Brooks Mallard, JELD-WEN CFO & EVP]: …[W]e look at all the levers and we figure out which one we think is going to pull the most profitability for us. And so I would say we'd probably been pulling more on the price lever in the first half of the year, as opposed to the volume lever. And you can see that in the numbers obviously, right? Volume is down somewhat for a number of different reasons, but price is up. And so – and then that's resulted in nice margin accretion."
> **"Q2 2017 JELD-WEN Holding Inc Earnings Call,"** *Thomson Reuters***, edited transcript, 8 August 2017, 8:00 AM, p. 10.**

> "[Brooks Mallard, JELD-WEN CFO & EVP]: We've been very focused on margin repair, *very focused on driving gross margins through pricing* and through operational improvements."
> **"Q3 2017 JELD-WEN Holding Inc Earnings Call,"** *Thomson Reuters***, edited transcript, 7 November 2017, 8:00 AM, p. 11 (emphasis added).**

> "*We seek to achieve best-in-industry financial performance* through the *disciplined execution* of: operational excellence programs, such as the JEM [JELD-WEN Excellence Model], to *improve our profit margins* and free cash flow; initiatives to drive profitable organic sales growth, including new

94

**CONFIDENTIAL**

product development, investments in our brands and marketing, channel management, and *pricing optimization*; and acquisitions to expand our business.

…

We are focused on profitable growth and will continue to employ a strategic approach to pricing our products. *Pricing discipline is an important element of our effort to improve our profit margins and earn an appropriate return on our invested capital*."

**JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, pp. 8 and 9 (emphasis added).**

"[Kirk Hachigian, JELD-WEN Chairman & Acting CEO]: I think the path from 4% to 12% [ EBITDA margin] has been primarily getting rid of bad-margin business, taking pricing actions to get us back to price points that were prerecession. There was a huge fixation with volume. And postcrisis, we were not able to get pricing back to where it had become – where it had come from. So many product areas, we're still not back 10 years later to market pricing precrisis, right? If you look at the levers that the company still has in front of it, it's massive on the productivity side. We still haven't hit the vein on that or the sweet spot on that. The way we came up with the 15% wasn't just a random throw of the darts, right? We looked at 25 companies in the building products, and we looked at their position and where they had been precrisis and postcrisis on pricing. And that's the way we came up with it. … And we're still focused on EBITDA growth. We're still focused on cash growth. And again, I think, the big lever still is working the cost side of this business."

**"Q1 2018 JELD-WEN Holding Inc Earnings Call,"** *Thomson Reuters*, **edited transcript, 8 May 2018, 8:00 AM, p. 9.**

284. The Company's own statements underscore how important pricing and profitability were to the Company's valuation, as manifested in reported and forecasted EBITDA margin. It follows that alleged misrepresentations and omissions that concealed from investors that reported and forecasted levels of profitability were not sustainable, were economically material and artificially inflated the stock price.

**CONFIDENTIAL**

### 3.    Analysts Statements Compel a Conclusion of Loss Causation

#### a.    Analyst Statements Establish the Economic Importance of Misrepresentations and Omissions Related to the *Steves* Litigation and the Lawsuit's Allegations

285.    Analysts' models and valuations during the Class Period demonstrated the economic materiality of the allegation-related information. On 4 June 2018, Gabelli analysts noted that "a worst case scenario would lead to a divestment of one of their door skin plants (due to current litigation issues)."[288] According to Gabelli, the divestiture would "allow for the immediate entrance of a 3rd competitor,"[289] and would reduce the Company's valuation by $13.60 per share.[290]

286.    In response to the Company's preliminary results and guidance and the unfavorable ruling in the *Steves* litigation on 15 October 2018, analysts lowered their price targets and valuations. For example, Credit Suisse reduced their valuation multiple from 9.0x to 7.5x explaining that "operational challenges and headwinds related to the outstanding litigation make for greater uncertainty around the path forward."[291] RBC reduced its price target from $27 to $23 per share, explaining that the reduced valuation "multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020."[292] JPMorgan analysts lowered their price target by 32.3% from $31 to $21 and their valuation multiple from 7.5x to 6.5x given the "company's recent execution challenges and

---

[288] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 1.

[289] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 2.

[290] "New CEO Announcement-Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 2.

[291] "Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, pp. 1 and 4.

[292] "Walking on Broken Glass; Lowering PT on Guidance Cut," by Mike Dahl et al., RBC, analyst report, 16 October 2018, p. 2.

**CONFIDENTIAL**

uncertainty regarding the Steves litigation."[293] JPMorgan analysts also noted that the potential divestiture could "negatively impact both JELD's and DOOR's margins."[294]

287.    Clearly, the *Steves* lawsuit, what it conveyed about JELD-WEN's behavior, its potential consequences, and impact on JELD-WEN's future profitability were material to the market.

>    **b.    Analyst Statements Confirm the Economic Importance of Pricing and Profitability**

288.    Analyst commentary over the course of the Class Period confirms the economic importance of pricing and profitability, which were the underlying subject matter of alleged misrepresentations and omissions which misled the market.

>    "[T]his team is making transformation change through the use of a proven track record including improved pricing discipline, establishment of operational excellence (productivity tracking metrics), investment in building growth infrastructure and inorganic strategic growth."
>    **"Initiating With OUTPERFORM: Proven Operating Model, Pricing & Productivity Levers Provide the Window to Unlock the Door for Shareholder Value," by Al Kaschalk, Wedbush, analyst report, 2 February 2017, p. 2.**

>    "We think it's important to note where the EBITDA growth is coming from, and where it isn't. Price was a key tenet of the initial margin repair under the new management team, beginning in 2014. Price has been a significant driver of positive sentiment around the door industry since then …."
>    **"Repairing and Remodeling Margins; Initiate at Overweight," by Michael Dahl et al., Barclays, analyst report, 21 February 2017, p. 8.**

>    "[W]e are encouraged by the $5 mn increase to FY EBITDA guidance and think this could still reflect some conservatism given the continued progress on cost and productivity initiatives and potential for additional pricing to cover material cost inflation. *We continue to view JELD as one of our most compelling ideas given its unique 'self-help' margin opportunity over the next several years.*"
>    **"Executing on Margin Initiatives," by Michael Dahl et al., Barclays, analyst report, 10 May 2017, p. 1 (emphasis added).**

---

[293] "2018 EBITDA Guidance Lowered 9%; CFO Mallard to Exit, Succeeded by SVP-Corp. Dvlpmt, IR Linker," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 16 October 2018, pp. 2 and 3.

[294] "2018 EBITDA Guidance Lowered 9%; CFO Mallard to Exit, Succeeded by SVP-Corp. Dvlpmt, IR Linker," by Michael Rehaut and Elad Hillman, JPMorgan, analyst report, 16 October 2018, p. 4.

CONFIDENTIAL

"JELD's Margin expansion is truly the crux of this story, and on that front, the company has performed admirably."
**"JELD: Revenues Don't Derail the Profitability Train," by Stephen East et al., Wells Fargo, analyst report, 8 August 2017, p. 1.**

"This is still largely a margin improvement story, to us, so we view the solid margin expansion as a positive …."
**"JELD-WEN Holding, Inc.: 2Q17 Results First Look," by Michael Dahl et al., Barclays, analyst reports, 8 August 2017, p. 1.**

"To that end, *we continue to view JELD as one of our most compelling ideas given its unique margin opportunity* over the next several years."
**"Self-Help Earnings Growth in Spite of Modest Top Line," by Michael Dahl et al., Barclays, analyst report, 8 August 2017, p. 1 (emphasis added).**

"Revenue in the North America segment decreased 2.8%, or down roughly 2% excluding FX. This drop in core growth was driven by a 4% decline in volume, offset by a 2% increase in pricing. … Adjusted EBITDA margin of 14.5% increased 110 basis point versus the prior year, driven by the increased price, cost savings and mix."
**"Delivers Margin Target on Mixed Revenue Results," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 8 August 2017, p. 2.**

"We spoke with management after the call and they suggested that price/volume tailwinds as well as operational improvements will help generate better margin performance next year."
**"3Q17A Earnings Review: Fenestration Domination," by Robert Wetenhall and Michael Eisen, RBC, analyst report, 8 November 2017, p. 1.**

"[Michael Jason Rehaut, JPMorgan analyst]: I think one of the other *key elements*, obviously, of the story *is the margin expansion* over the next 2 to 3 years and the goal to get to 15%."
**"JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM, p. 7 (emphasis added).**

"JELD-WEN entered the year expecting margin improvement of 100-150 bps and is now expecting to exit the year with a 100 bps margin contraction. *Margin improvement has been essential to JELD-WEN's story and, while the company is still aiming at that, the recent challenges suggest that the story has turned from a margin improvement story to a stabilization/ turnaround story.*"
**"17% Reduction to 2H18 Guidance May Not be the End of JELD-WEN's Troubles," by Nishu Sood et al., Deutsche Bank, analyst report, 16 October 2018, pp. 1-2 (emphasis added).**

**CONFIDENTIAL**

289. Analysts were in agreement about how important pricing and profitability were to the Company's valuation, which the EBITDA margin metric represented. It follows that alleged misrepresentations and omissions that concealed from investors that reported and forecasted levels of profitability were not sustainable, were economically material and artificially inflated the stock price.

### 4.    Event Study

### a.    Identification of Corrective Disclosure Event Dates

290. Plaintiffs contend that the truth about the Company's illegal anticompetitive behavior, the likelihood of adverse consequences, and financial ramifications therewith were revealed to them in two corrective disclosure events. That is, what they were misled about on account of the misrepresentations and omissions was corrected primarily via two disclosure events – the news that emerged 5-6 October 2018, and the Company announcements made on 15 October 2018.[295]

291. I analyzed Company news and announcements that transpired over the course of the Class Period to ascertain whether the identified corrective disclosures were in fact corrective of the alleged misrepresentations and omissions. My analysis of Company news and announcements examined a wide variety of information sources, including Company announcements, Company conference call and presentation transcripts, news articles, press releases, equity analyst reports, SEC filings, and internal Company documents obtained through discovery. Based on my review and analysis, I concur with Plaintiffs that the following events were corrective disclosures.

- On 5 October 2018 (Friday), after the close of trading, Judge Payne issued an Opinion in which he announced that Steves had won an order of divestiture against JELD-WEN and ordered the Company to sell its door skin plant in Towanda, PA.[296] In Judge Payne's Opinion, he wrote that "JELD-WEN regarded Steves, a significant player in the interior door

---

[295] To the extent that declines in the Company's stock price on other dates during the Class Period stemmed from news that informed investors of the financial ramifications of JELD-WEN engaging in anticompetitive behavior, the estimation of damages is conservatively low, because I excluded the losses on all other days from allegation-related damages.

[296] "Steves & Sons Wins Antitrust Decision as Federal Judge Orders JELD-WEN to Divest Towanda Plant to Restore Marketplace Competition," *Business Wire*, 5 October 2018, 8:45 PM.

**CONFIDENTIAL**

market, to be an independent to be killed off."[297] However, before the market could react to this development, on Saturday, 6 October 2018, the Company issued a press release in which it stated that "JELD-WEN firmly maintains that it has not violated any antitrust laws," and that the 5 October 2018 ruling was "incorrect due to multiple flawed rulings during the trial process."[298] Nonetheless, subsequent to these announcements, analysts lowered their valuations of JELD-WEN in published equity research reports.

- On 15 October 2018, after the close of trading, JELD-WEN stunned the market by disclosing that it would take a charge of $76.5 million that "reflects the judgment anticipated to be entered against the company" in the *Steves* antitrust litigation, and associated legal fees. The Company disclosed that "recent rulings in the case have now provided sufficient detail for the company to estimate future liabilities if the appeal process is unsuccessful."[299] That same day, in the same press release, the Company disclosed that profitability going forward would be less than what was previously achievable and expected. The Company thus better informed analysts and investors that the allegations against it of illegal anticompetitive behavior had merit and would have serious business performance repercussions. Prior gains in profitability would likely be reversed.

b.    **Event Study Results and Analysis: 8 October 2018**

292.    On 8 October 2018, the first trading day after the 5 October 2018 partially corrective disclosure, the price of JELD-WEN's stock fell 0.96% (on a logarithmic return basis). The Market Index return that day was -0.13%, and the Sector Index return was 0.09%. Based on the regression model, the explained return on JELD-WEN stock was 0.01%. The difference between the actual return of -0.96% and the explained return of 0.01% is a residual return of -0.97%. Thus, controlling for market-wide and sector effects, JELD-WEN stock fell nearly a full percent.

---

[297] Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP, p. 74.

[298] "JELD-WEN Announces Rulings in Steves & Sons Litigation; No Final Judgment on Antitrust Claims," *Business Wire*, Company press release, 6 October 2018, 7:14 AM.

[299] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; and JELD-WEN Holding, Inc., Form 8-K, filed 17 October 2018.

**CONFIDENTIAL**

293. However, given the level of background volatility in JELD-WEN stock returns, the substantial stock price decline on 8 October 2018 is not statistically significant at the 95% confidence level. This residual return is associated with a *t*-statistic of -0.61, which indicates that while the return could have been caused by the partially corrective disclosure, offset by the Company's countervailing denials, the stock decline could also reasonably have been caused by random volatility. The event study test is indeterminate as to whether or not the 8 October 2018 JELD-WEN stock price decline was caused by the partially corrective disclosure.

294. While the residual decline on 8 October 2018 is not statistically significant at the 95% confidence level, the Court determined that the information released on 5 October 2018 did constitute a partially corrective disclosure, consistent with my analysis.

> "Contrary to the defendants' argument, the Divestiture Decision *does* say something about the price-fixing conspiracy related to IMDs because it provides a detailed factual recitation confirming that JELD-WEN engaged in an anticompetitive conspiracy to inflate the price of the primary component of IMDs—doorskins—thereby reducing competition in the IMD market. (*See, e.g.*, ECF No. 87-1, at 75 ('Indeed, part of JELD-WEN's pricing plan was to kill off some of the independent door makers that were its doorskin customers.').) Before Judge Payne issued the Divestiture Decision, the market knew only that a jury found for Steves and that JELD-WEN thought the verdict would not stand. Only after Judge Payne issued the Divestiture Decision did the market finally start to realize that JELD-WEN's protestations of innocence would not shield them from liability."
> **MTD Order, pp. 18-19.**

295. Notwithstanding the Company's reassurance, some analysts lowered their valuations of JELD-WEN. For example, Barclays lowered their valuation by more than 8.5% from $35 to $32 per share. Barclays explained that they "anticipate[d] an overhang on JELD's stock to persist throughout the process."[300] Other analysts noted the potential overhang that the *Steves* litigation would have on the Company's stock price.[301]

---

[300] "Overhang Doesn't Derail OW Thesis," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 8 October 2018, p. 1.

[301] "Court Rules Divestiture a Possible Antitrust Remedy, but JELD Continues to Fight," by John Lovallo II and Peter Galbo, BAML, analyst report, 8 October 2018, pp. 1 and 2; "Alert: Recent News on JELD vs Steves Litigation," by Scott Schrier and Kenneth Ling, Citi, analyst report, 7 October 2018, p. 1; and "Lowering PT on Negative Litigation Outcome," by Mike Dahl et al., RBC, analyst report, 8 October 2018, p. 1.

101

**CONFIDENTIAL**

296. While the partially corrective disclosure reasonably negatively impacted the stock price that day, the magnitude of the effect was not large enough to register as a statistically significant decline, one which indisputably must be attributed to the newly disclosed information. The non-significance may have been due to the countervailing impact of the Company's denials, which would have maintained inflation in the stock price and kept the stock price from falling as much as it otherwise would have. Nonetheless, given the statistical result, I conservatively exclude this stock price decline from damages.

### c.    Event Study Results and Analysis: 16 October 2018

297. Nine days later, on 15 October 2018, the Company retreated somewhat from its denials that it would suffer adverse consequences from the *Steves* litigation when it effectively acknowledged merit in the antitrust allegations and negative repercussions from the verdict and divestiture order.

298. On 16 October 2018, the first trading day after the Company's 15 October 2018 announcements, JELD-WEN stock fell 20.96% (on a logarithmic return basis). The Market Index return that day was 2.12%, and the Sector Index return was 2.23%. Based on the regression model, the explained return on JELD-WEN stock was 2.28%. The difference between the actual return of -20.96% and the explained return of 2.28% is a statistically significant residual return of -23.25%, equivalent to $4.42 per share. This residual return is associated with a $t$-statistic of -14.61, which is statistically significant at the 99.99% confidence level.

299. Being statistically significant, the steep stock price decline could not have been caused by random volatility. The regression excluded market-wide and sector effects. The steep stock price decline was caused by the Company's announcements, which constituted a corrective disclosure.

300. Based on the nature of the information disclosed on these event dates, which corrected prior alleged misrepresentations and omissions, and based on financial valuation principles, analyst commentary and valuations, and the statistical significance of the stock price decline on 16 October 2018, I conclude that the alleged misrepresentations and omissions caused investor losses on that day.

102

**CONFIDENTIAL**

## XI.    DAMAGES

301.    The "out-of-pocket" measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price of the security had there been no alleged fraud.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).**

302.    The difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud is "artificial inflation."

303.    The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (S.Ct. 2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.[302]

---

[302] In addition, the Private Securities Litigation Reform Act of 1995 provides the following limitation on damages:

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

15 U.S.C. § 78u-4(e) (1). For Class members who sell within that 90-day period, the limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the

**CONFIDENTIAL**

A.    **Quantifying Losses Caused by Disclosures Correcting Alleged Misrepresentations and Omissions**

1.    **Company Information on the 15 October 2018 Corrective Disclosure Event Date Caused A Significant Stock Price Decline**

304.    The conclusion from the event study is that Company-specific information caused the JELD-WEN stock price to decline $4.42 per share on 16 October 2018, the first trading day following the corrective disclosure on 15 October 2018 made after the close of trading. According to the event study results, the residual return for JELD-WEN stock on 16 October 2018 was a statistically significant -23.25%, or -$4.42 per share. From the statistical significance, one may conclude that the residual stock price decline was caused by Company-specific information.

2.    **Attribution of Price Decline Between Fraud-Related Disclosures and Confounding Information**

305.    To measure how much of that $4.42 stock price decline was caused by the corrective disclosures, one must consider whether there was also Company-specific information unrelated to the alleged fraud simultaneously disseminated that same day (after the close on October 15th until the close on October 16th). The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures. Valuation tools and principles can be applied to remove the valuation effect of confounding information, if any, from the price declines.

306.    If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect provides a conservatively low measure of the decline caused by the corrective disclosure.

---

period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold. 15 U.S.C. Section 78u-4(e) (2). Here, the mean per share trading price of JELD-WEN stock during the 90-days beginning on 16 October 2018 is $16.47. JELD-WEN stock closing prices from 16 October 2018 through 11 January 2019 (the last trading day within the 90-day period) are presented in Exhibit-9. The Private Securities Litigation Reform Act damages limitation can be applied formulaically to the calculation of per share damages set forth below.

**CONFIDENTIAL**

307.    I examined all Company news that emerged between the close of trading on 15 October 2018 and the close of trading on 16 October 2018 in order to assess whether any other news besides the corrective disclosures could have contributed to the residual stock price decline on 16 October 2018. I identified four pieces of Company-specific information that was released on 15 October 2018, after the close of trading:

i.    The Company expected to take a charge of $76.5 million in connection with the recent ruling in the *Steves* litigation.

ii.    FY 2018 revenue growth guidance was reduced to 15%-17% from 16%-18%, and EBITDA guidance was reduced by $47.5 million (from a midpoint of $510 million to a midpoint of $462.5 million). Included in the FY 2018 guidance, was the Company's preliminary Q3 2018 results, including net revenues of $1.13-$1.14 billion and EBITDA of $130-$135 million.

iii.    The Company announced that "John Linker has been promoted" to CFO effective 8 November 2018, "replacing L. Brooks Mallard, who will leave the company the same day to pursue other career interests."[303]

iv.    Consensus estimates for FY 2019 EBITDA declined and analysts adjusted their valuations for JELD-WEN.

308.    I analyzed each of these pieces of information to determine whether they constituted new valuation-relevant information that would have contributed to JELD-WEN's residual stock price decline. I also analyzed whether each piece of information was related to the Plaintiffs' allegations, or alternatively, was entirely unrelated and therefore confounding.

### a.    Per Share Direct Impact of Litigation Charge

309.    On 15 October 2018, after the close of trading, JELD-WEN announced that it expected to take a charge of $76.5 million in Q3 2018 in connection with the recent ruling in the *Steves* litigation.

---

[303] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; and "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM.

**CONFIDENTIAL**

310. JELD-WEN acknowledged the *Steves* litigation, throughout the Class Period, however, the Company repeatedly assured investors that they "do not believe that a loss in this matter is probable and estimable;" and therefore, they did not need to reserve for a loss associated with the litigation.[304]

311. While dismissing the likelihood of negative repercussions from the litigation, the Company did acknowledge that consequences sought by Steves were severe. The Company had explained that should the February 2018 judgment be upheld, "it could have a material adverse effect on our financial position, operating results, or cash flows, particularly for the reporting period in which a loss is recorded."[305] Further, JELD-WEN had explained that "because the operations acquired from CMI have been fully integrated into the Company's other operations, divestiture of those operations would be difficult if not impossible and therefore it is not possible to estimate the cost of any final divestiture order or the extent to which such an order would have a material adverse effect on our financial position, operating results or cash flows."[306]

312. The announcement of the $76.5 million charge on 15 October 2018 was an unanticipated negative event, particularly given the Company's repeated assurances – even as late as 6 October 2018 – that the *Steves* allegations and resulting jury verdict were without merit. By taking the charge, the Company now admitted that negative consequences were likely.

313. The impact on the JELD-WEN stock price of the litigation charge comprised the direct cost of the $76.5 million figure, but also the effect on the stock price of the now greater assessed probability of severe business impacts – more competition, lower margins, less profit.

314. On a per share basis, the $76.5 million charge itself amounted to $0.55 after-tax (equal to the $76.5 million charge minus the $19.6 million tax benefit,[307] divided by JELD-WEN's

---

[304] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 35; JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 31 March 2018, filed 9 May 2018, p. 34; and JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 30 June 2018, filed 7 August 2018, p. 34.

[305] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 35.

[306] JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018, p. 35.

[307] JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 29 September 2018, filed 7 November 2018, p. 25.

**CONFIDENTIAL**

103.4 million shares outstanding).[308] This per share quantification is the same per-share stock price impact that analysts attributed directly to the charge.[309]

315.    The direct effect of the charge accounts for $0.55 per share of the residual decline in the price of JELD-WEN stock on 16 October 2018, or 12.44% of the $4.42 per share residual decline that day. This portion of the decline is loss caused by the alleged misrepresentations and omissions.

### b.    Per Share Impact of Q3 Results and FY 2018 Guidance

316.    In its press release, the Company attributed the lower preliminary results for Q3 and the FY 2018 guidance reduction "to a lack of focus on execution and process discipline in parts of our organization." At the time of the announcement, Q3 was completed, and the last quarter of FY 2018 was well underway. While it is unclear whether the decelerated profitability in Q3 and Q4 were caused by cost problems or fraud-related pricing resistance, CEO Michel blamed the cost side:

> "[T]hird quarter results and revised guidance underscore the need to permanently reduce the fixed cost structure of our business. As such, within the next month we expect to provide details of a global initiative to rationalize our manufacturing facilities, which will simplify operational complexity, improve service levels, reduce our fixed overhead costs and position the company for sustained growth."
> **"JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.**

317.    I anticipate that further discovery and the development of the record in this case will better illuminate the source of the Company's performance issues in 2018. In the interim, I conservatively classify the 2018 performance disclosures as not fraud-related and exclude the price impact of that portion of the announcements from damages.

318.    The attribution of the 2018 performance issues to potentially non-fraud cost-side problems does not carry over into the Company's or analysts' forecasts for 2019 and beyond, however, because the Company stated that the 2018 cost-side problems were temporary

---

[308] JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 29 September 2018, filed 7 November 2018, p. 8.

[309] "Walking on Broken Glass; Lowering PT on Guidance Cut," by Mike Dahl et al., RBC, analyst report, 16 October 2018, p. 5.

**CONFIDENTIAL**

and would be fixed. CEO Michel assured analysts that he viewed the Company's "2018 financial performance headwinds as temporary in nature, and I am encouraged about our future."[310] Given that CEO Michel expected the 2018 cost problems to be temporary in nature, valuation principles dictate that the Q3 results and FY 2018 guidance would have a limited impact on the Company's valuation. Any negative forecast for 2019 and beyond would have to be attributed to a persistent problem, and loss of pricing power was the persistent problem now facing the Company on account of the adverse outcome in the *Steves* litigation.

319.    Moreover, the plaintiff in the *Steves* lawsuit alleged that JELD-WEN used its concentrated anticompetitive market power to reduce quality as well as charge inflated prices. Consequently, by concealing its illegal anticompetitive behavior, JELD-WEN deceived investors about the true source and sustainability of production cost savings and "efficiencies," as well as improved pricing.

320.    To quantify the impact of the Company's disclosures regarding FY 2018, I examined the change in analysts' consensus earnings estimates for JELD-WEN. Following the Company's announcements, analysts' consensus estimate for 2018 earnings per share declined by $0.22.[311] Focusing only on the impact of 2018 performance, a decline of $0.22 per share in earnings translates into an equivalent $0.22 reduction in the stock price. Applying a valuation multiple would only be appropriate if the reasons for the past performance disappointment were expected to impact future performance, and the JELD-WEN CEO said they would not.

321.    I understand that Plaintiffs may prove that JELD-WEN's Q3 results and revised outlook for Q4 2018 may have been caused at least in part by a curbing of the alleged illegal anticompetitive behavior, resulting in increased competitive pressures and reduced pricing power. It is possible that some of the disappointing Q3 results and FY 2018 guidance reduction were related to the Company's curbing of anticompetitive behavior, which would

---

[310] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

[311] Consensus estimates for 2018 EPS were $1.87 and $1.65 on 11 October 2018 and 23 October 2018, respectively. Consensus 2018 EPS estimates obtained from Thomson Eikon.

**CONFIDENTIAL**

make the 2018 performance disappointment fraud-related. I conservatively assumed it was not.

322.    The Company's announcement about Q3 and Q4 2018 had a negative $0.22 per share impact on the stock price, and I conservatively assumed that none of this amount was related to the fraud.[312]

### c.    Per Share Impact of Mallard's Departure and Linker's Promotion

323.    In the same press release on 15 October 2018, after the close of trading, the Company announced that CFO Mallard would depart on 8 November 2018 and that John Linker, currently SVP of Corporate Development and Investor Relations, would take his place.[313] The Company stated that CFO Mallard's motivation was "to pursue other career interests," and his departure was "not based on any disagreement with the company or based on any accounting or financial reporting matters."[314]

324.    Several analysts cited Mr. Linker's extensive experience gained over his six year in various roles at JELD-WEN.[315] For example, SunTrust stated that "John is well known to investors and we have found him to be a balanced voice of reason in the company."[316] Credit Suisse reported that they "expect a seamless transition."[317]

325.    Because CFO Mallard's departure was not due to any disagreement or financial reporting matter, and analysts expected Mr. Linker's promotion to CFO to be a "seamless transition,"

---

[312] Consensus estimates obtained from *Thomson Reuters*.

[313] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM; and "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM.

[314] "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM.

[315] "Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, p. 1; "Alert: More Bad News: CFO Leaving; Preliminary 3Q18 Results Soft; Guidance Cut," by Scott Schrier et al., Citi, analyst report, 15 October 2018, p. 1; and "Severe Earnings Warning on Modest Volume Miss," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 15 October 2018, p. 1.

[316] "Severe Earnings Warning on Modest Volume Miss," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 15 October 2018, p. 1.

[317] "Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, p. 1.

**CONFIDENTIAL**

I attribute no portion of JELD-WEN's residual stock price decline on 16 October 2018 to the news of Linker's promotion to CFO.

        **d.**        **Per Share Valuation Impact of Lower EBITDA Estimates and Valuation Multiple for 2019 and Beyond; Disaggregation Between Fraud-Related and Confounding Information**

326. Following the Company's 15 October 2018 announcements, analysts lowered their FY 2019 EBITDA estimates and valuation multiples for JELD-WEN stock. While CEO Michel assured analysts and investors that the operational and cost-side issues encountered in 2018 were "temporary in nature,"[318] the Company would have to cope with consequences from the antitrust litigation and face a more competitive environment going forward. This oncoming adversity is precisely what the alleged misrepresentations and omissions had concealed. Had there been full disclosure at the start of the Class Period, analysts and investors would have anticipated these more difficult conditions.

327. Analysts responded, reducing forecasts for 2019 EBITDA. Prior to 15 October 2018, the consensus estimate for FY 2019 EBITDA was $576.15 million.[319] Following the Company's announcement, the FY 2019 consensus EBITDA estimate fell by $44.36 million, to $531.79 million.[320]

328. Analysts also lowered their valuation multiples for JELD-WEN, which reduction reflects reduced long-term growth and higher risk. For example, Credit Suisse lowered their valuation multiple from 9.0x to 7.5x.[321] Barclays lowered their valuation multiple from

---

[318] "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.

[319] Consensus estimates obtained from *FactSet*.

[320] Consensus estimates obtained from *FactSet*.

[321] "Doors Remain Open to Possible Divestiture," by Susan Maklari et al., Credit Suisse, analyst report, 8 October 2018, p. 1; and "Shattered Glass," by Susan Maklari et al., Credit Suisse, analyst report, 15 October 2018, p. 1.

**CONFIDENTIAL**

8.0x to 7.25x.[322] SunTrust lowered their valuation multiple from 7.7x to 6.7x.[323] BAML lowered their valuation multiple from 7.0x to 6.0x.[324]

329. A portion of the reduction in the 2019 EBITDA estimates and valuation multiple derives from factors unrelated to the Company's North America door business, which is the segment where the illegal anticompetitive behavior allegedly took place. I estimated the valuation impact of factors outside the North America door business and subtracted that portion of the stock price decline to exclude it from fraud-related losses.

330. The entire residual stock price decline on 16 October 2018 was $4.42 per share. Of that decline, $0.55 per share was the direct after-tax valuation impact of the $76.5 million litigation charge. The disappointing Q3 and Q4 2018 performance accounted for $0.22 per share, which I excluded from damages. Subtracting $0.55 and $0.22 per share from the total residual decline of $4.42 per share leaves $3.65 per share attributable to the market's revised forecasts for 2019 and beyond. Some of this stock price reduction, however, is attributable to business apart from North American doors, which consequently would be not fraud-related.

331. The Company attributed the lower 2018 guidance to inefficiencies in North America and Europe. No problems or surprises were attributed to the Australasia segment. I therefore divided the change in FY 2019 consensus EBITDA estimates between North America and Europe. I apportioned on a pro rata basis, using the amount of EBITDA generated by each respective segment in the last twelve months ("LTM") through the end of Q2 2018 for the percentages.

---

[322] "Overhang Doesn't Derail OW Thesis," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 8 October 2018, p. 1; and "Windows Reset; Remain OW," by Matthew Bouley and Marshall Mentz, Barclays, analyst report, 15 October 2018, p. 1.

[323] "Latest Ruling in Steves Litigation," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 8 October 2018, p. 2; and "Severe Earnings Warning on Modest Volume Miss," by Keith Hughes and Judy Merrick, SunTrust, analyst report, 15 October 2018, p. 1.

[324] "Court Rules Divestiture a Possible Antitrust Remedy, but JELD Continues to Fight," by John Lovallo II and Peter Galbo, BAML, analyst report, 8 October 2018, p. 2; and "JELD Announces Challenging Preliminary 3Q; John Linker to Replace CFO Mallard," by John Lovallo II and Peter Galbo, BAML, analyst report, 16 October 2018, p. 2.

**CONFIDENTIAL**

332.    In the LTM ending Q2 2018, JELD-WEN's North America and Europe segments generated EBITDA of $270.3 million and $140.4 million, respectively.[325] That is, of the $410.7 million combined North America and Europe EBITDA, 34.2% came from Europe and 65.8% came from North America. Applying these percentages to the $3.65 per share decline to be allocated across these segments, $1.25 per share, or 34.2% is apportioned to Europe and is treated as not fraud related. This $1.25 per share, was excluded from fraud-related losses.

333.    This is an extremely conservative attribution analysis, generous to Defendants, because while the North America segment was expected to become more competitive and therefore less profitable due to the outcome of the antitrust litigation, no similar oncoming or unresolved problems were identified for the Europe segment.

334.    To arrive at the fraud-related loss sustained on 16 October 2018, additional attribution analysis is necessary. Within the North America segment, the Company's business was divided between doors and windows. The $2.40 per share price decline unexplained by the factors addressed above ($4.42 residual decline, less $0.55 from the litigation charge, less $0.22 for the Q3 and Q4 performance, less $1.25 for future Europe segment performance), can be apportioned between the North American door and the North American window businesses. As the fraud allegations pertain only to North American doors, I estimated and excluded the price impact stemming from news affecting the North America windows business.

335.    In its reported financials, the Company did not break out the contribution of doors to the North America segment EBITDA versus the contribution of windows. However, at the start of the Class Period, the Company did report that door sales made up 57% of North American sales.[326] Similarly, during the Class Period, analysts estimated that door sales made up 60% of sales and 60% of the North America segment EBITDA, and the remaining 40% was generated by windows and other services.[327] Using these percentages to

---

[325] JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 30 June 2018, filed 7 August 2018, p. 46; and JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019, p. 53.

[326] JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017, p. 4.

[327] *See,* e.g., "New CEO Announcement – Buy," by Alvaro Lacayo, Gabelli, analyst report, 4 June 2018, p. 2 ("We also know about 60% of total sales in NA are door sales").

**CONFIDENTIAL**

disaggregate the remaining $2.40 per share of price decline, I estimate that $0.96 per share, or 40% is attributable to the developments in the North America window and other services businesses. This $0.96 per share was excluded from fraud-related losses and therefore damages.

336. This attribution analysis is extremely conservative, generous to Defendants, because problems in the windows business were not new, were previously known, and the Company had stated operational problems were temporary and would be resolved. Thus, it is reasonable that this information was reflected in JELD-WEN's stock price prior to 16 October 2018. Meanwhile, the North American door business was expected to become more competitive and therefore less profitable, due to the outcome of the antitrust litigation and acknowledged repercussions.

337. The remaining $1.44 per share decline ($2.40 minus $0.96) is attributable to effects of the corrective disclosures on analysts' and investors' changed assessment of the North American door business, which was now expected to become more competitive and less profitable. This portion of the stock price decline is a loss caused by the misrepresentations and omissions, as the changed assessment would have happened earlier had there been full and truthful disclosure at the start of the Class period or any time during.

### 3.    Fraud-Related Loss on 16 October 2018

338. Company-specific information caused the price of JELD-WEN stock to fall $4.42 per share on 16 October 2018. Of this amount, $2.43 per share, or 54.98%, is conservatively attributed to confounding information unrelated to the alleged fraud. The pared away $2.43 per share decline is attributable to Q3 and Q4 2018 performance ($0.22 per share), the Company's Europe segment ($1.25 per share), and the North America windows and other services business ($0.96 per share).

339. The remaining $1.99 per share decline on 16 October 2018 (the residual decline of $4.42 minus the $2.43 decline attributed to non-fraud confounding factors) is a fraud-related loss, caused by the disclosures that corrected the alleged misrepresentations and omissions. This $1.99 per share stock price decline is the dissipation of artificial inflation that was produced by the alleged misrepresentations and omissions. Therefore, this $1.99 per share decline

113

**CONFIDENTIAL**

constitutes loss suffered by shareholders that was caused by the alleged misrepresentations and omissions.[328]

### B.    Artificial Inflation Ribbon

340.    Artificial inflation is the difference between what a security price actually was at a point in time and what the price would have been absent the alleged fraud. An inflation ribbon is a time series indicating the level of artificial inflation caused by alleged fraud over a period of time.

341.    The inflation ribbon is typically constructed by working chronologically backwards, cumulating fraud-related residual price declines as they occurred. When a stock price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The significant residual security price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information), measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure.

342.    Using the fraud-related price declines on and after a corrective disclosure date to measure the amount of inflation that was in the security price prior to that date is a widely-used and generally accepted methodology.[329] The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus the inflation remaining afterward.

343.    From the corrective disclosures, the market learned the previously concealed truth about the Company's profitability, growth prospects, and condition. Investors and analysts learned that the allegations of illegal anticompetitive behavior had merit and that there would be negative repercussions. Had analysts and investors been fully and honestly informed by the Company at the start of the Class Period, rather than misled by alleged

---

[328]    My quantification of the fraud and non-fraud related components of the $4.42 per share residual decline in JELD-WEN stock price on 16 October 2018 may be modified, as described in ¶¶ 317, 333, and 336, should further development of the record indicate that the disclosures concerning 2018 performance issues are fraud-related.

[329]    *See*, e.g., "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

**CONFIDENTIAL**

misrepresentations and omissions, they would not have been surprised by the subsequent adverse announcements. The stock price would have been lower at the start of the Class Period and throughout the Class Period to reflect the adverse information, including the foreseeable consequences, rather than falling when the truth later emerged.

344.    To the extent that the decline in the Company's stock price on other dates during the Class Period stemmed from news that informed investors of the ramifications of JELD-WEN's illegal anticompetitive behavior, my estimation of damages is conservatively low, because I excluded the losses sustained on all other days from damages.

### C.    Per Share Damages Formula

345.    Based on the foregoing analysis and statutory formulas, Section 10(b) damages per share range up to $1.99 per share, excluding prejudgment interest. A particular investor's per share damages depends on when during the Class Period each share was purchased and if and when each respective share was subsequently sold. Class members who sold their shares prior to a corrective disclosure suffered no recoverable losses on those shares.

346.    As an example of how per share damages are computed for a particular investor, consider an investor who purchased JELD-WEN shares on 1 May 2017 for $33.48 per share and sold those shares at the close of trading on 16 October 2018 for $17.28 per share. The inflation on 1 May 2017 was $1.99 per share, and at the close of trading on 16 October 2018 it was $0 per share. According to the change in inflation, this investor's economic/inflation loss is $1.99 per share, equal to the decline in inflation over his holding period ($1.99 minus $0). The investment loss is $16.20per share, equal to the $33.48 per share purchase price minus the $17.28 per share sale price. The per share damages are the lesser of the economic/inflation loss and the investment loss, which is $1.99 per share.

115

**CONFIDENTIAL**

## XII.    LIMITING FACTORS AND OTHER ASSUMPTIONS

347.    This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

**CONFIDENTIAL**

### XIII.  APPENDIX-1: LOGARITHMIC RETURNS

A-1.  Logarithmic returns, rather than percent change returns, are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
   $R_t$ is the logarithmic return on day t;
   $P_t$ is the stock price at the end of day t;
   $P_{t-1}$ is the stock price from the previous day, day t-1;
   $d_t$ is the dividend on day t, if any.

A-2.  The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
   $DR_t$ is the dollar return on day t;
   $P_{t-1}$ is the stock price from the previous day, day t-1;
   e is natural e (approximately 2.7);
   $R_t$ is the logarithmic return on day t.

A-3.  If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

A-4.  The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.  An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

117

**Exhibit-1**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- Consolidated Class Action Complaint, filed 22 June 2020.
- Memorandum of Law in Support of Defendant Jeld-Wen Holding Inc., and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint, dated 29 July 2020.
- Memorandum in Support of the Onex Defendants' Motion to Dismiss the Consolidated Class Action Complaint, dated 29 July 2020.
- Omnibus Memorandum of Law in opposition to Defendants' Motions to Dismiss, dated 28 August 2020.
- Reply Memorandum of Law in Further Support of Defendant Jeld-Wen Holding, Inc. and the Individual Defendants' Motion to Dismiss the Consolidated Class Action Complaint, dated 11 September 2020.
- Reply Memorandum of Law in Further Support of the Onex Defendants' Motion to Dismiss the Consolidated Class Action Complaint, dated 11 September 2020.
- Motion to Dismiss Hearing Transcript, dated 25 September 2020.
- Motion to Dismiss Order, filed 26 October 2020.

## DOCUMENTS PROVIDED BY COUNSEL

- Deposition of Philip Orsino, In the Matter of: Interior Molded Door Antitrust, 24 January 2020 [JW-SEC-01089835].

## NEWS ARTICLES/PRESS RELEASE

- Factiva news articles (569) from 26 January 2017 to 15 October 2018, downloaded using the following search parameters: All Sources; All Authors; Company: JELD-WEN Holding, Inc.; All Subjects; All Industries; All Regions.
- Factiva news articles (4,528) from 26 January 2017 to 15 October 2018, downloaded using the following search parameters: All Sources; All Authors; Company: Onex Corp.; All Subjects; All Industries; All Regions.
- "JELD-WEN Completes Acquisition of Craftmaster," *Marketwire*, 24 October 2012, 5:08 PM ET.
- "JELD-WEN Announces Fourth Quarter and Full Year 2016 Results; Provides 2017 Outlook," *Business Wire*, Company press release, 22 February 2017, 6:00 AM.
- "JELD-WEN Announces First Quarter Results; Raises 2017 Adjusted EBITDA Outlook," *Business Wire*, Company press release, 9 May 2017, 6:00 AM.

118

**Exhibit-1**

**Documents and Other Information Considered**

- "JELD-WEN Announces Second Quarter Results; Affirms Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 8 August 2017, 6:00 AM.
- "JELD-WEN Holding, Inc. to Participate in the RBC Capital Markets Global Industrials Conference," *Business Wire,* Company press release, 5 September 2017.
- "JELD-WEN Announces Third Quarter Results; Updates Outlook for 2017 Revenue and Adjusted EBITDA," *Business Wire*, Company press release, 7 November 2017, 6:00 AM.
- "JELD-WEN Announces Jury Verdict in Steves & Sons Lawsuit," *Business Wire*, Company press release, 15 February 2018, 6:48 PM.
- "JELD-WEN Announces Fourth Quarter and Full Year 2017 Results; Provides 2018 Outlook; and Announces Closing of Domoferm Acquisition," *Business Wire*, Company press release, 21 February 2018, 6:00 AM.
- "JELD-WEN Holding, Inc. Announces CEO Leadership Transition, Announces Two Acquisitions, and Updates 2018 Outlook for the Impact of Closed Acquisition," *Business Wire*, Company press release, 28 February 2018, 6:00 AM.
- "JELD-WEN Announces First Quarter 2018 Results, Updates 2018 Outlook, and Announces Share Repurchase Authorization," *Business Wire*, Company press release, 8 May 2018, 6:00 AM.
- "Richmond Jury Rejects Core Allegations of JELD-WEN's Case," *Business Wire*, 11 May 2018, 10:46 PM.
- "JELD-WEN Names Gary S. Michel as President and CEO," *Business Wire*, Company press release, 1 June 2018, 7:00 AM.
- "JELD-WEN Announces Second Quarter 2018 Results and Updates 2018 Outlook," *Business Wire*, Company press release, 7 August 2018, 6:00 AM.
- "Steves & Sons Wins Antitrust Decision as Federal Judge Orders JELD-WEN to Divest Towanda Plant to Restore Marketplace Competition," *Business Wire*, 5 October 2018, 8:45 PM.
- "JELD-WEN Announces Rulings in Steves & Sons Litigation; No Final Judgment on Antitrust Claims," *Business Wire*, Company press release, 6 October 2018, 7:14 AM.
- "JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call," *Business Wire*, Company press release, 15 October 2018, 4:20 PM.
- "JELD-WEN Announces the Departure of Brooks Mallard, CFO and the Promotion of John Linker to CFO," *Business Wire*, Company press release, 15 October 2018, 4:22 PM.
- "JELD-WEN Announces Third Quarter 2018 Results and Affirms 2018 Outlook," *Business Wire*, Company press release, 6 November 2018, 6:00 AM.

**Exhibit-1**

**Documents and Other Information Considered**

**ANALYST REPORTS**

- "JELD-WEN IPO Opens a Window for Investors," by Don Dion, *Seeking Alpha*, analyst report, 25 January 2017, 7:45 AM.
- "Opening the Door to the JELD-WEN IPO," by Nicholas Durante, *Seeking Alpha*, analyst report, 25 January 2017, 11:13 AM.
- RBC, Onex Report, 26 January 2017.
- Canaccord, Onex Report, 29 January 2017.
- Canaccord, Onex Report, 30 January 2017.
- "JELD-WEN – Leave the Windows & Doors Shut for Now," by The Value Investor, *Seeking Alpha*, analyst report, 31 January 2017, 1:02 PM.
- WedBush, 2 February 2017.
- Canaccord, Onex Report, 4 February 2017.
- Barclays, 21 February 2017.
- Deutsche Bank, 21 February 2017.
- JPMorgan, 21 February 2017.
- RBC, 21 February 2017.
- SunTrust, 21 February 2017.
- Wells Fargo, 21 February 2017.
- Barclays, 22 February 2017.
- Barclays, 22 February 2017.
- JPMorgan, 22 February 2017.
- JPMorgan, 22 February 2017.
- RBC, 22 February 2017.
- WedBush, 22 February 2017.
- Wells Fargo, 22 February 2017.
- Wells Fargo, 22 February 2017.
- Deutsche Bank, 23 February 2017.
- RBC, 23 February 2017.
- SunTrust, 23 February 2017.
- BAML, 24 February 2017.
- CIBC, Onex Report, 24 February 2017.
- RBC, Onex Report, 24 February 2017.
- Scotiabank, Onex Report, 24 February 2017.
- Canaccord, Onex Report, 26 February 2017.
- GMP, Onex Report, 27 February 2017.
- WedBush, 27 February 2017.
- Canaccord, Onex Report, 17 March 2017.
- RBC, Onex Report, 17 March 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- Scotiabank, Onex Report, 17 March 2017.
- Scotiabank, Onex Report, 20 March 2017.
- WedBush, 31 March 2017.
- Scotiabank, Onex Report, 11 April 2017.
- RBC, Onex Report, 13 April 2017.
- WedBush, 18 April 2017.
- Canaccord, Onex Report, 30 April 2017.
- Barclays, 5 May 2017.
- RBC, 5 May 2017.
- Wells Fargo, 7 May 2017.
- BAML, 9 May 2017.
- BAML, 9 May 2017.
- Barclays, 9 May 2017.
- JPMorgan, 9 May 2017.
- RBC, 9 May 2017.
- SunTrust, 9 May 2017.
- Wells Fargo, 9 May 2017.
- Wells Fargo, 9 May 2017.
- Barclays, 10 May 2017.
- JPMorgan, 10 May 2017.
- RBC, 10 May 2017.
- CIBC, Onex Report, 12 May 2017.
- GMP, Onex Report, 12 May 2017.
- Canaccord, Onex Report, 14 May 2017.
- BAML, 15 May 2017.
- RBC, Onex Report, 15 May 2017.
- Scotiabank, Onex Report, 15 May 2017.
- RBC, Onex Report, 16 May 2017.
- RBC, Onex Report, 23 May 2017.
- RBC, Onex Report, 15 June 2017.
- Scotiabank, Onex Report, 15 June 2017.
- RBC, Onex Report, 16 June 2017.
- Scotiabank, Onex Report, 16 June 2017.
- Canaccord, Onex Report, 22 June 2017.
- Credit Suisse, 22 June 2017.
- WedBush, 14 July 2017.
- RBC, Onex Report, 23 July 2017.
- Gabelli, 26 July 2017.
- JPMorgan, 7 August 2017.

121

**Exhibit-1**

**Documents and Other Information Considered**

- BAML, 8 August 2017.
- BAML, 8 August 2017.
- Barclays, 8 August 2017.
- Barclays, 8 August 2017.
- Credit Suisse, 8 August 2017.
- JPMorgan, 8 August 2017.
- RBC, 8 August 2017.
- SunTrust, 8 August 2017.
- SunTrust, 8 August 2017.
- Wells Fargo, 8 August 2017.
- Wells Fargo, 8 August 2017.
- Wells Fargo, 8 August 2017.
- Gabelli, 9 August 2017.
- RBC, 9 August 2017.
- CIBC, Onex Report, 10 August 2017.
- Canaccord, Onex Report, 11 August 2017.
- GMP, Onex Report, 11 August 2017.
- GMP, Onex Report, 11 August 2017.
- RBC, Onex Report, 11 August 2017.
- Scotiabank, Onex Report, 11 August 2017.
- Deutsche Bank, 21 August 2017.
- Credit Suisse, 25 August 2017.
- Credit Suisse, 25 August 2017.
- Wells Fargo, 25 August 2017.
- Barclays, 28 August 2017.
- JPMorgan, 6 September 2017.
- BAML, 7 September 2017.
- RBC, 14 September 2017.
- Wells Fargo, 19 September 2017.
- RBC, 26 September 2017.
- SunTrust, 28 September 2017.
- Wells Fargo, 12 October 2017.
- BAML, 7 November 2017.
- BAML, 7 November 2017.
- Barclays, 7 November 2017.
- Barclays, 7 November 2017.
- Credit Suisse, 7 November 2017.
- JPMorgan, 7 November 2017.
- JPMorgan, 7 November 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- RBC, 7 November 2017.
- SunTrust, 7 November 2017.
- SunTrust, 7 November 2017.
- Wells Fargo, 7 November 2017.
- Wells Fargo, 7 November 2017.
- Wells Fargo, 7 November 2017.
- Gabelli, 8 November 2017.
- RBC, 8 November 2017.
- Canaccord, Onex Report, 10 November 2017.
- CIBC, Onex Report, 10 November 2017.
- RBC, Onex Report, 10 November 2017.
- GMP, Onex Report, 13 November 2017.
- Scotiabank, Onex Report, 13 November 2017.
- BAML, 28 November 2017.
- Gabelli, 5 December 2017.
- RBC, Onex Report, 11 December 2017.
- BAML, 3 January 2018.
- Wells Fargo, 4 January 2018.
- Barclays, 5 January 2018.
- Deutsche Bank, 8 January 2018.
- RBC, Onex Report, 10 January 2018.
- BMO, Onex Report, 15 January 2018.
- Canaccord, Onex Report, 22 January 2018.
- Credit Suisse, 22 January 2018.
- RBC, 14 February 2018.
- BAML, 16 February 2018.
- Barclays, 16 February 2018.
- Credit Suisse, 16 February 2018.
- Wells Fargo, 16 February 2018.
- Gabelli, 20 February 2018.
- BAML, 21 February 2018.
- BAML, 21 February 2018.
- Barclays, 21 February 2018.
- Credit Suisse, 21 February 2018.
- JPMorgan, 21 February 2018.
- RBC, 21 February 2018.
- SunTrust, 21 February 2018.
- SunTrust, 21 February 2018.
- Wells Fargo, 21 February 2018.

123

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo, 21 February 2018.
- Wells Fargo, 21 February 2018.
- Barclays, 22 February 2018.
- Deutsche Bank, 22 February 2018.
- Gabelli, 22 February 2018.
- JPMorgan, 22 February 2018.
- RBC, 22 February 2018.
- BMO, Onex Report, 23 February 2018.
- RBC, Onex Report, 23 February 2018.
- Canaccord, Onex Report, 25 February 2018.
- CIBC, Onex Report, 25 February 2018.
- GMP, Onex Report, 26 February 2018.
- GMP, Onex Report, 26 February 2018.
- Scotiabank, Onex Report, 26 February 2018.
- Credit Suisse, 27 February 2018.
- BAML, 28 February 2018.
- Barclays, 28 February 2018.
- Barclays, 28 February 2018.
- Credit Suisse, 28 February 2018.
- JPMorgan, 28 February 2018.
- SunTrust, 28 February 2018.
- Wells Fargo, 28 February 2018.
- Gabelli, 1 March 2018.
- RBC, Onex Report, 19 March 2018.
- Deutsche Bank, 22 March 2018.
- Wells Fargo, 3 April 2018.
- RBC, Onex Report, 16 April 2018.
- Jefferies, 17 April 2018.
- Wells Fargo, 3 May 2018.
- BAML, 8 May 2018.
- BAML, 8 May 2018.
- Barclays, 8 May 2018.
- Barclays, 8 May 2018.
- Credit Suisse, 8 May 2018.
- Credit Suisse, 8 May 2018.
- Jefferies, 8 May 2018.
- JPMorgan, 8 May 2018.
- JPMorgan, 8 May 2018.
- RBC, 8 May 2018.

124

**Exhibit-1**

**Documents and Other Information Considered**

- SunTrust, 8 May 2018.
- SunTrust, 8 May 2018.
- Wells Fargo, 8 May 2018.
- Wells Fargo, 8 May 2018.
- Wells Fargo, 8 May 2018.
- Gabelli, 9 May 2018.
- Jefferies, 9 May 2018.
- RBC, 9 May 2018.
- BMO, Onex Report, 11 May 2018.
- CIBC, Onex Report, 11 May 2018.
- GMP, Onex Report, 11 May 2018.
- RBC, Onex Report, 11 May 2018.
- Canaccord, Onex Report, 13 May 2018.
- Jefferies, 13 May 2018.
- Credit Suisse, 14 May 2018.
- JPMorgan, 14 May 2018.
- Scotiabank, Onex Report, 14 May 2018.
- Wells Fargo, 18 May 2018.
- BAML, 1 June 2018.
- Credit Suisse, 1 June 2018.
- Jefferies, 1 June 2018.
- JPMorgan, 1 June 2018.
- Gabelli, 4 June 2018.
- RBC, Onex Report, 4 June 2018.
- Jefferies, 7 June 2018.
- Wells Fargo, 8 June 2018.
- Gabelli, 11 June 2018.
- Canaccord, Onex Report, 14 June 2018.
- RBC, Onex Report, 14 June 2018.
- Scotiabank, Onex Report, 14 June 2018.
- BMO, Onex Report, 15 June 2018.
- Scotiabank, Onex Report, 15 June 2018.
- Deutsche Bank, 22 June 2018.
- RBC, 27 June 2018.
- RBC, Onex Report, 19 July 2018.
- Jefferies, 20 July 2018.
- BAML, 7 August 2018.
- Barclays, 7 August 2018.
- Barclays, 7 August 2018.

125

**Exhibit-1**

**Documents and Other Information Considered**

- Credit Suisse, 7 August 2018.
- Jefferies, 7 August 2018.
- Jefferies, 7 August 2018.
- JPMorgan, 7 August 2018.
- JPMorgan, 7 August 2018.
- RBC, 7 August 2018.
- SunTrust, 7 August 2018.
- SunTrust, 7 August 2018.
- Wells Fargo, 7 August 2018.
- Wells Fargo, 7 August 2018.
- Wells Fargo, 7 August 2018.
- BAML, 8 August 2018.
- Deutsche Bank, 8 August 2018.
- Gabelli, 8 August 2018.
- RBC, 8 August 2018.
- WedBush, Masonite Report, 8 August 2018.
- BAML, 9 August 2018.
- BMO, Onex Report, 9 August 2018.
- Canaccord, Onex Report, 9 August 2018.
- CIBC, Onex Report, 9 August 2018.
- GMP, Onex Report, 9 August 2018.
- JPMorgan, 9 August 2018.
- RBC, Onex Report, 9 August 2018.
- Deutsche Bank, 10 August 2018.
- Gabelli, 10 August 2018.
- JPMorgan, Masonite Report, 10 August 2018.
- Scotiabank, Onex Report, 10 August 2018.
- SunTrust, 10 August 2018.
- RBC, 5 September 2018.
- RBC, Onex Report, 9 September 2018.
- RBC, Onex Report, 14 September 2018.
- Canaccord, Onex Report, 24 September 2018.
- BMO, Onex Report, 28 September 2018.
- RBC, Onex Report, 28 September 2018.
- Citi, 7 October 2018.
- Jefferies, 7 October 2018.
- JPMorgan, 7 October 2018.
- Wells Fargo, 7 October 2018.
- BAML, 8 October 2018.

126

**Exhibit-1**

**Documents and Other Information Considered**

- Barclays, 8 October 2018.
- Credit Suisse, 8 October 2018.
- Macquarie, 8 October 2018.
- RBC, 8 October 2018.
- RBC, Masonite Report, 8 October 2018.
- SunTrust, 8 October 2018.
- Macquarie, 10 October 2018.
- Gabelli, 11 October 2018.
- Barclays, 15 October 2018.
- Citi, 15 October 2018.
- Credit Suisse, 15 October 2018.
- Jefferies, 15 October 2018.
- RBC, Masonite Report, 15 October 2018.
- SunTrust, 15 October 2018.
- BAML, 16 October 2018.
- Deutsche Bank, 16 October 2018.
- JPMorgan, 16 October 2018.
- RBC, 16 October 2018.
- Wells Fargo, 16 October 2018.
- BAML, 17 October 2018.
- Gabelli, 17 October 2018.
- RBC, Onex Report, 18 October 2018.
- Cabot Wealth Network, 31 October 2018.
- Barclays, 6 November 2018.
- Credit Suisse, 6 November 2018.
- JPMorgan, 6 November 2018.
- JPMorgan, 6 November 2018.
- SunTrust, 6 November 2018.
- Wells Fargo, 6 November 2018.
- Wells Fargo, 6 November 2018.
- Barclays, 7 November 2018.
- Credit Suisse, 7 November 2018.
- RBC, 7 November 2018.
- Deutsche Bank, 8 November 2018.
- Jefferies, 8 November 2018.
- BMO, Onex Report, 9 November 2018.
- Canaccord, Onex Report, 9 November 2018.
- CIBC, Onex Report, 9 November 2018.
- RBC, Onex Report, 9 November 2018.

127

**Exhibit-1**

**Documents and Other Information Considered**

- GMP, Onex Report, 12 November 2018.
- GMP, Onex Report, 12 November 2018.
- Scotiabank, Onex Report, 12 November 2018.
- Sadif, 15 November 2018.
- Sadif, 7 December 2018.
- Jefferies, 16 December 2018.
- Credit Suisse, 17 December 2018.


**SEC FILINGS**

- JELD-WEN Holding, Inc., Form S-1, dated 1 June 2016, filed 1 June 2016.
- JELD-WEN Holding, Inc., Form S-1A, dated 1 August 2016, filed 1 August 2016.
- JELD-WEN Holding, Inc., Form S-1A, dated 12 September 2016, filed 13 September 2016.
- JELD-WEN Holding, Inc., Form S-1A, dated 16 November 2016, filed 17 November 2016.
- JELD-WEN Holding, Inc., Form S-1A, dated 16 December 2016, filed 16 December 2016.
- JELD-WEN Holding, Inc., Form S-1A, dated 4 January 2017, filed 5 January 2017.
- JELD-WEN Holding, Inc., Form S-1A, dated 17 January 2017, filed 17 January 2017.
- JELD-WEN Holding, Inc., Form 8-A12B, dated 27 January 2017, filed 27 January 2017.
- JELD-WEN Holding, Inc., Form 424B4, dated 26 January 2017, filed 30 January 2017.
- JELD-WEN Holding, Inc., 8-K, filed 3 February 2017.
- JELD-WEN Holding, Inc., Form S-8, filed 3 February 2017.
- JELD-WEN Holding, Inc., 8-K, filed 10 February 2017.
- JELD-WEN Holding, Inc., 8-K, filed 22 February 2017.
- JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2016, filed 3 March 2017.
- JELD-WEN Holding, Inc., 8-K, filed 8 March 2017.
- JELD-WEN Holding, Inc., 8-K, filed 9 May 2017.
- JELD-WEN Holding, Inc., Form 10-Q for the Quarter ended 1 April 2017, filed 12 May 2017.
- JELD-WEN Holding, Inc., Form S-1, dated 15 May 2017, filed 15 May 2017.
- JELD-WEN Holding, Inc., Form S-1A, dated 22 May 2017, filed 22 May 2017.
- JELD-WEN Holding, Inc., 8-K, filed 23 May 2017.
- JELD-WEN Holding, Inc., 8-K, filed 25 May 2017.
- JELD-WEN Holding, Inc., Form 424B4, dated 24 May 2017, filed 26 May 2017.
- JELD-WEN Holding, Inc., 8-K, filed 30 June 2017.
- JELD-WEN Holding, Inc., 8-K, filed 8 August 2017.

**Exhibit-1**

**Documents and Other Information Considered**

- JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 1 July 2017, filed 8 August 2017.
- JELD-WEN Holding, Inc., 8-K, filed 29 August 2017.
- JELD-WEN Holding, Inc., 8-K, filed 7 September 2017.
- JELD-WEN Holding, Inc., 8-K, filed 2 November 2017.
- JELD-WEN Holding, Inc., 8-K, filed 7 November 2017.
- JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 30 September 2017, filed 8 November 2017.
- JELD-WEN Holding, Inc., Form S-1, dated 13 November 2017, filed 13 November 2017.
- JELD-WEN Holding, Inc., 8-K, filed 14 November 2017.
- JELD-WEN Holding, Inc., 8-K, filed 17 November 2017.
- JELD-WEN Holding, Inc., Form 424B4, dated 15 November 2017, filed 17 November 2017.
- JELD-WEN Holding, Inc., 8-K, filed 4 December 2017.
- JELD-WEN Holding, Inc., 8-K, filed 7 December 2017.
- JELD-WEN Holding, Inc., 8-K, filed 15 December 2017.
- JELD-WEN Holding, Inc., 8-K, filed 21 February 2018.
- JELD-WEN Holding, Inc., 8-K, filed 28 February 2018.
- JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2017, filed 6 March 2018.
- JELD-WEN Holding, Inc., DEF-14A, filed 16 March 2018.
- JELD-WEN Holding, Inc., DEFA14A, filed 16 March 2018.
- JELD-WEN Holding, Inc., 8-K, filed 2 May 2018.
- JELD-WEN Holding, Inc., 8-K, filed 8 May 2018.
- JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 31 March 2018, filed 9 May 2018.
- JELD-WEN Holding, Inc., 8-K, filed 8 June 2018.
- JELD-WEN Holding, Inc., 8-K, filed 7 August 2018.
- JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 30 June 2018, filed 7 August 2018.
- JELD-WEN Holding, Inc., 8-K, filed 9 October 2018.
- JELD-WEN Holding, Inc., 8-K, filed 17 October 2018.
- JELD-WEN Holding, Inc., 8-K, filed 6 November 2018.
- JELD-WEN Holding, Inc., Form 10-Q for the Quarter Ended 29 September 2018, filed 7 November 2018.
- JELD-WEN Holding, Inc., 8-K, filed 27 December 2018.
- Masonite International Corporation, Form 10-K for the Fiscal Year Ended 30 December 2018, filed 26 February 2019.

**Exhibit-1**

**Documents and Other Information Considered**

- JELD-WEN Holding, Inc., Form 10-K for the Fiscal Year Ended 31 December 2018, filed 1 March 2019.
- JELD-WEN Holding, Inc., DEF-14A, filed 25 March 2019.
- JELD-WEN Holding, Inc., DEFA14A, filed 25 March 2019.

**CONFERENCE CALLS & PRESENTATIONS**

- "Q1 2011 Onex Corp Earnings Conference Call," *Thomson Reuters*, Onex conference call, 11 May 2011.
- "Q4 & FY 2016 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 22 February 2017.
- "Q4 2016 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 22 February 2017, 8:00 AM EST.
- "Q1 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 9 May 2017, 8:00 AM EDT.
- "Q1 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 9 May 2017.
- "Q2 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 August 2017, 8:00 AM EDT.
- "Q2 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 August 2017.
- "JELD-WEN Holding Inc at RBC Capital Markets Global Industrials Conference," *Thomson Reuters*, edited transcript, 14 September 2017, 12:10 PM EDT.
- "Q3 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 November 2017, 8:00 AM EST.
- "Q3 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 November 2017.
- "JELD-WEN Holding Inc at Robert W Baird Global Industrial Conference," *Thomson Reuters*, edited transcript, 8 November 2017, 3:30 PM EST.
- "Q4 2017 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 21 February 2018, 8:00 AM EST.
- "Q4 and Full Year 2017 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 21 February 2018.
- "JELD-WEN Holding Inc at Barclays Industrial Select Conference," *Thomson Reuters*, edited transcript, 22 February 2018, 8:35 AM EST.
- "Q1 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 8 May 2018, 8:00 AM EDT.
- "Q1 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 8 May 2018.

**Exhibit-1**

**Documents and Other Information Considered**

- "Investor Presentation," JELD-WEN Holding, Inc., Company presentation, 14 May 2018.
- "JELD-WEN Holding Inc at JPMorgan 2018 Homebuilding and Building Products Conference," *Thomson Reuters*, edited transcript, 14 May 2018, 1:15 PM EDT.
- "Q2 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 7 August 2018, 8:00 AM EDT.
- "Q2 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 7 August 2018.
- "Q3 2018 JELD-WEN Holding Inc Earnings Call," *Thomson Reuters*, edited transcript, 6 November 2018, 8:00 AM EST.
- "Q3 2018 Results Presentation," JELD-WEN Holding, Inc., Company presentation, 6 November 2018.


**ACADEMIC AND PROFESSIONAL LITERATURE**

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, 2007.
- Allen, Mark A., Robert E. Hall, and Victoria A. Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, 1990.
- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns Around Earnings Announcements," *The Accounting Review*, 1991.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd Edition, Prentice Hall, 1998.
- Beaver, William H., Maureen F. McNichols, and Zach Z. Wang, "The Information Content of Earnings Announcements: New insights from Intertemporal and Cross-Sectional Behavior," *Review of Accounting Studies*, 2018.
- Beaver, William H., Maureen F. McNichols, and Zach Z. Wang, "Increased Market Response to Earnings Announcements in the 21st Century: An Empirical Investigation," *Journal of Accounting and Economics*, 2020.
- Becker, Josh, Aaron Block, and Patrick Hill, "New Views on Statistical Significance Affect Expert Testimony," *Law360.com*, 23 May 2019.

**Exhibit-1**

**Documents and Other Information Considered**

- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 8th Edition, McGraw-Hill Irwin, 2009.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, 2015.
- Bromberg, Alan R., Lewis D. Lowenfels, and Michael J. Sullivan, *Securities Fraud and Commodities Fraud,* 2nd Edition, *Thomson Reuters*, 2003.
- Campbell, John Y., Andrew W. Lo and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Carlton, Dennis W. and Jeffrey M. Perloff, *Modern Industrial Organization*, 4th Edition, Pearson, 2015.
- Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics*, Vol. 87, 2008.
- De Loecker, Jan, Jan Eeckhout, and Gabriel Unger, "The Rise of Market Power and the Macroeconomic Implications," *The Quarterly Journal of Economics*, Vol. 135, No. 2, 2020.
- Degeorge, Francois, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, 1999.
- Demsetz, Harold, "The Cost of Transacting," *The Quarterly Journal of Economics*, Vol. 82, No. 1, 1968.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance*, 1991.
- Ferrillo, Paul, Frederick Dunbar, and David Tabak, "The 'less than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-On-The-Market Cases," *St. John's Law Review* 78 (81), Winter 2004.
- George, Thomas J. and Francis A. Longstaff, "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," *Journal of Financial and Quantitative Analysis*, Vol. 28, No. 3, 1993.
- Gold, Kevin, Eric Korman, Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Hartzmark, Michael L., and J. Nejat Seyhun, "The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," *Va. L & Bus. Rev.* 6, 2011.
- Kaye, David and David Freedman, "Reference Guide on Statistics," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Kennedy, Peter, *A Guide to Econometrics*, 6th Edition, Blackwell Publishing, 2008.

132

**Exhibit-1**

**Documents and Other Information Considered**

- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial & Quantitative Analysis*, Vol. 15, No. 2, 1980.
- Patell, James M., and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics*, 1984.
- Pratt, Shannon P., *The Market Approach to Valuing Businesses*, John Wiley & Sons, 2001.
- Sharpe, William C., Jeffrey W. Bailey, and Gordon J. Alexander, *Investments*, 5th Edition, Prentice Hall, 1995.
- Stowe, John D., Thomas R. Robinson, Jerald E. Pinto, and Denis W. McLeavey, *Analysis of Equity Investments: Valuation,* Association for Investment Management and Research (CFA Institute), 2002.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Villanueva, Miguel and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer*/*Krogman* Factors," *Review of Quantitative Finance and Accounting*, 2020, (forthcoming in print).
- Watts, Ross L., "Systematic Abnormal Returns After Quarterly Earnings Announcements," *Journal of Financial Economics*, 1978.

**LEGAL CASES**

- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y 2008).
- *Amgen, Inc., et al. v. Connecticut Retirement Plans*, 133 S. Ct. 1184, 1190 (2013).
- *In re Banc of California Securities Litigation,* No. 8:17-cv-00118-AG-DFM (C.D Cal. 2017).
- *Basic, Inc. v. Levinson*, 485 U.S. (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264, 1273 (D.N.J. 1989).
- *Cheney v. Cyberguard Corp.,* 213 F.R.D. 484, 499 (S.D. Fl. 2003).
- *City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc.*, HQ, 322 F. Supp. 3d 676, 688 (D. Md. 2018).
- *In re Computer Sciences Corp. Secs. Litig.*, 288 F.R.D. 112 (E.D. Va. 2012).
- *Di Donato. v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW (D. Ariz. 2019).
- *Dura Pharmaceuticals, Inc. v. Broudo,* 544 U.S. 336 (S.Ct. 2005).
- *Halliburton Co., et al. v. Erica P. John Fund, Inc.,* 134 S.Ct. 2398 (2014).

**Exhibit-1**

**Documents and Other Information Considered**

- *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001).
- *Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491, 506 (S.D. Tex. 2004).
- *McIntire v. China MediaExpress Holding, Inc.*, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014).
- *In re Mills Corp. Secs. Litig.*, 257 F.R.D. 101 (E.D. Va. 2009).
- *In re NII Holdings, Inc. Secs. Litig.*, 1:14-CV-227(LMB/JFA) (E.D. Va. 2015).
- *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016).
- *Simpson v. Specialty Retail Concepts*, 823 F. Supp. 353 (M.D.N.C. 1993).
- *Smilovits v. First Solar, Inc.*, No. CV12-00555-PHX-DGC (D. Ariz. 2013).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).

**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- FactSet
- Thomson Eikon

**OTHER**

- "Brief of Financial Economists as Amici Curiae in Support of Respondents," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- "Brief of Testifying Economists as Amici Curiae in Support of Respondent," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- Complaint For Injunctive and Declaratory Relief, Damages, and Specific Performance, filed 29 June 2016, *Steves and Sons, Inc v. JELD-WEN, Inc.*, 3:16-cv-00545-REP.
- "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2012.
- "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 26 January 2017.
- "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 24 May 2017.
- "JELD-WEN Holding Inc (JELD: New York); US Equity Offering," *Bloomberg*, 15 November 2017.
- Memorandum Opinion, filed 5 October 2018, *Steves and Sons, Inc. v. JELD-WEN, Inc.*, 3:16-cv-00545-REP.

**Exhibit-1**

**Documents and Other Information Considered**

- "Nasdaq to Enable Customers to Trade NYSE Stocks," *Reuters*, 28 March 2005.
- Opinion and Order Granting Class Certification and Appointing Class Representatives and Class Counsel, filed 31 May 2020, *Kevin L. Dougherty, et al., v. Esperion Therapeutics, Inc., et al.,* No. 16-10089.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- "SEC Approves Consolidated Rule to Address Conflicts of Interest Relating to the Publication and Distribution of Equity Research Reports," *Finra*, Regulatory Notice 15-30, 26 August 2015.
- "The NYSE Market Model: How the NYSE Market Model Works," *NYSE.com*.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)


## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

136

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present        CROWNINSHIELD FINANCIAL RESEARCH, INC.
                      Brookline, MA
                      President and Senior Expert

1996 - 2008           THE MICHEL-SHAKED GROUP
                      Boston, MA
                      Senior Expert (2001 - 2008)
                      Affiliated Expert (1996 - 2001)

1987 - 1990           FEDERAL RESERVE BANK OF ATLANTA
                      Economist

## PROFESSIONAL DESIGNATIONS

1998   Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, *Springer.com,* October 22, 2020. Available from https://doi.org/10.1007/s11156-020-00943-4.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

137

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

141

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

## COURSES TAUGHT

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management  (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

142

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe,* March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

143

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

144

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Silver Wheaton Corp. Securities Litigation
Case No: 2:15-cv-05146-CAS-JEM
United States District Court
Central District of California
Deposition Testimony
January 2017

In Re World Acceptance Corporation Securities Litigation
Civil Action No. 6-14-cv-01606-MGL
United States District Court
District of South Carolina
Deposition Testimony
February 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

145

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

In Re El Pollo Loco Holdings, Inc. Securities Litigation
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

146

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re Blackberry Limited Securities Litigation
Case No. 1:13-cv-7060-TPG
United States District Court
Southern District of New York
Deposition Testimony
July 2018

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018

In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018
Trial Testimony
January 2019

148

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Seaworld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018
Testimony at Evidentiary Hearing
May 2019

In Re American Realty Capital Properties, Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

In Re Equifax, Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019

In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

149

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In Re Chemical And Mining Company Of Chile, Inc. Securities Litigation
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

In Re OvaScience, Inc. Securities Litigation
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

In Re Blackberry Limited Securities Litigation
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2020

In Re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020

In Re Johnson & Johnson Securities Litigation
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 1/27/2017 | $26.12 | $26.18 | $26.27 | 16,025,177 | |
| 1/30/2017 | $26.05 | $26.12 | $26.19 | 1,316,342 | -0.27% |
| 1/31/2017 | $27.07 | $27.06 | $27.07 | 1,375,309 | 3.84% |
| 2/1/2017 | $27.05 | $27.03 | $27.05 | 520,129 | -0.07% |
| 2/2/2017 | $27.59 | $27.55 | $27.57 | 1,099,264 | 1.98% |
| 2/3/2017 | $28.51 | $28.51 | $28.57 | 654,262 | 3.28% |
| 2/6/2017 | $27.97 | $27.93 | $27.94 | 892,469 | -1.91% |
| 2/7/2017 | $28.55 | $28.52 | $28.55 | 606,259 | 2.05% |
| 2/8/2017 | $28.83 | $28.81 | $28.82 | 402,327 | 0.98% |
| 2/9/2017 | $29.46 | $29.41 | $29.46 | 642,864 | 2.16% |
| 2/10/2017 | $29.77 | $29.72 | $29.78 | 704,378 | 1.05% |
| 2/13/2017 | $29.64 | $29.61 | $29.65 | 669,950 | -0.44% |
| 2/14/2017 | $29.55 | $29.47 | $29.50 | 504,110 | -0.30% |
| 2/15/2017 | $29.50 | $29.50 | $29.51 | 539,557 | -0.17% |
| 2/16/2017 | $29.00 | $28.97 | $29.00 | 427,173 | -1.71% |
| 2/17/2017 | $29.48 | $29.49 | $29.50 | 614,497 | 1.64% |
| 2/21/2017 | $29.83 | $29.82 | $29.83 | 567,717 | 1.18% |
| 2/22/2017 | $30.70 | $30.66 | $30.70 | 961,153 | 2.87% |
| 2/23/2017 | $30.79 | $30.79 | $30.80 | 1,162,201 | 0.29% |
| 2/24/2017 | $30.74 | $30.72 | $30.74 | 836,058 | -0.16% |
| 2/27/2017 | $31.13 | $31.15 | $31.17 | 984,706 | 1.26% |
| 2/28/2017 | $31.24 | $31.15 | $31.21 | 1,080,556 | 0.35% |
| 3/1/2017 | $31.07 | $31.01 | $31.07 | 851,305 | -0.55% |
| 3/2/2017 | $30.85 | $30.84 | $30.90 | 809,677 | -0.71% |
| 3/3/2017 | $30.76 | $30.74 | $30.77 | 955,774 | -0.29% |
| 3/6/2017 | $30.20 | $30.15 | $30.20 | 931,406 | -1.84% |
| 3/7/2017 | $30.38 | $30.35 | $30.37 | 722,108 | 0.59% |
| 3/8/2017 | $31.49 | $31.47 | $31.50 | 407,089 | 3.59% |
| 3/9/2017 | $31.88 | $31.89 | $31.91 | 440,562 | 1.23% |
| 3/10/2017 | $32.10 | $32.09 | $32.10 | 271,246 | 0.69% |
| 3/13/2017 | $32.10 | $32.05 | $32.08 | 201,697 | 0.00% |
| 3/14/2017 | $31.05 | $31.04 | $31.05 | 238,200 | -3.33% |
| 3/15/2017 | $31.27 | $31.25 | $31.27 | 311,644 | 0.71% |
| 3/16/2017 | $31.55 | $31.52 | $31.55 | 164,118 | 0.89% |
| 3/17/2017 | $31.86 | $31.72 | $31.74 | 2,728,377 | 0.98% |
| 3/20/2017 | $32.04 | $32.03 | $32.06 | 351,879 | 0.56% |
| 3/21/2017 | $32.44 | $32.40 | $32.42 | 701,927 | 1.24% |
| 3/22/2017 | $32.59 | $32.59 | $32.61 | 253,261 | 0.46% |
| 3/23/2017 | $32.62 | $32.59 | $32.63 | 286,842 | 0.09% |
| 3/24/2017 | $32.57 | $32.58 | $32.60 | 194,623 | -0.15% |
| 3/27/2017 | $31.84 | $31.84 | $31.85 | 251,616 | -2.27% |
| 3/28/2017 | $32.70 | $32.70 | $32.72 | 542,577 | 2.67% |

# Exhibit-4

## JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 3/29/2017 | $32.79 | $32.77 | $32.79 | 447,002 | 0.27% |
| 3/30/2017 | $33.05 | $33.01 | $33.02 | 541,373 | 0.79% |
| 3/31/2017 | $32.85 | $32.88 | $32.90 | 3,014,413 | -0.61% |
| 4/3/2017 | $32.85 | $32.84 | $32.85 | 560,714 | 0.00% |
| 4/4/2017 | $33.06 | $33.05 | $33.06 | 324,398 | 0.64% |
| 4/5/2017 | $32.11 | $32.10 | $32.12 | 279,067 | -2.92% |
| 4/6/2017 | $31.41 | $31.43 | $31.44 | 411,372 | -2.20% |
| 4/7/2017 | $31.16 | $31.17 | $31.19 | 357,374 | -0.80% |
| 4/10/2017 | $31.84 | $31.83 | $31.84 | 284,424 | 2.16% |
| 4/11/2017 | $31.31 | $31.32 | $31.33 | 808,984 | -1.68% |
| 4/12/2017 | $31.09 | $31.09 | $31.11 | 494,727 | -0.71% |
| 4/13/2017 | $31.20 | $31.17 | $31.19 | 333,606 | 0.35% |
| 4/17/2017 | $31.86 | $31.83 | $31.85 | 300,144 | 2.09% |
| 4/18/2017 | $32.34 | $32.31 | $32.32 | 310,664 | 1.50% |
| 4/19/2017 | $32.06 | $32.06 | $32.08 | 251,934 | -0.87% |
| 4/20/2017 | $32.82 | $32.80 | $32.81 | 300,577 | 2.34% |
| 4/21/2017 | $32.69 | $32.68 | $32.69 | 233,314 | -0.40% |
| 4/24/2017 | $33.60 | $33.58 | $33.60 | 167,377 | 2.75% |
| 4/25/2017 | $33.85 | $33.85 | $33.86 | 232,304 | 0.74% |
| 4/26/2017 | $33.91 | $33.91 | $33.93 | 194,556 | 0.18% |
| 4/27/2017 | $33.42 | $33.40 | $33.42 | 190,361 | -1.46% |
| 4/28/2017 | $33.03 | $33.01 | $33.02 | 157,840 | -1.17% |
| 5/1/2017 | $33.48 | $33.45 | $33.48 | 144,824 | 1.35% |
| 5/2/2017 | $33.51 | $33.51 | $33.53 | 85,154 | 0.09% |
| 5/3/2017 | $33.36 | $33.36 | $33.38 | 112,484 | -0.45% |
| 5/4/2017 | $32.60 | $32.58 | $32.61 | 187,848 | -2.30% |
| 5/5/2017 | $32.83 | $32.82 | $32.84 | 137,846 | 0.70% |
| 5/8/2017 | $32.64 | $32.63 | $32.64 | 250,514 | -0.58% |
| 5/9/2017 | $32.40 | $32.38 | $32.40 | 375,078 | -0.74% |
| 5/10/2017 | $32.47 | $32.47 | $32.49 | 335,080 | 0.22% |
| 5/11/2017 | $32.29 | $32.25 | $32.27 | 357,390 | -0.56% |
| 5/12/2017 | $32.14 | $32.14 | $32.15 | 209,948 | -0.47% |
| 5/15/2017 | $32.00 | $31.99 | $32.00 | 721,057 | -0.44% |
| 5/16/2017 | $31.69 | $31.67 | $31.69 | 329,418 | -0.97% |
| 5/17/2017 | $30.18 | $30.18 | $30.19 | 656,422 | -4.88% |
| 5/18/2017 | $30.85 | $30.84 | $30.85 | 415,278 | 2.20% |
| 5/19/2017 | $31.23 | $31.22 | $31.23 | 453,260 | 1.22% |
| 5/22/2017 | $30.86 | $30.84 | $30.85 | 140,243 | -1.19% |
| 5/23/2017 | $30.26 | $30.26 | $30.28 | 640,602 | -1.96% |
| 5/24/2017 | $31.21 | $31.19 | $31.20 | 765,043 | 3.09% |
| 5/25/2017 | $30.76 | $30.76 | $30.77 | 7,750,079 | -1.45% |
| 5/26/2017 | $30.83 | $30.88 | $30.90 | 1,833,156 | 0.23% |

152

# Exhibit-4

## JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 5/30/2017 | $31.15 | $31.13 | $31.14 | 1,961,198 | 1.03% |
| 5/31/2017 | $31.24 | $31.23 | $31.24 | 1,889,234 | 0.29% |
| 6/1/2017 | $30.93 | $30.92 | $30.93 | 1,259,097 | -1.00% |
| 6/2/2017 | $31.47 | $31.45 | $31.46 | 1,865,394 | 1.73% |
| 6/5/2017 | $31.25 | $31.25 | $31.26 | 788,858 | -0.70% |
| 6/6/2017 | $31.48 | $31.47 | $31.48 | 497,639 | 0.73% |
| 6/7/2017 | $31.34 | $31.32 | $31.33 | 274,907 | -0.45% |
| 6/8/2017 | $31.46 | $31.45 | $31.46 | 352,437 | 0.38% |
| 6/9/2017 | $31.87 | $31.85 | $31.86 | 677,116 | 1.29% |
| 6/12/2017 | $31.85 | $31.85 | $31.87 | 496,297 | -0.06% |
| 6/13/2017 | $33.32 | $33.33 | $33.34 | 788,424 | 4.51% |
| 6/14/2017 | $33.81 | $33.82 | $33.83 | 499,274 | 1.46% |
| 6/15/2017 | $33.99 | $34.00 | $34.02 | 532,745 | 0.53% |
| 6/16/2017 | $34.30 | $34.28 | $34.30 | 1,521,920 | 0.91% |
| 6/19/2017 | $34.29 | $34.29 | $34.30 | 396,772 | -0.03% |
| 6/20/2017 | $34.87 | $34.87 | $34.88 | 512,773 | 1.68% |
| 6/21/2017 | $34.89 | $34.90 | $34.91 | 1,003,546 | 0.06% |
| 6/22/2017 | $34.60 | $34.59 | $34.60 | 612,243 | -0.83% |
| 6/23/2017 | $34.42 | $34.41 | $34.42 | 810,451 | -0.52% |
| 6/26/2017 | $33.96 | $33.94 | $33.95 | 571,279 | -1.35% |
| 6/27/2017 | $33.32 | $33.30 | $33.32 | 566,055 | -1.90% |
| 6/28/2017 | $33.42 | $33.39 | $33.40 | 432,400 | 0.30% |
| 6/29/2017 | $32.49 | $32.46 | $32.47 | 416,780 | -2.82% |
| 6/30/2017 | $32.46 | $32.44 | $32.45 | 695,000 | -0.09% |
| 7/3/2017 | $32.18 | $32.16 | $32.18 | 225,023 | -0.87% |
| 7/5/2017 | $31.56 | $31.54 | $31.55 | 644,553 | -1.95% |
| 7/6/2017 | $30.80 | $30.77 | $30.79 | 782,523 | -2.44% |
| 7/7/2017 | $31.00 | $30.97 | $30.99 | 581,133 | 0.65% |
| 7/10/2017 | $30.81 | $30.81 | $30.82 | 511,128 | -0.61% |
| 7/11/2017 | $30.70 | $30.68 | $30.70 | 372,263 | -0.36% |
| 7/12/2017 | $30.77 | $30.75 | $30.77 | 625,509 | 0.23% |
| 7/13/2017 | $30.73 | $30.72 | $30.73 | 564,786 | -0.13% |
| 7/14/2017 | $31.40 | $31.37 | $31.39 | 684,882 | 2.16% |
| 7/17/2017 | $31.13 | $31.10 | $31.12 | 373,781 | -0.86% |
| 7/18/2017 | $31.04 | $31.01 | $31.03 | 176,634 | -0.29% |
| 7/19/2017 | $31.93 | $31.92 | $31.94 | 450,661 | 2.83% |
| 7/20/2017 | $31.65 | $31.65 | $31.66 | 310,859 | -0.88% |
| 7/21/2017 | $31.78 | $31.78 | $31.79 | 235,642 | 0.41% |
| 7/24/2017 | $31.83 | $31.79 | $31.81 | 376,190 | 0.16% |
| 7/25/2017 | $32.45 | $32.46 | $32.47 | 251,387 | 1.93% |
| 7/26/2017 | $32.51 | $32.49 | $32.50 | 390,469 | 0.18% |
| 7/27/2017 | $32.19 | $32.19 | $32.20 | 262,402 | -0.99% |

153

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 7/28/2017 | $32.21 | $32.19 | $32.20 | 120,948 | 0.06% |
| 7/31/2017 | $32.65 | $32.65 | $32.66 | 237,389 | 1.36% |
| 8/1/2017 | $32.88 | $32.85 | $32.87 | 300,323 | 0.70% |
| 8/2/2017 | $32.25 | $32.24 | $32.25 | 291,929 | -1.93% |
| 8/3/2017 | $32.15 | $32.12 | $32.15 | 251,454 | -0.31% |
| 8/4/2017 | $32.65 | $32.62 | $32.65 | 310,302 | 1.54% |
| 8/7/2017 | $31.59 | $31.58 | $31.59 | 796,268 | -3.30% |
| 8/8/2017 | $30.91 | $30.91 | $30.93 | 1,338,069 | -2.18% |
| 8/9/2017 | $30.73 | $30.73 | $30.74 | 1,022,238 | -0.58% |
| 8/10/2017 | $29.11 | $29.11 | $29.12 | 767,496 | -5.42% |
| 8/11/2017 | $28.80 | $28.79 | $28.80 | 723,590 | -1.07% |
| 8/14/2017 | $29.78 | $29.77 | $29.78 | 793,441 | 3.35% |
| 8/15/2017 | $29.80 | $29.79 | $29.80 | 382,838 | 0.07% |
| 8/16/2017 | $28.66 | $28.64 | $28.66 | 1,108,532 | -3.90% |
| 8/17/2017 | $28.00 | $28.00 | $28.01 | 1,095,585 | -2.33% |
| 8/18/2017 | $28.12 | $28.11 | $28.12 | 714,823 | 0.43% |
| 8/21/2017 | $28.21 | $28.20 | $28.21 | 437,833 | 0.32% |
| 8/22/2017 | $28.59 | $28.59 | $28.60 | 3,178,709 | 1.34% |
| 8/23/2017 | $28.62 | $28.61 | $28.62 | 493,156 | 0.10% |
| 8/24/2017 | $29.18 | $29.18 | $29.19 | 917,349 | 1.94% |
| 8/25/2017 | $29.98 | $29.96 | $29.98 | 613,618 | 2.70% |
| 8/28/2017 | $30.37 | $30.37 | $30.38 | 1,377,783 | 1.29% |
| 8/29/2017 | $30.28 | $30.28 | $30.29 | 563,716 | -0.30% |
| 8/30/2017 | $30.82 | $30.81 | $30.82 | 448,878 | 1.77% |
| 8/31/2017 | $30.52 | $30.52 | $30.53 | 492,867 | -0.98% |
| 9/1/2017 | $30.96 | $30.96 | $30.97 | 524,665 | 1.43% |
| 9/5/2017 | $30.97 | $30.96 | $30.97 | 829,174 | 0.03% |
| 9/6/2017 | $32.23 | $32.22 | $32.23 | 931,833 | 3.99% |
| 9/7/2017 | $32.64 | $32.64 | $32.65 | 1,190,056 | 1.26% |
| 9/8/2017 | $33.31 | $33.30 | $33.31 | 1,286,424 | 2.03% |
| 9/11/2017 | $33.95 | $33.94 | $33.95 | 803,423 | 1.90% |
| 9/12/2017 | $34.56 | $34.55 | $34.56 | 760,155 | 1.78% |
| 9/13/2017 | $33.40 | $33.40 | $33.41 | 1,358,416 | -3.41% |
| 9/14/2017 | $33.24 | $33.24 | $33.25 | 728,323 | -0.48% |
| 9/15/2017 | $32.58 | $32.58 | $32.59 | 4,131,008 | -2.01% |
| 9/18/2017 | $33.07 | $33.09 | $33.10 | 1,684,920 | 1.49% |
| 9/19/2017 | $33.13 | $33.16 | $33.17 | 1,335,209 | 0.18% |
| 9/20/2017 | $33.46 | $33.46 | $33.47 | 527,922 | 0.99% |
| 9/21/2017 | $33.81 | $33.81 | $33.82 | 505,653 | 1.04% |
| 9/22/2017 | $34.35 | $34.35 | $34.36 | 909,147 | 1.58% |
| 9/25/2017 | $34.34 | $34.34 | $34.35 | 611,038 | -0.03% |
| 9/26/2017 | $34.92 | $34.93 | $34.94 | 696,537 | 1.67% |

154

# Exhibit-4

## JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 9/27/2017 | $34.99 | $34.99 | $35.00 | 996,842 | 0.20% |
| 9/28/2017 | $35.58 | $35.59 | $35.60 | 631,172 | 1.67% |
| 9/29/2017 | $35.52 | $35.56 | $35.57 | 434,418 | -0.17% |
| 10/2/2017 | $35.20 | $35.21 | $35.22 | 689,320 | -0.90% |
| 10/3/2017 | $35.49 | $35.49 | $35.50 | 837,380 | 0.82% |
| 10/4/2017 | $35.48 | $35.48 | $35.49 | 438,135 | -0.03% |
| 10/5/2017 | $35.78 | $35.78 | $35.79 | 385,030 | 0.84% |
| 10/6/2017 | $35.79 | $35.80 | $35.81 | 204,833 | 0.03% |
| 10/9/2017 | $35.86 | $35.86 | $35.87 | 288,564 | 0.20% |
| 10/10/2017 | $35.78 | $35.79 | $35.80 | 181,972 | -0.22% |
| 10/11/2017 | $35.80 | $35.81 | $35.82 | 314,342 | 0.06% |
| 10/12/2017 | $35.84 | $35.84 | $35.85 | 296,506 | 0.11% |
| 10/13/2017 | $35.48 | $35.49 | $35.50 | 228,938 | -1.01% |
| 10/16/2017 | $35.73 | $35.74 | $35.75 | 533,628 | 0.70% |
| 10/17/2017 | $35.27 | $35.27 | $35.28 | 196,580 | -1.30% |
| 10/18/2017 | $35.18 | $35.18 | $35.19 | 306,803 | -0.26% |
| 10/19/2017 | $35.53 | $35.53 | $35.54 | 248,395 | 0.99% |
| 10/20/2017 | $35.86 | $35.85 | $35.86 | 277,863 | 0.92% |
| 10/23/2017 | $36.00 | $36.00 | $36.01 | 306,168 | 0.39% |
| 10/24/2017 | $36.39 | $36.39 | $36.40 | 282,239 | 1.08% |
| 10/25/2017 | $35.98 | $35.97 | $35.98 | 344,597 | -1.13% |
| 10/26/2017 | $36.44 | $36.45 | $36.46 | 382,471 | 1.27% |
| 10/27/2017 | $36.51 | $36.50 | $36.51 | 264,963 | 0.19% |
| 10/30/2017 | $36.48 | $36.47 | $36.48 | 387,516 | -0.08% |
| 10/31/2017 | $36.88 | $36.88 | $36.89 | 428,152 | 1.09% |
| 11/1/2017 | $36.66 | $36.66 | $36.67 | 315,666 | -0.60% |
| 11/2/2017 | $35.89 | $35.89 | $35.90 | 547,837 | -2.12% |
| 11/3/2017 | $36.05 | $36.04 | $36.05 | 417,327 | 0.44% |
| 11/6/2017 | $35.32 | $35.30 | $35.31 | 1,110,149 | -2.05% |
| 11/7/2017 | $35.06 | $35.03 | $35.04 | 1,057,871 | -0.74% |
| 11/8/2017 | $35.81 | $35.80 | $35.81 | 431,933 | 2.12% |
| 11/9/2017 | $35.59 | $35.58 | $35.59 | 193,445 | -0.62% |
| 11/10/2017 | $35.89 | $35.88 | $35.89 | 231,300 | 0.84% |
| 11/13/2017 | $35.49 | $35.50 | $35.51 | 324,765 | -1.12% |
| 11/14/2017 | $34.92 | $34.91 | $34.92 | 419,008 | -1.62% |
| 11/15/2017 | $34.38 | $34.38 | $34.40 | 589,485 | -1.56% |
| 11/16/2017 | $35.80 | $35.80 | $35.81 | 5,602,697 | 4.05% |
| 11/17/2017 | $36.79 | $36.80 | $36.81 | 1,461,428 | 2.73% |
| 11/20/2017 | $38.43 | $38.45 | $38.46 | 3,229,468 | 4.36% |
| 11/21/2017 | $39.22 | $39.22 | $39.23 | 1,229,343 | 2.03% |
| 11/22/2017 | $38.59 | $38.59 | $38.60 | 805,060 | -1.62% |
| 11/24/2017 | $40.23 | $40.23 | $40.24 | 2,461,758 | 4.16% |

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 11/27/2017 | $38.63 | $38.62 | $38.63 | 1,190,071 | -4.06% |
| 11/28/2017 | $38.68 | $38.66 | $38.67 | 1,481,082 | 0.13% |
| 11/29/2017 | $38.80 | $38.79 | $38.80 | 674,362 | 0.31% |
| 11/30/2017 | $39.11 | $39.11 | $39.12 | 690,473 | 0.80% |
| 12/1/2017 | $38.70 | $38.71 | $38.72 | 354,434 | -1.05% |
| 12/4/2017 | $38.19 | $38.19 | $38.20 | 408,537 | -1.33% |
| 12/5/2017 | $38.14 | $38.14 | $38.15 | 323,459 | -0.13% |
| 12/6/2017 | $37.22 | $37.22 | $37.23 | 485,336 | -2.44% |
| 12/7/2017 | $37.82 | $37.81 | $37.82 | 821,686 | 1.60% |
| 12/8/2017 | $38.24 | $38.23 | $38.24 | 514,462 | 1.10% |
| 12/11/2017 | $38.26 | $38.25 | $38.26 | 505,208 | 0.05% |
| 12/12/2017 | $38.19 | $38.19 | $38.20 | 628,049 | -0.18% |
| 12/13/2017 | $39.08 | $39.07 | $39.09 | 741,440 | 2.30% |
| 12/14/2017 | $38.60 | $38.61 | $38.62 | 467,637 | -1.24% |
| 12/15/2017 | $38.63 | $38.63 | $38.64 | 1,060,864 | 0.08% |
| 12/18/2017 | $39.90 | $39.89 | $39.90 | 415,059 | 3.23% |
| 12/19/2017 | $38.94 | $38.93 | $38.94 | 496,094 | -2.44% |
| 12/20/2017 | $38.94 | $38.94 | $38.95 | 278,891 | 0.00% |
| 12/21/2017 | $39.21 | $39.23 | $39.24 | 370,372 | 0.69% |
| 12/22/2017 | $39.35 | $39.36 | $39.37 | 215,042 | 0.36% |
| 12/26/2017 | $39.53 | $39.53 | $39.54 | 350,840 | 0.46% |
| 12/27/2017 | $39.37 | $39.37 | $39.38 | 406,865 | -0.41% |
| 12/28/2017 | $39.63 | $39.61 | $39.62 | 178,331 | 0.66% |
| 12/29/2017 | $39.37 | $39.38 | $39.39 | 434,825 | -0.66% |
| 1/2/2018 | $39.31 | $39.29 | $39.30 | 523,894 | -0.15% |
| 1/3/2018 | $39.92 | $39.91 | $39.92 | 478,471 | 1.54% |
| 1/4/2018 | $40.75 | $40.75 | $40.76 | 697,575 | 2.06% |
| 1/5/2018 | $41.67 | $41.68 | $41.69 | 796,322 | 2.23% |
| 1/8/2018 | $41.81 | $41.79 | $41.80 | 717,279 | 0.34% |
| 1/9/2018 | $41.10 | $41.10 | $41.11 | 502,668 | -1.71% |
| 1/10/2018 | $39.97 | $39.97 | $39.98 | 531,739 | -2.79% |
| 1/11/2018 | $40.63 | $40.62 | $40.63 | 345,050 | 1.64% |
| 1/12/2018 | $41.01 | $41.01 | $41.02 | 496,382 | 0.93% |
| 1/16/2018 | $40.19 | $40.19 | $40.20 | 761,143 | -2.02% |
| 1/17/2018 | $40.80 | $40.80 | $40.81 | 526,984 | 1.51% |
| 1/18/2018 | $40.46 | $40.44 | $40.45 | 350,067 | -0.84% |
| 1/19/2018 | $40.28 | $40.28 | $40.29 | 596,994 | -0.45% |
| 1/22/2018 | $40.78 | $40.77 | $40.78 | 433,379 | 1.23% |
| 1/23/2018 | $40.81 | $40.80 | $40.81 | 201,709 | 0.07% |
| 1/24/2018 | $40.45 | $40.45 | $40.46 | 165,478 | -0.89% |
| 1/25/2018 | $40.62 | $40.62 | $40.63 | 296,477 | 0.42% |
| 1/26/2018 | $40.96 | $40.96 | $40.97 | 254,988 | 0.83% |

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 1/29/2018 | $40.00 | $40.00 | $40.01 | 368,786 | -2.37% |
| 1/30/2018 | $39.56 | $39.55 | $39.56 | 436,186 | -1.11% |
| 1/31/2018 | $39.28 | $39.28 | $39.29 | 553,672 | -0.71% |
| 2/1/2018 | $39.57 | $39.56 | $39.57 | 358,404 | 0.74% |
| 2/2/2018 | $38.60 | $38.60 | $38.62 | 467,820 | -2.48% |
| 2/5/2018 | $37.50 | $37.50 | $37.52 | 714,522 | -2.89% |
| 2/6/2018 | $37.86 | $37.86 | $37.87 | 1,259,289 | 0.96% |
| 2/7/2018 | $38.11 | $38.10 | $38.11 | 409,143 | 0.66% |
| 2/8/2018 | $37.00 | $37.00 | $37.01 | 840,879 | -2.96% |
| 2/9/2018 | $37.96 | $37.96 | $37.97 | 1,027,068 | 2.56% |
| 2/12/2018 | $37.48 | $37.48 | $37.49 | 1,003,517 | -1.27% |
| 2/13/2018 | $36.77 | $36.77 | $36.78 | 625,414 | -1.91% |
| 2/14/2018 | $36.66 | $36.66 | $36.67 | 837,249 | -0.30% |
| 2/15/2018 | $36.98 | $36.98 | $36.99 | 812,053 | 0.87% |
| 2/16/2018 | $37.55 | $37.54 | $37.55 | 2,521,537 | 1.53% |
| 2/20/2018 | $37.64 | $37.64 | $37.66 | 1,014,644 | 0.24% |
| 2/21/2018 | $34.50 | $34.50 | $34.51 | 4,844,365 | -8.71% |
| 2/22/2018 | $33.54 | $33.53 | $33.54 | 2,409,090 | -2.82% |
| 2/23/2018 | $33.83 | $33.84 | $33.85 | 741,583 | 0.86% |
| 2/26/2018 | $33.34 | $33.35 | $33.36 | 871,415 | -1.46% |
| 2/27/2018 | $31.82 | $31.80 | $31.81 | 1,906,990 | -4.67% |
| 2/28/2018 | $31.16 | $31.16 | $31.17 | 5,178,818 | -2.10% |
| 3/1/2018 | $30.96 | $30.95 | $30.96 | 1,452,101 | -0.64% |
| 3/2/2018 | $31.56 | $31.55 | $31.56 | 1,163,838 | 1.92% |
| 3/5/2018 | $31.68 | $31.66 | $31.67 | 1,270,243 | 0.38% |
| 3/6/2018 | $31.72 | $31.72 | $31.73 | 811,272 | 0.13% |
| 3/7/2018 | $31.12 | $31.12 | $31.13 | 753,336 | -1.91% |
| 3/8/2018 | $31.91 | $31.92 | $31.93 | 719,654 | 2.51% |
| 3/9/2018 | $32.46 | $32.45 | $32.46 | 992,849 | 1.71% |
| 3/12/2018 | $32.79 | $32.78 | $32.79 | 708,989 | 1.01% |
| 3/13/2018 | $33.19 | $33.19 | $33.20 | 822,049 | 1.21% |
| 3/14/2018 | $32.85 | $32.85 | $32.86 | 1,256,187 | -1.03% |
| 3/15/2018 | $32.87 | $32.87 | $32.88 | 812,268 | 0.06% |
| 3/16/2018 | $33.47 | $33.46 | $33.47 | 1,275,090 | 1.81% |
| 3/19/2018 | $33.11 | $33.11 | $33.12 | 891,767 | -1.08% |
| 3/20/2018 | $33.28 | $33.28 | $33.29 | 766,587 | 0.51% |
| 3/21/2018 | $33.29 | $33.29 | $33.30 | 714,395 | 0.03% |
| 3/22/2018 | $32.77 | $32.78 | $32.79 | 1,306,083 | -1.57% |
| 3/23/2018 | $31.69 | $31.69 | $31.70 | 737,273 | -3.35% |
| 3/26/2018 | $31.02 | $31.00 | $31.02 | 1,149,021 | -2.14% |
| 3/27/2018 | $30.36 | $30.35 | $30.36 | 875,799 | -2.15% |
| 3/28/2018 | $30.11 | $30.10 | $30.11 | 612,095 | -0.83% |

157

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 3/29/2018 | $30.62 | $30.62 | $30.63 | 620,693 | 1.68% |
| 4/2/2018 | $29.06 | $29.08 | $29.09 | 1,220,250 | -5.23% |
| 4/3/2018 | $30.01 | $30.00 | $30.01 | 554,097 | 3.22% |
| 4/4/2018 | $30.61 | $30.61 | $30.62 | 603,958 | 1.98% |
| 4/5/2018 | $30.56 | $30.56 | $30.58 | 609,210 | -0.16% |
| 4/6/2018 | $29.63 | $29.63 | $29.64 | 366,060 | -3.09% |
| 4/9/2018 | $29.10 | $29.09 | $29.10 | 507,356 | -1.80% |
| 4/10/2018 | $29.52 | $29.52 | $29.54 | 546,377 | 1.43% |
| 4/11/2018 | $29.40 | $29.40 | $29.41 | 640,451 | -0.41% |
| 4/12/2018 | $29.85 | $29.84 | $29.85 | 695,742 | 1.52% |
| 4/13/2018 | $29.79 | $29.78 | $29.79 | 688,376 | -0.20% |
| 4/16/2018 | $30.78 | $30.78 | $30.80 | 383,362 | 3.27% |
| 4/17/2018 | $30.36 | $30.36 | $30.37 | 589,775 | -1.37% |
| 4/18/2018 | $30.50 | $30.49 | $30.50 | 276,801 | 0.46% |
| 4/19/2018 | $30.17 | $30.16 | $30.17 | 892,263 | -1.09% |
| 4/20/2018 | $29.80 | $29.80 | $29.81 | 348,509 | -1.23% |
| 4/23/2018 | $30.08 | $30.08 | $30.09 | 383,138 | 0.94% |
| 4/24/2018 | $29.27 | $29.27 | $29.28 | 827,042 | -2.73% |
| 4/25/2018 | $29.47 | $29.48 | $29.49 | 374,736 | 0.68% |
| 4/26/2018 | $29.03 | $29.03 | $29.04 | 344,895 | -1.50% |
| 4/27/2018 | $28.83 | $28.84 | $28.86 | 447,525 | -0.69% |
| 4/30/2018 | $28.11 | $28.11 | $28.12 | 534,418 | -2.53% |
| 5/1/2018 | $28.68 | $28.66 | $28.67 | 590,878 | 2.01% |
| 5/2/2018 | $28.81 | $28.81 | $28.82 | 466,853 | 0.45% |
| 5/3/2018 | $29.08 | $29.08 | $29.09 | 442,672 | 0.93% |
| 5/4/2018 | $29.18 | $29.17 | $29.18 | 1,291,913 | 0.34% |
| 5/7/2018 | $30.23 | $30.24 | $30.26 | 698,629 | 3.54% |
| 5/8/2018 | $29.50 | $29.50 | $29.51 | 1,050,520 | -2.44% |
| 5/9/2018 | $28.61 | $28.60 | $28.61 | 1,857,863 | -3.06% |
| 5/10/2018 | $28.27 | $28.26 | $28.27 | 937,785 | -1.20% |
| 5/11/2018 | $28.70 | $28.69 | $28.70 | 933,568 | 1.51% |
| 5/14/2018 | $28.65 | $28.65 | $28.67 | 1,299,289 | -0.17% |
| 5/15/2018 | $27.50 | $27.49 | $27.50 | 1,137,906 | -4.10% |
| 5/16/2018 | $27.97 | $27.96 | $27.97 | 945,888 | 1.69% |
| 5/17/2018 | $28.20 | $28.19 | $28.20 | 1,337,084 | 0.82% |
| 5/18/2018 | $29.02 | $29.01 | $29.02 | 1,492,711 | 2.87% |
| 5/21/2018 | $29.27 | $29.26 | $29.27 | 510,949 | 0.86% |
| 5/22/2018 | $28.04 | $28.04 | $28.05 | 435,141 | -4.29% |
| 5/23/2018 | $28.15 | $28.13 | $28.14 | 516,254 | 0.39% |
| 5/24/2018 | $27.72 | $27.72 | $27.73 | 611,963 | -1.54% |
| 5/25/2018 | $28.00 | $28.00 | $28.01 | 307,090 | 1.01% |
| 5/29/2018 | $27.36 | $27.35 | $27.36 | 564,276 | -2.31% |

158

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 5/30/2018 | $27.55 | $27.54 | $27.55 | 369,902 | 0.69% |
| 5/31/2018 | $27.37 | $27.38 | $27.39 | 684,779 | -0.66% |
| 6/1/2018 | $27.12 | $27.09 | $27.10 | 766,184 | -0.92% |
| 6/4/2018 | $27.50 | $27.49 | $27.50 | 678,757 | 1.39% |
| 6/5/2018 | $28.16 | $28.16 | $28.17 | 2,106,774 | 2.37% |
| 6/6/2018 | $28.56 | $28.55 | $28.56 | 629,249 | 1.41% |
| 6/7/2018 | $29.46 | $29.45 | $29.46 | 645,227 | 3.10% |
| 6/8/2018 | $29.76 | $29.75 | $29.76 | 881,133 | 1.01% |
| 6/11/2018 | $29.05 | $29.04 | $29.05 | 710,795 | -2.41% |
| 6/12/2018 | $29.79 | $29.79 | $29.80 | 374,310 | 2.52% |
| 6/13/2018 | $28.77 | $28.76 | $28.77 | 593,794 | -3.48% |
| 6/14/2018 | $29.10 | $29.09 | $29.10 | 384,705 | 1.14% |
| 6/15/2018 | $29.05 | $29.05 | $29.06 | 560,424 | -0.17% |
| 6/18/2018 | $28.95 | $28.94 | $28.95 | 384,440 | -0.34% |
| 6/19/2018 | $29.33 | $29.33 | $29.34 | 440,916 | 1.30% |
| 6/20/2018 | $29.60 | $29.60 | $29.61 | 476,881 | 0.92% |
| 6/21/2018 | $29.36 | $29.36 | $29.37 | 490,003 | -0.81% |
| 6/22/2018 | $28.68 | $28.68 | $28.69 | 1,096,887 | -2.34% |
| 6/25/2018 | $28.44 | $28.44 | $28.45 | 413,679 | -0.84% |
| 6/26/2018 | $28.83 | $28.82 | $28.83 | 459,003 | 1.36% |
| 6/27/2018 | $28.56 | $28.57 | $28.59 | 1,433,751 | -0.94% |
| 6/28/2018 | $28.37 | $28.36 | $28.37 | 611,407 | -0.67% |
| 6/29/2018 | $28.59 | $28.58 | $28.59 | 375,268 | 0.77% |
| 7/2/2018 | $28.64 | $28.63 | $28.64 | 354,241 | 0.17% |
| 7/3/2018 | $28.74 | $28.73 | $28.75 | 147,945 | 0.35% |
| 7/5/2018 | $29.20 | $29.20 | $29.21 | 274,726 | 1.59% |
| 7/6/2018 | $29.08 | $29.09 | $29.10 | 362,110 | -0.41% |
| 7/9/2018 | $29.34 | $29.34 | $29.35 | 317,566 | 0.89% |
| 7/10/2018 | $29.33 | $29.34 | $29.35 | 255,845 | -0.03% |
| 7/11/2018 | $29.03 | $29.03 | $29.04 | 314,291 | -1.03% |
| 7/12/2018 | $29.02 | $29.03 | $29.04 | 377,592 | -0.03% |
| 7/13/2018 | $28.88 | $28.87 | $28.88 | 322,346 | -0.48% |
| 7/16/2018 | $28.74 | $28.75 | $28.76 | 395,528 | -0.49% |
| 7/17/2018 | $29.31 | $29.30 | $29.31 | 365,943 | 1.96% |
| 7/18/2018 | $30.07 | $30.05 | $30.07 | 897,498 | 2.56% |
| 7/19/2018 | $30.03 | $30.03 | $30.04 | 501,999 | -0.13% |
| 7/20/2018 | $29.96 | $29.96 | $29.97 | 438,416 | -0.23% |
| 7/23/2018 | $29.32 | $29.32 | $29.33 | 265,778 | -2.16% |
| 7/24/2018 | $28.57 | $28.56 | $28.57 | 420,235 | -2.59% |
| 7/25/2018 | $27.81 | $27.81 | $27.82 | 431,565 | -2.70% |
| 7/26/2018 | $27.70 | $27.69 | $27.70 | 678,128 | -0.40% |
| 7/27/2018 | $27.49 | $27.48 | $27.49 | 541,618 | -0.76% |

## Exhibit-4

### JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 7/30/2018 | $27.39 | $27.38 | $27.39 | 1,376,740 | -0.36% |
| 7/31/2018 | $27.44 | $27.44 | $27.45 | 1,293,317 | 0.18% |
| 8/1/2018 | $26.37 | $26.36 | $26.37 | 680,690 | -3.98% |
| 8/2/2018 | $27.20 | $27.19 | $27.20 | 1,021,564 | 3.10% |
| 8/3/2018 | $26.93 | $26.93 | $26.94 | 1,510,971 | -1.00% |
| 8/6/2018 | $27.27 | $27.24 | $27.25 | 900,247 | 1.25% |
| 8/7/2018 | $26.33 | $26.34 | $26.35 | 1,248,902 | -3.51% |
| 8/8/2018 | $23.71 | $23.70 | $23.71 | 2,760,094 | -10.48% |
| 8/9/2018 | $25.40 | $25.39 | $25.40 | 1,401,605 | 6.89% |
| 8/10/2018 | $24.59 | $24.58 | $24.59 | 1,085,103 | -3.24% |
| 8/13/2018 | $24.53 | $24.53 | $24.54 | 950,514 | -0.24% |
| 8/14/2018 | $25.56 | $25.56 | $25.57 | 730,013 | 4.11% |
| 8/15/2018 | $26.09 | $26.11 | $26.12 | 675,425 | 2.05% |
| 8/16/2018 | $26.76 | $26.76 | $26.77 | 1,247,292 | 2.54% |
| 8/17/2018 | $26.20 | $26.19 | $26.20 | 1,036,265 | -2.11% |
| 8/20/2018 | $25.92 | $25.91 | $25.92 | 891,478 | -1.07% |
| 8/21/2018 | $26.67 | $26.67 | $26.68 | 1,024,959 | 2.85% |
| 8/22/2018 | $25.76 | $25.76 | $25.77 | 711,985 | -3.47% |
| 8/23/2018 | $25.07 | $25.08 | $25.09 | 561,294 | -2.72% |
| 8/24/2018 | $24.58 | $24.58 | $24.59 | 887,523 | -1.97% |
| 8/27/2018 | $24.92 | $24.92 | $24.93 | 770,593 | 1.37% |
| 8/28/2018 | $25.37 | $25.37 | $25.38 | 342,372 | 1.79% |
| 8/29/2018 | $25.20 | $25.21 | $25.22 | 440,667 | -0.67% |
| 8/30/2018 | $24.84 | $24.83 | $24.84 | 279,798 | -1.44% |
| 8/31/2018 | $24.32 | $24.31 | $24.32 | 295,076 | -2.12% |
| 9/4/2018 | $24.16 | $24.16 | $24.17 | 439,670 | -0.66% |
| 9/5/2018 | $24.67 | $24.66 | $24.67 | 313,419 | 2.09% |
| 9/6/2018 | $24.73 | $24.72 | $24.73 | 269,874 | 0.24% |
| 9/7/2018 | $24.74 | $24.74 | $24.75 | 322,317 | 0.04% |
| 9/10/2018 | $25.46 | $25.45 | $25.46 | 421,504 | 2.87% |
| 9/11/2018 | $25.92 | $25.91 | $25.92 | 510,913 | 1.79% |
| 9/12/2018 | $25.81 | $25.81 | $25.84 | 334,472 | -0.43% |
| 9/13/2018 | $25.74 | $25.76 | $25.77 | 535,421 | -0.27% |
| 9/14/2018 | $26.30 | $26.30 | $26.31 | 594,982 | 2.15% |
| 9/17/2018 | $26.28 | $26.28 | $26.29 | 620,644 | -0.08% |
| 9/18/2018 | $26.32 | $26.32 | $26.33 | 448,613 | 0.15% |
| 9/19/2018 | $26.39 | $26.40 | $26.41 | 579,937 | 0.27% |
| 9/20/2018 | $25.84 | $25.84 | $25.85 | 402,373 | -2.11% |
| 9/21/2018 | $25.59 | $25.58 | $25.59 | 866,303 | -0.97% |
| 9/24/2018 | $25.34 | $25.35 | $25.36 | 379,731 | -0.98% |
| 9/25/2018 | $24.97 | $24.97 | $24.98 | 455,945 | -1.47% |
| 9/26/2018 | $24.55 | $24.53 | $24.55 | 474,047 | -1.70% |

# Exhibit-4

## JELD-WEN Stock Prices, Volume, and Returns

27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Closing Bid | JELD Closing Ask | JELD Trading Volume | JELD Logarithmic Return |
|---|---|---|---|---|---|
| 9/27/2018 | $24.89 | $24.89 | $24.90 | 1,492,904 | 1.38% |
| 9/28/2018 | $24.66 | $24.65 | $24.66 | 944,138 | -0.93% |
| 10/1/2018 | $23.86 | $23.86 | $23.87 | 658,349 | -3.30% |
| 10/2/2018 | $24.22 | $24.22 | $24.23 | 698,425 | 1.50% |
| 10/3/2018 | $24.69 | $24.69 | $24.70 | 628,503 | 1.92% |
| 10/4/2018 | $24.31 | $24.30 | $24.31 | 622,554 | -1.55% |
| 10/5/2018 | $24.09 | $24.08 | $24.09 | 483,338 | -0.91% |
| 10/8/2018 | $23.86 | $23.85 | $23.86 | 950,783 | -0.96% |
| 10/9/2018 | $22.91 | $22.90 | $22.91 | 684,180 | -4.06% |
| 10/10/2018 | $22.57 | $22.57 | $22.58 | 1,556,490 | -1.50% |
| 10/11/2018 | $21.49 | $21.49 | $21.50 | 1,053,952 | -4.90% |
| 10/12/2018 | $21.35 | $21.34 | $21.35 | 1,545,451 | -0.65% |
| 10/15/2018 | $21.31 | $21.30 | $21.31 | 851,966 | -0.19% |
| 10/16/2018 | $17.28 | $17.27 | $17.28 | 6,915,188 | -20.96% |

**Source:** CRSP.

## Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/27/2017 | -0.16% | -0.68% |
| 1/30/2017 | -0.71% | -0.42% |
| 1/31/2017 | 0.08% | 0.09% |
| 2/1/2017 | 0.03% | -1.13% |
| 2/2/2017 | 0.06% | -0.84% |
| 2/3/2017 | 0.78% | 1.23% |
| 2/6/2017 | -0.27% | -0.50% |
| 2/7/2017 | -0.05% | -0.90% |
| 2/8/2017 | 0.12% | 0.06% |
| 2/9/2017 | 0.65% | 0.93% |
| 2/10/2017 | 0.41% | 1.04% |
| 2/13/2017 | 0.47% | -0.34% |
| 2/14/2017 | 0.39% | -0.60% |
| 2/15/2017 | 0.48% | 0.57% |
| 2/16/2017 | -0.13% | 0.52% |
| 2/17/2017 | 0.19% | -0.34% |
| 2/21/2017 | 0.58% | 1.46% |
| 2/22/2017 | -0.17% | -0.84% |
| 2/23/2017 | -0.09% | -0.98% |
| 2/24/2017 | 0.04% | 0.56% |
| 2/27/2017 | 0.20% | 1.11% |
| 2/28/2017 | -0.46% | -1.15% |
| 3/1/2017 | 1.33% | 1.98% |
| 3/2/2017 | -0.69% | -0.95% |
| 3/3/2017 | 0.09% | -0.35% |
| 3/6/2017 | -0.38% | -0.98% |
| 3/7/2017 | -0.34% | -0.55% |
| 3/8/2017 | -0.33% | -0.11% |
| 3/9/2017 | -0.03% | -0.23% |
| 3/10/2017 | 0.35% | 1.01% |
| 3/13/2017 | 0.17% | 0.21% |
| 3/14/2017 | -0.42% | -0.52% |
| 3/15/2017 | 1.01% | 2.13% |
| 3/16/2017 | -0.06% | 0.10% |
| 3/17/2017 | -0.08% | 0.39% |
| 3/20/2017 | -0.23% | 0.27% |
| 3/21/2017 | -1.37% | -2.11% |
| 3/22/2017 | 0.18% | 0.45% |
| 3/23/2017 | 0.01% | 0.13% |
| 3/24/2017 | -0.03% | -0.30% |
| 3/27/2017 | -0.03% | -0.04% |

162

# Exhibit-5

**Market Index and Sector Index**

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/28/2017 | 0.69% | 0.56% |
| 3/29/2017 | 0.23% | 0.48% |
| 3/30/2017 | 0.26% | 0.10% |
| 3/31/2017 | -0.11% | 0.10% |
| 4/3/2017 | -0.26% | -1.90% |
| 4/4/2017 | 0.06% | -0.02% |
| 4/5/2017 | -0.41% | -0.79% |
| 4/6/2017 | 0.35% | 0.89% |
| 4/7/2017 | -0.07% | -0.34% |
| 4/10/2017 | 0.15% | 0.32% |
| 4/11/2017 | -0.01% | 0.64% |
| 4/12/2017 | -0.46% | -1.07% |
| 4/13/2017 | -0.72% | -0.95% |
| 4/17/2017 | 0.86% | 1.32% |
| 4/18/2017 | -0.25% | 0.15% |
| 4/19/2017 | -0.14% | 0.21% |
| 4/20/2017 | 0.76% | 0.97% |
| 4/21/2017 | -0.28% | 0.76% |
| 4/24/2017 | 1.07% | 1.42% |
| 4/25/2017 | 0.60% | 1.49% |
| 4/26/2017 | -0.01% | 0.36% |
| 4/27/2017 | -0.01% | -0.69% |
| 4/28/2017 | -0.26% | -1.36% |
| 5/1/2017 | 0.20% | -0.08% |
| 5/2/2017 | 0.02% | -0.15% |
| 5/3/2017 | -0.26% | 0.15% |
| 5/4/2017 | -0.08% | 0.10% |
| 5/5/2017 | 0.58% | 0.17% |
| 5/8/2017 | -0.08% | -0.32% |
| 5/9/2017 | -0.10% | 0.01% |
| 5/10/2017 | 0.26% | 0.26% |
| 5/11/2017 | -0.27% | -0.68% |
| 5/12/2017 | -0.15% | -0.39% |
| 5/15/2017 | 0.56% | 0.96% |
| 5/16/2017 | -0.04% | 0.10% |
| 5/17/2017 | -1.83% | -1.70% |
| 5/18/2017 | 0.34% | 0.50% |
| 5/19/2017 | 0.76% | 1.41% |
| 5/22/2017 | 0.54% | 0.18% |
| 5/23/2017 | 0.15% | -0.84% |
| 5/24/2017 | 0.24% | 0.24% |

# Exhibit-5

## Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
| --- | --- | --- |
| 5/25/2017 | 0.32% | 0.22% |
| 5/26/2017 | 0.03% | -0.36% |
| 5/30/2017 | -0.23% | -0.06% |
| 5/31/2017 | -0.03% | 0.13% |
| 6/1/2017 | 0.90% | 0.92% |
| 6/2/2017 | 0.35% | 0.75% |
| 6/5/2017 | -0.18% | -0.55% |
| 6/6/2017 | -0.22% | -1.21% |
| 6/7/2017 | 0.07% | -0.16% |
| 6/8/2017 | 0.16% | 0.32% |
| 6/9/2017 | -0.05% | 1.05% |
| 6/12/2017 | -0.09% | -0.28% |
| 6/13/2017 | 0.53% | 1.36% |
| 6/14/2017 | -0.23% | 0.32% |
| 6/15/2017 | -0.30% | 0.13% |
| 6/16/2017 | 0.05% | -0.08% |
| 6/19/2017 | 0.76% | 1.34% |
| 6/20/2017 | -0.75% | -0.75% |
| 6/21/2017 | -0.07% | -0.82% |
| 6/22/2017 | 0.08% | 0.13% |
| 6/23/2017 | 0.29% | 0.21% |
| 6/26/2017 | 0.09% | 0.68% |
| 6/27/2017 | -0.75% | -0.90% |
| 6/28/2017 | 1.00% | 1.30% |
| 6/29/2017 | -0.82% | -1.01% |
| 6/30/2017 | 0.14% | 1.15% |
| 7/3/2017 | 0.30% | 0.08% |
| 7/5/2017 | 0.01% | 0.50% |
| 7/6/2017 | -0.93% | -1.20% |
| 7/7/2017 | 0.64% | 0.87% |
| 7/10/2017 | 0.05% | 0.29% |
| 7/11/2017 | 0.02% | -0.39% |
| 7/12/2017 | 0.77% | 0.51% |
| 7/13/2017 | 0.17% | 0.20% |
| 7/14/2017 | 0.48% | 0.30% |
| 7/17/2017 | 0.00% | 0.27% |
| 7/18/2017 | 0.05% | -0.39% |
| 7/19/2017 | 0.60% | 0.52% |
| 7/20/2017 | 0.00% | -0.77% |
| 7/21/2017 | -0.09% | -0.20% |
| 7/24/2017 | -0.01% | -0.92% |

# Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
| --- | --- | --- |
| 7/25/2017 | 0.35% | 0.16% |
| 7/26/2017 | -0.01% | -1.16% |
| 7/27/2017 | -0.21% | -2.62% |
| 7/28/2017 | -0.11% | -0.41% |
| 7/31/2017 | -0.09% | -0.96% |
| 8/1/2017 | 0.24% | 0.14% |
| 8/2/2017 | -0.10% | 0.46% |
| 8/3/2017 | -0.22% | -0.22% |
| 8/4/2017 | 0.20% | 0.27% |
| 8/7/2017 | 0.14% | 0.56% |
| 8/8/2017 | -0.28% | -0.69% |
| 8/9/2017 | -0.14% | -0.73% |
| 8/10/2017 | -1.45% | -1.67% |
| 8/11/2017 | 0.15% | 0.01% |
| 8/14/2017 | 0.98% | 0.67% |
| 8/15/2017 | -0.14% | -1.14% |
| 8/16/2017 | 0.22% | -0.24% |
| 8/17/2017 | -1.47% | -1.87% |
| 8/18/2017 | -0.12% | -0.08% |
| 8/21/2017 | 0.09% | 1.20% |
| 8/22/2017 | 0.94% | 0.86% |
| 8/23/2017 | -0.19% | -0.86% |
| 8/24/2017 | -0.12% | -0.30% |
| 8/25/2017 | 0.20% | 0.48% |
| 8/28/2017 | 0.03% | 0.26% |
| 8/29/2017 | 0.07% | -0.05% |
| 8/30/2017 | 0.46% | 0.88% |
| 8/31/2017 | 0.69% | 0.97% |
| 9/1/2017 | 0.29% | 0.58% |
| 9/5/2017 | -0.77% | -0.12% |
| 9/6/2017 | 0.32% | -0.00% |
| 9/7/2017 | -0.00% | -0.38% |
| 9/8/2017 | -0.13% | 1.00% |
| 9/11/2017 | 1.02% | 0.34% |
| 9/12/2017 | 0.35% | 1.23% |
| 9/13/2017 | 0.06% | -0.43% |
| 9/14/2017 | -0.05% | 0.13% |
| 9/15/2017 | 0.18% | -0.06% |
| 9/18/2017 | 0.20% | -0.30% |
| 9/19/2017 | 0.11% | -0.46% |
| 9/20/2017 | 0.09% | 1.13% |

# Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 9/21/2017 | -0.25% | 0.47% |
| 9/22/2017 | 0.11% | 0.76% |
| 9/25/2017 | -0.19% | 0.22% |
| 9/26/2017 | 0.02% | 1.24% |
| 9/27/2017 | 0.50% | 0.10% |
| 9/28/2017 | 0.16% | 0.00% |
| 9/29/2017 | 0.33% | 0.67% |
| 10/2/2017 | 0.45% | 0.59% |
| 10/3/2017 | 0.25% | 0.03% |
| 10/4/2017 | 0.08% | 0.36% |
| 10/5/2017 | 0.48% | 0.01% |
| 10/6/2017 | -0.10% | 0.17% |
| 10/9/2017 | -0.20% | -0.59% |
| 10/10/2017 | 0.27% | 0.51% |
| 10/11/2017 | 0.20% | -0.01% |
| 10/12/2017 | -0.15% | 0.48% |
| 10/13/2017 | 0.09% | 0.05% |
| 10/16/2017 | 0.10% | 0.09% |
| 10/17/2017 | -0.02% | -0.90% |
| 10/18/2017 | 0.10% | -0.43% |
| 10/19/2017 | -0.01% | 0.75% |
| 10/20/2017 | 0.42% | 1.19% |
| 10/23/2017 | -0.43% | 0.50% |
| 10/24/2017 | 0.17% | 1.08% |
| 10/25/2017 | -0.54% | -2.16% |
| 10/26/2017 | 0.15% | 1.10% |
| 10/27/2017 | 0.76% | -0.16% |
| 10/30/2017 | -0.34% | -0.83% |
| 10/31/2017 | 0.20% | 0.70% |
| 11/1/2017 | 0.07% | -0.51% |
| 11/2/2017 | 0.03% | -0.74% |
| 11/3/2017 | 0.29% | -0.14% |
| 11/6/2017 | 0.21% | 0.63% |
| 11/7/2017 | -0.18% | -0.30% |
| 11/8/2017 | 0.14% | 0.04% |
| 11/9/2017 | -0.36% | -3.14% |
| 11/10/2017 | -0.03% | -1.52% |
| 11/13/2017 | 0.02% | -0.54% |
| 11/14/2017 | -0.26% | 0.07% |
| 11/15/2017 | -0.49% | -0.53% |
| 11/16/2017 | 0.93% | 1.23% |

# Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/17/2017 | -0.09% | 0.38% |
| 11/20/2017 | 0.18% | 0.19% |
| 11/21/2017 | 0.66% | 0.57% |
| 11/22/2017 | -0.01% | 0.54% |
| 11/24/2017 | 0.22% | 0.02% |
| 11/27/2017 | -0.16% | 0.36% |
| 11/28/2017 | 0.88% | 2.50% |
| 11/29/2017 | -0.07% | 0.49% |
| 11/30/2017 | 0.72% | 0.67% |
| 12/1/2017 | -0.11% | -0.43% |
| 12/4/2017 | -0.17% | 0.23% |
| 12/5/2017 | -0.42% | -0.92% |
| 12/6/2017 | -0.14% | -0.53% |
| 12/7/2017 | 0.40% | 0.42% |
| 12/8/2017 | 0.50% | 0.32% |
| 12/11/2017 | 0.28% | -0.16% |
| 12/12/2017 | 0.08% | 0.15% |
| 12/13/2017 | 0.05% | -0.42% |
| 12/14/2017 | -0.44% | -1.03% |
| 12/15/2017 | 0.79% | 0.73% |
| 12/18/2017 | 0.67% | 1.16% |
| 12/19/2017 | -0.34% | -0.60% |
| 12/20/2017 | -0.01% | 0.82% |
| 12/21/2017 | 0.25% | 0.62% |
| 12/22/2017 | -0.02% | -0.45% |
| 12/26/2017 | -0.02% | 0.11% |
| 12/27/2017 | 0.08% | 0.04% |
| 12/28/2017 | 0.25% | 0.44% |
| 12/29/2017 | -0.48% | -0.37% |
| 1/2/2018 | 0.85% | 0.20% |
| 1/3/2018 | 0.58% | 1.22% |
| 1/4/2018 | 0.40% | 0.82% |
| 1/5/2018 | 0.58% | -0.46% |
| 1/8/2018 | 0.18% | 0.47% |
| 1/9/2018 | 0.09% | 0.05% |
| 1/10/2018 | -0.15% | -0.61% |
| 1/11/2018 | 0.83% | 1.76% |
| 1/12/2018 | 0.61% | 0.63% |
| 1/16/2018 | -0.44% | -0.40% |
| 1/17/2018 | 0.85% | -0.03% |
| 1/18/2018 | -0.20% | 0.23% |

167

## Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/19/2018 | 0.54% | 0.35% |
| 1/22/2018 | 0.76% | 0.16% |
| 1/23/2018 | 0.26% | 0.78% |
| 1/24/2018 | -0.09% | 0.55% |
| 1/25/2018 | 0.01% | 0.27% |
| 1/26/2018 | 0.99% | 0.60% |
| 1/29/2018 | -0.69% | -1.55% |
| 1/30/2018 | -1.02% | -0.90% |
| 1/31/2018 | 0.02% | -0.74% |
| 2/1/2018 | -0.03% | 0.00% |
| 2/2/2018 | -2.11% | -2.52% |
| 2/5/2018 | -3.88% | -4.50% |
| 2/6/2018 | 1.52% | 1.05% |
| 2/7/2018 | -0.42% | 0.26% |
| 2/8/2018 | -3.53% | -3.19% |
| 2/9/2018 | 1.22% | 0.72% |
| 2/12/2018 | 1.31% | 2.11% |
| 2/13/2018 | 0.29% | -0.04% |
| 2/14/2018 | 1.43% | 0.84% |
| 2/15/2018 | 1.11% | 1.28% |
| 2/16/2018 | 0.04% | 0.58% |
| 2/20/2018 | -0.63% | -0.62% |
| 2/21/2018 | -0.44% | -0.06% |
| 2/22/2018 | 0.02% | 0.30% |
| 2/23/2018 | 1.46% | 1.26% |
| 2/26/2018 | 1.00% | 0.20% |
| 2/27/2018 | -1.26% | -1.78% |
| 2/28/2018 | -1.11% | -2.70% |
| 3/1/2018 | -1.09% | -2.10% |
| 3/2/2018 | 0.59% | 0.51% |
| 3/5/2018 | 1.01% | 1.27% |
| 3/6/2018 | 0.41% | 1.13% |
| 3/7/2018 | 0.04% | -0.07% |
| 3/8/2018 | 0.36% | 0.65% |
| 3/9/2018 | 1.56% | 2.40% |
| 3/12/2018 | -0.02% | 0.11% |
| 3/13/2018 | -0.62% | -0.05% |
| 3/14/2018 | -0.46% | -2.10% |
| 3/15/2018 | -0.22% | -0.40% |
| 3/16/2018 | 0.24% | 0.20% |
| 3/19/2018 | -1.30% | -0.94% |

168

# Exhibit-5

## Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
| --- | --- | --- |
| 3/20/2018 | 0.13% | -0.39% |
| 3/21/2018 | 0.04% | 0.83% |
| 3/22/2018 | -2.42% | -1.98% |
| 3/23/2018 | -1.95% | -2.78% |
| 3/26/2018 | 2.40% | 1.96% |
| 3/27/2018 | -1.67% | -1.65% |
| 3/28/2018 | -0.26% | -0.38% |
| 3/29/2018 | 1.34% | 1.99% |
| 4/2/2018 | -2.16% | -3.30% |
| 4/3/2018 | 1.15% | 1.69% |
| 4/4/2018 | 1.03% | 1.67% |
| 4/5/2018 | 0.74% | 0.11% |
| 4/6/2018 | -2.02% | -2.32% |
| 4/9/2018 | 0.28% | -0.73% |
| 4/10/2018 | 1.63% | 1.20% |
| 4/11/2018 | -0.38% | 0.10% |
| 4/12/2018 | 0.69% | 0.25% |
| 4/13/2018 | -0.31% | -0.46% |
| 4/16/2018 | 0.80% | 1.49% |
| 4/17/2018 | 1.02% | 0.17% |
| 4/18/2018 | 0.16% | 0.30% |
| 4/19/2018 | -0.54% | -2.01% |
| 4/20/2018 | -0.75% | -0.36% |
| 4/23/2018 | -0.04% | -0.02% |
| 4/24/2018 | -1.14% | -3.70% |
| 4/25/2018 | 0.08% | 1.33% |
| 4/26/2018 | 0.90% | 0.79% |
| 4/27/2018 | 0.07% | 0.21% |
| 4/30/2018 | -0.73% | -1.74% |
| 5/1/2018 | 0.22% | 3.03% |
| 5/2/2018 | -0.56% | -1.59% |
| 5/3/2018 | -0.23% | -0.04% |
| 5/4/2018 | 1.22% | 1.80% |
| 5/7/2018 | 0.41% | 0.68% |
| 5/8/2018 | 0.04% | 0.31% |
| 5/9/2018 | 0.86% | -0.41% |
| 5/10/2018 | 0.86% | 1.07% |
| 5/11/2018 | 0.15% | -0.33% |
| 5/14/2018 | 0.08% | -0.45% |
| 5/15/2018 | -0.58% | -0.66% |
| 5/16/2018 | 0.48% | 0.77% |

# Exhibit-5

### Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 5/17/2018 | 0.03% | 0.57% |
| 5/18/2018 | -0.22% | 0.36% |
| 5/21/2018 | 0.70% | 0.11% |
| 5/22/2018 | -0.35% | -1.48% |
| 5/23/2018 | 0.23% | -0.56% |
| 5/24/2018 | -0.18% | 0.34% |
| 5/25/2018 | -0.22% | 0.57% |
| 5/29/2018 | -1.00% | -0.61% |
| 5/30/2018 | 1.30% | 1.02% |
| 5/31/2018 | -0.65% | -2.19% |
| 6/1/2018 | 0.96% | 0.69% |
| 6/4/2018 | 0.45% | 0.87% |
| 6/5/2018 | 0.15% | 1.09% |
| 6/6/2018 | 0.79% | 0.21% |
| 6/7/2018 | -0.11% | 0.67% |
| 6/8/2018 | 0.30% | 1.06% |
| 6/11/2018 | 0.15% | -0.31% |
| 6/12/2018 | 0.19% | 0.36% |
| 6/13/2018 | -0.36% | -1.72% |
| 6/14/2018 | 0.26% | 0.28% |
| 6/15/2018 | -0.16% | 0.03% |
| 6/18/2018 | -0.07% | -0.77% |
| 6/19/2018 | -0.41% | -0.37% |
| 6/20/2018 | 0.27% | 0.95% |
| 6/21/2018 | -0.69% | -2.01% |
| 6/22/2018 | 0.23% | -0.45% |
| 6/25/2018 | -1.45% | -0.57% |
| 6/26/2018 | 0.29% | 0.13% |
| 6/27/2018 | -0.98% | -1.42% |
| 6/28/2018 | 0.56% | -0.16% |
| 6/29/2018 | 0.16% | 0.65% |
| 7/2/2018 | 0.22% | 0.25% |
| 7/3/2018 | -0.29% | 0.22% |
| 7/5/2018 | 0.84% | 1.73% |
| 7/6/2018 | 0.84% | 0.66% |
| 7/9/2018 | 0.84% | 1.04% |
| 7/10/2018 | 0.23% | -0.24% |
| 7/11/2018 | -0.74% | -1.72% |
| 7/12/2018 | 0.82% | 1.03% |
| 7/13/2018 | 0.07% | 0.82% |
| 7/16/2018 | -0.18% | -0.94% |

# Exhibit-5

## Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 7/17/2018 | 0.39% | 1.49% |
| 7/18/2018 | 0.25% | 0.14% |
| 7/19/2018 | -0.25% | 0.72% |
| 7/20/2018 | -0.10% | 0.19% |
| 7/23/2018 | 0.10% | -1.49% |
| 7/24/2018 | 0.20% | -0.04% |
| 7/25/2018 | 0.82% | -1.06% |
| 7/26/2018 | -0.16% | 1.60% |
| 7/27/2018 | -0.77% | 0.81% |
| 7/30/2018 | -0.56% | 0.23% |
| 7/31/2018 | 0.55% | 3.44% |
| 8/1/2018 | -0.13% | -0.69% |
| 8/2/2018 | 0.55% | 0.46% |
| 8/3/2018 | 0.33% | 0.26% |
| 8/6/2018 | 0.38% | 0.14% |
| 8/7/2018 | 0.22% | 0.30% |
| 8/8/2018 | -0.03% | -1.29% |
| 8/9/2018 | -0.03% | 0.01% |
| 8/10/2018 | -0.64% | -1.07% |
| 8/13/2018 | -0.47% | -1.10% |
| 8/14/2018 | 0.66% | 1.42% |
| 8/15/2018 | -0.91% | 0.67% |
| 8/16/2018 | 0.80% | 0.56% |
| 8/17/2018 | 0.39% | 1.01% |
| 8/20/2018 | 0.28% | 0.64% |
| 8/21/2018 | 0.31% | 1.95% |
| 8/22/2018 | 0.07% | -0.83% |
| 8/23/2018 | -0.24% | -0.95% |
| 8/24/2018 | 0.62% | 0.14% |
| 8/27/2018 | 0.71% | 1.02% |
| 8/28/2018 | 0.00% | -0.79% |
| 8/29/2018 | 0.52% | -0.53% |
| 8/30/2018 | -0.45% | -1.08% |
| 8/31/2018 | 0.03% | -0.13% |
| 9/4/2018 | -0.22% | 0.05% |
| 9/5/2018 | -0.35% | 1.06% |
| 9/6/2018 | -0.40% | 0.31% |
| 9/7/2018 | -0.24% | -0.35% |
| 9/10/2018 | 0.23% | 0.72% |
| 9/11/2018 | 0.32% | -0.63% |
| 9/12/2018 | 0.08% | 0.11% |

171

# Exhibit-5

## Market Index and Sector Index

27 January 2017 through 16 October 2018

| Date | Market Index Return | Sector Index Return |
|------|------|------|
| 9/13/2018 | 0.43% | -0.07% |
| 9/14/2018 | 0.09% | 0.07% |
| 9/17/2018 | -0.60% | -1.03% |
| 9/18/2018 | 0.55% | -0.24% |
| 9/19/2018 | 0.05% | -0.19% |
| 9/20/2018 | 0.78% | 0.29% |
| 9/21/2018 | -0.10% | -0.75% |
| 9/24/2018 | -0.37% | -1.46% |
| 9/25/2018 | -0.05% | -1.04% |
| 9/26/2018 | -0.40% | -0.51% |
| 9/27/2018 | 0.24% | -0.27% |
| 9/28/2018 | 0.01% | -1.00% |
| 10/1/2018 | 0.18% | -0.49% |
| 10/2/2018 | -0.23% | 0.21% |
| 10/3/2018 | 0.16% | 0.63% |
| 10/4/2018 | -0.94% | -0.28% |
| 10/5/2018 | -0.61% | -0.72% |
| 10/8/2018 | -0.13% | 0.09% |
| 10/9/2018 | -0.18% | -3.25% |
| 10/10/2018 | -3.18% | -2.15% |
| 10/11/2018 | -1.90% | -1.95% |
| 10/12/2018 | 1.22% | -1.13% |
| 10/15/2018 | -0.37% | 0.16% |
| 10/16/2018 | 2.12% | 2.23% |

**Sources:** Bloomberg and CRSP.

## Exhibit-6

**JELD-WEN Regression Results**

Estimation Period: 30 January 2017 through 15 October 2018

| Regression Statistics | |
|---|---:|
| R Squared | 0.303 |
| Adjusted R Squared | 0.287 |
| Standard Error | 1.59% |
| Observations | 432 |

| | Coefficients | Standard Error | $t$-statistic |
|---|---:|---:|---:|
| Intercept | -0.02% | 0.08% | -0.22 |
| Market Index | 0.29 | 0.17 | 1.75 |
| Sector Index | 0.75 | 0.11 | 6.89 |
| 22 February 2017 | 3.58% | 1.59% | 2.24 |
| 9 May 2017 | -0.70% | 1.59% | -0.44 |
| 8 August 2017 | -1.56% | 1.59% | -0.98 |
| 7 November 2017 | -0.44% | 1.59% | -0.28 |
| 21 February 2018 | -8.52% | 1.59% | -5.34 |
| 8 May 2018 | -2.68% | 1.59% | -1.68 |
| 7 August 2018 | -3.78% | 1.59% | -2.37 |
| 8 October 2018 | -0.97% | 1.59% | -0.61 |

## Exhibit-7

### JELD-WEN Event Study Results

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | t-statistic | | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|
| **22 February 2017: JELD-WEN Announces Results for Q4 and FY 2016** | | | | | | | | | | |
| 22 February 2017 | $30.70 | $29.83 | 2.87% | -0.17% | -0.84% | -0.70% | 3.58% | 2.25 | ** | $1.09 |
| **9 May 2017: JELD-WEN Announces Results for Q1 2017** | | | | | | | | | | |
| 9 May 2017 | $32.40 | $32.64 | -0.74% | -0.10% | 0.01% | -0.04% | -0.70% | -0.44 | | ($0.23) |
| **8 August 2017: JELD-WEN Announces Results for Q2 2017** | | | | | | | | | | |
| 8 August 2017 | $30.91 | $31.59 | -2.18% | -0.28% | -0.69% | -0.62% | -1.56% | -0.98 | | ($0.49) |
| **7 November 2017: JELD-WEN Announces Results for Q3 2017** | | | | | | | | | | |
| 7 November 2017 | $35.06 | $35.32 | -0.74% | -0.18% | -0.30% | -0.30% | -0.44% | -0.28 | | ($0.15) |
| **21 February 2018: JELD-WEN Announces Results for Q4 and FY 2017** | | | | | | | | | | |
| 21 February 2018 | $34.50 | $37.64 | -8.71% | -0.44% | -0.06% | -0.19% | -8.52% | -5.36 | *** | ($3.07) |
| **8 May 2018: JELD-WEN Announces Results for Q1 2018** | | | | | | | | | | |
| 8 May 2018 | $29.50 | $30.23 | -2.44% | 0.04% | 0.31% | 0.23% | -2.68% | -1.68 | * | ($0.80) |
| **7 August 2018: JELD-WEN Announces Results for Q2 2018** | | | | | | | | | | |
| 7 August 2018 | $26.33 | $27.27 | -3.51% | 0.22% | 0.30% | 0.27% | -3.78% | -2.38 | ** | ($1.01) |
| **16 October 2018: JELD-WEN Takes A Litigation-Related Charge of $76.5 million; JELD-WEN Announces Preliminary Financial Results for Q3 2018 and Lowers FY 2018 Guidance; CFO Resigns** | | | | | | | | | | |
| 16 October 2018 | $17.28 | $21.31 | -20.96% | 2.12% | 2.23% | 2.28% | -23.25% | -14.61 | *** | ($4.42) |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | t-statistic | Dollar Residual Return |
|------|------|------|------|------|------|------|------|------|------|
| 1/27/2017 | $26.12 | $23.00 | | | | | | | |
| 1/30/2017 | $26.05 | $26.12 | -0.27% | -0.71% | -0.42% | -0.54% | 0.27% | 0.17 | $0.07 |
| 1/31/2017 | $27.07 | $26.05 | 3.84% | 0.08% | 0.09% | 0.08% | 3.76% | 2.36 ** | $1.00 |
| 2/1/2017 | $27.05 | $27.07 | -0.07% | 0.03% | -1.13% | -0.86% | 0.78% | 0.49 | $0.21 |
| 2/2/2017 | $27.59 | $27.05 | 1.98% | 0.06% | -0.84% | -0.63% | 2.61% | 1.64 | $0.72 |
| 2/3/2017 | $28.51 | $27.59 | 3.28% | 0.78% | 1.23% | 1.14% | 2.14% | 1.35 | $0.60 |
| 2/6/2017 | $27.97 | $28.51 | -1.91% | -0.27% | -0.50% | -0.47% | -1.44% | -0.91 | ($0.41) |
| 2/7/2017 | $28.55 | $27.97 | 2.05% | -0.05% | -0.90% | -0.71% | 2.77% | 1.74 * | $0.78 |
| 2/8/2017 | $28.83 | $28.55 | 0.98% | 0.12% | 0.06% | 0.06% | 0.91% | 0.57 | $0.26 |
| 2/9/2017 | $29.46 | $28.83 | 2.16% | 0.65% | 0.93% | 0.87% | 1.29% | 0.81 | $0.37 |
| 2/10/2017 | $29.77 | $29.46 | 1.05% | 0.41% | 1.04% | 0.89% | 0.16% | 0.10 | $0.05 |
| 2/13/2017 | $29.64 | $29.77 | -0.44% | 0.47% | -0.34% | -0.14% | -0.30% | -0.19 | ($0.09) |
| 2/14/2017 | $29.55 | $29.64 | -0.30% | 0.39% | -0.60% | -0.36% | 0.05% | 0.03 | $0.02 |
| 2/15/2017 | $29.50 | $29.55 | -0.17% | 0.48% | 0.57% | 0.55% | -0.72% | -0.45 | ($0.21) |
| 2/16/2017 | $29.00 | $29.50 | -1.71% | -0.13% | 0.52% | 0.34% | -2.05% | -1.29 | ($0.60) |
| 2/17/2017 | $29.48 | $29.00 | 1.64% | 0.19% | -0.34% | -0.22% | 1.86% | 1.17 | $0.55 |
| 2/21/2017 | $29.83 | $29.48 | 1.18% | 0.58% | 1.46% | 1.25% | -0.07% | -0.05 | ($0.02) |
| 2/22/2017 | $30.70 | $29.83 | 2.87% | -0.17% | -0.84% | -0.70% | 3.58% | 2.25 ** | $1.09 |
| 2/23/2017 | $30.79 | $30.70 | 0.29% | -0.09% | -0.98% | -0.78% | 1.07% | 0.67 | $0.33 |
| 2/24/2017 | $30.74 | $30.79 | -0.16% | 0.04% | 0.56% | 0.42% | -0.58% | -0.37 | ($0.18) |
| 2/27/2017 | $31.13 | $30.74 | 1.26% | 0.20% | 1.11% | 0.88% | 0.38% | 0.24 | $0.12 |
| 2/28/2017 | $31.24 | $31.13 | 0.35% | -0.46% | -1.15% | -1.02% | 1.37% | 0.86 | $0.43 |
| 3/1/2017 | $31.07 | $31.24 | -0.55% | 1.33% | 1.98% | 1.87% | -2.41% | -1.52 | ($0.74) |
| 3/2/2017 | $30.85 | $31.07 | -0.71% | -0.69% | -0.95% | -0.93% | 0.22% | 0.14 | $0.07 |
| 3/3/2017 | $30.76 | $30.85 | -0.29% | 0.09% | -0.35% | -0.26% | -0.03% | -0.02 | ($0.01) |

**Exhibit-8**
**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|------|------|------|------|------|------|------|------|------|------|
| 3/6/2017 | $30.20 | $30.76 | -1.84% | -0.38% | -0.98% | -0.86% | -0.97% | -0.61 | ($0.30) |
| 3/7/2017 | $30.38 | $30.20 | 0.59% | -0.34% | -0.55% | -0.53% | 1.13% | 0.71 | $0.34 |
| 3/8/2017 | $31.49 | $30.38 | 3.59% | -0.33% | -0.11% | -0.20% | 3.78% | 2.38 ** | $1.17 |
| 3/9/2017 | $31.88 | $31.49 | 1.23% | -0.03% | -0.23% | -0.20% | 1.43% | 0.90 | $0.45 |
| 3/10/2017 | $32.10 | $31.88 | 0.69% | 0.35% | 1.01% | 0.84% | -0.15% | -0.10 | ($0.05) |
| 3/13/2017 | $32.10 | $32.10 | 0.00% | 0.17% | 0.21% | 0.19% | -0.19% | -0.12 | ($0.06) |
| 3/14/2017 | $31.05 | $32.10 | -3.33% | -0.42% | -0.52% | -0.53% | -2.79% | -1.76 * | ($0.88) |
| 3/15/2017 | $31.27 | $31.05 | 0.71% | 1.01% | 2.13% | 1.88% | -1.18% | -0.74 | ($0.36) |
| 3/16/2017 | $31.55 | $31.27 | 0.89% | -0.06% | 0.10% | 0.04% | 0.85% | 0.53 | $0.27 |
| 3/17/2017 | $31.86 | $31.55 | 0.98% | -0.08% | 0.39% | 0.25% | 0.73% | 0.46 | $0.23 |
| 3/20/2017 | $32.04 | $31.86 | 0.56% | -0.23% | 0.27% | 0.12% | 0.45% | 0.28 | $0.14 |
| 3/21/2017 | $32.44 | $32.04 | 1.24% | -1.37% | -2.11% | -2.01% | 3.25% | 2.04 ** | $1.06 |
| 3/22/2017 | $32.59 | $32.44 | 0.46% | 0.18% | 0.45% | 0.38% | 0.08% | 0.05 | $0.03 |
| 3/23/2017 | $32.62 | $32.59 | 0.09% | 0.01% | 0.13% | 0.09% | 0.00% | 0.00 | $0.00 |
| 3/24/2017 | $32.57 | $32.62 | -0.15% | -0.03% | -0.30% | -0.25% | 0.10% | 0.06 | $0.03 |
| 3/27/2017 | $31.84 | $32.57 | -2.27% | -0.03% | -0.04% | -0.06% | -2.21% | -1.39 | ($0.71) |
| 3/28/2017 | $32.70 | $31.84 | 2.67% | 0.69% | 0.56% | 0.61% | 2.06% | 1.29 | $0.66 |
| 3/29/2017 | $32.79 | $32.70 | 0.27% | 0.23% | 0.48% | 0.41% | -0.14% | -0.09 | ($0.04) |
| 3/30/2017 | $33.05 | $32.79 | 0.79% | 0.26% | 0.10% | 0.14% | 0.65% | 0.41 | $0.21 |
| 3/31/2017 | $32.85 | $33.05 | -0.61% | -0.11% | 0.10% | 0.03% | -0.64% | -0.40 | ($0.21) |
| 4/3/2017 | $32.85 | $32.85 | 0.00% | -0.26% | -1.90% | -1.52% | 1.52% | 0.96 | $0.50 |
| 4/4/2017 | $33.06 | $32.85 | 0.64% | 0.06% | -0.02% | -0.01% | 0.65% | 0.41 | $0.21 |
| 4/5/2017 | $32.11 | $33.06 | -2.92% | -0.41% | -0.79% | -0.73% | -2.19% | -1.37 | ($0.71) |
| 4/6/2017 | $31.41 | $32.11 | -2.20% | 0.35% | 0.89% | 0.75% | -2.96% | -1.86 * | ($0.94) |
| 4/7/2017 | $31.16 | $31.41 | -0.80% | -0.07% | -0.34% | -0.29% | -0.51% | -0.32 | ($0.16) |

176

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 4/10/2017 | $31.84 | $31.16 | 2.16% | 0.15% | 0.32% | 0.27% | 1.89% | 1.19 | $0.60 |
| 4/11/2017 | $31.31 | $31.84 | -1.68% | -0.01% | 0.64% | 0.46% | -2.14% | -1.35 | ($0.67) |
| 4/12/2017 | $31.09 | $31.31 | -0.71% | -0.46% | -1.07% | -0.96% | 0.25% | 0.16 | $0.08 |
| 4/13/2017 | $31.20 | $31.09 | 0.35% | -0.72% | -0.95% | -0.95% | 1.30% | 0.82 | $0.41 |
| 4/17/2017 | $31.86 | $31.20 | 2.09% | 0.86% | 1.32% | 1.23% | 0.87% | 0.54 | $0.27 |
| 4/18/2017 | $32.34 | $31.86 | 1.50% | -0.25% | 0.15% | 0.03% | 1.47% | 0.92 | $0.47 |
| 4/19/2017 | $32.06 | $32.34 | -0.87% | -0.14% | 0.21% | 0.10% | -0.97% | -0.61 | ($0.31) |
| 4/20/2017 | $32.82 | $32.06 | 2.34% | 0.76% | 0.97% | 0.94% | 1.41% | 0.88 | $0.45 |
| 4/21/2017 | $32.69 | $32.82 | -0.40% | -0.28% | 0.76% | 0.48% | -0.87% | -0.55 | ($0.29) |
| 4/24/2017 | $33.60 | $32.69 | 2.75% | 1.07% | 1.42% | 1.37% | 1.38% | 0.87 | $0.45 |
| 4/25/2017 | $33.85 | $33.60 | 0.74% | 0.60% | 1.49% | 1.28% | -0.54% | -0.34 | ($0.18) |
| 4/26/2017 | $33.91 | $33.85 | 0.18% | -0.01% | 0.36% | 0.25% | -0.07% | -0.05 | ($0.02) |
| 4/27/2017 | $33.42 | $33.91 | -1.46% | -0.01% | -0.69% | -0.54% | -0.92% | -0.58 | ($0.31) |
| 4/28/2017 | $33.03 | $33.42 | -1.17% | -0.26% | -1.36% | -1.12% | -0.05% | -0.03 | ($0.02) |
| 5/1/2017 | $33.48 | $33.03 | 1.35% | 0.20% | -0.08% | -0.02% | 1.38% | 0.86 | $0.46 |
| 5/2/2017 | $33.51 | $33.48 | 0.09% | 0.02% | -0.15% | -0.12% | 0.21% | 0.13 | $0.07 |
| 5/3/2017 | $33.36 | $33.51 | -0.45% | -0.26% | 0.15% | 0.02% | -0.47% | -0.30 | ($0.16) |
| 5/4/2017 | $32.60 | $33.36 | -2.30% | -0.08% | 0.10% | 0.04% | -2.34% | -1.47 | ($0.77) |
| 5/5/2017 | $32.83 | $32.60 | 0.70% | 0.58% | 0.17% | 0.28% | 0.42% | 0.27 | $0.14 |
| 5/8/2017 | $32.64 | $32.83 | -0.58% | -0.08% | -0.32% | -0.28% | -0.30% | -0.19 | ($0.10) |
| 5/9/2017 | $32.40 | $32.64 | -0.74% | -0.10% | 0.01% | -0.04% | -0.70% | -0.44 | ($0.23) |
| 5/10/2017 | $32.47 | $32.40 | 0.22% | 0.26% | 0.26% | 0.25% | -0.04% | -0.02 | ($0.01) |
| 5/11/2017 | $32.29 | $32.47 | -0.56% | -0.27% | -0.68% | -0.61% | 0.05% | 0.03 | $0.02 |
| 5/12/2017 | $32.14 | $32.29 | -0.47% | -0.15% | -0.39% | -0.36% | -0.11% | -0.07 | ($0.04) |
| 5/15/2017 | $32.00 | $32.14 | -0.44% | 0.56% | 0.96% | 0.87% | -1.31% | -0.82 | ($0.42) |

177

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/2017 | $31.69 | $32.00 | -0.97% | -0.04% | 0.10% | 0.05% | -1.02% | -0.64 | ($0.32) |
| 5/17/2017 | $30.18 | $31.69 | -4.88% | -1.83% | -1.70% | -1.83% | -3.05% | -1.92 * | ($0.95) |
| 5/18/2017 | $30.85 | $30.18 | 2.20% | 0.34% | 0.50% | 0.46% | 1.74% | 1.09 | $0.53 |
| 5/19/2017 | $31.23 | $30.85 | 1.22% | 0.76% | 1.41% | 1.27% | -0.04% | -0.03 | ($0.01) |
| 5/22/2017 | $30.86 | $31.23 | -1.19% | 0.54% | 0.18% | 0.28% | -1.47% | -0.92 | ($0.45) |
| 5/23/2017 | $30.26 | $30.86 | -1.96% | 0.15% | -0.84% | -0.61% | -1.35% | -0.85 | ($0.42) |
| 5/24/2017 | $31.21 | $30.26 | 3.09% | 0.24% | 0.24% | 0.24% | 2.86% | 1.79 * | $0.88 |
| 5/25/2017 | $30.76 | $31.21 | -1.45% | 0.32% | 0.22% | 0.25% | -1.70% | -1.07 | ($0.53) |
| 5/26/2017 | $30.83 | $30.76 | 0.23% | 0.03% | -0.36% | -0.28% | 0.50% | 0.32 | $0.16 |
| 5/30/2017 | $31.15 | $30.83 | 1.03% | -0.23% | -0.06% | -0.13% | 1.16% | 0.73 | $0.36 |
| 5/31/2017 | $31.24 | $31.15 | 0.29% | -0.03% | 0.13% | 0.07% | 0.22% | 0.14 | $0.07 |
| 6/1/2017 | $30.93 | $31.24 | -1.00% | 0.90% | 0.92% | 0.94% | -1.94% | -1.22 | ($0.60) |
| 6/2/2017 | $31.47 | $30.93 | 1.73% | 0.35% | 0.75% | 0.65% | 1.08% | 0.68 | $0.34 |
| 6/5/2017 | $31.25 | $31.47 | -0.70% | -0.18% | -0.55% | -0.48% | -0.22% | -0.14 | ($0.07) |
| 6/6/2017 | $31.48 | $31.25 | 0.73% | -0.22% | -1.21% | -0.99% | 1.72% | 1.08 | $0.54 |
| 6/7/2017 | $31.34 | $31.48 | -0.45% | 0.07% | -0.16% | -0.11% | -0.33% | -0.21 | ($0.10) |
| 6/8/2017 | $31.46 | $31.34 | 0.38% | 0.16% | 0.32% | 0.27% | 0.11% | 0.07 | $0.03 |
| 6/9/2017 | $31.87 | $31.46 | 1.29% | -0.05% | 1.05% | 0.76% | 0.54% | 0.34 | $0.17 |
| 6/12/2017 | $31.85 | $31.87 | -0.06% | -0.09% | -0.28% | -0.25% | 0.19% | 0.12 | $0.06 |
| 6/13/2017 | $33.32 | $31.85 | 4.51% | 0.53% | 1.36% | 1.16% | 3.35% | 2.11 ** | $1.09 |
| 6/14/2017 | $33.81 | $33.32 | 1.46% | -0.23% | 0.32% | 0.16% | 1.30% | 0.82 | $0.44 |
| 6/15/2017 | $33.99 | $33.81 | 0.53% | -0.30% | 0.13% | -0.01% | 0.54% | 0.34 | $0.18 |
| 6/16/2017 | $34.30 | $33.99 | 0.91% | 0.05% | -0.08% | -0.06% | 0.97% | 0.61 | $0.33 |
| 6/19/2017 | $34.29 | $34.30 | -0.03% | 0.76% | 1.34% | 1.21% | -1.24% | -0.78 | ($0.42) |
| 6/20/2017 | $34.87 | $34.29 | 1.68% | -0.75% | -0.75% | -0.80% | 2.48% | 1.56 | $0.86 |

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 6/21/2017 | $34.89 | $34.87 | 0.06% | -0.07% | -0.82% | -0.66% | 0.72% | 0.45 | $0.25 |
| 6/22/2017 | $34.60 | $34.89 | -0.83% | 0.08% | 0.13% | 0.11% | -0.94% | -0.59 | ($0.33) |
| 6/23/2017 | $34.42 | $34.60 | -0.52% | 0.29% | 0.21% | 0.23% | -0.75% | -0.47 | ($0.26) |
| 6/26/2017 | $33.96 | $34.42 | -1.35% | 0.09% | 0.68% | 0.52% | -1.87% | -1.18 | ($0.64) |
| 6/27/2017 | $33.32 | $33.96 | -1.90% | -0.75% | -0.90% | -0.91% | -0.99% | -0.62 | ($0.33) |
| 6/28/2017 | $33.42 | $33.32 | 0.30% | 1.00% | 1.30% | 1.25% | -0.95% | -0.60 | ($0.32) |
| 6/29/2017 | $32.49 | $33.42 | -2.82% | -0.82% | -1.01% | -1.02% | -1.80% | -1.13 | ($0.60) |
| 6/30/2017 | $32.46 | $32.49 | -0.09% | 0.14% | 1.15% | 0.90% | -0.99% | -0.62 | ($0.32) |
| 7/3/2017 | $32.18 | $32.46 | -0.87% | 0.30% | 0.08% | 0.13% | -0.99% | -0.63 | ($0.32) |
| 7/5/2017 | $31.56 | $32.18 | -1.95% | 0.01% | 0.50% | 0.36% | -2.31% | -1.45 | ($0.73) |
| 7/6/2017 | $30.80 | $31.56 | -2.44% | -0.93% | -1.20% | -1.19% | -1.25% | -0.78 | ($0.39) |
| 7/7/2017 | $31.00 | $30.80 | 0.65% | 0.64% | 0.87% | 0.82% | -0.18% | -0.11 | ($0.05) |
| 7/10/2017 | $30.81 | $31.00 | -0.61% | 0.05% | 0.29% | 0.21% | -0.83% | -0.52 | ($0.26) |
| 7/11/2017 | $30.70 | $30.81 | -0.36% | 0.02% | -0.39% | -0.31% | -0.05% | -0.03 | ($0.02) |
| 7/12/2017 | $30.77 | $30.70 | 0.23% | 0.77% | 0.51% | 0.59% | -0.36% | -0.23 | ($0.11) |
| 7/13/2017 | $30.73 | $30.77 | -0.13% | 0.17% | 0.20% | 0.18% | -0.31% | -0.20 | ($0.10) |
| 7/14/2017 | $31.40 | $30.73 | 2.16% | 0.48% | 0.30% | 0.35% | 1.81% | 1.14 | $0.56 |
| 7/17/2017 | $31.13 | $31.40 | -0.86% | 0.00% | 0.27% | 0.19% | -1.05% | -0.66 | ($0.33) |
| 7/18/2017 | $31.04 | $31.13 | -0.29% | 0.05% | -0.39% | -0.30% | 0.01% | 0.00 | $0.00 |
| 7/19/2017 | $31.93 | $31.04 | 2.83% | 0.60% | 0.52% | 0.55% | 2.28% | 1.43 | $0.72 |
| 7/20/2017 | $31.65 | $31.93 | -0.88% | 0.00% | -0.77% | -0.60% | -0.28% | -0.18 | ($0.09) |
| 7/21/2017 | $31.78 | $31.65 | 0.41% | -0.09% | -0.20% | -0.19% | 0.60% | 0.38 | $0.19 |
| 7/24/2017 | $31.83 | $31.78 | 0.16% | -0.01% | -0.92% | -0.71% | 0.87% | 0.55 | $0.28 |
| 7/25/2017 | $32.45 | $31.83 | 1.93% | 0.35% | 0.16% | 0.21% | 1.72% | 1.08 | $0.55 |
| 7/26/2017 | $32.51 | $32.45 | 0.18% | -0.01% | -1.16% | -0.89% | 1.08% | 0.68 | $0.35 |

179

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 7/27/2017 | $32.19 | $32.51 | -0.99% | -0.21% | -2.62% | -2.05% | 1.06% | 0.67 | $0.35 |
| 7/28/2017 | $32.21 | $32.19 | 0.06% | -0.11% | -0.41% | -0.36% | 0.42% | 0.27 | $0.14 |
| 7/31/2017 | $32.65 | $32.21 | 1.36% | -0.09% | -0.96% | -0.77% | 2.12% | 1.34 | $0.69 |
| 8/1/2017 | $32.88 | $32.65 | 0.70% | 0.24% | 0.14% | 0.16% | 0.54% | 0.34 | $0.18 |
| 8/2/2017 | $32.25 | $32.88 | -1.93% | -0.10% | 0.46% | 0.30% | -2.24% | -1.40 | ($0.73) |
| 8/3/2017 | $32.15 | $32.25 | -0.31% | -0.22% | -0.22% | -0.25% | -0.06% | -0.04 | ($0.02) |
| 8/4/2017 | $32.65 | $32.15 | 1.54% | 0.20% | 0.27% | 0.25% | 1.30% | 0.81 | $0.42 |
| 8/7/2017 | $31.59 | $32.65 | -3.30% | 0.14% | 0.56% | 0.45% | -3.75% | -2.35 ** | ($1.20) |
| 8/8/2017 | $30.91 | $31.59 | -2.18% | -0.28% | -0.69% | -0.62% | -1.56% | -0.98 | ($0.49) |
| 8/9/2017 | $30.73 | $30.91 | -0.58% | -0.14% | -0.73% | -0.61% | 0.03% | 0.02 | $0.01 |
| 8/10/2017 | $29.11 | $30.73 | -5.42% | -1.45% | -1.67% | -1.69% | -3.72% | -2.34 ** | ($1.12) |
| 8/11/2017 | $28.80 | $29.11 | -1.07% | 0.15% | 0.01% | 0.04% | -1.11% | -0.70 | ($0.32) |
| 8/14/2017 | $29.78 | $28.80 | 3.35% | 0.98% | 0.67% | 0.77% | 2.57% | 1.62 | $0.75 |
| 8/15/2017 | $29.80 | $29.78 | 0.07% | -0.14% | -1.14% | -0.92% | 0.98% | 0.62 | $0.29 |
| 8/16/2017 | $28.66 | $29.80 | -3.90% | 0.22% | -0.24% | -0.14% | -3.76% | -2.36 ** | ($1.10) |
| 8/17/2017 | $28.00 | $28.66 | -2.33% | -1.47% | -1.87% | -1.85% | -0.48% | -0.30 | ($0.14) |
| 8/18/2017 | $28.12 | $28.00 | 0.43% | -0.12% | -0.08% | -0.11% | 0.54% | 0.34 | $0.15 |
| 8/21/2017 | $28.21 | $28.12 | 0.32% | 0.09% | 1.20% | 0.91% | -0.59% | -0.37 | ($0.17) |
| 8/22/2017 | $28.59 | $28.21 | 1.34% | 0.94% | 0.86% | 0.90% | 0.43% | 0.27 | $0.12 |
| 8/23/2017 | $28.62 | $28.59 | 0.10% | -0.19% | -0.86% | -0.72% | 0.82% | 0.52 | $0.24 |
| 8/24/2017 | $29.18 | $28.62 | 1.94% | -0.12% | -0.30% | -0.28% | 2.22% | 1.39 | $0.64 |
| 8/25/2017 | $29.98 | $29.18 | 2.70% | 0.20% | 0.48% | 0.40% | 2.30% | 1.45 | $0.68 |
| 8/28/2017 | $30.37 | $29.98 | 1.29% | 0.03% | 0.26% | 0.19% | 1.11% | 0.70 | $0.33 |
| 8/29/2017 | $30.28 | $30.37 | -0.30% | 0.07% | -0.05% | -0.04% | -0.26% | -0.16 | ($0.08) |
| 8/30/2017 | $30.82 | $30.28 | 1.77% | 0.46% | 0.88% | 0.78% | 0.99% | 0.62 | $0.30 |

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 8/31/2017 | $30.52 | $30.82 | -0.98% | 0.69% | 0.97% | 0.92% | -1.89% | -1.19 | ($0.58) |
| 9/1/2017 | $30.96 | $30.52 | 1.43% | 0.29% | 0.58% | 0.50% | 0.93% | 0.58 | $0.28 |
| 9/5/2017 | $30.97 | $30.96 | 0.03% | -0.77% | -0.12% | -0.33% | 0.36% | 0.22 | $0.11 |
| 9/6/2017 | $32.23 | $30.97 | 3.99% | 0.32% | -0.00% | 0.07% | 3.92% | 2.46 ** | $1.24 |
| 9/7/2017 | $32.64 | $32.23 | 1.26% | -0.00% | -0.38% | -0.30% | 1.57% | 0.99 | $0.51 |
| 9/8/2017 | $33.31 | $32.64 | 2.03% | -0.13% | 1.00% | 0.70% | 1.33% | 0.83 | $0.44 |
| 9/11/2017 | $33.95 | $33.31 | 1.90% | 1.02% | 0.34% | 0.53% | 1.37% | 0.86 | $0.46 |
| 9/12/2017 | $34.56 | $33.95 | 1.78% | 0.35% | 1.23% | 1.02% | 0.76% | 0.48 | $0.26 |
| 9/13/2017 | $33.40 | $34.56 | -3.41% | 0.06% | -0.43% | -0.33% | -3.09% | -1.94 * | ($1.05) |
| 9/14/2017 | $33.24 | $33.40 | -0.48% | -0.05% | 0.13% | 0.07% | -0.55% | -0.34 | ($0.18) |
| 9/15/2017 | $32.58 | $33.24 | -2.01% | 0.18% | -0.06% | -0.01% | -1.99% | -1.25 | ($0.66) |
| 9/18/2017 | $33.07 | $32.58 | 1.49% | 0.20% | -0.30% | -0.18% | 1.68% | 1.05 | $0.55 |
| 9/19/2017 | $33.13 | $33.07 | 0.18% | 0.11% | -0.46% | -0.33% | 0.51% | 0.32 | $0.17 |
| 9/20/2017 | $33.46 | $33.13 | 0.99% | 0.09% | 1.13% | 0.86% | 0.13% | 0.08 | $0.04 |
| 9/21/2017 | $33.81 | $33.46 | 1.04% | -0.25% | 0.47% | 0.27% | 0.77% | 0.49 | $0.26 |
| 9/22/2017 | $34.35 | $33.81 | 1.58% | 0.11% | 0.76% | 0.59% | 1.00% | 0.63 | $0.34 |
| 9/25/2017 | $34.34 | $34.35 | -0.03% | -0.19% | 0.22% | 0.09% | -0.12% | -0.08 | ($0.04) |
| 9/26/2017 | $34.92 | $34.34 | 1.67% | 0.02% | 1.24% | 0.93% | 0.75% | 0.47 | $0.26 |
| 9/27/2017 | $34.99 | $34.92 | 0.20% | 0.50% | 0.10% | 0.20% | -0.00% | -0.00 | $0.00 |
| 9/28/2017 | $35.58 | $34.99 | 1.67% | 0.16% | 0.00% | 0.03% | 1.64% | 1.03 | $0.58 |
| 9/29/2017 | $35.52 | $35.58 | -0.17% | 0.33% | 0.67% | 0.58% | -0.75% | -0.47 | ($0.27) |
| 10/2/2017 | $35.20 | $35.52 | -0.90% | 0.45% | 0.59% | 0.56% | -1.47% | -0.92 | ($0.52) |
| 10/3/2017 | $35.49 | $35.20 | 0.82% | 0.25% | 0.03% | 0.08% | 0.74% | 0.46 | $0.26 |
| 10/4/2017 | $35.48 | $35.49 | -0.03% | 0.08% | 0.36% | 0.28% | -0.31% | -0.19 | ($0.11) |
| 10/5/2017 | $35.78 | $35.48 | 0.84% | 0.48% | 0.01% | 0.13% | 0.71% | 0.45 | $0.25 |

181

**Exhibit-8**
**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 10/6/2017 | $35.79 | $35.78 | 0.03% | -0.10% | 0.17% | 0.08% | -0.06% | -0.04 | ($0.02) |
| 10/9/2017 | $35.86 | $35.79 | 0.20% | -0.20% | -0.59% | -0.52% | 0.71% | 0.45 | $0.26 |
| 10/10/2017 | $35.78 | $35.86 | -0.22% | 0.27% | 0.51% | 0.45% | -0.67% | -0.42 | ($0.24) |
| 10/11/2017 | $35.80 | $35.78 | 0.06% | 0.20% | -0.01% | 0.03% | 0.02% | 0.02 | $0.01 |
| 10/12/2017 | $35.84 | $35.80 | 0.11% | -0.15% | 0.48% | 0.30% | -0.19% | -0.12 | ($0.07) |
| 10/13/2017 | $35.48 | $35.84 | -1.01% | 0.09% | 0.05% | 0.05% | -1.06% | -0.66 | ($0.38) |
| 10/16/2017 | $35.73 | $35.48 | 0.70% | 0.10% | 0.09% | 0.08% | 0.62% | 0.39 | $0.22 |
| 10/17/2017 | $35.27 | $35.73 | -1.30% | -0.02% | -0.90% | -0.70% | -0.60% | -0.38 | ($0.21) |
| 10/18/2017 | $35.18 | $35.27 | -0.26% | 0.10% | -0.43% | -0.31% | 0.05% | 0.03 | $0.02 |
| 10/19/2017 | $35.53 | $35.18 | 0.99% | -0.01% | 0.75% | 0.54% | 0.45% | 0.28 | $0.16 |
| 10/20/2017 | $35.86 | $35.53 | 0.92% | 0.42% | 1.19% | 1.00% | -0.08% | -0.05 | ($0.03) |
| 10/23/2017 | $36.00 | $35.86 | 0.39% | -0.43% | 0.50% | 0.24% | 0.15% | 0.09 | $0.05 |
| 10/24/2017 | $36.39 | $36.00 | 1.08% | 0.17% | 1.08% | 0.84% | 0.23% | 0.15 | $0.08 |
| 10/25/2017 | $35.98 | $36.39 | -1.13% | -0.54% | -2.16% | -1.80% | 0.67% | 0.42 | $0.24 |
| 10/26/2017 | $36.44 | $35.98 | 1.27% | 0.15% | 1.10% | 0.86% | 0.41% | 0.26 | $0.15 |
| 10/27/2017 | $36.51 | $36.44 | 0.19% | 0.76% | -0.16% | 0.08% | 0.11% | 0.07 | $0.04 |
| 10/30/2017 | $36.48 | $36.51 | -0.08% | -0.34% | -0.83% | -0.74% | 0.66% | 0.41 | $0.24 |
| 10/31/2017 | $36.88 | $36.48 | 1.09% | 0.20% | 0.70% | 0.57% | 0.52% | 0.33 | $0.19 |
| 11/1/2017 | $36.66 | $36.88 | -0.60% | 0.07% | -0.51% | -0.38% | -0.22% | -0.14 | ($0.08) |
| 11/2/2017 | $35.89 | $36.66 | -2.12% | 0.03% | -0.74% | -0.57% | -1.56% | -0.98 | ($0.57) |
| 11/3/2017 | $36.05 | $35.89 | 0.44% | 0.29% | -0.14% | -0.04% | 0.48% | 0.30 | $0.17 |
| 11/6/2017 | $35.32 | $36.05 | -2.05% | 0.21% | 0.63% | 0.52% | -2.56% | -1.61 | ($0.91) |
| 11/7/2017 | $35.06 | $35.32 | -0.74% | -0.18% | -0.30% | -0.30% | -0.44% | -0.28 | ($0.15) |
| 11/8/2017 | $35.81 | $35.06 | 2.12% | 0.14% | 0.04% | 0.05% | 2.06% | 1.30 | $0.73 |
| 11/9/2017 | $35.59 | $35.81 | -0.62% | -0.36% | -3.14% | -2.49% | 1.87% | 1.18 | $0.68 |

182

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | t-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/2017 | $35.89 | $35.59 | 0.84% | -0.03% | -1.52% | -1.17% | 2.01% | 1.27 | $0.72 |
| 11/13/2017 | $35.49 | $35.89 | -1.12% | 0.02% | -0.54% | -0.42% | -0.70% | -0.44 | ($0.25) |
| 11/14/2017 | $34.92 | $35.49 | -1.62% | -0.26% | 0.07% | -0.04% | -1.58% | -0.99 | ($0.56) |
| 11/15/2017 | $34.38 | $34.92 | -1.56% | -0.49% | -0.53% | -0.56% | -1.00% | -0.63 | ($0.35) |
| 11/16/2017 | $35.80 | $34.38 | 4.05% | 0.93% | 1.23% | 1.18% | 2.86% | 1.80 * | $1.00 |
| 11/17/2017 | $36.79 | $35.80 | 2.73% | -0.09% | 0.38% | 0.24% | 2.48% | 1.56 | $0.90 |
| 11/20/2017 | $38.43 | $36.79 | 4.36% | 0.18% | 0.19% | 0.18% | 4.18% | 2.63 *** | $1.57 |
| 11/21/2017 | $39.22 | $38.43 | 2.03% | 0.66% | 0.57% | 0.60% | 1.43% | 0.90 | $0.55 |
| 11/22/2017 | $38.59 | $39.22 | -1.62% | -0.01% | 0.54% | 0.39% | -2.01% | -1.26 | ($0.78) |
| 11/24/2017 | $40.23 | $38.59 | 4.16% | 0.22% | 0.02% | 0.06% | 4.10% | 2.58 ** | $1.62 |
| 11/27/2017 | $38.63 | $40.23 | -4.06% | -0.16% | 0.36% | 0.21% | -4.27% | -2.68 *** | ($1.68) |
| 11/28/2017 | $38.68 | $38.63 | 0.13% | 0.88% | 2.50% | 2.13% | -2.00% | -1.25 | ($0.76) |
| 11/29/2017 | $38.80 | $38.68 | 0.31% | -0.07% | 0.49% | 0.33% | -0.02% | -0.01 | ($0.01) |
| 11/30/2017 | $39.11 | $38.80 | 0.80% | 0.72% | 0.67% | 0.70% | 0.10% | 0.06 | $0.04 |
| 12/1/2017 | $38.70 | $39.11 | -1.05% | -0.11% | -0.43% | -0.38% | -0.68% | -0.43 | ($0.26) |
| 12/4/2017 | $38.19 | $38.70 | -1.33% | -0.17% | 0.23% | 0.11% | -1.44% | -0.90 | ($0.55) |
| 12/5/2017 | $38.14 | $38.19 | -0.13% | -0.42% | -0.92% | -0.83% | 0.70% | 0.44 | $0.27 |
| 12/6/2017 | $37.22 | $38.14 | -2.44% | -0.14% | -0.53% | -0.46% | -1.98% | -1.25 | ($0.75) |
| 12/7/2017 | $37.82 | $37.22 | 1.60% | 0.40% | 0.42% | 0.41% | 1.18% | 0.74 | $0.44 |
| 12/8/2017 | $38.24 | $37.82 | 1.10% | 0.50% | 0.32% | 0.37% | 0.74% | 0.46 | $0.28 |
| 12/11/2017 | $38.26 | $38.24 | 0.05% | 0.28% | -0.16% | -0.06% | 0.11% | 0.07 | $0.04 |
| 12/12/2017 | $38.19 | $38.26 | -0.18% | 0.08% | 0.15% | 0.12% | -0.30% | -0.19 | ($0.12) |
| 12/13/2017 | $39.08 | $38.19 | 2.30% | 0.05% | -0.42% | -0.32% | 2.62% | 1.65 | $1.01 |
| 12/14/2017 | $38.60 | $39.08 | -1.24% | -0.44% | -1.03% | -0.92% | -0.32% | -0.20 | ($0.12) |
| 12/15/2017 | $38.63 | $38.60 | 0.08% | 0.79% | 0.73% | 0.76% | -0.68% | -0.43 | ($0.26) |

183

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2017 | $39.90 | $38.63 | 3.23% | 0.67% | 1.16% | 1.06% | 2.18% | 1.37 | $0.85 |
| 12/19/2017 | $38.94 | $39.90 | -2.44% | -0.34% | -0.60% | -0.57% | -1.87% | -1.17 | ($0.74) |
| 12/20/2017 | $38.94 | $38.94 | 0.00% | -0.01% | 0.82% | 0.60% | -0.60% | -0.38 | ($0.23) |
| 12/21/2017 | $39.21 | $38.94 | 0.69% | 0.25% | 0.62% | 0.53% | 0.16% | 0.10 | $0.06 |
| 12/22/2017 | $39.35 | $39.21 | 0.36% | -0.02% | -0.45% | -0.36% | 0.71% | 0.45 | $0.28 |
| 12/26/2017 | $39.53 | $39.35 | 0.46% | -0.02% | 0.11% | 0.06% | 0.39% | 0.25 | $0.15 |
| 12/27/2017 | $39.37 | $39.53 | -0.41% | 0.08% | 0.04% | 0.04% | -0.45% | -0.28 | ($0.18) |
| 12/28/2017 | $39.63 | $39.37 | 0.66% | 0.25% | 0.44% | 0.39% | 0.27% | 0.17 | $0.11 |
| 12/29/2017 | $39.37 | $39.63 | -0.66% | -0.48% | -0.37% | -0.43% | -0.22% | -0.14 | ($0.09) |
| 1/2/2018 | $39.31 | $39.37 | -0.15% | 0.85% | 0.20% | 0.38% | -0.53% | -0.33 | ($0.21) |
| 1/3/2018 | $39.92 | $39.31 | 1.54% | 0.58% | 1.22% | 1.07% | 0.47% | 0.29 | $0.18 |
| 1/4/2018 | $40.75 | $39.92 | 2.06% | 0.40% | 0.82% | 0.72% | 1.34% | 0.84 | $0.54 |
| 1/5/2018 | $41.67 | $40.75 | 2.23% | 0.58% | -0.46% | -0.19% | 2.43% | 1.52 | $1.00 |
| 1/8/2018 | $41.81 | $41.67 | 0.34% | 0.18% | 0.47% | 0.39% | -0.06% | -0.04 | ($0.02) |
| 1/9/2018 | $41.10 | $41.81 | -1.71% | 0.09% | 0.05% | 0.05% | -1.76% | -1.11 | ($0.73) |
| 1/10/2018 | $39.97 | $41.10 | -2.79% | -0.15% | -0.61% | -0.52% | -2.27% | -1.42 | ($0.92) |
| 1/11/2018 | $40.63 | $39.97 | 1.64% | 0.83% | 1.76% | 1.55% | 0.09% | 0.06 | $0.04 |
| 1/12/2018 | $41.01 | $40.63 | 0.93% | 0.61% | 0.63% | 0.63% | 0.30% | 0.19 | $0.12 |
| 1/16/2018 | $40.19 | $41.01 | -2.02% | -0.44% | -0.40% | -0.45% | -1.57% | -0.99 | ($0.64) |
| 1/17/2018 | $40.80 | $40.19 | 1.51% | 0.85% | -0.03% | 0.21% | 1.30% | 0.81 | $0.52 |
| 1/18/2018 | $40.46 | $40.80 | -0.84% | -0.20% | 0.23% | 0.10% | -0.94% | -0.59 | ($0.38) |
| 1/19/2018 | $40.28 | $40.46 | -0.45% | 0.54% | 0.35% | 0.40% | -0.85% | -0.53 | ($0.34) |
| 1/22/2018 | $40.78 | $40.28 | 1.23% | 0.76% | 0.16% | 0.32% | 0.91% | 0.57 | $0.37 |
| 1/23/2018 | $40.81 | $40.78 | 0.07% | 0.26% | 0.78% | 0.65% | -0.57% | -0.36 | ($0.23) |
| 1/24/2018 | $40.45 | $40.81 | -0.89% | -0.09% | 0.55% | 0.37% | -1.26% | -0.79 | ($0.51) |

184

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 1/25/2018 | $40.62 | $40.45 | 0.42% | 0.01% | 0.27% | 0.19% | 0.23% | 0.15 | $0.09 |
| 1/26/2018 | $40.96 | $40.62 | 0.83% | 0.99% | 0.60% | 0.72% | 0.11% | 0.07 | $0.05 |
| 1/29/2018 | $40.00 | $40.96 | -2.37% | -0.69% | -1.55% | -1.39% | -0.98% | -0.62 | ($0.40) |
| 1/30/2018 | $39.56 | $40.00 | -1.11% | -1.02% | -0.90% | -0.99% | -0.12% | -0.07 | ($0.05) |
| 1/31/2018 | $39.28 | $39.56 | -0.71% | 0.02% | -0.74% | -0.57% | -0.14% | -0.09 | ($0.05) |
| 2/1/2018 | $39.57 | $39.28 | 0.74% | -0.03% | 0.00% | -0.02% | 0.76% | 0.48 | $0.30 |
| 2/2/2018 | $38.60 | $39.57 | -2.48% | -2.11% | -2.52% | -2.53% | 0.05% | 0.03 | $0.02 |
| 2/5/2018 | $37.50 | $38.60 | -2.89% | -3.88% | -4.50% | -4.54% | 1.65% | 1.03 | $0.64 |
| 2/6/2018 | $37.86 | $37.50 | 0.96% | 1.52% | 1.05% | 1.22% | -0.26% | -0.16 | ($0.10) |
| 2/7/2018 | $38.11 | $37.86 | 0.66% | -0.42% | 0.26% | 0.06% | 0.60% | 0.38 | $0.23 |
| 2/8/2018 | $37.00 | $38.11 | -2.96% | -3.53% | -3.19% | -3.45% | 0.49% | 0.31 | $0.19 |
| 2/9/2018 | $37.96 | $37.00 | 2.56% | 1.22% | 0.72% | 0.88% | 1.68% | 1.06 | $0.63 |
| 2/12/2018 | $37.48 | $37.96 | -1.27% | 1.31% | 2.11% | 1.96% | -3.23% | -2.03 ** | ($1.21) |
| 2/13/2018 | $36.77 | $37.48 | -1.91% | 0.29% | -0.04% | 0.04% | -1.95% | -1.23 | ($0.72) |
| 2/14/2018 | $36.66 | $36.77 | -0.30% | 1.43% | 0.84% | 1.03% | -1.33% | -0.84 | ($0.49) |
| 2/15/2018 | $36.98 | $36.66 | 0.87% | 1.11% | 1.28% | 1.27% | -0.40% | -0.25 | ($0.15) |
| 2/16/2018 | $37.55 | $36.98 | 1.53% | 0.04% | 0.58% | 0.43% | 1.10% | 0.69 | $0.41 |
| 2/20/2018 | $37.64 | $37.55 | 0.24% | -0.63% | -0.62% | -0.67% | 0.91% | 0.57 | $0.34 |
| 2/21/2018 | $34.50 | $37.64 | -8.71% | -0.44% | -0.06% | -0.19% | -8.52% | -5.36 *** | ($3.07) |
| 2/22/2018 | $33.54 | $34.50 | -2.82% | 0.02% | 0.30% | 0.22% | -3.04% | -1.91 * | ($1.03) |
| 2/23/2018 | $33.83 | $33.54 | 0.86% | 1.46% | 1.26% | 1.36% | -0.49% | -0.31 | ($0.17) |
| 2/26/2018 | $33.34 | $33.83 | -1.46% | 1.00% | 0.20% | 0.42% | -1.88% | -1.18 | ($0.63) |
| 2/27/2018 | $31.82 | $33.34 | -4.67% | -1.26% | -1.78% | -1.72% | -2.94% | -1.85 * | ($0.97) |
| 2/28/2018 | $31.16 | $31.82 | -2.10% | -1.11% | -2.70% | -2.37% | 0.28% | 0.18 | $0.09 |
| 3/1/2018 | $30.96 | $31.16 | -0.64% | -1.09% | -2.10% | -1.91% | 1.27% | 0.80 | $0.40 |

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 3/2/2018 | $31.56 | $30.96 | 1.92% | 0.59% | 0.51% | 0.53% | 1.38% | 0.87 | $0.43 |
| 3/5/2018 | $31.68 | $31.56 | 0.38% | 1.01% | 1.27% | 1.24% | -0.86% | -0.54 | ($0.27) |
| 3/6/2018 | $31.72 | $31.68 | 0.13% | 0.41% | 1.13% | 0.96% | -0.83% | -0.52 | ($0.26) |
| 3/7/2018 | $31.12 | $31.72 | -1.91% | 0.04% | -0.07% | -0.06% | -1.85% | -1.17 | ($0.58) |
| 3/8/2018 | $31.91 | $31.12 | 2.51% | 0.36% | 0.65% | 0.58% | 1.93% | 1.21 | $0.61 |
| 3/9/2018 | $32.46 | $31.91 | 1.71% | 1.56% | 2.40% | 2.24% | -0.53% | -0.34 | ($0.17) |
| 3/12/2018 | $32.79 | $32.46 | 1.01% | -0.02% | 0.11% | 0.06% | 0.95% | 0.60 | $0.31 |
| 3/13/2018 | $33.19 | $32.79 | 1.21% | -0.62% | -0.05% | -0.24% | 1.45% | 0.91 | $0.48 |
| 3/14/2018 | $32.85 | $33.19 | -1.03% | -0.46% | -2.10% | -1.73% | 0.70% | 0.44 | $0.23 |
| 3/15/2018 | $32.87 | $32.85 | 0.06% | -0.22% | -0.40% | -0.38% | 0.44% | 0.28 | $0.15 |
| 3/16/2018 | $33.47 | $32.87 | 1.81% | 0.24% | 0.20% | 0.20% | 1.61% | 1.01 | $0.53 |
| 3/19/2018 | $33.11 | $33.47 | -1.08% | -1.30% | -0.94% | -1.11% | 0.02% | 0.02 | $0.01 |
| 3/20/2018 | $33.28 | $33.11 | 0.51% | 0.13% | -0.39% | -0.27% | 0.78% | 0.49 | $0.26 |
| 3/21/2018 | $33.29 | $33.28 | 0.03% | 0.04% | 0.83% | 0.62% | -0.59% | -0.37 | ($0.20) |
| 3/22/2018 | $32.77 | $33.29 | -1.57% | -2.42% | -1.98% | -2.21% | 0.64% | 0.40 | $0.21 |
| 3/23/2018 | $31.69 | $32.77 | -3.35% | -1.95% | -2.78% | -2.68% | -0.67% | -0.42 | ($0.22) |
| 3/26/2018 | $31.02 | $31.69 | -2.14% | 2.40% | 1.96% | 2.15% | -4.29% | -2.70 *** | ($1.33) |
| 3/27/2018 | $30.36 | $31.02 | -2.15% | -1.67% | -1.65% | -1.74% | -0.41% | -0.26 | ($0.13) |
| 3/28/2018 | $30.11 | $30.36 | -0.83% | -0.26% | -0.38% | -0.38% | -0.45% | -0.28 | ($0.14) |
| 3/29/2018 | $30.62 | $30.11 | 1.68% | 1.34% | 1.99% | 1.87% | -0.19% | -0.12 | ($0.06) |
| 4/2/2018 | $29.06 | $30.62 | -5.23% | -2.16% | -3.30% | -3.14% | -2.09% | -1.32 | ($0.63) |
| 4/3/2018 | $30.01 | $29.06 | 3.22% | 1.15% | 1.69% | 1.59% | 1.63% | 1.02 | $0.48 |
| 4/4/2018 | $30.61 | $30.01 | 1.98% | 1.03% | 1.67% | 1.54% | 0.44% | 0.27 | $0.13 |
| 4/5/2018 | $30.56 | $30.61 | -0.16% | 0.74% | 0.11% | 0.28% | -0.45% | -0.28 | ($0.14) |
| 4/6/2018 | $29.63 | $30.56 | -3.09% | -2.02% | -2.32% | -2.35% | -0.74% | -0.47 | ($0.23) |

186

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 4/9/2018 | $29.10 | $29.63 | -1.80% | 0.28% | -0.73% | -0.49% | -1.32% | -0.83 | ($0.39) |
| 4/10/2018 | $29.52 | $29.10 | 1.43% | 1.63% | 1.20% | 1.36% | 0.07% | 0.04 | $0.02 |
| 4/11/2018 | $29.40 | $29.52 | -0.41% | -0.38% | 0.10% | -0.05% | -0.35% | -0.22 | ($0.10) |
| 4/12/2018 | $29.85 | $29.40 | 1.52% | 0.69% | 0.25% | 0.37% | 1.14% | 0.72 | $0.34 |
| 4/13/2018 | $29.79 | $29.85 | -0.20% | -0.31% | -0.46% | -0.45% | 0.25% | 0.16 | $0.08 |
| 4/16/2018 | $30.78 | $29.79 | 3.27% | 0.80% | 1.49% | 1.34% | 1.93% | 1.22 | $0.58 |
| 4/17/2018 | $30.36 | $30.78 | -1.37% | 1.02% | 0.17% | 0.41% | -1.78% | -1.12 | ($0.54) |
| 4/18/2018 | $30.50 | $30.36 | 0.46% | 0.16% | 0.30% | 0.25% | 0.21% | 0.13 | $0.06 |
| 4/19/2018 | $30.17 | $30.50 | -1.09% | -0.54% | -2.01% | -1.69% | 0.61% | 0.38 | $0.19 |
| 4/20/2018 | $29.80 | $30.17 | -1.23% | -0.75% | -0.36% | -0.50% | -0.73% | -0.46 | ($0.22) |
| 4/23/2018 | $30.08 | $29.80 | 0.94% | -0.04% | -0.02% | -0.05% | 0.98% | 0.62 | $0.29 |
| 4/24/2018 | $29.27 | $30.08 | -2.73% | -1.14% | -3.70% | -3.14% | 0.41% | 0.26 | $0.12 |
| 4/25/2018 | $29.47 | $29.27 | 0.68% | 0.08% | 1.33% | 1.01% | -0.33% | -0.21 | ($0.10) |
| 4/26/2018 | $29.03 | $29.47 | -1.50% | 0.90% | 0.79% | 0.84% | -2.34% | -1.47 | ($0.68) |
| 4/27/2018 | $28.83 | $29.03 | -0.69% | 0.07% | 0.21% | 0.16% | -0.86% | -0.54 | ($0.25) |
| 4/30/2018 | $28.11 | $28.83 | -2.53% | -0.73% | -1.74% | -1.54% | -0.99% | -0.62 | ($0.28) |
| 5/1/2018 | $28.68 | $28.11 | 2.01% | 0.22% | 3.03% | 2.33% | -0.33% | -0.21 | ($0.09) |
| 5/2/2018 | $28.81 | $28.68 | 0.45% | -0.56% | -1.59% | -1.38% | 1.83% | 1.15 | $0.53 |
| 5/3/2018 | $29.08 | $28.81 | 0.93% | -0.23% | -0.04% | -0.11% | 1.04% | 0.66 | $0.30 |
| 5/4/2018 | $29.18 | $29.08 | 0.34% | 1.22% | 1.80% | 1.69% | -1.35% | -0.85 | ($0.39) |
| 5/7/2018 | $30.23 | $29.18 | 3.54% | 0.41% | 0.68% | 0.62% | 2.92% | 1.83 * | $0.86 |
| 5/8/2018 | $29.50 | $30.23 | -2.44% | 0.04% | 0.31% | 0.23% | -2.68% | -1.68 * | ($0.80) |
| 5/9/2018 | $28.61 | $29.50 | -3.06% | 0.86% | -0.41% | -0.08% | -2.99% | -1.88 * | ($0.87) |
| 5/10/2018 | $28.27 | $28.61 | -1.20% | 0.86% | 1.07% | 1.04% | -2.24% | -1.40 | ($0.63) |
| 5/11/2018 | $28.70 | $28.27 | 1.51% | 0.15% | -0.33% | -0.22% | 1.73% | 1.09 | $0.49 |

187

**Exhibit-8**

**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 5/14/2018 | $28.65 | $28.70 | -0.17% | 0.08% | -0.45% | -0.34% | 0.16% | 0.10 | $0.05 |
| 5/15/2018 | $27.50 | $28.65 | -4.10% | -0.58% | -0.66% | -0.68% | -3.42% | -2.15 ** | ($0.96) |
| 5/16/2018 | $27.97 | $27.50 | 1.69% | 0.48% | 0.77% | 0.71% | 0.99% | 0.62 | $0.27 |
| 5/17/2018 | $28.20 | $27.97 | 0.82% | 0.03% | 0.57% | 0.42% | 0.40% | 0.25 | $0.11 |
| 5/18/2018 | $29.02 | $28.20 | 2.87% | -0.22% | 0.36% | 0.19% | 2.68% | 1.68 * | $0.77 |
| 5/21/2018 | $29.27 | $29.02 | 0.86% | 0.70% | 0.11% | 0.27% | 0.59% | 0.37 | $0.17 |
| 5/22/2018 | $28.04 | $29.27 | -4.29% | -0.35% | -1.48% | -1.23% | -3.06% | -1.92 * | ($0.88) |
| 5/23/2018 | $28.15 | $28.04 | 0.39% | 0.23% | -0.56% | -0.38% | 0.77% | 0.48 | $0.22 |
| 5/24/2018 | $27.72 | $28.15 | -1.54% | -0.18% | 0.34% | 0.19% | -1.73% | -1.08 | ($0.48) |
| 5/25/2018 | $28.00 | $27.72 | 1.01% | -0.22% | 0.57% | 0.35% | 0.65% | 0.41 | $0.18 |
| 5/29/2018 | $27.36 | $28.00 | -2.31% | -1.00% | -0.61% | -0.77% | -1.55% | -0.97 | ($0.43) |
| 5/30/2018 | $27.55 | $27.36 | 0.69% | 1.30% | 1.02% | 1.13% | -0.44% | -0.28 | ($0.12) |
| 5/31/2018 | $27.37 | $27.55 | -0.66% | -0.65% | -2.19% | -1.86% | 1.20% | 0.76 | $0.33 |
| 6/1/2018 | $27.12 | $27.37 | -0.92% | 0.96% | 0.69% | 0.78% | -1.70% | -1.07 | ($0.46) |
| 6/4/2018 | $27.50 | $27.12 | 1.39% | 0.45% | 0.87% | 0.77% | 0.62% | 0.39 | $0.17 |
| 6/5/2018 | $28.16 | $27.50 | 2.37% | 0.15% | 1.09% | 0.85% | 1.52% | 0.96 | $0.42 |
| 6/6/2018 | $28.56 | $28.16 | 1.41% | 0.79% | 0.21% | 0.37% | 1.04% | 0.65 | $0.29 |
| 6/7/2018 | $29.46 | $28.56 | 3.10% | -0.11% | 0.67% | 0.46% | 2.64% | 1.66 * | $0.77 |
| 6/8/2018 | $29.76 | $29.46 | 1.01% | 0.30% | 1.06% | 0.87% | 0.14% | 0.09 | $0.04 |
| 6/11/2018 | $29.05 | $29.76 | -2.41% | 0.15% | -0.31% | -0.21% | -2.21% | -1.39 | ($0.65) |
| 6/12/2018 | $29.79 | $29.05 | 2.52% | 0.19% | 0.36% | 0.31% | 2.20% | 1.38 | $0.65 |
| 6/13/2018 | $28.77 | $29.79 | -3.48% | -0.36% | -1.72% | -1.42% | -2.07% | -1.30 | ($0.61) |
| 6/14/2018 | $29.10 | $28.77 | 1.14% | 0.26% | 0.28% | 0.27% | 0.87% | 0.55 | $0.25 |
| 6/15/2018 | $29.05 | $29.10 | -0.17% | -0.16% | 0.03% | -0.04% | -0.13% | -0.08 | ($0.04) |
| 6/18/2018 | $28.95 | $29.05 | -0.34% | -0.07% | -0.77% | -0.62% | 0.27% | 0.17 | $0.08 |

188

**Exhibit-8**
**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 6/19/2018 | $29.33 | $28.95 | 1.30% | -0.41% | -0.37% | -0.41% | 1.72% | 1.08 | $0.50 |
| 6/20/2018 | $29.60 | $29.33 | 0.92% | 0.27% | 0.95% | 0.78% | 0.14% | 0.09 | $0.04 |
| 6/21/2018 | $29.36 | $29.60 | -0.81% | -0.69% | -2.01% | -1.73% | 0.92% | 0.58 | $0.27 |
| 6/22/2018 | $28.68 | $29.36 | -2.34% | 0.23% | -0.45% | -0.29% | -2.05% | -1.29 | ($0.60) |
| 6/25/2018 | $28.44 | $28.68 | -0.84% | -1.45% | -0.57% | -0.87% | 0.03% | 0.02 | $0.01 |
| 6/26/2018 | $28.83 | $28.44 | 1.36% | 0.29% | 0.13% | 0.17% | 1.19% | 0.75 | $0.34 |
| 6/27/2018 | $28.56 | $28.83 | -0.94% | -0.98% | -1.42% | -1.37% | 0.43% | 0.27 | $0.12 |
| 6/28/2018 | $28.37 | $28.56 | -0.67% | 0.56% | -0.16% | 0.02% | -0.69% | -0.43 | ($0.20) |
| 6/29/2018 | $28.59 | $28.37 | 0.77% | 0.16% | 0.65% | 0.52% | 0.25% | 0.16 | $0.07 |
| 7/2/2018 | $28.64 | $28.59 | 0.17% | 0.22% | 0.25% | 0.24% | -0.06% | -0.04 | ($0.02) |
| 7/3/2018 | $28.74 | $28.64 | 0.35% | -0.29% | 0.22% | 0.06% | 0.28% | 0.18 | $0.08 |
| 7/5/2018 | $29.20 | $28.74 | 1.59% | 0.84% | 1.73% | 1.53% | 0.06% | 0.04 | $0.02 |
| 7/6/2018 | $29.08 | $29.20 | -0.41% | 0.84% | 0.66% | 0.73% | -1.14% | -0.71 | ($0.33) |
| 7/9/2018 | $29.34 | $29.08 | 0.89% | 0.84% | 1.04% | 1.01% | -0.12% | -0.08 | ($0.03) |
| 7/10/2018 | $29.33 | $29.34 | -0.03% | 0.23% | -0.24% | -0.13% | 0.10% | 0.06 | $0.03 |
| 7/11/2018 | $29.03 | $29.33 | -1.03% | -0.74% | -1.72% | -1.53% | 0.50% | 0.31 | $0.15 |
| 7/12/2018 | $29.02 | $29.03 | -0.03% | 0.82% | 1.03% | 1.00% | -1.04% | -0.65 | ($0.30) |
| 7/13/2018 | $28.88 | $29.02 | -0.48% | 0.07% | 0.82% | 0.62% | -1.11% | -0.69 | ($0.32) |
| 7/16/2018 | $28.74 | $28.88 | -0.49% | -0.18% | -0.94% | -0.78% | 0.29% | 0.18 | $0.08 |
| 7/17/2018 | $29.31 | $28.74 | 1.96% | 0.39% | 1.49% | 1.22% | 0.75% | 0.47 | $0.21 |
| 7/18/2018 | $30.07 | $29.31 | 2.56% | 0.25% | 0.14% | 0.16% | 2.40% | 1.51 | $0.71 |
| 7/19/2018 | $30.03 | $30.07 | -0.13% | -0.25% | 0.72% | 0.45% | -0.59% | -0.37 | ($0.18) |
| 7/20/2018 | $29.96 | $30.03 | -0.23% | -0.10% | 0.19% | 0.10% | -0.33% | -0.21 | ($0.10) |
| 7/23/2018 | $29.32 | $29.96 | -2.16% | 0.10% | -1.49% | -1.11% | -1.05% | -0.66 | ($0.31) |
| 7/24/2018 | $28.57 | $29.32 | -2.59% | 0.20% | -0.04% | 0.01% | -2.61% | -1.64 | ($0.75) |

**Exhibit-8**
**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | t-statistic | Dollar Residual Return |
|------|------|------|------|------|------|------|------|------|------|
| 7/25/2018 | $27.81 | $28.57 | -2.70% | 0.82% | -1.06% | -0.58% | -2.12% | -1.33 | ($0.60) |
| 7/26/2018 | $27.70 | $27.81 | -0.40% | -0.16% | 1.60% | 1.14% | -1.54% | -0.97 | ($0.42) |
| 7/27/2018 | $27.49 | $27.70 | -0.76% | -0.77% | 0.81% | 0.37% | -1.13% | -0.71 | ($0.31) |
| 7/30/2018 | $27.39 | $27.49 | -0.36% | -0.56% | 0.23% | -0.01% | -0.36% | -0.23 | ($0.10) |
| 7/31/2018 | $27.44 | $27.39 | 0.18% | 0.55% | 3.44% | 2.74% | -2.56% | -1.61 | ($0.69) |
| 8/1/2018 | $26.37 | $27.44 | -3.98% | -0.13% | -0.69% | -0.57% | -3.40% | -2.14 ** | ($0.92) |
| 8/2/2018 | $27.20 | $26.37 | 3.10% | 0.55% | 0.46% | 0.49% | 2.61% | 1.64 | $0.70 |
| 8/3/2018 | $26.93 | $27.20 | -1.00% | 0.33% | 0.26% | 0.27% | -1.27% | -0.80 | ($0.34) |
| 8/6/2018 | $27.27 | $26.93 | 1.25% | 0.38% | 0.14% | 0.20% | 1.06% | 0.66 | $0.29 |
| 8/7/2018 | $26.33 | $27.27 | -3.51% | 0.22% | 0.30% | 0.27% | -3.78% | -2.38 ** | ($1.01) |
| 8/8/2018 | $23.71 | $26.33 | -10.48% | -0.03% | -1.29% | -1.00% | -9.49% | -5.96 *** | ($2.38) |
| 8/9/2018 | $25.40 | $23.71 | 6.89% | -0.03% | 0.01% | -0.02% | 6.90% | 4.34 *** | $1.70 |
| 8/10/2018 | $24.59 | $25.40 | -3.24% | -0.64% | -1.07% | -1.01% | -2.23% | -1.40 | ($0.56) |
| 8/13/2018 | $24.53 | $24.59 | -0.24% | -0.47% | -1.10% | -0.98% | 0.74% | 0.46 | $0.18 |
| 8/14/2018 | $25.56 | $24.53 | 4.11% | 0.66% | 1.42% | 1.24% | 2.87% | 1.80 * | $0.71 |
| 8/15/2018 | $26.09 | $25.56 | 2.05% | -0.91% | 0.67% | 0.23% | 1.83% | 1.15 | $0.47 |
| 8/16/2018 | $26.76 | $26.09 | 2.54% | 0.80% | 0.56% | 0.63% | 1.90% | 1.19 | $0.50 |
| 8/17/2018 | $26.20 | $26.76 | -2.11% | 0.39% | 1.01% | 0.86% | -2.97% | -1.87 * | ($0.78) |
| 8/20/2018 | $25.92 | $26.20 | -1.07% | 0.28% | 0.64% | 0.55% | -1.63% | -1.02 | ($0.42) |
| 8/21/2018 | $26.67 | $25.92 | 2.85% | 0.31% | 1.95% | 1.54% | 1.31% | 0.82 | $0.34 |
| 8/22/2018 | $25.76 | $26.67 | -3.47% | 0.07% | -0.83% | -0.62% | -2.85% | -1.79 * | ($0.75) |
| 8/23/2018 | $25.07 | $25.76 | -2.72% | -0.24% | -0.95% | -0.81% | -1.91% | -1.20 | ($0.49) |
| 8/24/2018 | $24.58 | $25.07 | -1.97% | 0.62% | 0.14% | 0.27% | -2.24% | -1.41 | ($0.56) |
| 8/27/2018 | $24.92 | $24.58 | 1.37% | 0.71% | 1.02% | 0.96% | 0.41% | 0.26 | $0.10 |
| 8/28/2018 | $25.37 | $24.92 | 1.79% | 0.00% | -0.79% | -0.61% | 2.40% | 1.51 | $0.61 |

190

**Exhibit-8**
**JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018**

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 8/29/2018 | $25.20 | $25.37 | -0.67% | 0.52% | -0.53% | -0.27% | -0.40% | -0.25 | ($0.10) |
| 8/30/2018 | $24.84 | $25.20 | -1.44% | -0.45% | -1.08% | -0.96% | -0.48% | -0.30 | ($0.12) |
| 8/31/2018 | $24.32 | $24.84 | -2.12% | 0.03% | -0.13% | -0.11% | -2.01% | -1.26 | ($0.49) |
| 9/4/2018 | $24.16 | $24.32 | -0.66% | -0.22% | 0.05% | -0.04% | -0.62% | -0.39 | ($0.15) |
| 9/5/2018 | $24.67 | $24.16 | 2.09% | -0.35% | 1.06% | 0.68% | 1.41% | 0.88 | $0.34 |
| 9/6/2018 | $24.73 | $24.67 | 0.24% | -0.40% | 0.31% | 0.10% | 0.14% | 0.09 | $0.03 |
| 9/7/2018 | $24.74 | $24.73 | 0.04% | -0.24% | -0.35% | -0.35% | 0.39% | 0.24 | $0.10 |
| 9/10/2018 | $25.46 | $24.74 | 2.87% | 0.23% | 0.72% | 0.59% | 2.28% | 1.43 | $0.57 |
| 9/11/2018 | $25.92 | $25.46 | 1.79% | 0.32% | -0.63% | -0.40% | 2.19% | 1.37 | $0.56 |
| 9/12/2018 | $25.81 | $25.92 | -0.43% | 0.08% | 0.11% | 0.09% | -0.52% | -0.33 | ($0.13) |
| 9/13/2018 | $25.74 | $25.81 | -0.27% | 0.43% | -0.07% | 0.06% | -0.33% | -0.21 | ($0.09) |
| 9/14/2018 | $26.30 | $25.74 | 2.15% | 0.09% | 0.07% | 0.06% | 2.09% | 1.32 | $0.54 |
| 9/17/2018 | $26.28 | $26.30 | -0.08% | -0.60% | -1.03% | -0.97% | 0.89% | 0.56 | $0.24 |
| 9/18/2018 | $26.32 | $26.28 | 0.15% | 0.55% | -0.24% | -0.04% | 0.19% | 0.12 | $0.05 |
| 9/19/2018 | $26.39 | $26.32 | 0.27% | 0.05% | -0.19% | -0.14% | 0.41% | 0.26 | $0.11 |
| 9/20/2018 | $25.84 | $26.39 | -2.11% | 0.78% | 0.29% | 0.43% | -2.54% | -1.59 | ($0.66) |
| 9/21/2018 | $25.59 | $25.84 | -0.97% | -0.10% | -0.75% | -0.62% | -0.36% | -0.22 | ($0.09) |
| 9/24/2018 | $25.34 | $25.59 | -0.98% | -0.37% | -1.46% | -1.23% | 0.24% | 0.15 | $0.06 |
| 9/25/2018 | $24.97 | $25.34 | -1.47% | -0.05% | -1.04% | -0.82% | -0.65% | -0.41 | ($0.16) |
| 9/26/2018 | $24.55 | $24.97 | -1.70% | -0.40% | -0.51% | -0.52% | -1.18% | -0.74 | ($0.29) |
| 9/27/2018 | $24.89 | $24.55 | 1.38% | 0.24% | -0.27% | -0.15% | 1.52% | 0.96 | $0.38 |
| 9/28/2018 | $24.66 | $24.89 | -0.93% | 0.01% | -1.00% | -0.77% | -0.16% | -0.10 | ($0.04) |
| 10/1/2018 | $23.86 | $24.66 | -3.30% | 0.18% | -0.49% | -0.33% | -2.97% | -1.86 * | ($0.72) |
| 10/2/2018 | $24.22 | $23.86 | 1.50% | -0.23% | 0.21% | 0.08% | 1.42% | 0.89 | $0.34 |
| 10/3/2018 | $24.69 | $24.22 | 1.92% | 0.16% | 0.63% | 0.51% | 1.41% | 0.89 | $0.34 |

## Exhibit-8
### JELD-WEN Daily Event Study Results: 27 January 2017 through 16 October 2018

| Date | JELD Closing Price | JELD Prior Day Closing Price | JELD Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | JELD Explained Return | JELD Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|
| 10/4/2018 | $24.31 | $24.69 | -1.55% | -0.94% | -0.28% | -0.50% | -1.06% | -0.66 | ($0.26) |
| 10/5/2018 | $24.09 | $24.31 | -0.91% | -0.61% | -0.72% | -0.73% | -0.18% | -0.11 | ($0.04) |
| 10/8/2018 | $23.86 | $24.09 | -0.96% | -0.13% | 0.09% | 0.01% | -0.97% | -0.61 | ($0.23) |
| 10/9/2018 | $22.91 | $23.86 | -4.06% | -0.18% | -3.25% | -2.52% | -1.54% | -0.97 | ($0.36) |
| 10/10/2018 | $22.57 | $22.91 | -1.50% | -3.18% | -2.15% | -2.56% | 1.07% | 0.67 | $0.25 |
| 10/11/2018 | $21.49 | $22.57 | -4.90% | -1.90% | -1.95% | -2.04% | -2.86% | -1.80 * | ($0.64) |
| 10/12/2018 | $21.35 | $21.49 | -0.65% | 1.22% | -1.13% | -0.52% | -0.14% | -0.09 | ($0.03) |
| 10/15/2018 | $21.31 | $21.35 | -0.19% | -0.37% | 0.16% | 0.00% | -0.19% | -0.12 | ($0.04) |
| 10/16/2018 | $17.28 | $21.31 | -20.96% | 2.12% | 2.23% | 2.28% | -23.25% | -14.61 *** | ($4.42) |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

192

# Exhibit-9

## JELD-WEN Closing Prices

16 October 2018 through 11 January 2019

| Date | JELD Closing Price |
|------|--------------------|
| 10/16/2018 | $17.28 |
| 10/17/2018 | $17.21 |
| 10/18/2018 | $17.13 |
| 10/19/2018 | $16.94 |
| 10/22/2018 | $16.67 |
| 10/23/2018 | $16.56 |
| 10/24/2018 | $15.93 |
| 10/25/2018 | $16.22 |
| 10/26/2018 | $15.49 |
| 10/29/2018 | $15.21 |
| 10/30/2018 | $16.20 |
| 10/31/2018 | $16.26 |
| 11/1/2018 | $17.03 |
| 11/2/2018 | $17.03 |
| 11/5/2018 | $17.36 |
| 11/6/2018 | $17.04 |
| 11/7/2018 | $17.00 |
| 11/8/2018 | $17.90 |
| 11/9/2018 | $18.00 |
| 11/12/2018 | $18.01 |
| 11/13/2018 | $18.11 |
| 11/14/2018 | $17.67 |
| 11/15/2018 | $17.87 |
| 11/16/2018 | $17.95 |
| 11/19/2018 | $17.76 |
| 11/20/2018 | $17.72 |
| 11/21/2018 | $18.01 |
| 11/23/2018 | $18.00 |
| 11/26/2018 | $17.99 |
| 11/27/2018 | $18.31 |
| 11/28/2018 | $19.05 |
| 11/29/2018 | $19.09 |
| 11/30/2018 | $19.06 |
| 12/3/2018 | $19.10 |
| 12/4/2018 | $18.03 |
| 12/6/2018 | $17.48 |
| 12/7/2018 | $16.88 |
| 12/10/2018 | $15.53 |

## Exhibit-9

### JELD-WEN Closing Prices

16 October 2018 through 11 January 2019

| Date | JELD Closing Price |
|---|---|
| 12/11/2018 | $15.35 |
| 12/12/2018 | $15.30 |
| 12/13/2018 | $14.72 |
| 12/14/2018 | $14.27 |
| 12/17/2018 | $14.17 |
| 12/18/2018 | $14.31 |
| 12/19/2018 | $14.41 |
| 12/20/2018 | $14.12 |
| 12/21/2018 | $14.02 |
| 12/24/2018 | $13.47 |
| 12/26/2018 | $14.32 |
| 12/27/2018 | $14.17 |
| 12/28/2018 | $14.43 |
| 12/31/2018 | $14.21 |
| 1/2/2019 | $14.66 |
| 1/3/2019 | $14.78 |
| 1/4/2019 | $15.63 |
| 1/7/2019 | $16.05 |
| 1/8/2019 | $16.45 |
| 1/9/2019 | $16.52 |
| 1/10/2019 | $16.40 |
| 1/11/2019 | $16.37 |

**Source:** CRSP.

194