# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

**[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion for Class Certification and Appointment of Class Representatives and Class Counsel filed by Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1.      The motion is hereby GRANTED.  Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), the Court hereby certifies a Class consisting of:

All persons and entities who or which, during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"), purchased the publicly traded common stock of Jeld-Wen Holding, Inc. ("Jeld-Wen").  The following are excluded from the Class: (1) Defendants; (2) members of the immediate family of any Defendant who is an individual; (3) any person who was an officer or director of Jeld-Wen, Onex Corporation ("Onex"), or any Onex affiliated fund during the Class Period; (4) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (5) Jeld-Wen's or Onex's employee retirement and benefit plan(s), if any, and their participants or beneficiaries, to the extent they made purchases through such plan(s); and (6) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person or entity.

2.      Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund have satisfied the requirements of Federal Rule of Civil Procedure 23(a) and are hereby appointed Class Representatives.

3.      Co-Lead Counsel Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP have satisfied the requirements of Federal Rule of Civil Procedure 23(g) and are hereby appointed Class Counsel.

4.      Cohen Milstein Sellers & Toll PLLC is hereby appointed Liaison Counsel.

IT IS SO ORDERED.


DATED: _____    _____
                                    THE HONORABLE JOHN A. GIBNEY, JR.
                                    UNITED STATES DISTRICT JUDGE

- 2 -