UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:20-cv-00112-JAG

<u>CLASS ACTION</u>

**DECLARATION OF TA'SHIA S. GORDON IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Ta'Shia S. Gordon declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. Mississippi's constitutional, statutory, and common law provide that the Attorney General is the chief legal officer for the state, and in that role provides legal representation to the state and all state agencies. I am authorized to seek the Mississippi Public Employees' Retirement System's ("Mississippi PERS") appointment as a Class Representative in this action.

3.      Mississippi PERS was established in 1952 and provides retirement and related benefits for Mississippi state and public education employees, officers of the Mississippi

Highway Safety Patrol, and certain elected officials, among others.  As of June 30, 2019, Mississippi PERS oversaw approximately $28.7 billion on behalf of more than 335,914 of members and their beneficiaries.

4.      Mississippi PERS purchased shares of Jeld-Wen Holding, Inc. ("Jeld-Wen") common stock during the January 26, 2017 through October 15, 2018, inclusive, Class Period. *See* Ex. A.

5.      Mississippi PERS did not acquire Jeld-Wen common stock at the direction of any counsel in this matter, including Labaton Sucharow LLP ("Labaton Sucharow") and/or Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), or in order to participate in this private action or any other litigation under the federal securities laws.

6.      Mississippi PERS sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

> *In re Portland General Electric Co. Sec. Litig*, No. 3:20-cv-01583 (D. Or.)
> *In re Mylan N.V. Sec. Litig.*, No. 2:20-cv-00955 (W.D. Pa.)
> *In re Wells Fargo & Co. Sec. Litig*., No. 20-cv-04494 (S.D.N.Y.)
> *Mississippi PERS v. Mohawk Industries, Inc*., No. 20-cv-00005 (N.D. Ga.)
> *In re The Boeing Company Aircraft Sec. Litig.*, No. 1:19-cv-02394 (N.D. Ill.)
> *Mississippi PERS v. McDermott International*, No. 4:19-cv-00135 (S.D. Tex.)
> *Jansen v. International Flavors & Fragrances, Inc*., No. 19-cv-7536 (S.D.N.Y.)
> *In re Nielsen Holdings PLC Securities Litigation,* No. 1:18-cv-07143 (S.D.N.Y.)
> *In re Advance Auto Parts, Inc. Sec. Litig.*, No. 1:18-cv-00212 (D. Del.)
> *In re Acuity Brands Inc. Sec. Litig.*, No. 1:18-cv-02140-MHC (N.D. Ga.)
> *In re Wageworks, Inc. Securities Litigation*, No. 4:18-cv-01523 (N.D. Cal.)
> *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725 (N.D. Cal.)
> *Cambridge Retirement System v. Mednax, Inc*., No. 0:18-cv-61572 (S.D. Fla.)

7.      Mississippi PERS understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions.  As a large sophisticated institutional investor, Mississippi PERS has been committed to vigorously prosecuting this litigation since its appointment as lead plaintiff and intends to continue to do so throughout this litigation.

8.    Mississippi PERS is committed to continue actively directing this litigation and maximizing the recovery for the class by attending hearings, depositions and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.  Further, Mississippi PERS understands that in the event it is appointed as a class representative it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy.  Mississippi PERS will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9.    Mississippi PERS intends to continue to provide fair and adequate representation by, among other things directing the efforts of counsel.

10.    Mississippi PERS has reviewed and monitored the progress of this litigation, and the active participation of Labaton Sucharow and Robbins Geller.  For example, Mississippi PERS received and reviewed periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of significant pleadings, court orders, and the progress of discovery.  Mississippi PERS has also participated in discussions with counsel regarding the litigation.

11.    For all these reasons, and for those described in the other documents filed in connection with the Motion, I respectfully request that the Court appoint Mississippi PERS as a Class Representative and Labaton Sucharow and Robbins Geller as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 15<u>th</u> day of January, 2021, in Jackson, Mississippi.

TA'SHIA S. GORDON
*Special Assistant Attorney General*
*Office of the Attorney General of the State of*
*Mississippi on behalf of the Public Employees'*
*Retirement System of Mississippi*

- 4 -