# EXHIBIT A

## EXHIBIT A

## TRANSACTIONS IN JELD-WEN HOLDINGS, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 01/27/17 | 33,200.00 | $23.00 | ($763,600.00) |
| Purchase | 02/02/17 | 40.00 | $27.41 | ($1,096.45) |
| Sale | 02/03/17 | -4,400.00 | $28.24 | $124,247.20 |
| Sale | 02/03/17 | -5,300.00 | $28.33 | $150,168.08 |
| Sale | 02/09/17 | -1,000.00 | $29.53 | $29,534.40 |
| Sale | 02/09/17 | -3,000.00 | $29.01 | $87,030.00 |
| Sale | 02/09/17 | -6,600.00 | $29.08 | $191,907.54 |
| Sale | 02/10/17 | -800.00 | $29.61 | $23,691.04 |
| Sale | 02/10/17 | -2,700.00 | $29.63 | $79,993.44 |
| Sale | 02/10/17 | -2,800.00 | $29.62 | $82,922.00 |
| Sale | 02/21/17 | -1,600.00 | $30.13 | $48,210.08 |
| Sale | 02/21/17 | -1,900.00 | $30.01 | $57,023.94 |
| Purchase | 02/28/17 | 100.00 | $31.24 | ($3,124.00) |
| Sale | 02/28/17 | -3,240.00 | $30.38 | $98,443.19 |
| Purchase | 11/16/17 | 67,900.00 | $33.75 | ($2,291,625.00) |
| Sale | 12/14/17 | -12,295.00 | $38.60 | $474,587.00 |
| Purchase | 02/01/18 | 77.00 | $39.49 | ($3,041.03) |
| Sale | 02/16/18 | -12,200.00 | $36.34 | $443,350.44 |
| Purchase | 02/21/18 | 1,200.00 | $32.42 | ($38,908.92) |
| Purchase | 02/21/18 | 3,000.00 | $33.46 | ($100,370.40) |
| Purchase | 02/22/18 | 2,300.00 | $33.71 | ($77,533.69) |
| Purchase | 02/22/18 | 5,500.00 | $33.97 | ($186,820.70) |
| Purchase | 02/27/18 | 7,100.00 | $32.00 | ($227,192.19) |
| Purchase | 02/28/18 | 7,100.00 | $30.02 | ($213,157.62) |
| Purchase | 02/28/18 | 1,600.00 | $30.41 | ($48,651.52) |
| Purchase | 02/28/18 | 2,700.00 | $31.21 | ($84,276.18) |
| Purchase | 03/01/18 | 1,300.00 | $31.17 | ($40,519.70) |
| Purchase | 03/01/18 | 800.00 | $31.17 | ($24,936.48) |
| Purchase | 03/01/18 | 1,100.00 | $31.20 | ($34,319.67) |
| Purchase | 03/05/18 | 653.00 | $32.13 | ($20,981.09) |
| Purchase | 03/07/18 | 1,419.00 | $31.91 | ($45,277.88) |
| Purchase | 03/08/18 | 593.00 | $31.68 | ($18,787.66) |
| Purchase | 03/16/18 | 1,800.00 | $33.40 | ($60,124.50) |
| Purchase | 03/16/18 | 3,600.00 | $33.42 | ($120,297.24) |
| Purchase | 03/19/18 | 900.00 | $33.10 | ($29,788.56) |
| Purchase | 03/19/18 | 7,700.00 | $33.36 | ($256,867.38) |
| Purchase | 04/10/18 | 146.00 | $29.74 | ($4,342.49) |
| Purchase | 04/17/18 | 10,000.00 | $30.37 | ($303,735.00) |
| Purchase | 04/24/18 | 150.00 | $29.99 | ($4,499.24) |
| Purchase | 04/27/18 | 149.00 | $28.93 | ($4,310.54) |
| Purchase | 05/07/18 | 338.00 | $29.77 | ($10,060.84) |
| Purchase | 05/11/18 | 140.00 | $28.99 | ($4,058.04) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 05/14/18 | 8,000.00 | $28.56 | ($228,471.20) |
| Purchase | 05/21/18 | 159.00 | $29.07 | ($4,622.16) |
| Purchase | 05/24/18 | 165.00 | $28.01 | ($4,620.99) |
| Purchase | 05/30/18 | 151.00 | $27.57 | ($4,163.72) |
| Purchase | 06/05/18 | 215.00 | $27.72 | ($5,959.41) |
| Purchase | 06/11/18 | 6,800.00 | $29.39 | ($199,854.72) |
| Purchase | 06/11/18 | 1,100.00 | $29.41 | ($32,353.86) |
| Purchase | 06/12/18 | 1,537.00 | $29.08 | ($44,691.96) |
| Purchase | 06/14/18 | 473.00 | $28.96 | ($13,696.85) |
| Purchase | 07/11/18 | 306.00 | $29.06 | ($8,892.57) |
| Purchase | 07/17/18 | 310.00 | $29.26 | ($9,070.57) |
| Purchase | 07/26/18 | 159.00 | $28.04 | ($4,457.87) |
| Purchase | 07/27/18 | 317.00 | $27.41 | ($8,687.48) |
| Purchase | 08/07/18 | 9,000.00 | $26.43 | ($237,876.30) |
| Purchase | 08/08/18 | 9,500.00 | $25.31 | ($240,434.55) |
| Purchase | 08/08/18 | 182.00 | $25.82 | ($4,699.75) |
| Purchase | 08/16/18 | 270.00 | $26.70 | ($7,209.14) |
| Purchase | 08/24/18 | 109.00 | $24.81 | ($2,704.40) |
| Purchase | 10/03/18 | 110.00 | $24.52 | ($2,697.50) |
| Purchase | 10/05/18 | 314.00 | $23.90 | ($7,504.76) |
| Purchase | 10/09/18 | 9,700.00 | $23.25 | ($225,545.37) |