UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | |

**DECLARATION OF TONI C. INSCOE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, TONI C. INSCOE, declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion").  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Administrator for the Trustees of Plumbers and Pipefitters National Pension Fund ("PPNPF"), who is seeking appointment as a Class Representative in this action.  I am authorized to seek PPNPF's appointment as a Class Representative in this action.

3.      PPNPF manages the pension assets for PPNPF participants and their families. PPNPF is one of the nation's largest Taft-Hartley funds established in 1968 with more than 148,000 participants and beneficiaries and assets of approximately $6 billion.

4.      PPNPF purchased shares of Jeld-Wen Holding, Inc. ("Jeld-Wen") common stock during the January 26, 2017 through October 15, 2018, inclusive, Class Period.  *See* Ex. A.

5.      PPNPF did not acquire Jeld-Wen common stock at the direction of any counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and/or Labaton Sucharow LLP ("Labaton Sucharow"), or in order to participate in this private action or any other litigation under the federal securities laws.

6.      PPNPF sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years: *Scheufele, et al. v. Tableau Software, Inc., et al.*, No. 1:17-cv-05753 (S.D.N.Y.); and *In re Alta Mesa Resources, Inc. Securities Litigation*, No. 4:19-cv-00957 (S.D. Tex.).

7.      PPNPF understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions.  As a large sophisticated institutional investor, PPNPF has been committed to vigorously prosecuting

this litigation since its appointment as lead plaintiff, and intends to continue to do so throughout this litigation.

8.      PPNPF is committed to continue actively directing this litigation and maximizing the recovery for the class by attending hearings, depositions and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.  Further, PPNPF understands that in the event it is appointed as a class representative it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy.  PPNPF will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9.      PPNPF intends to continue to provide fair and adequate representation by, among other things, directing the efforts of counsel.

10.     PPNPF has reviewed and monitored the progress of this litigation, and the active participation of Robbins Geller and Labaton Sucharow.  For example, both PPNPF and PPNPF Counsel received and reviewed periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of significant pleadings, court orders, and the progress of discovery.  PPNPF has also participated in discussions with counsel regarding the litigation.

11.     For all these reasons, and for those described in the other documents filed in connection with the Motion, I respectfully request that the Court appoint PPNPF as a Class Representative and Robbins Geller and Labaton Sucharow as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 18th day of January, 2021, in Alexandria, Virginia.

_____
TONI C. INSCOE