# EXHIBIT A

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 01/27/2017 | 17,600 | $23.00 |
| 05/25/2017 | 1,100 | $31.00 |
| 05/25/2017 | 4,099 | $30.98 |
| 05/25/2017 | 15,900 | $30.75 |
| 06/08/2017 | 4,229 | $31.40 |
| 06/09/2017 | 4,272 | $31.67 |
| 06/28/2017 | 1,977 | $33.47 |
| 07/05/2017 | 2,087 | $31.74 |
| 07/11/2017 | 2,198 | $30.79 |
| 07/25/2017 | 700 | $32.28 |
| 07/26/2017 | 900 | $32.52 |
| 07/26/2017 | 1,300 | $32.47 |
| 07/27/2017 | 3,918 | $32.37 |
| 08/08/2017 | 1,400 | $31.15 |
| 08/08/2017 | 9,200 | $29.99 |
| 08/09/2017 | 3,082 | $30.85 |
| 08/17/2017 | 3,466 | $27.99 |
| 11/16/2017 | 1,613 | $34.66 |
| 11/16/2017 | 12,300 | $33.75 |
| 02/06/2018 | 2,677 | $37.40 |
| 02/21/2018 | 3,600 | $33.46 |
| 03/28/2018 | 1,100 | $30.09 |
| 03/29/2018 | 1,400 | $30.65 |
| 04/02/2018 | 710 | $30.21 |
| 05/01/2018 | 2,100 | $28.45 |
| 05/02/2018 | 800 | $28.71 |
| 05/02/2018 | 3,100 | $28.70 |
| 05/03/2018 | 800 | $29.00 |
| 05/03/2018 | 1,800 | $29.07 |
| 05/04/2018 | 5,059 | $28.85 |
| 05/11/2018 | 3,806 | $28.93 |
| 05/24/2018 | 3,371 | $27.93 |
| 08/08/2018 | 8,184 | $25.64 |
| 08/09/2018 | 4,600 | $24.67 |
| 08/10/2018 | 1,818 | $24.90 |
| 08/28/2018 | 1,000 | $24.95 |
| 08/28/2018 | 2,200 | $25.27 |
| 08/29/2018 | 3,239 | $25.22 |

| Date<br>Sold | Amount of<br>Shares Sold | Price |
|---|---|---|
| 02/21/2017 | 2,600 | $30.01 |
| 02/22/2017 | 4,390 | $30.38 |
| 02/23/2017 | 1,100 | $31.02 |
| 02/23/2017 | 1,189 | $30.81 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/10/2017 | 700 | $32.10 |
| 03/13/2017 | 1,200 | $32.10 |
| 03/17/2017 | 1,700 | $32.18 |
| 03/20/2017 | 1,464 | $32.16 |
| 03/21/2017 | 2,100 | $32.77 |
| 03/23/2017 | 200 | $32.70 |
| 03/28/2017 | 957 | $32.71 |
| 06/21/2017 | 570 | $34.81 |
| 06/21/2017 | 1,200 | $34.71 |
| 09/14/2017 | 3,068 | $33.10 |
| 11/06/2017 | 1,700 | $35.46 |
| 12/20/2017 | 1,100 | $39.15 |
| 12/21/2017 | 1,454 | $39.11 |
| 02/08/2018 | 600 | $36.99 |
| 02/08/2018 | 700 | $37.50 |
| 02/09/2018 | 600 | $37.37 |
| 02/15/2018 | 1,200 | $37.10 |
| 02/16/2018 | 700 | $35.39 |
| 02/16/2018 | 773 | $36.18 |
| 02/16/2018 | 7,452 | $37.69 |
| 02/28/2018 | 800 | $29.31 |
| 02/28/2018 | 800 | $29.92 |
| 02/28/2018 | 1,000 | $29.39 |
| 02/28/2018 | 2,201 | $30.97 |
| 03/06/2018 | 3,082 | $31.83 |
| 05/08/2018 | 800 | $31.00 |
| 07/19/2018 | 1,100 | $30.03 |
| 07/20/2018 | 900 | $30.06 |
| 07/24/2018 | 331 | $28.71 |

Prices listed are rounded up to two decimal places.