UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) Civil Action No. 3:20-cv-00112-JAG )<br>) CLASS ACTION )<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) |

**DECLARATION OF JOHN J. SCHMITT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, JOHN J. SCHMITT, declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am President and Business Manager for the Wisconsin Laborers District Council and a Trustee for the Wisconsin Laborers' Pension Fund ("WLPF"), who is seeking appointment as a Class Representative in this action. I am authorized to seek WLPF's appointment as a Class Representative in this action.

3.      WLPF is a multi-employer defined benefit plan with approximately $700 million in assets under management.

4.      WLPF purchased shares of Jeld-Wen Holding, Inc. ("Jeld-Wen") common stock during the January 26, 2017 through October 15, 2018, inclusive, Class Period. *See* Ex. A.

5.      WLPF did not acquire Jeld-Wen common stock at the direction of any counsel in this matter, including Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and/or Labaton Sucharow LLP ("Labaton Sucharow"), or in order to participate in this private action or any other litigation under the federal securities laws.

6.      WLPF has not sought to serve as a lead plaintiff in any other class actions under the federal securities laws filed during the last three years.

7.      WLPF understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions. As a large sophisticated institutional investor, WLPF has been committed to vigorously prosecuting this litigation since being named as an additional plaintiff, and intends to continue to do so throughout this litigation.

- 1 -

8.    WLPF is committed to continue actively directing this litigation and maximizing the recovery for the class by attending hearings, depositions and/or trial, and overseeing the preparation and filing of pleadings, as appropriate. Further, WLPF understands that in the event it is appointed as a class representative it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy. WLPF will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9.    WLPF intends to continue to provide fair and adequate representation by, among other things, directing the efforts of counsel.

10.    WLPF has reviewed and monitored the progress of this litigation, and the active participation of Robbins Geller and Labaton Sucharow. For example, WLPF received and reviewed periodic updates and correspondence from counsel regarding significant aspects of the case, including the filing of significant pleadings, court orders, and the progress of discovery. WLPF has also participated in discussions with counsel regarding the litigation.

11.    For all these reasons, and for those described in the other documents filed in connection with the Motion, I respectfully request that the Court appoint WLPF as a Class Representative and Robbins Geller and Labaton Sucharow as Class Counsel.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 18th day of January, 2021, in DeForest, Wisconsin.

_____
JOHN J. SCHMITT

- 2 -