# EXHIBIT A

## SCHEDULE A

### SECURITIES TRANSACTIONS

Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/08/2017 | 807 | $33.02 |
| 09/11/2017 | 468 | $33.80 |
| 09/12/2017 | 804 | $33.89 |
| 09/13/2017 | 234 | $33.68 |
| 09/15/2017 | 476 | $32.64 |
| 09/15/2017 | 2,107 | $32.93 |
| 09/19/2017 | 5,182 | $33.12 |
| 09/20/2017 | 623 | $33.41 |
| 09/22/2017 | 427 | $34.31 |
| 09/25/2017 | 344 | $34.16 |
| 09/28/2017 | 923 | $35.79 |
| 10/04/2017 | 302 | $35.67 |
| 10/11/2017 | 331 | $35.78 |
| 10/16/2017 | 115 | $35.72 |
| 10/18/2017 | 400 | $35.25 |
| 10/24/2017 | 271 | $36.44 |
| 10/30/2017 | 400 | $36.47 |
| 11/09/2017 | 400 | $35.55 |
| 11/10/2017 | 431 | $35.72 |
| 11/21/2017 | 550 | $39.55 |
| 11/29/2017 | 300 | $39.03 |
| 12/06/2017 | 400 | $37.54 |
| 12/29/2017 | 110 | $39.32 |
| 01/23/2018 | 175 | $40.57 |
| 01/29/2018 | 235 | $40.38 |
| 02/22/2018 | 226 | $33.18 |
| 03/08/2018 | 191 | $31.90 |
| 07/30/2018 | 88 | $27.45 |
| 08/02/2018 | 123 | $25.89 |
| 08/09/2018 | 79 | $24.51 |
| 09/11/2018 | 116 | $25.83 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 04/10/2018 | 435 | $29.77 |
| 04/12/2018 | 220 | $29.82 |
| 04/12/2018 | 245 | $29.67 |
| 04/13/2018 | 328 | $30.27 |
| 04/17/2018 | 476 | $30.16 |
| 04/23/2018 | 1,180 | $30.07 |
| 04/25/2018 | 393 | $29.17 |
| 04/25/2018 | 1,874 | $29.40 |
| 05/01/2018 | 2,527 | $28.12 |

Prices listed are rounded up to two decimal places.