# Appendix A

# Plaintiffs' Two Theories of Liability: 1/26/2017-10/15/2018

