## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE: JELD-WEN HOLDING, INC.
SECURITIES LITIGATION

Civil Action No. 3:20-cv-00112

Judge John A. Gibney, Jr.

**DECLARATION OF JACOB M. RAE IN SUPPORT OF JELD-WEN DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.      I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants

JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel,

and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants").

This Declaration accompanies JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class

Certification.

2.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class

Certification as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition

of Dr. Steven P. Feinstein taken on January 30, 2021 in this litigation.  This transcript is designated

as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  Dkt. No.

112-1.

3.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class

Certification as Exhibit 2 is a true and correct copy of the Expert Report of Jason S. Flemmons,

CPA, CFE, CFF, In Opposition To The Expert Report Of Steven P. Feinstein, Ph.D., CFA., dated

February 1, 2021.  This report is designated as Highly Confidential pursuant to the Stipulated

Protective Order entered in this action.  Dkt. No. 112-1.

4.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Paulis, 30(b)(6) corporate designee for Segall Bryant & Hamill, LLC, taken on January 26, 2021 in this litigation. This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action. Dkt. No. 112-1.

5.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Nathan Kieffer, 30(b)(6) corporate designee for Wellington Management Company LLP, taken on January 27, 2021 in this litigation. This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action. Dkt. No. 112-1.

6.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition Toni Inscoe, 30(b)(6) corporate designee for Plaintiff Plumbers and Pipefitters National Pension Fund, taken on January 19, 2021 in this litigation. This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action. Dkt. No. 112-1.

7.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of L. Robert Clark, 30(b)(6) corporate designee for Plaintiff Mississippi Public Employees' Retirement System, taken on January 22, 2021 in this litigation. This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action. Dkt. No. 112-1.

8.      Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition

of John Schmitt, 30(b)(6) corporate designee for Plaintiff Wisconsin Laborers' Pension Fund, taken on January 8, 2021 in this litigation. This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action. Dkt. No. 112-1.

9. Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 8 is a true and correct copy of a blog post, titled "Jeld-Wen - Leave the Windows & Doors Shut for Now," dated January 31, 2017, that is hosted on the Seeking Alpha website and is Exhibit 2 to the January 30, 2021 deposition of Dr. Steven P Feinstein. The blog post is also publicly available at https://seekingalpha.com/article/4041084-jeld-wen-leave-windows-doors-shut-for-now.

10. Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 9 is a true and correct copy of an analyst report issued by Barclays, titled "JELD-WEN Holding, Inc.: Windows Reset; Remain OW," dated October 15, 2018.

11. Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 10 is a true and correct copy of an analyst report issued by Wells Fargo, titled "JELD: Still Battling Return To Normal. Another Executive Change," dated October 16, 2018.

12. Attached to JELD-WEN Defendants' Opposition to Plaintiffs' Motion for Class Certification as Exhibit 11 is a true and correct copy of an analyst report issued by SunTrust, titled "Severe Earnings Warning on Modest Volume Miss: Feels Company Specific But Time Will Tell," dated October 15, 2018.

On this day, February 2, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of February, 2021, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to

all counsel of record in this case.

> */s/ Brian C. Riopelle*
> Brian C. Riopelle (Va. Bar No. 36454)
> **MCGUIREWOODS LLP**
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA 23219
> Tel.: (804) 775-1084
> Fax.: (804) 698-2150
> briopelle@mcguirewoods.com