# EXHIBIT 8

Case 3:20-cv-00112-JAG Document 136-4 Filed 02/02/21 Page 2 of 8 PageID# 3146



`IPO Analysis`   `Industrial`

# Jeld-Wen - Leave The Windows & Doors Shut For Now

Jan. 31, 2017 1:02 PM ET | **JELD-WEN Holding, Inc. (JELD)**

 **The Value Investor**
18.29K Followers

`Follow`

## Summary

- Jeld-Wen is a pure play on a global residential housing recovery.

- The company´s size, brands and diversification make it a potentially interesting play.

- Investors are pricing in a lot of future margin improvements amidst a still fairly leveraged balance sheet, warranting a cautious stance.

**Jeld-Wen (JELD)** has seen a successful public offering, as investors like the prospect of investing in a pure play on a global residential housing recovery.

While the company has a very nice market position and has potential to increase margins, I am cautious given a premium valuation multiple, fairly elevated leverage ratio and very modest sales growth. While the valuation can be justified if margins can be improved meaningfully, I remain cautious on the back of the concerns touched upon above.

## Who Is Jeld-Wen?

Jeld-Wen claims that it is the largest door and window manufacturer in the world, although it must be said that doors are the key selling items. It produces and distributes both interior and exterior doors, windows and related products, mostly used in residential homes.

The company´s dominance is driven by strong brands, own manufacturing and distribution capabilities. Most of the products are sold under the namesake brand, although the company has regional brands in Europe and Australia as well, creating a very diversified business.

> **Exhibit 02**
> 1/30/2021
> Feinstein

Roughly 60% of revenues are generated in North America, 30% in Europe and the remainder in Australia. 90% of sales go to the residential market, split pretty evenly between new construction and the repair & remodeling market. The company has been owned by Onex Investments, a private equity

firm which is now trying to cash in on their investment after it has engaged in multiple bolt-on acquisitions in recent years to grow the business.

## The Offering & Financials

Jeld-Wen sold 25 million shares at $23 per share, a dollar above the midpoint of the preliminary offering range. As 22.3 million shares were offered by the company itself, the company obtains gross proceeds of $513 million from the IPO.

Following the offering there will be 104.9 million shares outstanding, the per-share price having risen to $26, valuing equity at $2.7 billion. Unfortunately, as is often the case with an IPO was previously owned by private equity owners, Jeld-Wen has a lot of debt. The company operated with a $1.21 billion net debt load ahead of the offering, a number which will fall to a little over $700 million following the offering. Based on trailing adjusted EBITDA of $369 million, leverage stands at nearly 2 times. That said, pension liabilities stand at $400 million, which if taken into account translates into a 3 times leverage ratio.

For the year of 2016, the company anticipates that sales will come in at roughly $3.67 billion, an 8% increase compared to 2015 on the back of acquisitions and organic growth rates of around 3%. That growth is not that impressive however, as the housing markets across the globe are generally showing a meaningful recovery.

The company reported an adjusted EBITDA number of $369 million over the past twelve months. After adding in some $100 million in depreciation and amortization charges, adjusted EBIT might come in at $269 million, far above the ¨clean¨ GAAP EBIT number of $187 million.

Using a 5% cost of interest on $700 million in net debt yields a $35 million interest bill. With a 35% tax rate, net earnings might come in at $100 million after taxes. Adjusted earnings might come in at $150 million, as the true earnings power is probably seen somewhere between $1.00 and $1.50 per share. That said, the lower end of the range seems more realistic in my eyes, as a lot of recurring charges were not taken into account in the adjusted earnings metrics.

## Final Thoughts

Based on the discussion above, there are few reasons to own the shares in my eyes. Leverage stands at 3 times if I include pension related liabilities. We have furthermore seen a decent recovery in housing markets already and shares now trade at 17-26 times pro-forma earnings, although the real earnings multiple will probably come in around the higher end of that range.

Case 3:20-cv-00112-JAG Document 136-4 Filed 02/02/21 Page 4 of 8 PageID# 3148

The only real reason to be upbeat in my eyes is the potential for margins. While the company is a market leader across the globe, GAAP operating margins are relatively limited at 5% of sales on an adjusted basis, which seems limited. In the filing, Jeld-Wen claims that **Masonite (DOOR)** is one of the few pure-play competitors listed on the stock exchange. This company reports GAAP margins of 6%, and trades at 1.2 times sales, a slight multiple compared to the 1 times multiple at which Jeld-Wen trades.

To create appeal, margins have to go up substantially as I am not that impressed with recent sales growth. If the company could boost margins to let´s say 10% and get rid of charges, operating profits could come in at $360 million. A $35 million tax bill and 33% tax rate would allow for earnings of $2 per share, easily supporting a +$30 valuation range, but that would require a 2-3 percentage point increase in adjusted operating margins, and would mean that GAAP margins need to double.

This is of course a huge task, if it is even achievable. For that reason I see few to no reasons to participate in this offering, keeping an eye on the developments going forward.

Editor's Note: This article covers one or more microcap stocks. Please be aware of the risks associated with these stocks.

---

**Disclosure:** I/we have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

---

👍 Like          ⌘ Share          🖨 Print          💬 Comment

Get Access to exclusive premium content, real-time chat and much more by The Value Investor with:

**Value In Corporate Events**

★ ★ ★ ★ ★

[ Free Trial ]

Already a subscriber? Sign In

Case 3:20-cv-00112-JAG   Document 136-4   Filed 02/02/21   Page 5 of 8 PageID# 3149

Get alerts on

**JELD - JELD-WEN Holding, Inc.**

<div style="border:1px solid #999; display:inline-block; padding:6px 30px;">Follow</div>    1.22K Followers

# Recommended for you

### 5 Dangerous Bubble Stocks: Don't Be The Bag Holder

Dane Bowler • Dec. 30, 2020 1:03 PM ET

---

### JinkoSolar Could See A Weak H1, But Long-Term Strength Persists (NYSE:JKS)

Damien Robbins • Dec. 14, 2020 1:18 PM ET

---

### Retirement Strategy: Start 2021 Off With These Hated Dividend Aristocrats And Kings To Jump-Start Your Income Stream

Regarded Solutions • Jan. 04, 2021 7:33 AM ET

---

### Monthly Pay 9% Yield With REITs: AWP (NYSE:AWP)

Rida Morwa • Jan. 09, 2021 9:30 AM ET

---

### Two Must-Own Stocks For Retirees (NYSE:EPD)

Samuel Smith • Jan. 08, 2021 7:19 PM ET

# Comments                                        Newest ⇟  ⋮

Be the first to comment

Publish

Case 3:20-cv-00112-JAG Document 136-4 Filed 02/02/21 Page 8 of 8 PageID# 3152