# EXHIBIT 10

October 16, 2018 | Equity Research



# JELD-WEN Holding, Inc.

## JELD: Still Battling Return To Normal. Another Executive Change.

### Market Perform/V/$29

Building Products
Overweight

**Earnings Estimate Revised Down**

JELD announced disappointing preliminary 3Q18 results after market close Monday (10/15), updated full-year 2018 guidance and announced the departure of its CFO, which comes on the heels of relieving its CEO in February. The updated guidance was disappointing and well below our and Consensus expectations. Net, 2H18 EBTIDA Dollar Guidance was lowered by 16.5% (14% below our estimate), while 2H18 EBITDA Margin guidance was lowered ~210 bps to 10.5%, now down 130 bps YoY. Thus, we believe the equity will decline materially today as JELD's operational improvement story has hit a serious snag the past year, with likely little reprieve for the foreseeable future. Ultimately, we believe the equity remains in the penalty box as we believe the company has created significant skepticism around its forecasted future as virtually its entire public life has been spent explaining its North American and European missteps. It's likely JELD needs at least a couple consecutive quarters of improved fundamental performance before investor confidence is restored in the company, and the new management teams. Given the recent operational missteps and market conditions, we hope the company has fully reset expectations, which we believe should have happened when the new CEO took the reins about a quarter ago.

After speaking with the company, lower-than-expected revenues (driven by service lead-time issues) and the related operational inefficiencies in North America and Europe, as well as from unfavorable channel mix toward the lower-margin retail channel, generated negative product mix and impacted price realization. Given the turnover of key management teams (JELD's CEO & CFO, as well as N America's CEO, EVP, Doors/Windows Presidents) and operational issues the past year, we believe the turnaround process is likely pushed out another year. With the release, JELD moved on from CFO Brooks Mallard and promoted John Linker to the CFO position. While we hope all the underlying problems are identified and have plans to correct, our long history around manufacturing tells us to expect significant restructuring charges and elongated fixes. In other words, the tardy, but newly announced comprehensive review of global manufacturing facilities, likely will push any normalization of business into the 2H19. Until then, our underlying confidence in financial numbers is limited.

**3Q18 Results versus our estimates**. JELD guided to 3Q18 Revenue Growth of +14% to +15% ($1.13B to $1.14B), missing our +16.1% estimate. JELD's Adj EBITDA guidance of $130M to $135M missed our $146M estimate by 9.2% at the midpoint, while Margin guidance of 11.5% to 11.8% missed our 12.7% estimate by 100 bps.

**Please see page 2 for our updated estimates.**

| $ EPS | 2017A | 2018E Curr. | 2018E Prior | 2019E Curr. | 2019E Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | 0.24 | 0.30 A | NC | 0.28 | 0.39 |
| Q2 (June) | 0.51 | 0.45 A | NC | 0.58 | 0.63 |
| Q3 (Sep.) | 0.55 | 0.53 | 0.61 | 0.65 | 0.72 |
| Q4 (Dec.) | 0.26 | 0.35 | 0.50 | 0.45 | 0.60 |
| FY | 1.55 | 1.63 | 1.87 | 1.95 | 2.34 |
| CY | 1.55 | 1.63 | | 1.95 | |
| FY P/EPS | 13.8x | 13.1x | | 10.9x | |
| Rev.(MM) | 3,764 | 4,364 | | 4,570 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile*
*EPS does not sum due to rounding.*

| Ticker | JELD |
|---|---|
| Price Target/Prior: | $29/NC |
| Price (10/15/2018) | $21.31 |
| 52-Week Range: | $20-43 |
| Shares Outstanding: (MM) | 105.3 |
| Market Cap.: (MM) | $2,243.9 |
| S&P 500: | 2,750.79 |
| Avg. Daily Vol.: | 717,758 |
| Dividend/Yield: | $0.00/0.0% |
| LT Debt: (MM) | $1,277.0 |
| LT Debt/Total Cap.: | 80.3% |
| ROE: | NE |
| 3-5 Yr. Est. Growth Rate: | 9.0% |
| CY 2018 Est. P/EPS-to-Growth: | 1.5x |
| Last Reporting Date: | 08/07/2018 Before Open |

*NC = No Change*
*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Stephen East, CFA**
Senior Analyst | 636-336-1463
stephen.east@wellsfargo.com

**Truman Patterson, CFA**
Associate Analyst | 636-336-1464
truman.patterson@wellsfargo.com

**Paul Przybylski**
Associate Analyst | 636-336-1465
paul.przybylski@wellsfargo.com

**Please see page 5 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 10/16/18 unless otherwise stated. 10/15/18 23:54:45 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far



Housing                                                                                           Equity Research

**2018 Guidance**.  JELD guided to 2018 Revenue Growth of +15% to +17% (versus our +16.5% estimate), EBITDA Dollars of $455M to $475M (versus our estimate of $502M) and EBITDA Margin of 10.6% (versus our 11.4% estimate).

**Updated Earnings Forecast**.  **Our 2018 EPS estimate falls** $0.24 (-12.8%) to $1.63.  Our 2018 Revenue estimate falls 60 bps to +15.9%, while our EBITDA Margin estimate falls by 80 bps to 10.6% (now down 100 bps YoY).  **Our 2019 EPS estimate falls $0.39 (-16.7%) to $1.95.**  Our 2019 EPS estimate is predicated on 4.7% Revenue growth to $4.57B and an EBITDA Margin of 11.0% (up 40 bps YoY).

### Exhibit 1: Quarterly Income Statement

| JELD-WEN QUARTERLY INCOME STATEMENT, 2017-2018E (Dollars in Millions, except Per Share Data) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year Ends December | 1Q17 | 1Q18 | % Change | 2Q17 | 2Q18 | % Change | 3Q17 | 3Q18E | % Change | 4Q17 | 4Q18E | % Change | 2017 | 2018E | % Change |
| **Net Sales** | $848 | $946 | 11.6% | $949 | $1,173 | 23.6% | $991 | $1,134 | 14.4% | $976 | $1,111 | 13.8% | $3,764 | $4,364 | 15.9% |
| Cost of Goods Sold | $666 | 740 | 11.1% | 713 | 924 | 29.6% | 763 | 900 | 17.9% | 770 | 891 | 15.6% | 2,913 | 3,454 | 18.6% |
| Gross Profit | $182 | $206 | 13.4% | $236 | $249 | 5.5% | $228 | $235 | 2.9% | $206 | $220 | 6.9% | $851 | $909 | 6.8% |
| SG&A | $128 | 147 | 14.8% | 137 | 144 | 5.8% | 128 | 133 | 4.0% | 133 | 147 | 10.6% | 525 | 571 | 8.8% |
| **Operating Profit** | $54 | $59 | 10.0% | $99 | $104 | 5.1% | $101 | $102 | 1.6% | $72 | $73 | 0.3% | $326 | $338 | 3.8% |
| EBITDA | $81 | 88 | 8.4% | 125 | 135 | 7.7% | 128 | 132 | 3.1% | 103 | 107 | 3.4% | 438 | 462 | 5.5% |
| Interest expense | $20 | 16 | (21.1%) | 18 | 18 | 1.7% | 17 | 17 | (1.2%) | 17 | 17 | (2.3%) | 72 | 68 | (6.3%) |
| Other Income | ($3) | 8 | NA | 3 | 14 | 382.9% | 3 | 1 | (65.5%) | 9 | 1 | (88.9%) | 12 | 23 | 92.7% |
| **Pretax Income** | $37 | $36 | (2.2%) | $79 | $73 | (7.5%) | $81 | $84 | 4.5% | $46 | $55 | 18.7% | $242 | $248 | 2.3% |
| Taxes | $11 | 3 | (74.2%) | 24 | 25 | 3.7% | 21 | 28 | 32.9% | 18 | 18 | 3.0% | 73 | 73 | 0.3% |
|  Tax Rate | $0 | 7.8% | | 30.0% | 33.6% | | 26.0% | 33.0% | | 38.0% | 33.0% | | 30.1% | 29.5% | |
| **Net Income** | $26 | $33 | 28.1% | $55 | $48 | (12.3%) | $60 | $56.39 | (5.4%) | $29 | $37 | 28.4% | $169 | $174 | 3.1% |
| Average Shares  (Mil.) | 109.6 | 108.9 | (0.7%) | 109.1 | 107.7 | (1.3%) | 109.0 | 106.6 | (2.2%) | 109.2 | 105.9 | (3.1%) | 109.2 | 107.2 | (1.8%) |
| **EPS - Adjusted** | $0.24 | $0.30 | 28.9% | $0.51 | $0.45 | (11.1%) | $0.55 | $0.53 | (3.3%) | $0.26 | $0.35 | 32.4% | $1.55 | $1.63 | 5.0% |
| Charges/Gains Per Share | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | |
| EPS - Reported | $0.24 | $0.30 | 28.9% | $0.51 | $0.45 | (11.1%) | $0.55 | $0.53 | (3.3%) | $0.26 | $0.35 | 32.4% | $1.55 | $1.63 | 5.0% |
| **Margin Performance** | | | | | | | | | | | | | | | |
| Sales Growth | 6.4% | 11.6% | 517 | (1.6%) | 23.6% | 2522 | 6.3% | 14.4% | 811 | 0.3% | 13.8% | 1352 | 2.6% | 15.9% | 1329 |
| **Gross Margin** | 21.4% | 21.8% | 34 | 24.9% | 21.2% | (363) | 23.0% | 20.7% | (232) | 21.1% | 19.8% | (127) | 22.6% | 20.8% | (177) |
| SG&A Ratio | 15.1% | 15.5% | 43 | 14.4% | 12.3% | (207) | 12.9% | 11.7% | (118) | 13.6% | 13.3% | (39) | 13.9% | 13.1% | (86) |
| **Operating Margin** | 6.4% | 6.3% | (9) | 10.5% | 8.9% | (156) | 10.1% | 9.0% | (114) | 7.4% | 6.5% | (88) | 8.7% | 7.8% | (91) |
| *Incremental (Decremental) Margin* | | 5.49% | | | 2.28% | | | 1.09% | | | 0.15% | | | 2.0% | |
| **EBITDA Margin** | 9.6% | 9.3% | (27) | 13.2% | 11.5% | (169) | 12.9% | 11.6% | (128) | 10.6% | 9.6% | (97) | 11.6% | 10.6% | (105) |
| Interest Expense | 2.3% | 1.7% | (69) | 1.8% | 1.5% | (33) | 1.7% | 1.5% | (24) | 1.8% | 1.5% | (25) | 1.9% | 1.5% | (37) |
| Pretax Margin | 4.3% | 3.8% | (53) | 8.3% | 6.2% | (209) | 8.1% | 7.4% | (70) | 4.7% | 4.9% | 20 | 6.4% | 5.7% | (76) |
| **Net Margin** | 3.0% | 3.5% | 45 | 5.8% | 4.1% | (169) | 6.0% | 5.0% | (104) | 2.9% | 3.3% | 37 | 4.5% | 4.0% | (50) |
| **SEGMENT Performance** | | | | | | | | | | | | | | | |
| **North America Revenue** | $484 | $498 | 2.9% | $552 | $673 | 22.0% | $572 | $658 | 15.0% | $550 | $635 | 15.4% | $2,158 | $2,464 | 14.2% |
| EBITDA Profit | $50 | $47 | (6.4%) | $80 | $80 | (0.3%) | $83 | $81 | (2.2%) | $61 | $61 | 0.6% | $274 | $269 | (1.8%) |
| EBITDA Margin | 10.4% | 9.4% | (93) | 14.5% | 11.8% | (264) | 14.4% | 12.3% | (216) | 11.1% | 9.7% | (142) | 12.7% | 10.9% | (177) |
| **Europe Revenue** | $242 | $302 | 24.5% | $259 | $319 | 23.1% | $265 | $299 | 12.9% | $276 | $305 | 10.3% | $1,043 | $1,225 | 17.4% |
| EBITDA Profit | $27 | $34 | 24.3% | $37 | $38 | 2.2% | $33 | $33 | (2.1%) | $35 | $32 | (7.9%) | $133 | $137 | 2.9% |
| EBITDA Margin | 11.2% | 11.2% | (2) | 14.3% | 11.9% | (244) | 12.6% | 10.9% | (167) | 12.8% | 10.7% | (211) | 12.8% | 11.2% | (157) |
| **Australasia Revenue** | $121 | $147 | 20.8% | $138 | $181 | 30.7% | $154 | $177 | 15.0% | $149 | $171 | 14.5% | $563 | $675 | 19.9% |
| EBITDA Profit | $13 | $17 | 26.5% | $17 | $24 | 39.9% | $23 | $28 | 21.6% | $21 | $26 | 22.4% | $75 | $95 | 27.0% |
| EBITDA Margin | 10.9% | 11.4% | 52 | 12.5% | 13.4% | 88 | 14.8% | 15.7% | 86 | 14.2% | 15.2% | 99 | 13.2% | 14.0% | 78 |
| **TOTAL SEGMENT REVENUE** | $848 | $946 | 11.6% | $949 | $1,173 | 23.6% | $991 | $1,134 | 14.4% | $976 | $1,111 | 13.8% | $3,764 | $4,364 | 15.9% |
| EBITDA Profit | $81 | $88 | 8.4% | $125 | $135 | 7.7% | $128 | $132 | 3.1% | $103 | $107 | 3.4% | $438 | $461 | 5.5% |
| EBITDA Margin | 9.6% | 9.3% | (27) | 13.2% | 11.5% | (170) | 12.9% | 11.6% | (128) | 10.6% | 9.6% | (97) | 11.6% | 10.6% | (105) |
| **OTHER FINANCIAL METRICS:** | | | | | | | | | | | | | | | |
| D&A | $27 | $29 | | $26 | $31 | | $28 | $30 | | $31 | $34 | | $111 | $123 | |
| Inventories Days O/S | 46 | 67 | 21 | 47 | 65 | 18 | 50 | 60 | 10 | 51 | 51 | 0 | 51 | 51 | 0 |
| Receivables Days O/S | 43 | 55 | 12 | 48 | 57 | 8 | 52 | 55 | 3 | 44 | 46 | 2 | 44 | 46 | 2 |

Source: Company Reports, Wells Fargo Securities, LLC estimates

JELD-WEN Holding, Inc.  

**Exhibit 2: Income Statement**

**JELD-WEN**
**INCOME STATEMENT, 2011-2019E**
**(Dollars in Millions Except Per Share Data)**

| Year Ending December | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | CAGR 2011-2017 | 2018E | % Change | 2019E | % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $3,174 | $3,168 | $3,457 | $3,507 | $3,381 | $3,667 | $3,764 | 2.9% | $4,364 | 15.9% | $4,570 | 4.7% |
| Cost of Goods Sold | $2,651 | $2,607 | $2,946 | $2,920 | $2,715 | $2,872 | $2,913 | 1.6% | $3,454 | 18.6% | $3,611 | 4.5% |
| Gross Profit | $523 | $561 | $510 | $587 | $666 | $795 | $851 | 8.4% | $909 | 6.8% | $959 | 5.5% |
| SG&A Expense | $529 | $505 | $462 | $458 | $450 | $507 | $525 | (0.1%) | $571 | 8.8% | $589 | 3.1% |
| **Operating Income** | ($5) | $57 | $49 | $130 | $216 | $288 | $326 | NA | $338 | 3.8% | $371 | 9.5% |
| **EBITDA** | $119 | $149 | $153 | $230 | $311 | $395 | $438 | 24.2% | $462 | 5.5% | $502 | 8.7% |
| Interest Expense | $141 | $60 | $71 | $69 | $61 | $76 | $72 | (10.6%) | $68 | (6.3%) | $60 | (11.1%) |
| Other Income | $4 | ($10) | ($12) | $51 | ($14) | ($13) | $12 | 22.8% | $23 | 92.7% | $4 | (82.8%) |
| **Pretax Income** | ($150) | $7 | ($10) | $10 | $169 | $224 | $242 | NA | $248 | 2.3% | $307 | 23.8% |
| Taxes | ($44) | $2 | ($3) | $3 | $50 | $66 | $73 | NA | $73 | 0.3% | $101 | 38.3% |
| Tax Rate | 29.6% | 29.6% | 29.6% | 29.6% | 29.6% | 29.6% | 30.1% | | 29.5% | | 33.0% | |
| **Net Income** | ($105) | $5 | ($7) | $7 | $119 | $158 | $169 | NA | $174 | 3.1% | $205 | 17.7% |
| Average Shares (Mil.) | 110 | 110 | 110 | 109 | 109 | 109 | 109 | (0.1%) | 107 | (1.8%) | 105 | (1.8%) |
| EPS  1Q: | | | $0.00 | $0.09 | $0.11 | $0.24 | NA | | $0.30 A | 28.9% | $0.28 | (8.8%) |
| 2Q: | | | $0.00 | $0.33 | $0.44 | $0.51 | NA | | $0.45 A | (11.1%) | $0.58 | 27.9% |
| 3Q: | | | $0.00 | $0.43 | $0.53 | $0.55 | NA | | $0.53 | (3.3%) | $0.65 | 22.0% |
| 4Q: | | | $0.00 | $0.24 | $0.36 | $0.26 | NA | | $0.35 | 32.4% | $0.45 | 30.8% |
| **EPS - Adjusted          YR:** | ($0.96) | $0.04 | ($0.07) | $0.06 | $1.09 | $1.44 | $1.55 | NA | $1.63 | 5.0% | $1.95 | 19.8% |
| Charges/Gains Per Share | $(1.11) | $(0.29) | $(0.61) | $(0.78) | $(0.25) | $3.39 | $- | | $- | | $- | |
| EPS - Reported | ($2.08) | ($0.24) | ($0.68) | ($0.72) | $0.84 | $4.83 | $1.55 | NA | $1.63 | 5.0% | $1.95 | 19.8% |
| **CASH FLOW SUMMARY:** | | | | | | | | | | | | |
| Net Income | ($105) | $5 | ($7) | $7 | $119 | $146 | $169 | NA | $174 | 3.1% | $205 | 17.7% |
| Noncash Charges | $124 | $92 | $105 | $100 | $95 | $107 | $111 | (1.8%) | $123 | 10.5% | $131 | 6.4% |
| Gross Cash Flow | $19 | $97 | $97 | $107 | $214 | $252 | $281 | 56.6% | $298 | 6.1% | $336 | 13.1% |
| **Gross CF/Share** | $0.17 | $0.88 | $0.89 | $0.98 | $1.96 | $2.31 | $2.57 | 56.7% | $2.77 | 8.0% | $3.19 | 15.1% |
| Capital Expenditures | $37 | $92 | $86 | $71 | $78 | $79 | $60 | 8.3% | $110 | 84.6% | $95 | (13.6%) |
| Dividends | $0 | $0 | $0 | $0 | $0 | $0 | $0 | NA | $0 | NA | $0 | NA |
| Free Cash Flow | ($18) | $5 | $12 | $36 | $137 | $173 | $221 | NA | $188 | (15.1%) | $241 | 28.7% |
| **Free CF/Share (Net of Div)** | ($0.16) | $0.05 | $0.11 | $0.33 | $1.25 | $1.58 | $2.02 | NA | $1.75 | (13.5%) | $2.29 | 31.0% |
| EBITDA (Op. CF) | $119 | $149 | $153 | $230 | $311 | $395 | $438 | 24.2% | $462 | 5.5% | $502 | 8.7% |
| **EBITDA (Op Cash Flow)/Share** | $1.09 | $1.36 | $1.40 | $2.10 | $2.84 | $3.61 | $4.01 | 24.3% | $4.30 | 7.4% | $4.76 | 10.6% |
| **MARGIN PERFORMANCE AS % OF SALES:** | | | | | | | | 7 Yr. Avg. | | | | |
| Sales Growth | | -0.20% | 9.11% | 1.47% | -3.60% | 8.45% | 2.65% | 3.0% | 15.9% | 1329 | 4.7% | (1120) |
| Gross Profit | 16.49% | 17.72% | 14.76% | 16.75% | 19.70% | 21.67% | 22.61% | 18.5% | 20.8% | (177) | 21.0% | 15 |
| SG&A Expense | 16.66% | 15.93% | 13.35% | 13.05% | 13.31% | 13.81% | 13.95% | 14.3% | 13.1% | (86) | 12.9% | (20) |
| **Operating Margin** | -0.17% | 1.78% | 1.40% | 3.70% | 6.38% | 7.85% | 8.67% | 4.2% | 7.8% | (91) | 8.1% | 35 |
| Incremental (Decremental) Margin | | NMF | -2.76% | 160.39% | NMF | 25.27% | 39.35% | | 2.0% | | 15.5% | |
| EBITDA Margin | 3.75% | 4.70% | 4.43% | 6.55% | 9.20% | 10.77% | 11.63% | 7.3% | 10.6% | (105) | 11.0% | 40 |
| Pretax Income | -4.72% | 0.21% | -0.30% | 0.29% | 5.01% | 6.12% | 6.43% | 1.9% | 5.7% | (76) | 6.7% | 103 |
| **Net Income** | -3.32% | 0.14% | -0.21% | 0.20% | 3.52% | 4.31% | 4.49% | 1.3% | 4.0% | (50) | 4.5% | 50 |
| Interest Expense | 4.44% | 1.88% | 2.06% | 1.98% | 1.79% | 2.09% | 1.91% | 2.31% | 1.55% | (37) | 1.31% | (23) |
| Capital Expenditures | 1.16% | 2.90% | 2.48% | 2.02% | 2.30% | 2.17% | 1.58% | 2.09% | 2.52% | 94 | 2.08% | (44) |
| **SEGMENT PERFORMANCE:** | | | | | | | | CAGR & AVG | | | | |
| North America Revenue | | | $1,974 | $1,990 | $2,016 | $2,149 | $2,158 | 2.2% | $2,464 | 14.2% | $2,621 | 6.4% |
| EBITDA Profit | | | $50 | $114 | $202 | $252 | $274 | 53.0% | $269 | (1.8%) | $293 | 9.0% |
| EBITDA Margin | | | 2.5% | 5.7% | 10.0% | 11.7% | 12.7% | 49.6% | 10.9% | (177) | 11.2% | 27 |
| Europe Revenue | | | $1,071 | $1,108 | $996 | $1,009 | $1,043 | (0.7%) | $1,225 | 17.4% | $1,266 | 3.4% |
| EBITDA Profit | | | $94 | $101 | $100 | $123 | $133 | 9.0% | $137 | 2.9% | $149 | 8.9% |
| EBITDA Margin | | | 8.8% | 9.1% | 10.0% | 12.2% | 12.8% | 9.8% | 11.2% | (157) | 11.8% | 59 |
| Australasia Revenue | | | $411 | $409 | $369 | $509 | $563 | 8.2% | $675 | 19.9% | $683 | 1.2% |
| EBITDA Profit | | | $34 | $41 | $40 | $60 | $75 | 21.5% | $95 | 27.0% | $105 | 11.1% |
| EBITDA Margin | | | 8.3% | 10.0% | 11.0% | 11.8% | 13.2% | 12.3% | 14.0% | 78 | 15.4% | 137 |
| **TOTAL SEGMENT REVENUE** | | | $3,457 | $3,507 | $3,381 | $3,667 | $3,764 | 2.2% | $4,364 | 15.9% | $4,570 | 4.7% |
| EBITDA Profit | | | $153 | $230 | $311 | $395 | $438 | 30.0% | $461 | 5.5% | $502 | 8.7% |
| EBITDA Margin | | | 4.4% | 6.6% | 9.2% | 10.8% | 11.6% | 27.3% | 10.6% | (105) | 11.0% | 40 |
| **OTHER FINANCIAL METRICS:** | | | | | | | | | | | | |
| Impairment and Restructuring Cost | $56 | $39 | $42 | $38 | $21 | $14 | $13 | | $6 | | $0 | |
| ROE | -147.1% | 3.8% | -9.8% | -12.3% | -59.5% | -166.4% | 40.6% | (50.1%) | 22.4% | (1815) | 25.4% | 297 |
| ROIC | -1.8% | 6.5% | 6.1% | 9.2% | 22.4% | 17.1% | 12.9% | 10.3% | 11.9% | (94) | 13.6% | 160 |

Source: Company Reports, Wells Fargo Securities, LLC estimates

## Price Target

Price Target: $29 from NC

Our Price Target implies a 17.8X 2018E PE multiple, 6% FCF Yield, and an 9.8X EV/EBITDA multiple. Risks include potential Raw Material inflation impacting margins and potential economic slowdowns deteriorating consumer demand in the US, Europe & Australia Housing Markets.

## Investment Thesis

We rate the share of JELD Market Perform. We believe the equity could tread water for the next few quarters as investors wait for the next catalyst.  JELD has suffered from some market issues and some self-inflected issues that likely take time to play out.

## Company Description

JELD-WEN is one of the world's largest door and window manufacturers, operating 118 manufacturing facilities in 19 countries located primarily in North America, Europe and Australia. Headquartered in Charlotte, North Carolina, JELD-WEN designs, produces and distributes an extensive range of interior and exterior doors, wood, vinyl and aluminum windows and related products for use in the new construction and repair and remodeling of residential homes and non-residential buildings.

JELD-WEN Holding, Inc.                                                                Equity Research

# Required Disclosures



Additional Information Available Upon Request

I certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- JELD-WEN Holding, Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to JELD-WEN Holding, Inc..
- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from JELD-WEN Holding, Inc. in the past 12 months.
- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from an affiliate of JELD-WEN Holding, Inc.  in the past 12 months.

- Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from JELD-WEN Holding, Inc. in the next three months.
- Wells Fargo Securities, LLC or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of JELD-WEN Holding, Inc.
- Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for JELD-WEN Holding, Inc. within the past 12 months.
- Wells Fargo Securities, LLC or its affiliates managed or co managed a public offering of securities for an affiliate of JELD-WEN Holding, Inc.  within the past 12 months
- Wells Fargo Securities, LLC maintains a market in the common stock of JELD-WEN Holding, Inc..

**JELD:** Risks include potential Raw Material inflation impacting margins and potential economic slowdowns deteriorating consumer demand in the US, Europe & Australia Housing Markets.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY
**2=Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD
**3=Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

**SECTOR RATING**
**O=Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.
**M=Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**U=Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

**VOLATILITY RATING**
**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.


As of: October 16, 2018

| | |
|---|---|
| 48% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Outperform. | Wells Fargo Securities, LLC has provided investment banking services for 41% of its Equity Research Outperform-rated companies. |
| 50% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Market Perform. | Wells Fargo Securities, LLC has provided investment banking services for 30% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underperform. | Wells Fargo Securities, LLC has provided investment banking services for 19% of its Equity Research Underperform-rated companies. |


**Important Disclosure for U.S. Clients**
This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), a subsidiary of Wells Fargo & Co. and an investment adviser registered with the SEC.   If research payments are made separately from commission payments, this report is being provided by SAI.  For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

JELD-WEN Holding, Inc.                                                                    Equity Research

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission of Hong Kong ("SFC") to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 of The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).  The author or authors of this report may or may not be licensed by the SFC.  Professional investors who receive this report should direct any queries regarding its contents to Mark Jones at WFSAL (email: wfsalresearch@wellsfargo.com ).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts.  This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies.   These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.  Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2018 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE