# EXHIBIT 11

**CHANGING TARGET**
October 15, 2018

# JELD-WEN Holding, Inc. (JELD)



SUNTRUST ROBINSON HUMPHREY

# Severe Earnings Warning On Modest Volume Miss

## Feels Company Specific But Time Will Tell

### What's Incremental To Our View

JELD missed on reportedly lower volume from the distribution channel (higher margin customer) coupled with lower production causing poor overhead absorption. The decremental margin from the sales cut is exceptionally high (50%+), implying production is being severely curtailed to bring down inventory. JELD continues to have some of its products in very competitive businesses which makes organic growth challenging. With a new CEO and now new CFO in place, we believe it is time to revaluate its growth plan beyond the 100-150 basis point margin gains which have not been seen for some time.

**Announces Preliminary 3Q18 Results.** JELD announced preliminary results for 3Q18 which include revenue of $1.13-$1.14 billion, or an increase of 14.0%-15.0% including acquisitions, compared to the Street consensus of $1.16 billion. The company also anticipates 3Q18 adjusted EBITDA of $130-$135 million, compared to the Street consensus of $147 million, and management's prior guidance of $143-$153 million. We have lowered our 2018 adjusted EBITDA estimate to $463 million from $505 million and lowered our price target to $19, applying a 6.7x EV/EBITDA multiple on our 2019 estimate.

**Lowers 2018 Guidance; Modest Revenue Guide Down But Sharper Cut To EBITDA.** For the full year, management modestly lowered its revenue guidance range to 15%-17% growth from the prior guidance range of 16%-18%. However, management more sharply lowered their adjusted EBITDA guidance to $455-$470 million from the prior guidance of $500-$520 million as well as below the Street consensus of $505 million.

**Move Implies Very Limited Organic Growth In Year; Company/Sector Specific Or Market?** The above results include some large early year acquisitions of which management's view has not changed. As a result, we believe this implies roughly 1% organic growth in 2H18 and for the year. Organic growth has been a problem for JELD since its IPO, so we are not sure that it should be extrapolated at this point. We believe the severity of the earnings cut implies a substantial inventory takedown at JELD which has been some time coming. Management also stated they will continue to look for ways to reduce the fixed cost structure of the company and will provide more details within the next month. We believe this is very much needed in the company.

**Changes CFO; Completes New Team.** The company also announced the departure of CFO Brooks Mallard. He will be replaced by John Linker, currently SVP Corporate Development and Investor Relations, and who previously held the position of Treasurer. John is well known to investors and we have found

## Hold

**Price Target: $19.00**
*Prior: $28.00*

| | |
|---|---|
| Price (Oct. 15, 2018) | $21.31 |
| 52-Wk Range | $41.81-$21.31 |
| Market Cap ($M) | $2,295 |
| ADTV | 529,041 |
| Shares Out (M) | 107.7 |
| Short Interest Ratio/% Of Float | 6.7% |
| TR to Target | (10.8)% |
| Enterprise Value ($M) | $3,699.5 |

| | |
|---|---|
| Cash And Equivalents ($M) | $137.6 |
| Total Debt | $1,542.0 |
| Debt/TTM EBITDA | 3.1x |

| | 2017A | 2018E | | 2019E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** | | | | | |
| 1Q | $0.17 | $0.30A | $0.30 | $0.34 | $0.40 |
| 2Q | $0.51 | $0.45A | $0.45 | $0.56 | $0.66 |
| 3Q | $0.55 | $0.54 | $0.61 | $0.59 | $0.71 |
| 4Q | $0.26 | $0.39 | $0.55 | $0.53 | $0.62 |
| FY | $1.46 | $1.68 | $1.91 | $2.02 | $2.38 |
| P/E | 14.6x | 12.7x | | 10.5x | |
| **EBITDA ($M)** | | | | | |
| FY | $438 | $463 | $505 | $507 | $574 |
| EV/ EBITDA | 8.5x | 8.0x | | 7.3x | |
| **Consensus EBITDA ($M)** | | | | | |
| FY | $446 | $505 | | $573 | |
| **Revenue ($M)** | | | | | |
| FY | $3,764 | $4,365 | $4,420 | $4,632 | $4,690 |
| FYE Dec | | | | | |

**Keith Hughes**
404-926-5032
keith.hughes@suntrust.com

Judy Merrick
404-926-5837
judy.merrick@suntrust.com

**SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION**

Case 3:20-cv-00112-JAG   Document 136-7   Filed 02/02/21   Page 3 of 9 PageID# 3179



him to be a balanced voice of reason in the company. Coupled with the new CEO appointment earlier in the year, JELD has completed its new leadership.



**JELD-WEN Holding, Inc.**

Income Statement ($ mil)

FY Ends Dec.

| | Sales | % CHG | % CHG Excl Currency & Acq | GM% | Total SG&A % | Oper. Marg | EBITDA | EBITDA Marg. | Cont Mgn | Int Exp (Inc) | Tax Rate | Net Marg | Shares | EPS | % CHG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | $3,174.1 | | | 16.5% | 16.7% | (1.9%) | $152.6 | 4.8% | NM | $140.8 | (10.7%) | (6.9%) | | | |
| 2012 | $3,167.9 | (0.2%) | | 17.7% | 15.9% | 0.6% | $183.4 | 5.8% | NM | $59.5 | 17.0% | (0.8%) | | | |
| 2013 | $3,456.5 | 9.1% | | 14.8% | 13.9% | (0.4%) | $153.2 | 4.4% | NM | $71.4 | (1.6%) | (2.1%) | | | |
| 2014 | $3,507.2 | 1.5% | | 16.7% | 13.9% | 1.7% | $229.8 | 6.6% | NM | $69.3 | 37.2% | 0.9% | | | |
| 2015 | $3,381.1 | (3.6%) | 8.6% | 19.6% | 13.2% | 6.4% | $310.6 | 9.2% | 26.8% | $60.6 | (3.1%) | 5.4% | | | |
| | | | | | | | | | | | | | | | |
| 1Q | $796.5 | 8.1% | 4.6% | 19.1% | 14.6% | 4.5% | $62.5 | 7.8% | | $17.0 | 11.7% | 2.1% | | | |
| 2Q | $964.6 | 9.8% | 3.0% | 22.5% | 13.5% | 9.0% | $113.0 | 11.7% | | $18.2 | (32.2%) | 9.4% | | | |
| 3Q | $932.5 | 6.7% | 0.0% | 22.2% | 12.3% | 9.9% | $118.0 | 12.7% | | $18.5 | 19.2% | 6.5% | | | |
| 4Q | $973.2 | 9.2% | 5.0% | 22.5% | 15.7% | 6.7% | $103.0 | 10.6% | | $22.8 | (471.1%) | 27.4% | | | |
| | | | | | | | | | | | | | | | |
| 2016 | $3,666.8 | 8.5% | 3.0% | 21.7% | 14.0% | 7.6% | $396.5 | 10.8% | 30.0% | $76.5 | (107.7%) | 11.9% | | | |
| | | | | | | | | | | | | | | | |
| 1Q | $847.8 | 6.4% | 6.0% | 21.9% | 16.5% | 5.5% | $81.0 | 9.5% | | $19.6 | 25.2% | 2.2% | 109.6 | $0.17 | |
| 2Q | $948.7 | (1.6%) | (1.0%) | 24.8% | 14.9% | 9.9% | $125.3 | 13.2% | | $17.5 | 25.0% | 5.8% | 109.0 | $0.51 | |
| 3Q | $991.4 | 6.3% | 2.0% | 23.0% | 13.6% | 9.4% | $128.2 | 12.9% | | $17.2 | 19.6% | 6.0% | 109.0 | $0.55 | |
| 4Q | $976.0 | 0.3% | (6.0%) | 21.1% | 15.5% | 5.6% | $103.1 | 10.6% | | $17.3 | 36.1% | 2.9% | 109.6 | $0.26 | |
| | *Company had 4 extra days in 1Q17 and 4 less in 4Q17 impacting sales 5%.* | | | | | | | | | | | | | | |
| 2017 | $3,763.9 | 2.6% | 0.1% | 22.7% | 15.1% | 7.6% | $437.6 | 11.6% | 42.3% | $71.6 | 25.4% | 4.3% | 109.3 | $1.46 | |
| | | | | | | | | | | | | | | | |
| 1Q | $946.2 | 11.6% | 0.0% | 21.8% | 15.3% | 6.5% | $87.8 | 9.3% | 7.0% | $15.7 | 14.5% | 3.5% | 109.6 | $0.30 | 77.9% |
| 2Q | $1,172.5 | 23.6% | 3.0% | 22.3% | 13.9% | 8.4% | $135.0 | 11.5% | 4.3% | $17.9 | 43.5% | 4.1% | 107.7 | $0.45 | (11.2%) |
| 3QE | $1,136.1 | 14.6% | 0.4% | 23.3% | 14.1% | 9.2% | $132.5 | 11.7% | 3.0% | $17.0 | 33.0% | 5.1% | 107.0 | $0.54 | (0.9%) |
| 4QE | $1,109.9 | 13.7% | 1.2% | 22.8% | 15.6% | 7.2% | $108.0 | 9.7% | 3.7% | $17.0 | 33.0% | 3.7% | 107.0 | $0.39 | 48.1% |
| | | | | | | | | | | | | | | | |
| 2018E | $4,364.8 | 16.0% | 1.1% | 22.6% | 14.7% | 7.9% | $463.3 | 10.6% | 4.3% | $67.6 | 33.7% | 4.1% | 107.8 | $1.68 | 14.6% |
| | | | | | | | | | | | | | | | |
| 1QE | $1,065.1 | 12.6% | 2.0% | 22.0% | 15.1% | 6.9% | $101.0 | 9.5% | 11.1% | $17.0 | 33.0% | 3.4% | 107.0 | $0.34 | 12.3% |
| 2QE | $1,196.0 | 2.0% | 2.0% | 24.5% | 15.4% | 9.1% | $136.7 | 11.4% | 7.3% | $16.5 | 33.0% | 5.1% | 107.0 | $0.56 | 25.4% |
| 3QE | $1,158.9 | 2.0% | 2.0% | 24.5% | 14.9% | 9.6% | $139.5 | 12.0% | 30.8% | $16.5 | 33.0% | 5.4% | 107.0 | $0.59 | 8.7% |
| 4QE | $1,132.1 | 2.0% | 2.0% | 24.0% | 15.0% | 9.0% | $129.5 | 11.4% | 96.7% | $16.0 | 33.0% | 5.0% | 107.0 | $0.53 | 36.2% |
| | | | | | | | | | | | | | | | |
| 2019E | $4,552.1 | 4.3% | 2.0% | 23.8% | 15.1% | 8.7% | $506.7 | 11.1% | 23.2% | $66.0 | 33.0% | 4.7% | 107.0 | $2.02 | 20.4% |

Source: Company reports and STRH estimates


SunTrust Robinson Humphrey

## JELD-WEN Holding, Inc. Segments

($ millions)

| | 2019E | 4Q19E | 3Q19E | 2Q19E | 1Q19E | 2018E | 4Q18E | 3Q18E | 2Q18 | 1Q18 | 2017 | 4Q17 | 3Q17 | 2Q17 | 1Q17 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **North America** | | | | | | | | | | | | | | | | | | |
| Revenue | **$2,590.0** | $649.5 | $676.0 | $686.7 | $577.9 | **$2,470.6** | $636.8 | $662.7 | $673.2 | $497.9 | **$2,158.1** | $550.3 | $572.0 | $551.7 | $484.1 | **$2,149.2** | **$2,015.7** | **$1,989.6** |
| % Total Growth | **4.8%** | 2.0% | 2.0% | 2.0% | 16.1% | **14.5%** | 15.7% | 15.9% | 22.0% | 2.9% | **0.4%** | (3.3%) | 3.6% | (2.8%) | 5.2% | **6.6%** | **1.3%** | **0.8%** |
| % Organic Growth (excluding F/X) | **2.0%** | 2.0% | 2.0% | 2.0% | 2.0% | **1.3%** | 3.0% | 1.0% | 3.0% | (2.0%) | **(1.0%)** | (7.0%) | 2.0% | (2.0%) | 5.0% | **5.0%** | **2.4%** | |
| EBITDA | **$306.0** | $77.9 | $87.9 | $82.4 | $57.8 | **$269.9** | $60.5 | $82.8 | $79.6 | $47.0 | **$273.6** | $61.1 | $82.5 | $79.8 | $50.2 | **$252.3** | **$201.7** | **$114.1** |
| EBITDA % | **11.8%** | 12.0% | 13.0% | 12.0% | 10.0% | **10.9%** | 9.5% | 12.5% | 11.8% | 9.4% | **12.7%** | 11.1% | 14.4% | 14.5% | 10.4% | **11.7%** | **10.0%** | **5.7%** |
| **Europe** | | | | | | | | | | | | | | | | | | |
| Revenue | **$1,250.8** | $307.4 | $298.6 | $325.1 | $319.7 | **$1,214.6** | $301.4 | $292.8 | $318.7 | $301.7 | **$1,042.7** | $276.4 | $265.1 | $258.9 | $242.3 | **$1,008.7** | **$996.0** | **$1,108.4** |
| % Total Growth | **3.0%** | 2.0% | 2.0% | 2.0% | 6.0% | **16.5%** | 9.0% | 10.4% | 23.1% | 24.5% | **3.4%** | 7.8% | 7.4% | (3.0%) | 1.6% | **1.3%** | **(10.1%)** | **3.5%** |
| % Organic Growth (excluding F/X) | **2.0%** | 2.0% | 2.0% | 2.0% | 2.0% | **1.3%** | 0.0% | 1.0% | 2.0% | 2.0% | **2.0%** | (2.0%) | 1.0% | 1.0% | 6.0% | **1.0%** | | |
| EBITDA | **$150.0** | $40.0 | $35.8 | $39.0 | $35.2 | **$142.4** | $36.2 | $34.5 | $37.9 | $33.8 | **$133.0** | $35.3 | $33.4 | $37.1 | $27.2 | **$122.6** | **$99.5** | **$100.6** |
| EBITDA % | **12.0%** | 13.0% | 12.0% | 12.0% | 11.0% | **11.7%** | 12.0% | 11.8% | 11.9% | 11.2% | **12.8%** | 12.8% | 12.6% | 14.3% | 11.2% | **12.2%** | **10.0%** | **9.1%** |
| **Australasia** | | | | | | | | | | | | | | | | | | |
| Revenue | **$711.2** | $175.2 | $184.3 | $184.2 | $167.5 | **$679.6** | $171.7 | $180.7 | $180.6 | $146.6 | **$563.1** | $149.2 | $154.3 | $138.2 | $121.4 | **$508.9** | **$369.3** | **$409.2** |
| % Total Growth | **4.6%** | 2.0% | 2.0% | 2.0% | 14.3% | **20.7%** | 15.1% | 17.1% | 30.7% | 20.8% | **10.6%** | 1.2% | 15.7% | 6.0% | 24.2% | **37.8%** | **(9.7%)** | **(0.4%)** |
| % Organic Growth (excluding F/X) | **2.0%** | 2.0% | 2.0% | 2.0% | 2.0% | **0.3%** | (3.0%) | (3.0%) | 3.0% | 4.0% | **1.0%** | (5.0%) | 4.0% | 1.0% | 7.0% | **2.0%** | | |
| EBITDA | **$99.5** | $26.3 | $28.6 | $24.9 | $19.8 | **$94.3** | $25.8 | $27.6 | $24.2 | $16.7 | **$74.6** | $21.2 | $22.9 | $17.3 | $13.2 | **$60.3** | **$40.5** | **$40.8** |
| EBITDA % | **14.0%** | 15.0% | 15.5% | 13.5% | 11.8% | **13.9%** | 15.0% | 15.3% | 13.4% | 11.4% | **13.2%** | 14.2% | 14.8% | 12.5% | 10.9% | **11.8%** | **11.0%** | **10.0%** |

Source: Company reports and STRH estimates

Case 3:20-cv-00112-JAG    Document 136-7    Filed 02/02/21    Page 6 of 9 PageID# 3182



## Company Description

JELD-WEN is a leading global manufacturer of windows and doors based in Charlotte, NC. The company's products include interior and exterior doors, wood, vinyl and aluminum windows, as well as related products.

## Investment Thesis

JELD-WEN has a leading brand and strong competitive position in the window and door market. The company is heavily tied to residential new construction and remodeling spending.

## Valuation and Risks

Our $19 price target assumes 6.7x EV/EBITDA multiple on our 2019 estimate, below with the group average. Upside risks to our rating and price target include: an acceleration in new residential construction or repair and remodeling spending, lower raw material costs or more favorable industry conditions. Downside risks to our rating and price target include: a slowdown in new residential construction or repair and remodeling spending, raw material inflation and a less rational competitive environment.

## Analyst Certification

I, Keith Hughes , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

SunTrust Robinson Humphrey, Inc. or an affiliate managed or co-managed a securities offering for the following company within the last 12 months: JELD-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for investment banking services within the last 12 months: JELD-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for investment banking services within the last 12 months: JELD-US

The following company is a client of SunTrust Robinson Humphrey, Inc. for non-investment banking securities-related services within the last 12 months: JELD-US

SunTrust Robinson Humphrey, Inc. or an affiliate has received compensation for non-investment banking services within the last 12 months: JELD-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may



exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return $\geq$ 15% (10% for low-Beta securities)***
· Reduce – total return $\leq$ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 10/15/2018):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
| --- | --- | --- | --- | --- | --- |
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 476 | 64.94% | Buy | 133 | 27.94% |
| Hold | 253 | 34.52% | Hold | 43 | 17.00% |
| Sell | 4 | 0.55% | Sell | 1 | 25.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to



investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2018. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070