**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) Civil Action No. 3:20-cv-00112-JAG ) ) CLASS ACTION |
| This Document Relates To: | ) ) ) |
| ALL ACTIONS. | ) ) |

**DECLARATION OF MICHAEL H. ROGERS IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, MICHAEL H. ROGERS, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner of the firm Labaton Sucharow LLP, counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class.

3.      I submit this declaration to the Court in further support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

4.      Attached hereto are true and correct copies of the following:

Exhibit F:      Excerpts from the transcript of the deposition of Steven P. Feinstein taken on January 30, 2021 in this litigation.  This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

Exhibit G:      Declaration of Dr. Steven Feinstein, Ph.D., CFA., in Support of Plaintiffs' Motion for Class Certification dated February 8, 2021.

Exhibit H:      Excerpts from the transcript of the deposition of Jason S. Flemmons taken on February 5, 2021 in this litigation.  This transcript is designated as

Highly Confidential pursuant to the Stipulated Protective Order entered in this action. ECF No. 112-1.

On this day, February 8, 2021, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Michael H. Rogers (Admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
mrogers@labaton.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2021, I caused a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*

Steven J. Toll
VA Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005

*Liaison Counsel for Lead Plaintiffs*
