UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |

**DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF
PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY
AND OPINIONS OF DEFENDANTS' EXPERT DANIEL R. FISCHEL**

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund.  I submit this declaration to the Court in support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel.

3.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Daniel R. Fischel, in Opposition to the Report of Professor Steven P. Feinstein, dated February 1, 2021.

4.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Daniel R. Fischel, taken on February 26, 2021 in this litigation.

- 2 -

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Report on Market Efficiency, Loss Causation and Damages, by Professor Steven P. Feinstein, PhD., CFA, dated January 4, 2021.

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the [Proposed] Order Granting Plaintiffs' Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 5, 2021, at San Diego, California.


_____
*/s/ Debra J. Wyman*
DEBRA J. WYMAN

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 5, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Steven J. Toll*
STEVEN J. TOLL