# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO EXCLUDE THE TESTIMONY AND
OPINIONS OF DEFENDANTS' EXPERT DANIEL R. FISCHEL**

Having considered Lead Plaintiffs' Public Employees' Retirement System of Mississippi and Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs") Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel, and good cause appearing therefor, the Court ORDERS as follows:

1.      GRANTS the motion and excludes the expert testimony of Daniel R. Fischel from the record;

2.      PRECLUDES Daniel R. Fischel from testifying at trial; and

3.      Any such relief the Court deems just and proper.

\*      \*      \*

**ORDER**

**IT IS SO ORDERED.**

Date:_____        _____

JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE