**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
|  | ) | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) ) |  |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO EXCLUDE SECTIONS V, VI and VII.D OF
THE EXPERT REPORT AND TESTIMONY OF JOHN H. JOHNSON, IV**

AND NOW, upon consideration of the Motion to Exclude Sections V, VI and VII.D of the

Expert Report and Testimony of John H. Johnson, IV filed by Lead Plaintiffs Public Employees'

Retirement System of Mississippi and the Plumbers & Pipefitters National Pension Fund, along

with Additional Plaintiff Wisconsin Laborers' Pension, the responses thereto, and for other good

cause known to the Court, it is hereby

ORDERED that the Motion is GRANTED.

Entered this __ day of _____, 2021.

_____
John A. Gibney, Jr.
United States District Judge