IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:20-cv-00112-JAG

CLASS ACTION

**DECLARATION OF MICHAEL H. ROGERS IN SUPPORT OF
PLAINTIFFS' MOTION TO EXCLUDE SECTIONS V, VI and VII.D OF
THE EXPERT REPORT AND TESTIMONY OF JOHN H. JOHNSON, IV**

I, MICHAEL H. ROGERS, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner of the firm Labaton Sucharow LLP, counsel for Co-Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class.

3.      I submit this declaration to the Court in further support of Plaintiffs' Motion to Exclude Sections V, VI and VII.D of the Expert Report and Testimony of John H. Johnson, IV.

4.      Attached hereto are true and correct copies of the following:

Exhibit A:   Declaration of Dr. Russell L. Lamb dated January 4, 2021, marked as Plaintiffs' Exhibit 10 on February 17, 2021.  This declaration is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

Exhibit B:   Expert Report of Dr. John H. Johnson, IV in Opposition to Declaration of Dr. Russell L. Lamb dated February 1, 2021, marked as Plaintiffs' Exhibit 9 on February 17, 2021.  This declaration is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

1

Exhibit C:    Reply Declaration of Dr. Russell L. Lamb dated February 15, 2021, marked as Lamb Exhibit 2 on February 26, 2021.  This declaration is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

Exhibit D:    Excerpts from the transcript of the deposition of Russell Lamb taken on February 26, 2021 in this litigation.  This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

Exhibit E:    Excerpts from the transcript of the deposition of John H. Johnson, IV taken on February 17, 2021 in this litigation.  This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

On this day, March 5, 2021, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Michael H. Rogers (Admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
mrogers@labaton.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I caused a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

_/s/ Steven J. Toll_

Steven J. Toll
VA Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005

_Liaison Counsel for Lead Plaintiffs_
