**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112<br><br>Judge John A. Gibney, Jr. |

**JELD-WEN DEFENDANTS' MOTION TO EXCLUDE**
**THE REPORTS AND TESTIMONY OF DR. STEVEN FEINSTEIN**

Defendants JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company") and Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"), by counsel, hereby move for an order excluding the reports and testimony of Dr. Steven Feinstein, Plaintiffs' expert on market efficiency, loss causation, and damages, for the reasons set forth in the accompanying Memorandum of Law, as further supported by the Declaration of Jacob M. Rae.

JELD-WEN and the Individual Defendants respectfully request that the Court issue an order excluding Dr. Steven Feinstein's reports and testimony.

1

March 5, 2021

Respectfully submitted,

JELD-WEN Holding, Inc.
By counsel
*/s/ Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
Brian E. Pumphrey (VSB #47312)
Brian D. Schmalzbach (VSB #88544)
Garrett H. Hooe (VSB #83983)
MCGUIREWOODS, LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com
ghooe@mcguirewoods.com

Sandra Goldstein (*pro hac vice*)
Rachel Fritzler (*pro hac vice*)
Lindsey Weiss Harris (*pro hac vice*)
Jeehyeon Jenny Lee (*pro hac vice*)
Jacob Rae (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
sandra.goldstein@kirkland.com
rachel.fritzler@kirkland.com
lindsey.harris@kirkland.com
jenny.lee@kirkland.com
jacob.rae@kirkland.com

Matthew S. Owen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
matt.owen@kirkland.com

2

*Attorneys for Defendants JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

>  /s/ Brian C. Riopelle
> Brian C. Riopelle (Va. Bar No. 36454)
> **MCGUIREWOODS LLP**
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA 23219
> Tel.: (804) 775-1084
> Fax: (804) 698-2150
> briopelle@mcguirewoods.com

4