# Appendix A

# JELD-WEN October 15, 2018 Pre-Earnings Release

***Confounding Information***

## JELD-WEN Announces Preliminary Financial Results for the Third Quarter of Fiscal 2018 and Date of Conference Call

October 15, 2018

CHARLOTTE, N.C.--(BUSINESS WIRE)-- JELD-WEN Holding, Inc. (NYSE: JELD) today announced preliminary third quarter 2018 revenue and adjusted EBITDA estimates and revised its outlook for full-year 2018 results. Additionally, the company announced the date of its third quarter 2018 earnings conference call.

**Preliminary Third Quarter Summary**

- Net revenues of $1.130 billion to $1.140 billion, an increase of 14.0% to 15.0% compared to the same period last year
- Adjusted EBITDA of $130 million to $135 million, improved compared to $128.2 million in the same period a year ago, but below the company's previous outlook of $143 million to $153 million
- Third quarter results were negatively affected by lower than expected revenues and related operational inefficiencies in North America and Europe, as well as from unfavorable channel mix impacting price realization
- Repurchased 1.4 million shares during the quarter for $36.6 million, bringing year-to-date repurchases to 3.1 million shares for $83.6 million

"While disappointed in our preliminary third quarter results, I am encouraged with the progress we are making across all aspects of the business," said Gary S. Michel, president and chief executive officer. "With our service issues behind us, we are working diligently to strengthen relationships with our key customers, while establishing new opportunities for our products, and increasing the speed with which we are deploying the tools of our business operating system, the JELD-WEN Excellence Model or JEM."

***Announcement of Litigation Contingency***

***Denial of Liability***

Additionally, the company expects third quarter results to include a charge of $76.5 million for a litigation contingency related to a recent court ruling in its ongoing antitrust and trade secrets litigation with Steves & Sons, Inc. The charge reflects the judgment anticipated to be entered against the company, including the trebling of $12.2 million of past damages under the Clayton Act and estimated legal fees. While the company continues to maintain that it has not violated any antitrust laws and intends to appeal any adverse judgment, recent rulings in the case have now provided sufficient detail for the company to estimate future liabilities if the appeal process is unsuccessful. Further details on this litigation contingency will be disclosed in the company's next quarterly report on Form 10-Q.

***Confounding Information***

**Updated Full-Year 2018 Guidance**

The company also revised its outlook for full year 2018:

- Consolidated net revenue growth of 15% to 17%, compared to prior expectations of 16% to 18%
- Adjusted EBITDA of $455 million to $470 million, compared to prior outlook of $500 million to $520 million
- Capital expenditures of $100 million to $110 million, compared to previous expectations of $100 million to $120 million

Mr. Michel added, "Now that I have been in my role as CEO for a full quarter, I have identified more areas of our operations that need process improvement and improved execution. While I continue to have confidence in the long-term growth and margin potential of the business, as a result of my ongoing assessment of our capabilities and taking into account our preliminary third quarter results, we have lowered our expectations for our 2018 financial results. I believe that our inconsistent financial performance in 2018 is due to a lack of focus on execution and process discipline in parts of our organization, which are capabilities we can fix. We have a great set of assets, a strong portfolio of brands, and an experienced team of leaders. I view our 2018 financial performance headwinds as temporary in nature, and I am encouraged about our future. As we look to grow core revenues and improve margins, I believe we will exit 2018 as a stronger company, with a more diversified revenue base and greater focus on the customer. Furthermore, our third quarter results and revised guidance underscore the need to permanently reduce the fixed cost structure of our business. As such, within the next month we expect to provide details of a global initiative to rationalize our manufacturing facilities, which will simplify operational complexity, improve service levels, reduce our fixed overhead costs and position the company for sustained growth."

**Conference Call Information**

JELD-WEN management will host a conference call at 8:00 am EST on Tuesday, November 6, 2018 to discuss the company's third quarter 2018 financial