**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 <br><br> Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN SUPPORT OF JELD-WEN DEFENDANTS'**
**MOTION TO EXCLUDE REPORT AND TESTIMONY OF DR. STEVEN FEINSTEIN**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.      I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the Memorandum of Law in Support of JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Steven Feinstein:

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Steven P. Feinstein (the "Feinstein Deposition"), taken on January 30, 2021 and February 22, 2021 in this litigation.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Daniel R. Fischel, in Opposition to the Report of Professor Steven P. Feinstein, dated February 1, 2021.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an analyst report issued by Citi, titled "Alert: More Bad News: CFO Leaving; Preliminary 3Q18 Results Soft; Guidance Cut," dated October 15, 2018.  This document was also marked as Exhibit 15 to the Feinstein Deposition.

5. Attached hereto as Exhibit 4 is a true and correct copy of an analyst report issued by Bank of America Merrill Lynch, titled "JELD Announces Challenging Preliminary 3Q; John Linker to Replace CFO Mallard," dated October 16, 2018. This document was also marked as Exhibit 16 to the Feinstein Deposition.

6. Attached hereto as Exhibit 5 is a true and correct copy of an analyst report issued by Deutsche Bank, titled "17% Reduction to 2H18 Guidance May Not Be the End of JELD-WEN's Troubles," dated October 16, 2018. This document was also marked as Exhibit 18 to the Feinstein Deposition.

7. Attached hereto as Exhibit 6 is a true and correct copy of an analyst report issued by Credit Suisse, titled "Shattered Glass," dated October 15, 2018. This document was also marked as Exhibit 8 to the Feinstein Deposition.

8. Attached hereto as Exhibit 7 is a true and correct copy of an analyst report issued by Jefferies, titled "JELD-WEN Pre-Announces Q3, Cuts FY Guidance, and CFO Departing," dated October 15, 2018. This document was also marked as Exhibit 10 to the Feinstein Deposition.

9. Attached hereto as Exhibit 8 is a true and correct copy of an analyst report issued by RBC Capital Markets, titled "Walking on Broken Glass; Lowering PT on Guidance Cut," dated October 16, 2018. This document was also marked as Exhibit 12 to the Feinstein Deposition.

10. Attached hereto as Exhibit 9 is a true and correct copy of an analyst report issued by Baird, titled "Negative Q3 Preannouncement; 2018 Guidance Reduced; CFO Change," dated October 16, 2018.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Reply Report on Loss Causation and Damages of Professor Steven P. Feinstein, Ph.D., CFA, dated February 15, 2021. This document was also marked as Exhibit 5 to the Feinstein Deposition.

12.    Attached hereto as Exhibit 11 is a true and correct copy of an analyst report issued by J.P. Morgan, titled "Jeld-Wen Initiating with a Neutral Rating; Margin Expansion Likely to Be Material, But Valuation Fair," dated February 21, 2017.

13.    Attached hereto as Exhibit 12 is a true and correct copy of an analyst report issued by Gabelli, titled "Update on Litigation - Buy," dated June 11, 2018.  This document was also marked as Exhibit 22 to the Feinstein Deposition.

14.    Attached hereto as Exhibit 13 is a true and correct copy of an analyst report issued by Gabelli, titled "Q4 Results - Buy," dated February 22, 2018.  This document was also marked as Exhibit 24 to the Feinstein Deposition.

15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the JELD-WEN Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on EDGAR on March    1,    2019,    available    at    https://www.sec.gov/Archives/edgar/data/1674335/ 000167433519000023/q4jwh1231201810-k10xq.htm.

On this day, March 5, 2021, I declare under penalty of perjury that the foregoing is true and correct.

_____

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

3

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

 */s/ Brian C. Riopelle*
Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com