# EXHIBIT 5



**Deutsche Bank Research**

**Exhibit 18**
2/22/2021
Feinstein

| Rating | Company | Date |
|---|---|---|
| **Hold** | **JELD-WEN** | 16 October 2018 |

North America
United States

**Forecast Change**

Industrials
Building & Building Products

| | Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|---|
| | JELD.N | JELD US | NYS | JELD |

| | |
|---|---|
| Price at 15 Oct 2018 (USD) | 21.31 |
| Price Target | 19.00 |
| 52-week range | 42 - 21 |

# 17% reduction to 2H18 guidance may not be the end of JELD-WEN's troubles

### Guidance now realistic, but operational, litigation and market challenges remain

Management cut 3Q18 EBITDA guidance by 10.5% and implied 4Q18 guidance by 23%, but even after these major cuts we still wouldn't call guidance conservative. 3Q18 is already closed and the 4Q18 guidance cut mainly undoes the unrealistic 170 bps yr/yr margin improvement that was implied in prior guidance ( link ). New 4Q18 guidance *still* implies sequential improvement in margins on a seasonally adjusted basis. So management still has to deliver on operating improvements in the face of cost increases and the lingering effects of US windows operational issues. In addition, operational issues have emerged in Europe - a new and troubling development. If windows and doors was a well-structured industry, we would perhaps have greater confidence in JELD-WEN's ability to deliver operational improvements; however, the subsector ranks 19th of 20 in our building industry quality rankings ( link ). Also, management's plan for improvement is so far lacking in crucial details - for example, how is a restructuring the answer to JELD-WEN's operational issues when capacity wasn't an issue in prior years and market volumes have only grown since then? We are concerned that the North American residential market is slowing ( link ); however, this isn't part of management's expectations. Finally, the Steves legal provision puts a number on the cost of the legal action; however, it doesn't take into account the potentially serious disruption from the forced divestiture of the Towanda plant - a likely outcome given Steves recent press release ( link ). We expect JELD-WEN stock to reach new lows on the guidance cut, but as we have described there are still many potential challenges ahead so we remain at a Hold rating.

### 3Q18 and FY18 sales and EBITDA guidance lowered

JELD-WEN announced preliminary 3Q18 results and updated FY18 sales and EBITDA guidance that was significantly below consensus and prior guidance. 3Q18 preliminary sales are expected to be between $1.13 - $1.14 bn, -2.3% lower than consensus of $1.16 bn at the mid-point. This comes to a y/y growth of 14-15% compared to consensus at 17.2%. 3Q18 preliminary Adj. EBITDA is expected to be $130-$135 mm vs consensus of $146.8 mm, a -10% miss at the mid point, and prior guidance of $143-$153. FY18 Sales guidance was lowered by 1% to 15-17%, implying 4Q18 guidance -0.9% below consensus. FY18 Adj. EBITDA is expected between $455-$470, vs consensus of $505 and prior guidance of $500-$520. This implies a lowering of 4Q18 Adj. EBITDA guidance by -23%. The company hasn't provided guidance for 2019, but it still believes the underlying fundamentals and its medium-term outlook are positive. JELD-WEN entered the year expecting margin improvement of 100-150 bps and is now

### Valuation & Risks

**Nishu Sood, CFA**
Research Analyst
+1-212-250-4756

**Timothy Daley, CFA**
Research Associate
+1-212-250-7278

**Marius Morar**
Research Associate
+1-212-250-1659

#### Key changes

| | | | |
|---|---|---|---|
| TP | 28.00 to 19.00 | ↓ | -32.1% |
| EPS (USD) | 1.88 to 1.57 | ↓ | -16.5% |
| Revenue(USDm) | 4,410 to 4,365 | ↓ | -1.0% |

*Source: Deutsche Bank*

#### Price/price relative



— JELD-WEN  — S&P 500 INDEX (Rebased)

| Performance (%) | 1m | 3m | 12m |
|---|---|---|---|
| Absolute | -19.0 | -26.2 | -39.9 |
| S&P 500 INDEX | -5.3 | -1.8 | 7.7 |

*Source: Deutsche Bank*

#### Key indicators (FY1)

| | |
|---|---|
| ROE (%) | 15.3 |
| ROA (%) | 4.1 |
| Net debt/equity (%) | 150.8 |
| Book value/share (USD) | 7.74 |
| Price/book (x) | 2.8 |
| Net interest cover (x) | 4.9 |
| EBIT margin (%) | 7.7 |

*Source: Deutsche Bank*

---

Deutsche Bank Securities Inc.                    Distributed on: 16/10/2018 04:09:07 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN



expecting to exit the year with a 100 bps margin contraction. Margin improvement has been essential to JELD-WEN's story and, while the company is still aiming at that, the recent challenges suggest that the story has turned from a margin improvement story to a stabilization/ turnaround story.

### Management cites operational issues, not market conditions, for guidance cuts

The company cited the US operational issues from last year as being a lead cause of the downward revision. While the inventory issues have been resolved, the company has not been able to make up the lost sales, some of which were baked into the guidance number. In Q4, they also expect freight and labor inefficiencies associated with lower production levels as the company is working on winning back the lost sales. The company is also seeing similar service-related weakness in Northern Europe, which, although it has been experiencing for a while, it hasn't called out before. Another factor was weakness in its traditional distribution channel, relative to the retail channel, which is more profitable than the retail channel, and as a result has impacted profits more. The company will announce an initiative to rationalize its manufacturing footprint, which is aimed at reducing bottlenecks and increasing utilization.

### Steves & Sons litigation charge assumes Towanda divestiture

Following the October 5th ruling in which the District Court ruled that divestiture of the company's Towanda, PA facility is an appropriate remedy in the antitrust litigation with Steves & Sons, the company took a charge of $76.5 mm, which includes $12.2 mm of past damages to Steves under the Clayton Act, trebled for a total of $36.6 mm and legal fees of roughly $40 mm. A final ruling is still scheduled for later in the year and the company still believes in the merit of its case, but if Steves were to win, the company assumes Steves would opt for the divestiture based on its press release following the Oct 5th ruling ( link ).

### We lower our price target to $19 on lower estimates and maintain our Hold rating.

We lower our 3Q18 and FY18 sales and EBITDA estimates on lower management guidance. We also lower our FY19 and FY20 estimates to capture increased operational risks. Our valuation is based on an approximate midpoint of our DCF and TEV/EBITDA methods. We apply a 6.0x multiple to 2019 EBITDA using forward net debt estimates as our targets, which drives $19. Our DCF yields $19. Risks include operational inefficiencies, execution on turnaround plan, freight, input and labor costs, Europe/Australasian exposure and the pending Steves & Sons Lawsuit.

| Stock & option liquidity data | |
| --- | --- |
| Market Cap (USD) | 2,238.7 |
| Shares outstanding (m) | 105.1 |
| Free float (%) | 100 |
| Volume (15 Oct 2018) | 229,958 |
| Option volume (und. shrs., 1M avg.) | – |
| *Source: Deutsche Bank* | |

| Forecasts and ratios | | | |
| --- | --- | --- | --- |
| Year End Dec 31 | 2017A | 2018E | 2019E |
| 1Q EPS | 0.17 | 0.31A | – |
| 2Q EPS | 0.51 | 0.46A | – |
| 3Q EPS | 0.55 | 0.03 | – |
| 4Q EPS | 0.26 | 0.37 | – |
| FY EPS (USD) | 1.48 | 1.57 | 2.04 |
| OLD FY EPS (USD) | 1.48 | 1.88 | 2.35 |
| % Change | 0.0% | -16.5% | -13.1% |
| P/E (x) | 22.3 | 13.6 | 10.4 |
| DPS (USD) | 0.00 | 0.00 | 0.00 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 |
| Revenue (USDm) | 3,763.9 | 4,365.2 | 4,595.0 |
| *Source: Deutsche Bank estimates, company data* | | | |

Deutsche Bank Securities Inc.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN



# Updated Guidance

(-) Guidance

- (-) FY18 Revenue growth of 15%-17% v. prior guidance 16%-18%

- (-) FY18 Adj. EBITDA $455-$470 mm vs prior guidance $500-$520 mm

- (-) 3Q18 Adj. EBITDA $130-135 mm vs prior guidance $143-153 mm

- (=) FY18 Capex of $100-110 mm vs prior guidance of $100-120 mm

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN



# Estimates/Valuation/Risks

## Estimates

We lower our 3Q18 and FY18 sales and EBITDA estimates on lower management guidance. We also lower our FY19 and FY20 estimates to capture increased operational risks.

### Figure 1: New versus old estimates

| | 3Q18E | | 2018E | | 2019E | | 2020E | |
|---|---|---|---|---|---|---|---|---|
| | Previous | New | Previous | New | Previous | New | Previous | New |
| Revenue | 1,157 | **1,134** | 4,410 | **4,365** | 4,686 | **4,595** | 4,852 | **4,732** |
| *Y/Y - Total* | *16.7%* | *14.4%* | *17.2%* | *16.0%* | *6.2%* | *5.3%* | *3.6%* | *3.0%* |
| *Y/Y - Organic* | *4.0%* | *1.7%* | *3.0%* | *1.8%* | *4.4%* | *3.5%* | *3.6%* | *3.0%* |
| *Y/Y - Acq* | *14.5%* | *14.5%* | *13.5%* | *13.5%* | *2.3%* | *2.4%* | *0.0%* | *0.0%* |
| *Y/Y - FX* | *-1.9%* | *-1.9%* | *0.7%* | *0.7%* | *-0.6%* | *-0.6%* | *0.0%* | *0.0%* |
| Gross Margin | 22.5% | **22.5%** | 22.1% | **22.1%** | 23.0% | **23.0%** | 25.1% | **25.1%** |
| SG&A | 12.8% | **13.8%** | 14.7% | **15.7%** | 13.6% | **14.6%** | 14.7% | **16.2%** |
| EBITDA | 147 | **132** | 508 | **463** | 582 | **521** | 645 | **557** |
| EBITDA mgn | 12.7% | **11.7%** | 11.5% | **10.6%** | 12.4% | **11.3%** | 13.4% | **11.9%** |
| Incr EBITDA mgn | 11% | **3%** | 11% | **4%** | 27% | **25%** | 40% | **30%** |
| EBIT | 112 | **98** | 326 | **282** | 441 | **383** | 503 | **419** |
| EBIT mgn | 9.7% | **8.7%** | 7.4% | **6.5%** | 9.4% | **8.3%** | 10.4% | **8.9%** |
| EPS | $0.59 | **$0.03** | $1.83 | **$1.09** | $2.35 | **$2.01** | $2.88 | **$2.35** |

*Source: Deutsche Bank*

### Figure 2: Segment estimates

| | 3Q18E | | 2018E | | 2019E | | 2020E | |
|---|---|---|---|---|---|---|---|---|
| **North America** | Previous | New | Previous | New | Previous | New | Previous | New |
| Sales | 688 | **665** | 2,514 | **2,469** | 2,726 | **2,645** | 2,835 | **2,737** |
| *y/y* | *20.4%* | *16.3%* | *16.5%* | *14.4%* | *8.4%* | *7.1%* | *4.0%* | *3.5%* |
| EBITDA | 96 | **85** | 305 | **274** | 366 | **316** | 411 | **342** |
| EBITDA Mgn | 13.9% | **12.7%** | 12.1% | **11.1%** | 13.4% | **11.9%** | 14.5% | **12.5%** |
| Incr EBITDA mgn | 11.5% | **2.1%** | 8.8% | **0.3%** | 28.8% | **23.7%** | 41.5% | **28.3%** |
| | | | | | | | | |
| **Europe** | | | | | | | | |
| Sales | 292 | **292** | 1,218 | **1,218** | 1,266 | **1,256** | 1,316 | **1,294** |
| *y/y* | *10.2%* | *10.2%* | *16.8%* | *16.8%* | *3.9%* | *3.1%* | *4.0%* | *3.0%* |
| EBITDA | 37 | **34** | 152 | **139** | 169 | **157** | 191 | **171** |
| EBITDA Mgn | 12.6% | **11.5%** | 12.5% | **11.4%** | 13.4% | **12.5%** | 14.5% | **13.2%** |
| Incr EBITDA mgn | 12.6% | **0.8%** | 10.9% | **3.4%** | 36.6% | **47.9%** | 42.3% | **36.2%** |
| | | | | | | | | |
| **Australasia** | | | | | | | | |
| Sales | 176 | **176** | 677 | **677** | 694 | **694** | 701 | **701** |
| *y/y* | *14.3%* | *14.3%* | *20.3%* | *20.3%* | *2.4%* | *2.4%* | *1.0%* | *1.0%* |
| EBITDA | 28 | **28** | 95 | **93** | 103 | **103** | 105 | **105** |
| EBITDA Mgn | 15.8% | **15.8%** | 14.1% | **13.8%** | 14.8% | **14.8%** | 15.0% | **15.0%** |
| Incr EBITDA mgn | 22.8% | **22.8%** | 18.1% | **16.3%** | 43.6% | **56.2%** | 37.1% | **37.1%** |

*Source: Deutsche Bank*

Deutsche Bank Securities Inc.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018

Building & Building Products

JELD-WEN

## Valuation

We value JELD by taking the approximate midpoint between our DCF and EV/EBITDA methodologies. The figure below shows a summary of our valuation.

We apply 6.0x to 2019E EBITDA (in line with core large-cap peers), which drives $19. For our DCF model, we use our estimates through 2020 and longer-term assumptions thereafter to derive a $19 per share value. We use a 9.5% cost of capital and 2.6% growth rate into perpetuity. Our long-term growth rate is based on GDP growth forecast. Our 9.5% cost of capital is based on a 3.75% risk free rate, 1.3 unlevered beta, 4.5% market risk premium and 25% tax rate.

Figure 3: Valuation summary

| JELD-WEN Target Price Summary | JELD | | |
|---|---|---|---|
| **Valuation Metric** | **Current Multiple** | **Target Multiple** | **Derived Target Price** |
| Price/Earnings 19' | 10.4x | 9.5x | $19 |
| EV/EBITDA 19' | 6.9x | 6.0x | $19 |
| Discounted Free Cash Flow | na | na | $19 |
| **DB Target price** | Price 10/15/2018 | F12M Dividend | Total Return |
| **$19** | **$21.31** | **$0.00** | **-11%** |

Source: Deutsche Bank, FactSet

## Risks

Risks to our target price include overall US macroeconomic factors such as employment trends, consumer confidence and home prices. In addition, the company is roughly 32% exposed to Europe and 15% exposed to Australia, where a slowing housing starts environment could hurt Jeld-Wen. Raw materials (resin, PVC, Aluminum, wood) and currency volatility are also company specific risks, execution on turnaround plan and ERP implementation and the pending Steves & Sons Lawsuit.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN

# Appendix 1

## Important Disclosures

*Other information available upon request

| Disclosure checklist | | | |
| --- | --- | --- | --- |
| Company | Ticker | Recent price* | Disclosure |
| JELD-WEN | JELD.N | 21.31 (USD) 15 Oct 2018 | 1, 2, 7 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/ Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities? topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

2. Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1. Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

2. Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

7. Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Nishu Sood

Deutsche Bank Securities Inc.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018

Building & Building Products

JELD-WEN

## Historical recommendations and target price. JELD-WEN (JELD.N)
*(as of 10/15/2018)*



**Current Recommendations**
Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 02/21/2017 | Buy, Target Price Change USD 36.00 Nishu Sood |
| 2. | 01/08/2018 | Buy, Target Price Change USD 45.00 Nishu Sood |
| 3. | 02/22/2018 | Buy, Target Price Change USD 41.00 Nishu Sood |
| 4. | 03/22/2018 | Downgraded to Hold, Target Price Change USD 35.00 Nishu Sood |
| 5. | 06/22/2018 | Hold, Target Price Change USD 31.00 Nishu Sood |
| 6. | 08/08/2018 | Hold, Target Price Change USD 28.00 Nishu Sood |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN

## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website ( https://research.db.com/Research/ ) , and can be found on the general coverage list and also on the covered company ' s page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website ( https://research.db.com/Research/ ) under Disclaimer.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN



Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp . If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products

Deutsche Bank Securities Inc.

Page 9

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN

and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm .

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

16 October 2018
Building & Building Products
JELD-WEN

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

Case 3:20-cv-00112-JAG    Document 170-7    Filed 03/05/21    Page 13 of 14 PageID# 4305

16 October 2018
Building & Building Products
JELD-WEN

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2018 Deutsche Bank AG

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.

### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | |
|---|---|---|
| Pam Finelli<br>Global Chief Operating Officer<br>Research | Michael Spencer<br>Head of APAC Research | Steve Pollard<br>Head of Americas Research<br>Global Head of Equity Research |
| Anthony Klarman<br>Global Head of<br>Debt Research | Kinner Lakhani<br>Head of EMEA<br>Equity Research | Joe Liew<br>Head of APAC<br>Equity Research |
| Jim Reid<br>Global Head of<br>Thematic Research | Francis Yared<br>Global Head of<br>Rates Research | George Saravelos<br>Head of FX Research | Peter Hooper<br>Global Head of<br>Economics Research |

Andreas Neubauer
Head of Germany Research

Spyros Mesomeris
Global Head of Quantitative
and QIS Research

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

For the exclusive use of Christopher Teachout (CTeachout@jeldwen.com) at JELD-WEN Holding, Inc.