# EXHIBIT 8

**EQUITY RESEARCH**

## RBC Capital Markets

RBC Capital Markets, LLC
**Mike Dahl**  (Analyst)
(212) 618-3251
michael.dahl@rbccm.com
**Michael Eisen**  (Analyst)
(212) 905-5831
michael.eisen@rbccm.com

**Lia Salmansohn**  (Associate)
(212) 558-0406
lia.salmansohn@rbc.com

October 16, 2018

# JELD-WEN Holding, Inc.

## Walking on Broken Glass; Lowering PT on Guidance Cut

**Our view:** Pre-announced 3Q'18 results and reduced FY'18 adjusted EBITDA guidance fell well below expectations (which we had just lowered today) on continued margin challenges and lower sales, primarily related to ongoing operating challenges in windows and price/cost. Our sense is that this also represents new CEO Gary Michel's attempt to reset the bar more aggressively following prolonged headwinds recovering lost business and associated under-absorbed costs. The company also announced that John Linker would be assuming the role of CFO, a needed change after recent earnings misses. JELD will release details of a global restructuring program during the upcoming earnings call (Nov. 6th), which could provide support for the stock following anticipated pressure tomorrow. We lower our Price Target to $23 from $27 on a reduced earnings outlook for both FY'18 and FY'19.

### Key points:

**Lowering estimates and price target:** We are lowering our '18/'19 Adj. EBITDA estimates by 8%/10% to $462 MM/$525 MM (prior: $501 MM/$581 MM), reflecting a sharp reduction to near-term margin forecasts as well as a modestly lower revenue outlook. The company's reduced FY'18 Adj. EBITDA guidance of $455 MM-$470 MM (prior: $500 MM-$520 MM) implies that margin pressure will persist at least through 4Q. Our Price Target of $23 (prior: $27) is based on 6.5x our FY'19 EBITDA of $525 MM and translates into 11x FY'19 EPS.

**Windows challenges still primarily to blame:** Our sense is that a number of issues are more negatively impacting 2H, mostly from the windows side as regaining share in wood windows following last year's service issues has continued to prove challenging and core growth in this category fell short of expectations, leading to under-absorbed costs. Further, we believe that vinyl windows volume at big boxes has been healthy but price realization has been lower than expected. Our sense is that the NA door business is seeing relatively better trends, though pricing may also be a bit light of what was targeted.

**Continued margin headwinds:** We now forecast '18/'19 Adj. EBITDA margins of 10.6%/11.6% (prior: 11.4%/12.7%), reflecting continued market share challenges in windows, cost pressures, and channel mix. We now anticipate that EBITDA margins will continue to contract y/y through 4Q before inflecting in 1Q'19. We expect phase one of the cost takeout initiatives will be announced alongside 3Q earnings on November 6th and this should provide greater clarity on the timing and magnitude of a '19 margin inflection.

## Outperform

NYSE: JELD; USD 21.31

### Price Target USD 23.00 ↓ 27.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 15.00 | 21.31 | 23.00 | 30.00 |
| | ↓ 30% | | ↑ 8% | ↑ 41% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 107.7 | Market Cap (MM): | 2,295 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 652,810 |

Strategic Ownership: 61%

### RBC Estimates

| FY Dec | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| **EBITDA, Adj** | 437.7 | 461.6 | 525.2 | 573.7 |
| Prev. | | 501.8 | 580.5 | 627.3 |
| **EPS, Adj Diluted** | 1.49 | 1.63 | 2.17 | 2.53 |
| Prev. | | 1.86 | 2.47 | 2.82 |
| **P/AEPS** | 14.3x | 13.1x | 9.8x | 8.4x |
| **Revenue** | 3,764.0 | 4,343.3 | 4,511.7 | 4,595.8 |
| Prev. | | 4,408.6 | 4,588.8 | 4,674.7 |

| EBITDA, Adj | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2017 | 81.1A | 125.3A | 128.3A | 103.1A |
| 2018 | 87.8A | 135.0A | 130.2E | 108.6E |
| Prev. | | | 145.7E | 133.3E |
| 2019 | 102.2E | 140.4E | 151.5E | 131.1E |
| Prev. | 109.6E | 144.8E | 169.7E | 156.4E |
| **EPS, Adj Diluted** | | | | |
| 2017 | 0.17A | 0.51A | 0.55A | 0.26A |
| 2018 | 0.28A | 0.45A | 0.52E | 0.39E |
| Prev. | | | 0.60E | 0.53E |
| 2019 | 0.35E | 0.60E | 0.67E | 0.55E |
| Prev. | 0.39E | 0.61E | 0.77E | 0.69E |

All values in USD unless otherwise noted.

**Exhibit 12**

2/22/2021
Feinstein

Priced as of prior trading day's market close, EST (unless otherwise noted).

**For Required Conflicts Disclosures, see Page 8.**

## RBC Capital Markets

### Target/Upside/Downside Scenarios

Exhibit 1: JELD-WEN Holding, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

#### Target price/base case

Our PT of $23 is based on FY'19E EBITDA of $525 MM and a '19E EV/EBITDA multiple of 6.5x ('18E 7.5x). Our multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020. However, we believe these risks are reflected in current valuation and that self-help margin initiatives as well as an active M&A platform provide the potential for upside catalysts. Our price target and implied return potential support an Outperform rating.

#### Upside scenario

In our upside scenario, we believe that JELD could be worth $30, which is predicated on FY'19E EBITDA of $559 MM and an EV/EBITDA multiple of 7.5x. In this scenario, we expect that accelerating revenue growth in response to increased repair and remodel spending and a firmer pricing environment would generate higher levels of operating leverage and robust adj. EBITDA growth.

#### Downside scenario

In our downside scenario, we believe that JELD could be worth $15, which is predicated on FY'19E EBITDA of $449 MM and an EV/EBITDA multiple of 6.0x. In this scenario, we expect that decelerating revenue growth in response to a more gradual recovery in the housing market and/or international headwinds in the European and Australasian markets combined with a more competitive pricing environment would lead to slower Adj. EBITDA growth.

### Investment summary

JELD is a leading global player in residential doors and windows. The company holds the number one or two market share positions in the countries where it competes. JELD designs, produces, and distributes an extensive range of interior and exterior doors (65% of sales) as well as wood, vinyl, and aluminum windows (24%) and other products (11%) sold in North America (60% of sales), Europe (29%), and Australasia (11%). End markets include R&R spending (47% of sales), new residential construction activity (43%), and nonresidential construction (10%).

We see the following key positives as supporting our Outperform rating:

- We anticipate that JELD will re-accelerate margin expansion during '19 as the company laps operational challenges in the wood windows business and benefits from better operating leverage after a number of recent acquisitions. We anticipate that JELD returns to a run rate of EBITDA margin expansion in excess of 100 bps y/y by 2H'19. As a result of JELD's self-help improvement potential we anticipate the company will generate '18/'19 EBITDA growth of 14%/9%, leading the peer group (avg. 9%/9%).
- We think investor concerns regarding both the current management transitions and the pending legal litigation with Steve's & Sons are likely overblown. New CEO Gary Michel appears to be taking a more aggressive approach to cost reductions, with further details and quantification regarding footprint optimization to come over the next couple quarters.
- We estimate up to $960 MM of dry powder potential for M&A through 2019 assuming a re-levering to a more "normalized" level of 2.5x vs. our 2019E net leverage of 1.4x. This can support JELD's efforts to gain share in higher margin niche product offerings to strengthen the company's product portfolio and financial performance.

Risks to our price target and rating include: (1) pending litigation resulting in the need to divest door skin manufacturing assets; (2) a change in company strategy following management transitions; (3) increased pricing pressure; (4) further input cost inflation (Resins, wood, steel, freight, labor); (5) weaker residential construction activity in the U.S., Europe, or Australia; and (6) PE overhang.

**RBC Capital Markets**

**JELD-WEN Holding, Inc.**

## Valuation

Our price target of $23 is based on FY'19E EBITDA of $525 MM and a '19E EV/EBITDA multiple of 6.5x ('18E 7.5x). Our multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020. However, we believe these risks are reflected in current valuation and that self-help margin initiatives as well as an active M&A platform provide the potential for upside catalysts. Our price target and implied return potential support an Outperform rating.

## Risks to rating and price target

Risks to our price target and rating include: (1) pending litigation resulting in the need to divest door skin manufacturing assets; (2) a change in company strategy following management transitions; (3) increased pricing pressure; (4) further input cost inflation (Resins, wood, steel, freight, labor); (5) weaker residential construction activity in the U.S., Europe, or Australia; and (6) PE overhang.

## Company description

JELD is a leading global player in residential doors and windows. The company holds the number one or two market share positions in the countries where it competes. JELD designs, produces, and distributes an extensive range of interior and exterior doors (65% of sales) as well as wood, vinyl, and aluminum windows (24%) and other products (11%) sold in North America (60% of sales), Europe (29%), and Australasia (11%). End markets include R&R spending (47% of sales), new residential construction activity (43%), and nonresidential construction (10%).

## RBC Capital Markets

JELD-WEN Holding, Inc.

| JELD-WEN | 2013 | 2014 | 2015 | 2016 | 2017 | 1Q'18 | 2Q'18 | 3Q'18E | 4Q'18E | 2018E | 1Q'19E | 2Q'19E | 3Q'19E | 4Q'19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues ($ MM) | 3,456.5 | 3,507.2 | 3,381.1 | 3,666.8 | 3,764.0 | 946.2 | 1,172.5 | 1,132.9 | 1,091.8 | 4,343.3 | 1,053.3 | 1,184.4 | 1,156.7 | 1,117.3 | 4,511.7 | 4,595.8 |
| % change, Y/Y | 9.1% | 1.5% | (3.6%) | 8.5% | 2.6% | 11.6% | 23.6% | 14.3% | 11.9% | 15.4% | 11.3% | 1.0% | 2.1% | 2.3% | 3.9% | 1.9% |
| % organic growth | | 0.0% | 3.3% | 3.2% | 0.1% | 0.0% | 2.7% | 0.1% | 0.1% | 0.7% | 2.6% | 2.4% | 2.6% | 2.5% | 2.5% | 1.9% |
| Operating Income ($ MM) | (14.0) | 60.5 | 163.5 | 215.2 | 266.2 | 41.1 | 73.6 | 95.7 | 74.3 | 284.7 | 68.0 | 105.7 | 117.3 | 96.9 | 387.9 | 437.9 |
| Op. Margin % | (0.4%) | 1.7% | 4.8% | 5.9% | 7.1% | 4.3% | 6.3% | 8.4% | 6.8% | 6.6% | 6.5% | 8.9% | 10.1% | 8.7% | 8.6% | 9.5% |
| Incremental Op. Margin % | 0.0% | 147.0% | (81.7%) | 18.1% | 52.6% | (0.9%) | (4.8%) | 7.1% | 17.2% | 3.2% | 25.0% | 269.4% | 90.6% | 88.6% | 61.3% | 59.5% |
| **Adjusted EBITDA ($ MM)** | **153.0** | **230.0** | **311.0** | **395.4** | **437.7** | **87.8** | **135.0** | **130.2** | **108.6** | **461.6** | **102.2** | **140.4** | **151.5** | **131.1** | **525.2** | **573.7** |
| Adjusted EBITDA Margin % | 4.4% | 6.6% | 9.2% | 10.8% | 11.6% | 9.3% | 11.5% | 11.5% | 10.0% | 10.6% | 9.7% | 11.9% | 13.1% | 11.7% | 11.6% | 12.5% |
| Adjusted Diluted EPS | $ - | $ - | $ 1.03 | $ 1.34 | $ 1.49 | $ 0.28 | $ 0.45 | $ 0.52 | $ 0.39 | $ 1.63 | $ 0.35 | $ 0.60 | $ 0.67 | $ 0.55 | $ 2.17 | $ 2.53 |
| **Balance Sheet & Cash Flow** | | | | | | | | | | | | | | | | |
| Free Cash Flow ($ MM) | (129.8) | (46.8) | 97.4 | 127.6 | 206.2 | (91.9) | 32.0 | 134.4 | 101.2 | 175.7 | 2.6 | (1.6) | 125.2 | 152.7 | 279.1 | 286.0 |
| FCF / Adj. EBITDA | (84.9%) | (20.4%) | 31.3% | 32.3% | 47.1% | (104.6%) | 23.7% | 103.2% | 93.2% | 38.1% | 2.6% | (1.1%) | 82.7% | 116.5% | 53.1% | 49.8% |
| Net Debt ($ MM | Including Pension) | | 835.5 | 1,252.8 | 1,643.2 | 1,134.1 | 1,484.2 | 1,519.2 | 1,421.5 | 1,324.8 | 1,324.8 | 1,322.2 | 1,323.7 | 1,198.5 | 1,045.8 | 1,045.8 | 759.8 |
| Net Debt / Adj. EBITDA | | 3.6x | 4.0x | 4.2x | 2.6x | 3.3x | 3.3x | 3.1x | 2.9x | 2.9x | 2.8x | 2.7x | 2.4x | 2.0x | 2.0x | 1.3x |
| ROIC | | 2.5% | 10.3% | 31.2% | 0.6% | (12.8%) | (13.1%) | (13.1%) | 8.2% | 8.9% | 8.0% | 9.0% | 9.7% | 10.2% | 10.2% | 11.2% |
| **Segments** | | | | | | | | | | | | | | | | |
| North America - External Sales ($ MM) | 1,974.5 | 1,989.6 | 2,015.7 | 2,149.2 | 2,158.2 | 497.9 | 673.2 | 648.9 | 611.0 | 2,431.0 | 580.5 | 696.9 | 671.8 | 632.5 | 2,581.7 | 2,646.5 |
| % change, Y/Y | | 0.8% | 1.3% | 6.6% | 0.4% | 2.8% | 22.0% | 13.4% | 11.0% | 12.6% | 16.6% | 3.5% | 3.5% | 3.5% | 6.2% | 2.5% |
| Europe - External Sales ($ MM) | 1,071.3 | 1,108.4 | 996.0 | 1,008.7 | 1,042.5 | 301.7 | 318.7 | 303.9 | 312.2 | 1,236.5 | 312.3 | 312.3 | 308.5 | 317.9 | 1,251.0 | 1,263.6 |
| % change, Y/Y | | (0.4%) | (9.7%) | 37.8% | 10.6% | 20.7% | 30.7% | 16.7% | 13.0% | 20.0% | 9.5% | (3.0%) | (2.0%) | (1.0%) | 0.5% | 1.0% |
| Australasia - External Sales ($ MM) | 410.8 | 409.2 | 369.3 | 508.9 | 563.1 | 146.6 | 180.6 | 180.1 | 168.6 | 675.8 | 160.4 | 175.2 | 176.5 | 166.9 | 678.9 | 685.7 |
| % change, Y/Y | | 1.5% | (3.6%) | 8.5% | 2.6% | 11.6% | 23.6% | 14.3% | 11.9% | 15.4% | 11.3% | 1.0% | 2.1% | 2.3% | 3.9% | 1.9% |
| North America Adj. EBITDA ($ MM) | 49.9 | 114.1 | 201.7 | 252.2 | 273.6 | 47.0 | 79.6 | 79.9 | 62.4 | 268.9 | 53.1 | 83.7 | 94.2 | 77.9 | 309.0 | 345.3 |
| % margin | 2.5% | 5.7% | 10.0% | 11.7% | 12.7% | 9.4% | 11.8% | 12.3% | 10.2% | 11.1% | 9.1% | 12.0% | 14.0% | 12.3% | 12.0% | 13.0% |
| Europe Adj. EBITDA ($ MM) | 94.1 | 100.6 | 99.5 | 122.6 | 133.0 | 33.8 | 37.9 | 37.2 | 37.1 | 146.0 | 39.5 | 39.4 | 42.5 | 42.5 | 163.9 | 173.2 |
| % margin | 8.8% | 9.1% | 10.0% | 12.2% | 12.8% | 11.2% | 11.9% | 12.3% | 11.9% | 11.8% | 12.6% | 12.6% | 13.8% | 13.4% | 13.1% | 13.7% |
| Australasia Adj. EBITDA ($ MM) | 34.2 | 40.8 | 40.5 | 59.5 | 74.6 | 16.7 | 24.2 | 25.2 | 25.4 | 91.5 | 20.5 | 24.1 | 27.1 | 27.3 | 99.0 | 102.8 |
| % margin | 8.3% | 10.0% | 11.0% | 11.7% | 13.3% | 11.4% | 13.4% | 14.0% | 15.1% | 13.5% | 12.8% | 13.8% | 15.4% | 16.3% | 14.6% | 15.0% |

Source: RBC Capital Markets estimates and Company Filings

October 16, 2018    **Mike Dahl,** (212) 618-3251; michael.dahl@rbccm.com    4

**RBC Capital Markets**

JELD-WEN Holding, Inc.

| JELD-WEN Holding, Inc. | 2013 | 2014 | 2015 | 2016 | 2017 | 1Q'18 | 2Q'18 | 3Q'18E | 4Q'18E | 2018E | 1Q'19E | 2Q'19E | 3Q'19E | 4Q'19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | 153.0 | 230.0 | 311.0 | 395.4 | 437.7 | 87.8 | 135.0 | 130.2 | 108.6 | 461.6 | 102.2 | 140.4 | 151.5 | 131.1 | 525.2 | 573.7 |
| Y/Y Change | | 50.3% | 35.2% | 27.1% | 10.7% | 8.4% | 7.7% | 1.5% | 5.4% | 5.5% | 16.4% | 4.0% | 16.4% | 20.6% | 13.8% | 9.2% |

| JELD-WEN | 2013 | 2014 | 2015 | 2016 | 2017 | 1Q'18 | 2Q'18 | 3Q'18E | 4Q'18E | 2018E | 1Q'19E | 2Q'19E | 3Q'19E | 4Q'19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P&L and Operating Data (millions) | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Dec-19 | Dec-20 |
| Net Revenues | 3,456.5 | 3,507.2 | 3,381.1 | 3,666.8 | 3,764.0 | 946.2 | 1,172.5 | 1,132.9 | 1,091.8 | 4,343.3 | 1,053.3 | 1,184.4 | 1,156.7 | 1,117.3 | 4,511.7 | 4,595.8 |
| Cost of Sales | (2,946.5) | (2,919.9) | (2,715.1) | (2,866.8) | (2,912.7) | (740.3) | (923.7) | (885.6) | (859.1) | (3,408.7) | (809.9) | (910.6) | (893.3) | (866.7) | (3,480.5) | (3,507.1) |
| Gross Profit | 510.1 | 587.3 | 665.9 | 800.0 | 851.3 | 205.9 | 248.8 | 247.3 | 232.7 | 934.6 | 243.4 | 273.8 | 263.4 | 250.6 | 1,031.3 | 1,088.7 |
| Selling, General and Administrative | (482.1) | (488.5) | (512.1) | (589.4) | (585.1) | (164.7) | (175.2) | (151.6) | (158.3) | (649.9) | (175.5) | (168.1) | (146.1) | (153.7) | (643.4) | (650.7) |
| Impairment and restructuring | (42.0) | (38.4) | (21.3) | (13.8) | (13.1) | (3.0) | (2.5) | (2.5) | (2.5) | (10.6) | (2.5) | (2.5) | (2.5) | (2.5) | (10.2) | (10.2) |
| **Operating Income (Loss)** | (14.0) | 60.5 | 132.5 | 196.8 | 253.1 | 38.2 | 71.1 | 93.1 | 71.8 | 274.1 | 65.4 | 103.2 | 114.7 | 94.4 | 377.7 | 427.8 |
| Interest Income | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest Expense | (73.8) | (69.3) | (60.6) | (77.6) | (79.0) | (15.7) | (17.8) | (18.2) | (17.6) | (69.3) | (17.0) | (16.4) | (15.9) | (15.3) | (64.6) | (57.0) |
| Loss on debt extinguishment | | 0.0 | 0.0 | 0.0 | (23.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Income (Expense) | 12.3 | (50.5) | 14.1 | 12.9 | (5.2) | 13.0 | 5.4 | (76.5) | 0.0 | (58.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Income (Loss) Before Taxes** | (73.1) | (59.3) | 86.0 | 132.1 | 145.6 | 35.5 | 58.6 | (1.6) | 54.2 | 146.7 | 48.4 | 86.8 | 98.9 | 79.1 | 313.1 | 370.7 |
| Income Tax Benefit (Expense) | (1.1) | (18.9) | 5.4 | 225.6 | (138.6) | 4.0 | (23.2) | 0.6 | (19.0) | (37.5) | (16.9) | (30.4) | (34.6) | (27.7) | (109.6) | (129.8) |
| Net Earnings, continuing op. | (74.2) | (78.3) | 91.4 | 357.7 | 7.0 | 39.5 | 35.5 | (1.0) | 35.2 | 109.2 | 31.4 | 56.4 | 64.3 | 51.4 | 203.5 | 241.0 |
| Net Income, disc. op. | (5.9) | (5.4) | (2.9) | (3.3) | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gain on sale of discontinued ops, net of tax | 10.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity earnings (loss) of non-consolidated entities | 0.9 | (0.4) | 2.4 | 3.3 | 2.7 | 0.7 | 0.0 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income (loss)** | (68.4) | (84.1) | 90.9 | 357.6 | 10.7 | 40.3 | 35.5 | (1.0) | 35.2 | 109.9 | 31.4 | 56.4 | 64.3 | 51.4 | 203.5 | 241.0 |
| | | | | | | | | | | | | | | | | |
| Non-recurring (expense) income items | 52.2 | 124.8 | 17.6 | (210.8) | 151.7 | (9.5) | 12.9 | 55.8 | 5.5 | 64.8 | 5.5 | 6.6 | 6.6 | 6.2 | 24.8 | 26.0 |
| **Net Earnings, adjusted** | (16.2) | 40.7 | 108.5 | 146.8 | 162.4 | 30.8 | 48.4 | 54.8 | 40.7 | 174.7 | 36.9 | 63.0 | 70.9 | 57.6 | 228.4 | 267.0 |
| | | | | | | | | | | | | | | | | |
| Earnings Per Share | | | | | | | | | | | | | | | | |
| Diluted, continuing op. | | | 0.87 | 3.26 | 0.06 | 0.36 | 0.33 | (0.01) | 0.33 | 1.02 | 0.30 | 0.53 | 0.61 | 0.49 | 1.93 | 2.29 |
| Diluted, discontinued op. | | | (0.03) | (0.03) | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Diluted, non-recurring items | | | 0.17 | (1.92) | 1.39 | (0.09) | 0.12 | 0.52 | 0.05 | 0.61 | 0.05 | 0.06 | 0.06 | 0.06 | 0.24 | 0.25 |
| **Adjusted Diluted EPS** | | | $ 1.03 | $ 1.34 | $ 1.49 | $ 0.28 | $ 0.45 | $ 0.52 | $ 0.39 | $ 1.63 | $ 0.35 | $ 0.60 | $ 0.67 | $ 0.55 | $ 2.17 | $ 2.53 |
| | | | | | | | | | | | | | | | | |
| Basic, average | | | 104.4 | 106.6 | 105.0 | 105.0 | 103.8 | 102.4 | 101.6 | 103.2 | 101.5 | 101.5 | 101.5 | 101.5 | 101.5 | 101.5 |
| Diluted, average | | | 105.2 | 109.7 | 109.2 | 108.9 | 107.7 | 106.3 | 105.5 | 107.1 | 105.4 | 105.4 | 105.4 | 105.4 | 105.4 | 105.4 |
| | | | | | | | | | | | | | | | | |
| Net Earnings | (68.4) | (84.1) | 90.9 | 357.6 | 10.7 | 40.3 | 35.5 | (1.0) | 35.2 | 109.9 | 31.4 | 56.4 | 64.3 | 51.4 | 203.5 | 241.0 |
| Income Taxes | 1.1 | 18.9 | (5.4) | (225.6) | 138.6 | (4.0) | 23.2 | (0.6) | 19.0 | 37.5 | 16.9 | 30.4 | 34.6 | 27.7 | 109.6 | 129.8 |
| Interest expense, net | 73.8 | 69.3 | 60.6 | 77.6 | 79.0 | 15.7 | 17.8 | 18.2 | 17.6 | 69.3 | 17.0 | 16.4 | 15.9 | 15.3 | 64.6 | 57.0 |
| Depreciation & Amortization | 104.7 | 100.0 | 95.2 | 108.0 | 111.3 | 28.5 | 30.6 | 30.2 | 30.2 | 119.4 | 30.1 | 29.9 | 29.9 | 29.8 | 119.7 | 118.2 |
| **EBITDA** | 111.2 | 104.1 | 241.3 | 317.6 | 339.5 | 80.4 | 107.0 | 46.8 | 102.0 | 336.2 | 95.5 | 133.1 | 144.6 | 124.2 | 497.5 | 546.0 |
| Adjustments | 41.8 | 125.9 | 69.7 | 77.8 | 98.1 | 7.5 | 28.0 | 83.4 | 6.7 | 125.5 | 6.7 | 7.3 | 6.9 | 6.9 | 27.7 | 27.8 |
| **Adjusted EBITDA** | 153.0 | 230.0 | 311.0 | 395.4 | 437.7 | 87.8 | 135.0 | 130.2 | 108.6 | 461.6 | 102.2 | 140.4 | 151.5 | 131.1 | 525.2 | 573.7 |
| Y/Y Change | (16.4%) | 50.3% | 35.2% | 27.1% | 10.7% | 8.4% | 7.7% | 1.5% | 5.4% | 5.5% | 16.4% | 4.0% | 16.4% | 20.6% | 13.8% | 9.2% |
| Adjusted EBITDA Margin % | 4.4% | 6.6% | 9.2% | 10.8% | 11.6% | 9.3% | 11.5% | 11.5% | 10.0% | 10.6% | 9.7% | 11.9% | 13.1% | 11.7% | 11.6% | 12.5% |
| Q/Q change (bps) | | 213 | 264 | 158 | 85 | (128) | 223 | (2) | (154) | (100) | (92) | 215 | 124 | (137) | 101 | 84 |
| Y/Y change (bps) | | 213 | 264 | 158 | 85 | (28) | (170) | (144) | (61) | (100) | 42 | 34 | 160 | 178 | 101 | 84 |
| Incremental Adj. EBITDA Margin % | (10.4%) | 152.0% | (64.2%) | 29.5% | 43.5% | 6.9% | 4.3% | 1.4% | 4.8% | 4.1% | 13.5% | 45.6% | 89.3% | 88.0% | 37.8% | 57.7% |

Source: RBC Capital Markets estimates and Company Filings

October 16, 2018

**Mike Dahl,** (212) 618-3251; michael.dahl@rbccm.com    5



## RBC Capital Markets

JELD-WEN Holding, Inc.

| JELD-WEN Holding, Inc. | 2013 | 2014 | 2015 | 2016 | 2017 | 1Q'18 | 2Q'18 | 3Q'18E | 4Q'18E | 2018E | 1Q'19E | 2Q'19E | 3Q'19E | 4Q'19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consolidated Balance Sheet (millions) | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Dec-19 | Dec-20 |
| Cash and Equivalents | | 105.5 | 113.6 | 102.7 | 220.2 | 103.0 | 137.6 | 185.4 | 232.0 | 232.0 | 184.7 | 133.1 | 208.4 | 351.1 | 351.1 | 437.1 |
| Restricted Cash | | 0.7 | 0.7 | 0.8 | 36.1 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Accounts Receivables | | 329.9 | 321.1 | 407.6 | 453.3 | 578.2 | 598.2 | 585.3 | 578.9 | 578.9 | 594.2 | 605.7 | 627.2 | 607.5 | 607.5 | 631.4 |
| Inventories | | 359.3 | 343.7 | 334.6 | 405.4 | 545.6 | 532.7 | 489.0 | 470.4 | 470.4 | 515.6 | 584.3 | 511.6 | 470.8 | 470.8 | 474.4 |
| Other Current Assets | | 45.0 | 35.3 | 30.1 | 30.4 | 54.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 | 53.7 |
| **Total Current Assets** | | **840.4** | **814.4** | **875.8** | **1,145.2** | **1,281.8** | **1,322.6** | **1,313.8** | **1,335.4** | **1,335.4** | **1,348.6** | **1,377.2** | **1,401.2** | **1,483.5** | **1,483.5** | **1,596.9** |
| PP&E, Net | | 755.1 | 720.8 | 704.7 | 756.7 | 813.0 | 803.6 | 802.8 | 801.0 | 801.0 | 796.2 | 794.6 | 792.5 | 789.5 | 789.5 | 781.6 |
| Goodwill | | 475.6 | 482.5 | 486.1 | 549.1 | 617.5 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 | 598.9 |
| Intangible Assets | | 48.3 | 78.3 | 117.8 | 166.3 | 232.0 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 | 225.6 |
| Other long-term assets | | 64.7 | 86.3 | 63.0 | 61.9 | 33.8 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 | 34.0 |
| Deferred income taxes | | 0.0 | 0.0 | 269.0 | 183.7 | 193.7 | 182.2 | 182.5 | 171.2 | 171.2 | 161.0 | 142.8 | 122.0 | 105.4 | 105.4 | 68.8 |
| **Total Assets** | | **2,184.1** | **2,182.4** | **2,516.3** | **2,862.9** | **3,171.7** | **3,166.8** | **3,157.6** | **3,166.0** | **3,166.0** | **3,164.2** | **3,173.1** | **3,174.2** | **3,236.8** | **3,236.8** | **3,305.8** |
| Accounts Payable | | 179.7 | 166.7 | 188.9 | 259.9 | 303.5 | 296.7 | 293.2 | 316.0 | 316.0 | 328.1 | 325.2 | 306.8 | 322.6 | 322.6 | 329.9 |
| Accrued payroll and benefits | | 144.6 | 139.6 | 130.7 | 122.2 | 143.9 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 | 143.1 |
| Accrued Expenses and other current liabilities | | 182.4 | 164.5 | 173.5 | 186.6 | 181.3 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 | 180.4 |
| Notes payable and current maturities of long-term debt | | 17.7 | 16.6 | 20.0 | 8.8 | 25.3 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 | 30.4 |
| Other | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 |
| **Current Liabilities** | | **524.3** | **487.4** | **513.1** | **577.5** | **654.1** | **650.6** | **723.6** | **746.4** | **746.4** | **758.4** | **755.6** | **737.1** | **753.0** | **753.0** | **760.3** |
| Long-term debt | | 788.5 | 1,243.7 | 1,600.0 | 1,264.9 | 1,445.8 | 1,511.7 | 1,461.7 | 1,411.7 | 1,411.7 | 1,361.7 | 1,311.7 | 1,261.7 | 1,251.7 | 1,251.7 | 1,051.7 |
| Revolving Credit Facility | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unfunded pension liability | | 135.5 | 106.7 | 126.6 | 116.6 | 116.4 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 | 115.2 |
| Deferred credits and other long-term Liabilities | | 87.4 | 94.3 | 83.6 | 111.9 | 103.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 | 98.4 |
| **Total Liabilities** | | **1,535.8** | **1,932.2** | **2,323.4** | **2,070.9** | **2,319.7** | **2,376.0** | **2,399.0** | **2,371.7** | **2,371.7** | **2,333.8** | **2,281.0** | **2,212.5** | **2,218.4** | **2,218.4** | **2,025.7** |
| Convertible preferred shares | | 817.1 | 481.9 | 151.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common Stock | | 0.2 | 0.2 | 0.2 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Additional paid-in capital | | 180.7 | 86.0 | 36.4 | 652.7 | 650.6 | 654.2 | 659.5 | 664.6 | 664.6 | 669.3 | 674.6 | 680.0 | 685.3 | 685.3 | 706.0 |
| Accumulated deficit | | (245.9) | (154.9) | 202.6 | 233.7 | 273.9 | 262.5 | 261.4 | 296.6 | 296.6 | 328.1 | 384.5 | 448.7 | 500.2 | 500.2 | 741.1 |
| Accumulated Other Comprehensive Income | | (103.9) | (163.0) | (197.2) | (95.3) | (73.3) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) | (126.6) |
| Non-controlling Interest | | 0.0 | 0.0 | 0.0 | 0.0 | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) |
| Treasury Stock | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (36.6) | (41.2) | (41.2) | (41.2) | (41.2) | (41.2) | (41.2) | (41.2) | (41.2) |
| Stockholders Equity | | (168.8) | (231.7) | 41.9 | 792.0 | 852.0 | 790.8 | 758.6 | 794.3 | 794.3 | 830.4 | 892.1 | 961.7 | 1,018.5 | 1,018.5 | 1,280.1 |
| **Total Liabilities and Equity** | | **2,184.1** | **2,182.4** | **2,516.3** | **2,862.9** | **3,171.7** | **3,166.8** | **3,157.6** | **3,166.0** | **3,166.0** | **3,164.2** | **3,173.1** | **3,174.2** | **3,236.8** | **3,236.8** | **3,305.8** |

Source: RBC Capital Markets estimates and Company Filings

 **RBC Capital Markets**

JELD-WEN Holding, Inc.

| JELD-WEN Holding, Inc. | 2013 | 2014 | 2015 | 2016 | 2017 | 1Q'18 | 2Q'18 | 3Q'18E | 4Q'18E | 2018E | 1Q'19E | 2Q'19E | 3Q'19E | 4Q'19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consolidated Statement of Cash Flows (millions) | Dec-13 | Dec-14 | Dec-15 | Dec-16 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Dec-19 | Dec-20 |
| **Cash flows from operating activities:** | | | | | | | | | | | | | | | | |
| Net Income | (68.4) | (84.1) | 90.9 | 377.2 | 10.8 | 40.3 | 35.5 | (1.0) | 35.2 | 109.9 | 31.4 | 56.4 | 64.3 | 51.4 | 203.5 | 241.0 |
| Depreciation & Amortization | 104.7 | 100.0 | 95.2 | 108.0 | 111.3 | 28.5 | 30.6 | 30.2 | 30.2 | 119.4 | 30.1 | 29.9 | 29.9 | 29.8 | 119.7 | 118.2 |
| Deferred income taxes | (22.7) | 1.6 | (18.9) | (265.8) | 96.8 | (8.9) | 6.9 | (0.3) | 11.4 | 9.1 | 10.2 | 18.2 | 20.8 | 16.6 | 65.8 | 36.6 |
| Non cash changes in inventory value/other non cash items | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 76.5 | 0.0 | 76.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (Gain) Loss on sale of business units, property and equipment | | | (0.4) | (3.3) | 0.2 | 0.2 | 0.2 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjustment to carrying value of assets | | | 4.3 | 5.2 | 1.5 | 0.6 | 0.1 | 0.0 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity earnings in non-consolidated entities | | | (2.4) | (3.8) | (3.6) | (0.7) | 0.0 | 0.0 | 0.0 | (0.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of deferred financing costs | | | 4.3 | 4.0 | 9.4 | 0.5 | 0.5 | 1.1 | 1.0 | 3.1 | 0.5 | 0.5 | 1.1 | 1.0 | 3.1 | 3.1 |
| Non-cash loss on extinguishment of debt | | | 0.0 | 0.0 | 23.3 | (20.8) | 0.0 | 0.0 | 0.0 | (20.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock-based compensation | 5.7 | 8.0 | 15.6 | 22.5 | 19.8 | 2.0 | 6.3 | 4.3 | 4.1 | 16.7 | 4.2 | 4.7 | 4.3 | 4.3 | 17.6 | 17.6 |
| Contributions to U.S. pension plan | (18.6) | (16.6) | (14.3) | 0.0 | (10.0) | 0.0 | (1.4) | 0.0 | 0.0 | (1.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of U.S. pension expense | 16.6 | 7.6 | 12.8 | 12.3 | 12.7 | 0.0 | 6.0 | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other items, net | (0.1) | 42.3 | 1.8 | (5.3) | (8.2) | 15.3 | (11.3) | 0.0 | 0.0 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total adjustments** | **17.1** | **58.8** | **188.9** | **251.0** | **263.9** | **57.0** | **73.5** | **110.7** | **81.9** | **323.1** | **76.4** | **109.8** | **120.3** | **103.2** | **409.7** | **416.5** |
| Changes in Working Capital | (66.5) | (37.1) | (16.5) | (49.3) | 1.9 | (122.3) | (16.5) | 53.1 | 47.8 | (37.9) | (48.5) | (82.9) | 32.7 | 76.4 | (22.3) | (20.2) |
| **Cash from operations** | **(49.4)** | **21.8** | **172.4** | **201.7** | **265.8** | **(65.3)** | **57.0** | **163.8** | **129.6** | **285.2** | **27.9** | **26.9** | **153.0** | **179.6** | **387.3** | **396.3** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from investing activities:** | | | | | | | | | | | | | | | | |
| Purchase of property, plant and equipment | (80.5) | (68.6) | (75.0) | (74.0) | (59.6) | (26.6) | (25.0) | (29.5) | (28.4) | (109.4) | (25.3) | (28.4) | (27.8) | (26.8) | (108.3) | (110.3) |
| Proceeds from sale of discontinued ops | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from sale of business units, property and equipment | | | 4.7 | 7.6 | 2.7 | 1.1 | 0.1 | 0.0 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchase of intangible assets | | | (2.7) | (5.5) | (3.5) | (0.9) | (4.5) | 0.0 | 0.0 | (5.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchases of businesses, net of cash acquired | | | (86.7) | (85.9) | (131.4) | (165.7) | (2.4) | 0.0 | 0.0 | (168.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash received on notes receivable | | | 1.3 | 1.0 | 2.0 | 0.2 | 0.1 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other investing activities | | | 0.0 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash from investing** | **13.9** | **(56.7)** | **(158.5)** | **(156.8)** | **(189.8)** | **(191.8)** | **(31.7)** | **(29.5)** | **(28.4)** | **(281.3)** | **(25.3)** | **(28.4)** | **(27.8)** | **(26.8)** | **(108.3)** | **(110.3)** |
| | | | | | | | | | | | | | | | | |
| **Cash flows from financing activities:** | | | | | | | | | | | | | | | | |
| Distributions paid | | | (419.2) | (404.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from issuance of new debt, net of discount | | | 449.1 | 349.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Borrowings on long-term debt | | | 0.0 | 0.0 | 0.0 | 111.7 | 58.1 | (50.0) | (50.0) | 69.8 | (50.0) | (50.0) | (50.0) | (10.0) | (160.0) | 0.0 |
| Payments on long-term debt | | | 0.0 | 0.0 | (389.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (200.0) |
| Common stock issued | | | 2.0 | 0.0 | 480.3 | 0.2 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Common stock repurchase | | | (44.6) | 0.0 | 0.0 | 0.0 | (47.0) | (36.6) | (4.6) | (88.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other financing activities | | | 0.0 | 1.2 | (24.3) | (4.5) | (2.3) | 0.0 | 0.0 | (6.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash from Financing** | **34.6** | **105.6** | **(1.1)** | **(52.0)** | **64.1** | **107.4** | **8.8** | **(86.6)** | **(54.6)** | **(25.0)** | **(50.0)** | **(50.0)** | **(50.0)** | **(10.0)** | **(160.0)** | **(200.0)** |
| | | | | | | | | | | | | | | | | |
| Effect of exchange rate changes on cash | (3.4) | (2.8) | (4.8) | (3.7) | 12.7 | (3.2) | 0.6 | 0.0 | 0.0 | (2.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash | (4.2) | 67.9 | 8.1 | (10.8) | 152.8 | (152.9) | 34.8 | 47.8 | 46.6 | (23.7) | (47.4) | (51.6) | 75.2 | 142.7 | 119.1 | 86.0 |
| Cash, beginning of period | 41.8 | 37.7 | 105.5 | 113.5 | 103.5 | 256.2 | 103.3 | 138.1 | 185.9 | 256.2 | 232.5 | 185.1 | 133.6 | 208.8 | 232.5 | 351.6 |
| Cash, end of period | 37.7 | 105.5 | 113.6 | 102.7 | 256.2 | 103.3 | 138.1 | 185.9 | 232.5 | 232.5 | 185.1 | 133.6 | 208.8 | 351.6 | 351.6 | 437.5 |

**Source: RBC Capital Markets estimates and Company Filings**

October 16, 2018

**Mike Dahl,** (212) 618-3251; michael.dahl@rbccm.com    7

 **RBC Capital Markets**                                                                                        **JELD-WEN Holding, Inc.**

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for JELD-WEN Holding, Inc. in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from JELD-WEN Holding, Inc. in the past 12 months.

RBC Capital Markets, LLC makes a market in the securities of JELD-WEN Holding, Inc..

RBC Capital Markets has provided JELD-WEN Holding, Inc. with investment banking services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick/ Outperform, Sector Perform, and Underperform most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Sep-2018 | | | | |
|---|---|---|---|---|
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 859 | 54.33 | 251 | 29.22 |
| HOLD [Sector Perform] | 646 | 40.86 | 125 | 19.35 |
| SELL [Underperform] | 76 | 4.81 | 5 | 6.58 |



## RBC Capital Markets

**JELD-WEN Holding, Inc.**



**Rating and price target history for: JELD-WEN Holding, Inc. as of 12-Oct-2018 (in USD)**

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List – RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12), and former lists called the Guided Portfolio: Large Cap (RL 7), the Guided Portfolio: Midcap 111 (RL 9), and the Guided Portfolio: Global Equity (U.S.) (RL 11). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**JELD-WEN Holding, Inc.**

**Valuation**

Our price target of $23 is based on FY'19E EBITDA of $525 MM and a '19E EV/EBITDA multiple of 6.5x ('18E 7.5x). Our multiple anticipates that the unfavorable litigation ruling will remain an overhang on JELD's valuation. We believe that JELD should trade at levels below its building products peer group ('18/'19E 9x /8x EBITDA) in recognition of the uncertainty regarding the company's asset base beyond 2020. However, we believe these risks are reflected in current valuation and that self-help margin initiatives as well as an active M&A platform provide the potential for upside catalysts. Our price target and implied return potential support an Outperform rating.

**Risks to rating and price target**

Risks to our price target and rating include: (1) pending litigation resulting in the need to divest door skin manufacturing assets; (2) a change in company strategy following management transitions; (3) increased pricing pressure; (4) further input cost inflation (Resins, wood, steel, freight, labor); (5) weaker residential construction activity in the U.S., Europe, or Australia; and (6) PE overhang.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

October 16, 2018                                              **Mike Dahl,**  (212) 618-3251; michael.dahl@rbccm.com    9

 **RBC Capital Markets**

JELD-WEN Holding, Inc.

https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered

October 16, 2018                                    **Mike Dahl,**  (212) 618-3251; michael.dahl@rbccm.com    10



**RBC Capital Markets**

**JELD-WEN Holding, Inc.**

to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC Capital Markets.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission ('SFC'), RBC Investment Services (Asia) Limited and RBC Investment Management (Asia) Limited, both entities are regulated by the SFC. Financial Services provided to Australia: Financial services may be provided in Australia in accordance with applicable law. Financial services provided by the Royal Bank of Canada, Hong Kong Branch are provided pursuant to the Royal Bank of Canada's Australian Financial Services Licence ('AFSL') (No. 246521.)

**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association ("JSDA").

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2018 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2018 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2018
Copyright © Royal Bank of Canada 2018
All rights reserved