# EXHIBIT 11

Completed    17 Feb 2017 05:29 PM EST
Disseminated 21 Feb 2017 12:15 AM EST

# J.P.Morgan

North America Equity Research
21 February 2017

# Jeld-Wen

## Initiating with a Neutral Rating; Margin Expansion Likely to Be Material, But Valuation Fair

We are initiating coverage of Jeld-Wen (JELD) with a Neutral rating and Dec. 2017 price target of $32.00. We believe the company's impressive gross margin expansion will continue over the next two years, driven by cost reduction initiatives as well as, to a lesser extent, end-market growth, albeit partially offset by expected higher SG&A due to strategic investments. Additionally, JELD maintains a leading position in the well-structured North America residential door industry, which has and should continue to result in solid pricing power. Also, while we estimate only moderate sales growth over the next two years, we point to upside potential from acquisitions. Lastly, following appreciation of nearly 30% after its IPO at $23/share, JELD trades at roughly 9x our 2017E EBITDA, which we view as fair. Our Dec. 2017 price target of $32.00 is based on an 8x target forward multiple against our 2018E EBITDA. As our price target only represents 9% upside, which is roughly in line with the average upside for its peers, we believe this supports our Neutral rating on JELD.

- **Margin expansion opportunity largely driven by cost reductions, as well as, to a lesser extent, end-market growth.** We believe JELD's recent strong gross margin expansion should continue over at least the next two years – we estimate 350 bps of expansion in 2017-18 – driven by further implementation of its cost reduction initiatives, as well as to a lesser degree modest end-market growth, improvements in price/mix, new product introductions and channel initiatives.

- **Leading position in well-structured industry, which has and should continue to result in solid pricing power.** We believe JELD's leading position in the consolidated North American residential door market is sustainable given significant barriers to entry and a consolidated market structure, which has enabled the company and industry to achieve solid pricing power over the last several years.

- **Moderate growth expectations, but upside potential from acquisitions.** While we estimate JELD's consolidated organic sales growth (ex-f/x) will improve only 2% in 2017, below its building products peers' roughly 4.5% average growth, we note that this is driven by more challenging market conditions in Europe and Australia and some exiting of less profitable accounts. However, we believe upside potential exists from a continuation of the company's bolt-on acquisition strategy and also expect growth to accelerate in 2018.

- **Valuation looks fair and at a modest premium to closest peer.** JELD currently trades at 9.2x and 7.5x our 2017E and 2018E EBITDA, respectively, which represent premiums to its closest peer Masonite of 12% and 6%.

### Jeld-Wen Holding, Inc. (JELD;JELD US)

| FYE Dec | 2016A | 2017E | 2018E |
|---|---|---|---|
| EPS - Recurring ($) | | | |
| Q1 (Mar) | - | 0.12 | - |
| Q2 (Jun) | - | 0.47 | - |
| Q3 (Sep) | - | 0.46 | - |
| Q4 (Dec) | - | 0.39 | - |
| FY | 1.21 | 1.43 | 1.87 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**See page 34 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

---

**Initiation**
## Neutral

**JELD, JELD US**
Price: $29.48

**Price Target: $32.00**

---

**Homebuilders and Building Products**

**Jason A Marcus, CFA** [AC]
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**Michael Rehaut, CFA**
(1-212) 622-6696
michael.rehaut@jpmorgan.com

**Neal BasuMullick**
(1-212) 622-3044
neal.basumullick@jpmorgan.com

J.P. Morgan Securities LLC

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 28.3% | 28.3% | 28.3% | 28.3% |
| Rel | 25.5% | 26.0% | 20.5% | -12.7% |

| Company Data | |
|---|---|
| Price ($) | 29.48 |
| Date Of Price | 17-Feb-17 |
| 52-week Range ($) | 30.26-24.95 |
| Market Cap ($ mn) | 3,199.04 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 109 |
| Price Target ($) | 32.00 |
| Price Target End Date | 31-Dec-17 |

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Table of Contents

**Investment Thesis** ...........................................................................3

**Risks to Rating and Price Target** ............................................5

**Company Description** .............................................................6

**Margin Expansion Opportunity Largely Driven by Cost Reductions**.............................................................................9

Cost Reduction Initiatives to Drive 2-3% Annual Productivity .................................9

**Leading, Sustainable Position in Consolidated, Attractive Industry** ...............................................................................10

Leading Position in Consolidated Industry...........................................11
Pricing Power....................................................................................11
High Barriers to Entry .......................................................................12

**Moderate Growth Expectations, with Upside Potential from Acquisitions** .............................................................................14

North American Sales Growth Outlook and History...............................................14
Europe Sales Growth Outlook and History..........................................................15
Australasia Sales Growth Outlook and History......................................................15
Bolt on Acquisitions Likely to Continue and Could Represent Upside to Our Sales Growth Outlook ..............................................................17

**Financial Outlook** ..................................................................18

**Valuation** ...........................................................................19

**An In-Depth Look at the Windows and Door Markets** .........20

**Jeld-Wen Cost Structure**..........................................................27

JELD Key Management Biographies................................................................28

**JELD Financial Model** ............................................................30

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Investment Thesis

**Jeld-Wen (JELD)**

**Neutral**

**Margin Expansion Opportunity Largely Driven by Cost Reductions**

We believe JELD's recent strong gross margin expansion should continue over at least the next two years, driven by further implementation of its cost reduction initiatives, as well as to a lesser degree modest end-market growth, improvements in price/mix, new product introductions and channel initiatives.  We note that the roughly 650 bps of gross margin expansion from 2013-2016 was mostly driven by improved pricing, as from 2011-2013 previous management focused on growth at the expense of margin, which resulted in pricing deterioration over this time period.  Beginning in 2014, however, the company's new management team improved pricing discipline and implemented significant price increases in North America.  Additionally, JELD increased its focus on customer and product profitability by discontinuing less profitable product lines, improving mix, establishing productivity metrics and launching the JELD-WEN Excellence Model (JEM) to improve best practices. Looking forward, in contrast to the last three years, the company expects 60% of future gross margin improvement to be driven by cost reduction actions and 40% by core growth (end-market growth/market share gains, including price/mix improvements and channel initiatives), as we believe price will not be a material driver of future margin improvement.  As a result, we estimate gross margin expansion in 2017 and 2018 of 200 bps and 150 bps, respectively.  Lastly, we expect this gross margin expansion to be partially offset by SG&A increasing by roughly 100 bps in 2017 (and remaining flat in 2018) as the company invests in channel management, including brand and marketing initiatives, technology investments, new product development and a new ERP system.

**Leading, Sustainable Position in Consolidated North America Door Industry**

We believe JELD's leading position in the consolidated North American residential door market (57% of 2015 North America sales) is sustainable given significant barriers to entry and a consolidated market structure, which has enabled the company and industry to achieve solid pricing power over the last several years.  Specifically, JELD currently holds a #1 position in the U.S. and #2 in Canada, as the North American market consolidated from more than six manufacturers since 2010 (and more than ten in 2000) to three main producers today.  Additionally, substantial barriers to entry exist, including significant capital and time required to construct new manufacturing facilities and assembly/finishing plants.  Moreover, JELD has established a national distribution network featuring strong relationships with major retailers (HD/LOW), wholesale distributors, dealers, builders, contractors and architects, which would take significant time and capital for a new entrant to replicate.  Lastly, imports have a minimal presence in the door industry, as transportation and distribution expense is often cost prohibitive for foreign producers given the size of the product and necessary lead times, with limited labor savings to offset this expense.

3

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Moderate Growth Expectations, but Upside Potential from Acquisitions**

While we estimate JELD's consolidated organic sales growth (ex-f/x) will improve only 2% in 2017, driven roughly equally by price and volume, below its building products peers' roughly 4.5% average growth, we note that this is driven by more challenging market conditions in Europe and Australia and some exiting of less profitable accounts.  However, we estimate this growth will accelerate to 5% in 2018 (roughly in line with its peers) as the company continues to benefit from a recovery in both North America new construction and repair/remodel end markets, while we expect modest growth in Europe and recent acquisitions in Australia to continue to gain traction and offset modest declines in single-family starts.  We also expect new product introductions, brand and marketing initiatives, channel strategy and recent acquisitions will help drive modest market share gains.  Importantly, while we estimate that price will be positive over the next two years, we believe price increases will be less significant than what the company experienced in 2014-2016. Most recently, in 2016 the company exited some lower margin business at one of its major customers, which we estimate will represent a roughly $40 million headwind in 2017.  Lastly, while we do not model acquisitions in our forecast, we believe this could represent a source of upside, as the company has identified over 40 potential targets across its geographies which it believes would be complementary to its existing portfolio.  JELD acquired six companies since August 2015 across each of its regions and the company's management team has a solid long-term track record of M&A success in prior roles.

**Valuation looks fair and at a modest premium to closest peer.**

JELD currently trades at 9.2x our 2017E EBITDA and 7.5x our 2018E EBITDA, which represents premiums to its closest peer Masonite (DOOR) of 12% and 6%, respectively.  Additionally, relative to our broader building products universe, JELD trades at a 4% premium on 2017E EBITDA and a 4% discount on 2018E.  On a P/E basis, JELD is currently trading at a premium to DOOR, at 20.6x and 15.8x our 2017E and 2018E EPS, respectively, vs. DOOR's 17.8x and 15.4x, while our building products universe trades at 16.5x and 14.7x.  We believe this is due to the company's strong anticipated earnings growth in 2017-18, which we estimate at 55% for the two year period relative to 24% for our universe.  We believe JELD's premium to DOOR against our 2017E is warranted due to our outlook for above average earnings growth and margin expansion in 2017-18.  However, on a longer-term basis, we would expect both companies to ultimately trade at similar multiples. Additionally, we note that JELD has above average leverage at roughly 3x net debt/EBITDA, which we believe could also limit material upside to the multiple over the next year.  Our Dec. 2017 price target of $32.00 is based on an 8.0x target forward multiple against our 2018E EBITDA.  We believe our target multiple is reasonable as it represents a roughly 15% discount to JELD's current multiple against our 2017E and it is also in line with our target forward multiple for DOOR. As our price target represents upside potential of only 9%, which is roughly in line with the average upside for our building products universe, we believe this supports our relative Neutral rating on JELD.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Risks to Rating and Price Target

We believe the following factors represent upside/downside risks to our Neutral rating and December 2017 price target for JELD, and thus could drive outperformance/underperformance relative to its peers:

1) Gross margin expansion represents the primary driver of earnings growth over the next two years.  If the company's cost reduction initiatives occur faster than expected or are more successful, this could drive upside to our earnings estimates and drive outperformance in the stock.  By contrast, if cost reduction initiatives take longer than expected or are less successful, this could drive underperformance.

2) Stronger/weaker than expected end-market recoveries across the company's geographies in North America, Europe and Australasia.

3) Faster/slower than anticipated introduction of new products and ensuing market share gains.

4) M&A activity has been a driver of the company's growth over the last two years and to the extent that future acquisitions materialize quickly, this could drive upside to our sales growth and earnings estimates.  By contrast, we believe a lull in M&A activity over a significant period of time would be disappointing to investors.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

# Company Description

Jeld-Wen (JELD), founded in 1960 and based in Charlotte, NC, is one of the world's largest door and window manufacturers.  The company designs, produces and distributes a broad range of interior and exterior doors, wood, vinyl and aluminum windows and other related products for residential repair/remodel, residential new construction and non-residential markets.  Jeld-Wen sells products under the JELD-WEN brand name, as well as many others including CraftMaster, LaCantina, Karona, Dooria and Breezway.  In 2011, Onex acquired a majority ownership position in the company to de-lever the balance sheet, and made two subsequent investments in 2012 and 2014.  Following Onex's investment, the company exited non-core operations, hired a new management team, improved pricing discipline, began investing in R&D and restarted M&A.  Jeld-Wen went public on January 26, 2017, at $23.00 per share.  We estimate that the U.S. represents 50% of 2016E sales, followed by Europe (ex-U.K) at 23%, Australia at 13%, Canada at 9%, U.K. at 4%, New Zealand at <1% and Asia at <1%.  Additionally, we estimate that residential repair/remodel represented 47% of 2016E sales, residential new construction represented 43% and non-residential construction represented 10% (mostly Europe).  In 2015, the company had #1 market positions in residential doors in the U.S., Europe and Australia, as well as a #3 position in residential windows in the U.S. and Canada, a #1 position in non-residential doors in Europe and a #1 position in residential windows in Australia.

6

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Figure 1: JELD Sales by Region, 2016E**



Source: Company reports and J.P. Morgan estimates.

**Figure 2: JELD Consolidated End Market Exposure, 2016E**

Source: Company reports and J.P. Morgan estimates.

**Table 1: Jeld-Wen Sales and EBITDA by Region, 2017E**

| Region | Sales | | Adj. EBITDA | | |
|---|---|---|---|---|---|
| | ($ in mil.) | % of total | ($ in mil.) | % of total | Margin |
| North America | $2,215 | 59% | $301 | 61% | 13.6% |
| Europe | $1,007 | 27% | $130 | 26% | 12.9% |
| Australasia | $533 | 14% | $67 | 13% | 12.6% |
| **Total*** | **$3,755** | **100%** | **$442** | | **11.8%** |

Source: Company reports and J.P. Morgan estimates.
*Total adjusted EBITDA includes corporate expense of $56 million.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

**Figure 3: JELD Sales by Product, 2015**



Source: Company reports and J.P. Morgan estimates.

**Figure 4: JELD Sales by Channel, 2015**



Source: Company reports and J.P. Morgan estimates.

**Table 2: JELD End Markets, Market Position and Brands, 2015**

| | North America | Europe | Australasia |
|---|---|---|---|
| % Net Revenues | 60% | 29% | 11% |
| Manufacturing Facilities | 44 | 28 | 43 |
| Key Market Positions | • #1 in residential doors in the United States<br>• #2 in residential doors in Canada<br>• #3 in residential windows in the United States and Canada | • #1 in residential doors<br>– #1 in residential doors in Germany, Switzerland, and Scandinavia<br>– #2 in residential doors in the United Kingdom and Austria<br>– #3 in residential doors in France<br>• #1 in non-residential doors<br>– #1 in non-residential doors in Germany, Switzerland, Scandinavia and Austria<br>– #2 in non-residential doors in France | • #1 in residential doors in Australia<br>• #1 in residential windows in Australia |
| Net Revenues by Product Type | • Doors (57%)<br>• Windows (33%)<br>• Other (10%) | • Doors (92%)<br>• Windows (3%)<br>• Other (5%) | • Doors (42%)<br>• Windows (30%)<br>• Other (28%) |
| End Market Exposure | • Residential R&R (52%)<br>• Residential new construction (46%)<br>• Non-residential (2%) | • Residential R&R (44%)<br>• Residential new construction (26%)<br>• Non-residential (30%) | • Residential R&R (26%)<br>• Residential new construction (72%)<br>• Non-residential (2%) |
| Key Brands | • JELD-WEN<br>• CraftMaster<br>• LaCantina<br>• Karona | • JELD-WEN<br>• Swedoor<br>• DANA<br>• Dooria<br>• Kilsgaard | • JELD-WEN<br>• Stegbar<br>• Corinthian<br>• Trend<br>• Aneeta<br>• Regency<br>• Breezway |

Source: Company reports.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Margin Expansion Opportunity Largely Driven by Cost Reductions

We believe JELD's recent strong gross margin expansion should continue over at least the next two years, driven by further implementation of its cost reduction initiatives, as well as to a lesser degree modest end-market growth, improvements in price/mix, new product introductions and channel initiatives. We note that the roughly 650 bps of gross margin expansion from 2013-2016 was mostly driven by improved pricing, as from 2011-2013 previous management focused on growth at the expense of margin, which resulted in pricing deterioration over this time period. Beginning in 2014, however, the company's new management team improved pricing discipline and implemented significant price increases in North America. Additionally, JELD increased its focus on customer and product profitability by discontinuing less profitable product lines, improving mix, establishing productivity metrics and launching the JELD-WEN Excellence Model (JEM) to improve best practices. Looking forward, in contrast to the last three years, the company expects 60% of future gross margin improvement to be driven by cost reduction actions and 40% by core growth (end-market growth/market share gains, including price/mix improvements and channel initiatives), as we believe price will not be a material driver of future margin improvement. As a result, we estimate gross margin expansion in 2017 and 2018 of 200 bps and 150 bps, respectively. Lastly, we expect this gross margin expansion to be partially offset by SG&A increasing by roughly 100 bps in 2017 (and remaining flat in 2018) as the company invests in channel management, including brand and marketing initiatives, technology investments, new product development and a new ERP system.

## Cost Reduction Initiatives to Drive 2-3% Annual Productivity

Driving JELD's continued margin expansion, the company has begun to implement a series of cost reduction initiatives, which it expects to drive roughly 60% of its gross margin improvement over the next two years. At the core of improvement and productivity programs, the company launched JEM in 2014, which established a "culture of continuous improvement and operational excellence" that will continue to be implemented over the next several years. As part of these efforts, the company has identified over 1,200 projects that it believes will lead to significant cost reduction opportunities. As a result, JELD is targeting annual cost/productivity improvements representing 2-3% of COGS across freight, overhead, labor and materials, which we expect to be key drivers of our estimated 350 bps of overall gross margin expansion from 2016-2018E (each 100 bps represents roughly $40 million of EBITDA). We believe this opportunity will be roughly equally driven by better sourcing, manufacturing and process improvements (including JEM) and labor productivity. Driving its expected sourcing savings, the company established a global sourcing function in 2016 to leverage its global purchasing and has already started to realize raw material savings. Additionally, there are numerous active and identified projects cross the company which are expected to drive additional savings. As a result, JELD is targeting roughly $50 million in raw materials savings over the next several years (relative to our estimate of $1.4-1.5 billion of raw material spend in 2016) across key raw materials including wood products, glass, hardware, metal and vinyl. Lastly, the company expects labor productivity improvements to be driven by a combination of reduced labor usage, less overtime and limiting waste by enhancing planning and manufacturing processes.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Leading, Sustainable Position in Consolidated, Attractive Industry

We believe JELD's leading position in the consolidated North American residential door market (57% of 2015 North America sales) is sustainable given significant barriers to entry and a consolidated market structure, which has enabled the company and industry to achieve solid pricing power over the last several years. Specifically, JELD currently holds a #1 position in the U.S. and #2 in Canada, as the North American market consolidated from more than six manufacturers since 2010 (and more than ten in 2000) to three main producers today. Additionally, substantial barriers to entry exist, including significant capital and time required to construct new manufacturing facilities and assembly/finishing plants. Moreover, JELD has established a national distribution network featuring strong relationships with major retailers (HD/LOW), wholesale distributors, dealers, builders, contractors and architects, which would take significant time and capital for a new entrant to replicate. Lastly, imports have a minimal presence in the door industry, as transportation and distribution expense is often cost prohibitive for foreign producers given the size of the product and necessary lead times, with limited labor savings to offset this expense.

**Figure 5: North America Door Market Size and Share (based on 2015 sales)**



Source: Company reports and J.P. Morgan estimates.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

## Leading Position in Consolidated Industry

In the North American residential door market, JELD currently holds a #1 position in the U.S. and a #2 position in Canada, as the industry has consolidated from more than six manufacturers since 2010 (and more than ten in 2000) to three main producers today.  Specifically, prior to 2010, the North American residential interior door market was led by Jeld-Wen, Masonite, Ledco, Lifetime, Craftmaster and Illinois Flush Door.  In 2010, Masonite purchased Ledco and Lifetime, while Craftmaster acquired Illinois Flush Door in 2010 before being acquired by Jeld-Wen in 2012.

We estimate JELD holds a leading position in the North America residential door market (based on 2015 sales), with roughly 28% market share, similar to its primary competitor, Masonite, which is also at roughly 28%.  We estimate Therma-Tru, which only manufactures exterior doors, is the #3 player and holds an 11% market share.  Within the North America residential <u>interior</u> door market, we estimate JELD and Masonite also have similar market share of roughly 36% each.  The remaining companies are mostly regional door assembly companies, some of which source their interior door skins from Jeld-Wen, who along with Masonite, are the only two manufacturers of interior molded door skins – the primary component in interior door manufacturing – in North America and we estimate hold 75% of global capacity. The <u>exterior</u> door market is relatively more competitive, as we estimate Therma-Tru ranks #1 with roughly 23% market share, while Masonite is #2 at roughly 20% and Jeld-Wen is #3 at 18%.  This is followed by Plastpro at #4 with roughly 11% and Feather River and Grabill with roughly 8% each.

**Table 3: North America Residential Door Industry Consolidation Trends Since 2010**



Source: J.P. Morgan, Masonite investor presentation.

## Pricing Power

While we do not expect future price increases to be as significant as the company experienced over the last three years – JELD's price in North America rose 5% annually in 2014-2015 and we estimate 2% in 2016 – we believe the company will continue to implement modest price increases as needed, which we expect would be relatively successful against a more rational, less price competitive environment. Critically, we view the more recently consolidated nature of the industry as resulting in improved pricing power for both Jeld-Wen and Masonite (following years of price competition).

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

## High Barriers to Entry

We believe JELD's leading industry position is supported by high barriers to entry, due to a combination of significant capital and time required to construct new manufacturing facilities and assembly/finishing plants, a broad, national distribution network across both the wholesale and retail channel that would be difficult to replicate, and limited import competition given relatively high transportation and distribution costs.

**Significant Capital Investment**

We estimate a door skin manufacturing plant costs between $100-$150 million, with each slab assembly plant requiring a $20-$25 million investment (multiple slab plants would be required across many different regions to match JELD's national presence) and each pre-finishing and pre-hanging plant requiring a $9-10 million investment (with multiple plants required to service various regions). Additionally, a new entrant would need to invest in die plates, which would likely require an additional $75 million investment in order to have a full product line offering. Regarding construction time, it is estimated to take at least three years to get a skins plant operational, with 12 months for site selection, planning and permitting, 24 months for construction and 12 months to ramp up production to a meaningful level.

**National Distribution Network**

JELD has an established national distribution network featuring strong relationships with major retailers (HD/LOW), wholesale distributors, dealers, builders, contractors and architects. We believe significant resources and time would be required to establish a distribution footprint similar to JELD's, and would be difficult for a new entrant to replicate. Specifically, the company has 44 manufacturing facilities across North America (as part of a global footprint of 115 facilities across 19 countries), allowing it to serve both national and regional customers in a timely manner and with a full range of product offerings. Within the retail channel, sales to Home Depot represented roughly 25% of JELD's North America sales and 15% of total company sales in 2015. We estimate the Big Box stores overall (Home Depot, Lowes and Menards) represented 31% of total sales and 45% of North America sales in 2015. Given JELD's national distribution and complete product range, we believe HD/LOW will continue to view their relationships with the company as strategic and mutually beneficial, making it difficult for new entrants to establish a material foothold at these key retailers. Moreover, within the wholesale channel, JELD has long standing relationships with major distributors including BMC/Stock Building Supply, ProBuild/Builders First Source and American Building Supply.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Figure 6: JELD North America Distribution Exposure, 2015**



Source: Company reports and J.P. Morgan estimates.

## Limited Import Competition

We note that transportation and distribution expense is cost prohibitive in many instances for foreign producers given the size of the product and necessary lead times, with limited labor savings to offset this expense. Specifically, despite numerous plants spread across its footprint, we estimate distribution and transportation costs represent roughly 8% of JELD's net sales. A company importing product would incur additional shipping and logistics costs which we believe would result in total distribution and transportation costs significantly higher than JELD's, as direct labor savings would be minimal given that a significant portion of the manufacturing process is already automated. Moreover, we note that JELD has invested significant capital in its skins plants and die plates to be able to deliver a full spectrum of products to customers; we note foreign skins plants produce mostly traditional, lower margin six panel doors that have been losing share in the industry over the last five years.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Moderate Growth Expectations, with Upside Potential from Acquisitions

While we estimate JELD's consolidated organic sales growth at only 2% (ex-f/x) in 2017, driven roughly equally by price and volume, below its building products peers' roughly 4.5% average growth, we note that this is driven by more challenging market conditions in Europe and Australia and some exiting of less profitable accounts. Additionally, we estimate this growth will accelerate to 5% in 2018 (roughly in line with its peers) as the company continues to benefit from a recovery in both the North American new construction and repair/remodel end markets, while we expect modest growth in Europe and recent acquisitions in Australia to continue to gain traction and offset modest declines in single-family starts. We also expect the company to realize modest share gains, driven by new product introductions, brand and marketing initiatives, channel strategy and recent acquisitions. Importantly, while we estimate that price will be positive over the next two years, we believe price increases will be less significant than what the company experienced in 2014-2016. Specifically, from 2014-2016, JELD benefited from meaningful price increases in North America as its new management team improved pricing discipline and focused on customer and product profitability. This also resulted in the company exiting less profitable product lines and customer accounts which led to volume declines of roughly 3% in 2014 and 2015. Most recently, in 2016 the company exited some lower margin business at one of its major customers, which we estimate will represent a roughly $40 million headwind in 2017. Lastly, while we do not model acquisitions in our forecast, we believe this could represent a source of upside, as the company has identified over 40 potential targets across its geographies which it believes would be complementary to its existing portfolio. Importantly, JELD acquired six companies since August 2015 across each of its regions and the company's management team has a solid long-term track record of M&A success in prior roles.

## North American Sales Growth Outlook and History

Our North American sales growth estimates of 3% and 6% in 2017 and 2018, respectively, is largely driven by continued improvement in its core residential construction and repair/remodel end-markets, as well as modest market share gains. We estimate that new products will drive roughly half the company's market share gains, while the company's channel management (including cross selling the company's full product offering) and brand/marketing initiatives will drive the other half. As a result, we estimate 3% sales growth in North America in 2017, driven by a 2% improvement in volume/mix and a 1% improvement in price. Additionally, we estimate sales growth will accelerate in 2018 to 6%, driven by volume/mix growth 4.5% and price improvement of 1.5%.

In North America, sales growth from 2013-2016 was mostly driven by price improvement, as the company reset its pricing strategy in 2014 following a period where prior management favored volume growth at the expense of price and margin. However, new management reorganized the pricing department and implemented processes to better establish pricing decisions across its footprint. JELD also renewed its focused on product and customer profitability by shedding less profitable product lines/customers and realigning the portfolio. As a result, North American volume/mix declined by roughly 3% in both 2014 and 2015, below the moderate growth that occurred in the North America door and window industry. However,

14

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

improved pricing discipline helped the company raise prices by 5% in 2014 and 2015, as well as an expected 2% in 2016.  Moreover, volume/mix has rebounded in 2016 and is on track to rise 2% despite the loss of some lower margin business at a large retail customer in 2H16 (which we estimate will represent a roughly $40 million, or 2%, headwind in 2017).

## Europe Sales Growth Outlook and History

In Europe, we estimate a 1% decline in sales in 2017, as we expect currency to offset the improvement in core growth, while for 2018 we estimate sales growth of 4%. We believe JELD will continue to implement price increases (1.5% in 2017 and 1.0% in 2018), while we expect modest growth in the company's end-markets (new construction, repair/remodel and non-residential) to drive volume/mix growth of 2% and 3% in 2017 and 2018.  We expect market share gains to be driven roughly half by new products, with the remaining half driven by the company's channel strategy, including investments in digital marketing and brand management.

Starting in 2014, JELD's new management renewed its focus on the company's pricing strategy to improve customer profitability, as the company previously suffered from a lack of pricing discipline in certain markets and limited coordination across regions.  As a result, prices improved 1% and 2%, in 2014 and 2015, respectively, and are on track to improve another 2% in 2016, while the overall market grew at a moderate pace, with volume/mix up 3%, 2% and expected flat; currency represented headwinds of 16% and an expected 3% in 2015 and 2016. Lastly, we note that core growth during this period occurred despite the company exiting some lower-margin business.

## Australasia Sales Growth Outlook and History

We estimate Australasia sales to increase 5% and 3.5% in 2017 and 2018, respectively.  While we expect total Australian housing starts to decline in 2017 and 2018, we believe this will be mostly driven by multi-family, as single-family starts should decline only modestly during this period.  Specifically, J.P. Morgan's Australia Building Materials research team expects total Australia housing starts to decline roughly 10% in 2017 and 5% in 2018, following 8% growth in 2015 and a 4% decline through 3Q16; however, single-family starts – where JELD has significantly more exposure – are only expected to decline roughly 3% in both 2017 and 2018.  As a result, we estimate 2017 Australasia sales to increase 3%, as we expect a 5% decline in volume/mix to be more than offset by 7% growth from its acquisition of Breezway, while currency and price will represent tailwinds.  In 2018, we estimate sales growth of 3.5% (2% volume/mix, 1.5% price), as the company leverages its recent acquisition and benefits from new product introductions, channel strategy and growth initiatives.  We expect market share gains to be driven roughly one-third by new products, one-third by its channel strategy (including cross-selling full range of products) and one-third through its targeted increase in repair/remodel market share (which includes cross selling new acquisition accounts and leveraging new products through showrooms).

From 2013-2015, the company experienced solid core growth due to strong improvements in Australia residential new construction (72% of segment sales), driven mostly by volume/mix growth of 4% and 5% in 2014 and 2015, respectively, while price increased 2% each year.  However, this core growth was offset by significant currency headwinds of 7% and 18% in 2014 and 2015, respectively.  In

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

2016, we expect core growth in Australia to be up roughly 2%, driven by a 1.5%
improvement in price and a 0.5% improvement in volume/mix, while currency
should represent a 1% headwind; however, the company's recent acquisition of
Breezway (a manufacturer of residential and commercial louvre window systems) is
expected to contribute 37% to growth for the year.

**Table 4: Historical and Estimated Sales Growth by Component**

|  | 2014 | 2015 | 2016 | 2017E | 2018E |
|---|---|---|---|---|---|
| North America |  |  |  |  |  |
| F/X | (1.0%) | (2.0%) | (0.5%) | 0.1% | 0.0% |
| Volume/Mix | (3.0%) | (3.0%) | 2.3% | 2.0% | 4.5% |
| Price | 5.0% | 5.0% | 2.2% | 0.9% | 1.5% |
| Acquisitions/Other | 0.0% | 1.0% | 2.6% | 0.0% | 0.0% |
| Total | 0.8% | 1.3% | 6.7% | 3.1% | 6.0% |
| Europe |  |  |  |  |  |
| F/X | 0.0% | (16.0%) | (2.6%) | (4.0%) | 0.0% |
| Volume/Mix | 3.0% | 2.0% | (0.2%) | 1.9% | 3.0% |
| Price | 1.0% | 2.0% | 1.5% | 1.5% | 1.0% |
| Acquisitions/Other | 0.0% | 2.0% | 3.1% | 0.0% | 0.0% |
| Total | 3.5% | (10.1%) | 1.7% | (0.6%) | 4.0% |
| Australasia |  |  |  |  |  |
| F/X | (7.0%) | (18.0%) | (1.0%) | 2.6% | 0.0% |
| Volume/Mix | 4.0% | 5.0% | 0.5% | (5.2%) | 2.0% |
| Price | 2.0% | 2.0% | 1.5% | 0.3% | 1.5% |
| Acquisitions/Other | 0.0% | 1.0% | 36.7% | 7.2% | 0.0% |
| Total | (0.4%) | (9.7%) | 37.7% | 4.9% | 3.5% |
| Total |  |  |  |  |  |
| F/X | (1.0%) | (8.0%) | (1.2%) | (0.7%) | 0.0% |
| Volume/Mix | 0.0% | 0.0% | 1.4% | 1.0% | 3.7% |
| Price | 3.0% | 3.0% | 1.9% | 1.0% | 1.4% |
| Acquisitions/Other | 0.0% | 1.0% | 6.5% | 1.0% | 0.0% |
| **Total** | **1.5%** | **(3.6%)** | **8.5%** | **2.3%** | **5.1%** |

Source: Company filings, J.P. Morgan estimates.  Note: 2014-2015 numbers are rounded.

16

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

## Bolt on Acquisitions Likely to Continue and Could Represent Upside to Our Sales Growth Outlook

We expect JELD's bolt-on acquisition strategy to continue, which could represent upside to our sales growth outlook, as JELD has completed six acquisitions since August 2015, contributing an estimated 7% to sales growth in 2016 following 1% in 2015. Specifically, JELD spent $172 million for the six companies that were acquired in 2015 and 2016, representing roughly $250 million in annualized revenue. In 2015, the company acquired Dooria (Europe) and Aneeta Window Systems (Australasia), while in 2016 it acquired Karona (North America), LaCantina (North America), Trend Windows & Doors (Australasia) and Breezway (Australasia). JELD believes these acquisitions are all on track to deliver strong ROI. The company's M&A strategy is based on three key areas of focus: enhancing the product portfolio, market consolidation opportunities and new markets/geographies. Within this context, JELD generally focuses on companies with strong brands and market positions with new and differentiated products that are expected to be margin accretive and can drive clear synergies. Additionally, we believe the company typically targets IRRs above 20% and EBITDA multiples of 6-8x (pre-synergies). Looking forward, the company is currently monitoring over 40 targets across its geographies and while we expect JELD to remain disciplined, we believe acquisitions could represent a source of upside to our sales growth outlook. Lastly, while the company's leverage of roughly 3x net debt/LTM EBITDA is at the higher end of our coverage universe, we expect this to decline to nearly 2x over the next year, which would allow the company to become more aggressive from an M&A standpoint.

**Table 5: Jeld-Wen Recent Acquisitions**

| Jeld-Wen | | | |
|---|---|---|---|
| Date | Company | Country | Description |
| Aug-16 | Breezway | Australia | Manufacturer of residential and commercial louvre window systems in Brisbane, Australia. |
| Feb-16 | Trend Windows & Doors | Australia | Leading manufacturer of doors and windows in Australia. Strengthened Jeld-Wen's market position in the Australian window market and expanded product portfolio with new and innovative window designs. |
| Oct-15 | LaCantina Doors | USA | Manufacturer of folding and multislide door systems. Improved position in the popular and growing market for wall systems by giving Jeld-Wen additional resources, capacity, and a leading brand in this growing segment of the market. |
| Sep-15 | Karona | USA | Offers a complete range of specialty stile and rail doors, including interior, exterior, and fire rated doors for both the residential and non-residential markets, and is known for its high quality and technical capabilities. Fit strategy to expand our capabilities and product offering in the North American specialty stile and rail market. |
| Aug-15 | Aneeta Window Systems | Australia | Industry leading manufacturer and supplier of sashless windows in Australia. Expanded product portfolio to include innovative window system offerings to customers in Australia as well as North America. |
| Aug-15 | Dooria AS | Norway | Offers a complete range of doors, including interior, exterior, and specialty rated doors, in a wide variety of styles and is known for its high quality and innovative door designs and options. Expanded our production capabilities and product offering in the Scandinavian region. |
| Aug-12 | Craftmaster Manufacturing Inc. | USA | Manufacturer and marketer of doors, door facings and exterior composite trim. Expanded molder door product capacity and product offering in North America. |

Source: Company reports.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

# Financial Outlook

We estimate 2017 consolidated sales growth of 2%, driven by our outlook for North America to grow 3%, Europe to decline 1% and Australasia to increase 5%. Within North America, at 59% of 2017E revenue, we anticipate organic sales growth to be driven by a 2% improvement in volume/mix and a 1% improvement in price. While we expect a 5% increase in total U.S. housing starts and a 3-5% increase in repair remodel activity, we note that in late 2016, Jeld-Wen exited some lower margin business at one of its major retail customers, which we estimate will negatively impact 2017 sales growth by 2%. In Europe, at 27% of 2017E revenue, we expect a 1% decline in sales, as while we expect a 2% improvement in volume/mix and a 1.5% improvement in price, we estimate that currency will represent a 4% headwind. While we expect some growth in European construction, we maintain a more cautious stance due to Brexit concerns in the U.K., as well as broader recession concerns. Lastly, in Australasia (at 14% of 2017E revenue) we expect a 5% increase in sales, driven by a 5% decline in volume/mix and flat price, as well as a 7% tailwind from acquisitions made in 2016, as well as a 3% benefit from currency. Additionally, we estimate gross margins will expand by 200 bps in 2017 to 23.4%, driven mostly by cost reduction actions (60% of the improvement), as well as from core growth (the remaining 40%). We estimate SG&A of 15.3% (including stock-based comp), up 100 bps YOY as the company invests in channel management, including brand and marketing initiatives, technology investments, new product development and a new ERP system. We also assume interest expense of $80 million, an income tax rate of 29% and a fully diluted share count of 108.5 million, resulting in our 2017E EPS of $1.43.

For 2018, we estimate consolidated sales growth of 5%, driven by our outlook for North America to grow 6%, with volume/mix driving 4.5% of growth and price contributing 1.5%. Moreover, we estimate Europe sales growth of 4%, driven by a 3% improvement in volume/mix and a 1% improvement in price. In Australia, we estimate sales growth of 3.5%, driven by our outlook for volume/mix to grow 2% and price contributing 1.5%. Additionally, we estimate gross margins will expand a further 150 bps to 24.9%, driven by further cost reductions actions, as well as core growth. Lastly, we estimate interest expense remaining at $80 million, an income tax rate of 30% and 109 million diluted shares outstanding, resulting in our 2018E EPS of $1.87.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

**J.P.Morgan**

# Valuation

JELD currently trades at 9.2x our 2017E EBITDA and 7.5x our 2018E EBITDA, which represents premiums to its closest peer Masonite (DOOR) of 12% and 6%, respectively. Additionally, relative to our broader building products universe, JELD trades at a 4% premium on 2017E EBITDA and a 4% discount on 2018E. On a P/E basis, JELD is currently trading at a premium to DOOR, at 20.6x and 15.8x our 2017E and 2018E EPS, respectively, vs. DOOR's 17.8x and 15.4x, while our building products universe trades at 16.5x and 14.7x. We believe this is due to the company's strong anticipated earnings growth in 2017-18, which we estimate at 55% for the two year period relative to 24% for our universe.

We believe JELD's premium to DOOR against our 2017E is warranted due to our outlook for above average earnings growth and margin expansion in 2017-18. However, on a longer-term basis, we would expect both companies to ultimately trade at similar multiples. Additionally, we note that JELD has above average leverage at roughly 3x net debt/EBITDA vs. 1.7x for DOOR and 2.0x for our building products universe (ex-CSTE). While the company has stated that it is comfortable with leverage below 3x and we expect leverage to decline over the next 1-2 years, we believe this could also limit material upside to the multiple over the next year. Lastly, while we estimate roughly 230 bps of EBITDA margin expansion for JELD relative to 170 bps for DOOR, we note that this is driven by 350 bps of gross margin expansion vs. only 100 bps for DOOR. As a result, we believe more execution risk exists for JELD over the next two years. We also expect DOOR to maintain a roughly 200 bps EBITDA margin advantage over JELD in 2017-18, which we believe in turn should limit JELD's valuation premium over DOOR during this time.

Our Dec. 2017 price target of $32.00 is based on an 8.0x target forward multiple against our 2018E EBITDA. We believe our target multiple is reasonable as it represents a roughly 15% discount to JELD's current multiple against our 2017E (as well as 10% discount to its peers) and it is also in line with our target forward multiple for DOOR. As our price target represents upside potential of only 9%, which is roughly in line with the average upside for our building products universe, we believe this supports our relative Neutral rating on JELD.

**Table 6: JELD Valuation Comp Table**

| Company | Symbol | 2/17/2017 Stock Price | Market Cap | Organic Sales Growth (ex-f/x) | | | | EPS Growth | | | EBITDA Margin | | | Valuation P/E Ratio | | EV/EBITDA | | Net Debt/ LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2015 | 2016E | 2017E | 2018E | 2016E | 2017E | 2018E | 2016E | 2017E | 2018 | 2017E | 2018E | 2017E | 2018E | |
| **Building Products** | | | | | | | | | | | | | | | | | | |
| Jeld-Wen | JELD | $29.48 | 3,199 | 3.0% | 3.3% | 2.0% | 5.1% | NM | 18.8% | 30.3% | 10.7% | 11.8% | 13.0% | 20.6x | 15.8x | 9.2x | 7.5x | 3.1x |
| | | | | | | | | | | | | | | | | | | |
| Armstrong World Ind. | AWI | $40.40 | 2,262 | 1.0% | 2.5% | 2.5% | 3.5% | N/A | 5.9% | 8.5% | 25.6% | 26.6% | 27.2% | 16.9x | 15.6x | 8.7x | 8.0x | 2.3x |
| Beacon Roofing | BECN | $45.51 | 2,776 | 4.4% | 9.9% | 3.5% | 5.5% | 51.7% | 13.3% | 13.7% | 8.4% | 8.7% | 9.3% | 19.2x | 16.9x | 9.8x | 8.3x | 2.9x |
| Caesarstone | CSTE | $34.10 | 1,176 | 22.1% | 6.0% | 6.7% | 10.0% | (0.9%) | (7.8%) | 8.0% | 24.2% | 20.9% | 20.3% | 15.8x | 14.6x | 8.1x | 7.1x | (1.3x) |
| Fortune Brands H & S | FBHS | $57.06 | 8,901 | 10.0% | 5.1% | 7.7% | 6.1% | 33.7% | 9.8% | 13.6% | 15.3% | 16.4% | 17.1% | 18.8x | 16.6x | 11.2x | 9.8x | 1.5x |
| Masco | MAS | $33.52 | 10,626 | 5.5% | 3.0% | 3.8% | 4.2% | 26.3% | 21.7% | 13.5% | 16.4% | 16.9% | 17.4% | 18.3x | 16.1x | 9.7x | 8.9x | 1.5x |
| Masonite | DOOR | $68.60 | 2,139 | 6.9% | 7.6% | 7.2% | 6.3% | NM | 21.0% | 16.0% | 13.0% | 14.2% | 14.7% | 17.8x | 15.4x | 8.2x | 7.1x | 1.7x |
| Mohawk | MHK | $221.55 | 16,528 | 4.6% | 5.5% | 5.0% | 4.5% | 23.6% | 6.8% | 4.7% | 19.0% | 19.5% | 19.5% | 16.5x | 15.7x | 9.9x | 9.0x | 1.4x |
| Owens Corning | OC | $57.43 | 6,490 | 1.7% | 3.5% | 1.6% | 3.9% | 41.1% | 4.9% | 8.3% | 19.2% | 19.0% | 19.0% | 15.1x | 13.9x | 7.4x | 6.9x | 1.8x |
| Ply Gem | PGEM | $17.50 | 1,197 | 6.0% | 3.2% | 4.5% | 5.0% | NM | 4.1% | 24.4% | 12.0% | 12.9% | 13.6% | 14.0x | 11.2x | 7.7x | 6.6x | 3.8x |
| Stanley Black & Decker | SWK | $126.65 | 19,124 | 6.0% | 4.0% | 3.0% | 3.9% | 10.1% | 6.7% | 8.2% | 15.5% | 15.5% | 15.8% | 18.2x | 16.8x | 11.1x | 10.1x | 1.5x |
| USG Corp. | USG | $32.74 | 4,856 | 2.0% | 4.7% | 4.3% | 5.8% | 2.4% | 21.6% | 17.5% | 20.0% | 20.5% | 21.1% | 15.9x | 13.5x | 8.2x | 7.1x | 1.7x |
| Whirlpool | WHR | $177.19 | 13,289 | 18.0% | 2.0% | 3.2% | 3.6% | 13.8% | 11.2% | 15.0% | 8.5% | 9.5% | 10.8% | 11.3x | 9.8x | 6.3x | 5.6x | 1.7x |
| **Average** | | | | 7.4% | 4.8% | 4.4% | 5.2% | 22.4% | 9.9% | 12.6% | 16.4% | 16.7% | 17.1% | 16.5x | 14.7x | 8.9x | 7.9x | 1.7x |

Source: J.P. Morgan estimates, Company data. Note: Market cap in millions.

19

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# An In-Depth Look at the Windows and Door Markets

**Market Size and Growth**

Within North America residential doors, we estimate interior doors represents a $2.5 billion market and exterior doors represents a $2.0 billion market; on a unit basis, interior doors represent roughly 70% of doors sold and exterior doors represent 30%. We estimate residential windows is a roughly $6 billion market. We believe the market for both windows and doors has grown 3-4% annually over the last several decades. However, sales declined significantly since 2006, as housing starts fell 73% from a peak of 2.1 million in 2005 to a trough of 554K in 2009. As a result, from 2005-2011, we estimate the North America door market declined by roughly 40% from a peak of roughly $6 billion in 2005 to a trough of roughly $4 billion in 2010, driven by declines in both volume and price; we estimate the North American windows market also fell a similar amount during this period. Since 2011, we believe industry revenue has grown 3-4% annually on average, as while new construction activity has increased roughly 12% on average since 2011 and repair / remodel activity has grown on average 4-5%, we note that price declines as well as negative mix adversely impacted the industry from 2011-2012 before turning positive three years ago. Lastly, in Europe, the core residential and non-residential door market where Jeld-Wen operates (which includes Germany, U.K., France, Austria, Switzerland and Scandinavia) was estimated at $3.4 billion in 2015, while in Australasia, the residential window and door market is estimated at $1.4 billion.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

**Figure 7: North America Door Market Size and Share (based on 2015 sales)**



Source: Company reports and J.P. Morgan estimates.

**End Market Growth**

Looking forward, we anticipate a continued recovery in U.S. housing starts, up roughly 5% in 2017, with repair/remodel activity up 3-5%. Regarding mix, while housing starts have shifted towards a greater percentage of multi-family starts (23% of total starts over the last 30 years vs. 33% in 2016), we believe growth over the next several years will be led by single-family starts (which we estimate will grow 10-15% in 2017), as we expect a decline of roughly 10% in multi-family starts in 2017. A typical new single-family home uses an average of 24 doors (21 interior and 3 exterior), while new multi-family homes average 12 doors (9 interior and 3 exterior).

Regarding price, we generally anticipate modest further positive pricing trends across both the door and window industries, driven by a more stable competitive environment as well as positive product mix (increased focus on style and design). As such, we estimate the door and window market in North America (based on sales) will grow at a mid-single digit rate over the next few years.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

In Europe, while we expect growth in construction to continue, we believe Brexit fears in the U.K. and continued recession concerns could limit growth in the near term.  Lastly, J.P. Morgan's Australia Building Materials research team expects Australia housing starts to decline roughly 10% in 2017 and 5% in 2018, following 8% growth in 2015 and a 4% decline through 3Q16; however, single-family starts – where JELD has significantly more exposure – are only expected to decline roughly 3% in both 2017 and 2018, following a 1% decline trough 3Q16 and 7% growth in 2015.

**Competitive Landscape and Market Share for Doors**

Prior to 2010, the North American residential interior door market consisted of six primary manufacturers, Masonite, Jeld-Wen, Ledco, Lifetime, Craftmaster and Illinois Flush Door.  Since that time, the industry has consolidated to two main companies in the North American residential <u>interior</u> door market, Jeld-Wen and Masonite, with a combined roughly 70% share of the market (based on 2015 sales).  Moreover, Jeld-Wen and Masonite are the only two vertically integrated manufacturers of interior molded door skins in North America, the primary component in door manufacturing, and we believe the two companies hold 100% of North America skins capacity and approximately 75% of global skins capacity.  We believe the North American residential <u>exterior</u> door market has been more stable from a competitive standpoint over the past few years, with Therma-Tru, Jeld-Wen and Masonite continuing to hold leading market positions.  In Europe, while Jeld-Wen maintains a top position in both residential and non-residential doors, the market remains highly fragmented with most competitors operating at a local level.  Lastly, in Australia, Jeld-Wen has a top market position in residential doors and is one of two major players in the Australian market; the company also has a top position in shower screens and wardrobes, which is a highly fragmented industry.

**Table 7: North America Residential Door Industry Consolidation Trends Since 2010**

Source: J.P. Morgan, Masonite investor presentation.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

**Competitive Landscape and Market Share for Windows**

The North American windows market is significantly more fragmented than doors. The three largest window manufacturers are Andersen, Pella and Jeld-Wen and we estimate that on a combined basis they represent roughly 40% of the industry, with each company maintaining a low-teens market share. Other major manufacturers include Marvin, PlyGem, Milgard, with market shares that we estimate in the mid to high single-digit range.

**Table 8: North America Door/Window Product Offering by Company**



Size of Bubble = Estimated Door/Window Revenues Size.
For non-public companies, revenue size based on publicly available data from Window & Door Magazine, statutory filings and management estimates.

Source: Company reports.

**Industry Profitability and Pricing Trends**

We estimate the residential interior door market has margins that are below exterior. Interior doors historically have been considered more of a commodity type building product and thus do not generate as high a margin as exterior doors, which are more design focused and sell at higher price points. We note that while pricing was a headwind for the entire residential door industry during the downturn, as manufacturers discounted heavily to maintain capacity utilization and volume, industry trends have generally been positive over the last several years. Within windows, repair/remodel windows are usually higher end, more customized and typically have significantly higher margins than new construction windows. However, on a companywide basis, JELD estimates that its overall margins for door products are similar to its windows products.

**End Markets**

We estimate that the United States represents roughly 50% of JELD's total 2016E consolidated net sales, with Europe, Australia, Canada and U.K. representing 23%, 13%, 9%, 4%, respectively, while New Zealand and Asia are each less than 1%. Moreover, by end market exposure, we estimate JELD in 2016 has 23% exposure (as a percent of total net sales) to the U.S. new residential construction market and 26% exposure to the U.S. repair/remodel, with 1% exposure to U.S. non-residential. We estimate that this exposure is similar across both doors and windows. In Europe, JELD has 44% exposure to residential R&R, 26% exposure to residential new

23

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

construction and 30% exposure to non-residential construction. Lastly, in Australasia, the company has 26% exposure to residential R&R, 72% exposure to residential new construction and 2% exposure to non-residential construction.

**Figure 8: JELD Net Sales by End Market, 2016E**



Source: Company reports and J.P. Morgan estimates.

**Figure 9: JELD Net Sales by Geography, 2016E***



Source: Company reports and J.P. Morgan estimates.

**Table 9: JPM Building Products Universe End Market Exposures, 2016E**

|  | JELD | AWI | BECN | CSTE | DOOR | FBHS* | MAS | MHK | OC | PGEM | SWK | USG | WHR | BP Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. New Residential | 23% | 1% | 13% | 11% | 11% | 23% | 11% | 9% | 16% | 46% | 16% | 23% | 7% | 16% |
| U.S. Residential R&R | 26% | 4% | 43% | 27% | 25% | 49% | 56% | 37% | 39% | 41% | 19% | 25% | 42% | 33% |
| U.S. Non-Residential | 1% | 60% | 39% | 7% | 23% | 4% | 2% | 23% | 21% | 0% | 18% | 35% | 4% | 18% |
| International | 50% | 35% | 5% | 55% | 40% | 15% | 31% | 31% | 24% | 13% | 47% | 17% | 47% | 32% |
| Canada | 9% | 5% | 5% | 14% | 13% | 8% | 10% | 3% | 5% | 13% | 5% | 2% | 3% | 7% |
| Europe | 28% | 20% | 0% | 5% | 16% | 0% | 17% | 21% | 10% | 0% | 22% | 0% | 20% | 12% |
| Russia | 0% | 3% | 0% | 0% | 0% | 0% | 1% | 3% | 1% | 0% | 2% | 0% | 2% | 1% |
| Rest of World | 14% | 7% | 0% | 36% | 11% | 7% | 3% | 3% | 8% | 0% | 18% | 15% | 22% | 11% |

Source: Company reports and J.P. Morgan estimates. *Does not include Security segment.

**Distribution Channels**

Residential doors and windows are sold primarily through the wholesale and retail channel. In the wholesale channel, manufacturers sell their products to one or two-step distributors. One-step distributors sell doors directly to homebuilders and remodeling contractors who install the doors and windows. Two-step distributors typically purchase doors and windows from manufacturers in bulk and customize them by installing windows and pre-hanging doors (i.e., adding the door to a frame). The retail channel, which consists of home centers and smaller specialty retailers, generally targets consumers and smaller remodeling contractors. The wholesale channel is more exposed to new construction while the retail channel is primarily focused on the repair and remodel market. Lastly, the company also sells certain products directly to individual contractors and consumers.

Within the North America residential door and windows market, we estimate that the wholesale channel (distributors and direct sales) represents roughly 63% of the company's sales, while the retail channel represents roughly 37%. Within the retail channel, JELD's sales to Home Depot were roughly 15% of 2015 total sales or 25%

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

of North America sales, while we estimate the Big Box stores (Home Depot, Lowes and Menards) represented 31% of total sales and 45% of North America sales.  In Europe and Australia, JELD also sells through similar channels, with over 5,000 local distributors in Europe and over 200 in Australasia.

**Figure 10: JELD Distribution, 2015**



Source: J.P. Morgan estimates, Company reports.
Note: Other Big Box includes Lowes, Menards, Hagebau, Howdens and Bauhaus

**Table 10: JELD Major Customers**

| North America | Europe | Australasia |
|---|---|---|
| BMC | Holzring | Natbuild |
| American Building Supply | Howdens | Mitre 10 |
| Builders FirstSource | Bauhaus | Bunnings Warehouse |
| Home Depot | Saint-Gobain | |
| Lowe's | Euro-Mat | |
| Menards | B&Q | |

Source: Company reports.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

## Product Categories

The company produces a wide variety of product offerings across its footprint. In doors, the company offers a full line of residential interior and exterior door products, including patio doors and folding or sliding wall systems. The company's non-residential door product offering is concentrated in Europe. In windows, the company manufactures wood, vinyl and aluminum windows in North America, wood and aluminum windows in Australia and wood windows in the U.K.

**Table 11: JELD Product Offering by Region**



Source: Company reports.

## Other Ancillary Products

In addition to interior/exterior doors and windows, JELD also sells a variety of products that are ancillary to its door and window offerings including shower enclosures and wardrobes, moldings, trim board, lumber, cutstock, glass, staircases, hardware, locks cabinets and screens. The company also sells molded door skins to some third-party manufacturers and provides certain installation and other services. Other ancillary products represented 11% of revenue in 2015.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Jeld-Wen Cost Structure

We estimate raw materials represent roughly 42% of 2016E net sales (or roughly 53% of COGS). Within raw materials, we estimate wood products, commodity metals, chemicals and other each represent 11% of sales (or 25% of raw materials). Additionally, we estimate overhead, including energy and indirect labor, represents 14% of net sales, while direct labor, distribution / transportation and depreciation represent 12%, 8% and 3%, respectively.

**Table 12: JELD Cost Structure, 2016E**

| | | | |
|---|---|---|---|
| **Sales** | **100%** | | |
| **Cost of Goods Sold** | **79%** | | |
| Raw Materials | 42% | | 53% of COGS |
| Wood Products | | 11% | 25% of Raw Materials |
| Commodity Metals (aluminum, steel, hardware, etc.) | | 11% | 25% of Raw Materials |
| Chemicals (vinyl, plastics, glass, composites) | | 11% | 25% of Raw Materials |
| Other (adhesives, indrect) | | 11% | 25% of Raw Materials |
| Overhead (incl. energy, indirect labor, etc.) | 14% | | 18% of COGS |
| Direct Labor | 12% | | 15% of COGS |
| Distribution/Transportation | 8% | | 10% of COGS |
| Depreciation | 3% | | 4% of COGS |
| Gross Margin | 21% | | |
| **SG&A** | **14%** | | |
| **Operating Profit** | **7%** | | |

Source: J.P. Morgan estimates.

27

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

## JELD Key Management Biographies

*Mark Beck, President and Chief Executive Officer*

Mr. Beck joined the company as Chief Executive Officer and President in November 2015 and joined the Board of directors in May 2016. Mr. Beck joined the company from Danaher Corporation, where he served as Executive Vice President of the Water Quality and Dental Platforms beginning in April 2014. Previously, Mr. Beck spent 18 years with Corning Incorporated in a series of management positions with increasing responsibility, culminating in his appointment as Executive Vice President of Corning Incorporated's Environmental Technologies and Life Science units in July 2012. Earlier in his career, Mr. Beck spent six years in the residential construction industry. In addition, Mr. Beck served on the board of directors of Dow Corning Corporation, a private manufacturing company, from October 2011 to April 2014. Mr. Beck holds a B.A. in Business Management from Pacific University and an M.B.A. from Harvard Business School.

*L. Brooks Mallard, Executive Vice President and Chief Financial Officer*

Mr. Mallard has served as Executive Vice President and Chief Financial Officer of the company since November 2014. Prior to joining the company, Mr. Mallard served as Finance Director of the Global Braking Business at TRW Automotive Holdings Corporation from March 2013 to October 2014. From 2003 to February 2013 Mr. Mallard also worked at Cooper Industries plc, where he served in positions of increasing authority, including Vice President of Finance and Administration of Cooper Bussmann from 2007 to August 2011 and Vice President of Finance and Administration of Cooper Power Systems from August 2011 to February 2013. Mr. Mallard holds a B.B.A. and an M.B.A. from Georgia Southern University. He has also earned both the Certified Management Accountant and Certified Financial Management designations from the Institute of Management Accountants.

*John Dinger, Executive Vice President and President, North America*

Mr. Dinger joined the company as Executive Vice President and President, North America in November 2015. Prior to joining the company, Mr. Dinger served as Senior Vice President and General Manager of Americas of the Crouse-Hinds Division at Eaton Corporation (formerly Cooper Industries) from January 2012 to October 2015. Mr. Dinger also served as Vice President of Global Marketing at Cooper Industries from July 2006 through December 2011. Mr. Dinger earned a B.S. in Industrial and Systems Engineering from Ohio University and holds an M.B.A. from Syracuse University.

*Peter Maxwell, Executive Vice President and President, Europe*

Mr. Maxwell joined the company as Executive Vice President and President, Europe in September 2015. Prior to joining the company, Mr. Maxwell served as a Vice President and General Manager at MTL Instruments Group, Eaton Corporation from September 2008 to August 2015. Previously, Mr. Maxwell worked for Cooper Industries (which was acquired by Eaton Corporation in 2012) for nearly 20 years and held various general management roles of increasing responsibility within Cooper Industries and Eaton Corporation serving the commercial and industrial building sector and the oil and gas sector as Vice President and General Manager in the Crouse-Hinds Division. He served as the Chief Financial Officer of Cooper Industries' Safety Division based in Europe from 1998 to 2002. Mr. Maxwell

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

graduated with a B.Sc. in Civil Engineering from the University of Edinburgh before qualifying as a Chartered Accountant with Coopers & Lybrand, now PricewaterhouseCoopers LLP.

*Peter Farmakis, Executive Vice President and President, Australasia*

Mr. Farmakis joined the company as Chief Operating Officer, Australia in September 2013 and was promoted to Executive Vice President and President, Australasia in June 2014.  Prior to joining the company, Mr. Farmakis served as Chief Executive Officer of Dexion Limited (which was acquired by GUD Holdings Limited in 2012) from 2007 until August 2013.  Mr. Farmakis also served in a variety of key leadership roles with numerous companies, including as Executive General Manager of Smorgon Steel Group Limited, Distribution Business; Global Vice President of Huntsman Corporation, Advanced Materials division; Americas Regional President of Vantico Inc.; and Strategy & Corporate Planning Manager for Ciba-Geigy AG in Switzerland.  He began his career in research and development with ICI (Dulux) and Bayer AG.  Mr. Farmakis earned a B.S. from the University of Wollongong and a postgraduate degree in Marketing and Finance from the University of Technology, in Sydney, Australia.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

**J.P.Morgan**

# JELD Financial Model

### Table 13: Annual Income Statement, 2014-2018E

| **Jeld-Wen** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Annual Income Statement ($ in millions, except EPS)** | | | | | | **Growth/Margin Analysis** | | | | |
| *(December Fiscal Year)* | **2014** | **2015** | **2016E** | **2017E** | **2018E** | **2014** | **2015** | **2016E** | **2017E** | **2018E** |
| **Net Sales by Segment** | | | | | | | | | | |
| North America | $1,989.6 | $2,015.7 | $2,149.2 | $2,215.1 | $2,348.0 | 0.8% | 1.3% | 6.6% | 3.1% | 6.0% |
| Europe | 1,108.4 | 996.0 | 1,012.4 | 1,006.6 | 1,046.9 | 3.5% | (10.1%) | 1.6% | (0.6%) | 4.0% |
| Australasia | 409.2 | 369.3 | 507.8 | 532.7 | 551.4 | (0.4%) | (9.7%) | 37.5% | 4.9% | 3.5% |
| **Total Net Sales** | $3,507.2 | $3,381.1 | $3,669.4 | $3,754.5 | $3,946.3 | 1.5% | (3.6%) | 8.5% | 2.3% | 5.1% |
| Cost of Sales | 2,919.9 | 2,715.1 | 2,885.8 | 2,875.9 | 2,965.7 | | | | | |
| **Gross Profit** | 587.3 | 665.9 | 783.6 | 878.6 | 980.7 | 16.7% | 19.7% | 21.4% | 23.4% | 24.9% |
| SG&A | 488.5 | 512.1 | 519.2 | 575.5 | 605.6 | 13.9% | 15.1% | 14.2% | 15.3% | 15.3% |
| **Adj. Operating Income** | 98.8 | 153.8 | 264.4 | 303.1 | 375.1 | 2.8% | 4.5% | 7.2% | 8.1% | 9.5% |
| Impairment and Restructuring charges | (38.4) | (21.3) | | | | | | | | |
| **Operating Income** | 60.4 | 132.5 | 264.4 | 303.1 | 375.1 | 1.7% | 3.9% | 7.2% | 8.1% | 9.5% |
| Interest expense, net | (69.3) | (60.6) | (73.3) | (80.0) | (80.0) | | | | | |
| Other income (expense) | (50.5) | 14.1 | (3.9) | (4.0) | (4.0) | | | | | |
| **Pre-tax Income** | (59.4) | 86.0 | 187.2 | 219.1 | 291.1 | (1.7%) | 2.5% | 5.1% | 5.8% | 7.4% |
| Income tax (expense) / benefit | (18.9) | 5.4 | 220.7 | (63.5) | (87.3) | 31.8% | 6.3% | 117.9% | (29.0%) | (30.0%) |
| **Income from continuing** | (78.3) | 91.4 | 407.9 | 155.7 | 203.8 | (2.2%) | 2.7% | 11.1% | 4.1% | 5.2% |
| Discontinued operations | (5.4) | (2.9) | | | | | | | | |
| Less: non-controlling interest | (0.4) | 2.4 | | | | | | | | |
| **Net income/(loss)** | (84.1) | 90.9 | 407.9 | 155.7 | 203.8 | | | NM | NM | 30.9% |
| **Fully Diluted EPS** | | $0.84 | $3.76 | $1.43 | $1.87 | | | | | |
| Fully Diluted Shares | | 108.5 | 108.5 | 108.5 | **109.0** | | | | | |
| **Adjustments (net of taxes, per share)** | | | | | | | | | | |
| Loss on extinguishment of debt | | | | | | | | | | |
| Asset impairment | | | | | | | | | | |
| One time gain/losses | | | ($2.55) | | | | | | | |
| Discontinued operations | | | | | | | | | | |
| **Total Adjustments** | | | ($2.55) | | | | | | | |
| **Operating EPS** | | $0.84 | $1.21 | $1.43 | $1.87 | | | 44.2% | 18.8% | 30.3% |

| **Adjusted EBITDA** | **2014** | **2015** | **2016E** | **2017E** | **2018E** | **2014** | **2015** | **2016E** | **2017E** | **2018E** |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (loss) | (84.1) | 90.9 | 407.9 | 155.7 | 203.8 | | | | | |
| Loss (income) from discontinued operations | 5.4 | 2.9 | 0.0 | 0.0 | | | | | | |
| Gain (loss) on sale of discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| Equity (earnings) loss of non-consolidated entities | 0.4 | (2.4) | 0.0 | 0.0 | | | | | | |
| Income tax expense (benefit) | 18.9 | (5.4) | (220.7) | 63.5 | 87.3 | | | | | |
| Depreciation and Amortization | 100.0 | 95.2 | 106.5 | 115.0 | 115.0 | | | | | |
| Interest expense | 69.3 | 60.6 | 73.3 | 80.0 | 80.0 | | | | | |
| Impairment and restructuring charges | 38.6 | 31.0 | 0.0 | 0.0 | | | | | | |
| Gain on sale of property and equipment | (0.0) | (0.4) | 0.0 | 0.0 | | | | | | |
| Share-based compensation expense | 8.0 | 15.6 | 20.0 | 24.0 | 23.0 | | | | | |
| Non-cash f/x transaction//translation (income) loss | (0.5) | 2.7 | 0.0 | 0.0 | | | | | | |
| Other non-cash items | 2.3 | 1.1 | 0.0 | 0.0 | | | | | | |
| Other items | 20.3 | 18.9 | 3.9 | 4.0 | 4.0 | | | | | |
| Debt restructuring, financing costs | 51.2 | 0.2 | 0.0 | 0.0 | | | | | | |
| **Adjusted EBITDA** | **229.8** | **311.0** | **390.9** | **442.1** | **513.1** | **6.6%** | **9.2%** | **10.7%** | **11.8%** | **13.0%** |

| **Regional Adjusted EBITDA** | **2014** | **2015** | **2016E** | **2017E** | **2018E** | **2014** | **2015** | **2016E** | **2017E** | **2018E** |
|---|---|---|---|---|---|---|---|---|---|---|
| North America | 114.1 | 201.7 | 254.2 | 300.7 | 346.8 | 5.7% | 10.0% | 11.8% | 13.6% | 14.8% |
| Europe | 100.6 | 99.5 | 121.6 | 129.8 | 148.8 | 9.1% | 10.0% | 12.0% | 12.9% | 14.2% |
| Australasia | 40.8 | 40.5 | 57.5 | 67.0 | 77.5 | 10.0% | 11.0% | 11.3% | 12.6% | 14.1% |
| Corporate & Unallocated | (25.6) | (30.7) | (42.4) | (55.5) | (60.0) | | | | | |
| Total | 229.8 | 311.0 | 390.9 | 442.1 | 513.1 | 6.6% | 9.2% | 10.7% | 11.8% | 13.0% |

Source: Company reports and J.P. Morgan estimates.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Table 14: Annual Balance Sheet, 3Q16PF-2018E**

| Jeld-Wen | | | | |
|---|---|---|---|---|
| | **3Q16 PF** | **2016E** | **2017E** | **2018E** |
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash and cash equivalents | 114.2 | 124.0 | 389.2 | 556.1 |
| Accounts receivable, net | 493.0 | 378.0 | 389.3 | 404.9 |
| Inventories, net | 361.7 | 368.0 | 391.9 | 417.4 |
| Other current assets | 47.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Assets** | $1,015.9 | $870.0 | $1,170.5 | $1,378.4 |
| | | | | |
| Property, plant and equipment, net | 727.4 | 735.0 | 715.0 | 710.0 |
| Goodwill | 510.7 | 511.0 | 511.0 | 511.0 |
| Intangible assets, net | 123.0 | 117.0 | 117.0 | 117.0 |
| Deferred Tax asset | | 247.0 | 200.0 | 145.0 |
| Other assets, net | 106.4 | 115.0 | 111.0 | 107.0 |
| **Total Assets** | $2,483.4 | $2,595.0 | $2,824.5 | $2,968.4 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current Liabilities** | | | | |
| Accounts payable | $216.8 | $155.0 | $157.3 | $165.2 |
| Accrued expenses | 359.3 | $282.2 | 286.4 | 300.7 |
| **Total Current Liabilities** | $576.1 | $437.2 | $443.7 | $465.9 |
| | | | | |
| Long-term debt (incl. current portion) | 1,277.1 | 1,652.0 | 1,277.1 | 1,227.1 |
| Deferred tax liability | | | | |
| Other liabilities | 203.6 | 258.8 | 225.0 | 170.0 |
| **Total liabilities** | $2,056.8 | $2,348.0 | $1,945.8 | $1,863.0 |
| | | | | |
| **Total Shareholders' Equity** | 426.6 | 247.0 | 878.7 | 1,105.4 |
| | | | | |
| **Total Liabilities and Shareholders' Equity** | $2,483.4 | $2,595.0 | $2,824.5 | $2,968.4 |

Source: Company reports and J.P. Morgan estimates.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

**Table 15: Annual Cash Flow Statement, 2016E-2018E**

| Jeld-Wen | | | |
|---|---|---|---|
| | **2016E** | **2017E** | **2018E** |
| **Beginning Cash and MS Position** | $114.0 | $124.0 | $389.2 |
| | | | |
| **Cash Flow from Operations** | | | |
| Reported Net Income | $407.9 | $155.7 | $203.8 |
| Depreciation and amortization | 110.0 | 115.0 | 115.0 |
| Deferred Income Taxes | (215.0) | 47.0 | 55.0 |
| Stock-based compensation | 15.0 | 24.0 | 23.0 |
| Net working capital decrease (increase) | (79.8) | (28.7) | (18.9) |
| Other | (25.0) | (29.8) | (51.0) |
| **Total Operating Cash Flow** | $213.0 | $283.1 | $326.9 |
| | | | |
| **Cash Flow from Investing Activities** | | | |
| Capital Expenditures | ($88.0) | ($95.0) | ($110.0) |
| Other items (acquisitions, etc), net | ($84.0) | 0.0 | 0.0 |
| **Total Investing Cash Flow** | ($172.0) | ($95.0) | ($110.0) |
| | | | |
| **Cash Flow for Financing Activities** | | | |
| Distributions paid | | | |
| Debt proceeds | | | |
| Debt paydown | | (374.9) | (50.0) |
| Change in notes payable | | | |
| Employee note repayments | | | |
| Share Issuance/(Repurchase) | 0.0 | 452.0 | 0.0 |
| **Total Financing Cash Flow** | $0.0 | $77.1 | ($50.0) |
| Effect of Exchange Rate on Cash | | | |
| **Net Cash Position Incr(Decr):** | $41.0 | $265.2 | $166.9 |
| **Ending Cash and MS Position** | $155.0 | $389.2 | $556.1 |

Source: Company reports and J.P. Morgan estimates.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

# Jeld-Wen: Summary of Financials

| Income Statement - Annual | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Revenue | 3,381 | 3,669 | 3,755 | 3,946 | - |
| COGS | (2,620) | (2,779) | (2,761) | (2,851) | - |
| Gross profit | 761 | 890 | 994 | 1,096 | - |
| SG&A | (512) | (519) | (576) | (606) | - |
| Adj. EBITDA | 249 | 391 | 442 | 513 | - |
| D&A | (95) | (106) | (115) | (115) | - |
| Adj. EBIT | 154 | 284 | 327 | 398 | - |
| Net Interest | (61) | (73) | (80) | (80) | - |
| Adj. PBT | 86 | 207 | 243 | 314 | - |
| Tax | 5 | 221 | (63) | (87) | - |
| Minority Interest | - | - | - | - | - |
| Adj. Net Income | 91 | 131 | 156 | 204 | - |
| Reported EPS | 0.84 | 1.21 | 1.43 | 1.87 | - |
| Adj. EPS | 0.84 | 1.21 | 1.43 | 1.87 | - |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 109 | 109 | 109 | 109 | - |

| Income Statement - Quarterly | 1Q17E | 2Q17E | 3Q17E | 4Q17E |
|---|---|---|---|---|
| Revenue | 824 | 970 | 967 | 994 |
| COGS | (619) | (705) | (704) | (733) |
| Gross profit | 205 | 264 | 263 | 261 |
| SG&A | (140) | (143) | (142) | (151) |
| Adj. EBITDA | 72 | 128 | 127 | 116 |
| D&A | (29) | (29) | (29) | (29) |
| Adj. EBIT | 43 | 99 | 98 | 87 |
| Net Interest | (20) | (20) | (20) | (20) |
| Adj. PBT | 22 | 78 | 77 | 66 |
| Tax | (3) | (22) | (22) | (17) |
| Minority Interest | - | - | - | - |
| Adj. Net Income | 13 | 50 | 50 | 43 |
| Reported EPS | 0.12 | 0.47 | 0.46 | 0.39 |
| Adj. EPS | 0.12 | 0.47 | 0.46 | 0.39 |
| DPS | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | 109 | 109 | 109 | 109 |

| Balance Sheet & Cash Flow Statement | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 114 | 124 | 389 | 556 | - |
| Accounts receivable | 321 | 378 | 389 | 405 | - |
| Inventories | 344 | 368 | 392 | 417 | - |
| Other current assets | 35 | 0 | 0 | 0 | - |
| Current assets | 814 | 870 | 1,170 | 1,378 | - |
| PP&E | 721 | 735 | 715 | 710 | - |
| LT investments | - | - | - | - | - |
| Other non current assets | 647 | 990 | 939 | 880 | - |
| Total assets | 2,182 | 2,595 | 2,824 | 2,968 | - |
| | | | | | |
| Short term borrowings | - | - | - | - | - |
| Payables | 167 | 155 | 157 | 165 | - |
| Other short term liabilities | 304 | 282 | 286 | 301 | - |
| Current liabilities | 471 | 437 | 444 | 466 | - |
| Long-term debt | 1,279 | 1,652 | 1,277 | 1,227 | - |
| Other long term liabilities | 664 | 259 | 225 | 170 | |
| Total liabilities | 2,414 | 2,348 | 1,946 | 1,863 | - |
| Shareholders' equity | (232) | 247 | 879 | 1,105 | - |
| Minority interests | - | - | - | - | - |
| Total liabilities & equity | 2,182 | 2,595 | 2,824 | 2,968 | - |
| BVPS | - | - | - | - | - |
| y/y Growth | - | - | - | - | - |
| Net debt/(cash) | 1,165 | 1,528 | 888 | 671 | - |
| | | | | | |
| Cash flow from operating activities | 173 | 213 | 283 | 327 | - |
| o/w Depreciation & amortization | 95 | 110 | 115 | 115 | - |
| o/w Changes in working capital | 26 | (80) | (29) | (19) | - |
| Cash flow from investing activities | (159) | (172) | (95) | (110) | - |
| o/w Capital expenditure | (78) | (88) | (95) | (110) | - |
| as % of sales | 2.3% | 2.4% | 2.5% | 2.8% | - |
| Cash flow from financing activities | 0 | 0 | 77 | (50) | - |
| o/w Dividends paid | (419) | 0 | 0 | 0 | - |
| o/w Net debt issued/(repaid) | 450 | 0 | (375) | (50) | - |
| Net change in cash | 14 | 41 | 265 | 167 | - |
| Free cash flow to firm | 152 | 120 | 247 | 275 | - |
| y/y Growth | 66.1% | (20.7%) | 105.6% | 11.1% | - |

| Ratio Analysis | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Gross margin | 22.5% | 24.3% | 26.5% | 27.8% | - |
| EBITDA margin | 7.4% | 10.7% | 11.8% | 13.0% | - |
| EBIT margin | 4.5% | 7.7% | 8.7% | 10.1% | - |
| Net profit margin | 2.7% | 3.6% | 4.1% | 5.2% | - |
| | | | | | |
| ROE | (45.6%) | 1746.9% | 27.7% | 20.5% | - |
| ROA | 4.2% | 5.5% | 5.7% | 7.0% | - |
| ROCE | 17.0% | (1.3%) | 11.9% | 12.8% | - |
| SG&A/Sales | 15.1% | 14.2% | 15.3% | 15.3% | - |
| Net debt/equity | (502.2%) | 618.6% | 101.0% | 60.7% | - |
| P/E (x) | 35.0 | 24.4 | 20.6 | 15.8 | - |
| P/BV (x) | - | - | - | - | - |
| EV/EBITDA (x) | 17.1 | 11.8 | 9.0 | 7.4 | - |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 1.5 | 1.5 | 1.4 | 1.4 | - |
| Interest cover (x) | 4.1 | 5.3 | 5.5 | 6.4 | - |
| Operating leverage | (1548.1%) | 995.5% | 647.3% | 425.0% | - |
| | | | | | |
| Revenue y/y Growth | (3.6%) | 8.5% | 2.3% | 5.1% | - |
| EBITDA y/y Growth | 152.0% | 57.0% | 13.1% | 16.1% | - |
| Tax rate | 6.3% | 106.5% | 26.1% | 27.8% | - |
| Adj. Net Income y/y Growth | (216.7%) | 43.4% | 18.8% | 30.9% | - |
| EPS y/y Growth | - | 43.4% | 18.8% | 30.3% | - |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

33

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Other Companies Discussed in This Report** (all prices in this report as of market close on 16 February 2017)
Masonite (DOOR/$69.00/Overweight)

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

**Important Disclosures**

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Jeld-Wen, Masonite.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Jeld-Wen within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Jeld-Wen.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Jeld-Wen.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Jeld-Wen.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Jeld-Wen.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Jeld-Wen.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Jeld-Wen.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Jeld-Wen, Masonite.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

**North America Equity Research**
21 February 2017

J.P.Morgan

**Jeld-Wen (JELD, JELD US) Price Chart**



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.

**Masonite (DOOR, DOOR US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 15-Dec-15 | OW | 61.56 | 80.00 |
| 26-Feb-16 | OW | 58.37 | 78.00 |
| 11-Aug-16 | OW | 71.97 | 75.00 |
| 09-Nov-16 | OW | 62.20 | 80.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Dec 15, 2015.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**Coverage Universe: Marcus, Jason A**: Armstrong World Industries (AWI), Beacon Roofing Supply (BECN), Masonite (DOOR)

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2017**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 43% | 45% | 12% |
| IB clients* | 52% | 48% | 34% |
| JPMS Equity Research Coverage | 43% | 50% | 7% |
| IB clients* | 67% | 61% | 43% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 193/03/2016 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 089/09/2016], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the

36

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com.sg. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

Jason A Marcus, CFA
(1-212) 622-4906
jason.a.marcus@jpmorgan.com

North America Equity Research
21 February 2017

J.P.Morgan

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 07, 2017.

**Copyright 2017 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**