# EXHIBIT 12

**Exhibit 22**
2/22/2021
Feinstein

G.research, LLC
One Corporate Center
Rye, NY  10580-1422
Tel (914) 921-5150
www.gabellisecurities.com

June 11, 2018

# Gabelli & Company

## JELD-WEN Holding, Inc.  (JELD - $29.76 - NYSE)        Update on Litigation - Buy

| Year | EPS | P/E | PMV | |
|------|-----|-----|-----|--|
| 2020P | $3.15 | 9.4x | $51 | Dividend: None        Current Return: Nil |
| 2019P | 2.75 | 10.8 | 42 | Shares O/S 108.8 million |
| 2018E | 2.20 | 13.5 | 36 | 52-Week Range:  $42.27 - $26.32 |
| 2017A | 1.47 | 20.2 | --- | |

### COMPANY OVERVIEW

JELD-WEN Holding, Inc., based in Charlotte, North Carolina is a designer, producer and distributor of interior and exterior doors and windows. In 2018, we expect the company will generate revenue, adjusted EBITDA and EPS of $4.4 billion, $520mm and $2.20, respectively.

**Reason for Comment:  Department of Justice Weighs in on Pending Litigation with Steve & Sons**
On June 6th, the Justice Department released a statement of interest regarding the pending litigation. In our view the commentary made is incrementally positive for JELD but does not fully remove divestment risk.  However, if JELD is asked to divest, it looks like the terms would be more favorable than suggested by Steve & Son's demands.  Our view is that the stock fully discounts the potential for divestment.  For more in depth analysis on the divestment please see our previous note published on June 4th 2018.  We continue to believe JELD has solid opportunity to drive good top line growth, improve margins drive high levels of free cash flow and continue to implement an accretive M&A strategy.  We also believe, at these valuations, that much of the downside risk has been discounted.  Trading at 7.8x our 2019P EBITDA of $595 million and a 28.8% discount to our updated 2019P PMV estimate of $42 per share, we reiterate our Buy recommendation.

Points made by the DOJ in the statement:

- A potential buyer has not been established, particularly one that would be able to compete and restore lost competition.

- "Even a financially stable and savvy potential buyer could find it difficult to succeed under the conditions preferred by a major customer (Steve) or one of its primary competitors (JELD-WEN)."

- "We further note that several aspects of the proposed divestiture appear particularly inconsistent with the goal of restoring lost competition" (referring to Steve & Son's being interested in buying the asset if put up for sale).

- "The long-term supply agreement would require that the buyer abide by a pre-2012 price formula and other terms for the sale of its primary product, doorskins. Forcing the divestiture buyer to abide by price terms it did not negotiate and which likely do not reflect the commercial realities of 2018, threatens to undermine the viability of the divestiture business. In any event, rather than allowing prices to be set through the competitive process, it places the Court in the role of price setter, a result that a divestiture remedy is meant to avoid."

- "Moreover, Steves proposes that the divestiture buyer be limited for two years in the number of doorskins it may sell to JELD-WEN from the Towanda plant. Id. at § VI.J. Barring the buyer from maximizing its sales by prohibiting it from supplying a significant customer in the market could likewise threaten the viability of the divestiture buyer and distort competition on price and quality."

**Table 1                    JELD-WEN Incorporated
Earnings Model
2016A-2022P**

| Financial Data<br>FYE 12/31<br>($ millions, except EPS) | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR<br>'17-'22 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $3,667 | $3,764 | $4,425 | $4,710 | $4,870 | $5,035 | $5,205 | 6.7% |
| EBITDA | 393 | 438 | 520 | 595 | 665 | 710 | 750 | 11.4% |
| EPS - As Adjusted | $3.21 | $1.47 | $2.20 | $2.75 | $3.15 | $3.35 | $3.60 | 19.6% |
| EBITDA Multiple | 11.9x | 10.7x | 9.0x | 7.8x | 7.0x | 6.6x | 6.2x | |
| P/E Multiple | 9.2x | 20.2x | 13.5x | 10.8x | 9.4x | 8.9x | 8.2x | |
| Capital Expenditures | 74 | 63 | 120 | 127 | 136 | 141 | 146 | |

*Source: Company filings. Gabelli & Company estimates*

**Investment Outlook**

*-Please Refer To Important Disclosures On The Last Page Of This Report-*

# Gabelli & Company

We believe JELD-WEN is well positioned to drive strong revenue, EBITDA and cash flow growth over the next three years. From 2017-2020 we see 210 basis points of EBITDA margin expansion to 13.7%, driven by cost productivity, price/mix improvements and volume leverage. At least one-half of this improvement we believe will come from sourcing as well as productivity and efficiency initiatives. Initiatives we see as being in management's control and offering solid amount of visibility towards improvement.  A substantial NOL will support strong free cash flow growth. The stock currently trades at 7.8x and 10.8x our 2019P EBITDA and EPS estimates of $595mm and $2.75, respectively. With a 28.8% discount to our 2019P PMV of $42 per share, we reiterate our Buy recommendation.

**Table 2**

**JELD-WEN Incorporated**
**Private Market Value Analysis**
**2016A-2022P**

Private Market Value Analysis

| ($ millions) | **2016A** | **2017A** | **2018E** | **2019P** | **2020P** | **2021P** | **2022P** |
|---|---|---|---|---|---|---|---|
| ***Jeld-Wen*** | | | | | | | |
| Revenue | $3,667 | $3,764 | $4,425 | $4,710 | $4,870 | $5,035 | $5,205 |
| EBITDA | 393 | 438 | 520 | 595 | 665 | 710 | 750 |
| Valuation Multiple | 10.0x | 10.0x | 9.5x | 9.0x | 9.0x | 8.5x | 8.5x |
| Total Private Market Value | 3,933 | 4,377 | 4,940 | 5,355 | 5,985 | 6,035 | 6,375 |
| Add:  Net Cash (Debt) | (1,517) | (1,054) | (1,173) | (1,061) | (747) | (391) | (5) |
| Less:  Option Payments | (6) | (39) | (53) | (71) | (101) | (111) | (134) |
| Add: Discounted value NOL | | 213 | 182 | 147 | 76 | 0 | 0 |
| Equity Private Market Value | $2,410 | $3,498 | $3,896 | $4,370 | $5,213 | $5,533 | $6,236 |
| | | | | | | | |
| Shares Outstanding | 109 | 109 | 108 | 105 | 103 | 103 | 103 |
| | | | | | | | |
| **PMV per share** | **$22** | **$32** | **$36** | **$42** | **$51** | **$54** | **$60** |
| *Current Market - Discount* | *-33.7%* | *7.2%* | *18.0%* | *28.8%* | *41.2%* | *44.6%* | *50.8%* |

*Source: Company filings and Gabelli & Company estimates*

---

I, *Alvaro Lacayo* the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities.  The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

*Alvaro Lacayo (914) 921-5451*                                         ©Gabelli & Company 2018

**Important Disclosures**

**ONE CORPORATE CENTER  RYE, NY  10580        GABELLI & COMPANY        TEL (914) 921-5130      FAX (914) 921-5098**

Gabelli & Company is the marketing name for the registered broker dealer G.research, LLC, which was formerly known as G.research, Inc., Gabelli & Company ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors.  Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated."  We do not undertake to "upgrade" or "downgrade" ratings after publishing a report. We currently have reports on 259 companies, of which 62%, 26%, 1% and 11% have a recommendation of buy, hold, sell or non-rated, respectively.  The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology.  Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction.  At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV.  We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value.  We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV.  There may be little upside to the value, or limited opportunity to realize the value.  Economic or sector risk could also be increasing.

We prepared this report as a matter of general information.  We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security.  All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy.  We do not undertake to advise you of changes in our opinion or information.  Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report.  We do not use "price targets" predicting future stock performance.  We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company.  There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely. Additional information is available on request.

As of April 30, 2018, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of all companies mentioned. One of our affiliates serves as an investment adviser to Honeywell or an affiliated entity and has received compensation within the past 12 months for these non-investment banking securities-related services. Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report. These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise. No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.  The analyst, who wrote this report, or members of his household, owns no shares of the above mentioned companies.