# EXHIBIT 13

**Exhibit 24**
2/22/2021
Feinstein

G.research, LLC
One Corporate Center
Rye, NY 10580-1422
Tel (914) 921-5150
www.gabellisecurities.com

February 22, 2018

# Gabelli & Company

## Jeld-Wen Holding, Inc. (JELD - $34.50 - NYSE)                    Q4 Results - Buy

| Year | EPS | P/E | PMV | | |
|------|-----|-----|-----|---|---|
| 2020P | $2.85 | 12.2x | $47 | Dividend: None | Current Return: Nil |
| 2019P | 2.50 | 13.9 | 42 | Shares O/S 109.0 million | |
| 2018E | 2.15 | 16.1 | 36 | 52-Week Range: $42.27 - $27.61 | |
| 2017A | 1.47 | 23.6 | --- | | |

### COMPANY OVERVIEW

Jeld-Wen Holding, Inc., based in Charlotte, North Carolina is a designer, producer and distributor of interior and exterior doors and windows. In 2018, we expect the company will generate revenue, adjusted EBITDA and EPS of $4.1 billion, $515 million and $2.15, respectively.

**Reason For Comment: Q4 Results:** Revenue $975.9mm, EBITDA $103.1mm, Adj. EPS $0.26

While both Q4 and 2018 guidance were disappointing, we believe the reaction to the stock yesterday was overdone. While we are reducing our estimates there are some positive offsets to consider. Overall our 2019P PMV only decreases by $1 to $47 per share. As we think about our valuation, we take into consideration $25mm less in EBITDA in 2019 and also assume a $75 million cash outlay related to ongoing litigation. While our estimate of litigation costs in 2019 are a bit arbitrary, we do believe it is worth considering some monetary impact related to this item and as such make this adjustment until further clarity arises. On the positive side the company closed on Domoferm sooner than we anticipated, ended with about $190mm less net debt and will benefit from lower tax rates which should help support solid free cash flow. When combining these elements we see a $100mm negative impact to our overall company valuation. JELD continues to have several cost productivity and pricing opportunities to drive margin expansion and will continue to drive strong organic growth supplemented by M&A. Management full year revenue guidance is 8-11% revenue growth and $500-530mm in EBITDA. While 2018, may see slightly below target margin expansion we believe JELD is on track to deliver 100-150 basis points of margin expansion per year through 2020 (we are at the lower end of that range). Trading at 8.5x our 2019P EBITDA of $575 million and a 26.1% discount to our 2019P PMV estimate of $47 per share we reiterate our Buy recommendation.

- NA: Revenue $550.3mm, -3.3% yoy, EBITDA $61.1mm, -6.9% yoy. Organic revenue grew -7% due to five less shipping days and continued lapping of Florida business loss. Florida Exit headwinds continue into Q1 of 2018, but recent business win should accelerate growth starting in Q2. Recent acquisition of MMI which generated about $90mm in annualized sales at the time of acquisition in August will also support growth. We see 3-4% core growth supplemented by additional retail wins and M&A.

- Europe: Revenue $276.4mm +7.8%, EBITDA $35.3mm, +9.6%. Rise in sales due to a 7% FX tailwind, 2.8% M&A contribution partially offset by -2% core growth. Domoferm closed earlier than anticipated which should help contribute to growth in 2018. We see 2-3% core growth with substantial contributions from M&A and modest FX related tailwinds.

- Australasia: Revenue $149.2mm, 1.2% yoy, EBITDA $21.2mm, +14.6% yoy. Revenue growth driven by the acquisitions and FX in the quarter with core growth being down 5% as anticipated. EBITDA margins expanded 160 basis points to 14.2% due to acquisitions. We do highlight continued weakness in the Australian housing market through 2018 which will be partially offset by acquisitions and FX tailwinds. Margin expansion is anticipated but will be less than 2017.

## Jeld-Wen Incorporated Earnings Model
### 2016A-2022P

**Table 1**

| Financial Data FYE 12/31 ($ millions, except EPS) | 2016A | 2017A | 2018E | 2019P | 2020P | 2021P | 2022P | CAGR '17-'22 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $3,667 | $3,764 | $4,095 | $4,285 | $4,430 | $4,585 | $4,740 | 4.7% |
| EBITDA | 393 | 438 | 515 | 575 | 640 | 675 | 710 | 10.2% |
| EPS - As Adjusted | $3.21 | $1.47 | $2.15 | $2.50 | $2.85 | $3.05 | $3.25 | 17.2% |
| EBITDA Multiple | 12.5x | 11.2x | 9.5x | 8.5x | 7.7x | 7.3x | 6.9x | |
| P/E Multiple | 10.8x | 23.6x | 16.1x | 13.9x | 12.2x | 11.4x | 10.7x | |
| Capital Expenditures | 74 | 63 | 111 | 116 | 124 | 128 | 133 | |

*Source: Company data and Gabelli & Company estimates*

*-Please Refer To Important Disclosures On The Last Page Of This Report-*

# Gabelli & Company

## Investment Outlook

We believe Jeld-Wen is well positioned to drive strong revenue, EBITDA and cash flow growth over the next three years.  From 2017-2020 we see 270 basis points of EBITDA margin expansion to 14.3%, driven by cost productivity, price/mix improvements and volume leverage.  At least one-half of this improvement we believe will come from sourcing as well as productivity and efficiency initiatives.  Initiatives we see as being in management's control and offering solid amount of visibility towards improvement.  A substantial NOL will support strong free cash flow growth. The stock currently trades at 8.5x and 13.9x our 2019P EBITDA and EPS estimates of $575mm and $2.50, respectively. With a 26.1% discount to our 2019P PMV of $47 per share, we reiterate our Buy recommendation.

**Table 2**                     **Jeld-Wen Incorporated  Private Market Value Analysis**
**2016A-2022P**

Private Market Value Analysis

| ($ millions) | **2016A** | **2017A** | **2018E** | **2019P** | **2020P** | **2021P** | **2022P** |
|---|---|---|---|---|---|---|---|
| ***Jeld-Wen*** | | | | | | | |
| Revenue | $3,667 | $3,764 | $4,095 | $4,285 | $4,430 | $4,585 | $4,740 |
| EBITDA | 393 | 438 | 515 | 575 | 640 | 675 | 710 |
| Valuation Multiple | 11.0x | 11.0x | 10.5x | 10.0x | 9.5x | 9.5x | 9.0x |
| Total Private Market Value | 4,327 | 4,815 | 5,408 | 5,750 | 6,080 | 6,413 | 6,390 |
| Add:  Net Cash (Debt) | (1,517) | (1,054) | (940) | (671) | (353) | (10) | 360 |
| Less:  Option Payments | (17) | (52) | (72) | (89) | (107) | (124) | (135) |
| Add: Discounted value NOL | | 213 | 181 | 147 | 76 | 0 | 0 |
| Equity Private Market Value | $2,792 | $3,922 | $4,577 | $5,136 | $5,697 | $6,278 | $6,615 |
| Shares Outstanding | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| **PMV per share** | **$26** | **$36** | **$42** | **$47** | **$52** | **$58** | **$61** |
| *Current Market - Discount* | *-35.6%* | *3.3%* | *17.1%* | *26.1%* | *33.5%* | *39.6%* | *42.7%* |

*a) Restated for Inventory Accounting Change b) After-tax payments to buy out option holders at PMV*
*Source: Company filings and Gabelli & Company estimates*

I, ***Alvaro Lacayo*** the Research Analyst who prepared this report, hereby certify that the views expressed in this report accurately reflect the analyst's personal views about the subject companies and their securities.  The Research Analyst has not been, is not and will not be receiving direct or indirect compensation for expressing the specific recommendation or view in this report.

***Alvaro Lacayo (914) 921-5451***                                    ©Gabelli & Company 2018

**Important Disclosures**

**ONE CORPORATE CENTER  RYE, NY  10580        GABELLI & COMPANY        TEL (914) 921-5130        FAX (914) 921-5098**

Gabelli & Company is the marketing name for the registered broker dealer G.research, LLC, which was formerly known as G.research, Inc., Gabelli & Company ("we" or "us") attempts to provide timely, value-added insights into companies or industry dynamics for institutional investors.  Our research reports generally contain a recommendation of "buy," "hold," "sell" or "non-rated."  We do not undertake to "upgrade" or "downgrade" ratings after publishing a report. We currently have reports on 370 companies, of which 60%, 30%, 1% and 9% have a recommendation of buy, hold, sell or non-rated, respectively.  The percentage of companies so rated for which we provided investment banking services within the past 12 months is 0%, 0%, 0% and less than 1%.

Ratings
Analysts' ratings are largely (but not always) determined by our "private market value," or PMV methodology.  Our basic goal is to understand in absolute terms what a rational, strategic buyer would pay for an asset in an open, arms-length transaction.  At the same time, analysts also look for underlying catalysts that could encourage those private market values to surface.
A **Buy** rated stock is one that in our view is trading at a meaningful discount to our estimated PMV.  We could expect a more modest private market value to increase at an accelerated pace, the discount of the public stock price to PMV to narrow through the emergence of a catalyst, or some combination of the two to occur.
A **Hold** is a stock that may be trading at or near our estimated private market value.  We may not anticipate a large increase in the PMV, or see some other factors at work.
A **Sell** is a stock that may be trading at or above our estimated PMV.  There may be little upside to the value, or limited opportunity to realize the value.  Economic or sector risk could also be increasing.

We prepared this report as a matter of general information.  We do not intend for this report to be a complete description of any security or company and it is not an offer or solicitation to buy or sell any security.  All facts and statistics are from sources we believe to be reliable, but we do not guarantee their accuracy.  We do not undertake to advise you of changes in our opinion or information.  Unless otherwise noted, all stock prices reflect the closing price on the business day immediately prior to the date of this report.  We do not use "price targets" predicting future stock performance.  We do refer to "private market value" or PMV, which is the price that we believe an informed buyer would pay to acquire 100% of a company.  There is no assurance that there are any willing buyers of a company at this price and we do not intend to suggest that any acquisition is likely. Additional information is available on request.

As of January 31, 2018, our affiliates beneficially own on behalf of their investment advisory clients or otherwise less than 1% of Jeld-Wen. Because the portfolio managers at our affiliates make individual investment decisions with respect to the client accounts they manage, these accounts may have transactions inconsistent with the recommendations in this report. These portfolio managers may know the substance of our research reports prior to their publication as a result of joint participation in research meetings or otherwise. No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.  In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report.   The analyst, who wrote this report, or members of his household, owns no shares of the above mentioned companies.