# EXHIBIT 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended** December 31, 2018

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-38000**

_____

# JELD-WEN Holding, Inc.
**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **Delaware** | **93-1273278** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**2645 Silver Crescent Drive**
**Charlotte, North Carolina 28273**
**(Address of principal executive offices, zip code)**

**(704) 378-5700**
**(Registrant's telephone number, including area code)**

_____

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock (par value $0.01 per share) | New York Stock Exchange |

**Securities Registered Pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | | |

If an emerging growth company, indicate by checkmark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the common stock held by non-affiliates of the registrant was $2.0 billion as of the end of the registrant's second fiscal quarter (based on the closing sale price for the common stock on the New York Stock Exchange on June 29, 2018). Shares of the registrant's voting stock held by each executive officer and director and by each entity or person that, to the registrant's knowledge, owned 10% or more of the registrant's outstanding common stock as of June 30, 2018 have been excluded from this number in that these persons may be deemed affiliates of the registrant. This determination of possible affiliate status is not necessarily a conclusive determination for other purposes

The registrant had 100,739,266 shares of common stock, par value $0.01 per share, issued and outstanding as of February 27, 2019.

**DOCUMENTS INCORPORATED BY REFERENCE**

Items 10, 11, 12, 13 and 14 of Part III incorporate information by reference from the registrant's definitive proxy statement relating to its 2019 annual meeting of stockholders to be filed with the Securities and Exchange Commission within 120 days after the close of the registrant's fiscal year.

1

Back to top

*Consolidated Results*

*Net Revenues*-Net revenues increased $96.8 million, or 2.6%, to $3,763.7 million in the year ended December 31, 2017 from $3,666.9 million in the year ended December 31, 2016. The increase in net revenues was primarily due to our recent acquisitions which provided a 2% increase as well as a favorable foreign exchange impact of 1%. Our core net revenues were unchanged with a 1% benefit from pricing offset by a 1% decrease in volume/mix.

*Gross Margin*-Gross margin increased $73.4 million, or 9.5%, to $849.4 million in the year ended December 31, 2017 from $776.0 million in the year ended December 31, 2016. Gross margin as a percentage of net revenues was 22.6% in the year ended December 31, 2017 and 21.2% in the year ended December 31, 2016. The increase in gross margin and gross margin percentage was due to favorable pricing, cost savings initiatives and contribution from recent acquisitions, partially offset by operational inefficiencies in our North American windows business.

*SG&A Expense*-SG&A expense increased $19.6 million, or 3.5%, to $572.5 million in the year ended December 31, 2017 from $552.9 million in the year ended December 31, 2016. SG&A expense as a percentage of net revenues was 15.2% for the year ended December 31, 2017 and 15.1% for the year ended December 31, 2016. The increase in SG&A expense was primarily due to increased professional fees, costs associated with our IPO and secondary offerings, SG&A expense associated with acquisitions, and increased wages, partially offset by a decrease in share-based compensation associated with the 2016 Dividend.

*Impairment and Restructuring Charges*-Impairment and restructuring charges decreased $0.8 million, or 5.7%, to $13.1 million in the year ended December 31, 2017 from $13.8 million in the year ended December 31, 2016. The charges in the year ended December 31, 2017 consisted primarily of a reduction in workforce in our North American segment as well as ongoing restructuring costs in our Europe segment. The charges for the year ended December 31, 2016 consisted primarily of ongoing personnel restructuring in our Europe and North America segment.

*Interest Expense, Net*-Interest expense, net increased $1.4 million, or 1.9%, to an expense of $79.0 million in the year ended December 31, 2017 from an expense of $77.6 million in the year ended December 31, 2016. The increase was primarily due to interest expense resulting from the write-offs of a portion of the unamortized debt issuance costs and original issue discount totaling approximately $6.1 million in connection with the repayment of $375.0 million of outstanding term loans with proceeds from our IPO. In addition, interest expense increased due to higher long-term debt levels for the first month of the period as a result of borrowings of $375.0 million under our Term Loan Facility, partially offset by reductions in the applicable margin which became effective in March 2017 and December 2017.

*Other Expense (Income)* - Other expense increased $37.7 million, to a $39.1 million expense in the year ended December 31, 2017 from $1.4 million in the year ended December 31, 2016. The expense in the year ended December 31, 2017 was primarily a loss on the extinguishment of debt of $23.3 million associated with our Term Loan, pension expense of $12.6 million, foreign currency losses of $10.4 million, partially offset by legal settlement income of $2.5 million and contract settlement of $2.2 million. The expense in the year ended December 31, 2016 primarily consisted of pension expense of $12.7 million, partially offset by $8.4 million received in a confidential settlement agreement on a commercial matter in our North America segment.

*Income Taxes*- On December 22, 2017, the Tax Act was enacted in the U.S. The specific provisions of the Tax Act had both direct and indirect impacts on our 2017 results and will continue to have significant effects on our future performance. The direct impacts were due primarily to the change in the U.S. corporate income tax rate from 35% to 21% for tax years beginning after December 31, 2017 and the one-time deemed repatriation tax. As a result of the lowering of the U.S. federal tax rate, we revalued our net deferred tax assets in the U.S. reflecting the lower expected benefit in the U.S. in the future. This revaluation resulted in additional non-cash tax expense totaling approximately $21.1 million. The one-time deemed repatriation tax, which effectively subjected the Company's net aggregate historic foreign earnings to taxation in the U.S., resulted in a further tax charge of $11.3 million. While this repatriation tax is measured as of December 31, 2017, taxpayers can pay the tax over an 8-year period resulting in an increase to our non-current liabilities.

During the fourth quarter of 2017, the Company undertook certain transactions which premised the repatriation of certain earnings from foreign subsidiaries. While these transactions were not undertaken as a direct result of tax reform, the U.S. tax implications were heavily impacted due to the timing of the transactions and the measurement dates as outlined in the Tax Act. We recorded a net increase to tax expense of $65.8 million related to these transactions and their impacts under the Tax Act.

While we recorded provisional estimates of the tax impact of the above transactions as of December 31, 2017 based on information available to us, we had not yet completed our full analysis of the net effects of the Tax Act.

Back to top

Income tax benefit in the year ended December 31, 2017 was $138.6 million, compared to a benefit of $246.4 million in the year ended December 31, 2016. The effective tax rate in the year ended December 31, 2017 was 95.1% compared to an effective tax rate of (189.1)% in the year ended December 31, 2016. The prior year tax benefit of $246.4 million was due primarily to the net release of our valuation allowance of $236.5 million

### Segment Results

We report our segment information in the same way management internally organizes the business in assessing performance and making decisions regarding allocation of resources in accordance with ASC 280-10- *Segment Reporting*. We have determined that we have three reportable segments, organized and managed principally by geographic region. Our reportable segments are North America, Europe and Australasia. We report all other business activities in Corporate and unallocated costs. We define Adjusted EBITDA as net income (loss), adjusted for the following items: loss from discontinued operations, net of tax; equity earnings of non-consolidated entities; income tax (benefit) expense; depreciation and amortization; interest expense, net; impairment and restructuring charges; gain on previously held shares of equity investment; (gain) loss on sale of property and equipment; share-based compensation expense; non-cash foreign exchange transaction/translation (income) loss; other non-cash items; other items; and costs related to debt restructuring and debt refinancing. For additional information on segment Adjusted EBITDA, see Note 18 - *Segment Information* to our consolidated financial statements included in this 10-K.

We reclassified certain immaterial amounts for year ended December 31, 2017 impacting "Net revenues from external customers - North America" line below to conform to our 2018 presentation. See Note 1 - *Description of Company and Summary of Significant Accounting Policies* in our consolidated financial statements included in this 10-K.

**Comparison of the Year Ended December 31, 2018 to the Year Ended December 31, 2017**

| | | Year Ended | | | | |
|---|---|---|---|---|---|---|
| (amounts in thousands) | | December 31, 2018 | | December 31, 2017 | | % Variance |
| **Net revenues from external customers** | | | | | | |
| North America | $ | 2,460,987 | $ | 2,157,898 | | 14.0% |
| Europe | | 1,215,801 | | 1,042,767 | | 16.6% |
| Australasia | | 669,915 | | 563,084 | | 19.0% |
| Total Consolidated | $ | 4,346,703 | $ | 3,763,749 | | 15.5% |
| **Percentage of total consolidated net revenues** | | | | | | |
| North America | | 56.6% | | 57.3% | | |
| Europe | | 28.0% | | 27.7% | | |
| Australasia | | 15.4% | | 15.0% | | |
| Total Consolidated | | 100.0% | | 100.0% | | |
| **Adjusted EBITDA**[1] | | | | | | |
| North America | $ | 278,975 | $ | 273,594 | | 2.0% |
| Europe | | 129,202 | | 132,929 | | (2.8)% |
| Australasia | | 91,172 | | 74,706 | | 22.0% |
| Corporate and unallocated costs | | (34,003) | | (43,616) | | (22.0)% |
| Total Consolidated | $ | 465,346 | $ | 437,613 | | 6.3% |
| **Adjusted EBITDA as a percentage of segment net revenues** | | | | | | |
| North America | | 11.3% | | 12.7% | | |
| Europe | | 10.6% | | 12.7% | | |
| Australasia | | 13.6% | | 13.3% | | |
| Total Consolidated | | 10.7% | | 11.6% | | |

(1)    Adjusted EBITDA is a financial measure that is not calculated in accordance with GAAP. For a discussion of our presentation of Adjusted EBITDA, see Note 18 - *Segment Information in our consolidated financial statements*

Back to top

*North America*

Net revenues in North America increased $303.1 million, or 14.0%, to $2,461.0 million in the year ended December 31, 2018 from $2,157.9 million in the year ended December 31, 2017. The increase was primarily due to a 14% increase attributable to the acquisitions of MMI Door and ABS.

Adjusted EBITDA in North America increased $5.4 million, or 2.0%, to $279.0 million in the year ended December 31, 2018 from $273.6 million in the year ended December 31, 2017. The increase was primarily due to the MMI Door and ABS acquisitions partially offset by the impact of a lag in pricing to offset inflation in material and freight and lower core volumes and mix shift to lower margin products.

*Europe*

Net revenues in Europe increased $173.0 million, or 16.6%, to $1,215.8 million in the year ended December 31, 2018 from $1,042.8 million in the year ended December 31, 2017. The increase was primarily due to a 13% increase attributable to the acquisitions of Mattiovi and Domoferm, core revenue growth of 1%, and a favorable foreign exchange impact of 3%.

Adjusted EBITDA in Europe decreased $3.7 million, or 2.8%, to $129.2 million in the year ended December 31, 2018 from $132.9 million in the year ended December 31, 2017. The decrease was primarily due to inflation and unfavorable product mix, partially offset by favorable pricing and our acquisitions of Mattiovi and Domoferm.

*Australasia*

Net revenues in Australasia increased $106.8 million, or 19.0%, to $669.9 million in the year ended December 31, 2018 from $563.1 million in the year ended December 31, 2017. The increase was due primarily to a 20% increase attributable to the acquisitions of Kolder and A&L, core revenue growth of 2%, consisting of an increase in volume/mix of 1% and favorable pricing of 1%, offset by unfavorable foreign exchange rates of 3%.

Adjusted EBITDA in Australasia increased $16.5 million, or 22.0%, to $91.2 million in the year ended December 31, 2018 from $74.7 million in the year ended December 31, 2017. The increase was primarily due to the acquisitions of Kolder and A&L and pricing initiatives, partially offset by material inflation.