**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112<br><br>Judge John A. Gibney, Jr. |

**JELD-WEN DEFENDANTS' MOTION TO EXCLUDE
THE REPORTS AND TESTIMONY OF DR. RUSSELL LAMB**

Defendants JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company") and Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (the "Individual Defendants," and collectively, the "JELD-WEN Defendants"), by counsel, hereby move for an order excluding the reports and testimony of Dr. Russell Lamb, Plaintiffs' antitrust expert, for the reasons set forth in the accompanying Memorandum of Law, as further supported by the Declaration of Matt Owen.

JELD-WEN and the Individual Defendants respectfully request that the Court issue an order excluding Dr. Russell Lamb's reports and testimony.

1

March 5, 2021

Respectfully submitted,

JELD-WEN Holding, Inc.
By counsel
*/s/ Brian C. Riopelle*
Brian C. Riopelle (VSB #36454)
Brian E. Pumphrey (VSB #47312)
Brian D. Schmalzbach (VSB #88544)
Garrett H. Hooe (VSB #83983)
MCGUIREWOODS, LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1084 – Tel.
(804) 698-2150 – Fax
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com
ghooe@mcguirewoods.com

Sandra Goldstein (*pro hac vice*)
Rachel Fritzler (*pro hac vice*)
Lindsey Weiss Harris (*pro hac vice*)
Jeehyeon Jenny Lee (*pro hac vice*)
Jacob Rae (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
sandra.goldstein@kirkland.com
rachel.fritzler@kirkland.com
lindsey.harris@kirkland.com
jenny.lee@kirkland.com
jacob.rae@kirkland.com

Matthew S. Owen (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
matt.owen@kirkland.com

*Attorneys for Defendants JELD-WEN*
*Holding, Inc., Mark A. Beck, L. Brooks*
*Mallard, Kirk S. Hachigian, and*
*Gary S. Michel*

2

## CERTIFICATE OF SERVICE

I certify that on the 5th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

 /s/ Brian C. Riopelle
Brian C. Riopelle (Va. Bar No. 36454)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax: (804) 698-2150
briopelle@mcguirewoods.com