**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 Judge John A. Gibney, Jr. |

**DECLARATION OF MATTHEW S. OWEN**
**IN SUPPORT OF JELD-WEN DEFENDANTS' MOTION TO EXCLUDE**
**REPORT AND TESTIMONY OF DR. RUSSELL LAMB**

I, Matt Owen, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb.

2.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 1 is a true and correct copy of the Class Certification and Trial Expert Report of Dr. Russell L. Lamb, dated January 31, 2020 from *In Re: Interior Molded Doors Antitrust Litigation*.

3.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 2 is a true and correct copy of the Declaration Dr. Russell L. Lamb, dated January 4, 2021, and its corresponding errata dated January 28, 2021.

4.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 3 is a true and correct copy of the Expert Report of Dr. John H.

Johnson, IV in Opposition to Declaration of Dr. Russell L. Lamb, dated February 1, 2021, and its corresponding errata dated February 12, 2021.

5.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 4 is a true and correct copy of an article, titled "What does an Economist Know?," dated June 1983, written by George J. Stigler and is cited in footnote 90 of the Expert Report of Dr. John H. Johnson, IV in Opposition to Declaration of Dr. Russell L. Lamb, dated February 1, 2021. The article is available at https://www.jstor.org/stable/42897861.

6.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 5 is a true and correct copy of the Reply Declaration of Dr. Russell L. Lamb, dated February 15, 2021, and its corresponding errata dated February 25, 2021.

7.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Kirk Hachigian, taken on January 23, 2020 for *In Re: Interior Molded Doors Antitrust Litigation*.

8.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Dr. John H. Johnson, IV, taken on February 17, 2021 in this litigation.

9.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Russell L. Lamb, taken on July 16, 2020 for *In Re: Interior Molded Doors Antitrust Litigation*.

10.      Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 9 is a true and correct copy of excerpts from the transcript of the

deposition of Dr. Russell L. Lamb, taken on March 4, 2020 for *In Re: Interior Molded Doors Antitrust Litigation*.

11.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

12.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 11 is a true and correct copy of a series of emails and accompanying attachments, which together form Exhibit 5 from the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

13.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 12 is a true and correct copy of a document, titled "Masonite Molded Interior Skins Sales 2010-2016," which is Exhibit 6 from the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

14.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 13 is a true and correct copy of a document, titled "Masonite Top Molded Interior Doorskin Customers 2010-2016," which is Exhibit 7 from the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

15.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 14 is a true and correct copy of excerpts from a book, titled "A Guide to Econometrics," dated 2003, written by Peter Kennedy, and is Exhibit 9 from the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

16.    Attached to JELD-WEN Defendants' Motion to Exclude Report and Testimony of Dr. Russell Lamb as Exhibit 15 is a true and correct copy of excerpts from the transcript of the

deposition of Frederick J. Lynch, taken on January 23, 2020 for *In Re: Interior Molded Doors Antitrust Litigation*.

On this day, March 6, 2021, I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Matthew S. Owen_____

Matthew S. Owen
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 389-5943

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 6th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

<u> /s/ Brian C. Riopelle           </u>
Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com
