# EXHIBIT 1A

# Appendix A

HIGHLY CONFIDENTIAL

JW-SEC-01102886



## Russell Lamb, Ph.D.

President
Monument Economics Group
Phone: (703) 615-3474
Email: rlamb@megconsulting.com

### Professional Summary

Russell Lamb is an expert in antitrust economics and has testified concerning antitrust liability, impact, and damages. He has an extensive background in applied econometrics and has developed econometric models to measure damages in a number of matters involving allegations of horizontal price fixing. He has provided expert testimony in State and Federal Courts in the United States and in Canada on a range of issues including class-certification and economic damages in antitrust, RICO and consumer fraud matters. In addition, he has provided expert advice to client attorneys at all levels of the litigation. Dr. Lamb has an extensive background in the analysis of domestic and international agricultural markets and has authored more than 50 articles in peer-reviewed economics journals, trade press, and major newspapers.

Dr. Lamb's work has been cited by courts in certifying classes in the United States and Canada. For example, in In re Aftermarket Automotive Lighting Products Antitrust Litigation, the court held that his analysis provided "a sufficient basis from which to conclude that Plaintiffs would adduce common proof concerning the effect of Defendants' alleged price-fixing conspiracy on prices class members paid." In certifying the Class in In re: Titanium Dioxide Antitrust Litigation, the Court said, "This Court finds that Dr. Lamb's regression analysis accurately reflects the characteristics of the titanium dioxide industry, and the facts in this case." In In Re: Domestic Drywall Antitrust Litigation, the Court cited extensively to Dr. Lamb's analysis in its decision to certify the Class: "Dr. Lamb's expert opinion fits the facts of the case, is relevant, and is therefore admissible to show classwide injury and measurable damages in support of Plaintiffs' Motion for Class Certification. [...]

1

HIGHLY CONFIDENTIAL

JW-SEC-01102887

The Court [...] has thoroughly considered Dr. Lamb's opinion in its decision on the DPPs' Class Certification Motion." In the Canadian LCD Competition Act Class Action, the Court held that Dr. Lamb's analysis provided "evidence of a viable methodology for the determination of loss on a class-wide basis." In In re: Puerto Rican Cabotage Litigation, the Court held that "Dr. Lamb [had] set forth a reputable and workable model for determining damages as to individual class members." In certifying the class in Clarke and Rebecca Wixon, et al. v. Wyndham Resort Development Corp., et al., the Court held that "Dr. Lamb [had] presented a plausible class-wide method of proof." In certifying the class in Eugene Allan, et al., v. Realcomp II, Ltd., et al., the Court held that "the Plaintiffs have produced sufficient evidence that common proofs will yield a finding of class-wide damages that predominates over any specific individualized damages. The Lamb Report and Lamb Reply are sufficient to establish this fact." Furthermore, Dr. Lamb was the Indirect Purchaser Plaintiffs' expert in the In re: Polyurethane Foam Antitrust Litigation matter, which was certified by the Court in April 2014.

With regard to agricultural economics, Dr. Lamb has a particular expertise in agricultural markets and has undertaken extensive original research and econometric analysis on markets for agricultural commodities. His articles on agricultural economics have been published in peer-reviewed journals, trade press, and major newspapers. Dr. Lamb regularly presents at conferences on topics including the state of the U.S. Economy and farm policy.

Prior to co-founding Monument Economics Group, Dr. Lamb was a Senior Vice President at Nathan Associates Inc., where he directed the firm's litigation consulting practice nationally. Dr. Lamb previously served as a Principal at AACG in Arlington, VA, and as Managing Director and DC Office Head at Econ One Research. He earlier served as an Assistant Professor of Agricultural Economics and faculty member of the Graduate Group in Economics at North Carolina State University and as an Economist and Senior Economist in the Federal Reserve System of the United States, at the Federal Reserve Board and the Federal Reserve Bank of Kansas City.

HIGHLY CONFIDENTIAL

JW-SEC-01102888

## Education

- Ph.D., Economics, University of Pennsylvania, 1994
- M.A., Economics, The University of Maryland, 1989
- B.A., Economics, The University of Tennessee, 1987

3

HIGHLY CONFIDENTIAL

JW-SEC-01102889

**Expert Testimony Offered**

**2019** *In Re Zetia (Ezetimibe) Antitrust Litigation*

- United States District Court for the Eastern District of Virginia Norfolk Division
- Case No. 2:18-MD-02836-RBS-DEM
- Expert Declaration, November 18, 2019
- Testified at deposition, December 20, 2019
- Expert Trial Declaration, January 13, 2020
- Opinion concerning class certification and damages issues
- Retained by Miller Law LLC and Motley Rice LLC

*GAËTAN ROY c. JTEKT Corporation & al. (Bearings/Roulements)*

- Cour Supérieure District de Québec
- Case No. 200-06-000159-130
- Expert Report, November 12, 2019
- Opinion concerning class certification issues
- Retained by Siskinds LLP, Sotos LLP

*First Impressions Salon, Inc., et al., v. National Milk Producers Federation, et al.*

- United States District Court for the Southern District of Illinois
- Case No. 3:13-cv-00454-NJR-SCW
- Expert Report, January 4, 2019
- Testified at deposition, February 13, 2019
- Expert Reply Report, May 3, 2019
- Testified at deposition, May 17, 2019
- Opinion concerning class certification and damages issues
- Retained by Barrett Law Group, NastLaw LLC, and Roberts Law Firm

*Sheridan Chevrolet Cadillac Ltd., et al., v. JTEKT Corporation, et al.*

- Ontario Superior Court of Justice
- Court File No. CV-13-478644-00CP
- Expert Report, January 2, 2019
- Opinion concerning class certification issues
- Retained by Sotos LLP

**2018** *Sheridan Chevrolet Cadillac Ltd., et al., v. Hitachi Ltd., et al.*

- Ontario Superior Court of Justice
- Court File No. CV-14-506683-00CP
- Expert Report, October 4, 2018
- Opinion concerning class certification issues
- Retained by Sotos LLP

*In Re Suboxone Direct Purchaser Antitrust Litigation*

- United States District Court for the Eastern District of Pennsylvania

4

HIGHLY CONFIDENTIAL

JW-SEC-01102890

- Case No. 2:13-MD-02445-MSG
- Expert Report, September 18, 2018
- Testified at deposition, October 30, 2018
- Merits Expert Report, November 30, 2018
- Expert Rebuttal Report, January 11, 2019
- Testified at deposition, January 17, 2019
- Expert Merits Rebuttal Report, April 26, 2019
- Testified at deposition, June 12, 2019
- Opinion concerning class certification, merits, and damages issues
- Retained by Berger & Montague, P.C.; Garwin Gerstein & Fisher LLP; and Faruqi & Faruqi LLP

*William Rushing, et al. v. Williams-Sonoma, Inc., et al.*

- United States District Court Northern District of California, San Francisco Division
- Case No. 3:16-cv-01421-WHO
- Expert Report, July 25, 2018
- Opinion concerning class certification issues
- Retained by Rose Law Group, PC

*The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, et al. v. Momenta Pharmaceuticals, Inc., et al.*

- United States District Court Middle District of Tennessee Nashville Division
- Civil Action No. 15-cv-1100
- Testified at deposition, October 10, 2018
- Expert Report, June 22, 2018
- Expert Reply Report, September 21, 2018
- Testified at class certification hearing, May 13, 2019
- Declaration, May 21, 2019
- Expert Merits Report, May 24, 2019
- Declaration, June 18, 2019
- Expert Report, July 5, 2019
- Expert Supplemental Reply Report, July 5, 2019
- Testified at hearing, July 12, 2019
- Expert Merits Reply Report, July 29, 2019
- Testified at deposition, August 13, 2019
- Opinion concerning class certification and damages issues regarding indirect purchasers
- Retained by Lieff Cabraser Heimann & Bernstein, LLP

2017   *Fady Samaha and Urlin Rent a Car Ltd. v. Yamashita Rubber Co., Ltd., et al.*

- Ontario Superior Court of Justice
- Court File No. CV-13-472262-00CP
- Expert Report, December 4, 2017

5

HIGHLY CONFIDENTIAL

JW-SEC-01102891

- Supplemental Report, July 13, 2018
- Expert Reply Report, January 23, 2020
- Opinion concerning class certification issues
- Retained by Siskinds LLP

*In Re Lamictal Direct Purchaser Antitrust Litigation*

- United States District Court New Jersey
- Case No. 1 2-95 -WHW-MCA
- Expert Report, November 6, 2017
- Revised Expert Reply Report, April 16, 2018
- Testified at deposition, June 6, 2018
- Opinion concerning class certification and damages issues
- Retained by Berger & Montague, P.C.

*In Re Namenda Direct Purchaser Antitrust Litigation*

- United States District Court Southern District of New York
- Case No. 1:15-CV- 07488
- Expert Report, September 15, 2017
- Amended Expert Report, September 20, 2017
- Expert Reply Report, October 25, 2017
- Amended Expert Reply Report November 9, 2017
- Testified at deposition, October 6, 2017
- Opinion concerning class certification and damages issues
- Retained by Berger & Montague, P.C.; and Garwin Gerstein & Fisher LLP

*In Re Capacitors Antitrust Litigation*

- United States District Court Northern District of California San Francisco Division
- Case No. 3:14-CV-03264 -JD
- Expert Declaration, February 24, 2017
- Expert Reply Declaration, April 28, 2017
- Testified at deposition, May 17, 2017
- Expert Trial Declaration, November 30, 2018
- Expert Trial Reply Declaration, April 19, 2019
- Testified at deposition, May 23, 2019
- Opinion concerning class certification issues regarding indirect purchasers
- Retained by Cotchett, Pitre & McCarthy, LLP

**2016** *Deere Construction, LLC, v. Cemex Construction Materials Florida, LLC, et al.*

- United States District Court Southern District of Florida
- Case No. 15-24375-CIV-ALTONAGA/O'Sullivan
- Expert Report, September 14, 2016
- Testified at deposition, September 27, 2016
- Opinion concerning class certification issues

6

HIGHLY CONFIDENTIAL

JW-SEC-01102892

- Retained by Kozyak Tropin & Throckmorton, LLP; Harke Clasby & Bushman, LLP; and McCallum, Methvin & Terrell, P.C.

*Luke Begonja v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2015-CA-010943)*

*Gerrit Brouwer, Jr., et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2014-CA-008533)*

*Gary Gottschalk, et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2015-CA-001957)*

*Susan Hatzipetro, et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2014-CA-007996)*

*Shelly Keegan, et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2015-CA-001953)*

*Yvonne Klebba, et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2014-CA-008535)*

*Adriane McConville, et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2015-CA-001960)*

*Ernest W. Yeager Jr., et al. v. Wyndham Vacation Resorts, Inc., et al. (Case No. 2014-CA-008054)*

- In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida
- Expert Report, September 14, 2016
- Testified at deposition, October 27-28, 2016
- Testified at deposition, March 2-3, 2017
- Expert Report, May 19, 2017
- Testified at deposition, August 29, 2017
- Opinion concerning damages issues
- Retained by Badham & Buck, LLC

*In Re: Evanston Northwestern Healthcare Corporation Antitrust Litigation*

- United States District Court for the Northern District of Illinois Eastern Division
- No. 07-C-4446
- Expert Report, July 28, 2016
- Expert Reply Report, January 25, 2017
- Testified at deposition, September 20, 2016
- Testified at deposition, February 22, 2017
- Opinion concerning damages issues
- Retained by Miller Law LLC

*In Re: Ductile Iron Pipe Fittings ("DIPF") Direct Purchaser Antitrust Litigation*

- United States District Court for the District of New Jersey
- Civ. No. 12-711 (AET)(LHG)
- Declaration, May 27, 2016

7

HIGHLY CONFIDENTIAL                                                          JW-SEC-01102893

- Reply Declaration, March 31, 2017
- Testified at deposition, July 8, 2016
- Opinion concerning class certification, merits, and damages issues
- Retained by Cohen Milstein Sellers & Toll PLLC; and Kaplan Fox & Kilsheimer LLP

*Nestlé Purina Petcare Company v. Blue Buffalo Company, Ltd.*

*Blue Buffalo Company, Ltd. v. Nestlé Purina Petcare Company, et al.*

*Blue Buffalo Company, Ltd. v. Wilbur-Ellis Company, et al.*

*Diversified Ingredients, Inc. v. Wilbur-Ellis Company, et al.*

*Diversified Ingredients, Inc. v. Custom AG Commodities, LLC, et al.*

- United States District Court for the Eastern District of Missouri Eastern Division
- Cause No.: 4:14-CV-00859 RWS
- Affidavit, March 17, 2016
- Opinion concerning pricing issues
- Retained by Lashly & Baer, P.C.

*In Re: Cast Iron Soil Pipe and Fittings Antitrust Litigation*

- United States District Court Eastern District of Tennessee at Chattanooga
- Case No.: 1:14-md-2508
- Declaration, March 4, 2016
- Testified at deposition, May 19, 2016
- Opinion concerning class certification and damages issues
- Retained by Cohen Milstein Sellers & Toll PLLC; Cera LLP; and Kaplan Fox & Kilsheimer LLP

*Darren Ewert v. Denso Corporation, et al.*

- Supreme Court of British Columbia
- Case No. S-135610
- Expert Report, February 12, 2016
- Expert Reply Report, January 5, 2017
- Opinion concerning class certification issues
- Retained by Camp Fiorante Matthews Mogerman

*Serge Asselin v. Hitachi, LTD & al.*

- Cour Supérieure Disctirct de Québec
- Case No. 200-06-000180-144
- Expert Report, February 11, 2016
- Opinion concerning class certification issues
- Retained by Siskinds LLP

2015  *Thomas Mervyn v. Atlas Van Lines, Inc., et al.*

- United States District Court Northern District of Illinois Eastern Division

8

HIGHLY CONFIDENTIAL

JW-SEC-01102894

- Case No. 1:13-CV-03587
- Expert Declaration, September 3, 2015
- Expert Report, February 4, 2016
- Opinion concerning data issues
- Opinion concerning damages issues
- Retained by Miller Law LLC

*Thomas Mervyn v. Nelson Westerberg, Inc.*

- United States District Court Northern District of Illinois Eastern Division
- Case No. 1:11-CV-06594
- Expert Report, July 27, 2015
- Opinion concerning damages issues
- Retained by Miller Law LLC

*Lane's Gifts and Collectibles, LLC v. Microsoft Online, Inc.*

- United States District Court Western District of Washington at Seattle
- No. 2:12-cv-01181-BJR
- Expert Report, March 23, 2015
- Testified at deposition, May 21, 2015
- Opinion concerning damages issues
- Retained by Nix, Patterson & Roach, L.L.P.; and Kessler Topaz Meltzer & Check, LLP

*BlueCross BlueShield of Tennessee, Inc., et al. v. King Pharmaceuticals, Inc., et al.*

- In the Circuit Court for Cocke County, Tennessee
- Civil Action No. 32941-II
- Expert Report, January 23, 2015
- Opinion concerning impact and damages issues
- Retained by Miller Law LLC

*In Re: Domestic Drywall Antitrust Litigation*

- United States District Court for the Eastern District of Pennsylvania
- MDL No. 2437 13-MD-2437
- Trial Expert Report, January 23, 2015
- Reply Expert Report, April 23, 2015
- Expert Report concerning class certification, August 3, 2016
- Expert Reply Report concerning class certification, January 9, 2017
- Affidavit, July 11, 2019
- Testified at deposition, February 25, 2015
- Testified at deposition, August 30, 2016
- Testified at deposition, February 17, 2017
- Testified at class certification hearing, April 27, 2017
- Expert Supplemental Report, July 31, 2017
- Opinion concerning merits issues regarding direct purchasers

9

HIGHLY CONFIDENTIAL

JW-SEC-01102895

- Opinion concerning class certification issues, impact and damages regarding direct purchasers
- Retained by Cohen Milstein Sellers & Toll PLLC; Berger & Montague, P.C.; and Spector Roseman Kodroff & Willis, P.C.

*In Re: Processed Egg Products Antitrust Litigation*

- United States District Court for the Eastern District of Pennsylvania
- MDL No. 2002
- Expert Declaration, January 22, 2015
- Expert Reply Declaration, April 3, 2015
- Testified at deposition, May 7, 2015
- Opinion concerning merits and damages issues regarding indirect purchasers
- Retained by Straus & Boies, LLP

2014    *In Re: Class 8 Transmission Indirect Purchaser Antitrust Litigation*

- United States District Court for the District of Delaware
- Civil Action No. 11-cv-00009 (SLR)
- Declaration, November 3, 2014
- Reply Declaration, March 6, 2015
- Trial Declaration, March 27, 2015
- Trial Reply Declaration, July 2, 2015
- Testified at deposition, December 17, 2014
- Testified at deposition, March 16, 2015
- Testified at class certification hearing, March 25, 2015
- Testified at deposition, May 1, 2015
- Opinion concerning class certification issues regarding indirect purchasers
- Opinion concerning merits and damages issues regarding indirect purchasers
- Retained by Glancy Binkow & Goldberg LLP

*Mark S. Wallach, et al., v. Eaton Corporation, et al.*

- United States District Court District of Delaware
- Civil Action No. 10-260-SLR
- Expert Report, November 3, 2014
- Expert Reply Report, March 6, 2015
- Trial Expert Report, March 27, 2015
- Trial Expert Reply Report, July 2, 2015
- Testified at deposition, December 16, 2014
- Testified at deposition, March 16, 2015
- Testified at class certification hearing, March 25, 2015
- Testified at deposition, May 1, 2015
- Opinion concerning class certification issues regarding direct purchasers
- Opinion concerning merits and damages issues regarding direct purchasers
- Retained by Cohen Milstein Sellers & Toll PLLC

*Sheridan Chevrolet Cadillac Ltd., et al., v. Furukawa Electric Co. Ltd., et al.*

10

HIGHLY CONFIDENTIAL

JW-SEC-01102896

*Sheridan Chevrolet Cadillac Ltd., et al., v. Mitsubishi Electric Corporation, et al.*

- Ontario Superior Court of Justice
- Court File Nos. CV-12-446737-00CP / CV-14-496994-00CP
- Expert Report, April 15, 2016
- Expert Report, October 14, 2014
- Opinion concerning class certification issues
- Retained by Siskinds LLP

*Resco Products, Inc., v. Bosai Minerals Group Co., Ltd., et al.*

- United States District Court for the Western District of Pennsylvania
- Civil Action No.: 2:06-cv-235-JFC
- Expert Report, September 24, 2008
- Expert Report, September 29, 2014
- Supplemental Expert Report, December 15, 2014
- Testified at deposition, February 13, 2015
- Opinion concerning damages
- Retained by Boies, Schiller & Flexner LLP

*Fond Du Lac Bumper Exchange Inc., et al. v. Jui Li Enterprise Company Ltd. et al.*

- United States District Court Eastern District of Wisconsin
- Case No.: 2:09-cv-00852-LA
- Affidavit, August 1, 2014
- Affidavit, November 4, 2014
- Declaration, April 24, 2015
- Expert Report, July 15, 2015
- Expert Reply Report, November 24, 2015
- Expert Surreply Report, January 15, 2016
- Expert Trial Report, August 18, 2016
- Expert Trial Reply Report, December 20, 2016
- Testified at deposition, October 1, 2015
- Testified at deposition, February 13, 2017
- Opinion concerning class certification and damages issues
- Opinion concerning Defendants' replacement data
- Opinion concerning Defendant and LKQ transaction-level data
- Opinion concerning merits and damages issues
- Retained by Stueve Siegel Hanson, LLP

*Meredith Corporation, et al., v. SESAC, LLC, et al.*

- United States District Court for the Southern District of New York
- 09 Civ. 9177 (PAE)
- Expert Report, July 10, 2014
- Opinion concerning class certification issues
- Retained by Weil, Gotshal & Manges LLP

11

HIGHLY CONFIDENTIAL

JW-SEC-01102897

*Janet Skold, et al., v. Intel Corporation, et al.*

- Superior Court of the State of California for the County of Santa Clara
- Case No. 1-05-CV-039231
- Expert Report, June 14, 2007
- Testified at deposition, August 31, 2007
- Testified at deposition, January 10, 2014
- Opinion concerning class certification issues
- Opinion concerning damages issues
- Retained by Girard Gibbs LLP

*In Re: Polyurethane Foam Antitrust Litigation*

- United States District Court Northern District of Ohio Western Division 8
- MDL No. 2196
- Declaration, June 11, 2013
- Reply Declaration, October 23, 2013
- Trial Declaration, March 18, 2014
- Reply Trial Declaration, June 30, 2014
- Testified at deposition, August 20, 2013
- Testified at deposition, November 20, 2013
- Testified at class certification hearing, January 15, 2014
- Testified at deposition, April 14, 2014
- Testified at deposition, July 14, 2014
- Opinion concerning class certification issues regarding indirect purchasers
- Opinion concerning merits and damages issues
- Retained by Miller Law LLC

**Professional Experience**

**Economic Consulting Positions**

**Monument Economics Group**, Oct. 11, 2016 - Present

**Nathan Associates, Inc.**, Arlington, VA, *Senior Vice President*, Jan. 2013 – Sep. 20, 2016

**Advanced Analytical Consulting Group, Inc.**, Washington, DC, *Principal*, Mar. 2011– Jan. 2013

**Econ One Research, Inc.**, Washington, DC, Managing Director and DC Office Head, Jul. 2006 – Mar. 2011

- Opened and staffed the DC office; managed office affairs on a daily basis

- Retained as an expert witness for damages and class certification issues in antitrust, breach of contract, product liability and RICO cases; representative testimony includes determination of liability and damages in a case involving resale price maintenance in consumer products, class certification in a horizontal price-fixing case

12

HIGHLY CONFIDENTIAL

JW-SEC-01102898

involving international travel in the airline industry, class certification in a consumer class action involving RICO claims in state court

- Industry pre-litigation analyses for consumer products, chemicals, and other industries

**Navigant Consulting, Inc.**, Washington, DC, *Associate Director*, Feb. 2006 – Jul. 2006

- Case manager for damages analysis in asbestos litigation and personal injury claims

**Nathan Associates, Inc.**, Arlington, VA, *Managing Economist*, Jul. 2004 – Feb. 2006

- Case manager for economic analysis of class certification and damages issues in antitrust and RICO cases involving the chemical, consumer products, and tobacco industries

- Retained as expert on damages for direct purchasers of NBR in the Crompton Global Settlement; submitted an Affidavit on damages and appeared before the Special Master for the Crompton Global Settlement (the Hon. Kenneth Feinberg)

## Board Membership

- Board of Advisors, American Antitrust Institute, Washington, DC

- Department of Economics Advisory Council, University of Tennessee, Knoxville, Chairman, Spring 2006 – April 2011

## Teaching Positions

- The George Washington University, Washington, DC, *Adjunct Assistant Professor of Economics*, Fall 2004 – present

- North Carolina State University (NCSU), *Assistant Professor* (Department of Agricultural and Resource Economics), Fall 1999 – Spring 2004

- The University of Pennsylvania, *Adjunct Instructor*, Summer 1990 – Spring 1994

## Additional Teaching Experience

- The Wharton School Evening Division, Philadelphia, PA, summer 1993

- Rutgers University, Camden, NJ, summer 1993

- Philadelphia College of Textiles and Science, Philadelphia, PA, fall 1992

- The Pennsylvania State University, Media, PA, 1991

- St. Mary's College of Maryland, St. Mary's City, MD, summer 1989

- The University of Maryland University College, College Park, MD, 1988-1989

## Courses Taught

- Managerial Economics for MBA students (George Washington University)

- Law and Economics (George Washington University)

- Intermediate Microeconomics – graduate level (George Washington University)

HIGHLY CONFIDENTIAL                                    JW-SEC-01102899

- Latin American Economic Development (George Washington University)
- International Trade: Theory and Policy (George Washington University)
- International Finance: Theory and Policy (George Washington University)
- Agricultural Production and Supply – Ph.D. field course (North Carolina State University)
- U.S. Agricultural Policy (North Carolina State University)
- Microfinance: Theory, Practice and Regulation (Superintendencia de Banca y Seguros)
- Statistical Analysis for Economics (University of Pennsylvania)
- Principles of Microeconomics (University of Maryland, St. Mary's College of Maryland)
- Principles of Macroeconomics (University of Pennsylvania, The Wharton School, Penn State University)
- Fundamentals of Micro/Macro Economics (University of Maryland)
- Environmental and Natural Resource Economics (Rutgers)

**Federal Reserve Experience**

Federal Reserve Bank of Kansas City, *Senior Economist* Jan. 1998 – Aug. 1999; *Economist*, Jan. – Dec. 1997

- Analysis of regional, macroeconomic developments in agriculture, and energy
- Research on public policy towards agriculture in the U.S., especially the impact of farm policy reform
- Briefings to the Bank president and outside groups on the regional economy, agriculture, agricultural trade

Board of Governors of the Federal Reserve System, *Economist*, Jun. 1994 – Dec. 1996

- Analysis of macroeconomic conditions, commodity markets, and prices (CPI, PPI, Core prices)
- Forecasting of agricultural output, prices, and income
- Briefings to the Board of Governors on agriculture and food-price developments

**Other Consulting Experience**

World Perspectives, Inc., 2003 - 2004

- Analysis of trade barriers for U.S. exports of feed ingredients, pet food ingredients, and food ingredients
- Analysis of the impact of a Free Trade Area of the Americas on U. S. soybean producers

14

HIGHLY CONFIDENTIAL

JW-SEC-01102900

- Analysis of the potential for U.S. Halal-certified meat exports to the Middle East

Womble Carlyle Sandridge & Rice, LLP, 2003 - 2004

- Provided expert testimony related to the estimation of business profitability Smith-Moore, 2002 - 2003

- Provided economic analysis of the U.S. Tobacco Program

Superintendencia de Banca y Seguros (Lima, Peru), 1998 - 2000

- Developed and taught a class on Microfinance issues (in English) to students enrolled in a training program for bank examiners; the program was sponsored by the Inter-American Development Bank.

World Bank, Africa Technical Department, 1992 – 1993

- Summarized and provided an overview of data available on African economic and social indicators

ACG-Afrique, January 1993

- Provided critical review of a study document outlining the impact of structural adjustment on African agriculture

## Professional Organizations

- National Association for Business Economics
- American Economic Association

## Papers, Publications, and Speeches

### Papers Published in Refereed Journals

- "Government Regulation and Quality in the U.S. Beef Market," (with Peyton Ferrier) *Food Policy*, Vol. 32, No. 1, February 2007, 84-97

- "Rent-seeking in U.S.-Mexican Avocado Trade," *Cato Journal*, Vol. 26, No. 1, December 2006, 159-177

- "Consolidation in U.S. Agriculture and the Role of Public Policy," *The ICFAI Journal of Agricultural Economics*, Vol. 1, 2004, 7-16

- "Fertilizer Use, Risk, and Off-farm Labor Markets in the Semi-Arid Tropics of India," *American Journal of Agricultural Economics*, Vol. 85, No. 2, May 2003, 359-371

- "Inverse Productivity: Land Quality, Labor Markets, and Measurement Error," *Journal of Development Economics*, Vol. 71, No. 1, June 2003, 71-95

- "A Market-Forces Policy for the New Farm Economy?" *Review of Agricultural Economics*, Vol. 24, No. 1, 1 March 2002, 15-30

- "Food Crops, Exports, and the Short-run Policy Response of Agriculture in Africa," *Agricultural Economics*, Vol. 22, No. 3, April 2000, 271-298

15

HIGHLY CONFIDENTIAL

JW-SEC-01102901

- "FAIR Act Implications for Land Values in the Corn Belt," (with Jason Henderson) *Review of Agricultural Economics*, Vol. 22, No. 1, Summer – Spring 2000, 102-119

- "Why are Estimates of Agricultural Supply Response So Variable?" (with Francis X. Diebold) *Journal of Econometrics*, Vol. 76, No. 1-2, January – February 1997, 367-373

## Non-refereed Publications, Articles, and Editorials

- "The Predominance Requirement for Antitrust Class Actions – Can Relevant Market Analysis Help?" (with Jeffrey Leitzinger) American Bar Association – Section of Antitrust Law, *Economics Committee Newsletter*, Vol. 7, No. 1, Spring 2007, 17-22

- "Reform of U.S. Farm Policy in an Integrating World Economy," *Developing Countries in the WTO System*, 2006

- "New Farm Economy," *Regulation*, Winter 2003-2004, Cato Institute for Public Policy Research, 2003

- "What Road Will U.S. Economy Take in 2003?" *Southeast Farm Press*, 5 February 2003

- "Fast Track for the Tax Cuts," guest editorial, *News and Observer*, 18 January 2003

- "The 2002 Farm Bill," (with Blake Brown and Michele Marra) *NC State Economist*, November – December 2002

- "Economy-minded Tax Cuts: Bush's Reductions Provided the Boost to Lift U.S. From Recession," guest editorial, *News and Observer*, 2 July 2002

- "Policy Only Effective if Farm Economy is Recognized," special report to *Feedstuffs*, 5 June 2000

- "Aid During Crisis of Little Long-term Help to Farmers," guest editorial, *Kansas City Star*, 23 August 1999

- "Survey of Agricultural Credit Conditions," Federal Reserve Bank of Kansas City," *Regional Economic Digest*, various issues, 1997-1999

- "U.S. Agriculture at the Crossroads in 1999," *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 84, No. 1, 1999, 73-91

- "Can U.S. Oil Production Survive the 20th Century?" *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 84, Quarter I, 1999

- "Will the Tenth District Catch the Asian Flu?" (with Ricardo Gazel) *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 83, Quarter II, 1998, 9-26

- "From the Plains to the Plate: Can the Beef Industry Regain Market Share?" (with Michelle Beshear) *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 83, Quarter IV, 1998, 49-66

- "U.S. Agriculture: Another Solid Year in 1998?" (with Mark Drabenstott) *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 83, No. 1, Quarter I, 1998, 55-74

16

HIGHLY CONFIDENTIAL

JW-SEC-01102902

- "How Will the 1996 Farm Bill Affect the Outlook for District Farmland Values?" *Economic Review*, Federal Reserve Bank of Kansas City, Vol. 82, Quarter IV, 1997, 85-101

- "Food Prices and the Farm Sector," monthly *Greenbook*, Federal Reserve Board of Governors, various issues 1994-1996

- "Hedge to Arrive Contracts," Memo to the Board of Governors, Federal Reserve Board of Governors, 5 June 1996

- "Prices in the May Greenbook," Federal Reserve Board of Governors, 19 May 1996

- "Prices in the March Greenbook," Federal Reserve Board of Governors, 24 March 1996

- "Commodity Price Developments," Weekly memo to the Board of Governors, Federal Reserve Board of Governors, August 1994 – December 1996

## Conference Presentations

- "Class Action Developments," panelist at the American Antitrust Institute's 6th Annual Private Antitrust Enforcement Conference, Washington, DC: 4 December 2012

- "Consequences for Antitrust Thought and Practice," presented at the American Antitrust Institute Invitational Symposium: Antitrust Challenge of Multi-Channel Distribution in the Internet Age, Washington, DC: 22 June 2011

- "The U.S. Economy in the Year Ahead," presented at the Long Company Annual Conference, Chicago, IL: 11 September 2009 and 19 September 2008

- "The U.S. Economic Outlook," presented at the Industry Outlook Conference, Chicago, IL: 17 October 2006 and 18 October 2005

- "How Will the Economy Impact Your Business?" presented at the Long Company Annual Conference, Las Vegas, NV: 14 August 2004

- "Focus on The Economy" presented at *Milling and Baking News* Annual Purchasing Managers' Conference, Kansas City, MO: 14 June 2004, 10 June 2003 and 11 June 2002

- "The U.S. Economic Outlook and Agriculture," presented at the Industry Outlook Conference, Chicago, IL: October 2003

- "The U.S. Economic Outlook and Agriculture," presented at the Industry Outlook Conference, Breckenridge, CO: 7 April 2002

- "The U.S. Economic Outlook: The Cost of Terror," presented at the Southern Agricultural Outlook Conference, Atlanta, GA: 24 September 2001

- "The Economy in Focus," presented at *Milling and Baking News* annual purchasing managers' conference, Kansas City, MO: 5 June 2001

- "The Great American Growth Machine," presented at the Southern Agricultural Outlook Conference, Atlanta, GA: 27 September 2000

17

HIGHLY CONFIDENTIAL

JW-SEC-01102903

- "The Economy in Focus," presented at *Milling and Baking News* annual purchasing managers' conference, Kansas City, MO: 6 June 2000

- "The Outlook for the U.S. Pork Sector," presented to the Industry Outlook Conference, Las Vegas, NV: 17 April 2000

- "The National Economic Outlook: The Road Ahead," presented to the Food Industry Outlook Conference, Breckenridge, CO: 11 April 1999

- "Farm Policy for the New Millennium," presented to Federal Reserve Bank of Kansas City, Division of Bank Supervision and Regulation, Bank Examiners' Annual Training Conference, 7 January 1999

- "The Impact of the 1996 Farm Bill on Farmland Values," (with Jason Henderson) first place poster presentation at the annual meetings of the American Agricultural Economics Association, Salt Lake City, UT: 4 August 1998

- "A Note on the Inverse Productivity Relationship," presented at the annual meetings of the Western Economic Association International, Seattle, WA: July 1997

- "Off-farm Labor Supply and Fertilizer Use in the Semi-Arid Tropics of India," presented at the annual meetings of the American Agricultural Economics Association, August 1995

- "Prices for Food-Away-From-Home and Core Inflation: Some Empirical Relationships," (with James E. Kennedy) presented at the Federal Reserve System Committee on Agriculture, Richmond, VA: October 1995

- "Some Simple Dynamics of Farming," presented at the annual meetings of the American Agricultural Economics Association, Orlando, FL: August 1993

- "Structural Adjustment and Food Security," (with W. Graeme Donovan), presented at the annual meetings of the American Agricultural Economics Association, Orlando, FL: August 1993

- "Structural Adjustment and African Agricultural Supply Response to Exchange Rate and Price Movements," (with W. Graeme Donovan), presented at the annual meetings of the Southern Agricultural Economics Association, Tulsa, OK: January 1993

## Other Presentations

- Panelist, "Antitrust Class Actions – Where Are We? A 360 Degree Perspective," NYSBA Annual Antitrust Law Section Meeting," 30 January 2014

- Panelist, Retrospective on the Baby Products Litigation, ABA Section of Antitrust Law: Pricing Conduct Committee, 31 July 2013

- Panelist, Economic Forecasting Summit, Northern Indiana Workforce Investment Board, Inc., 29 March 2007

- "The Welfare Benefits of USDA Beef Quality Certification Programs" (with Peyton Ferrier), presentation memo, 2007

18

HIGHLY CONFIDENTIAL

JW-SEC-01102904

- "Reform of U.S. Farm Policy in an Integrating World Economy," presented to the Cordell Hull Institute, Trade Policy Roundtable on Reform of U.S. Farm Policy and the WTO System, Washington, DC: 31 March 2006

- "The Case for a Market-forces Farm Policy in the U.S." presented at the Cordell Hull Institute Trade Policy Roundtable, Washington DC: 26 May 2005

- "How Will the Economy Impact Your Business?" presented at the Apple Processors Association annual meeting, Homewood Resort, 20 June 2004

- "The U.S. and International Economic Outlook," presented at the AgFirst Loan Officer's Seminar, Atlanta, GA: 30-31 October 2002

- "Will the U.S. Economy Bounce or Crawl?" presented to the Eastern Bankruptcy Institute, North Myrtle Beach, SC: 1 June 2002

- "The U.S. Economic Outlook and Agriculture," presented to the National Pork Producers Pork Action Group, Washington, DC: 10 April 2002

- "The U.S. Economic Outlook" presented to the Risk Management Associates, Raleigh, NC: 7 February 2002

- "The U.S. Economic Outlook: The Cost of Terror," presented at the National Pork Producers Pork Action Group, Marco Island, FL: 14 November 2001

- "Consolidation in Agriculture and the Role of Public Policy," paper presented to the Southern Extension Meetings, Williamsburg, VA: 13 June 2000

- "The New Farm Economy," presented at the annual meetings of the National Association of County Agricultural Agents, Omaha, NE: 14 September 1999

- "Regional Economic Update," presented to bankers in Kansas, Nebraska, Missouri, and Oklahoma as part of the Regulatory Update Seminar, Federal Reserve Bank of Kansas City, April 1999

- "The National Economic Outlook," presented to Oklahoma State University Advanced Cattle Management Seminar, Stillwater, OK: 11 March 1999

- "Regional Economic Update," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, 13 November 1998

- "Can the Tenth District Survive the Asian Flu?" The Federal Reserve Bank of Kansas City Economic Forums, nine presentations to bankers in Wyoming, Oklahoma, and New Mexico, 21 September – 21 October 1998

- "The Impact of Asian Economic Developments on Tenth District Agriculture," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, 30 January 1998

- "The Outlook for the Nebraska Economy," The Federal Reserve Bank of Kansas City: Nebraska Economic Forums, six presentations to bankers in Nebraska, 6-15 October 1997

19

HIGHLY CONFIDENTIAL

JW-SEC-01102905

- "Update on the Macroeconomy and Special Briefing on Forecast Performance at the Kansas City Fed," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, 13 August 1997
- "Regional Economic Update," presented to Thomas Hoenig, President, Federal Reserve Bank of Kansas City, 14 May 1997 and 21 March 1997
- "Producer Prices, Retail Sales, and Agricultural Commodity Markets," presented to the Board of Governors of the Federal Reserve System, 15 July 1996

**Referee Experience**

**Referee for the Following Academic Journals**

- World Development, 1993
- Journal of Development Economics, 1994, 1995
- International Economic Review, 1995
- Journal of Human Resources, 1997
- Journal of Business and Economics Statistics, 1997
- American Journal of Agricultural Economics, 1999, 2001, 2002
- Agricultural Economics, 2000, 2001, 2004
- Agricultural Finance Review, 2000, 2004
- Review of Agricultural Economics, 2000, 2002, 2004
- Journal of Agricultural and Resource Economics, 2000, 2001, 2002
- Emerging Markets Review, 2001
- Contemporary Economic Policy, 2004

**Fellowships, Honors, and Awards**

**Fellowships**

- Departmental Fellowship, University of Pennsylvania, 1989-1990
- Dean's Fellowship, University of Pennsylvania, 1991-1992
- Graduate School Fellowship, University of Maryland, College Park, 1987-1989

**Honor Societies and Professional Organizations**

- Phi Eta Sigma National Honor Society
- Mortar Board National Honor Society
- Golden Key National Honor Society
- Vice President for Professional Activities, Delta Sigma Pi

20

HIGHLY CONFIDENTIAL

JW-SEC-01102906

## Awards

- Top Graduate in Liberal Arts, University of Tennessee, Knoxville, Spring 1987
- Chancellor's Citation for Extraordinary Professional Promise, University of Tennessee, Knoxville
- Chancellor's Citation for Outstanding Academic Achievement, University of Tennessee, Knoxville
- First place poster presentation, American Agricultural Economics Association annual meetings, August 1998 (with Jason Henderson)
- Honorable mention, American Agricultural Economics Association, Essay for the 21st Century, 2001, "A Market Forces Policy for the New Farm Economy"
- Honorable mention, American Antitrust Institute Antitrust Enforcement Awards, Outstanding Antitrust Litigation Achievement in Economics (for work on *In Re Titanium Dioxide Antitrust Litigation matter*)
- American Antitrust Institute Antitrust Enforcement Awards, Outstanding Antitrust Litigation Achievement in Economics (for work on *In Re Domestic Drywall Antitrust Litigation matter*)

## External Funding

- "Unmanufactured Flue-Cured Tobacco Exports and the Export Component of the Quota Formula." $13,890 NC Tobacco Foundation. With Blake Brown 2000 – 2001.

**Professional Activities and Services**

## Graduate Student Advising

M.A. degree, North Carolina State University

- Joe Weinberg (Political Science)

Master of Economics, North Carolina State University

- William Pole (2000)
- Dwight Wilder (Chairman, 2002)
- Adrian Atkeson (2002)
- Sarah Spivey
- Li Zhang (Chairman, 2003)
- Nia Atmadja (2003)

Doctor of Philosophy, North Carolina State University

- William Deese (2003)
- Peyton Ferrier (Chairman, 2004)
- Yang Wang (2003)
- Bobby Huggett (2003)
- Syed Wadood (Chairman, 2004)

21

HIGHLY CONFIDENTIAL

JW-SEC-01102907

- Henry Kuo

## Economic and Statistical Modeling Skills

- Experience with all major statistical software including SAS, STATA, LIMDEP and C++; applied econometric modeling skills in damage analysis of consumer industries, chemicals industries, and agricultural markets, correlation analysis for class certification.

22

HIGHLY CONFIDENTIAL

JW-SEC-01102908

# Appendix B

HIGHLY CONFIDENTIAL

JW-SEC-01102909

## Materials Relied Upon

*In addition to all materials listed in the footnotes and working papers of the Lamb report:*

### Pleadings and Legal Correspondence

Masonite's Supplemental Responses and Objections to Plaintiffs' Second Set of Interrogatories, January 23, 2020.

Ontario Superior Court of Justice, Airia Brands Inc., Startech.com Ltd. and QCS-Quick Cargo Service GMBH v. Air Canada, AC Cargo Limited Partnership, Societe Air France, Koninklijke Luchtvaart Maatschappij N.V. dba KLM, Royal Dutch Airlines, Asiana Airlines Inc., British Airways PLC, Cathay Pacific Airwats Ltd., Deutsche Lufthansa AG, Lufthansa Cargo AG, Japan Airlines International Co., Ltd., Scandinavian Airlines System, Korean Air Lines Co., Ltd., Cargolux Airline International, Lan Airlines S.A., Lan Cargo S.A., Atlas Air Worldwide Holdings Inc., Polar Air Cargo Inc., Singapore Airlines Ltd., Singapore Airlines Cargo PTE Ltd., Swiss International Air Lines Ltd., Quantas Airways Limited, and Martinair Holland N.V., 50389CP, 2015.

Ontario Superior Court of Justice, The Fanshawe College of Applied Arts and Technology, Plaintiff, and LG Philips LCD Co., Ltd, L.G. Philips LCD America, Inc., Samsung Electronics Co. Ltd., Samsung Electronics Canada Inc., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi Canada, Ltd., Hitachi Electronics Devices (USA) Inc., Sharp Corporation, Sharp Electronics Corporation, Sharp Electronics of Canada Ltd., Toshiba Corporation, Toshiba Matsushita Display Technology Co. Ltd., Toshiba America Corporation, Toshiba of Canada Limited, AU Optronics Corporation America, Chi Mei Optoelectronics USA, Inc. Chi Mei Optoelectronics Japan Co. Ltd. And Chunghwa Picture Tubes, Ltd. 54054CP, 2011.

United States District Court Eastern District of New York, In Re: Air Cargo Shipping Services Antitrust Litigation, Report and Recommendation, 1:06-md-01775-JG-VVP, October 15, 2014.

United States District Court Eastern District of Pennsylvania, In Re: Plastics Additives Antitrust Litigation, No. 03-cv-02038-LDD, Memorandum Opinion, filed August 31, 2010.

United States District Court for the District of Columbia, United States of America v. Premdor Inc., Premdor U.S. Holdings, Inc., International Paper Company, and Masonite Corporation, Complaint, No. 1:01CV01696, August 3, 2001.

United States District Court for the District of Columbia, United States of America v. Premdor Inc., Premdor U.S. Holdings, Inc., International Paper Company, and Masonite Corporation, Competitive Impact Statement No. 1:01CV01696, August 3, 2001.

United States District Court for the Eastern District of Virginia – Richmond Division, Grubb Lumber Company, Inc., v. Masonite Corporation, and Jeld-Wen, Inc., Complaint – Class Action, No. 3:18-cv-00718-JAG, October 19, 2018.

United States District Court for the Eastern District of Virginia – Richmond Division, In Re: Interior Molded Doors Antitrust Litigation, Notice of Voluntary Dismissal, No. 3:18-cv-00718-JAG, July 29, 2019.

United States District Court for the Eastern District of Virginia – Richmond Division, In Re: Interior Molded Doors Antitrust Litigation, Second Amended Consolidated Complaint, No. 3:18-cv-00718-JAG, April 10, 2019.

United States District Court for the Eastern District of Virginia – Richmond Division, Steves and Sons, Inc., v. JELD-WEN, INC., Complaint for Injunctive and Declaratory Relief, Damages, and Specific Performance - Redacted Version Filed Publicly, 3:16-cv-00545-REP, June 29, 2016.

HIGHLY CONFIDENTIAL

JW-SEC-01102910

United States District Court for the Eastern District of Virginia – Richmond Division, Steves and Sons, Inc., v. JELD-WEN, INC., Verdict Form, 3:16-cv-00545-REP, February 15, 2018.

United States District Court for the Eastern District of Virginia – Richmond Division, Steves and Sons, Inc., v. JELD-WEN, INC., Memorandum Opinion, 3:16-cv-00545-REP, October 5, 2018.

United States District Court for the Eastern District of Virgina, Steves and Sons, Inc. v. Jeld-Wen, Inc., 3:16-cv-00545-REP, Doc. 1028, 2/21/2018, Trial testimony of Sam Bell Steves, II.

United States District Court for the Eastern District of Virgina, Steves and Sons, Inc. v. Jeld-Wen, Inc., 3:16-cv-00545-REP, Doc. 1028, 2/21/2018, Trial testimony of Edward Steves.


## Depositions and Declarations

Deposition and Exhibits of Christopher Mercier, January 16, 2020.

Deposition and Exhibits of Derek Brosterhous, January 8, 2020.

Deposition and Exhibits of Frederick Lynch, January 23, 2020.

Deposition and Exhibits of James Hair, January 10, 2020.

Deposition and Exhibits of John Beeken, December 10, 2019.

Deposition and Exhibits of Kirk Hachigian, January 23, 2020.

Deposition and Exhibits of Lawrence Repar, January 8, 2020.

Deposition and Exhibits of Mark Beck, December 17, 2019.

Deposition and Exhibits of Matt Ross, January 17, 2020.

Deposition and Exhibits of Philip Orsino, January 24, 2020.

Deposition and Exhibits of Robert Merrill, December 12, 2019.

Deposition and Exhibits of Christopher Virostek, December 20, 2020.

Deposition and Exhibits of John Linker, January 9, 2020.

Deposition and Exhibits of Fred Lynch (Steves), July 17, 2017.

30(b)(6) Deposition and Exhibits of Kirk Hachigian (Steves), May 16, 2017.

30(b)(6) Deposition and Exhibits of Stephen Fancher (Steves), July 26, 2017.

Deposition and Exhibits of Philip Orsino (Steves), July 31, 2017.

Deposition and Exhibits of Robert Merrill (Steves), May 10, 2017.

Deposition and Exhibits of Sam Steves (Steves), January 17, 2020.

Plaintiffs' Exhibits.


Answers to Questions Regarding Data

Jeld-Wen – Responses to questions received on June 3, 2019.

Jeld-Wen – Responses to questions received on June 21, 2019.

Jeld-Wen – Responses to questions received on September 3, 2019.

Jeld-Wen – Production cover letter received on December 6, 2019.

HIGHLY CONFIDENTIAL

JW-SEC-01102911

Jeld-Wen – Production cover letter received on December 26, 2019.

Masonite – Responses to questions received on June 26, 2019.

Masonite – Responses to questions received on August 27, 2019.

Masonite – Responses to questions received on October 21, 2019.


**Bates-Stamped Materials**


Data Produced by Defendants and Third Parties

| | |
|---|---|
| JELD-WEN-649793-650997 | MAS-0000001803 |
| JELD-WEN-764427-64639 | MAS-0000001804 |
| JELD-WEN-01089624 | MAS-0000001805 |
| JELD-WEN-01089697_HIGHLY CONFIDENTIAL | MAS-0000001806 |
| MAS-0000001792 | MAS-0000001807 |
| MAS-0000001793 | MAS-0000001808 |
| MAS-0000001794 | MAS-0000001809 |
| MAS-0000001795 | MAS-0000001810 |
| MAS-0000001796 | MAS-0000001811 |
| MAS-0000001797 | MAS-0000001813 |
| MAS-0000001798 | MAS-0000001814 |
| MAS-0000001799 | MAS-0000001815 |
| MAS-0000001800 | MAS-0000001816 |
| MAS-0000001801 | MAS-0000653400 |
| MAS-0000001802 | |
| MAS-0000653401 | |


Documents

| | |
|---|---|
| ATT-00040952 | JELD-WEN-00053269 |
| ATT-00040953 | JELD-WEN-00078040 |
| ATT-00040961 | JELD-WEN-00079992 |
| FREE-000001 | JELD-WEN-00080264 |
| GRUBB-00002494 | JELD-WEN-00126057 |
| JELD-WEN-00000289 | JELD-WEN-00127671 |
| JELD-WEN-00006286 | JELD-WEN-00158512 |
| JELD-WEN-00019652 | JELD-WEN-00164334 |
| JELD-WEN-00022571 | JELD-WEN-00165615 |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| JELD-WEN-00175031 | JELD-WEN-00391821 |
| JELD-WEN-00185143 | JELD-WEN-00395699 |
| JELD-WEN-00186289 | JELD-WEN-00401191 |
| JELD-WEN-00187867 | JELD-WEN-00406165 |
| JELD-WEN-00188371 | JELD-WEN-00422501 |
| JELD-WEN-00189817 | JELD-WEN-00460278 |
| JELD-WEN-00192587 | JELD-WEN-00464197 |
| JELD-WEN-00202722 | JELD-WEN-00468318 |
| JELD-WEN-00203985 | JELD-WEN-00472137 |
| JELD-WEN-00210242 | JELD-WEN-00484428 |
| JELD-WEN-00213686 | JELD-WEN-00509608 |
| JELD-WEN-00219630 | JELD-WEN-00534198 |
| JELD-WEN-00221008 | JELD-WEN-00565171 |
| JELD-WEN-00240119 | JELD-WEN-00565210 |
| JELD-WEN-00245278 | JELD-WEN-00566582 |
| JELD-WEN-00269267 | JELD-WEN-00567167 |
| JELD-WEN-00279545 | JELD-WEN-00576318 |
| JELD-WEN-00286339 | JELD-WEN-00618221 |
| JELD-WEN-00289509 | JELD-WEN-00624276 |
| JELD-WEN-00290114 | JELD-WEN-00645802 |
| JELD-WEN-00299383 | JELD-WEN-00647702 |
| JELD-WEN-00300811 | JELD-WEN-00647723 |
| JELD-WEN-00308797 | JELD-WEN-00661457 |
| JELD-WEN-00309660 | JELD-WEN-00664934 |
| JELD-WEN-00310330 | JELD-WEN-00665278 |
| JELD-WEN-00311986 | JELD-WEN-00665372 |
| JELD-WEN-00319643 | JELD-WEN-00666421 |
| JELD-WEN-00353417 | JELD-WEN-00668055 |
| JELD-WEN-00355413 | JELD-WEN-00672128 |
| JELD-WEN-00361945 | JELD-WEN-00674423 |
| JELD-WEN-00364126 | JELD-WEN-00678548 |
| JELD-WEN-00368566 | JELD-WEN-00681552 |
| JELD-WEN-00379041 | JELD-WEN-00684971 |
| JELD-WEN-00379134 | JELD-WEN-00685048 |
| JELD-WEN-00385361 | JELD-WEN-00685252 |
| JELD-WEN-00388165 | JELD-WEN-00689388 |
| JELD-WEN-00391578 | JELD-WEN-00690715 |

HIGHLY CONFIDENTIAL

JW-SEC-01102913

JELD-WEN-00692496

JELD-WEN-00693927

JELD-WEN-00705214

JELD-WEN-00728294

JELD-WEN-00730451

JELD-WEN-00736823

JELD-WEN-00744137

JELD-WEN-00747184

JELD-WEN-00748963

JELD-WEN-00749330

JELD-WEN-00758515

JELD-WEN-00761219

JELD-WEN-00773875

JELD-WEN-00774871

JELD-WEN-00776777

JELD-WEN-00791395

JELD-WEN-00795236

JELD-WEN-00798391

JELD-WEN-00798846

JELD-WEN-00820751

JELD-WEN-00821242

JELD-WEN-00821247

JELD-WEN-00829689x

JELD-WEN-00839032 (Copy of Summary of Interior Doors Price Profitability V5)

JELD-WEN-00843501

JELD-WEN-00849815

JELD-WEN-00862047

JELD-WEN-00877396

JELD-WEN-00877993

JELD-WEN-00883871

JELD-WEN-00896592

JELD-WEN-00917160

JELD-WEN-00919341

JELD-WEN-00924956

JELD-WEN-00928624

JELD-WEN-00938924

JELD-WEN-00942042

JELD-WEN-00959054

JELD-WEN-00963213

JELD-WEN-00980827

JELD-WEN-00981398

JELD-WEN-00982164

JELD-WEN-00991889

JELD-WEN-00992532

JELD-WEN-01013748

JELD-WEN-01013953

JELD-WEN-01026994

JELD-WEN-01051099

JELD-WEN-01057936

JELD-WEN-01067234

JELD-WEN-01072479

JELD-WEN-01089635

JELD-WEN-01089698

JELD-WEN-01089703_HIGHLY CONFIDENTIAL

MAS-0000000001

MAS-0000000003

MAS-0000001510

MAS-0000001615

MAS-0000001641

MAS-0000001682

MAS-0000002217

MAS-0000002228

MAS-0000002234

MAS-0000003723

MAS-0000003763

MAS-0000005137

MAS-0000005463

MAS-0000005464

MAS-0000005613

MAS-0000005761

MAS-0000008156

MAS-0000008174

MAS-0000008636

HIGHLY CONFIDENTIAL

| | |
|---|---|
| MAS-0000009334 | MAS-0000132646 |
| MAS-0000011020 | MAS-0000134111 |
| MAS-0000011103 | MAS-0000139275 |
| MAS-0000012516 | MAS-0000154318 |
| MAS-0000013471 | MAS-0000193427 |
| MAS-0000018747 | MAS-0000199296 |
| MAS-0000018793 | MAS-0000199846 |
| MAS-0000019469 | MAS-0000199849 |
| MAS-0000019722 | MAS-0000472297 |
| MAS-0000019770 | MAS-0000477890 |
| MAS-0000026845 | MAS-0000478959 |
| MAS-0000029826 | MAS-0000488399 |
| MAS-0000037896 | MAS-0000489478 |
| MAS-0000038761 | MAS-0000492480 |
| MAS-0000042319 | MAS-0000494053 |
| MAS-0000044527 | MAS-0000496741 |
| MAS-0000045380 | MAS-0000602099 |
| MAS-0000047795 | MAS-0000650000 |
| MAS-0000048014 | MAS-0000653566 |
| MAS-0000048895 | MAS-0000656920 |
| MAS-0000049088 | MAS-0000662171 |
| MAS-0000065780 | Reproduction-ThirdParty-0005364 |
| MAS-0000068335 | Reproduction-ThirdParty-0019692 |
| MAS-0000074199 | Reproduction-ThirdParty-0044936 |
| MAS-0000074201 | Reproduction-ThirdParty-0048742 |
| MAS-0000074477 | Reproduction-ThirdParty-0054918 |
| MAS-0000093476 | Reproduction-ThirdParty-0065766 |
| MAS-0000093551 | Reproduction-ThirdParty-0068165 |
| MAS-0000101075 | Reproduction-ThirdParty-0090603 |
| MAS-0000102072 | Reproduction-ThirdParty-0103921 |
| MAS-0000104626 | STEVES-IMD-006503 |
| MAS-0000105926 | STEVES-IMD-006768 |
| MAS-0000107538 | STEVES-IMD-006932 |
| MAS-0000116157 | VZ-00015885 |
| MAS-0000118745 | WDMA0000019 |
| MAS-0000119117 | WDMA0000053 |
| MAS-0000119591 | WDMA0000057 |

HIGHLY CONFIDENTIAL

JW-SEC-01102915

WDMA0000063    WDMA0000419

WDMA0000110    WDMA0000421

WDMA0000151    WDMA0000611

WDMA0000417    WMA00002908

## Third Party Materials

Academic Literature

ABA Section of Antitrust Law, *Econometrics*, 2005.

Asch, Peter and Joseph J. Seneca, "Characteristics of Collusive Firms," *Journal of Industrial Economics*, March 1975.

Baker, Jonathan and Daniel Rubinfeld, "Empirical Methods in Antitrust Litigation: Review and Critique," *American Law and Economics Review*, vol. 1, no. 1/2 1999.

Bergstrom, Robert B., "The Role of the Expert in Proving and Disproving Damages in Antitrust Claims," *Antitrust Bulletin*, vol. 11 (1966), pp. 677-706.

Carlton, Dennis W., *Barriers to Entry*, Issues of Competition Law and Policy (ABA Section of Antitrust Law 2008) Issue 1, 2008.

Carlton, Dennis W., and Jeffrey M. Perloff, *Modern Industrial Organization*. Fourth Edition - Global Edition, Boston, MA: Pearson, 2015.

Church, Jeffrey and Roger Ware. *Industrial Organization: A Strategic Approach*, McGraw-Hill, 2000.

Connor, John M., *Global Price Fixing*. Second Edition, New York, NY: Springer-Verlag Berlin Heidelberg, 2007.

Greene, William, *Econometric Analysis*, Sixth Edition, Upper Saddle River, NJ: Pearson Prentice Hall, 2008.

Greene, William, *Econometric Analysis*, Seventh Edition. Pearson, England, 2012.

Hall, Robert E. and Marc Lieberman, Microeconomics: Principles and Applications, Third Edition, Mason, OH: Thomson South-Western, 2006.

Hay, George A. and Daniel Kelley, "An Empirical Survey of Price Fixing Conspiracies," Journal of Law & Economics, Vol. 17, No. 1, 1974.

Kennedy, Peter, *A Guide to Econometrics*, Sixth Edition, Malden, MA: Blackwell Publishing, 2008.

Levenstein, Margaret C. and Valerie Y. Suslow, "What Determines Cartel Success?," *Journal of Economic Literature*, Vol. 44, March 2006.

Lieberman, Marvin, "Excess Capacity as a Barrier to Entry," Stanford, October 1986.

Pindyck, Robert and Daniel Rubinfeld, *Microeconomics*. Eighth Edition, Upper Saddle River, N.J.: Pearson Prentice Hall, 2013.

Posner, Richard A., *Antitrust Law*. Second Edition, Chicago, Il: The University of Chicago Press, 2001.

Rhoades, Stephen A., "Market Share as a Source of Market Power: Implications and Some Evidence," *Journal of Economics and Business*, Vol. 37, 1985.

Sherwin Rosen, "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition." *Journal of Political Economy*, vol. 82 (1974) pp. 34–55.

Rubinfeld, Daniel, "Reference Guide on Multiple Regression," *Reference Manual on Scientific Evidence*. Federal Judicial Center 2000.

HIGHLY CONFIDENTIAL

Warren, Carl S., James M. Reeve, and Jonathan E. Duchac, *Financial and Managerial Accounting*. Twelfth Edition, Mason, OH: South-Western Cengage Learning, 2014.

Weiss, Neil A., *Introductory Statistics*. Fifth Edition, Addison Wesley Longman, Inc., 1999.

Wooldridge, Jeffrey M., *Introductory Econometrics: A Modern Approach*. Fifth Edition, Mason, Ohio: South-Western Cengage Learning, 2013.


## Market Research

Jason A Marcus, et al., "Jeld-Wen - Initiating with a Neutal Rating; Margin Expansion Likely to Be Material, But Valuation Fair," J.P. Morgan, February 21, 2015.

William Wong, et al., "Masonite - Initiating with Overweight Rating; Price/Mix Drives Solid Sales/Strong Margin Growth at Industry Leader," J.P. Morgan, December 15, 2015.


## News Articles & Press Releases

Builders FirstSource, "Builders FirstSource to Acquire ProBuild," April 13, 2015. Available at: https://investors.bldr.com/news-releases/news-release-details/builders-firstsource-acquire-probuild.

Business Wire, "JELD-WEN Holding, Inc. Announces Acquisition of Milliken Millwork, Inc.," August 25, 2017. Available at: https://www.businesswire.com/news/home/20170825005072/en/JELD-WEN-Holding-Announces-Acquisition-Milliken-Millwork.

Canada's Outstanding CEO of the Year, "2003 Canada's Outstanding CEO of the Year award recipient," Accessed on January 3rd, 2020. Available at: https://ceoaward.ca/philiporsinobio; Window + Door, "Orsino Joins Jeld-Wen," August 19th, 2011. Available at: https://windowanddoor.com/news-item/people/orsino-joins-jeld-wen.

DWM Magazine, "JELD-WEN to Close Oshkosh Plant," Door and Window Market, June 8, 2009. Available at: https://www.dwmmag.com/jeld-wen-to-close-oshkosh-plant/.

Excel Interior Door, Accessed on: January 29, 2020. Available at: https://excelinteriordoor.com/.

Jeld-Wen, "JELD-WEN Completes Acquisition of Craftmaster," October 24, 2012. Available at: https://www.globenewswire.com/news-release/2012/10/24/1121730/0/en/JELD-WEN-Completes-Acquisition-of-Craftmaster.html.

Masonite, "Robert E. Lewis," Accessed December 31st, 2019. Available at: https://investor.masonite.com/Investors/Corporate-Governance/Board-of-Directors/Person-Details/default.aspx?ItemId=9b8ae83a-a6c8-46b6-a3fa-e839eceee343.

National Association of Home Builders annual International Business Show, "About IBS," Accessed on January 25th, 2020. Available at: https://www.buildersshow.com/generic.aspx?sectionID=1695.

NanaWall, "Countdown to the 2014 NAHB International Builders' Show," January 23, 2014. Available at: https://www.nanawall.com/blog/countdown-2014-nahb-international-builders-show.

National Bureau of Economic Research ("NBER"), "US Business Cycle Expansions and Contractions," available at https://www.nber.org/cycles.html.

OECD, "Trade Associations," OECD Policy Round Tables, 2007.

Reuters, "Masonite files for pre-arranged bankruptcy," March 16, 2009. Available at: https://www.reuters.com/article/us-masonite/masonite-files-for-pre-arranged-bankruptcy-idUSTRE52F4VM20090316.

Sally Slater, "BDO USA, LLP expands turnaround and restructuring services through addition of Loughlin Management Partners + Co," Bliss Integrated Communication, July 2019. Available at: https://www.bdo.com/news/2019-july/bdo-usa,-llp-expands-turnaround-and-restructuring.

HIGHLY CONFIDENTIAL

JW-SEC-01102917

Toronto General & Western Hospital Foundation, "Philip Orsino," Accessed on January 3rd, 2020. Available at: https://tgwhf.ca/about-us/our-board-of-directors/philip-orsino/.

USA TODAY NETWORK - Wisconsin, "Morgan District developers aim for fall groundbreaking at former door factory site," Oshkosh Northwestern, July 3, 2018. Available at: https://www.thenorthwestern.com/story/news/local/oshkosh/2018/07/03/oshkosh-morgan-district-group-plans-begin-development-fall/751007002/.

Wall Street Journal, "KKR to Buy Masonite in $2.5 Billion Deal," December 24, 2004. Available at: https://www.wsj.com/articles/SB110377319014608099,

Window & Door, "Jeld-Wen to Acquire Craftmater," June 18, 2012. Available at https://windowanddoor.com/news-item/companies/jeld-wen-acquire-craftmaster.

Window & Door, "Orsino Joins Jeld-Wen," August 19th, 2011. Available at: https://windowanddoor.com/news-item/people/orsino-joins-jeld-wen.

Window and Door Manufacturers Association, "2019 Spring Meeting and Legislative Conference," accessed on December 31st, 2019. Available at: http://www.leg-con.org/Home/tabid/36/Default.aspx.

Window and Door Manufacturers Association, "Community Calendar," accessed on December 31st, 2019. Available at: https://www.wdma.com/events/event_list.asp?show=past&group=&start=&end=&view=&DGPCrSrt=&DGPCrPg=2.

Window and Door Manufacturers Association, "Board of Directors," Accessed December 31st, 2019. Available at: https://www.wdma.com/page/BoardofDirectors.

Window and Door Manufacturers Association, "WDMA Executive Management Conference," accessed on December 31st, 2019. Available at: https://www.wdma.com/m/event_details.asp?id=1171339.

Window and Door Manufacturers Association, "WDMA Technical & Manufacturing Conference," accessed on December 31st, 2019. Available at: https://www.wdma.com/page/ConfHome.

Yakima Herald, "JELD-WEN strategy involves shrinking manufacturing footprint," March 2nd, 2019. Available at: https://www.yakimaherald.com/news/business/local/jeld-wen-strategy-involves-shrinking-manufacturing-footprint/article_b5e559d8-3d73-11e9-afcf-3b6fed5dc895.html.

Publicly Available Data

Board of Governors of the Federal Reserve System (US), "Canada / U.S. Foreign Exchange Rate [DEXCAUS]". Accessed on August 8, 2019. Available at: https://fred.stlouisfed.org/series/DEXCAUS.

Board of Governors of the Federal Reserve System (US), "Mexico / U.S. Foreign Exchange Rate [DEXMXUS]". Accessed on August 8, 2019. Available at: https://fred.stlouisfed.org/series/DEXMXUS.

Bureau of Labor Statistics, "PPI industry data for Synthetic dye and pigment manufacturing-All other inorganic pigments, including white extender pigments and ceramic color pigments, not seasonally adjusted (PCU325513032513073)". Accessed on October 9, 2019. Available at: https://www.bls.gov/ppi/.

Bureau of Labor Statistics, "PPI industry data for Synthetic dye and pigment manufacturing- PPI industry data for Folding paperboard box manufacturing-Folding paperboard boxes, packaging, and packaging components, not seasonally adjusted(PCU3222123222120)". Accessed on October 9, 2019. Available at: https://www.bls.gov/ppi/.

Bureau of Labor Statistics, "PPI industry data for Synthetic dye and pigment manufacturing-Titanium dioxide, composite and pure, not seasonally adjusted (PCU3251303251305)". Accessed on October 9, 2019. Available at: https://www.bls.gov/ppi/.

Freddie Mac, "30-Year Fixed Rate Mortgage Average in the United States [MORTGAGE30US]". Accessed on October 3, 2019. Available at: https://fred.stlouisfed.org/series/MORTGAGE30US#0.

HIGHLY CONFIDENTIAL

National Association of Realtors, "Existing-Home Sales", accessed on Bloomberg on August 30, 2019, Ticker: ETSLSLNS.

National Association of Realtors. "US Existing Home Sales SAAR,", accessed on Bloomberg on October 17, 2019, Ticker: ETSLTOTL..

U.S. Bureau of Labor Statistics, "Manufacturing Sector: Unit Labor Cost(ULCMFG_NBD20121001)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/ULCMFG#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Industry: Electric Power Distribution: Industrial Electric Power(PCU22112222112243)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/PCU22112222112243#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Industry: General Freight Trucking, Long-Distance Truckload (PCU484121484121)." Accessed on: September 10, 2019. Available at: https://fred.stlouisfed.org/series/PCU484121484121#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Industry: Paint and Coating Manufacturing: Architectural Coatings (PCU3255103255101)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/PCU3255103255101.

U.S. Bureau of Labor Statistics, "Producer Price Index by Industry: Plastics Material and Resins Manufacturing (PCU325211325211)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/PCU325211325211#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Commodity for Chemicals and Allied Products: Adhesives and Sealants (WPU067904_NBD20121001)." Accessed on: September 11, 2019. Available at: https://fred.stlouisfed.org/series/WPU067904#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Commodity for Lumber and Wood Products: Lumber(WPU081_NBD20121001)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/WPU081#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Commodity for Fuels and Related Products and Power: Petroleum Products, Refined(WPU057_NBD20121001)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/WPU057#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Commodity for Pulp, Paper, and Allied Products: Wood Pulp(WPU0911_NBD20121001)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/WPU0911#0.

U.S. Bureau of Labor Statistics, "Producer Price Index by Industry: Urethane and Other Foam Product Manufacturing: Furniture and Furnishings Polyurethane Foam Products(PCU3261503261504)." Accessed on: September 10, 2019. Available at: https://fred.stlouisfed.org/series/PCU3261503261504#0.

U.S. Census Bureau and U.S. Department of Housing and Urban Development, "Housing Starts: Total: New Privately Owned Housing Units Started [HOUST]". Accessed on January 16, 2020. Available at: https://fred.stlouisfed.org/series/HOUST.

U.S. Census Bureau and U.S. Department of Housing and Urban Development, "Housing Starts: Total: New Privately Owned Housing Units Started [HOUSTNSA]". Accessed on September 18, 2019. Available at: https://fred.stlouisfed.org/series/HOUSTNSA.

U.S. Census Bureau; U.S. Department of Housing and Urban Development, "New Privately-Owned Housing Units Completed: Total (COMPUTSA)." Accessed on November 6, 2019. Available at: https://fred.stlouisfed.org/series/COMPUTNSA#0.

U.S. Census Bureau; U.S. Department of Housing and Urban Development, "New Privately-Owned Housing Units Completed: Total (COMPUTNSA)." Accessed on September 18, 2019. Available at: https://fred.stlouisfed.org/series/COMPUTNSA#0.

HIGHLY CONFIDENTIAL

United States Census Bureau, "Shipments of New Manufactured Homes". Accessed on: 8/30/2018. Available at: https://www.census.gov/data/tables/time-series/econ/mhs/shipments.html.

U.S. Census Bureau, "Total Construction Spending: Commercial(TLCOMCONS)". Accessed on: November 6, 2019. Available at: https://fred.stlouisfed.org/series/TLCOMCONS.

U.S. Energy Information Administration, "Henry Hub Natural Gas Spot Price (MHHNGSP)." Accessed on: August 30, 2019. Available at: https://fred.stlouisfed.org/series/MHHNGSP#0.

SEC Materials

JELD-WEN Holding, Inc., SEC Form 10-K, filed March 6, 2018.

Masonite International Corporation, SEC Form F-40, May 7, 2003.

Masonite International Corporation, SEC Form 10-K, filed February 26, 2015.

Masonite International Corporation, SEC Form 10-K, filed February 27, 2018.

Government Agency Publications

U.S. Department of Justice and Federal Trade Commission, Horizontal Merger Guidelines, August 19, 2010.

HIGHLY CONFIDENTIAL

JW-SEC-01102920

Appendix C

HIGHLY CONFIDENTIAL

JW-SEC-01102921



Appendix C1: Masonite Monthly Net Prices of Top 5 Products

HIGHLY CONFIDENTIAL

JW-SEC-01102922

Source: Defendants' transaction data.



Appendix C2: Jeld-Wen Monthly Gross Prices of Top 5 Products

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102923

# Appendix D

HIGHLY CONFIDENTIAL

JW-SEC-01102924



## Appendix D1
### Net Prices Paid by the Top-5 Customers for Masonite
### Product #1

Legend:
- BMC STOCK HOLDINGS, INC.
- LUMBERMANS MERCHANDISING
- BUILDERS FIRSTSOURCE BFS
- NVR HOMES INC
- HUTTIG BUILDING PRODUCTS

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102925



Appendix D2
Net Prices Paid by the Top-5 Customers for Masonite
Product #2

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102926



# Appendix D3
## Net Prices Paid by the Top-5 Customers for Masonite
### Product #3

HIGHLY CONFIDENTIAL

JW-SEC-01102927

**Legend:**
- ANDERCO
- BMC STOCK HOLDINGS, INC.
- BUILDERS FIRSTSOURCE BFS
- HUTTIG BUILDING PRODUCTS
- US LBM LLC

Source: Defendants' transaction data.



HIGHLY CONFIDENTIAL

JW-SEC-01102928



# Appendix D5
## Net Prices Paid by the Top-5 Customers for Masonite
## Product #5

HIGHLY CONFIDENTIAL

JW-SEC-01102929

Legend:
- BMC STOCK HOLDINGS, INC.
- BUILDERS FIRSTSOURCE BFS
- DW DISTRIBUTION
- HUTTIG BUILDING PRODUCTS
- RESDOOR

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102930

# Appendix D6
## Gross Prices Paid by the Top-5 Customers for Jeld-Wen
### Product #1



Source: Defendants' transaction data.



Appendix D7
Gross Prices Paid by the Top-5 Customers for Jeld-Wen
Product #2

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102931



Appendix D8
Gross Prices Paid by the Top-5 Customers for Jeld-Wen
Product #3

HIGHLY CONFIDENTIAL

JW-SEC-01102932

Legend:
- BUILDERS FIRSTSOURCE BFS
- DYKE INDUSTRIES
- HD SUPPLY
- HOME DEPOT
- LOWE'S

Source: Defendants' transaction data.



Appendix D9

Gross Prices Paid by the Top-5 Customers for Jeld-Wen
Product #4

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102933



Appendix D10

Gross Prices Paid by the Top-5 Customers for Jeld-Wen
Product #5

Source: Defendants' transaction data.

HIGHLY CONFIDENTIAL

JW-SEC-01102934