# EXHIBIT 11

MASONITE - DOOR

**Exhibit**
Lamb 05

HIGHLY CONFIDENTIAL

JELD-WEN-01084141

JW-SEC-01083438

## Kirk Hachigian

| | |
|---|---|
| **From:** | Fred Lynch <FLynch@masonite.com> |
| **Sent:** | Thursday, March 20, 2014 8:05 AM |
| **To:** | Kirk Hachigian |
| **Subject:** | RE: Potential dates to meet |

Perfect, that will provide more options for me as well.

**From:** Kirk Hachigian [mailto:KHachigian@skykarr.com]
**Sent:** Thursday, March 20, 2014 3:00 AM
**To:** Fred Lynch
**Subject:** RE: Potential dates to meet

Thanks Fred....still in Europe on Spring Break with the family. I officially start the new job April 1st, so I would prefer to push our meeting back a bit so I have a little time to collect some data and better understand the issues we may discuss. I think May or June will be better.

I have also asked my guys to collect the details on the existing litigation between our two companies. I will get briefed on that next week when I return as well.

Give me a week and let me shoot you back a note on some other items and some dates. Thanks.

**From:** Fred Lynch [mailto:FLynch@masonite.com]
**Sent:** Wednesday, March 19, 2014 2:06 PM
**To:** Kirk Hachigian (KHachigian@SkyKarr.com)
**Subject:** Potential dates to meet

Kirk,

Appreciated the opportunity to meet by phone. You have a lot of challenges ahead and hope you don't find too many landmines left behind (not unheard of when an army retreats). Hope you are getting the opportunity to spend quality time with the family during spring break.

As we discussed there are a number of items where our businesses have intersection points that would be appropriate to discuss and of potential interest to Masonite. Here is a short list for you to consider.

1) Current customer/supplier relationships for Stile and rail doors, cores, framing components, etc. To the extent we want to continue, expand or cease.
2) Assets/businesses dispositions planned in other territories that may be of interest to either party.
3) Potential of facings swaps facings for freight optimization.

I have limited availability in April on the 7th (midday only ) or on the 23rd or 24th . Appreciate your offer to provide an attorney in the room during our discussions, and my GC would like to have a conversation with the designated attorney in advance to review ground rules.

1

HIGHLY CONFIDENTIAL

JELD-WEN-01084142

JW-SEC-01083439

Let me know if any of these dates work and if there are any additional items to add to the agenda for the meeting.

Best regards

Fred

2

HIGHLY CONFIDENTIAL

JELD-WEN-01084143

JW-SEC-01083440

## Kirk Hachigian

| | |
|---|---|
| **Full Name:** | Frederick J. Lynch |
| **Last Name:** | Lynch |
| **First Name:** | Frederick |
| **Job Title:** | President & CEO |
| **Company:** | Masonite |

**Business Address:** Masonite International Inc.
One North Dale Mabry Highway
Suite 950
Tampa, FL 33609

| | |
|---|---|
| **Business:** | (813) 877-2726 |
| **Business 2:** | (800) 895-2723 |
| **Business Fax:** | (813) 879-6306 |

| | |
|---|---|
| **E-mail:** | flynch@masonite.com |
| **E-mail Display As:** | Frederick J. Lynch (flynch@masonite.com) |

**Web Page:** http://www.masonite.com

1

HIGHLY CONFIDENTIAL

JELD-WEN-01084144

JW-SEC-01083441

## Kirk Hachigian

| | |
|---|---|
| **From:** | Matthew Ross <MRoss@onex.com> |
| **Sent:** | Monday, January 20, 2014 7:54 AM |
| **To:** | Kirk Hachigian |
| **Subject:** | RE: Bloomberg news:  Fred Lynch Joins Masonite Board of Directors |

My two cents...we've met Fred a couple of times.  He hasn't had an easy run of it either.  My understanding is that his board thinks he's a good COO but never should have been CEO.  He supposedly lacks the commercial sensibility/EQ to be a good salesman for the company...not the full package.  One thing I think he did right is go out and buy all of the independent commercial door manufacturers while JELD-WEN was unable financially to do so.  He's pretty much cornered that market in North America.

---

**From:** Kirk Hachigian [mailto:khachigian@skykarr.com]
**Sent:** Monday, January 20, 2014 5:05 AM
**To:** Matthew Ross; Anthony Munk; Mark Thurman (markt@jeld-wen.com); 'Scott Cottrill'; Bob Merrill; 'Ron Saxton'
**Cc:** Philip Orsino
**Subject:** Bloomberg news: Fred Lynch Joins Masonite Board of Directors

This is from 2008...but seems like a pretty high quality guy.  Philip, you must know him??

Fred Lynch Joins Masonite Board of Directors

http://www.bloomberg.com/apps/news?pid=newsarchive&sid=ahhaiv7t99kQ

1

HIGHLY CONFIDENTIAL

JELD-WEN-01084145

JW-SEC-01083442

## Kirk Hachigian

**From:** philiporsino@gmail.com
**Sent:** Wednesday, January 15, 2014 9:02 AM
**To:** Kirk Hachigian
**Subject:** Fw: Masonite Reported Results

For your information. We can discuss. Normally we would wait and send you a more complete analysis with all our peers but thought I'd send this along to you. Masonite did acquisitions in 2013 and this does not clearly show the impact.
Sent via BlackBerry by AT&T

*Full year EBITDA margin*
*6.1%*

**From:** "Scott Vining" <ScottV@jeld-wen.com>
**Date:** Wed, 15 Jan 2014 06:53:46 -0800
**To:** Philip Orsino<philiporsino@gmail.com>; Scott Cottrill<ScottCottrill@jeld-wen.com>; inc. John R. Linker - JELD-WEN<JohnL@jeld-wen.com>; John Ambruz<JohnAm@jeld-wen.com>
**Subject:** Masonite Reported Results

*Rev = $1730*

### Executive Summary

- Net sales for the full year and fourth quarter ended December 29, 2013 are expected to be between $1,728.5 to $1,733.5 million and $418.0 to $423.0 million, respectively as compared to the full year and fourth quarter ended December 31, 2012 of $1,676.0 million and $418.2 million, respectively.
- Adjusted EBITDA for the full year and fourth quarter ended December 29, 2013 are expected to be between $104.7 to $106.9 million and $16.7 to $18.9 million, respectively as compared to the full year and fourth quarter ended December 31, 2012 of $97.3 million and $25.6 million, respectively.

*EBITDA $105.5*

"2013 was a critical year in Masonite's business transformation," said Fred Lynch, President and Chief Executive Officer. "The strategic tuck-in acquisition program we initiated three years ago has helped make us a market leader in the seven product categories we target and has positioned us well for what we expect to be a multi-year recovery in the U.S. housing market." Mr. Lynch continued, "We are also encouraged by recently conducted retail price shops showing consumer prices for our products have increased which should translate into positive pricing trends across all of our North American residential distribution channels in 2014."

"As expected and previously disclosed, 2013 fourth quarter Adjusted EBITDA will be below the fourth quarter of 2012 due in part to the inclusion of a $3.3 million business interruption insurance recovery in the year ago period and approximately $2.0 million dollars of operational items incurred in our North America segment such as the decision to slow certain production and reduce inventory levels, costs associated with optimizing our new automated manufacturing process at Denmark, South Carolina and incremental costs related to the recently added Home Depot Nevada and Arizona market," said Mark Erceg, Executive Vice President and Chief Financial Officer. "Additionally, our Europe, Asia and Latin America segment's fourth quarter results were negatively impacted, by approximately $4.5 million dollars, related to the combination of the integration of Masisa, the decision to discontinue sales into Poland and product quality issues in Israel."

Masonite expects to issue a release with final results for the full year and the fourth quarter ended December 29, 2013, and hold a related earnings call to discuss 2013 results, on Monday February 24, 2014.

Sent from my iPad

$$Q4 \ EBITDA \ \frac{18}{420} = 4.3\%$$

1

HIGHLY CONFIDENTIAL

JELD-WEN-01084146

JW-SEC-01083443

No. 2: Masonite closes the door on private ownership, goes public - Tampa Bay Business ... Page 1 of 1

*PRIVATE SINCE 2005*

**From the Tampa Bay Business Journal**
:http://www.bizjournals.com/tampabay/print-edition/2013/09/20/no-2-masonite-closes-the-door-on.html

SUBSCRIBER CONTENT: Sep 20, 2013, 6:00am EDT

**Tampa Bay Business 100**

# No. 2: Masonite closes the door on private ownership, goes public



[Margie Manning](#)
     Quality and Content Editor- *Tampa Bay Business Journal*
     [Email](#) | [Facebook](#) | [Twitter](#) | [Google+](#)

**Masonite International Corp.**

**2012 revenue: $1.68 billion**

Tampa's second-largest privately held company this year won't be on the Tampa Bay Business 100 List in 2014.

On Sept. 9, Masonite began listing its shares the **New York Stock Exchange** under the ticker symbol "DOOR," fitting for a firm that designs and manufactures doors for homes and businesses.

It's a big turnaround for a company that was battered by the global economic crisis. Masonite closed 50 facilities between 2006 and 2012 and cut its workforce from 15,000 to about 9,800. It now operates 63 manufacturing and distribution facilities in 12 countries.

Seven acquisitions since 2010, along with improvements in the housing and commercial construction markets, boosted sales by 12.5 percent in 2012. The company also invested in advanced technology to increase automation of its manufacturing processes, and introduced targeted e-commerce and other marketing initiatives.

Next: [No. 3: RTG Furniture Corp.>>](#)

[<<Back to TBB100 profile list](#)

HIGHLY CONFIDENTIAL

JELD-WEN-01084147

JW-SEC-01083444

Case 3:20-cv-00112-JAG    Document 176-9    Filed 03/06/21    Page 9 of 64 PageID# 5255

Margie Manning is Quality and Content Editor of the Tampa Bay Business Journal. She also covers banking, finance and professional services.

HIGHLY CONFIDENTIAL

JELD-WEN-01084148

JW-SEC-01083445

Fred Lynch Joins Masonite Board of Directors - Bloomberg

 Logo_post_b

~ 50 yrs old

# Fred Lynch Joins Masonite Board of Directors

Nov 18, 2008

Fred Lynch Joins Masonite Board of Directors

Business Wire

MISSISSAUGA, Ontario -- November 18, 2008

Masonite International Inc. today announced that Fred Lynch, President and Chief Executive Officer of Masonite, has been appointed to the Board of Directors of Masonite International Inc. and its principle U.S. and Canadian operating companies. Mr. Lynch replaces Scott Nuttall, who has resigned from the Board.

Lynch joined Masonite in July 2006 as President and was appointed Chief Executive Officer in May 2007. He began his career with Allied Signal (now Honeywell International), where he spent eighteen years in a variety of operational positions, starting as a Chemical Engineer and progressing to Vice President and General Manager of the Specialty Chemicals division. Immediately prior to joining Masonite, Lynch served as President of Human Generics at Alpharma Inc., a generic drug company with operations in the U.S., Europe, China and Indonesia. He earned a Bachelor's Degree in Chemical Engineering from Villanova University and an MBA in Finance from Temple University.

"We are very pleased to welcome Fred to the Masonite Board," said Ken Freeman, Masonite Corporation Chairman. "Fred's outstanding leadership throughout this difficult period for the housing industry is a model for others to follow. He is leading Masonite with high energy, intense passion, and a clear vision of Masonite's potential to succeed. As CEO, he has been required to make extremely difficult decisions while at the same time driving improvements necessary for sustainable future success. Fred's addition to the Masonite Board will provide further opportunities to incorporate his leadership in serving the best interests of the company and all stakeholders."

http://www.bloomberg.com/apps/news?pid=21070001&sid=ahhaiv7t99kQ                    1/19/2014

HIGHLY CONFIDENTIAL

JELD-WEN-01084149

JW-SEC-01083446

Lynch said, "I am honored to take on this additional responsibility and look forward to working with the Board of Directors and Management Team to help guide Masonite through these difficult times and emerge a stronger and more competitive company. I want to thank Scott Nuttall for his three and half years of service as a Masonite Director, and for providing me with invaluable insight and advice over the past two years. At Masonite we remain committed to delivering the highest value door products to our customers around the world."

This press release is also available within the "News & Events" section of the Company's website at www.masonite.com.

Masonite International is a leading global manufacturer of residential and commercial doors, committed to providing the highest value door products to our customers in more than 70 countries around the world.

Contact:

Masonite International Inc., Mississauga
Tony DiLucente, 813-739-3000
corporaterelations@masonite.com

©2010 BLOOMBERG L.P. ALL RIGHTS RESERVED.

http://www.bloomberg.com/apps/news?pid=21070001&sid=ahhaiv7t99kQ                    1/19/2014

HIGHLY CONFIDENTIAL

JELD-WEN-01084150

JW-SEC-01083447

## Kirk Hachigian

| | |
|---|---|
| **From:** | philiporsino@gmail.com |
| **Sent:** | Wednesday, January 15, 2014 9:02 AM |
| **To:** | Kirk Hachigian |
| **Subject:** | Fw: Masonite Reported Results |

For your information. We can discuss. Normally we would wait and send you a more complete analysis with all our peers but thought I'd send this along to you. Masonite did acquisitions in 2013 and this does not clearly show the impact.
Sent via BlackBerry by AT&T

---

**From:** "Scott Vining" <ScottV@jeld-wen.com>
**Date:** Wed, 15 Jan 2014 06:53:46 -0800
**To:** Philip Orsino<philiporsino@gmail.com>; Scott Cottrill<ScottCottrill@jeld-wen.com>; inc. John R. Linker - JELD-WEN<JohnL@jeld-wen.com>; John Ambruz<JohnAm@jeld-wen.com>
**Subject:** Masonite Reported Results

### Executive Summary

- Net sales for the full year and fourth quarter ended December 29, 2013 are expected to be between $1,728.5 to $1,733.5 million and $418.0 to $423.0 million, respectively as compared to the full year and fourth quarter ended December 31, 2012 of $1,676.0 million and $418.2 million, respectively.
- Adjusted EBITDA for the full year and fourth quarter ended December 29, 2013 are expected to be between $104.7 to $106.9 million and $16.7 to $18.9 million, respectively as compared to the full year and fourth quarter ended December 31, 2012 of $97.3 million and $25.6 million, respectively.

"2013 was a critical year in Masonite's business transformation," said Fred Lynch, President and Chief Executive Officer. "The strategic tuck-in acquisition program we initiated three years ago has helped make us a market leader in the seven product categories we target and has positioned us well for what we expect to be a multi-year recovery in the U.S. housing market." Mr. Lynch continued, "We are also encouraged by recently conducted retail price shops showing consumer prices for our products have increased which should translate into positive pricing trends across all of our North American residential distribution channels in 2014."

"As expected and previously disclosed, 2013 fourth quarter Adjusted EBITDA will be below the fourth quarter of 2012 due in part to the inclusion of a $3.3 million business interruption insurance recovery in the year ago period and approximately $2.0 million dollars of operational items incurred in our North America segment such as the decision to slow certain production and reduce inventory levels, costs associated with optimizing our new automated manufacturing process at Denmark, South Carolina and incremental costs related to the recently added Home Depot Nevada and Arizona market," said Mark Erceg, Executive Vice President and Chief Financial Officer. "Additionally, our Europe, Asia and Latin America segment's fourth quarter results were negatively impacted, by approximately $4.5 million dollars, related to the combination of the integration of Masisa, the decision to discontinue sales into Poland and product quality issues in Israel."

Masonite expects to issue a release with final results for the full year and the fourth quarter ended December 29, 2013, and hold a related earnings call to discuss 2013 results, on Monday February 24, 2014.

Sent from my iPad

HIGHLY CONFIDENTIAL

**RBC Capital Markets, LLC**
**Robert Wetenhall** (Analyst)   **Desi DiPierro** (Associate)
(212) 618-3251   (212) 618-7699
robert.wetenhall@rbccm.com   desi.dipierro@rbccm.com

**EQUITY RESEARCH**

# RBC Capital Markets

November 8, 2013

# Masonite International Corp.

## Market Leader in Consolidated Industry

**Our View:** Near-Term Headwinds | Long-Term Opportunity

### Key Points:

**Maintaining Outperform | Lowering Price Target to $55:** DOOR reported 3Q13A Revenues / Adjusted EBITDA of $433 MM / $28.4 MM vs. RBCe of $443 MM / $30.7 MM. The benefit of materially higher selling prices was partially offset by the combination of lower volumes and FX headwinds.

**Mixed Revenue Trends | Material Margin Improvement:** Net sales increased by 1.9% y/y to $433 MM in response to a 5.7% y/y increase in average selling price, which was partially offset by a 2.4% y/y decline in volumes and $5 MM of FX headwinds. Sales in the North American segment increased by 4.3% y/y driven by higher average selling prices, which more than offset the impact of slightly lower volumes. Sales declined in both the Europe, Asia & Latin American (-4.3% y/y) and African (-10.0% y/y) segments, primarily in response to lower volumes and FX headwinds. Adjusted EBITDA margin increased by 70 basis points y/y to 6.6%, reflecting the benefit of an exceptionally strong incremental margin of 42.6%. Adjusted EBITDA margin in the core North American business rose by 130 basis points y/y to 7.5% in response to higher selling prices and disciplined cost control.

**Points of Interest:** (1) pricing trends in North America improved for the second consecutive quarter; (2) Masonite implemented a mid-single-digit price increase in the wholesale channel that took effect on September 30; management expects to implement an additional price increase in January 2014 across all distribution channels; and (3) Adjusted EBITDA is expected to decline y/y in 4Q13E in response to one-time headwinds associated with planned inventory reductions, plant start-up costs, and investments required to service the company's new business wins with Home Depot in Nevada and Arizona.

**Lowering Estimates:** We are lowering our FY13E Adjusted EBITDA forecast by $7 MM to $113 MM and now expect FY14E EBITDA of $160 MM and FY15E EBITDA of $200 MM.

**Stock View – Market Leader in Consolidated Industry:** We have a favorable outlook for DOOR on a fundamental basis for three reasons: (1) expectations for strong sales growth driven by increased new residential construction activity and improved repair and remodel spending; (2) Masonite's market-leading position in the recently consolidated door industry should allow the company to benefit from favorable pricing trends as volumes recover; and (3) management's strong track record of cost control and the successful integration of several acquisitions should lead to substantial EBITDA margin improvement. We think that the stock will outperform the peer group if the company is able to achieve EBITDA growth consistent with our forecast.

## Outperform

NYSE: DOOR; USD 49.29

### Price Target USD 55.00 ↓ 57.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☑ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 33.00 | 49.29 | 55.00 | 64.00 |
| | ↓ 33% | | ↑ 12% | ↑ 30% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 29.9 | Market Cap (MM): | 1,474 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume (MM): | 0.16 |

### RBC Estimates

| FY Dec | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|
| Adj EBITDA (MM) - FD | 97.3 | 113.0 | 160.0 | 200.0 |
| Prev. | | 120.0 | 170.0 | 210.0 |
| Adj EPS - FD | (0.57) | (0.28) | 0.73 | 1.72 |
| Prev. | (0.10) | 0.18 | 1.28 | 2.33 |
| P/AEPS | NM | NM | 67.5x | 28.7x |

| Adj EBITDA (MM) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2012 | 19.7A | 26.9A | 25.0A | 25.6A |
| 2013 | 26.2A | 33.5A | 28.4A | 24.9E |
| Prev. | | | 30.7E | 29.7E |
| 2014 | 29.5E | 43.8E | 43.9E | 42.8E |
| Adj EPS | | | | |
| 2012 | (0.20)A | (0.10)A | (0.15)A | (0.12)A |
| Prev. | (0.05)A | (0.06)A | | 0.16A |
| 2013 | (0.13)A | 0.06A | (0.06)A | (0.15)E |
| Prev. | (0.08)A | 0.19A | 0.04E | 0.02E |
| 2014 | (0.04)E | 0.27E | 0.27E | 0.24E |

All values in USD unless otherwise noted.

...clusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 9.**

HIGHLY CONFIDENTIAL

JELD-WEN-01084152

JW-SEC-01083449

## Target/Upside/Downside Scenarios

Exhibit 1: Masonite International Corp.



Source: RBC Capital Markets estimates

### Target Price/ Base Case

Our new $55 price target (from $57) is based on FY15E EBITDA of $200 MM and an EV/EBITDA multiple of 10.0x. We use a 9% WACC to discount the terminal value along with intermittent cash flows to arrive at our enterprise value. Our FY15E EBITDA forecast of $200 MM is based on revenues of $2.02 BN and an EBITDA margin of 9.9%. We believe that DOOR should trade at the high end of the historical range (6.0x to 10.0x) for building product companies in order to reflect the company's strong competitive position in the residential door market along with the low interest rate environment.

### Upside Scenario

In our upside scenario, we believe that DOOR could be worth $64 based on FY15E EBITDA of $230 MM and an EV/EBITDA multiple of 10.0x. In this scenario, we would expect revenue growth to accelerate in response to increased repair & remodel spending and a firmer pricing environment.

### Downside Scenario

In our downside scenario, we believe that DOOR could be worth $33 based on FY15E EBITDA of $160 MM and an EV/EBITDA multiple of 8.00x. In this scenario, we would expect revenue growth to decelerate in response to a more gradual recovery in the housing market. We would also expect pricing to remain under pressure.

## Investment Summary

**Market Leader in North American Door Market:** Masonite has the No. 1 or No. 2 market share in seven of the eight product categories in which it competes. Management has made eight acquisitions for $285 MM since 2010, which solidified the company's leadership position in the residential door market while also providing entry into commercial markets that have higher margins.

**Industry Consolidation Drives Better Pricing Dynamics:** Prior to the downturn, the North American door market was highly fragmented. Since the end of the downturn, Masonite (market share: 40%) and JELD-WEN (40%) have consolidated the market for residential interior doors by acquiring distressed competitors. The combination of higher volumes and fewer competitors supports a firmer pricing environment.

**Recovery in Residential and Commercial Markets Drives Incremental Volume Growth:** Primary end markets within North America include new residential construction (25% of total sales), residential repair and remodeling (33%), and commercial construction (15%). The balance of revenues (27%) represents international sales generated outside North America. We expect that U.S. housing starts will rise by ~15% annually from 780,000 (FY12A) to 1.15 million (FY15E) and envision R&R spending climbing by at least 5% per year during the same period, which together should help drive incremental volume growth.

**Seasoned Management Team with Strong Track Record of Cost Control:** Management has made sizable investments in automated manufacturing technology and cost-reduction initiatives spearheaded by the closure of more than 50 plants, which have resulted in more than $115 MM of cumulative savings since 2008.

**Investment Risks:** (1) Sluggish Recovery in Housing Could Limit EBITDA Growth: Masonite's ability to achieve substantial EBITDA growth is heavily dependent on continued improvement in the US housing market. (2) Soft Pricing Environment Potentially Limits Margin Expansion: If the pricing environment fails to improve, Masonite will most likely continue to experience soft gross margin performance. (3) High Customer Concentration: In FY12A, Masonite's top ten customers accounted for approximately 40% of the company's sales. The Home Depot and Lowe's accounted for approximately 16% and 10% of total sales in FY12A, respectively. (4) Sizable European Exposure: Europe accounts for approximately 20% of total revenues. We anticipate that European demand will remain soft during the next several quarters in response to sluggish economic activity.

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084153

JW-SEC-01083450

 **RBC Capital Markets**

Masonite International Corp.

## Valuation

Our new $55 price target (from $57) is based on FY15E EBITDA of $200 MM and an EV/EBITDA multiple of 10.0x. We use a 9% WACC to discount the terminal value along with intermittent cash flows to arrive at our enterprise value. Our FY15E EBITDA forecast of $200 MM is based on revenues of $2.02 BN and an EBITDA margin of 9.9%. We believe that DOOR should trade at the high end of the historical range (6.0x to 10.0x) for building product companies in order to reflect the company's strong competitive position in the residential door market along with the low interest rate environment.

## Price Target Impediments

**(1) Sluggish Recovery in Housing Could Limit EBITDA Growth:** Masonite's ability to achieve substantial EBITDA growth is heavily dependent on continued improvement in the US housing market. Developments including an increase in interest rates, limited credit availability, and/or other factors that impede the slope of the housing recovery or derail it altogether would negatively affect Masonite's financial performance.

**(2) Soft Pricing Environment Potentially Limits Margin Expansion:** Soft volumes and intense competition have led to a challenging pricing environment characterized by intense promotional activity and unfavorable mix in the period from 3Q11A to 1Q13A. If the pricing environment fails to improve, Masonite will most likely continue to experience soft gross margin performance.

**(3) High Customer Concentration:** In FY12A, Masonite's top ten customers accounted for approximately 40% of the company's sales. The Home Depot and Lowe's accounted for approximately 16% and 10% of total sales in FY12A, respectively.

**(4) Sizable European Exposure:** Europe accounts for approximately 20% of total revenues. We anticipate that European demand will remain soft during the next several quarters in response to sluggish economic activity.

## Company Description

**Market Leader in North American Door Market:** Masonite (NYSE: DOOR) is one of the leading North American door manufacturers with an estimated 40% share of the market. Primary end markets within North America include new residential construction (25% of total sales), residential repair and remodeling (33%), and non-residential construction (15%). The balance of revenues (27%) represents international sales generated outside North America.

November 8, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com    3

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084154

JW-SEC-01083451

 **RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

INCOME STATEMENT (US$ in millions)

| | Quarterly Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Quarterly Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Annual Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| COGS | 374.1 | 388.4 | 374.1 | 367.0 | 388.1 | 404.5 | 404.3 | 394.9 | 1,459.7 | 1,503.6 | 1,591.9 | 1,694.1 |
| Gross profit | 50.4 | 64.7 | 59.0 | 55.5 | 56.0 | 78.9 | 74.1 | 73.3 | 216.3 | 229.6 | 282.3 | 329.4 |
| SG&A | 47.0 | 56.0 | 51.4 | 53.2 | 48.8 | 57.5 | 52.6 | 52.9 | 208.1 | 207.6 | 211.9 | 218.5 |
| Restructuring | 1.4 | 1.8 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.4 | 4.5 | 0.0 | 0.0 |
| EBIT | 2.0 | 6.9 | 6.3 | 2.3 | 7.1 | 21.4 | 21.5 | 20.4 | (3.2) | 17.5 | 70.4 | 110.8 |
| Adjusted EBIT | 5.4 | 13.5 | 8.6 | 4.2 | 9.0 | 23.3 | 23.4 | 22.3 | 18.8 | 31.7 | 78.0 | 118.5 |
| Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| Interest expense, net | 8.3 | 8.2 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 31.5 | 33.1 | 33.3 | 28.4 |
| Other (income) expense, net | (0.2) | (0.4) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.3) | 0.5 | (1.1) | (1.2) | (1.2) |
| EBT | (6.1) | (1.0) | (1.8) | (5.7) | (0.9) | 13.4 | 13.4 | 12.4 | (35.2) | (14.5) | 38.3 | 83.7 |
| Provision for income taxes | (1.0) | (0.4) | (6.3) | (2.0) | (0.3) | 4.7 | 4.7 | 4.3 | (13.4) | (9.7) | 13.4 | 29.3 |
| Income from continuing operations | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (21.8) | (4.8) | 24.9 | 54.4 |
| Loss from discontinued operations, net of tax | (0.1) | (0.0) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | (0.2) | 0.0 | 0.0 |
| Net income | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (20.3) | (5.0) | 24.9 | 54.4 |
| Minority interest | 0.7 | 0.6 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 |
| Net (loss) income attributable to Masonite | (5.8) | (1.2) | 3.6 | (4.4) | (1.3) | 8.0 | 8.0 | 7.3 | (23.2) | (7.8) | 22.0 | 51.5 |
| Adjusted net income | (3.6) | 1.7 | (1.7) | (4.4) | (1.3) | 8.0 | 8.0 | 7.3 | (15.7) | (8.0) | 22.0 | 51.5 |
| **NET INCOME PER SHARE** | | | | | | | | | | | | |
| Diluted Reported EPS | ($0.21) | ($0.04) | $0.12 | ($0.15) | ($0.04) | $0.27 | $0.27 | $0.24 | ($0.84) | ($0.27) | $0.73 | $1.72 |
| Adjusted EPS | ($0.13) | $0.06 | ($0.06) | ($0.15) | ($0.04) | $0.27 | $0.27 | $0.24 | ($0.57) | ($0.28) | $0.73 | $1.72 |
| Diluted Shares Outstanding | 28.0 | 28.0 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 27.6 | 28.9 | 29.9 | 29.9 |
| **Y/Y GROWTH TRENDS** | | | | | | | | | | | | |
| Revenues | 6.1% | 4.7% | 1.9% | 1.0% | 4.6% | 6.7% | 10.5% | 10.8% | 12.5% | 3.4% | 8.1% | 8.0% |
| Adjusted EBITDA | 32.8% | 24.2% | 13.8% | -2.7% | 12.8% | 31.0% | 54.2% | 71.6% | 18.6% | 16.2% | 41.6% | 25.0% |
| Diluted EPS | 188.5% | -69.3% | -133.9% | -45.1% | -79.0% | -716.6% | 120.7% | -265.5% | 254.2% | -67.8% | -371.1% | 134.4% |
| **MARGIN PERFORMANCE** | | | | | | | | | | | | |
| Gross profit | 11.9% | 14.3% | 13.6% | 13.1% | 12.6% | 16.3% | 15.5% | 15.7% | 12.9% | 13.2% | 15.1% | 16.3% |
| SG&A | 11.1% | 12.4% | 11.9% | 12.6% | 11.0% | 11.9% | 11.0% | 11.3% | 12.4% | 12.0% | 11.3% | 10.8% |
| Adjusted EBITDA | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |
| y/y Change | 1.2% | 1.2% | 0.7% | -0.2% | 0.5% | 1.7% | 2.6% | 3.2% | 0.3% | 0.7% | 2.0% | 1.3% |
| Incremental Adj. EBITDA Margin | 26.5% | 32.1% | 42.6% | -15.7% | 17.2% | 34.2% | 34.0% | 39.1% | 8.2% | 27.5% | 33.3% | 26.7% |
| Adjusted Income from operations | 1.3% | 3.0% | 2.0% | 1.0% | 2.0% | 4.8% | 4.9% | 4.8% | 1.1% | 1.8% | 4.2% | 5.9% |
| Tax Rate % | 17.0% | 42.1% | 357.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 38.0% | 66.9% | 35.0% | 35.0% |
| Net Income | -1.4% | -0.3% | 0.8% | -1.0% | -0.3% | 1.7% | 1.7% | 1.6% | -1.4% | -0.5% | 1.2% | 2.5% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 8, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   4

For the exclusive use of Adam Coburn (acoburn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084155

JW-SEC-01083452

**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

SUMMARY FINANCIALS (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| Revenues | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| EBITDA Margin | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |
| EBITDA Growth | 32.8% | 24.2% | 13.8% | -2.7% | 12.8% | 31.0% | 54.2% | 71.6% | 18.6% | 16.2% | 41.6% | 25.0% |
| Cash from Operations (CFFO) | (4.0) | 6.8 | 27.0 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.7 | 81.9 | 97.1 | 120.2 |
| Less: Net Capex | (4.6) | (8.3) | (2.6) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (46.9) | (31.6) | (52.5) | (56.7) |
| Free Cash Flow | (8.7) | (1.5) | 24.4 | 36.0 | (5.0) | 0.1 | 16.3 | 33.2 | 8.7 | 50.3 | 44.6 | 63.5 |
| FCF/EBITDA | -33.1% | -4.4% | 85.8% | 144.4% | -17.0% | 0.3% | 37.1% | 77.7% | 9.0% | 44.5% | 27.9% | 31.8% |
| FCF Growth | -72.6% | -42.0% | -14.4% | 189.5% | -42.1% | -109.8% | -33.4% | -7.7% | NM | 476.1% | -11.3% | 42.4% |
| **CAPITALIZATION** | | | | | | | | | | | | |
| Gross Debt | 378.6 | 378.2 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.8 | 378.0 | 378.0 | 303.0 |
| Cash | (109.7) | (92.9) | (113.2) | (149.2) | (144.2) | (144.3) | (160.6) | (193.8) | (122.3) | (149.2) | (193.8) | (178.6) |
| Net Debt | 269.0 | 285.3 | 264.9 | 228.9 | 233.9 | 233.7 | 217.5 | 184.2 | 256.5 | 228.9 | 184.2 | 124.4 |
| Share Price | $44.75 | $52.00 | $49.24 | $49.24 | $49.24 | $49.24 | $49.24 | $49.24 | $33.00 | $49.24 | $49.24 | $49.24 |
| Shares O/S (millions) | 28.0 | 28.0 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 27.6 | 28.9 | 29.9 | 29.9 |
| Market Value of Equity | 1,250.8 | 1,454.1 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 912.2 | 1,424.3 | 1,472.0 | 1,472.0 |
| Enterprise Value (EV) | 1,519.8 | 1,739.4 | 1,736.9 | 1,700.9 | 1,705.9 | 1,705.8 | 1,689.5 | 1,656.2 | 1,168.7 | 1,653.2 | 1,656.2 | 1,596.5 |
| **CREDIT STATISTICS** | | | | | | | | | | | | |
| LTM EBITDA | 103.7 | 110.2 | 113.7 | 113.0 | 116.4 | 126.7 | 142.2 | 160.0 | 97.3 | 113.0 | 160.0 | 200.0 |
| LTM Interest Expense | 33.1 | 32.8 | 33.2 | 33.1 | 33.2 | 33.3 | 33.3 | 33.3 | 31.5 | 33.1 | 33.3 | 28.4 |
| LTM EBITDA/Interest Expense | 3.1x | 3.4x | 3.4x | 3.4x | 3.5x | 3.8x | 4.3x | 4.8x | 3.1x | 3.4x | 4.8x | 7.1x |
| Debt/LTM EBITDA | 3.7x | 3.4x | 3.3x | 3.3x | 3.2x | 3.0x | 2.7x | 2.4x | 3.9x | 3.3x | 2.4x | 1.5x |
| Net Leverage | 2.6x | 2.6x | 2.3x | 2.0x | 2.0x | 1.8x | 1.5x | 1.2x | 2.6x | 2.0x | 1.2x | 0.6x |
| EV/EBITDA | 14.7x | 15.8x | 15.3x | 15.1x | 14.7x | 13.5x | 11.9x | 10.3x | 12.0x | 15.1x | 10.3x | 8.0x |
| **LIQUIDITY** | | | | | | | | | | | | |
| Revolver ($125 MM) @ 1ML + 2.00% | 125.0 | 121.2 | 123.5 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 |
| Cash | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |
| Total Liquidity | 234.7 | 214.1 | 236.7 | 274.2 | 269.2 | 269.3 | 285.6 | 318.8 | 247.3 | 274.2 | 318.8 | 303.6 |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 8, 2013

Robert Wetenhall    (212) 618-3251; robert.wetenhall@rbccm.com    5

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL      JELD-WEN-01084156

JW-SEC-01083453

**RBC Capital Markets**

## Masonite International Corp. (NYSE: DOOR)

SEGMENT PERFORMANCE (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **SALES** | | | | | | | | | | | | |
| North America | 319.5 | 346.9 | 333.1 | 320.5 | 338.6 | 376.4 | 378.1 | 365.4 | 1,225.4 | 1,320.0 | 1,458.5 | 1,604.4 |
| Europe, Asia and Latin America | 92.4 | 92.2 | 86.0 | 87.4 | 93.4 | 92.7 | 86.4 | 88.3 | 385.3 | 358.0 | 360.7 | 364.3 |
| Africa | 16.5 | 18.8 | 18.1 | 18.8 | 16.5 | 18.8 | 18.1 | 18.8 | 81.8 | 72.1 | 72.1 | 72.1 |
| Intersegment | (3.9) | (4.8) | (4.1) | (4.2) | (4.4) | (4.4) | (4.1) | (4.2) | (16.5) | (17.0) | (17.2) | (17.3) |
| Total sales | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| **SALES GROWTH Y/Y** | | | | | | | | | | | | |
| North America | 13.3% | 9.2% | 4.3% | 4.5% | 6.0% | 8.5% | 13.5% | 14.0% | 21.3% | 7.7% | 10.5% | 10.0% |
| Europe, Asia and Latin America | -10.2% | -5.5% | -4.3% | -8.0% | 1.0% | 0.5% | 0.5% | 1.0% | -5.1% | -7.1% | 0.8% | 1.0% |
| Africa | -16.6% | -15.2% | -10.0% | 5.0% | 0.0% | 0.0% | 0.0% | 0.0% | -8.7% | -11.8% | 0.0% | 0.0% |
| Intersegment | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Sales Growth | 6.1% | 4.7% | 1.9% | 1.0% | 4.6% | 6.7% | 10.5% | 10.8% | 12.5% | 3.4% | 8.1% | 8.0% |
| **SALES (CONTRIBUTION %)** | | | | | | | | | | | | |
| North America | 75.3% | 76.6% | 76.9% | 75.9% | 76.3% | 77.9% | 79.0% | 78.0% | 73.1% | 76.2% | 77.8% | 79.3% |
| Europe, Asia and Latin America | 21.8% | 20.4% | 19.9% | 20.7% | 21.0% | 19.2% | 18.1% | 18.9% | 23.0% | 20.7% | 19.2% | 18.0% |
| Africa | 3.9% | 4.1% | 4.2% | 4.4% | 3.7% | 3.9% | 3.8% | 4.0% | 4.9% | 4.2% | 3.8% | 3.6% |
| Intersegment | -0.9% | -1.1% | -0.9% | -1.0% | -1.0% | -0.9% | -0.9% | -0.9% | -1.0% | -1.0% | -0.9% | -0.9% |
| Sales Contribution | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **ADJUSTED EBITDA** | | | | | | | | | | | | |
| North America | 20.5 | 28.1 | 25.1 | 22.4 | 23.7 | 38.4 | 40.5 | 40.2 | 73.8 | 96.1 | 142.7 | 182.1 |
| Europe, Asia and Latin America | 4.6 | 4.3 | 1.5 | 1.7 | 4.8 | 4.4 | 1.6 | 1.9 | 17.1 | 12.2 | 12.5 | 13.1 |
| Africa | 1.1 | 1.1 | 1.8 | 0.8 | 1.1 | 1.1 | 1.8 | 0.8 | 6.4 | 4.7 | 4.8 | 4.8 |
| Consolidated Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| **ADJUSTED EBITDA MARGIN** | | | | | | | | | | | | |
| North America | 6.4% | 8.1% | 7.5% | 7.0% | 7.0% | 10.2% | 10.7% | 11.0% | 6.0% | 7.3% | 9.8% | 11.3% |
| Europe, Asia and Latin America | 5.0% | 4.7% | 1.7% | 2.0% | 5.1% | 4.7% | 1.8% | 2.1% | 4.4% | 3.4% | 3.5% | 3.6% |
| Africa | 6.5% | 5.8% | 10.2% | 4.0% | 6.5% | 5.8% | 10.2% | 4.0% | 7.8% | 6.6% | 6.6% | 6.6% |
| Consolidated Adjusted EBITDA Margin | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084157

JW-SEC-01083454

**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

BALANCE SHEET (US$ in millions)

|  | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **ASSETS** | | | | | | | | | | | | |
| Cash and cash equivalents | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |
| Restricted cash | 14.1 | 26.5 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 12.8 | 14.1 | 14.1 | 14.1 |
| Accounts receivable, net | 270.5 | 273.0 | 270.6 | 265.9 | 273.7 | 278.5 | 280.5 | 282.4 | 256.7 | 265.9 | 282.4 | 304.9 |
| Inventories | 204.0 | 217.8 | 234.9 | 197.7 | 203.7 | 218.5 | 240.0 | 213.7 | 208.8 | 197.7 | 213.7 | 227.4 |
| Prepaid expenses | 20.7 | 22.2 | 21.7 | 21.7 | 21.7 | 21.7 | 21.7 | 21.7 | 19.5 | 21.7 | 21.7 | 21.7 |
| Assets held for sale | 6.9 | 5.7 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 7.2 | 3.3 | 3.3 | 3.3 |
| Income taxes recoverable | 4.3 | 4.4 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 6.5 | 4.9 | 4.9 | 4.9 |
| Current deferred income taxes | 13.6 | 15.3 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 18.7 | 16.9 | 16.9 | 16.9 |
| Assets of discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Current Assets | 643.8 | 657.8 | 679.7 | 673.8 | 682.6 | 702.3 | 742.1 | 750.9 | 652.5 | 673.8 | 750.9 | 771.9 |
| PP&E, net | 627.2 | 614.9 | 619.3 | 618.8 | 615.0 | 612.3 | 609.4 | 606.3 | 648.4 | 618.8 | 606.3 | 598.0 |
| Investment in equity investees | 7.8 | 8.2 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 7.6 | 8.4 | 8.4 | 8.4 |
| Goodwill | 78.1 | 78.1 | 78.5 | 78.5 | 78.5 | 78.5 | 78.5 | 78.5 | 78.1 | 78.5 | 78.5 | 78.5 |
| Intangible assets | 213.9 | 209.7 | 207.8 | 203.6 | 199.4 | 195.1 | 190.9 | 186.6 | 219.6 | 203.6 | 186.6 | 170.2 |
| Other assets | 26.6 | 25.7 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.2 | 25.8 | 25.8 | 25.8 |
| Long-term deferred income taxes | 11.4 | 11.5 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 14.5 | 11.4 | 11.4 | 11.4 |
| Long-term assets of discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Assets** | 1,608.8 | 1,605.9 | 1,630.9 | 1,620.4 | 1,621.1 | 1,633.8 | 1,666.5 | 1,668.0 | 1,645.9 | 1,620.4 | 1,668.0 | 1,664.2 |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | | | | | | | | | |
| Bank indebtedness | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts payable | 103.5 | 110.4 | 109.4 | 103.0 | 112.3 | 117.7 | 120.0 | 113.4 | 93.3 | 103.0 | 113.4 | 120.7 |
| Accrued expenses | 127.7 | 124.6 | 140.6 | 140.8 | 133.6 | 132.9 | 155.3 | 156.1 | 139.4 | 140.8 | 156.1 | 168.5 |
| Income taxes payable | 0.9 | 1.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.2 | 2.5 | 2.5 | 2.5 |
| Current deferred income taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Current Liabilities | 232.1 | 235.9 | 252.5 | 246.3 | 248.4 | 253.1 | 277.8 | 272.0 | 234.9 | 246.3 | 272.0 | 291.7 |
| Long-term debt, less current installments | 378.6 | 378.2 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.8 | 378.0 | 378.0 | 303.0 |
| Deferred income taxes | 108.8 | 109.5 | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 | 133.4 | 105.0 | 105.0 | 105.0 |
| Other long-term liabilities | 71.8 | 71.1 | 68.1 | 68.1 | 68.1 | 68.1 | 68.1 | 68.1 | 61.0 | 68.1 | 68.1 | 68.1 |
| Total Liabilities | 791.4 | 794.7 | 803.7 | 797.5 | 799.5 | 804.3 | 829.0 | 823.1 | 808.1 | 797.5 | 823.1 | 767.9 |
| Non-controlling interest | 31.2 | 30.7 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 |
| Total shareholders' equity | 786.2 | 780.5 | 796.0 | 791.5 | 790.2 | 798.2 | 806.2 | 813.5 | 806.5 | 791.5 | 813.5 | 865.0 |
| **Total Liabilities & S.E.** | 1,608.8 | 1,605.9 | 1,630.9 | 1,620.4 | 1,621.1 | 1,633.8 | 1,666.5 | 1,668.0 | 1,645.9 | 1,620.4 | 1,668.0 | 1,664.2 |
| **NET WORKING CAPITAL (DAYS)** | | | | | | | | | | | | |
| (+) Accounts receivable | 58 | 58 | 57 | 56 | 57 | 57 | 56 | 55 | 56 | 56 | 55 | 55 |
| (+) Inventory | 50 | 53 | 57 | 48 | 49 | 52 | 56 | 49 | 52 | 48 | 49 | 49 |
| (-) Accounts payable & accrued expenses | (26) | (27) | (27) | (25) | (27) | (28) | (28) | (26) | (23) | (25) | (26) | (26) |
| Net working capital (days) | 83 | 84 | 88 | 79 | 79 | 81 | 84 | 78 | 85 | 79 | 78 | 78 |
| N.W.C./Sales | 21.8% | 22.1% | 22.9% | 20.8% | 20.8% | 21.3% | 21.9% | 20.4% | 22.2% | 20.8% | 20.4% | 20.3% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 8, 2013

Robert Wetenhall  (212) 618-3251; robert.wetenhall@rbccm.com   7

For the exclusive use of Adam Cohourn (acohourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084158

JW-SEC-01083455

**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

CASH FLOW STATEMENT (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **CASH FLOW FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | |
| Net income | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (20.3) | (5.0) | 24.9 | 54.4 |
| Loss from discontinued operations, net of tax | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.5) | 0.2 | 0.0 | 0.0 |
| Depreciation | 16.5 | 15.7 | 15.5 | 16.5 | 16.3 | 16.3 | 16.3 | 16.3 | 63.3 | 64.2 | 65.0 | 65.0 |
| Amortization of intangible assets | 4.3 | 4.3 | 4.3 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 15.1 | 17.1 | 17.0 | 16.4 |
| Amortization of debt issue costs | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.4 | 0.0 | 0.0 |
| Share based compensation expense | 1.8 | 2.1 | 1.8 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 6.5 | 7.7 | 7.7 | 7.7 |
| Deferred income taxes | (1.5) | (0.7) | (6.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (15.6) | (8.8) | 0.0 | 0.0 |
| Unrealized foreign exchange loss | (0.0) | (0.1) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | (0.3) | 0.0 | 0.0 |
| Share of loss (income) from equity investees, net of tax | (0.2) | (0.4) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.7) | (0.8) | 0.0 | 0.0 |
| Dividend from equity investees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 |
| Pension and post-retirement (funding) expense, net | (0.9) | 0.5 | (4.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (3.7) | (4.6) | 0.0 | 0.0 |
| Non-cash accruals and interest | 0.3 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.4 | 0.0 | 0.0 |
| Loss on sale of fixed assets | 0.1 | 0.9 | (2.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | (1.8) | 0.0 | 0.0 |
| Impairment of fixed assets | 0.0 | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 1.9 | 0.0 | 0.0 |
| Total P/L Adjustments | 20.5 | 24.4 | 8.0 | 22.6 | 22.4 | 22.4 | 22.4 | 22.4 | 71.5 | 75.5 | 89.7 | 89.1 |
| Change in working capital | (19.4) | (16.9) | 14.6 | 33.1 | (14.4) | (17.5) | (1.5) | 15.9 | 4.5 | 11.4 | (17.4) | (23.3) |
| Net cash provided by cont. ops. | (4.0) | 6.8 | 27.0 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.7 | 81.9 | 97.1 | 120.2 |
| Net cash provided by disc. ops. | 0.0 | (0.3) | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 |
| **Net cash provided by operating activities** | (4.0) | 6.5 | 27.3 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.2 | 81.9 | 97.1 | 120.2 |
| **CASH FLOW FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | |
| Proceeds from sale of PP&E | 1.8 | 1.5 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 9.3 | 0.0 | 0.0 |
| Additions to PP&E | (6.4) | (9.8) | (8.6) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (48.4) | (40.9) | (52.5) | (56.7) |
| Cash used in acquisitions | 0.0 | 0.0 | (15.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (88.4) | (15.1) | 0.0 | 0.0 |
| Dividend from equity investees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash | (1.4) | (12.3) | 12.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | (1.4) | 0.0 | 0.0 |
| Other, net | (1.1) | (0.4) | (0.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.6) | (2.5) | 0.0 | 0.0 |
| Net cash provided by cont. ops. | (7.1) | (21.0) | (6.3) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (137.8) | (50.5) | (52.5) | (56.7) |
| Net cash provided by disc. ops. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 |
| **Net cash provided by investing activities** | (7.1) | (21.0) | (6.3) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (136.1) | (50.5) | (52.5) | (56.7) |
| **CASH FLOW FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | |
| Repayment of long-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (375.0) |
| Change in bank indebtedness | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distributions to non-controlling interests | (0.5) | (0.8) | (0.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (5.7) | (1.7) | 0.0 | 0.0 |
| Proceeds from issuance of long-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 103.5 | 0.0 | 0.0 | 300.0 |
| Payment of financing costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.0) | 0.0 | 0.0 | (3.8) |
| Proceeds from issuance of equity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Return of capital paid | 0.0 | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.5) | (1.3) | 0.0 | 0.0 |
| Net cash provided by cont. ops. | (0.5) | (0.8) | (1.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94.2 | (3.0) | 0.0 | (78.8) |
| Net cash provided by disc. ops. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash provided by financing activities** | (0.5) | (0.8) | (1.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94.2 | (3.0) | 0.0 | (78.8) |
| FX Impact | (1.0) | (1.4) | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.2) | (1.5) | 0.0 | 0.0 |
| Net increase in cash and cash equivalents | (12.7) | (16.7) | 20.2 | 36.0 | (5.0) | 0.1 | 16.3 | 33.2 | 13.1 | 26.9 | 44.6 | (15.2) |
| Cash: BOP | 122.3 | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 109.2 | 122.3 | 149.2 | 193.8 |
| Cash: EOP | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-5251 | Email: robert.wetenhall@rbccm.com

November 8, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   8

For the exclusive use of Adam Cohoun (acohoun@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084159

JW-SEC-01083456

Building Products
Company Overview of Masonite Corporation

January 19, 2014 6:45 AM ET

| Snapshot | People |
|---|---|

Overview   Board Members   Committees

**Executive Profile**

## Frederick J. Lynch

Chief Executive Officer, President and Director, Masonite International Corporation

| Age | Total Calculated Compensation | This person is connected to **1** Board Members in **1** different organizations across **4** different industries. |
|---|---|---|
| **48** | **$3,946,650**<br>As of Fiscal Year 2012 | See Board Relationships |

**Background**

Mr. Frederick J. Lynch, Fred has been the President of Masonite Corporation and Masonite International Inc. since August 2006. Mr. Lynch has been the Chief Executive Officer of Masonite International Inc. since June 2007. He serves as Chief Executive Officer and President of Masonite Worldwide Holdings Inc. Mr. Lynch served as the President of Generic Pharmaceuticals of Alpharma Inc. since January 2004 and also served as its President of Human Generic Pharmaceuticals from July 2003 to December 2003. He also served as Senior Vice President of Human Pharmaceuticals Supply Chain of Alpharma Inc. from March 2003 to July 2003. Mr. Lynch served as Vice President and General Manager of specialty chemicals division, with operations in North America and Europe of Chemicals of Honeywell International (Formerly, AlliedSignal Inc.), from 1999 to March 2003. He began his career as a Chemical Engineer at Honeywell. Mr. Lynch served as the General Manager of High Purity Chemicals of AlliedSignal Specialty Chemicals from 1997 to 1999. He serves as a Director of Masonite Worldwide Holdings Inc. He has been a Director of Masonite International Inc. since November 2008 and served as Director of Masonite Africa Ltd. since October 1, 2008. He holds a Bachelor's Degree with Chemical Engineering from Villanova University and an MBA with Finance from Temple University.

Collapse Detail

**Corporate Headquarters**

201 North Franklin Street
Tampa, Florida 33602

United States

Phone: 813-877-2726
Fax: 813-739-0204

**Board Members Memberships**

2008-Present
**Chief Executive Officer, President and Director**
Masonite International Corporation

2008-2010
**Chief Executive Officer of Masonite Inc and President of Masonite Inc**
Masonite Africa Ltd.

**Education**

**MBA**
Temple University

**Bachelor's Degree**
Villanova University

**Other Affiliations**

Alpharma, LLC
Masonite Corporation
Masonite Africa Ltd
Temple University
Villanova University

**Annual Compensation**

| Salary | $850,000 |
|---|---|
| **Total Annual Compensation** | **$850,000** |

**Stocks Options**

| Restricted Stock Awards | $2,234,624 |
|---|---|
| All Other Compensation | $12,026 |
| Exercisable Options | $64,426 |
| Exercisable Options Value | $291,206 |
| Total Value of Options | $291,205 |
| **Total Number of Options** | **$64,426** |

**Total Compensation**

| Total Annual Cash Compensation | $1,712,026 |
|---|---|
| Total Short Term Compensation | $850,000 |
| Other Long Term Compensation | $2,246,650 |
| **Total Calculated Compensation** | **$3,946,650** |

**From Around the Web**

Sponsored Content by Taboola

   

HIGHLY CONFIDENTIAL

JELD-WEN-01084160

JW-SEC-01083457



**EQUITY RESEARCH**

## RBC Capital Markets

RBC Capital Markets, LLC
**Robert Wetenhall** (Analyst)   **Desi DiPierro** (Associate)
(212) 618-3251                (212) 618-7699
robert.wetenhall@rbccm.com    desi.dipierro@rbccm.com

November 15, 2013

# Masonite International Corp.

## Market Leader in Consolidated Industry

**Our view:** Management Meetings Confirm Favorable Outlook

### Key points:

**Room to Run | Maintaining $55 PT**: We are maintaining our Outperform rating & $55 PT after marketing in New York and Boston with Fred Lynch (CEO), Mark Erceg (CFO) and Joanne Freiberger (Treasurer). We believe that the company is firmly on track to achieve our FY14E adjusted EBITDA forecast of $160 MM. We also think three points are worth highlighting that support our favorable view of the stock:

**Residential Recovery Continues**: Primary end markets within North America include new residential construction (25% of total sales), residential repair and remodeling (33%) and commercial construction (15%). The balance of revenues (27%) represents international sales generated outside of North America. We expect that U.S. housing starts will rise by ~15% annually from 780,000 (FY12A) to 1.15 million (FY15E) and envision R&R spending climbing by at least 5% per year during the same period. A continued recovery in residential markets represents an important source of incremental volume growth.

**Consolidation Supports Higher Selling Prices**: Masonite (market share: 40%) and JELD-WEN (40%) have consolidated the market for residential interior doors by acquiring distressed competitors. We expect that North American wholesale prices (37% of total sales) will continue rising next year by mid-single digits while sales in the retail channel (21%) most will likely stabilize at current levels after modestly declining in the current year. Pricing trends in both commercial (15%) and international (27%) markets are expected to remain flat.

**Maintaining Estimates**: Our forecast reflects expectations for modest headwinds in 1H14E (planned inventory reductions, plant start-up costs, and investments required to service the company's new business wins at Home Depot in Nevada and Arizona) that will give way to stronger operating performance in 2H14E. Our current forecast calls for Adjusted EBITDA of $113 MM (FY13E), $160 MM (FY14E) and $200 MM (FY15E) which speaks to the company's attractive growth prospects.

**Market Leader in Consolidated Industry:** We have a favorable outlook for DOOR on a fundamental basis for three reasons: 1 - Expectations for strong sales growth driven by increased new residential construction activity and improved repair and remodel spending; 2 - Masonite's market-leading position in the recently consolidated door industry should allow the company to benefit from favorable pricing trends; and 3 - Management's strong track record of cost control and the successful integration of several acquisitions should lead to substantial EBITDA margin improvement. We think that the stock will outperform the peer group if the company is able to achieve EBITDA growth consistent with our forecast.

## Outperform

NYSE: DOOR; USD 49.51

### Price Target USD 55.00

**WHAT'S INSIDE**

| | |
|---|---|
| ☐ Rating/Risk Change | ☐ Price Target Change |
| ☐ In-Depth Report | ☐ Est. Change |
| ☑ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 33.00 | 49.51 | 55.00 | 64.00 |
| | ↓33% | | ↑11% | ↑29% |

*Implied Total Returns

### Key Statistics

| Shares O/S (MM): | 29.9 | Market Cap (MM): | 1,480 |
|---|---|---|---|
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume (MM): | 0.16 |

### RBC Estimates

| FY Dec | 2012A | 2013E | 2014E | 2015E |
|---|---|---|---|---|
| Adj EBITDA (MM) - FD | 97.3 | 113.0 | 160.0 | 200.0 |
| Adj EPS - FD | (0.57) | (0.28) | 0.73 | 1.72 |
| P/AEPS | NM | NM | 67.8x | 28.8x |

| Adj EBITDA (MM) | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2012 | 19.7A | 26.9A | 25.0A | 25.6A |
| 2013 | 26.2A | 33.5A | 28.4A | 24.9E |
| 2014 | 29.5E | 43.8E | 43.9E | 42.8E |
| **Adj EPS** | | | | |
| 2012 | (0.20)A | (0.10)A | (0.15)A | (0.12)A |
| 2013 | (0.13)A | 0.06A | (0.06)A | (0.15)E |
| 2014 | (0.04)E | 0.27E | 0.27E | 0.24E |

All values in USD unless otherwise noted.

xclusive use of Adam Coboum (acobourn@onex.com) at Onex Corporation

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 9.**

HIGHLY CONFIDENTIAL                                          JELD-WEN-01084161

JW-SEC-01083458



**RBC Capital Markets**

Masonite International Corp.

## Target/Upside/Downside Scenarios

### Exhibit 1: Masonite International Corp.



Source: RBC Capital Markets estimates

### Target price/ base case

Our $55 price target is based on FY15E EBITDA of $200 MM and an EV/EBITDA multiple of 10.0x. We use a 9% WACC to discount the terminal value along with intermittent cash flows to arrive at our enterprise value. Our FY15E EBITDA forecast of $200 MM is based on revenues of $2.02 BN and an EBITDA margin of 9.9%. We believe that DOOR should trade at the high end of the historical range (6.0x to 10.0x) for building product companies in order to reflect the company's strong competitive position in the residential door market along with the low interest rate environment.

### Upside scenario

In our upside scenario, we believe that DOOR could be worth $64 based on FY15E EBITDA of $230 MM and an EV/EBITDA multiple of 10.0x. In this scenario, we would expect revenue growth to accelerate in response to increased repair & remodel spending and a firmer pricing environment.

### Downside scenario

In our downside scenario, we believe that DOOR could be worth $33 based on FY15E EBITDA of $160 MM and an EV/EBITDA multiple of 8.0x. In this scenario, we would expect revenue growth to decelerate in response to a more gradual recovery in the housing market. We would also expect pricing to remain under pressure.

## Investment summary

**Market Leader in North American Door Market:** Masonite has the No. 1 or No. 2 market share in seven of the eight product categories in which it competes. Management has made eight acquisitions for $285 MM since 2010, which solidified the company's leadership position in the residential door market while also providing entry into commercial markets that have higher margins.

**Industry Consolidation Drives Better Pricing Dynamics:** Prior to the downturn, the North American door market was highly fragmented. Since the end of the downturn, Masonite (market share: 40%) and JELD-WEN (40%) have consolidated the market for residential interior doors by acquiring distressed competitors. The combination of higher volumes and fewer competitors supports a firmer pricing environment.

**Recovery in Residential and Commercial Markets Drives Incremental Volume Growth:** Primary end markets within North America include new residential construction (25% of total sales), residential repair and remodeling (33%), and commercial construction (15%). The balance of revenues (27%) represents international sales generated outside North America. We expect that U.S. housing starts will rise by ~15% annually from 780,000 (FY12A) to 1.15 million (FY15E) and envision R&R spending climbing by at least 5% per year during the same period, which together should help drive incremental volume growth.

**Seasoned Management Team with Strong Track Record of Cost Control:** Management has made sizable investments in automated manufacturing technology and cost-reduction initiatives spearheaded by the closure of more than 50 plants, which have resulted in more than $115 MM of cumulative savings since 2008.

**Investment Risks:** (1) Sluggish Recovery in Housing Could Limit EBITDA Growth: Masonite's ability to achieve substantial EBITDA growth is heavily dependent on continued improvement in the US housing market. (2) Soft Pricing Environment Potentially Limits Margin Expansion: If the pricing environment fails to improve, Masonite will most likely continue to experience soft gross margin performance. (3) High Customer Concentration: In FY12A, Masonite's top ten customers accounted for approximately 40% of the company's sales. The Home Depot and Lowe's accounted for approximately 16% and 10% of total sales in FY12A, respectively. (4) Sizable European Exposure: Europe accounts for approximately 20% of total revenues. We anticipate that European demand will remain soft during the next several quarters in response to sluggish economic activity.

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   2

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

JELD-WEN-01084162

JW-SEC-01083459

**RBC Capital Markets**

Masonite International Corp.

## Valuation

Our $55 price target is based on FY15E EBITDA of $200 MM and an EV/EBITDA multiple of 10.0x. We use a 9% WACC to discount the terminal value along with intermittent cash flows to arrive at our enterprise value. Our FY15E EBITDA forecast of $200 MM is based on revenues of $2.02 BN and an EBITDA margin of 9.9%. We believe that DOOR should trade at the high end of the historical range (6.0x to 10.0x) for building product companies in order to reflect the company's strong competitive position in the residential door market along with the low interest rate environment.

## Price target impediments

**(1) Sluggish Recovery in Housing Could Limit EBITDA Growth:** Masonite's ability to achieve substantial EBITDA growth is heavily dependent on continued improvement in the US housing market. Developments including an increase in interest rates, limited credit availability, and/or other factors that impede the slope of the housing recovery or derail it altogether would negatively affect Masonite's financial performance.

**(2) Soft Pricing Environment Potentially Limits Margin Expansion:** Soft volumes and intense competition have led to a challenging pricing environment characterized by intense promotional activity and unfavorable mix in the period from 3Q11A to 1Q13A. If the pricing environment fails to improve, Masonite will most likely continue to experience soft gross margin performance.

**(3) High Customer Concentration:** In FY12A, Masonite's top ten customers accounted for approximately 40% of the company's sales. The Home Depot and Lowe's accounted for approximately 16% and 10% of total sales in FY12A, respectively.

**(4) Sizable European Exposure:** Europe accounts for approximately 20% of total revenues. We anticipate that European demand will remain soft during the next several quarters in response to sluggish economic activity.

## Company Description

**Market Leader in North American Door Market:** Masonite (NYSE: DOOR) is one of the leading North American door manufacturers with an estimated 40% share of the market. Primary end markets within North America include new residential construction (25% of total sales), residential repair and remodeling (33%), and non-residential construction (15%). The balance of revenues (27%) represents international sales generated outside North America.

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   3

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084163

JW-SEC-01083460



**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

INCOME STATEMENT (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| Net Sales | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| COGS | 374.1 | 388.4 | 374.1 | 367.0 | 388.1 | 404.5 | 404.3 | 394.9 | 1,459.7 | 1,503.6 | 1,591.9 | 1,694.1 |
| Gross profit | 50.4 | 64.7 | 59.0 | 55.5 | 56.0 | 78.9 | 74.1 | 73.3 | 216.3 | 229.6 | 282.3 | 329.4 |
| SG&A | 47.0 | 56.0 | 51.4 | 53.2 | 48.8 | 57.5 | 52.6 | 52.9 | 208.1 | 207.6 | 211.9 | 218.5 |
| Restructuring | 1.4 | 1.8 | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11.4 | 4.5 | 0.0 | 0.0 |
| EBIT | 2.0 | 6.9 | 6.3 | 2.3 | 7.1 | 21.4 | 21.5 | 20.4 | (3.2) | 17.5 | 70.4 | 110.8 |
| Adjusted EBIT | 5.4 | 13.5 | 8.6 | 4.2 | 9.0 | 23.1 | 23.4 | 22.3 | 18.8 | 31.7 | 78.0 | 118.5 |
| Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| Interest expense, net | 8.3 | 8.2 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 8.3 | 31.5 | 33.1 | 33.3 | 28.4 |
| Other (income) expense, net | (0.2) | (0.4) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.3) | 0.5 | (1.1) | (1.2) | (1.2) |
| EBT | (6.1) | (1.0) | (1.8) | (5.7) | (0.9) | 13.4 | 13.4 | 12.4 | (35.2) | (14.5) | 38.3 | 83.7 |
| Provision for income taxes | (1.0) | (0.4) | (6.3) | (2.0) | (0.3) | 4.7 | 4.7 | 4.3 | (13.4) | (9.7) | 13.4 | 29.3 |
| Income from continuing operations | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (21.8) | (4.8) | 24.9 | 54.4 |
| Loss from discontinued operations, net of tax | (0.1) | (0.0) | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | (0.2) | 0.0 | 0.0 |
| Net income | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (20.3) | (5.0) | 24.9 | 54.4 |
| Minority interest | 0.7 | 0.6 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 |
| Net (loss) income attributable to Masonite | (5.8) | (1.2) | 3.6 | (4.4) | (1.3) | 8.0 | 8.0 | 7.3 | (23.2) | (7.8) | 22.0 | 51.5 |
| Adjusted net income | (3.6) | 1.7 | (1.7) | (4.4) | (1.3) | 8.0 | 8.0 | 7.3 | (15.7) | (8.0) | 22.0 | 51.5 |
| **NET INCOME PER SHARE** | | | | | | | | | | | | |
| Diluted Reported EPS | ($0.21) | ($0.04) | $0.12 | ($0.15) | ($0.04) | $0.27 | $0.27 | $0.24 | ($0.84) | ($0.27) | $0.73 | $1.72 |
| Adjusted EPS | ($0.13) | $0.06 | ($0.06) | ($0.15) | ($0.04) | $0.27 | $0.27 | $0.24 | ($0.57) | ($0.28) | $0.73 | $1.72 |
| Diluted Shares Outstanding | 28.0 | 28.0 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 27.6 | 28.9 | 29.9 | 29.9 |
| **Y/Y GROWTH TRENDS** | | | | | | | | | | | | |
| Revenues | 6.1% | 4.7% | 1.9% | 1.0% | 4.6% | 6.7% | 10.5% | 10.8% | 12.5% | 3.4% | 8.1% | 8.0% |
| Adjusted EBITDA | 32.8% | 24.2% | 13.8% | -2.7% | 12.8% | 31.0% | 54.2% | 73.6% | 18.6% | 16.2% | 41.6% | 25.0% |
| Diluted EPS | 188.5% | -69.3% | -133.9% | -45.1% | -79.0% | -716.6% | 120.7% | -265.5% | 254.2% | -67.8% | -371.1% | 134.4% |
| **MARGIN PERFORMANCE** | | | | | | | | | | | | |
| Gross profit | 11.9% | 14.3% | 13.6% | 13.1% | 12.6% | 16.3% | 15.5% | 15.7% | 12.9% | 13.2% | 15.1% | 16.3% |
| SG&A | 11.1% | 12.4% | 11.9% | 12.6% | 11.0% | 11.9% | 11.0% | 11.3% | 12.4% | 12.0% | 11.3% | 10.8% |
| Adjusted EBITDA | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |
| y/y Change | 1.2% | 1.2% | 0.7% | -0.2% | 0.5% | 1.7% | 2.6% | 3.2% | 0.3% | 0.7% | 2.0% | 1.3% |
| Incremental Adj. EBITDA Margin | 26.5% | 32.1% | 42.6% | -15.7% | 17.2% | 34.2% | 34.0% | 39.1% | 8.2% | 27.5% | 33.3% | 26.7% |
| Adjusted income from operations | 1.3% | 3.0% | 2.0% | 1.0% | 2.0% | 4.8% | 4.9% | 4.8% | 1.1% | 1.8% | 4.2% | 5.9% |
| Tax Rate % | 17.0% | 42.1% | 357.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 38.0% | 66.9% | 35.0% | 35.0% |
| Net Income | -1.4% | -0.3% | 0.8% | -1.0% | -0.3% | 1.7% | 1.7% | 1.6% | -1.4% | -0.5% | 1.2% | 2.5% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   4

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084164

JW-SEC-01083461

**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)
SUMMARY FINANCIALS (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| Revenues | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| EBITDA Margin | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |
| EBITDA Growth | 32.8% | 24.2% | 13.8% | -2.7% | 12.8% | 31.0% | 54.2% | 71.6% | 18.6% | 16.2% | 41.6% | 25.0% |
| Cash from Operations (CFFO) | (4.0) | 6.8 | 27.0 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.7 | 81.9 | 97.1 | 120.2 |
| Less: Net Capex | (4.6) | (8.3) | (2.6) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (46.9) | (31.6) | (52.5) | (56.7) |
| Free Cash Flow | (8.7) | (1.5) | 24.4 | 36.0 | (5.0) | 0.1 | 16.3 | 33.2 | 8.7 | 50.3 | 44.6 | 63.5 |
| FCF/EBITDA | -33.1% | -4.4% | 85.8% | 144.4% | -17.0% | 0.3% | 37.1% | 77.7% | 9.0% | 44.5% | 27.9% | 31.8% |
| FCF Growth | -72.6% | 42.0% | -14.4% | 189.5% | -42.1% | -109.8% | -33.4% | -7.7% | NM | 476.1% | -11.3% | 42.4% |
| **CAPITALIZATION** | | | | | | | | | | | | |
| Gross Debt | 378.6 | 378.2 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.8 | 378.0 | 378.0 | 303.0 |
| Cash | (109.7) | (92.9) | (113.2) | (149.2) | (144.2) | (144.3) | (160.6) | (193.8) | (122.3) | (149.2) | (193.8) | (178.6) |
| Net Debt | 269.0 | 285.3 | 264.9 | 228.9 | 233.9 | 233.7 | 217.5 | 184.2 | 256.5 | 228.9 | 184.2 | 124.4 |
| Share Price | $44.75 | $52.00 | $49.24 | $49.24 | $49.24 | $49.24 | $49.24 | $49.24 | $33.00 | $49.24 | $49.24 | $49.24 |
| Shares O/S (millions) | 28.0 | 28.0 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 29.9 | 27.6 | 28.9 | 29.9 | 29.9 |
| Market Value of Equity | 1,250.8 | 1,454.1 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 1,472.0 | 912.2 | 1,424.3 | 1,472.0 | 1,472.0 |
| Enterprise Value (EV) | 1,519.8 | 1,739.4 | 1,736.9 | 1,700.9 | 1,705.9 | 1,705.8 | 1,689.5 | 1,656.2 | 1,168.7 | 1,653.2 | 1,656.2 | 1,596.5 |
| **CREDIT STATISTICS** | | | | | | | | | | | | |
| LTM EBITDA | 103.7 | 110.2 | 113.7 | 113.0 | 116.4 | 126.7 | 142.2 | 160.0 | 97.3 | 113.0 | 160.0 | 200.0 |
| LTM Interest Expense | 33.1 | 32.8 | 33.2 | 33.1 | 33.2 | 33.3 | 33.3 | 33.3 | 31.5 | 33.1 | 33.3 | 28.4 |
| LTM EBITDA/Interest Expense | 3.1x | 3.4x | 3.4x | 3.4x | 3.5x | 3.8x | 4.3x | 4.8x | 3.1x | 3.4x | 4.8x | 7.1x |
| Debt/LTM EBITDA | 3.7x | 3.4x | 3.3x | 3.3x | 3.2x | 3.0x | 2.7x | 2.4x | 3.9x | 3.3x | 2.4x | 1.5x |
| Net Leverage | 2.6x | 2.6x | 2.3x | 2.0x | 2.0x | 1.8x | 1.5x | 1.2x | 2.6x | 2.0x | 1.2x | 0.6x |
| EV/EBITDA | 14.7x | 15.8x | 15.3x | 15.1x | 14.7x | 13.5x | 11.9x | 10.3x | 12.0x | 15.1x | 10.3x | 8.0x |
| **LIQUIDITY** | | | | | | | | | | | | |
| Revolver ($125 MM) @ 1ML + 2.00% | 125.0 | 121.2 | 123.5 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 | 125.0 |
| Cash | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |
| Total Liquidity | 234.7 | 214.1 | 236.7 | 274.2 | 269.2 | 269.3 | 285.6 | 318.8 | 247.3 | 274.2 | 318.8 | 303.6 |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   5

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084165

JW-SEC-01083462

**RBC Capital Markets**

Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

SEGMENT PERFORMANCE (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **SALES** | | | | | | | | | | | | |
| North America | 319.5 | 346.9 | 333.1 | 320.5 | 338.6 | 376.4 | 378.1 | 365.4 | 1,225.4 | 1,320.0 | 1,458.5 | 1,604.4 |
| Europe, Asia and Latin America | 92.4 | 92.2 | 86.0 | 87.4 | 93.4 | 92.7 | 86.4 | 88.3 | 385.3 | 358.0 | 360.7 | 364.3 |
| Africa | 16.5 | 18.8 | 18.1 | 18.8 | 16.5 | 18.8 | 18.1 | 18.8 | 81.8 | 72.1 | 72.1 | 72.1 |
| Intersegment | (3.9) | (4.8) | (4.1) | (4.2) | (4.4) | (4.4) | (4.1) | (4.2) | (16.5) | (17.0) | (17.2) | (17.3) |
| Total sales | 424.5 | 453.1 | 433.1 | 422.5 | 444.1 | 483.5 | 478.4 | 468.2 | 1,676.0 | 1,733.2 | 1,874.2 | 2,023.5 |
| **SALES GROWTH Y/Y** | | | | | | | | | | | | |
| North America | 13.3% | 9.2% | 4.3% | 4.5% | 6.0% | 8.5% | 13.5% | 14.0% | 21.3% | 7.7% | 10.5% | 10.0% |
| Europe, Asia and Latin America | -10.2% | -5.5% | -4.3% | -8.0% | 1.0% | 0.5% | 0.5% | 1.0% | -5.1% | -7.1% | 0.8% | 1.0% |
| Africa | -16.6% | -15.2% | -10.0% | -5.0% | 0.0% | 0.0% | 0.0% | 0.0% | -8.7% | -11.8% | 0.0% | 0.0% |
| Intersegment | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Sales Growth | 6.1% | 4.7% | 1.9% | 1.0% | 4.6% | 6.7% | 10.5% | 10.8% | 12.5% | 3.4% | 8.1% | 8.0% |
| **SALES (CONTRIBUTION %)** | | | | | | | | | | | | |
| North America | 75.3% | 76.6% | 76.9% | 75.9% | 76.3% | 77.9% | 79.0% | 78.0% | 73.1% | 76.2% | 77.8% | 79.3% |
| Europe, Asia and Latin America | 21.8% | 20.4% | 19.9% | 20.7% | 21.0% | 19.2% | 18.1% | 18.9% | 23.0% | 20.7% | 19.2% | 18.0% |
| Africa | 3.9% | 4.1% | 4.2% | 4.4% | 3.7% | 3.9% | 3.8% | 4.0% | 4.9% | 4.2% | 3.8% | 3.6% |
| Intersegment | -0.9% | -1.1% | -0.9% | -1.0% | -1.0% | -0.9% | -0.9% | -0.9% | -1.0% | -1.0% | -0.9% | -0.9% |
| Sales Contribution | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **ADJUSTED EBITDA** | | | | | | | | | | | | |
| North America | 20.5 | 28.1 | 25.1 | 22.4 | 23.7 | 38.4 | 40.5 | 40.2 | 73.8 | 96.1 | 142.7 | 182.1 |
| Europe, Asia and Latin America | 4.6 | 4.3 | 1.5 | 1.7 | 4.8 | 4.4 | 1.6 | 1.9 | 17.1 | 12.2 | 12.5 | 13.1 |
| Africa | 1.1 | 1.1 | 1.8 | 0.8 | 1.1 | 1.1 | 1.8 | 0.8 | 6.4 | 4.7 | 4.8 | 4.8 |
| Consolidated Adjusted EBITDA | 26.2 | 33.5 | 28.4 | 24.9 | 29.5 | 43.8 | 43.9 | 42.8 | 97.3 | 113.0 | 160.0 | 200.0 |
| **ADJUSTED EBITDA MARGIN** | | | | | | | | | | | | |
| North America | 6.4% | 8.1% | 7.5% | 7.0% | 7.0% | 10.2% | 10.7% | 11.0% | 6.0% | 7.3% | 9.8% | 11.3% |
| Europe, Asia and Latin America | 5.0% | 4.7% | 1.7% | 2.0% | 5.1% | 4.7% | 1.8% | 2.1% | 4.4% | 3.4% | 3.5% | 3.6% |
| Africa | 6.5% | 5.8% | 10.2% | 4.0% | 6.5% | 5.8% | 10.2% | 4.0% | 7.8% | 6.6% | 6.6% | 6.6% |
| Consolidated Adjusted EBITDA Margin | 6.2% | 7.4% | 6.6% | 5.9% | 6.7% | 9.1% | 9.2% | 9.1% | 5.8% | 6.5% | 8.5% | 9.9% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 15, 2013

Robert Wetenhall  (212) 618-3251; robert.wetenhall@rbccm.com   6

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084166

JW-SEC-01083463



Masonite International Corp.

## Masonite International Corp. (NYSE: DOOR)

BALANCE SHEET (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **ASSETS** | | | | | | | | | | | | |
| Cash and cash equivalents | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |
| Restricted cash | 14.1 | 26.5 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 12.8 | 14.1 | 14.1 | 14.1 |
| Accounts receivable, net | 270.5 | 273.0 | 270.6 | 265.9 | 273.7 | 278.5 | 280.5 | 282.4 | 256.7 | 265.9 | 282.4 | 304.9 |
| Inventories | 204.0 | 217.8 | 234.9 | 197.7 | 203.7 | 218.5 | 240.0 | 213.7 | 208.8 | 197.7 | 213.7 | 227.4 |
| Prepaid expenses | 20.7 | 22.2 | 21.7 | 21.7 | 21.7 | 21.7 | 21.7 | 21.7 | 19.5 | 21.7 | 21.7 | 21.7 |
| Assets held for sale | 6.9 | 5.7 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 7.2 | 3.3 | 3.3 | 3.3 |
| Income taxes recoverable | 4.3 | 4.4 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 | 6.5 | 4.9 | 4.9 | 4.9 |
| Current deferred income taxes | 13.6 | 15.3 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 18.7 | 16.9 | 16.9 | 16.9 |
| Assets of discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Current Assets | 643.8 | 657.8 | 679.7 | 673.8 | 682.6 | 702.3 | 742.1 | 750.9 | 652.5 | 673.8 | 750.9 | 771.9 |
| PP&E, net | 627.2 | 614.9 | 619.3 | 618.8 | 615.0 | 612.3 | 609.4 | 606.3 | 648.4 | 618.8 | 606.3 | 598.0 |
| Investment in equity investees | 7.8 | 8.2 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 8.4 | 7.6 | 8.4 | 8.4 | 8.4 |
| Goodwill | 78.1 | 78.1 | 78.5 | 78.5 | 78.5 | 78.5 | 78.5 | 78.5 | 78.1 | 78.5 | 78.5 | 78.5 |
| Intangible assets | 213.9 | 209.7 | 207.8 | 203.6 | 199.4 | 195.1 | 190.9 | 186.6 | 219.6 | 203.6 | 186.6 | 170.2 |
| Other assets | 26.6 | 25.7 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.2 | 25.8 | 25.8 | 25.8 |
| Long-term deferred income taxes | 11.4 | 11.5 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 11.4 | 14.5 | 11.4 | 11.4 | 11.4 |
| Long-term assets of discontinued operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Assets** | 1,608.8 | 1,605.9 | 1,630.9 | 1,620.4 | 1,621.1 | 1,633.8 | 1,666.5 | 1,668.0 | 1,645.9 | 1,620.4 | 1,668.0 | 1,664.2 |
| | | | | | | | | | | | | |
| **LIABILITIES & SHAREHOLDERS' EQUITY** | | | | | | | | | | | | |
| Bank indebtedness | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts payable | 103.5 | 110.4 | 109.4 | 103.0 | 112.3 | 117.7 | 120.0 | 113.4 | 93.3 | 103.0 | 113.4 | 120.7 |
| Accrued expenses | 127.7 | 124.6 | 140.6 | 140.8 | 133.6 | 132.9 | 155.3 | 156.1 | 139.4 | 140.8 | 156.1 | 168.5 |
| Income taxes payable | 0.9 | 1.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.2 | 2.5 | 2.5 | 2.5 |
| Current deferred income taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Current Liabilities | 232.1 | 235.9 | 252.5 | 246.3 | 248.4 | 253.1 | 277.8 | 272.0 | 234.9 | 246.3 | 272.0 | 291.7 |
| Long-term debt, less current installments | 378.6 | 378.2 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.0 | 378.8 | 378.0 | 378.0 | 303.0 |
| Deferred income taxes | 108.8 | 109.5 | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 | 105.0 | 133.4 | 105.0 | 105.0 | 105.0 |
| Other long-term liabilities | 71.8 | 71.1 | 68.1 | 68.1 | 68.1 | 68.1 | 68.1 | 68.1 | 61.0 | 68.1 | 68.1 | 68.1 |
| Total Liabilities | 791.4 | 794.7 | 803.7 | 797.5 | 799.5 | 804.3 | 829.0 | 823.1 | 808.1 | 797.5 | 823.1 | 767.9 |
| Non-controlling interest | 31.2 | 30.7 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 | 31.3 |
| Total shareholders' equity | 786.2 | 780.5 | 796.0 | 791.5 | 790.2 | 798.2 | 806.2 | 813.5 | 806.5 | 791.5 | 813.5 | 865.0 |
| **Total Liabilities & S.E.** | 1,608.8 | 1,605.9 | 1,630.9 | 1,620.4 | 1,621.1 | 1,633.8 | 1,666.5 | 1,668.0 | 1,645.9 | 1,620.4 | 1,668.0 | 1,664.2 |
| | | | | | | | | | | | | |
| **NET WORKING CAPITAL (DAYS)** | | | | | | | | | | | | |
| (+) Accounts receivable | 58 | 58 | 57 | 56 | 57 | 57 | 56 | 55 | 56 | 56 | 55 | 55 |
| (+) Inventory | 50 | 53 | 57 | 48 | 49 | 52 | 56 | 49 | 52 | 48 | 49 | 49 |
| (-) Accounts payable & accrued expenses | (26) | (27) | (27) | (25) | (27) | (28) | (28) | (26) | (23) | (25) | (26) | (26) |
| Net working capital (days) | 83 | 84 | 88 | 79 | 79 | 81 | 84 | 78 | 85 | 79 | 78 | 78 |
| | | | | | | | | | | | | |
| N.W.C./Sales | 21.8% | 22.1% | 22.9% | 20.8% | 20.8% | 21.3% | 21.9% | 20.4% | 22.2% | 20.8% | 20.4% | 20.3% |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com   7

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084167

JW-SEC-01083464

## RBC Capital Markets

Masonite International Corp.

### Masonite International Corp. (NYSE: DOOR)
CASH FLOW STATEMENT (US$ in millions)

| | Quarterly | | | | Quarterly | | | | Annual | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar-13 1Q13A | Jun-13 2Q13A | Sep-13 3Q13A | Dec-13 4Q13E | Mar-14 1Q14E | Jun-14 2Q14E | Sep-14 3Q14E | Dec-14 4Q14E | Dec-12 FY12A | Dec-13 FY13E | Dec-14 FY14E | Dec-15 FY15E |
| **CASH FLOW FROM OPERATING ACTIVITIES:** | | | | | | | | | | | | |
| Net income | (5.1) | (0.6) | 4.5 | (3.7) | (0.6) | 8.7 | 8.7 | 8.0 | (20.3) | (5.0) | 24.9 | 54.4 |
| Loss from discontinued operations, net of tax | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.5) | 0.2 | 0.0 | 0.0 |
| Depreciation | 16.5 | 15.7 | 15.5 | 16.5 | 16.3 | 16.3 | 16.3 | 16.3 | 63.3 | 64.2 | 65.0 | 65.0 |
| Amortization of intangible assets | 4.3 | 4.3 | 4.3 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 15.1 | 17.1 | 17.0 | 16.4 |
| Amortization of debt issue costs | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.4 | 0.0 | 0.0 |
| Share based compensation expense | 1.8 | 2.1 | 1.8 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 6.5 | 7.7 | 7.7 | 7.7 |
| Deferred income taxes | (1.5) | (0.7) | (6.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (15.6) | (8.8) | 0.0 | 0.0 |
| Unrealized foreign exchange loss | (0.0) | (0.1) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | (0.3) | 0.0 | 0.0 |
| Share of loss (income) from equity investees, net of tax | (0.2) | (0.4) | (0.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.7) | (0.8) | 0.0 | 0.0 |
| Dividend from equity investees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 0.0 |
| Pension and post-retirement (funding) expense, net | (0.9) | 0.5 | (4.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (3.7) | (4.6) | 0.0 | 0.0 |
| Non-cash accruals and interest | 0.3 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.4 | 0.0 | 0.0 |
| Loss on sale of fixed assets | 0.1 | 0.9 | (2.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | (1.8) | 0.0 | 0.0 |
| Impairment of fixed assets | 0.0 | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 1.9 | 0.0 | 0.0 |
| Total P/L Adjustments | 20.5 | 24.4 | 8.0 | 22.6 | 22.4 | 22.4 | 22.4 | 22.4 | 71.5 | 75.5 | 89.7 | 89.1 |
| Change in working capital | (19.4) | (16.9) | 14.6 | 33.1 | (14.4) | (17.5) | (1.5) | 15.9 | 4.5 | 11.4 | (17.4) | (23.3) |
| Net cash provided by cont. ops. | (4.0) | 6.8 | 27.0 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.7 | 81.9 | 97.1 | 120.2 |
| Net cash provided by disc. ops. | 0.0 | (0.3) | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 |
| **Net cash provided by operating activities** | (4.0) | 6.5 | 27.3 | 52.0 | 7.4 | 13.7 | 29.7 | 46.3 | 55.2 | 81.9 | 97.1 | 120.2 |
| **CASH FLOW FROM INVESTING ACTIVITIES:** | | | | | | | | | | | | |
| Proceeds from sale of PP&E | 1.8 | 1.5 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 9.3 | 0.0 | 0.0 |
| Additions to PP&E | (6.4) | (9.8) | (8.6) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (48.4) | (40.9) | (52.5) | (56.7) |
| Cash used in acquisitions | 0.0 | 0.0 | (15.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (88.4) | (15.1) | 0.0 | 0.0 |
| Dividend from equity investees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash | (1.4) | (12.3) | 12.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | (1.4) | 0.0 | 0.0 |
| Other, net | (1.1) | (0.4) | (0.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.6) | (2.5) | 0.0 | 0.0 |
| Net cash provided by cont. ops. | (7.1) | (21.0) | (6.3) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (137.8) | (50.5) | (52.5) | (56.7) |
| Net cash provided by disc. ops. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 |
| **Net cash provided by investing activities** | (7.1) | (21.0) | (6.3) | (16.0) | (12.4) | (13.5) | (13.4) | (13.1) | (136.1) | (50.5) | (52.5) | (56.7) |
| **CASH FLOW FROM FINANCING ACTIVITIES:** | | | | | | | | | | | | |
| Repayment of long-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (375.0) |
| Change in bank indebtedness | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Distributions to non-controlling interests | (0.5) | (0.8) | (0.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (5.7) | (1.7) | 0.0 | 0.0 |
| Proceeds from issuance of long-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 103.5 | 0.0 | 0.0 | 300.0 |
| Payment of financing costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.0) | 0.0 | 0.0 | (3.6) |
| Proceeds from issuance of equity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Return of capital paid | 0.0 | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1.5) | (1.3) | 0.0 | 0.0 |
| Net cash provided by cont. ops. | (0.5) | (0.8) | (1.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94.2 | (3.0) | 0.0 | (78.8) |
| Net cash provided by disc. ops. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cash provided by financing activities** | (0.5) | (0.8) | (1.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94.2 | (3.0) | 0.0 | (78.8) |
| FX Impact | (1.0) | (1.4) | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.2) | (1.5) | 0.0 | 0.0 |
| Net increase in cash and cash equivalents | (12.7) | (16.7) | 20.2 | 36.0 | (5.0) | 0.1 | 16.3 | 33.2 | 13.1 | 26.9 | 44.6 | (15.2) |
| Cash: BOP | 122.3 | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 109.2 | 122.3 | 149.2 | 193.8 |
| **Cash: EOP** | 109.7 | 92.9 | 113.2 | 149.2 | 144.2 | 144.3 | 160.6 | 193.8 | 122.3 | 149.2 | 193.8 | 178.6 |

Source: RBC Capital Markets estimates and Company Filings

Robert C. Wetenhall, Jr. (Analyst) | Tel: 212-618-3251 | Email: robert.wetenhall@rbccm.com

November 15, 2013

Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com    8

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL

JELD-WEN-01084168

JW-SEC-01083465



Masonite International Corp.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Masonite International Corp..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Masonite International Corp. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to Masonite International Corp..

RBC Capital Markets has provided Masonite International Corp. with non-securities services in the past 12 months.

The author is employed by RBC Capital Markets, LLC, a securities broker-dealer with principal offices located in New York, USA.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average. Although RBC Capital Markets' ratings of Top Pick (TP)/Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

**Ratings**

**Top Pick (TP):** Represents analyst's best idea in the sector; expected to provide significant absolute total return over 12 months with a favorable risk-reward ratio.

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Risk Rating**

As of March 31, 2013, RBC Capital Markets suspends its Average and Above Average risk ratings. The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Top Pick(TP)/Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis (as described above).

|  |  |  | Investment Banking Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- |
| **Distribution of ratings** RBC Capital Markets, Equity Research As of 30-Sep-2013 | | | | |
| Rating | Count | Percent | Count | Percent |
| BUY [Top Pick & Outperform] | 769 | 51.00 | 271 | 35.24 |
| HOLD [Sector Perform] | 656 | 43.50 | 179 | 27.29 |
| SELL [Underperform] | 83 | 5.50 | 13 | 15.66 |

November 15, 2013                                        Robert Wetenhall   (212) 618-3251; robert.wetenhall@rbccm.com    9

For the exclusive use of Adam Cobourn (acobourn@onex.com) at Onex Corporation

HIGHLY CONFIDENTIAL                                                    JELD-WEN-01084169

JW-SEC-01083466

## Kirk Hachigian

| | |
|---|---|
| **From:** | John Linker <JohnL@jeld-wen.com> |
| **Sent:** | Monday, February 24, 2014 4:06 PM |
| **To:** | Philip Orsino; John Ambruz; KHachigian@skykarr.com; Mark Thurman; Scott Cottrill; Barry Homrighaus; Mike Ward; Jim Morrison |
| **Subject:** | RE: Masonite acquisition of Door Stop (UK) |
| **Attachments:** | DOOR.N-Transcript-[2].pdf; Masonite Q4 2013.pdf; Q4 2013 Earnings Release FINAL.pdf |

Please see attached for the Masonite earnings presentation, earnings release, and transcript from the conference call today.

Not much additional commentary on the acquisition, other than that the purchase price was 6.5x Adjusted EBITDA.

A few quick thoughts on the call:
- They talked about the impact of weather YTD in 2014.  Mentioned they have had 35 down plant days and weather has been so severe in Jan-Feb they did not want to give financial guidance on the quarter until they saw how March recovered.  That's a strong indication that their Q1 is terrible.
- Seeing 4-7% price increases on home center channel
- Believe that prices on distribution channel will hold
- Asked if they had any line reviews upcoming in Q1 2014 -  the answer was no
- Plant utilization:  Laurel 65-70%, Ireland 50%
- Capex – targeting 2.5-3.0%% of sales for 2014
- Incremental EBITDA on $1 of sales (excluding pricing) – still using a 25% figure for this

John

---

**From:** Philip Orsino
**Sent:** Monday, February 24, 2014 8:23 AM
**To:** John Ambruz; 'KHachigian@skykarr.com'; John Linker; Mark Thurman; Scott Cottrill; Barry Homrighaus; Mike Ward; Jim Morrison
**Subject:** Re: Masonite acquisition of Door Stop (UK)

This is a good deal for Masonite. Gives them a direct route to sale of fiberglass. Agree we need Mike's view.

We looked at fiberglass in Europe over the years. Remember until the beginning of this year JW didn't have the product to sell in the UK.

We discussed the fiberglass product with Howdens which would make the most sense for getting our product in the market. They are interested and we talked about it as recently as the IBS.

The fiberglass product is still in early stages in the UK as most exterior doors are not sold prehung and are wood so they can be fit into the block opening.

The question has always been can a fiberglass door be planed to the exact size. As prehung doors grow in demand the product will grow since it is well suited to UK weather.

We also were going to look at a design with a proud wood edge that could be sized on site.

There is still time in my opinion to enter this market in the UK and other parts of Europe as JW develops capacity and the right products.

1

HIGHLY CONFIDENTIAL

JELD-WEN-01084170

JW-SEC-01083467

This acquisition should not hurt our sales in the UK and hopefully develop greater demand for a product that in one or two years JW will be able to deliver.

As a starting point in the UK I'd stay close to Howdens (today sell slabs) and the new construction builders who can use prehungs.

Just some thoughts

Philip

2

HIGHLY CONFIDENTIAL

JELD-WEN-01084171

JW-SEC-01083468



**the beautiful door company**™

Contact: Joanne Freiberger
Vice President and Treasurer
813-739-1808
investorrelations@masonite.com

### MASONITE INTERNATIONAL CORPORATION REPORTS
### 2013 FOURTH QUARTER AND FULL YEAR RESULTS

(Tampa, FL, February 24, 2014) - Masonite International Corporation ("Masonite" or the "Company") (NYSE: DOOR) today announced results for the three months and fiscal year ended December 29, 2013 that were in line with previously announced preliminary results.

**Executive Summary**

- Net sales increased $2.3 million, or 0.5%, to $420.5 million and $55.1 million, or 3.3%, to $1,731.1 million for the fourth quarter and fiscal year, respectively, over the comparable 2012 periods.
- Net loss attributable to Masonite increased $0.1 million to $7.6 million, or $0.25 per diluted share, and decreased $12.2 million to $11.0 million, or $0.39 per diluted share in the fourth quarter and fiscal year, respectively, versus the comparable 2012 periods.
- Adjusted EBITDA[1] decreased $7.8 million, or 30.5%, to $17.8 million and increased $8.6 million, or 8.8%, to $105.9 million in the fourth quarter and fiscal year, respectively, versus the comparable 2012 periods.

"2013 was an important year for Masonite as two successful U.S. residential wholesale price increases allowed North American average unit price to turn positive for the first time in several years," said Fred Lynch, President and CEO. "Even more importantly, we recently implemented additional price increases across all North American residential distribution points as we strive to achieve appropriate value for the high quality products and services we provide."

**Fourth Quarter 2013 Discussion**

Net sales increased 0.5% to $420.5 million in the three months ended December 29, 2013, from $418.2 million in the comparable period of 2012. Excluding the unfavorable impact of foreign exchange, net sales would have increased by 1.7% to $425.3 million. This increase was primarily due to a $14.4 million improvement in average unit prices, partially offset by a $2.4 million decline due to lower unit volumes.

---

[1] See "Non-GAAP Financial Measure and Related Information" for definition and reconciliation to net income (loss) attributable to Masonite.

HIGHLY CONFIDENTIAL

JW-SEC-01083469

Net sales in the North America segment increased 5.2% to $322.5 million in the three months ended December 29, 2013, from $306.5 million in the three months ended December 30, 2012. The increase was primarily driven by improvements in average unit prices and increased unit volumes.

Net sales in the Europe, Asia and Latin America segment decreased 11.3% to $81.6 million in the three months ended December 29, 2013, from $92.0 million in the three months ended December 30, 2012. The decrease in net sales was primarily the result of lower unit volumes due to a strategic shift in our product lines and customer base in France as well as the decision to exit the Polish market.

Net sales in the Africa segment decreased 17.3% to $16.3 million in the three months ended December 29, 2013, from $19.7 million in the three months ended December 30, 2012. The decrease in net sales was primarily the result of a negative foreign exchange impact of $2.6 million and a decrease in unit volumes of $3.5 million, partially offset by an increase in average unit price of $2.7 million.

Total company gross profit decreased to $51.5 million in the three months ended December 29, 2013, from $52.9 million in the three months ended December 30, 2012. Gross profit margin decreased 40 basis points to 12.2% of net sales in the fourth quarter of 2013, from 12.6% of net sales in the fourth quarter of 2012.

In the three months ended December 29, 2013, selling, general and administrative expenses increased $2.3 million to $54.7 million, from $52.4 million in the three months ended December 30, 2012. This increase was primarily due to a $3.3 million benefit in the fourth quarter of 2012 related to a business interruption insurance claim associated with our Marshfield acquisition. Also contributing to the increase were $1.4 million of increased salaries and commissions as well as $0.4 million costs related to the registration and listing of Masonite's common shares. These increases were partially offset by a reduction in impairment and losses on sales of property, plant and equipment of $3.3 million. Overall selling, general and administrative expenses as a percentage of net sales increased 50 basis points in the fourth quarter of 2013 to 13.0%, from 12.5% in 2012.

Net loss attributable to Masonite increased $0.1 million to $7.6 million or $0.25 per diluted share, in the three months ended December 29, 2013, from $7.5 million or $0.27 per diluted share in the three months ended December 30, 2012.

Adjusted EBITDA decreased 30.5% to $17.8 million in the three months ended December 29, 2013, from $25.6 million in the comparable period of 2012.

**Full Year 2013 Discussion**

Net sales increased 3.3% to $1,731.1 million in the year ended December 29, 2013, from $1,676.0 million in 2012. Excluding the unfavorable impact of foreign exchange, net sales would have increased 4.2% to $1,746.8 million. This increase was due to $30.3 million related to increased unit volumes and $50.1 million related to higher average unit prices, partially offset by lower external sales of other products.

Net sales in the North America segment increased 8.0% to $1,321.6 million in the year ended December 29, 2013, from $1,224.1 million in the year ended December 30, 2012. This increase was

HIGHLY CONFIDENTIAL

JELD-WEN-01084173

JW-SEC-01083470

primarily driven by an increase in unit volumes, which contributed $67.4 million and higher average unit prices of $36.9 million.

Net sales in the Europe, Asia and Latin America segment decreased 8.2% to $339.9 million in the year ended December 29, 2013, from $370.3 million in the year ended December 30, 2012. The decrease in net sales was primarily the result of lower unit volumes due to the broader adverse economic conditions in Europe, a strategic shift in our customer and product lines in France and the decision to exit the Polish market.

Net sales in the Africa segment decreased 14.7% to $69.6 million in the year ended December 29, 2013, from $81.6 million in the year ended December 30, 2012. The decrease in net sales was primarily the result of a $12.3 million unfavorable impact from foreign exchange and $3.8 million related to a decrease in unit volumes, partially offset by an increase in average unit price of $4.1 million.

Total company gross profit increased to $225.5 million in the year ended December 29, 2013, from $216.3 million in the year ended December 30, 2012. Gross profit margin increased 10 basis points to 13.0% of net sales in the year ended December 29, 2013 from 12.9% of net sales in the year ended December 30, 2012.

Selling, general and administrative expenses increased $1.0 million to $209.1 million in the year ended December 29, 2013, from $208.1 million in the year ended December 30, 2012. A majority of the increase in 2013 was due to increases in depreciation, amortization and impairment of $2.7 million, costs related to the registration and listing of Masonite's shares of $2.4 million, and employee stock compensation expense of $1.2 million. In 2013, Masonite also recorded an incremental $1.2 million non-recurring benefit related to the final resolution of the Marshfield business interruption insurance claim noted above and recorded a $3.9 million reduction in impairment and losses on sales of property, plant and equipment. Overall, selling, general and administrative expenses as a percentage of net sales decreased 30 basis points in the year ended December 29, 2013 to 12.1%, from 12.4% in the year ended December 30, 2012.

Net loss attributable to Masonite decreased $12.2 million to $11.0 million or $0.39 per diluted share in the year ended December 29, 2013 from $23.2 million or $0.84 per diluted share in the year ended December 30, 2012.

Adjusted EBITDA increased 8.8% or $8.6 million to $105.9 million in the year ended December 29, 2013, from $97.3 million in the year ended December 30, 2012. Adjusted EBITDA in 2013 included a $1.2 million net recovery related to the final resolution of the Marshfield business interruption insurance claim.

**Subsequent Events**

On January 21, 2014 Masonite issued and sold $125 million of 8¼% Senior Notes due 2021 in a private offering exempt from the registration requirements of the Securities Act of 1933. The add-on notes priced at 108.75% plus accrued interest from October 15, 2013, to yield to worst 5.704%. The Company used a portion of the proceeds for today's announced acquisition of Door-Stop International and intends to use the remaining net proceeds from the sale of the notes for general corporate purposes, which may include funding future acquisitions.

HIGHLY CONFIDENTIAL

JELD-WEN-01084174

JW-SEC-01083471

## Masonite Earnings Conference Call

The Company will hold a live conference call and webcast on February 24, 2014. Access to the live audio webcast beginning at 9:00 a.m. ET can be obtained on the Masonite website under Investors > Events & Presentations. The webcast can be accessed at: 4Q13 Webcast Link.

Telephone access to the live call will be available at 877-407-8289 (in the U.S.) or by dialing 201-689-8341 (outside U.S.).

A telephone replay will be available approximately one hour following completion of the call through March 7, 2014. To access the replay, please dial 877-660-6853 (in the U.S.) or 201-612-7415 (outside U.S.). Enter Conference ID #13574652.

## About Masonite

Masonite International Corporation is a leading global designer and manufacturer of interior and exterior doors for the residential new construction; the residential repair, renovation and remodeling; and the non-residential building construction markets. Since 1925, Masonite has provided its customers with innovative products and superior service at compelling values. Masonite currently serves more than 7,000 customers in 80 countries. Additional information about Masonite can be found at www.masonite.com.

## Forward-looking Statements

*This document includes forward-looking statements, all of which are subject to risks and uncertainties. One can identify these forward-looking statements by their use of words such as "may," "might," "will," "should," "would," "outlook," "estimates," "projects," "plans," "anticipates," "expects," "intends," "forecasts," "targets," "believes," and other words of similar meaning, or by the fact that they do not relate strictly to historical or current facts. Such forward-looking statements reflect management's current beliefs and are based on information currently available to management. All forward-looking statements in this document are qualified by these cautionary statements. These forward-looking statements are likely to address, but may not be limited to, the Company's strategies relating to growth and cost containment; the Company's future operations; the Company's ability to effectively integrate acquisitions and achieve the intended benefits and synergies of the acquisitions; political and economic stability, especially in the geographic areas where the Company manufactures or sells its product; and improving global conditions in the door manufacturing and housing industries consistent with the Company's assumed levels of housing starts and repair, renovation and remodeling. Readers must carefully consider any such statements and should understand that such statements are based on management's current estimates and assumptions and are subject to many factors, risks and uncertainties which could cause actual results and developments to differ materially from the Company's forward-looking statements. These factors may include inaccurate assumptions and a broad variety of other known and unknown risks and uncertainties, including: general economic, market and business conditions; levels of residential new construction, residential repair, renovation and remodeling and non-residential building construction activity; competition; our ability to successfully implement our business strategy; ability to manage our operations including integrating our recent acquisitions and companies or assets we acquire in the future; our ability to generate sufficient cash flows to fund our capital expenditure requirements and to meet our debt service obligations, including our obligations under our senior notes and our senior secured asset-based credit facility; labor relations (i.e., disruptions, strikes or work stoppages), labor costs and availability of labor; increases in the costs of raw materials or any shortage in supplies; our ability to keep pace with technological developments; the actions by, and the continued success of, certain key customers; our*

4

HIGHLY CONFIDENTIAL

JELD-WEN-01084175

JW-SEC-01083472

*ability to maintain relationships with certain customers; new contractual commitments; the ability to generate the benefits of our restructuring activities; retention of key management personnel; environmental and other government regulations; limitations on operating our business as a result of covenant restrictions under our existing and future indebtedness, including our senior notes and our ABL Facility; and other factors publicly disclosed by the Company from time to time. No forward-looking statement can be guaranteed and actual future results may vary materially. Therefore, we caution you not to place undue reliance on our forward-looking statements. The Company disclaims any responsibility to update these forward-looking statements, whether as a result of new information, future events or otherwise unless required by applicable law.*

## Non-GAAP Financial Measure and Related Information

Adjusted EBITDA is a measure used by management to measure operating performance. Beginning in the fourth quarter of 2013, we revised our calculation of Adjusted EBITDA to exclude costs related to the registration and listing of Masonite's common shares. Management believes that the revised definition of Adjusted EBITDA better reflects the underlying performance of our reportable segments. The revision to this definition had no impact on our reported Adjusted EBITDA for the three months or year ended December 30, 2012, or January 1, 2012.  As revised, Adjusted EBITDA is defined as net income (loss) attributable to Masonite plus depreciation, amortization of intangible assets, restructuring costs, loss (gain) on sale of property, plant and equipment, impairment of property, plant and equipment, registration and listing fees, interest expense, net, other expense (income), net, income tax expense (benefit), loss (income) from discontinued operations, net of tax, net income attributable to non-controlling interest and share based compensation expense. Adjusted EBITDA is not a measure of financial condition or profitability under GAAP, and should not be considered as an alternative to (i) net income (loss) or net income (loss) attributable to Masonite determined in accordance with GAAP or (ii) operating cash flow determined in accordance with GAAP. Additionally, Adjusted EBITDA is not intended to be a measure of free cash flow for management's discretionary use, as it does not include certain cash requirements such as interest payments, tax payments and debt service requirements. We believe that the inclusion of Adjusted EBITDA in this press release is appropriate to provide additional information to investors about our operating performance. Not all companies use identical calculations, and as a result, this presentation of Adjusted EBITDA may not be comparable to other similarly titled measures of other companies. Moreover, Adjusted EBITDA as presented for financial reporting purposes herein, although similar, is not the same as similar terms in the applicable covenants in our ABL Facility or our senior notes. Adjusted EBITDA, as calculated under our ABL Facility or senior notes would also include, among other things, additional add-backs for amounts related to: cost savings projected by us in good faith to be realized as a result of actions taken or expected to be taken prior to or during the relevant period; fees and expenses in connection with certain plant closures and layoffs; and the amount of any restructuring charges, integration costs or other business optimization expenses or reserve deducted in the relevant period in computing consolidated net income, including any one-time costs incurred in connection with acquisitions. The table below sets forth a reconciliation of Adjusted EBITDA to net income (loss) attributable to Masonite for the periods indicated.

5

HIGHLY CONFIDENTIAL

JELD-WEN-01084176

JW-SEC-01083473

**MASONITE INTERNATIONAL CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands of U.S. dollars, except per share amounts)**
**(Unaudited)**

| | Three Months Ended | | Year Ended | |
| --- | --- | --- | --- | --- |
| | December 29, 2013 | December 30, 2012 | December 29, 2013 | December 30, 2012 |
| Net sales | $ 420,475 | $ 418,159 | $ 1,731,143 | $ 1,676,005 |
| Cost of goods sold | 369,007 | 365,301 | 1,505,636 | 1,459,701 |
| **Gross profit** | 51,468 | 52,858 | 225,507 | 216,304 |
| Selling, general and administration expenses | 54,692 | 52,412 | 209,070 | 208,058 |
| Restructuring costs | 6,163 | 6,380 | 10,630 | 11,431 |
| **Operating income (loss)** | (9,387) | (5,934) | 5,807 | (3,185) |
| Interest expense (income), net | 8,442 | 8,381 | 33,230 | 31,454 |
| Other expense (income), net | 3,092 | (669) | 2,316 | 528 |
| **Income (loss) from continuing operations before income tax expense (benefit)** | (20,921) | (13,646) | (29,739) | (35,167) |
| Income tax expense (benefit) | (13,661) | (7,027) | (21,377) | (13,365) |
| **Income (loss) from continuing operations** | (7,260) | (6,619) | (8,362) | (21,802) |
| Income (loss) from discontinued operations, net of tax | (402) | (40) | (598) | 1,480 |
| **Net income (loss)** | (7,662) | (6,659) | (8,960) | (20,322) |
| Less: net income (loss) attributable to non-controlling interest | (73) | 792 | 2,050 | 2,923 |
| **Net income (loss) attributable to Masonite** | $ (7,589) | $ (7,451) | $ (11,010) | $ (23,245) |
| Earnings (loss) per common share attributable to Masonite: | | | | |
| Basic | $ (0.25) | $ (0.27) | $ (0.39) | $ (0.84) |
| Diluted | $ (0.25) | $ (0.27) | $ (0.39) | $ (0.84) |
| Earnings (loss) per common share from continuing operations attributable to Masonite: | | | | |
| Basic | $ (0.28) | $ (0.26) | $ (0.37) | $ (0.89) |
| Diluted | $ (0.28) | $ (0.26) | $ (0.37) | $ (0.89) |

6

HIGHLY CONFIDENTIAL

JELD-WEN-01084177

JW-SEC-01083474

## MASONITE INTERNATIONAL CORPORATION
## CONDENSED CONSOLIDATED BALANCE SHEETS
### (In thousands of U.S. dollars, except share amounts)
### (Unaudited)

| | December 29, 2013 | December 30, 2012 |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 100,873 | $ 122,314 |
| Restricted cash | 13,831 | 12,769 |
| Accounts receivable, net | 243,823 | 256,666 |
| Inventories, net | 218,348 | 208,783 |
| Prepaid expenses | 22,371 | 19,546 |
| Assets held for sale | 3,408 | 7,211 |
| Income taxes receivable | 3,250 | 6,502 |
| Current deferred income taxes | 17,840 | 18,681 |
| **Total current assets** | 623,744 | 652,472 |
| Property, plant and equipment, net | 630,279 | 648,360 |
| Investment in equity investees | 7,483 | 7,633 |
| Goodwill | 78,404 | 78,122 |
| Intangible assets, net | 203,714 | 219,624 |
| Long-term deferred income taxes | 23,363 | 14,502 |
| Other assets, net | 24,158 | 25,235 |
| **Total assets** | $ 1,591,145 | $ 1,645,948 |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 98,936 | $ 93,311 |
| Accrued expenses | 128,924 | 139,383 |
| Income taxes payable | 732 | 2,194 |
| **Total current liabilities** | 228,592 | 234,888 |
| Long-term debt | 377,861 | 378,848 |
| Long-term deferred income taxes | 108,924 | 119,139 |
| Other liabilities | 50,206 | 75,258 |
| **Total liabilities** | 765,583 | 808,133 |
| Commitments and Contingencies | | |
| **Equity:** | | |
| Share capital: unlimited shares authorized, no par value, 29,085,021 and 27,943,774 shares issued and outstanding as of December 29, 2013, and December 30, 2012, respectively. | 646,196 | 633,910 |
| Additional paid-in capital | 230,306 | 240,784 |
| Accumulated deficit | (60,177) | (49,167) |
| Accumulated other comprehensive income (loss) | (19,601) | (18,984) |
| **Total equity attributable to Masonite** | 796,724 | 806,543 |
| Equity attributable to non-controlling interests | 28,838 | 31,272 |
| **Total equity** | 825,562 | 837,815 |
| **Total liabilities and equity** | $ 1,591,145 | $ 1,645,948 |

7

HIGHLY CONFIDENTIAL

JELD-WEN-01084178

JW-SEC-01083475

**MASONITE INTERNATIONAL CORPORATION**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURE**
**TO GAAP FINANCIAL MEASURE**
**(In thousands of U.S. dollars)**
**(Unaudited)**

|  | Three Months Ended | | Year Ended | |
|---|---|---|---|---|
|  | December 29, 2013 | December 30, 2012 | December 29, 2013 | December 30, 2012 |
| Adjusted EBITDA | $ 17,807 | $ 25,617 | $ 105,877 | $ 97,261 |
| Less (plus): |  |  |  |  |
| Depreciation | 14,398 | 15,862 | 62,080 | 63,348 |
| Amortization of intangible assets | 4,175 | 4,006 | 17,058 | 15,076 |
| Share based compensation expense | 2,000 | 1,912 | 7,752 | 6,517 |
| Loss (gain) on disposal of property, plant and equipment | 35 | 2,041 | (1,775) | 2,724 |
| Impairment of property, plant and equipment | — | 1,350 | 1,904 | 1,350 |
| Registration and listing fees | 423 | — | 2,421 | — |
| Restructuring costs | 6,163 | 6,380 | 10,630 | 11,431 |
| Interest expense (income), net | 8,442 | 8,381 | 33,230 | 31,454 |
| Other expense (income), net | 3,092 | (669) | 2,316 | 528 |
| Income tax expense (benefit) | (13,661) | (7,027) | (21,377) | (13,365) |
| Loss (income) from discontinued operations, net of tax | 402 | 40 | 598 | (1,480) |
| Net income (loss) attributable to non-controlling interest | (73) | 792 | 2,050 | 2,923 |
| Net income (loss) attributable to Masonite | $ (7,589) | $ (7,451) | $ (11,010) | $ (23,245) |

8

HIGHLY CONFIDENTIAL

JELD-WEN-01084179

JW-SEC-01083476



HIGHLY CONFIDENTIAL

JELD-WEN-01084180

JW-SEC-01083477

# Safe Harbor / Forward Looking Statements

This Investor Presentation contains forward-looking information and other forward-looking statements within the meaning of applicable Canadian and/or U.S. securities laws that involve known and unknown risks, uncertainties and other factors that may cause the actual results, performance or achievements of Masonite International Company (the "Company"), or industry results, to be materially different from any future plans, goals, targets, objectives, results, performance or achievements expressed or implied by such forward-looking statements.  When used in this Investor Presentation, such statements may contain such words as "may," might, "could," "will," would," "should," "expect," "believes," "outlook," "predict," "forecast," "objective," "remain," "anticipate," "estimate," "potential," "continue," "plan," "project," "targeting," or the negative of these terms or other similar terminology.

Forward-looking information in this Investor Presentation may include, without limitation, statements regarding intentions, goals, targets, preliminary results, performance, goals, achievements, operations, acquisitions and integration of acquired businesses, plans and objectives, strategies, business and economic conditions, and projected costs.  These statements reflect the Company's current expectations regarding future events and operating performance are based on information currently available to the Company and speak only as of the date of this Investor Presentation.  All forward-looking statements in this Investor Presentation are qualified by these cautionary statements.

Forward-looking statements involve significant risks and uncertainties, should not be read as guarantees of future performance or results, should not be unduly relied upon, and will not necessarily be accurate indications of whether or not such results will be achieved.  Factors that could cause actual results to differ materially from the results discussed in the forward-looking statements include, but are not limited to, general economic, market and business conditions; levels of residential new construction, residential repair, renovation and remodeling and non-residential building construction activity; competition; our ability to successfully implement  our business strategy;  our ability to manage our operations including integrating our recent acquisitions and companies or assets we acquire in the future; our ability to generate sufficient cash flows to fund our capital expenditure requirements and to meet our debt service obligations, including our obligations under our senior notes and our senior secured asset-backed credit facility; labor relations (i.e., disruptions, strikes or work stoppages), labor costs, and availability of labor; increases in the costs of raw materials or any shortage in supplies; our ability to keep pace with technological developments; the actions by, and the continued success of, certain key customers; our ability to maintain relationships with certain customers; new contractual commitments; our ability to generate the benefits of our restructuring activities; retention of key management personnel; environmental and other government regulations; limitations on operating our business as a result of covenant restrictions under our existing and future indebtedness, including our senior notes and senior secured asset-based credit facility; and other factors publicly disclosed by the company from time to time.

Forward-looking information is based on various material factors or assumptions, which are based on information currently available to the Company.  Material factors or assumptions that were applied in drawing a conclusion or making a target, objectives or goal set out in the following forward-looking information are as set out within this Investor Presentation.  Readers are cautioned that the preceding and enclosed list of material factors or assumptions is not exhaustive.  Although the forward-looking statements contained in this Investor Presentation are based upon what the Company believes are reasonable assumptions, the Company cannot assure readers that actual results will be consistent with these forward-looking statements.  These forward-looking statements are made as of the date of this Presentation, and should not be relied upon as presenting the Company's views on any date subsequent to such date.  The Company assumes no obligation to update or revise these forward-looking statements to reflect new information, events, and circumstances or otherwise, except in such circumstances as may be required by applicable law. For those who listen to the rebroadcast of this presentation, we remind you that the remarks made herein are as of today, and have not been updated subsequent to the initial earnings call.

2

HIGHLY CONFIDENTIAL

JELD-WEN-01084181

JW-SEC-01083478



# Non-GAAP Financial Measure

Adjusted EBITDA is a measure used by management to measure operating performance. Beginning in the fourth quarter of 2013, we revised our calculation of Adjusted EBITDA to exclude costs related to the registration and listing of Masonite's common shares. Management believes that the revised definition of Adjusted EBITDA better reflects the underlying performance of our reportable segments. The revision to this definition had no impact on our reported Adjusted EBITDA for the three months or year ended December 30, 2012, or January 1, 2012.  As revised, Adjusted EBITDA is defined as net income (loss) attributable to Masonite plus depreciation, amortization of intangible assets, restructuring costs, loss (gain) on sale of property, plant and equipment, impairment of property, plant and equipment, registration and listing fees, interest expense, net, other expense (income), net, income tax expense (benefit), loss (income) from discontinued operations, net of tax, net income attributable to non-controlling interest and share based compensation expense. Adjusted EBITDA is not a measure of financial condition or profitability under GAAP, and should not be considered as an alternative to (i) net income (loss) or net income (loss) attributable to Masonite determined in accordance with GAAP or (ii) operating cash flow determined in accordance with GAAP. Additionally, Adjusted EBITDA is not intended to be a measure of free cash flow for management's discretionary use, as it does not include certain cash requirements such as interest payments, tax payments and debt service requirements. We believe that the inclusion of Adjusted EBITDA in this press release is appropriate to provide additional information to investors about our operating performance. Not all companies use identical calculations, and as a result, this presentation of Adjusted EBITDA may not be comparable to other similarly titled measures of other companies. Moreover, Adjusted EBITDA as presented for financial reporting purposes herein, although similar, is not the same as similar terms in the applicable covenants in our ABL Facility or our senior notes. Adjusted EBITDA, as calculated under our ABL Facility or senior notes would also include, among other things, additional add-backs for amounts related to: cost savings projected by us in good faith to be realized as a result of actions taken or expected to be taken prior to or during the relevant period; fees and expenses in connection with certain plant closures and layoffs; and the amount of any restructuring charges, integration costs or other business optimization expenses or reserve deducted in the relevant period in computing consolidated net income, including any one-time costs incurred in connection with acquisitions. The table below sets forth a reconciliation of Adjusted EBITDA to net income (loss) attributable to Masonite for the periods indicated.

3

HIGHLY CONFIDENTIAL

JELD-WEN-01084182

JW-SEC-01083479



HIGHLY CONFIDENTIAL



# Company / Industry Update
## 2013 Summary

### 2013 New U.S. Housing Starts



Potential impact from higher Mortgage Rates and Home Prices

Source: U.S. Census Bureau

### 2013 Highlights

- U.S. New Housing Starts increased 18.7% vs. YA
  - Housing stalled mid year
- Two successful U.S. Wholesale price increases
  - Three consecutive quarters of average unit price increases in North America Segment
- Strengthened NA Stile & Rail Position
  - A leader in all seven product categories targeted
- Continued exit of non-core markets
- Listed on NYSE (DOOR)

### 2013 Headwinds

- Slow growth outside of North America Segment
  - Foreign exchange weighed against results
- Retail pricing remained competitive
  - Impact from Lowe's business loss

**Masonite's Balanced Growth Strategy is Setting the Stage for Future Growth**

HIGHLY CONFIDENTIAL

JELD-WEN-01084184

JW-SEC-01083481



# Company / Industry Update
## Residential Pricing Environment Improving

**2013 NA Price Increases Affected a Limited Percentage of Masonite's *Total Global* Business^**

25%

15%

**Q1'13**

**Q4'13**

U.S. Wholesale Mid Single Digit Increase on Certain Interior & Exterior Doors, Door Lites & Components

U.S. Wholesale Mid Single Digit Increase on Molded & Flush Interior Doors

**2014 NA Price Increases Have Been Broader Based^**

55%

**Q1'14**

North America Retail & U.S. Wholesale Mid-High Single Digit* Increase Across Interior & Exterior Doors

## Masonite is Committed to Capturing an Appropriate Value for the Products & Services We Provide

(^) – Percentages of net sales are approximate and based on management estimates .
(*) – The 2014 impact of North American retail pricing is expected to be up low-mid single digits once prior year price concessions are taken into account.

6

HIGHLY CONFIDENTIAL

JELD-WEN-01084185

JW-SEC-01083482

# Company / Industry Update
## Recent Retail Price Shops*



**Retailers have put in place what appears to be a more logical pricing progression across the product category**

| Retailer A | | | |
|---|---|---|---|



| 10/13 | 1/14 | 10/13 | 1/14 |
|---|---|---|---|
| $19-$26 | $22-$30 | $41 | $44-$49 |

| Retailer B | | | |
|---|---|---|---|



| 10/13 | 1/14 | 10/13 | 1/14 |
|---|---|---|---|
| $19-$26 | $29 | $41 | $49 |

(*) – Prices are for 6-panel, hollow core slab and bi-fold doors. Prices shown are based upon retail price shops conducted by Masonite in Oct. 2013 and Jan. 2014 across various markets with in the U.S.

## Recent U.S. Retail Price Shops Suggest Consumer Prices Have Increased

7

HIGHLY CONFIDENTIAL

JELD-WEN-01084186

JW-SEC-01083483

# Company / Industry Update
## Tuck-in Acquisitions: Door-Stop International



- Based in Nottingham, United Kingdom
- Specializes in fiberglass exterior doors
- Leading e-commerce platform with 3-day delivery
- High average unit prices, double-digit margins and strong EBITDA to cash conversion
- United Kingdom housing starts accelerating

  

(*) – Net of cash acquired

**Acquisition Details**

~$50 mm net purchase price*



Pre Acquisition

$7.6M TTM Adjusted EBITDA

~6.5x Pre Synergy Adjusted EBITDA

**UK Housing Market is Accelerating**



(in 000s)

Source: UK Office of National Statistics (Autumn 2013)

8

HIGHLY CONFIDENTIAL

# Company / Industry Update
## Tuck-In Acquisitions Have Created Leadership Positions



HIGHLY CONFIDENTIAL

JELD-WEN-01084188

JW-SEC-01083485

# Company / Industry Update
## Positive Construction Indicators Heading into 2014

### U.S. New Housing Starts & Completions



Source: U.S. Census Bureau (Feb 2014)

### 2014 Building Expectations Are Positive

- National Association of Homebuilders forecasts New Housing Starts of 1,055,000 in 2014
  - ➤ *14% year-over-year growth*

- Home Improvement Research Institute (HIRI) forecasts Home Improvement spend of $313 billion in 2014
  - ➤ *6.8% year-over-year growth*

- McGraw Hill Construction estimates 900K square feet of non-residential construction in 2014
  - ➤ *11.4% year-over-year growth*

### U.S. Repair, Renovation & Remodel



Source: HIRI (Sep 2013)

### U.S. Non-Residential Construction



Source: McGraw-Hill (4Q13)

## 2014 Market Indicators Remain Favorable for U.S. Building Activity

10

HIGHLY CONFIDENTIAL

JELD-WEN-01084189

JW-SEC-01083486

# Company / Industry Update
## Primary Focus Areas to Grow Share and Expand Margins



- Automation
- Product Line Leadership
- Electronic Enablement
- Sales and Marketing Excellence
- Strategic Tuck-In Acquisitions



The Combination of These Items is Expected to Grow Share and Expand Margins Beyond Macro Economic Recovery

11

HIGHLY CONFIDENTIAL

JELD-WEN-01084190

JW-SEC-01083487



HIGHLY CONFIDENTIAL

JELD-WEN-01084191

JW-SEC-01083488

# Fiscal 2013 Full Year Financial Results
## Door Volume, Net Sales and Adjusted EBITDA



Door Volume up 2.3%, Net Sales up 3.3%, Adjusted EBITDA up 8.8%

(^) - Does not include South Africa business
(*) - See appendix for non-GAAP reconciliations.

13

HIGHLY CONFIDENTIAL

JELD-WEN-01084192

JW-SEC-01083489

# Fiscal 2013 Full Year Financial Results
## Wholesale Volume Pacing Market, Retail Down Behind Lowe's Loss



**Wholesale Customer Unit Volume Increased Double Digits in 2013**

14

HIGHLY CONFIDENTIAL

JELD-WEN-01084193

JW-SEC-01083490

# Fiscal 2013 Full Year Financial Results
## Consolidated P&L Information

| | 2013 | 2012 | Change |
|---|---|---|---|
| Net Sales | $1,731.1 | $1,676.0 | +3.3% |
| Gross Profit | $225.5 | $216.3 | +4.3% |
| Gross Profit % | 13.0% | 12.9% | +10 bps. |
| SG&A | $209.1 | $208.1 | +0.5% |
| SG&A % | 12.1% | 12.4% | -30 bps. |
| Adj EBITDA* | $105.9 | $97.3 | +8.8% |
| Adj EBITDA % | 6.1% | 5.8% | +30 bps. |

(*) - See appendix for non-GAAP reconciliations.

**SG&A as a Percent of Sales and Adjusted EBITDA Margin both Improved by 30 Basis Points**

15

HIGHLY CONFIDENTIAL

JELD-WEN-01084194

JW-SEC-01083491

# Fiscal 2013 Full Year Financial Results
## Net Sales Reconciliation by Reportable Business Segment

| (Millions of USD) | North America | Europe/ROW | South Africa | Total | % Change |
|---|---|---|---|---|---|
| 2012 Net Sales | $1,224.1 | $370.3 | $81.6 | $1,676.0 | |
| Volume* | $67.4 | ($33.3) | ($3.8) | $30.3 | 1.8% |
| Avg. Unit Price | $36.9 | $9.1 | $4.1 | $50.1 | 3.0% |
| Other | $0.3 | ($9.9) | $0.0 | ($9.6) | (0.6%) |
| FX | ($7.1) | $3.7 | ($12.3) | ($15.7) | (0.9%) |
| 2013 Net Sales | $1,321.6 | $339.9 | $69.6 | $1,731.1 | 3.3% |
| | +8.0% | -8.2% | -14.7% | | |

(*) - Includes the incremental impact of our 2012 & 2013 acquisitions and the loss of Lowe's business previously discussed.

## Average Unit Price Increased in All Three Reportable Segments

16

HIGHLY CONFIDENTIAL

JELD-WEN-01084195

JW-SEC-01083492

# Fiscal Fourth Quarter 2013 Financial Results
## Reconciliation Versus Year-Ago



## Operational Headwinds Negatively Impacted Q4 '13 Financial Results

- 2012 Business interruption (BI) insurance recovery^
- Inventory reduction (absorption impact)
- THD Arizona & Nevada win start up costs
- Ramp-up/optimization costs in Denmark, SC
- Exited Poland market
- Product quality issues in Israel
- Production shift as part of Chile acquisition integration



### Q4'13 Adjusted EBITDA Bridge*





(^) – Masonite also recorded a $4.5 million benefit related to a business interruption claim associated with our Marshfield acquisition in Q1'14.

(*) - See appendix for non-GAAP reconciliations.

17

HIGHLY CONFIDENTIAL

# Fiscal Fourth Quarter 2013 Financial Results
## Consolidated P&L Information

| | Q4'13 | Q4'12 | Change |
|---|---|---|---|
| Net Sales | $420.5 | $418.2 | +0.5% |
| Gross Profit | $51.5 | $52.9 | -2.6% |
| Gross Profit % | 12.2% | 12.6% | -40 bps. |
| SG&A | $54.7 | $52.4 | +4.4% |
| SG&A % | 13.0% | 12.5% | +50 bps. |
| Adj EBITDA* | $17.8 | $25.6 | -30.5% |
| Adj EBITDA % | 4.2% | 6.1% | -190 bps. |

(*) - See appendix for non-GAAP reconciliations.

### Q4'13 Was Negatively Impacted by Several Discrete Operational Headwinds

18

HIGHLY CONFIDENTIAL

JELD-WEN-01084197

JW-SEC-01083494

# Fiscal 2013 Financial Results
## Liquidity, Credit and Debt Profile

### Liquidity at Dec 29, 2013 *(millions of USD)*

| | |
|---|---|
| Unrestricted Cash | $100.9 |
| ABL Borrowing Base | $108.2 |
| AR Purchase Agreement | $13.0 |
| Total Available Liquidity | $222.1 |
| LTM Adj. EBITDA | $105.9 |
| LTM Adj. EBITDA Margin | 6.1% |
| Total Debt | $378.2 |
| Net Debt | $277.3 |



**Financial Policy & Coverage Ratios**

Target financial leverage range

- Total Debt / Adjusted EBITDA
- Net Debt / Adjusted EBITDA
- Adj. EBITDA/Interest
- (Adj. EBITDA - Capex) / Interest

### Selected Cash Flow Data

| | 2013 | 2012 |
|---|---|---|
| Cash flow from continuing operations | $46.1 | $55.7 |
| Additions to property, plant & equipment | ($46.0) | ($48.4) |
| Cash used in acquisitions | ($15.4) | ($88.4) |
| Gross Proceeds from issuance of long-term debt | $0 | $103.5 |
| Payment of financing costs | $0 | ($2.0) |
| Increase (decrease) in cash & cash equivalents | ($21.4) | $13.1 |



**Debt Maturity Schedule**

$125mm add-on Jan. 2014

- $125 mm Asset Backed Loan
- 8.25% Senior Unsecured Notes

19

HIGHLY CONFIDENTIAL

JELD-WEN-01084198

JW-SEC-01083495



HIGHLY CONFIDENTIAL

JELD-WEN-01084199

JW-SEC-01083496

# Summary
# Positioning the Company for a Sustained Recovery

- **North American Pricing Trends Improving**
  - ✓ Mid-single digit U.S. Wholesale price increases took effect on March 18, 2013 *and* September 30, 2013
  - ✓ Average unit price increased Q2-Q4 (3 consecutive quarters)
  - ✓ U.S. Wholesale & NA Retail prices increases in Q1 2014

- **Strategic Tuck-In Acquisition Program**
  - ✓ ~$125 million^ add-on bond offering successfully completed
  - ✓ Completed acquisition of UK based Door-Stop
  - ✓ Expanded our leadership position
    - ✓ #1 or #2 in all seven targeted product categories

- **Market Indicators Remain Favorable**
  - ✓ New housing expected to experience robust growth in 2014
  - ✓ U.S. Home Improvement market expected to display steady growth in 2014
  - ✓ Long-term, demographically driven demand characteristics remain strong

- **Key Focus Areas to Accelerate Growth**
  - ✓ Automation
  - ✓ Product line leadership
  - ✓ Electronic Enablement
  - ✓ Sales and Marketing Excellence
  - ✓ Strategic Tuck-In Acquisitions

2014 Masonite Blueprint

(^) – Net of expenses ~$137 million dollars was raised (bonds priced at 108.75).

21

HIGHLY CONFIDENTIAL

JELD-WEN-01084200

JW-SEC-01083497

HIGHLY CONFIDENTIAL



Questions & Answers

JELD-WEN-01084201

JW-SEC-01083498



Appendix

Non-GAAP Financial Measure

HIGHLY CONFIDENTIAL

JELD-WEN-01084202

JW-SEC-01083499

# Reconciliation of Adjusted EBITDA to Net Income (Loss) Attributable to Masonite:

| | Three Months Ended | | Year Ended | |
| --- | --- | --- | --- | --- |
| | December 29, 2013 | December 30, 2012 | December 29, 2013 | December 30, 2012 |
| Adjusted EBITDA | $ 17,807 | $ 25,617 | $ 105,877 | $ 97,261 |
| Less (plus): | | | | |
| Depreciation | 14,398 | 15,862 | 62,080 | 63,348 |
| Amortization of intangible assets | 4,175 | 4,006 | 17,058 | 15,076 |
| Share based compensation expense | 2,000 | 1,912 | 7,752 | 6,517 |
| Loss (gain) on disposal of property, plant and equipment | 35 | 2,041 | (1,775) | 2,724 |
| Impairment of property, plant and equipment | - | 1,350 | 1,904 | 1,350 |
| Registration and listing fees | 423 | - | 2,421 | - |
| Restructuring costs | 6,163 | 6,380 | 10,630 | 11,431 |
| Interest expense (income), net | 8,442 | 8,381 | 33,230 | 31,454 |
| Other expense (income), net | 3,092 | (669) | 2,316 | 528 |
| Income tax expense (benefit) | (13,661) | (7,027) | (21,377) | (13,365) |
| Loss (income) from discontinued operations, net of tax | 402 | 40 | 598 | (1,480) |
| Net income (loss) attributable to noncontrolling interest | (73) | 792 | 2,050 | 2,923 |
| Net income (loss) attributable to Masonite | $ (7,589) | $ (7,451) | $ (11,010) | $ (23,245) |

| | Twelve Months Ended | | | |
| --- | --- | --- | --- | --- |
| | September 29, 2013 | June 30, 2013 | March 31, 2013 | December 30, 2012 |
| Adjusted EBITDA | $ 113,687 | $ 110,240 | $ 103,719 | $ 97,261 |
| Less (plus): | | | | |
| Depreciation | 63,544 | 63,898 | 63,933 | 63,348 |
| Amortization of intangible assets | 16,889 | 16,968 | 16,191 | 15,076 |
| Share based compensation expense | 7,664 | 7,609 | 6,792 | 6,517 |
| Loss (gain) on disposal of property, plant and equipment | 231 | 3,203 | 2,750 | 2,724 |
| Impairment of property, plant and equipment | 3,254 | 1,350 | 1,350 | 1,350 |
| Registration and listing fees | 1,998 | - | - | - |
| Restructuring costs | 10,847 | 13,411 | 12,330 | 11,431 |
| Interest expense (income), net | 33,169 | 32,808 | 33,051 | 31,454 |
| Other expense (income), net | (1,445) | (1,110) | 512 | 528 |
| Income tax expense (benefit) | (14,743) | (8,612) | (9,385) | (13,365) |
| Loss (income) from discontinued operations, net of tax | 236 | 224 | 206 | (1,480) |
| Net income (loss) attributable to noncontrolling interest | 2,915 | 2,990 | 3,070 | 2,923 |
| Net income (loss) attributable to Masonite | $ (10,872) | $ (22,499) | $ (27,081) | $ (23,245) |

24

HIGHLY CONFIDENTIAL

JELD-WEN-01084203

JW-SEC-01083500