# EXHIBIT 14

Case 3:20-cv-00112-JAG     Document 176-9     Filed 03/06/21     Page 2 of 5 PageID# 5312

# A GUIDE TO ECONOMETRICS

## FIFTH EDITION

## PETER KENNEDY

The MIT Press
Cambridge, Massachusetts

**Exhibit**
Lamb 09

© 2003 Peter Kennedy

All rights reserved. No part of this book may be reproduced in any form, electronic or mechanical means (including photocopying, recording, or storage and retrieval) without permission in writing from the publisher.

This book was set in 10/12pt Baskerville by Graphicraft Limited, Hong was printed and bound in the United Kingdom by MPG Books, Bodmin

Library of Congress Cataloging-in-Publication Data
Kennedy, Peter, 1943–
   A guide to econometrics / Peter Kennedy. – 5th ed.
     p.   cm.
   Includes bibliographical references and index.
   ISBN-13: 978-0-262-11280-2 (hc. : alk. paper)- 978-0-262-61183-1 (pbk.
   ISBN-10: 0-262-11280-9 (hc. : alk. paper) – 0-262-61183-X (pbk. :
(pbk. : alk. paper)
   1. Econometrics.   I. Title.

HB139.K45 2003
330′.01′5195–dc21                         2002045179

10 9 8 7 6 5 4

Knowing these ten commandments is not enough to guarantee quality applied work – inspecting the data requires knowing how to inspect, what to look for, and how to interpret what is found, not to mention remembering to look; the interocular trauma test seems trivial, but is hard to perform; knowing that it is necessary to compromise does not mean that a researcher knows how to compromise. Much of the skill of the applied econometrician is judgmental and subjective, characterized in the literature as "lore" or "tacit knowledge." This "lore" can only be learned by experience and by watching the masters, too much to expect this chapter or a course in applied econometrics to accomplish.

Accordingly, the remainder of this chapter will not try to instill in readers this lore, but instead will attempt the much more modest task of alerting readers to common technical errors made by practitioners, surveying a broad range of techniques and applications of which all researchers should be aware, and discussing what for many is a major trauma – getting the wrong sign.

## 21.3  GETTING THE WRONG SIGN

A remarkably common occurrence when doing applied work is to run an *a priori* favorite specification and discover a "wrong" sign. Rather than considering this a disaster, a researcher should consider it a blessing – this result is a friendly message that some detective work needs to be done – there is undoubtedly some shortcoming in one's theory, data, specification, or estimation procedure. If the "correct" signs had been obtained, odds are that the analysis would not be double-checked. What should be checked?

The first step is always to check economic theory. It is amazing how after the fact economists can conjure up rationales for incorrect signs. But one should never stop here. If there was good reason *a priori* to expect a different sign, there is a moral obligation to check econometric reasons for why the "wrong" sign was obtained, before changing the theory. Here is a top ten list of econometric reasons for "wrong" signs.

1.  *Omitted Variable.*  Suppose you are running a hedonic regression of automobile prices on a variety of auto characteristics such as horsepower, automatic transmission, and fuel economy, but keep discovering that the estimated sign on fuel economy is negative. Ceteris paribus, people should be willing to pay more, not less, for a car that has higher fuel economy, so this is a "wrong" sign. An omitted explanatory variable may be the culprit. In this case, we should look for an omitted characteristic that is likely to have a positive coefficient

**398** APPLIED ECONOMETRICS

in the hedonic regression, but which is negatively correlated with fuel economy. Curbweight is a possibility, for example. Alternatively, we could look for an omitted characteristic which has a negative coefficient in the hedonic regression and is positively correlated with fuel economy.

Suppose you are using a sample of females who have been asked whether they smoke, and then are resampled twenty years later. You run a probit on whether they are still alive after twenty years, using the smoking dummy as the explanatory variable, and find to your surprise that the smokers are more likely to be alive! This could happen if the nonsmokers in the sample were mostly older, and the smokers mostly younger. Adding age as an explanatory variable solves this problem.

2. *High Variances.* Suppose you are estimating a demand curve by regressing quantity of coffee on the price of coffee and the price of tea, using time series data, and to your surprise find that the estimated coefficient on the price of coffee is positive. This could happen because the prices of coffee and tea are highly collinear, resulting in estimated coefficients with high variances – their sampling distributions will be widely spread, and may straddle zero, implying that it is quite possible that a draw from this distribution will produce a "wrong" sign. Indeed, one of the casual indicators of multicollinearity is the presence of "wrong" signs. In this example, a reasonable solution to this problem is to use the ratio of the two prices as the explanatory variable rather than their levels.

Multicollinearity is not the only source of high variances; they could result from a small sample size, or minimal variation in the explanatory variables. Suppose you regress household demand for oranges on total expenditure, the price of oranges, and the price of grapefruit (all variables logged), and are surprised to find wrong signs on the two price variables. Impose homogeneity, namely that if prices and expenditure double, the quantity of oranges purchased should not change; this implies that the sum of the coefficients of expenditure and the two price variables is zero. Incorporation of this extra information could reverse the price signs.

3. *Selection Bias.* Suppose you are regressing academic performance, as measured by SAT scores (the scholastic aptitude test is taken by many students to enhance their chances of admission to the college of their choice), on per student expenditures on education, using aggregate data on states, and discover that the more money the government spends, the less students learn! This "wrong" sign may be due to the fact that the observations included in the data were not obtained randomly – not all students took the SAT. In states with