UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

**PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING
REGARDING DEFENDANTS' PRIVILEGE ASSERTIONS
AND WITHHOLDING OF RELEVANT DOCUMENTS**

Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund, along with Additional Plaintiff Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs") respectfully move this Court for an Order: (i) to hold a hearing on or before March 17, 2021, to determine whether the Jeld-Wen Defendants' assertions of privilege on the six documents they attempted to claw back on March 10, 2021; (ii) denying the Jeld-Wen Defendants' assertions of privilege on the six documents they attempted to claw back on March 10, 2021; (iii) requiring the Jeld-Wen Defendants to immediately produce documents related to Chatter, their an internal social media-type platform, or explain why such documents were destroyed or otherwise do not exist; (iv) requiring the Jeld-Wen Defendants to immediately produce a privilege log for all withheld and redacted documents; and (v) grant any other relief that is just and proper.  Plaintiffs incorporate herein the facts and arguments presented in the accompanying Memorandum of Law, and related declarations, filed on March 15, 2021.

DATED: March 15, 2021

Respectfully Submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC
STEVEN J. TOLL (VSB No. 15300)
JOSHUA HANDELSMAN (Admitted *pro hac vice*)

*/s/ Steven J. Toll*

STEVEN J. TOLL

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jhandelsman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

ROBBINS GELLER RUDMAN & DOWD LLP
DEBRA J. WYMAN (Admitted *pro hac vice*)
JOHN R. RIGBY (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrigby@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ROBERT M. ROTHMAN (Admitted *pro hac vice*)
WILLIAM J. GEDDISH (Admitted *pro hac vice*)
FRANCIS P. KARAM (Admitted *pro hac vice*)
MAGDALENE ECONOMOU (Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
wgeddish@rgrdlaw.com
fkaram@rgrdlaw.com
meconomou@rgrdlaw.com

- 3 -

*Co-Lead Counsel for Plaintiff Plumbers and Pipefitters National Pension Fund, Additional Plaintiff Wisconsin Laborers' Pension Fund, and the Class*

LABATON SUCHAROW LLP
JAMES W. JOHNSON (Admitted *pro hac vice*)
MICHAEL H. ROGERS (Admitted *pro hac vice*)
JAMES T. CHRISTIE (Admitted *pro hac vice*)
PHILIP J. LEGGIO (Admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Co-Lead Counsel for Plaintiff Public Employees' Retirement System of Mississippi and the Class*

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 15, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Steven J. Toll*
STEVEN J. TOLL