UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion for an Expedited Hearing Regarding Defendants' Privilege Assertions and Withholding of Relevant Documents filed by Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1. The motion is hereby GRANTED, and the Court will holding a hearing on March _____, 2021 at _____, to determine whether the Jeld-Wen Defendants' assertions of privilege on the six documents they attempted to claw back on March 10, 2021.

IT IS SO ORDERED.

DATED: _____    _____
                                    THE HONORABLE JOHN A. GIBNEY, JR.
                                    UNITED STATES DISTRICT JUDGE