UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion for an Expedited Hearing Regarding Defendants' Privilege Assertions and Withholding of Relevant Documents filed by Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1.    The motion is hereby GRANTED.

2.    The Jeld-Wen Defendants assertions of privilege on the six documents they attempted to claw back on March 10, 2021 are DENIED, as the documents are not privileged.

3.    Within __ days, the Jeld-Wen Defendants must produce documents related to Chatter and the Salesforce.com platform, their internal social media-type platforms, or explain why such documents were destroyed or otherwise do not exist.

4.    Within __ days, the Jeld-Wen Defendants must produce a privilege log for all withheld and redacted documents

- 2 -

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE JOHN A. GIBNEY, JR.
UNITED STATES DISTRICT JUDGE