UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) Civil Action No. 3:20-cv-00112-JAG |
| | ) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| This Document Relates To: | ) |
| | ) |
| ALL ACTIONS. | ) |
| | ) |

DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING
REGARDING DEFENDANTS' PRIVILEGE ASSERTIONS
AND WITHHOLDING OF RELEVANT DOCUMENTS

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund.  I submit this declaration to the Court in support of Plaintiffs' Motion for an Expedited Hearing Regarding Defendants' Privilege Assertions and Withholding of Relevant Documents.

3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of excerpts of the Testimony of Mr. Tucker (Steves' Damages Expert), dated February 7, 2018, from the Complete Transcript of the Trial Proceedings in *Steves and Sons, Inc. v. Jeld-Wen, Inc.*, No. 3:16-cv-545 (E.D. Va.).

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of JW-SEC-01153076, which was produced by the Jeld-Wen Defendants on January 30, 2021, and subsequently clawed-back on March 10, 2021.

- 1 -

5.    Attached hereto as <u>Exhibit C</u> is a true and correct copy of JW-SEC-01119077, which was produced by the Jeld-Wen Defendants on January 30, 2021, and subsequently clawed-back on March 10, 2021.

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of JW-SEC-01362332, which was produced by the Jeld-Wen Defendants on March 5, 2021, and subsequently clawed-back on March 10, 2021.

7.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of JW-SEC-01372218, which was produced by the Jeld-Wen Defendants on March 5, 2021, and subsequently clawed-back on March 10, 2021.

8.    Attached hereto as <u>Exhibit F</u> is a true and correct copy of JW-SEC-01372221, which was produced by the Jeld-Wen Defendants on March 5, 2021, and subsequently clawed-back on March 10, 2021.

9.    Attached hereto as <u>Exhibit G</u> is a true and correct copy of JW-SEC-01372224, which was produced by the Jeld-Wen Defendants on March 5, 2021, and subsequently clawed-back on March 10, 2021.

10.    Attached hereto as <u>Exhibit H</u> is a true and correct copy of John Burnett, *Court Decision Could Chill M&A Activity In U.S.*, SEEKING ALPHA (Aug. 20, 2018).

11.    Attached hereto as <u>Exhibit I</u> is a true and correct copy of *SEC: Payments for Bullish Article on Stocks Must Be Disclosed to Investors*, U.S. SECURITIES & EXCHANGE COMMISSION (April 10, 2017).

12.    Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Transcript of the Hearing on Plaintiffs' Motion for Class Certification, dated March 4, 2021.

13.    Attached hereto as <u>Exhibit K</u> is a true and correct copy of an email exchange between Jenny Lee of Kirkland & Ellis LLP and Debra J. Wyman of Robbins Geller Rudman and Dowd LLP, dated March 11, 2021.

14.    Attached hereto as <u>Exhibit L</u> is a true and correct copy of Lead Plaintiff's Second Set of Requests for the Production of Documents, dated November 13, 2020.

15.     Attached hereto as <u>Exhibit M</u> is a true and correct copies of Jeld-Wen Defendants' Objections to Plaintiffs' Second Set of Requests for the Production of Documents, dated November 30, 2020, and Jeld-Wen Defendants' Objections and Responses to Plaintiffs' Second Set of Requests for the Production of Documents, dated December 14, 2020.

16.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of excerpts from the Transcript of the Deposition of John Linker, dated March 9, 2021.

17.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of excerpts from the Transcript of the Deposition of Scott Vining, dated March 11, 2021.

18.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of a series of emails between Philip Leggio of Labaton Sucharow and Lindsey Weiss Harris of Kirkland & Ellis LLP, dated March 12, 2021.

19.     Attached hereto as <u>Exhibit Q</u> is a true and correct copy of excerpts from the Transcript of the Deposition of Tim Kirk, dated March 9, 2021.

20.     Attached hereto as <u>Exhibit R</u> is a true and correct copy of Plaintiffs' Exhibit 68 (JW-SEC-00245517) marked at the deposition of Tim Kirk, dated March 9, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 15, 2021, at San Diego, California.

*/s/ Debra J. Wyman*
DEBRA J. WYMAN

- 3 -

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 15, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Steven J. Toll*
STEVEN J. TOLL