# EXHIBIT F

Filed under seal pursuant to the Stipulated Protective Order (ECF No. 112-1)