# EXHIBIT K

## William Geddish

| | |
|---|---|
| **From:** | Debra Wyman |
| **Sent:** | Thursday, March 11, 2021 4:13 PM |
| **To:** | 'Lee, Jenny'; James Christie; James Johnson; Michael Rogers; Philip Leggio; Rowley, Robert; Robert Rothman; Magdalene Economou; John Rigby; Peter Simmons; Corey Baron; Renee Turner; Michael Keats; Warren Harless; Roman Lifson; Shannan Fitzgerald; Frank Karam; William Geddish |
| **Cc:** | Sandra Goldstein; Rachel Fritzler; Lindsey Harris; Brian Riopelle; Brian Schmalzbach; Brian Pumphrey; Garrett Hooe |
| **Subject:** | RE: In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG |

Counsel:

Pursuant to Paragraph 2.4 of the Stipulated Protective Order, we have sequestered the below documents and intend to challenge your assertions of attorney-client privilege. These documents on their face do not appear to be privileged and we do not believe a meet and confer will cause us to change our position. Because the discovery period is quickly coming to a close, our intention is to seek the assistance of the Court immediately. Please let us know by no later than 6pm eastern time Friday March 12, 2021 if you are withdrawing your privilege assertions on these documents.

Debra

**Debra J. Wyman**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Lee, Jenny <jenny.lee@kirkland.com>
**Sent:** Wednesday, March 10, 2021 4:22 PM
**To:** James Christie <jchristie@labaton.com>; James Johnson <jjohnson@labaton.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; Rowley, Robert <RRowley@labaton.com>; Robert Rothman <rrothman@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; John Rigby <JRigby@rgrdlaw.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>
**Cc:** Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Lindsey Harris <lindsey.harris@kirkland.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Garrett Hooe <GHooe@mcguirewoods.com>
**Subject:** In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG

Counsel,

1

Please note that the below documents are subject to the attorney-client privilege and were inadvertently produced.  Pursuant to Paragraph 2.4 of the Protective Order, please destroy all copies of these documents and confirm.

JW-SEC-01153076
JW-SEC-01119077
JW-SEC-01362332
JW-SEC-01372218
JW-SEC-01372221
JW-SEC-01372224

**Jenny Lee**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4623
**F** +1 212 446 4900

jenny.lee@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.