# EXHIBIT Q

Filed under seal pursuant to the
Stipulated Protective Order (ECF
No. 112-1)