IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-112-JAG |

### ORDER

This matter comes before the Court on the plaintiffs'[1] motion for an expedited hearing regarding the defendants' privilege assertions and withholding of relevant documents. (ECF No. 183.) The Court DIRECTS the Jeld-Wen defendants[2] to file a brief responding to this motion on or before March 16, 2021, at 5 p.m.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 16 March 2021
Richmond, VA

---

[1] The "plaintiffs" refers to the Public Employees' Retirement System of Mississippi, the Plumbers & Pipefitters National Pension Fund, and the Wisconsin Laborers' Pension Fund.

[2] The "Jeld-Wen defendants" refers to Jeld-Wen Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel.