# EXHIBIT 3

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jacob M. Rae
To Call Writer Directly:
+1 212 390 4516
jacob.rae@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 24, 2020

Michael H. Rogers
Labaton Sucharow
140 Broadway
New York, NY 10005

Re:    *In re JELD-WEN Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112-JAG

Dear Counsel:

Enclosed please find an encrypted hard drive containing documents that Defendants JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (the "JELD-WEN Defendants") are producing in response to Plaintiffs' Document Requests 1, 2, & 3.  These documents are Bates stamped JW-SEC-00000001 - JW-SEC-01089286. Subject to JELD-WEN Defendants' objections, JELD-WEN Defendants will continue to produce documents responsive to Plaintiffs' remaining Requests on a rolling basis.

This production contains documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, approved by the Court on November 12, 2020 in the above-referenced action (Dkt. No. 112-01), and should be treated accordingly.

The password to this production will be delivered under separate cover.

Sincerely,

*/s/ Jacob M. Rae*
Jacob M. Rae

cc:    All counsel of record

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.