# EXHIBIT 7

## JELD-WEN DEFENDANTS' PROPOSED
## SEARCH TERMS, CUSTODIANS, AND LOCATIONS

### Proposed Custodians

- Beck, Mark

- Brosterhous, Derek

- Castillo, Daniel

- Hachigian, Kirk

- Hicks, Curtis

- Linker, John

- Mallard, L. Brooks

- Michel, Gary

- Snyder, George

- Teachout, Chris

- Vining, Scott


### Proposed Shared Folders

- Financial Reporting folder

- Internal Audit folder

- Investor Relations folder

- Board Materials folder


### Proposed Search Terms (1/26/2017–10/15/2018)

| | |
|---|---|
| 1 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 (antitrust or anti-trust) |
| 2 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 (compet* or anticomp*) |
| 3 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 acqui* |
| 4 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 CMI |
| 5 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 merg* |

1

| | |
|---|---|
| 6 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 pric* |
| 7 | ((door* w/5 molded) or skin or doorskin) & (remarks or comment*) w/50 revenue* |
| 8 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 (antitrust or anti-trust) |
| 9 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 (compet* or anticomp*) |
| 10 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 acqui* |
| 11 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 CMI |
| 12 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 merg* |
| 13 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 pric* |
| 14 | ((door* w/5 molded) or skin or doorskin) & (script or statement* or "talking points") w/50 revenue* |
| 15 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 (antitrust or anti-trust) |
| 16 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 (compet* or anticomp*) |
| 17 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 acqui* |
| 18 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 CMI |
| 19 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 merg* |
| 20 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 pric* |
| 21 | ((door* w/5 molded) or skin or doorskin) & "Q&A" w/50 revenue* |
| 22 | ((door* w/5 molded) or skin or doorskin) & present* w/50 (antitrust or anti-trust) |
| 23 | ((door* w/5 molded) or skin or doorskin) & present* w/50 (compet* or anticomp*) |
| 24 | ((door* w/5 molded) or skin or doorskin) & present* w/50 acqui* |
| 25 | ((door* w/5 molded) or skin or doorskin) & present* w/50 CMI |

2

| 26 | ((door* w/5 molded) or skin or doorskin) & present* w/50 merg* |
| 27 | ((door* w/5 molded) or skin or doorskin) & present* w/50 pric* |
| 28 | ((door* w/5 molded) or skin or doorskin) & present* w/50 revenue* |
| 29 | ("customer and product level profitability") & ((door* w/5 molded) or skin or doorskin) |
| 30 | ("initial public offering" or IPO) & ("customer and product level profitability") |
| 31 | ("initial public offering" or IPO) & (contribut* w/5 acqui*) |
| 32 | ("initial public offering" or IPO) & (favorable w/3 pric*) |
| 33 | ("initial public offering" or IPO) & "cost saving initiative*" |
| 34 | ("initial public offering" or IPO) & "pricing discipline" |
| 35 | ("initial public offering" or IPO) & "pricing optimization" |
| 36 | ("press release" or statement) & ("customer and product level profitability") |
| 37 | ("press release" or statement) & (contribut* w/5 acqui*) |
| 38 | ("press release" or statement) & (favorable w/3 pric*) |
| 39 | ("press release" or statement) & "cost saving initiative*" |
| 40 | ("press release" or statement) & "pricing discipline" |
| 41 | (analyst* or "the street") & ("customer and product level profitability") |
| 42 | (analyst* or "the street") & (contribut* w/5 acqui*) |
| 43 | (analyst* or "the street") & (favorable w/3 pric*) |
| 44 | (analyst* or "the street") & "cost saving initiative*" |
| 45 | (analyst* or "the street") & "pricing discipline" |
| 46 | (analyst* or "the street") & "pricing optimization" |
| 47 | (contribut* w/5 acqui*) & ((door* w/5 molded) or skin or doorskin) |
| 48 | (favorable w/3 pric*) & ((door* w/5 molded) or skin or doorskin) |

3

| 49 | (investor* or shareholder* or stockholder*) & ("customer and product level profitability") |
|---|---|
| 50 | (investor* or shareholder* or stockholder*) & (contribut* w/5 acqui*) |
| 51 | (investor* or shareholder* or stockholder*) & (favorable w/3 pric*) |
| 52 | (investor* or shareholder* or stockholder*) & "cost saving initiative*" |
| 53 | (investor* or shareholder* or stockholder*) & "pricing discipline" |
| 54 | (investor* or shareholder* or stockholder*) & "pricing optimization" |
| 55 | (media* or press) & ("customer and product level profitability") |
| 56 | (media* or press) & (contribut* w/5 acqui*) |
| 57 | (media* or press) & (favorable w/3 pric*) |
| 58 | (media* or press) & "cost saving initiative*" |
| 59 | (media* or press) & "pricing discipline" |
| 60 | (media* or press) & "pricing optimization" |
| 61 | (press release" or statement) & "pricing optimization" |
| 62 | (SEC or "securities and exchange commission") & ("customer and product level profitability") |
| 63 | (SEC or "securities and exchange commission") & (contribut* w/5 acqui*) |
| 64 | (SEC or "securities and exchange commission") & (favorable w/3 pric*) |
| 65 | (SEC or "securities and exchange commission") & "cost saving initiative*" |
| 66 | (SEC or "securities and exchange commission") & "pricing discipline" |
| 67 | (SEC or "securities and exchange commission") & "pricing optimization" |
| 68 | (secondary w/3 offering) & ("customer and product level profitability") |
| 69 | (secondary w/3 offering) & (contribut* w/5 acqui*) |
| 70 | (secondary w/3 offering) & (favorable w/3 pric*) |
| 71 | (secondary w/3 offering) & "cost saving initiative*" |

| 72 | (secondary w/3 offering) & "pricing discipline" |
| 73 | (secondary w/3 offering) & "pricing optimization" |
| 74 | "cost saving initiative*" & ((door* w/5 molded) or skin or doorskin) |
| 75 | "pricing discipline" & ((door* w/5 molded) or skin or doorskin) |
| 76 | "pricing optimization" & ((door* w/5 molded) or skin or doorskin) |
| 77 | "project eagle" & ("customer and product level profitability") |
| 78 | "project eagle" & (contribut* w/5 acqui*) |
| 79 | "project eagle" & (favorable w/3 pric*) |
| 80 | "project eagle" & "cost saving initiative*" |
| 81 | "project eagle" & "pricing discipline" |
| 82 | "project eagle" & "pricing optimization |
| 83 | "project falcon" & ("customer and product level profitability") |
| 84 | "project falcon" & (contribut* w/5 acqui*) |
| 85 | "project falcon" & (favorable w/3 pric*) |
| 86 | "project falcon" & "cost saving initiative*" |
| 87 | "project falcon" & "pricing discipline" |
| 88 | "project falcon" & "pricing optimization" |
| 89 | disclos* & ("customer and product level profitability") |
| 90 | disclos* & (contribut* w/5 acqui*) |
| 91 | disclos* & (favorable w/3 pric*) |
| 92 | disclos* & "cost saving initiative*" |
| 93 | disclos* & "pricing discipline" |
| 94 | disclos* & "pricing optimization" |
| 95 | Steves w/25 action* |

| 96 | Steves w/25 anticompet* |
|-----|------------------------|
| 97 | Steves w/25 anti-compet* |
| 98 | Steves w/25 antitrust |
| 99 | Steves w/25 anti-trust |
| 100 | Steves w/25 case* |
| 101 | Steves w/25 claim* |
| 102 | Steves w/25 compet* |
| 103 | Steves w/25 deci* |
| 104 | Steves w/25 divest* |
| 105 | Steves w/25 erro* |
| 106 | Steves w/25 flaw* |
| 107 | Steves w/25 jury* |
| 108 | Steves w/25 litigation |
| 109 | Steves w/25 merit* |
| 110 | Steves w/25 ruling* |
| 111 | Steves w/25 towanda |
| 112 | Steves w/25 trial* |
| 113 | Steves w/25 verdict* |