# EXHIBIT 8

<u>Lead Plaintiffs' additions to Defendants' proposed time period, custodians and search terms</u>

<u>Relevant Time Period</u>

11/1/2016 – 11/15/2018 (includes three months before and one month after CP).

<u>Additional Custodians</u>
1. Merrill, Bob
2. Ross, Matthew
3. Munk, Anthony
4. Dinger, John
5. Kirk, Tim
6. Bender, Bob
7. Mercier, Chris

<u>Additional Terms</u>

1. (earning* OR investor OR street OR public OR stake OR analyst) w/10 (meet* OR call OR deck OR slide OR present* OR agenda OR transcript OR report* OR script OR "Q&A" OR remarks OR comment* OR "talking points" OR statement OR bullets OR disclos* OR message OR sheet)

2. (revenue OR "net income" OR sales OR profit* OR "EPS" OR earnings OR stock OR equity OR annual OR quarter* OR month* OR week*) w/10 (forecast* OR project* OR report* OR foresee* OR estimate OR guidance OR outlook OR target* OR future OR actual* OR strategy* OR grow* OR grew*)

3. (pric* OR charge) w/10 (optimization OR discipline OR strateg* OR plan* OR favor* OR incentive* OR formula OR centraliz* OR analytics OR action OR environment OR target OR perform* OR lever OR driv* OR point OR increase OR rise OR rose OR positive OR results OR *compet* OR margin* OR collu* OR collus* OR cooperat* OR conspir* OR fix* OR Masonite OR CMI)

4. *compet* w/10 (strateg* OR objective OR plan* OR antitrust OR collu* OR cooperat* OR conspir* OR constrain* OR dynamic* OR Masonite OR "market share" OR risk OR environment OR merger OR kill* OR concern OR less* OR reduc*)

5. (merger OR combin* OR coordinat* OR aquir* OR acquisition OR divest* OR intergat* OR consolidat*) w/10 (strategy* OR market OR supply OR vertical OR divest* OR Masonite OR CMI OR Towanda)

6. (grow* OR grew* OR track OR trajectory) w/10 (pric* OR market OR share OR volume OR *organic* OR core OR driv*)

7. (door* OR skin OR pric*) w/10 ("market share" or risk* OR trend* OR output OR supply)

8. ((negotiat* OR output OR supply) w/10 (agreement OR contract OR )) & (pric* or charge)

9. (verdict OR litigation OR judgment OR claims OR case OR jury OR ruling OR DOJ OR justice)

1

w/10 (erroneous OR error OR just* OR merit* OR violation OR wrong OR comply OR compliance OR incorrect OR appeal OR oppos* OR revers* OR impact* OR material OR grounds OR liabilit* OR loss* OR divest* OR admission OR "76.5" OR "176")

10. (ethic* OR "business conduct" OR CBC) w/10 (violat* OR broke OR pric* OR charge OR antitrust OR collu* OR *compet*)

11. ((customer OR client) w/10 (complaint OR problem OR inquir* OR issue)) & (pric* OR charge)

12. (agreement OR contract) w/10 (breach OR comply OR compliance)

13. (Mallard OR Beck) w/10 (fire* OR terminat* OR resign* OR separat* OR sever* OR retire* OR remov* OR quit* OR layoff* OR lay-off* OR leav* OR depart*)

14. ((stock OR share) w/3 price) w/10 (declin* OR decrease OR reduc* OR fall OR cut OR drop* OR plummet OR collapse* OR loss*)

15. "capital charge"

16. "price analytics group"

17. "price analytics team"

18. "industry discipline"

19. "Project Artisan"

20. "Project Hawk"

2