# EXHIBIT 10

## Rae, Jacob M.

| | |
|---|---|
| **From:** | Harris, Lindsey Weiss |
| **Sent:** | Tuesday, December 1, 2020 5:35 PM |
| **To:** | Christie, James; Magdalene Economou; 'Pumphrey, Brian E.'; 'Riopelle, Brian C.'; 'GHooe@mcguirewoods.com'; 'Schmalzbach, Brian D.'; Goldstein, Sandra C.; Fritzler, Rachel M.; Rae, Jacob M.; 'Peter.Simmons@friedfrank.com'; 'Corey.Baron@friedfrank.com'; 'renee.turner@friedfrank.com'; 'michael.keats@friedfrank.com'; 'wharless@cblaw.com'; 'rlifson@cblaw.com'; 'sfitzgerald@cblaw.com' |
| **Cc:** | Robert Rothman; Debra Wyman; Rogers, Michael H.; Leggio, Philip; Johnson, James; 'lmalone@odonoghuelaw.com' |
| **Subject:** | RE: Jeld-Wen - Lead Plaintiff Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund's Initial Disclosures |

,All

Attached please find an updated proposed ESI Protocol.  We have accepted Plaintiffs' edits, except where otherwise ·tracked or noted.  Please let us know if this version works for you

,Best

**Lindsey Weiss Harris**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
Lexington Avenue, New York, NY 10022 601
**T** +1 212 909 3387  **M** +1 917 324 2258
**F** +1 212 446 4900
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

lindsey.harris@kirkland.com

<**From:** Christie, James <JChristie@labaton.com
**Sent:** Wednesday, November 25, 2020 5:30 PM
**To:** Harris, Lindsey Weiss <lindsey.harris@kirkland.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Pumphrey, Brian E.' <bpumphrey@mcguirewoods.com>; 'Riopelle, Brian C.' <briopelle@mcguirewoods.com>; ' GHooe@mcguirewoods.com' <GHooe@mcguirewoods.com>; 'Schmalzbach, Brian D.' ' BSchmalzbach@mcguirewoods.com>; Goldstein, Sandra C. <sandra.goldstein@kirkland.com>; Fritzler, Rachel M. > rachel.fritzler@kirkland.com>; Rae, Jacob M. <jacob.rae@kirkland.com>; 'Peter.Simmons@friedfrank.com' > Peter.Simmons@friedfrank.com>; 'Corey.Baron@friedfrank.com' <Corey.Baron@friedfrank.com>; > renee.turner@friedfrank.com' <renee.turner@friedfrank.com>; 'michael.keats@friedfrank.com' ' michael.keats@friedfrank.com>; 'wharless@cblaw.com' <wharless@cblaw.com>; 'rlifson@cblaw.com' > <rlifson@cblaw.com>; 'sfitzgerald@cblaw.com' <sfitzgerald@cblaw.com>
**Cc:** Robert Rothman <IMCEAEX-
o=Goodkin+20Labaton+20Rudoff+20Sucharow_ou=First+20Administrative+20Group_cn=Recipients_cn=RobertRothma_
n@namprd16.prod.outlook.com>; Debra Wyman <DebraW@rgrdlaw.com>; Christie, James <JChristie@labaton.com>; Rogers, Michael H. <MRogers@labaton.com>; Leggio, Philip <PLeggio@labaton.com>; Johnson, James <JJohnson@labaton.com>; 'lmalone@odonoghuelaw.com' <lmalone@odonoghuelaw.com>
**Subject:** RE: Jeld-Wen - Lead Plaintiff Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund's Initial Disclosures

Lindsey,

Attached are our edits and comments to the ESI protocol you sent over.  Please let us know if these revisions are acceptable to Defendants.  Most of the revisions and comments are fairly self explanatory.  We are available early next week if you would like to discuss.

Happy Thanksgiving everyone.

Best,
James

**From:** Harris, Lindsey Weiss [mailto:lindsey.harris@kirkland.com]
**Sent:** Saturday, November 21, 2020 9:56 AM
**To:** Magdalene Economou; 'Pumphrey, Brian E.'; 'Riopelle, Brian C.'; 'GHooe@mcguirewoods.com'; 'Schmalzbach, Brian D.'; Goldstein, Sandra C.; Fritzler, Rachel M.; Rae, Jacob M.; 'Peter.Simmons@friedfrank.com'; Corey.Baron@friedfrank.com'; 'renee.turner@friedfrank.com'; 'michael.keats@friedfrank.com'; 'wharless@cblaw.com'; 'rlifson@cblaw.com'; 'sfitzgerald@cblaw.com'
**Cc:** Robert Rothman; Debra Wyman; Christie, James; Rogers, Michael H.; Leggio, Philip; Johnson, James; 'lmalone@odonoghuelaw.com'
**Subject:** [EXTERNAL] RE: Jeld-Wen - Lead Plaintiff Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund's Initial Disclosures

All, attached please find a proposed ESI Protocol.  We have adjusted the stipulation entered in the antitrust cases before Judge Gibney for this matter (as we did with the protective order).  Given our anticipated large reproduction of documents from that litigation, we believe it makes sense to adopt the protocol used there.

Best,

**Lindsey Weiss Harris**
––––––––––––––––––––––––––––––––––––––––
**KIRKLAND & ELLIS LLP**
Lexington Avenue, New York, NY 10022 601
**T** +1 212 909 3387  **M** +1 917 324 2258
**F** +1 212 446 4900
––––––––––––––––––––––––––––––––––––––––
lindsey.harris@kirkland.com

**From:** Magdalene Economou <MEconomou@rgrdlaw.com>
**Sent:** Friday, November 20, 2020 6:23 PM
**To:** 'Pumphrey, Brian E.' <bpumphrey@mcguirewoods.com>; 'Riopelle, Brian C.' <briopelle@mcguirewoods.com>; GHooe@mcguirewoods.com' <GHooe@mcguirewoods.com>; 'Schmalzbach, Brian D.' ' BSchmalzbach@mcguirewoods.com>; Goldstein, Sandra C. <sandra.goldstein@kirkland.com>; Fritzler, Rachel M. > rachel.fritzler@kirkland.com>; Harris, Lindsey Weiss <lindsey.harris@kirkland.com>; Rae, Jacob M. > jacob.rae@kirkland.com>; 'Peter.Simmons@friedfrank.com' <Peter.Simmons@friedfrank.com>; > Corey.Baron@friedfrank.com' <Corey.Baron@friedfrank.com>; 'renee.turner@friedfrank.com' ' renee.turner@friedfrank.com>; 'michael.keats@friedfrank.com' <michael.keats@friedfrank.com>; > wharless@cblaw.com' <wharless@cblaw.com>; 'rlifson@cblaw.com' <rlifson@cblaw.com>; 'sfitzgerald@cblaw.com' ' <sfitzgerald@cblaw.com>
**Cc:** Robert Rothman <rrothman@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; 'Christie, James' JChristie@labaton.com>; 'mrogers@labaton.com' <mrogers@labaton.com>; 'PLeggio@labaton.com' > PLeggio@labaton.com>; 'JJohnson@labaton.com' <JJohnson@labaton.com>; 'lmalone@odonoghuelaw.com' > <lmalone@odonoghuelaw.com>

2

**Subject:** Jeld-Wen - Lead Plaintiff Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund's Initial Disclosures

,Counsel

·Please see the attached

,Thank you
**Magdalene Economou**
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.rgrdlaw.com_&d=DwMF-g&c=d4QUMdAn6M0Mbv3jzCCgJ4TWUi-bKfYzDU5LNH0X26s&r=QPsHSTP7B3lCVHycPXUyDdgq2zY2q8JHgrKrc0RtKS4&m=]xvFhQGQr8qlZQ13GyNjCPNvHIR-ARo_Ufwo&s=BE3LUj3_Nhmgi3XS3zCOuYz9d3-=DajrQ1NQfVL2QUxg&e
South Service Road, Suite 200 58
 Melville, NY 11747
7100-367 (631)


:Attachments
        Updated Proposed ESI Protocol_(72809616_1).DOCX (45892 Bytes) - 2020.12.01