# EXHIBIT 15

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jenny Lee
To Call Writer Directly:
+1 212 390 4623
jenny.lee@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 13, 2021

Michael H. Rogers
Labaton Sucharow
140 Broadway
New York, NY 10005

Re:    *In re JELD-WEN Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112-JAG

Dear Counsel:

By secure file transfer, you will be receiving links to download an encrypted archive containing documents that Defendants JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (the "JELD-WEN Defendants") are producing in response to Plaintiffs' Document Requests 5-7, 9-13, and 15-19. These documents are Bates stamped JW-SEC-01173509 - JW-SEC-01285229. Subject to JELD-WEN Defendants' objections, JELD-WEN Defendants will continue to produce documents responsive to Plaintiffs' Requests on a rolling basis.

This production contains documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, approved by the Court on November 12, 2020 in the above-referenced action (Dkt. No. 112-01), and should be treated accordingly.

The password to this production is: LNB6GD&q*mCexz^$!u=UT7R

Sincerely,

*/s/ Jenny Lee*
Jenny Lee

cc:    All counsel of record

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.