**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE: JELD-WEN HOLDING, INC.
SECURITIES LITIGATION

Civil Action No. 3:20-cv-00112

Judge John A. Gibney, Jr.

**AFFIDAVIT OF RAVI RAMARAJ**

I, Ravi Ramaraj, declare pursuant to 28 U.S.C. § 1746:

1.      I am Vice President, Global IT Infrastructure & Security, at JELD-WEN, Inc. ("JELD-WEN" or the "Company").  I have held this position since October 2017, and am responsible for overseeing IT operations, security, and maintenance across JELD-WEN.

2.      I understand the agreed-upon custodians in the above-captioned matter are Mark Beck, Bob Bender, Derek Brosterhous, Daniel Castillo, John Dinger, Kirk Hachigian, Curtis Hicks, Tim Kirk, John Linker, Brooks Mallard, Chris Mercier, Gary Michel, Bob Merrill, George Snyder, Chris Teachout, and Scott Vining.  I understand the parties agreed to the collection of electronic data from these custodians for November 1, 2016 to November 15, 2018 (the "Relevant Time Period").

3.      In connection with the above-captioned matter, I confirmed that of the 16 agreed-upon custodians, only 3 had Chatter accounts on the Company's Salesforce platform during the Relevant Time Period.  Those custodians with Chatter accounts during the Relevant Time Period were Derek Brosterhous, Tim Kirk, and Bob Merrill.

4.      As a matter of course, data from Chatter accounts is preserved for 9 years.  Thus, had any of the agreed-upon custodians used Chatter during the Relevant Time Period, that data would have been preserved.

5.      Of the 3 custodians with Salesforce Chatter accounts, none of them sent or received messages on Chatter during the Relevant Time Period.  Thus, the Company does not have any Chatter data for the agreed-upon custodians during the Relevant Time Period.

On this day, March 16, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Ravi Ramaraj
**JELD-WEN, INC.**
2645 Silver Cres. Dr.
Charlotte, North Carolina 28273
704-614-7504

3

## CERTIFICATE OF SERVICE

I certify that on the 16th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

                 */s/ Brian C. Riopelle*
                 Brian C. Riopelle (Va. Bar No. 36454)
                 **MCGUIREWOODS LLP**
                 Gateway Plaza
                 800 East Canal Street
                 Richmond, VA 23219
                 Tel.: (804) 775-1084
                 Fax.: (804) 698-2150
                 briopelle@mcguirewoods.com