# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

-------------------------------x

IN RE:  JELD-WEN HOLDING, INC.  :   Case No.

SECURITIES LITIGATION           :    3:20-cv-00112

-------------------------------x

VIDEOTAPED 30(b)(6) DEPOSITION

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND

through their designated representative

TONI INSCOE

CONDUCTED VIRTUALLY

TUESDAY, JANUARY 19, 2021

10:11 a.m.

Job No.:  343627

Pages 1 - 130

Reported by:  APRIL REID

Transcript of Toni Inscoe, Designated Representative
Conducted on January 19, 2021                    59

written agreement yet."

Q.    Do you expect that there will be a written agreement?

A.    I expect that there will be a -- at least conversations on how things will move forward if there is a collectible decision in the case.

Q.    And it's true, isn't it, that the pension fund doesn't buy its own stocks?  Right?

A.    It does not buy its own stocks.

Q.    It contracts with investment managers who purchases and trades securities on its behalf?

A.    Right.

We hire investment managers to make those investments on our behalf.

Q.    And do you -- how many investment managers do you work with today?

A.    I believe we have about 63 right now.

Q.    Is that more or less how many you've worked with since you became the fund administrator?

MR. ROTHMAN:  Objection.

11:27:15
11:27:17
11:27:19
11:27:21
11:27:23
11:27:26
11:27:31
11:27:55
11:27:59
11:28:02
11:28:06
11:28:08
11:28:15
11:28:15
11:28:17
11:28:20
11:28:22
11:28:25
11:28:30
11:28:32
11:28:35
11:28:37

Transcript of Toni Inscoe, Designated Representative
Conducted on January 19, 2021                    60

A.   There's a few -- there's a few new ones, give or take.  Five to seven new ones since I came into this role.

Q.   And Wellington Management Company, as we've talked about, was the investment manager that purchased JELD-WEN stock on behalf of the fund?

A.   Yes.

Q.   Did Wellington Management Company have full discretion to invest in JELD-WEN on behalf of the fund?

A.   Yes.

Q.   We can pull it back up, if you -- if we need to, but Exhibit 2 was the -- I want to actually ask you about the contents of it -- the Plumbers and Pipefitters National Pension Fund Statement of Overall Investment Objectives and Policies.

You remember we asked -- I asked you some questions about that?

A.   Uh-huh.  Yes, I remember.

Q.   Was that document provided to

Transcript of Toni Inscoe, Designated Representative
Conducted on January 19, 2021                    61

Wellington?                                              11:29:40

          MR. ROTHMAN:  Objection.                       11:29:41

     A.   That was the 2017 document.                    11:29:42

     Q.   Correct.                                       11:29:49

     A.   So, typically, procedure is to send an         11:29:50

updated policy to all existing managers.                 11:29:52

     Q.   Do you know who prepared that policy?          11:29:59

     A.   The policy is typically prepared or            11:30:01

drafted between the investment consultant and fund       11:30:06

counsel.                                                 11:30:13

     Q.   Okay.  All right.                              11:30:15

          MR. PUMPHREY:  Let's -- let's, actually,       11:30:22

     go to -- back to tab B, which is Exhibit 2.         11:30:23

          MR. ROTHMAN:  And, Counsel, I don't know       11:30:38

     if this is going to impact your questioning,        11:30:39

     but I just want to lodge a continuing               11:30:41

     objection to documents being put on the             11:30:44

     screen with someone other than the witness          11:30:46

     manipulating them and not providing the             11:30:48

     witness to review the entire document in its        11:30:51

     entirety.                                           11:30:53

          But if you just have questions about           11:30:55