# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Case No. 3:20-cv-00112-JAG

--------------------------------X

IN RE:  JELD-WEN HOLDING, INC.   :

SECURITIES LITIGATION            :

--------------------------------X


Videotaped Rule 30(b)(6) Deposition of MISSISSIPPI

PUBLIC EMPLOYEES' RETIREMENT SYSTEM

By L. Robert Clark

Conducted Virtually

Friday, January 22, 2021

10:05 a.m.  EST




Job No.:  344375

Pages 1 - 99

Reported by:  Helen B. Yarbrough, RPR, CCR

Transcript of Robert Clark, 30(b)(6)
Conducted on January 22, 2021

48

Q    Mr. Clark, does PERS monitor the stocks
it's invested in to determine whether there's any
fraud by the companies it's investing in?

MR. ROGERS:  Objection.  Outside the
scope of topics Mr. Clark is designated for.

A    Just to make sure I understand, you
said -- your question is, does PERS monitor
whether individual companies commit fraud?

Q    Individual companies that it's invested
in commit fraud.

A    We don't monitor individual securities.
Our managers do.

Q    And by "managers," you're referring to
outside investment managers?

A    That is correct.

Q    Such as Wellington?

A    That is correct.

Q    Mr. Clark, were you personally involved
in the decision whether to bring a lawsuit against
Jeld-Wen in this litigation?

A    No.

Q    When did you learn that PERS would be

11:07:58
11:08:04
11:08:08
11:08:10
11:08:16
11:08:19
11:08:22
11:08:25
11:08:29
11:08:32
11:08:40
11:08:42
11:08:44
11:08:46
11:08:50
11:08:51
11:08:52
11:09:19
11:09:22
11:09:27
11:09:33
11:09:35

Transcript of Robert Clark, 30(b)(6)
Conducted on January 22, 2021

49

involved in this lawsuit against Jeld-Wen? 11:09:38

A   I was notified approximately late last 11:09:46
year or early this year. 11:09:50

MR. SCHMALZBACH:  Mr. Clark, I can keep 11:10:29
going if you would like to keep going; or if this 11:10:31
is a good break for you, this would be a good 11:10:35
stopping point. 11:10:38

THE WITNESS:  I'm personally fine to 11:10:39
keep going unless someone else on the call would 11:10:41
like a break. 11:10:44

MR. SCHMALZBACH:  All right.  Let's 11:10:46
keep going, then. 11:10:47

Q   So, Mr. Clark, you said that PERS does 11:10:49
not buy its own stocks, correct? 11:10:51

A   That is correct. 11:10:57

Q   Individual stock purchase or sale 11:10:59
decisions are made by the investment managers? 11:11:04

A   That is correct. 11:11:07

Q   And your understanding is that 11:11:15
Wellington Management Company was your only 11:11:17
investment manager that purchased Jeld-Wen shares 11:11:21
during the Class period, correct? 11:11:24

Transcript of Robert Clark, 30(b)(6)
Conducted on January 22, 2021                    50

A    That is my understanding.                    11:11:30

Q    Did Wellington have full discretion to       11:11:33
invest in Jeld-Wen?                               11:11:36

A    Yes.                                          11:11:43

Q    It did not have to get PERS' permission      11:11:44
before making those trades?                       11:11:48

A    That is correct.  They did not need our      11:11:50
permission.                                       11:11:52

MR. SCHMALZBACH:  Can you pull up                 11:12:00
tab B, please.                                    11:12:01

(Clark Deposition Exhibit 3 was marked            11:12:02
for identification and is attached.)              11:12:02

Q    Mr. Clark, have you seen this document       11:12:49
before?                                           11:12:51

A    Yes.                                          11:12:52

Q    What is it?                                   11:12:53

A    It is -- just making sure I can control      11:12:56
it.  Okay.  It is PERS Investment Policy          11:13:01
Statement.                                        11:13:07

Q    Does PERS provide this Investment            11:13:12
Policy Statement to its investment managers like  11:13:15
Wellington?                                        11:13:19

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

A    Not separately.                                    11:13:23

Q    What do you mean by "not separately"?             11:13:27

A    Well, the -- when we hire a manager, we           11:13:32
give them another document, which contains the          11:13:38
IPS.                                                     11:13:46

Q    So is it correct that the investment              11:13:52
policy statement would be a part of some other          11:13:55
document that all investment managers are given?        11:13:58

A    That's correct.                                   11:14:05

Q    What is the name of that larger                   11:14:05
document?                                                11:14:07

A    The Investment Manager SOP.                       11:14:09

Q    And Wellington would have received that           11:14:13
Investment Manager SOP?                                  11:14:17

A    They should have, yes.                            11:14:19

Q    So Wellington should have received a              11:14:20
copy of this document, right?                            11:14:24

A    Yes.                                              11:14:26

Q    Mr. Clark, did you play a role in                 11:14:31
coming up with this Investment Policy Statement?        11:14:34

A    I did not help create it.                         11:14:40

Q    Who did?                                          11:14:46