# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

Case No. 3:20-cv-00112-JAG

---------------------------------------X

IN RE:   JELD-WEN HOLDING, INC.

SECURITIES LITIGATION

---------------------------------------X


Videotaped Rule 30(b)(6) Deposition of

Wisconsin Laborers' Pension Fund

by JOHN SCHMITT

Conducted Virtually

Friday, January 8, 2021

10:00 a.m. EST


Job No.:   343621

Pages 1 - 150

Reported by:   Lisa M. Blair, RMR, CRR

Transcript of John Schmitt, 30(b)(6)
Conducted on January 8, 2021                    69

A.    I could ask the investment consultant
probably to ask a question to see anything.

Q.    Did you ever -- did you or any other
trustee for Ms. Suber ever ask your investment
consultant to tell you anything about the
performance of Jeld-Wen stock?

A.    I know no -- I mean, I never heard
of -- I mean, in our meetings the trustees don't
ask about any particular stock.  They ask about
particular asset classes.  So the answer to that
would be no.

Q.    Okay.  I want to go back to the issue
of investment discretion.  Do you know, within the
asset classes that Segall Bryant is assigned,
whether they have full discretion to make trades
on behalf of the Pension Fund?

MS. WYMAN:  Objection to form.

THE WITNESS:  I'm not -- I'm not sure of
that.  I'm not sure of the question.  I'm
sorry, I can't answer that.

Q.    Okay.  Well, it's a topic, so who
would know?

Transcript of John Schmitt, 30(b)(6)
Conducted on January 8, 2021

70

A.    My -- and I'm not supposed to guess, so I don't know.

Q.    Okay.  Do you think Segall Bryant would know?

A.    I don't know.  I would hope so.

Q.    Has anybody -- has any of your investment advisers like Segall Bryant ever asked you whether they can buy a stock for the Fund?

A.    No.

Q.    Has any of your investment advisers like Segall Bryant ever asked you whether they can sell a stock for the Fund?

A.    No.

Q.    Are you aware whether any of your investment advisers or Segall Bryant have ever asked any of the trustees whether they could sell a stock?

A.    To the best of my knowledge, the answer would definitely be no.

Q.    Or buy a stock, correct?

A.    Correct.

Q.    All right.  Thank you.  Between the

11:41:28
11:41:30
11:41:33
11:41:36
11:41:37
11:41:56
11:41:57
11:42:01
11:42:03
11:42:04
11:42:06
11:42:09
11:42:10
11:42:13
11:42:15
11:42:17
11:42:20
11:42:22
11:42:23
11:42:24
11:42:26
11:42:51

years of 2016 and 2018, did the Pension Fund, to      11:43:03

your knowledge, ever make any specific                11:43:08

observations about the performance of Jeld-Wen        11:43:11

stock?                                                11:43:13

        A.     No.                                    11:43:15

        Q.     Does the Pension Fund maintain a       11:43:27

blacklist or any other document that identifies       11:43:30

specific companies or types of investments in         11:43:34

which it will not invest?                             11:43:36

        A.     A blacklist?  I know of no blacklist.  11:43:43

        Q.     Whether it's called a blacklist or     11:43:51

not, do you maintain a list of securities that,       11:43:52

for whatever reason, you do not allow your            11:43:56

investment advisers to purchase?                      11:43:58

        A.     Did you say the fund?                  11:44:01

        Q.     Right, the Fund.  Does the Pension     11:44:05

Fund maintain a list?                                 11:44:07

        A.     No.                                    11:44:08

        Q.     Does anyone maintain a list that       11:44:10

identifies securities or certain types of             11:44:12

securities that your investment advisers are not      11:44:16

allowed to purchase?                                  11:44:18

Transcript of John Schmitt, 30(b)(6)
Conducted on January 8, 2021                  72

A.     I don't know if there's anybody else, but I know the Fund doesn't have a list.

Q.     Has Segall Bryant ever provided the Pension Fund such a list?

A.     No.

Q.     Have they ever identified to you any securities or types of securities that they would not purchase on your behalf?

A.     To the best of my knowledge, no.

Q.     So, so long as it's within their assigned asset class, they have the right to purchase?

A.     To the best of my knowledge, yes.

Q.     All right.  Let's go back to Exhibit 2, which is the investment policy guidelines.  If we could go to page 18, which is Bates Number 3583.

All right.  Can you see this document?  It says, Investment policy guidelines for separately-managed US equity managers?

A.     Yes.

Q.     Are you familiar with this page and

11:44:23
11:44:25
11:44:37
11:44:39
11:44:42
11:44:45
11:44:47
11:44:48
11:44:52
11:44:55
11:45:01
11:45:03
11:45:04
11:45:30
11:45:32
11:45:51
11:45:54
11:46:11
11:46:13
11:46:15
11:46:18
11:46:19

this document?

A.    I mean, it's part of the whole guideline.  So, I mean, yeah, I've seen this before, yes.

Q.    And you see that it lists -- there is a heading called, Permissible Investments?

A.    Yes.

Q.    So if you're a US equity manager, so long as you meet the criteria identified here, you're allowed to make an investment on behalf of the Pension Fund?

A.    Yes.

Q.    Are these the guidelines that apply to Segall Bryant?

A.    Yes.

Q.    And you will agree with me -- and take a minute to read numbers 1 through 9, if you need to -- that none of these nine criteria prohibit Segall Bryant or any US equity manager from investing in a company that either the Pension Fund knows is committing fraud?

MS. WYMAN:  Objection to form.