# EXHIBIT D



# Steves Accounting Treatment Options

| Continue to book no accrual for Steves Matter | Book contractual claims $36.5M Antitrust Accrual $50.0M Legal Fees Accrual $86.5M Total Accrual | Book all claims $176.0M Antitrust Accrual $50.0M Legal Fees Accrual $226.0M Total Accrual |
|---|---|---|
| • **Redacted - Privilege**<br>• Does not put us on record on what we think the outcome will be<br>• Allows us to more easily maintain that we have done nothing wrong and this is an errant ruling<br>• Will require significant disclosure of all alternatives | • Puts us on the record for some level of outcome<br>• Allows us to argue that "Lost Profit" may not be a likely alternative with divestiture on the table<br>• Investors may see this as an admission of guilt.<br>• **Redacted - Privilege** | • Any future adjustment would likely be favorable<br>• Gets all the bad news on the table in one entry<br>• May spook investors given the size of the accrual<br>• May be seen as admission of guilt<br>• Does not align to court view of divestiture as a remedy<br>• **Redacted - Privilege** |

## BOOKING ANYTHING WILL BE VIEWED AS SIGNAL TO STEVES & INVESTORS

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

CONFIDENTIAL

JW-SEC-01362332



# Steves Settlement-Other Considerations

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

CONFIDENTIAL

JW-SEC-01362333