# EXHIBIT F



# Steves Accounting Treatment Options

| Continue to book no accrual for Steves Matter | Book contractual claims $36.5M Antitrust Accrual $50.0M Legal Fees Accrual $86.5M Total Accrual | Book all claims $176.0M Antitrust Accrual $50.0M Legal Fees Accrual $226.0M Total Accrual |
|---|---|---|
| **Pros** <br> • **Redacted - Privilege** <br> • Does not put us on record on what we think the outcome will be <br> • Allows us to more easily maintain that we have done nothing wrong and this is an errant rulling <br> **Cons** <br> • Will require significant disclosure of all alternatives | **Pros** <br> • Puts us on the record for the most likely outcome (could be a con as well) <br> • Allows us to argue that "Lost Profit" is not a likely alternative with divestiture on the table <br> **Cons** <br> • Investors may see this as the most likely scenario and admission of guilt. <br> • **Redacted - Privilege** | **Pros** <br> • Any future adjustment would likely be favorable <br> • Gets all the bad news on the table in one entry <br> **Cons** <br> • May spook investors given the size of the accrual <br> • May be seen as admission of guilt <br> • Does not align to court view of divestiture as a remedy <br> • **Redacted - Privilege** |

## BOOKING ANYTHING WILL BE VIEWED AS SIGNAL TO STEVES & INVESTORS

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

HIGHLY CONFIDENTIAL



# Steves Settlement-Other Considerations

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

HIGHLY CONFIDENTIAL

JW-SEC-01372222