# EXHIBIT G



# Steves Accounting Treatment Options

| Aggressive Scenario: Continue to book no accrual for Steves Matter | Balanced Scenario: Book only contractual claims $36.5M Antitrust Accrual $50.0M Legal Fees Accrual $86.5M Total Accrual | Conservative Scenario: Book all claims $176.0M Antitrust Accrual $50.0M Legal Fees Accrual $226.0M Total Accrual |
|---|---|---|

**Pros**
- **Redacted - Privilege**
- Does not put us on record on what we think the outcome will be
- Allows us to more easily maintain that we have done nothing wrong and this is an errant rulling

**Cons**
- Will require significant disclosure of all alternatives

**Pros**
- Puts us on the record for the most likely outcome (could be a con as well)
- Allows us to argue that "Lost Profit" is not a likely alternative with divestiture on the table

**Cons**
- Investors may see this as the most likely scenario and admission of guilt.
- **Redacted - Privilege**

**Pros**
- Any future adjustment would likely be favorable
- Gets all the bad news on the table in one entry

**Cons**
- May spook investors given the size of the accrual
- May be seen as admission of guilt
- Does not align to court view of divestiture as a remedy
- **Redacted - Privilege**

## BOOKING ANYTHING WILL BE VIEWED AS SIGNAL TO STEVES & INVESTORS

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

HIGHLY CONFIDENTIAL                    JW-SEC-01372224



# Steves Settlement-Other Considerations

JELD-WEN INTERNAL ONLY/CONFIDENTIAL

HIGHLY CONFIDENTIAL

JW-SEC-01372225