# EXHIBIT O

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

--------------------------------x

IN RE: JELD-WEN HOLDING, INC.

SECURITIES LITIGATION

                        Civil Action No.:

                        3:20-cv-00112-JAG


--------------------------------x

                March 11, 2021

                10:02 a.m.


        VIDEOTAPED REMOTE DEPOSITION of SCOTT VINING, held at the above-mentioned date and time, before Judith Castore, a Certified Livenote Reporter and Notary Public of the State of New York.

Page 95

VINING

MR. KARAM:  Magdalene, can you please introduce S as in "Sam."

Just for the record that will be Bates number JW-SEC-013-7218 -- 72218.

MS. ECONOMOU:  This document has been marked as Exhibit 122 and it's been introduced.

(PowerPoint document titled Steves Accounting Treatment, was marked Vining Exhibit 122, for identification, as of this date.)

Q    Please open that up, Mr. Vining.

MS. HARRIS:  I'm going to object to this exhibit.  I believe we sent a clawback notice yesterday informing plaintiff's counsel that we were clawing this document back.

MR. KARAM:  Okay.  Well, I did not get that.  So we'll move on.

VINING

May I just ask some questions necessary to establish whether it's privileged or not?

MS. HARRIS:  If you want to ask non-privileged questions, that's fine.

MR. KARAM:  All right.

Q    So, Mr. Vining, do you recognize this document?

A    No, I don't.

Q    Just for your reference, there is a sheet attached, I think the second or third page.  It's a metadata sheet.

Do you see that?

A    Yeah.

Q    And it indicates that it came from your files.

A    Okay.

Q    Do you remember if you created it?

A    I did not create it.

Q    Okay.  We'll move on.

MR. KARAM:  Magdalene, this