# EXHIBIT R

| From: | Tim Kirk |
|---|---|
| Sent: | Wednesday, December 03, 2014 5:05 PM |
| To: | Bob Merrill; Jim Flickinger; Derek Brosterhous; Ken Hart; Bill Holt; Chris Mercier; Eric Ford; John Tracy; Mike Hill |
| Cc: | Cindy Rowe; Ken Hart; Adam Leezer |
| Subject: | RE: Interior Door Price Increase Letter V8 |

All,

Please see the communication plan as a reminder.

**Communication Plan**

- Wednesday, 12/3
  - Cindy Rowe will have the key customer letters customized/personalized and sent to the JW account manager, (typically the VP, DOS or NAM), so they may distribute and communicate to our key customers in advance of the general letter distribution.  See the key customer and contact list pasted below.  The JW account manager should expect to see the customized/personalized letters by 8PM Eastern 12/3.  As a best practice please send via e-mail to the contact using the Outlook "send and add to Salesforce" feature.
  - Tim Kirk will post a notification to SFDC Chatter Product Marketing Doors to alert our sales team
- Thursday, 12/4
  - HTML communication will be distributed to all customers that have purchased $1 in 2014 and we have a contact e-mail address on record
- Friday, 12/5
  - For all customers that have purchased $1 in 2014 and we do not have a contact e-mail address on record a general letter will be post marked from Klamath Falls

| Key Customer Name | Key Customer Contact(s) |
|---|---|
| 84 Lumber | Dave Rumbaugh, Joe Weston |
| ABS (43rd Ave) | Dave Baker, Curtis Randall |
| Big Blue dba America Building Products | Dave Johnson |
| BMC | Jeff Wedge |
| BPI, Inc | James Walz |
| Brosco | Charlie Smith, Tim Lyons, Chris French |
| Carter-Jones Companies | Daniel Daum |
| Do It Best | Art Augspurger |
| Dyke Industries | Tom Armstrong |
| HD Supply Facility Maintenance | Tina McConnaughey |
| Heritage One - Door | Charlie Gardemeyer |
| Lezzer Lumber | K C Lezzer |
| LMC | Jay Barnes |
| Milliken Millwork | Terry Milliken |
| Norandex | Sharyn Price |
| OrePac Holding Company | Brad Hart |

1

HIGHLY CONFIDENTIAL
STEVES/JELD-WEN LITIGATION

JW



Exhibit
Pl. 068
3/9/2021
Kirk

17

JW-SEC-00245517

| Parr Lumber | Chris Alldredge |
|---|---|
| ProBuild (Doors) | Greg Mullinax, Craig Kerschen |
| Stock Building Supply | Chris Kosciuszko |
| US LBM dba BEP/Lyman dba Automated Building Components | Anne Junkert |
| US LBM dba Hines Building Supply | Kurt Dallesasse |
| US LBM dba Universal Supply | Jack Caruso |

**From:** Tim Kirk
**Sent:** Wednesday, December 03, 2014 4:57 PM
**To:** Bob Merrill; Jim Flickinger; Derek Brosterhous; Ken Hart; Bill Holt; Chris Mercier; Eric Ford; John Tracy; Mike Hill
**Subject:** RE: Interior Door Price Increase Letter V8

All,

Attached is the final approved letter in generic form with Bob's signature. I will be posting to SFDC Chatter Product Marketing Doors shortly.

**From:** Bob Merrill
**Sent:** Wednesday, December 03, 2014 4:21 PM
**To:** Jim Flickinger; Derek Brosterhous; Tim Kirk; Ken Hart; Bill Holt; Chris Mercier; Eric Ford; John Tracy; Mike Hill
**Subject:** Interior Door Price Increase Letter V8

Attached is the last and final revision. We had some last minute input from the sales managers, asking for slight revisions in our increases based on our competitive position for solid core and 7'0 and 8'0" doors. This is the final.

Bob

2

HIGHLY CONFIDENTIAL
STEVES/JELD-WEN LITIGATION

JW-CIV-00074420

JELD-WEN-00245518

JW-SEC-00245518



JELD-WEN, Inc.
440 So. Church Street, Suite 400
Charlotte, NC
28202 USA

704 378-5700 Tel
866 255-7079 Toll Free
704 378-5739 Fax
www.jeld-wen.com

December 3, 2014

JELD-WEN Interior Door Customers,

To help you plan your business for 2015, JELD-WEN is committed to providing as much notice as possible on our plans for pricing in the coming year.  We have forecasted continued increases in the costs of raw materials, wages, benefits and other costs.  Therefore, we find it necessary to increase prices for our interior door products.

Effective with orders placed on or after March 2, 2015 prices for interior doors will increase as follows:

| | |
|---|---|
| 6'8" Molded Hollow Core Doors | 5% |
| Other Molded Doors (Solid Core, 7'0" and 8'0") | 6% |
| Flush Hardboard and Hardwood Veneer Doors | 8% |
| Carved Doors | 8% |
| Stile and Rail Doors | 5% |

*(There will also be adjustments to some adder and option pricing)*

Orders placed in excess of historical volumes will be evaluated on a case by case basis for existing pricing and lead-time eligibility.  Detailed price pages will be provided to you by January 23, 2015.

We hope that by giving you early notice of our annual price change it will be easier for you to manage your business.  Thank you for your business, and continued support of our company.  If you have questions or concerns, please contact your JELD-WEN sales representative.

Sincerely,

Bob Merrill
Executive Vice President Sales and Marketing

HIGHLY CONFIDENTIAL
STEVES/JELD-WEN LITIGATION

JW-CIV-00074421

JELD-WEN-00245519

JW-SEC-00245519