# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

|  |  |  |
|---|---|---|
| *IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION* | ) ) ) ) ) ) | Civil Action No. 3:20-cv-112-JAG |

# DECLARATION OF DANIEL R. FISCHEL

March 18, 2021

I, Daniel R. Fischel, declare:

1.      I was deposed in the above-referenced matter on February 26, 2021 regarding the opinions I provided in the Expert Report of Daniel R. Fischel, in Opposition to the Report of Professor Steven P. Feinstein dated February 1, 2021 and the Supplemental Expert Report of Daniel R. Fischel, in Opposition to the Report of Professor Steven P. Feinstein dated February 24, 2021.  Plaintiffs claim that I testified that I have "no list of all the materials [I] considered in forming [my] opinions in this matter."[1]

2.      When asked at my deposition if I considered materials that I didn't rely on in forming my opinions in my initial report, I testified:  "That's very possible."[2]  When asked whether all the materials I considered, but "maybe didn't rely on," are listed in Appendix B of my initial report, I testified:  "I don't believe so."[3]  When asked what other materials I considered in forming my opinions that are not listed on "Exhibit B" of my initial report, I testified:  "I can't think of anything specific but just by virtue of the title of Exhibit B, it's limited to materials relied upon."[4]  When asked if I kept a list of the documents I considered but didn't rely on in this case in forming my opinions, I testified: "No."[5]

---

[1]   Memorandum of Law in Support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel at 5.

[2]   Transcript of the Videotape Deposition of Daniel R. Fischel via Zoom Videoconference, February 26, 2021, at 34:4-7.

[3]   Transcript of the Videotape Deposition of Daniel R. Fischel via Zoom Videoconference, February 26, 2021, at 34:9-15.

[4]   Transcript of the Videotape Deposition of Daniel R. Fischel via Zoom Videoconference, February 26, 2021, at 34:16-22.  Although the attorney who deposed me referred in her question to my list of materials relied upon as "Exhibit B," the list is actually found in Appendix B of my initial report.

[5]   Transcript of the Videotape Deposition of Daniel R. Fischel via Zoom Videoconference, February 26, 2021, at 126:22-127:2.

3.      Subsequent to my deposition, I checked my files and discussed with my colleague Michael Keable all of the materials that were sent to me for my review which, as is my custom, reflect the entirety of the materials I reviewed in forming my opinions. Every document I reviewed in forming my opinions is included in the list of 46 documents I relied upon as reported in Exhibit B of my initial report.[6]  Consequently, that list is complete and there are no more materials to disclose.

On this day, March 18, 2021, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

_____
Daniel R. Fischel

---

[6]    Similarly, every document I reviewed in forming my opinions in the Supplemental Expert Report of Daniel R. Fischel, in Opposition to the Report of Professor Steven P. Feinstein dated February 24, 2021 is included in the list of 16 documents I relied upon as reported in Appendix A to that report.