**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112<br><br>Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY AND
OPINIONS OF DEFENDANTS' EXPERT DANIEL R. FISCHEL**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.     I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel:

2.     Attached hereto as Exhibit 1 is a true and correct copy of a letter sent by Jacob M. Rae, counsel for JELD-WEN Defendants, to Michael H. Rogers, counsel for Lead Plaintiffs, dated February 5, 2021, regarding the production of materials Bates stamped FISCHEL-0000001 – FISCHEL-0000259 and JOHNSON-0000001 – JOHNSON-0000045.

3.     Attached hereto as Exhibit 2 is a true and correct copy of an email from Jacob M. Rae to Debra Wyman, dated March 1, 2021, providing materials in connection with Professor Fischel's Supplemental Report.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a letter sent by Jenny Lee, counsel for JELD-WEN Defendants, to Michael H. Rogers, counsel for Lead Plaintiffs, dated

March 5, 2021, regarding the production of materials Bates stamped JW-SEC-01310781 – JW-SEC-01388938.

5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Professor Daniel R. Fischel, taken on February 26, 2021 in this litigation.

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Steven P. Feinstein, taken on January 30, 2021 and February 22, 2021 in this litigation.

On this day, March 19, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

2

3

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

                                      */s/ Brian C. Riopelle*
                                      Brian C. Riopelle (Va. Bar No. 36454)
                                      **MCGUIREWOODS LLP**
                                      Gateway Plaza
                                      800 East Canal Street
                                      Richmond, VA 23219
                                      Tel.: (804) 775-1084
                                      Fax.: (804) 698-2150
                                      briopelle@mcguirewoods.com