# EXHIBIT 2

| | |
|---|---|
| **From:** | Rae, Jacob M. |
| **To:** | Debra Wyman |
| **Cc:** | Harris, Lindsey Weiss |
| **Subject:** | RE: JELD-WEN Securities Litigation: Fischel Supplemental Report |
| **Date:** | Monday, March 1, 2021 9:58:00 PM |
| **Attachments:** | regression.pdf |

Deb,

Please see attached code that Professor Fischel used to run his regression.  We'll follow up with Bates stamped versions of this and the data we sent yesterday.

Best,

**Jacob Rae**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4516  **M** +1 610 299 9368
**F** +1 212 446 4900

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

jacob.rae@kirkland.com

**From:** Debra Wyman <DebraW@rgrdlaw.com>
**Sent:** Monday, March 1, 2021 12:12 PM
**To:** Harris, Lindsey Weiss <lindsey.harris@kirkland.com>; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>
**Cc:** Robert Rothman <rrothman@rgrdlaw.com>; Garrett Hooe <GHooe@mcguirewoods.com>; James Christie <jchristie@labaton.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Goldstein, Sandra C. <sandra.goldstein@kirkland.com>; Fritzler, Rachel M. <rachel.fritzler@kirkland.com>; Rae, Jacob M. <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; William Geddish <WGeddish@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>
**Subject:** RE: JELD-WEN Securities Litigation: Fischel Supplemental Report



Good morning.  It is my understanding that Dr. Feinstein's regression model was run via excel, and the output from the regression was provided – so the "code" required to run the model was provided.  But Mr. Fischel's regression was run using some statistical program and in order to replicate it, we need the computer code to do so.  If we are mistaken as to Mr. Fischel's use of a statistical program, I am told the regression output from the excel regression Mr. Fischel ran would suffice.  If it is still confusing, please give me a call to discuss.  Thanks!

**From:** Harris, Lindsey Weiss <lindsey.harris@kirkland.com>
**Sent:** Monday, March 1, 2021 8:11 AM
**To:** Debra Wyman <DebraW@rgrdlaw.com>; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>
**Cc:** Robert Rothman <rrothman@rgrdlaw.com>; Garrett Hooe <GHooe@mcguirewoods.com>; James Christie <jchristie@labaton.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; William Geddish <WGeddish@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>
**Subject:** RE: JELD-WEN Securities Litigation: Fischel Supplemental Report

Hi Deb - We're a little confused by this request as we provided you back up in the same form as we received from you.  If you are asking for the computer code that uses the data, we're happy to provide that if you also send us that for Professor Feinstein's model (because you didn't send it with your back up we had to replicate it, and assumed Dr. Feinstein would do the same).  Thanks.

**Lindsey Weiss Harris**
––––––––––––––––––––––––––––––––––––––––––––––––––
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3387  **M** +1 917 324 2258
**F** +1 212 446 4900
––––––––––––––––––––––––––––––––––––––––––––––––––
lindsey.harris@kirkland.com

**From:** Debra Wyman <DebraW@rgrdlaw.com>
**Sent:** Friday, February 26, 2021 9:15 PM
**To:** Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>
**Cc:** Robert Rothman <rrothman@rgrdlaw.com>; Garrett Hooe <GHooe@mcguirewoods.com>; James Christie <jchristie@labaton.com>; Harris, Lindsey Weiss <lindsey.harris@kirkland.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Goldstein, Sandra C. <sandra.goldstein@kirkland.com>; Fritzler, Rachel M. <rachel.fritzler@kirkland.com>; Rae, Jacob M. <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson

<jjohnson@labaton.com>; stoll@cohenmilstein.com; William Geddish <WGeddish@rgrdlaw.com>;
Frank Karam <FKaram@rgrdlaw.com>
**Subject:** Re: JELD-WEN Securities Litigation: Fischel Supplemental Report

Brian,

Can you please send the code to run the analysis?  Thanks.

Debra

> On Feb 26, 2021, at 5:46 PM, Schmalzbach, Brian D. <BSchmalzbach@mcguirewoods.com> wrote:

Good evening Rob:

Thanks for acknowledging receipt.  Nothing in the Court's pre-trial order eliminates Federal Rule of Civil Procedure 26(e)(1), which not only permits but *requires* a supplemental report "if the party learns that in some material respect the [report] is incomplete or incorrect."  As shown in Mr. Fischel's supplemental report, events following his February 1 initial report—including arguments presented for the first time in Professor Feinstein's February 15 reply report and the Fourth Circuit's February 18 opinion in *Steves*—have rendered that initial report "incomplete" in material respects under Rule 26(e)(1).  So no modification of the pre-trial order is necessary; Mr. Fischel's supplemental report was properly and timely served.

Moreover, as you know, your partner, Ms. Wyman, asked Mr. Fischel questions about the event study and analysis in his supplemental report today during his deposition, and requested the back up data to analysis in his report.  Per her request, we're attaching it here.

Best regards,

**Brian D. Schmalzbach**
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:   +1 804 775 4746
M: +1 703 864 7326

F:   +1 804 698 2304

bschmalzbach@mcguirewoods.com

Bio | VCard | www.mcguirewoods.com



**From:** Robert Rothman <rrothman@rgrdlaw.com>
**Sent:** Thursday, February 25, 2021 4:05 PM
**To:** Hooe, Garrett H. <GHooe@mcguirewoods.com>; James Christie <jchristie@labaton.com>; Lindsey Harris <lindsey.harris@kirkland.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Riopelle, Brian C. <briopelle@mcguirewoods.com>; Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; Schmalzbach, Brian D. <BSchmalzbach@mcguirewoods.com>; William Geddish <WGeddish@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>
**Subject:** RE: JELD-WEN Securities Litigation: Fischel Supplemental Report

**EXTERNAL EMAIL; use caution with links and attachments**

Counsel:

Late last night, we received your email that attaches a purported "supplemental" expert report.  As you know, pursuant to the Court's Pre-Trial Order dated September, 25, 2020, as amended by Order dated November 12, 2020, and further amended by Order dated February 22, 2021, the parties were ordered to disclose the information required under Rule 26(a)(2) on the following schedule:

"Party with the burden of proof on an issue by January 4, 2021; opposing party by February 1, 2021; rebuttal expert(s) by February 15, 2021."  (ECF 112).

The Court's Pre-Trial Order does not permit the submission of "supplemental" expert reports or, indeed, any expert report after February 15, 2021.  Your attempt to submit a "supplemental" report after February 15, 2021 violates the Court's order. Accordingly, we hereby reject and return the purported "supplemental" report to you.

Nothing contained herein is intended to be, nor shall it be deemed to be, a waiver of any of plaintiffs' rights and remedies including, but not limited to, the submission of additional expert reports and the re-opening of depositions should defendants seek to further modify the Pre-Trial Order to permit the consideration of rebuttal expert reports, which plaintiffs will oppose.

- Rob

---

**From:** Hooe, Garrett H. <GHooe@mcguirewoods.com>
**Sent:** Wednesday, February 24, 2021 8:38 PM
**To:** James Christie <jchristie@labaton.com>; Lindsey Harris <lindsey.harris@kirkland.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>
**Subject:** JELD-WEN Securities Litigation: Fischel Supplemental Report

Counsel,

Please see attached.

**Garrett H. Hooe**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:   +1 804 775 1065
M: +1 804 399 2888
ghooe@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com



---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**