# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION


------------------------------x

IN RE: JELD-WEN HOLDING, INC.

SECURITIES LITIGATION

                    CIVIL ACTION NO.

                    3:20-cv-00112-JAG

------------------------------x




VIDEOTAPE DEPOSITION OF

STEVEN P. FEINSTEIN

VIA ZOOM VIDEOCONFERENCE

January 30, 2021

10:00 a.m.






Reported by:

Maureen Ratto, RPR, CCR

Page 18

STEVEN P. FEINSTEIN

MR. ROTHMAN:  Objection.

A.    Well, I'm not offering any opinion about appropriate accounting rules but I will offer opinions about how financial analysts interpret accounting that they receive and accounting reports that they read in the course of financial analyses, that I can offer.

Q.    Okay. Are you an antitrust expert?

MR. ROTHMAN:  Objection.

A.    I have some expertise in antitrust from my education and professional work. I'm not holding myself out in this case as being an antitrust expert.

Q.    Are you offering an expert opinion in antitrust in this case?

A.    No.

Q.    Are you a lawyer?

A.    No.

Q.    Do you have a law degree?

A.    No.

Q.    Are you licensed to practice

STEVEN P. FEINSTEIN

law?

A.    No.

Q.    Have you ever been retained to provide legal opinion?

MR. ROTHMAN:  Objection.

A.    Yes. Where those legal opinions overlap with financial economics.

For instance, on the topic of materiality where they overlap or on how to interpret the legal statutes with respect to damage formulas, statutory legal formulas.

For example, so I have offered what one may call legal opinions when they overlap with financial economics and I'm drawing on my financial economics expertise to offer those opinions.

Q.    Are you offering any legal opinions in this case?

MR. ROTHMAN:  Objection.

A.    I don't think my opinions are legal opinions. I guess, you know, we can flag that and think about it later as you

Page 20

STEVEN P. FEINSTEIN

ask additional questions, but I think all of my opinions here are financial economics opinions, although, they may overlap with legal -- with areas of law. So someone might characterize some of them as being both, both economics opinions and legal opinion.

Q.    If you can get to page 4 of your report?

A.    Okay.

Q.    Look at paragraph 18 through 31. Is this a complete statement of all the opinions you intend to offer in this case?

MR. ROTHMAN:  Objection.

A.    Well, to be clear, paragraphs 18 through 27 is a complete list of opinions.

Q.    Oh, correct. Sorry about that. Yes.

A.    And that's as of right now. Those are the opinions that I formed and I have offered thus far.

Q.    Okay. Sitting here today, is

STEVEN P. FEINSTEIN

there anything that you wish to correct in your report?

A.    There are some just minor typos but nothing of any substance.

Q.    And sitting here today, do you intend to make any changes to your report?

A.    No.

Q.    Do you intend to offer any -- sorry.

Do you intend to offer any other testimony that is not contained in your report?

A.    Only if asked to either by you or Plaintiffs' counsel. So far, no.

Q.    Did you perform any analyses that is not contained in your report?

A.    No.

Q.    Did you perform any calculations that are not contained in your report?

MR. ROTHMAN:  Objection.

A.    I'd have to say yes. I mean, and I want to clarify what it is, I mean,