UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION
TO EXCLUDE THE REPORTS AND TESTIMONY OF DR. STEVEN FEINSTEIN

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund.  I submit this declaration to the Court in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Reports and Testimony of Dr. Steven Feinstein.

3.      Attached hereto as Exhibit A is a true and correct copy of the Report on Market Efficiency, Loss Causation and Damages by Professor Steven P. Feinstein, Ph.D., CFA, dated January 4, 2021.

4.      Attached hereto as Exhibit B is a true and correct copy of the Transcripts of the Deposition of Steven P. Feinstein, dated January 30, 2021 and February 22, 2021.

5.      Attached hereto as Exhibit C is a true and correct copy of the Transcript of the Deposition of Jason Stephen Flemmons, dated February 5, 2021.

- 1 -

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Expert Report of Jason S. Flemmons, CPA, CFE, CFF, in Opposition to the Expert Report of Steven P. Feinstein, Ph.D., CFA, dated February 1, 2021.

7.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of Plaintiffs' Exhibit 113 (JW-SEC-01131384) marked at the deposition of John Linker, dated March 9, 2021.

8.    Attached hereto as <u>Exhibit F</u> is a true and correct copy of Plaintiffs' Exhibit 114 (JW-SEC-01131375) marked at the deposition of John Linker, dated March 9, 2021.

9.    Attached hereto as <u>Exhibit G</u> is a true and correct copy of the Supplemental Expert Report on Market Efficiency, Loss Causation and Damages by Professor Steven P. Feinstein, Ph.D., CFA, dated March 19, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 19, 2021, at San Diego, California.

<i>/s/ Debra J. Wyman</i>
DEBRA J. WYMAN

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 19, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Steven J. Toll*
STEVEN J. TOLL