**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112<br><br>Judge John A. Gibney, Jr. |

**DECLARATION OF MATTHEW S. OWEN IN SUPPORT OF JELD-WEN**
**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'**
**MOTION TO EXCLUDE SECTIONS V, VI, AND VII.D OF THE EXPERT REPORT**
**AND TESTIMONY OF JOHN H. JOHNSON, IV**

I, Matt Owen, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the JELD-WEN Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Sections V, VI, and VII.D of the Expert Report and Testimony of John H. Johnson, IV (the "Opposition").

2.      Attached to JELD-WEN Defendants' Opposition as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Dr. Russell L. Lamb, taken on February 26, 2021 in this litigation.

On this day, March 19, 2021, I declare under penalty of perjury that the foregoing is true and correct.

         /s/ *Matthew S. Owen*

Matthew S. Owen
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 389-5943

## CERTIFICATE OF SERVICE

I certify that on the 19th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

*/s/ Brian C. Riopelle*
Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com