**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | |

**DECLARATION OF MICHAEL H. ROGERS IN OPPOSITION TO
JELD-WEN DEFENDANTS' MOTION TO EXCLUDE
THE REPORTS AND TESTIMONY OF DR. RUSSELL LAMB**

I, MICHAEL H. ROGERS, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.    I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.    I am a partner of the firm Labaton Sucharow LLP, counsel for Co-Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class.

3.    I submit this declaration to the Court in opposition to Jeld-Wen Defendants' motion to exclude the reports and testimony of Dr. Russell Lamb.

4.    Attached hereto are true and correct copies of the following:

Exhibit A:    Excerpts from the transcript of the deposition of Russell Lamb taken on February 26, 2021 in this litigation.  This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

Exhibit B:    James F. Nieberding, *Estimating Overcharges in Antitrust Cases Using a Reduced-Form Approach: Methods and Issues*, 9 J. Applied Econ., No. 2, November 2006, at 361.

1

Exhibit C:    Class Certification and Trial Expert Reply Report of Dr. Russell L. Lamb, dated June 9, 2020 from *In Re: Interior Molded Doors Antitrust Litigation*, No. 18-cv-00718 (E.D. Va.).


On this day, March 19, 2021, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Michael H. Rogers (Admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
mrogers@labaton.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I caused a copy of the foregoing document and attachments thereto be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

_/s/ Steven J. Toll_
Steven J. Toll
VA Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005

*Liaison Counsel for Lead Plaintiffs*

3