**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 |
| | Judge John A. Gibney, Jr. |
| | **ORAL ARGUMENT REQUESTED** |

**JELD-WEN DEFENDANTS' MOTION TO STRIKE
THE NEW REPORT OF DR. STEVEN FEINSTEIN**

Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (the "Individual Defendants") (collectively, "JELD-WEN Defendants"), by counsel, pursuant to Rules 16(f) and 37(c)(1) of the Federal Rules of Civil Procedure, hereby move for an order striking the untimely and improper new expert report from Dr. Steven Feinstein, Dkt. No. 198-07; Dkt. No. 199, Ex. G, from the record, exclude the new opinions contained therein, and grant such other and further relief as the Court deems just and proper.

1

Dated: March 25, 2021

Respectfully submitted,

_/s/ Brian C. Riopelle_
Brian C. Riopelle (Va. Bar No. 36454)
Brian E. Pumphrey (Va. Bar No. 47312)
Brian D. Schmalzbach (Va. Bar No. 88544)
Garrett H. Hooe (Va. Bar No. 83983)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com
ghooe@mcguirewoods.com

Sandra C. Goldstein, P.C. (_pro hac vice_)
Rachel M. Fritzler (_pro hac vice_)
Lindsey Weiss Harris (_pro hac vice_)
Jeehyeon Jenny Lee (_pro hac vice_)
Jacob M. Rae (_pro hac vice_)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
sandra.goldstein@kirkland.com
rachel.fritzler@kirkland.com
lindsey.harris@kirkland.com
jenny.lee@kirkland.com
jacob.rae@kirkland.com

Matthew S. Owen (_pro hac vice_)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
matt.owen@kirkland.com

_Attorneys for Defendants JELD-WEN_
_Holding, Inc., Mark A. Beck, L. Brooks_
_Mallard, Kirk S. Hachigian, and Gary S._
_Michel_

2

## CERTIFICATE OF SERVICE

I certify that on the 25th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

> /s/ Brian C. Riopelle
> Brian C. Riopelle (Va. Bar No. 36454)
> **MCGUIREWOODS LLP**
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA 23219
> Tel.: (804) 775-7745
> Fax.: (804) 698-2018
> bpumphrey@mcguirewoods.com

3