**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112<br><br>Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN SUPPORT OF JELD-WEN DEFENDANTS'**
**MOTION TO STRIKE THE NEW REPORT OF DR. STEVEN FEINSTEIN**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.      I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the Memorandum of Law in Support of JELD-WEN Defendants' Motion to Strike the New Report of Dr. Steven Feinstein:

2.      Attached hereto as Exhibit 1 is a true and correct copy of Lead Plaintiffs' Responses to JELD-WEN Defendants' First Set of Interrogatories to Lead Plaintiff the Public Employees' Retirement System of Mississippi, dated December 9, 2020, and verified by Ta' Shia S. Gordon on December 8, 2020.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Lead Plaintiff Plumbers and Pipefitters National Pension Fund's Responses and Objections to Defendants' First Set of Interrogatories, dated December 9, 2020, and verified by Toni C. Insoe on December 9, 2020.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Additional Plaintiff Wisconsin Laborers' Pension Fund's Responses and Objections to Defendants' First Set of Interrogatories, dated December 9, 2020, and verified by Tracy Suber on December 9, 2020.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Paulis, 30(b)(6) corporate designee for Segall Bryant & Hamill, LLC, taken on January 26, 2021 in this litigation.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Nathan Kieffer, 30(b)(6) corporate designee for Wellington Management Company LLP, taken on January 27, 2021 in this litigation.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Brian E. Pumphrey to Debra Wyman, et al., with the subject line FW: In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG, dated March 15, 2021.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an email from Debra Wyman to Brian Pumphrey, et al., with the subject line Jeld- Wen Securities Litigation, dated March 19, 2021.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a letter from Jenny Lee to Michael H. Rogers, Re: *In re JELD-WEN Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112-JAG, dated February 8, 2021.

10.      Attached hereto as Exhibit 9 is a true and correct copy of an email from John Linker to Jeff Rapaport, with the subject line FW: JELD: Takeaways from Oral Argument on Steves' Request to Divest Towanda Plant, dated August 10, 2018, that was produced in this action bearing Bates number JW-SEC-01150366.

11.      Attached hereto as Exhibit 10 is a true and correct copy of a letter from Ian D. Roffman to Brian Pumphrey, Re: *In Re: Jeld-Wen Holding, Inc. Securities Litigation*, (E.D. Va.), C.A. No. 3:20-cv-112-JAG, dated January 15, 202[1].

2

12.    Attached hereto as Exhibit 11 is a true and correct copy of an email from Sean M. Kammann to Nathan A. Kieffer, with the subject line RE: [Ext] JELD: Takeaways from Oral Argument on Steves' Request to Divest Towanda Plant, dated August 8, 2018, that was produced in this action bearing Bates number WMC-JELD-0002435, and was Exhibit 17 to the deposition of Nathan Kieffer, 30(b)(6) corporate designee for Wellington Management Company LLP, taken on January 27, 2021 in this litigation.

13.    Attached hereto as Exhibit 12 is a true and correct copy of a Notice of Deposition to Steven P. Feinstein, dated January 16, 2021, that was served upon Plaintiffs by JELD-WEN Defendants in this litigation.

14.    Attached hereto as Exhibit 13 is a true and correct copy of an email from Brian D. Schmalzbach to Robert Rothman, et al., with the subject line RE: JELD-WEN Securities Litigation: Fischel Supplemental Report, dated February 26, 2021.

On this day, March 25, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

3

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

 */s/ Brian C. Riopelle*
Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com

4