# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------x

IN RE:  JELD-WEN HOLDING,   :  Civil Action No.:

INC. SECURITIES LITIGATION  :  3:20-cv-000113-JAG


Video Deposition of WELLINGTON MANAGEMENT COMPANY,

LLP

By and through its Corporate Designee

NATHAN KIEFFER

Conducted Virtually

Wednesday, January 27, 2021

1:34 p.m. EST


HIGHLY CONFIDENTIAL






Job No.: 347138

Pages: 1 - 165

Reported by: Judith E. Bellinger, RPR, CRR

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                2

Video deposition of NATHAN KIEFFER, conducted virtually.

Pursuant to notice, before Judith E. Bellinger, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of Maryland.

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    3

A P P E A R A N C E S


ON BEHALF OF JELD-WEN HOLDING, INC., KIRK

HACHIGIAN, MARK BECK, BROOKS MALLARD AND GARY

MICHEL:

      BRIAN E. PUMPHREY, ESQUIRE

      GARRETT HOOE, ESQUIRE

      MCGUIREWOODS LLP

      800 East Canal Street

      Gateway Plaza

      Richmond, VA 23219

      804.775.1000


ON BEHALF OF THE WELLINGTON MANAGEMENT

COMPANY, LLP AND THE DEPONENT:

      IAN ROFFMAN, ESQUIRE

      ASHLEY PAQUIN, ESQUIRE

      NUTTER MCCLENNEN & FISH

      155 Seaport Boulevard

      Boston, MA 02210

      617.439.2000

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021                4

A P P E A R A N C E S   C O N T I N U E D

RACHEL M. FRITZLER, ESQUIRE

JEFFREY R. GOLDFINE, ESQUIRE

KIRKLAND & ELLIS LLP

601 Lexington Avenue

New York, NY 10022

212.390.4020


LAURA COYNE, ESQUIRE

WELLINGTON MANAGEMENT COMPANY, LLP

280 Congress Street

Boston, MA 02210

617.951.5000


ON BEHALF OF THE MISSISSIPPI PUBLIC

EMPLOYEES' RETIREMENT SYSTEM AND THE PROPOSED

CLASS:

MICHAEL H. ROGERS, ESQUIRE

LABATON SUCHAROW, LLP

140 Broadway

New York, NY 10005

212.907.0814

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                5

A P P E A R A N C E S   C O N T I N U E D


    ON BEHALF OF THE PLUMBERS AND PIPEFITTERS

NATIONAL PENSION FUND AND WISCONSIN LABORERS'

PENSION FUND AND THE PROPOSED CLASS:

        WILLIAM J. GEDDISH, ESQUIRE

        GELLER RUDMAN & DOWD

        58 South Service Road

        Suite 200

        Melville, NY 11747

        631.454.7700


    ON BEHALF OF THE PLUMBERS AND PIPEFITTERS

NATIONAL PENSION FUND:

        LOUIS P. MALONE III, ESQUIRE

        O'DONOGHUE & O'DONOGHUE

        5301 Wisconsin Avenue, NW

        Suite 800

        Washington, D.C. 20015

        202.362.0041

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                6

A P P E A R A N C E S   C O N T I N U E D


ON BEHALF OF THE ONEX DEFENDANTS:

ROMAN LIFSON, ESQUIRE

CHRISTIAN & BARTON

909 East Main Street

Richmond, VA 23219

804.332.5379




ALSO PRESENT:

Robert Leonard, Videographer

Alex Sussman, Planet Depos Technician

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    7

                    C O N T E N T S

EXAMINATION OF NATHAN KIEFFER                     PAGE

   By Mr. Pumphrey                                13

   By Mr. Lifson                                 144

   By Mr. Rogers                                 157

                  E X H I B I T S

            (Attached to the transcript)


Kieffer Deposition Exhibits:                     PAGE

Exhibit 1   Notice of Intent to Issue            21

            Deposition Subpoena and Subpoena Duces

            Tecum

Exhibit 2   Public Employees' Retirement System   37

            of Mississippi, Wellington Management,

            Mid Cap Value, Bates Nos.

            WMC-JELD-0000276 - 0294

Exhibit 3   Plumbers & Pipefitters National       44

            Pension, Wellington Management, Mid

            Cap Opportunities Small Cap 2000,

            Bates Nos. WMC-JELD-0007335 - 7377

Exhibit 4   Transaction Chart, Bates Nos.         53

            WMC-JELD-000742

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                     8

E X H I B I T S   C O N T I N U E D

Exhibit 5   Email chain.  Top email from David      54
            Lundgren to various recipients,
            1/25/2017, Bates Nos. WMC-JELD-0000077
            - 0088

Exhibit 6   Email from Nathan Kieffer to            74
            various recipients, 9/22/2017, Bates
            Nos. WMC-JELD-0000089 - 0103

Exhibit 7   Email from Nathan Kieffer to Nathan     82
            Kieffer, 2/13/2018, Bates Nos.
            WMC-JELD-0000581 - 0588

Exhibit 8   Email from Nathan Kieffer to James      97
            Mordy, 2/14/2018, Bates Nos.
            WMC-JELD-0001510 - 1511

Exhibit 9   Email from Nathan Kieffer to James     105
            Mordy, 2/14/2018, Bates Nos. 0001468 -
            1470

Exhibit 10  Exhibit 10, Bates Nos.                 106
            WMC-JELD-0001471 - 1478

Exhibit 11  Exhibit 9, Bates Nos.                  106
            WMC-JELD-0001479 - 1491

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                              9

          E X H I B I T S   C O N T I N U E D


Exhibit 12  Email chain.  Top email from          110

            Gregory Garabedian to Nathan Kieffer,

            2/16/2018, Bates Nos. WMC-JELD-0000664

            - 0665

Exhibit 13  Email from Nathan Kieffer to          115

            various recipients, 2/21/2018, Bates

            Nos. WMC-JELD-0000815 - 0817

Exhibit 14  Email from Gregory Garabedian to      118

            Thomas Claps, 3/8/2018, Bates Nos.

            WMC-JELD-0001529 - 1536

Exhibit 15  Email from James Mordy to Thomas      120

            Claps, 4/9/2018, Bates Nos.

            WMC-JELD-0000422 - 0425

Exhibit 16  Email chain.  Top email from Nathan   121

            Kieffer to Thomas Claps, 4/9/2018,

            Bates Nos. WMC-JELD-0001281 - 1284

Exhibit 17  Email chain.  Top email from Sean     122

            Kammann to Nathan Kieffer, 8/8/2018,

            Bates Nos. WMC-JELD-0002435 - 2439

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                          10

E X H I B I T S   C O N T I N U E D

Exhibit 18  Email chain.  Top email from        125

            Gregory Garabedian to Nathan Kieffer,

            8/8/2018, Bates No. WMC-JELD-0002440

Exhibit 19  Transcript of Proceedings, August    125

            2, 2018, Bates Nos. WMC-JELD-0002441 -

            2647

Exhibit 20  Transcript of Proceedings, August    126

            3, 2018, Bates Nos. WMC-JELD-0002648 -

            2808

Exhibit 21  Email from Nathan Kieffer to         128

            various recipients, 10/8/2018, Bates

            Nos. WMC-JELD-0003443 - 3449

Exhibit 22  Judge Payne's decision               132

Exhibit 23  Press Release                         138

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                11

P R O C E E D I N G S

THE VIDEOGRAPHER:  Here begins video file No. 1 in the videotaped deposition of Nathan Kieffer representative of Wellington Management Company, LLP, in the matter of In Re:  Jeld-Wen Holding, Inc. Securities Litigation in the United States District Court for the Eastern District of Virginia, Case No. 3:20-cv-00113-JAG.

Today's date is January 27th, 2021. The time on my monitor is 1:35 p.m.

My name is Robert Leonard, I'm the video specialist, I represent Planet Depos.  This deposition is being taken via Zoom online.

Will counsel please identify themselves verbally and state whom they represent.

MR. ROGERS:  Michael Rogers, Labaton Sucharow, LLP, for Mississippi Public Employees' Retirement System and the proposed class.

MR. GEDDISH:  William Geddish, Robbins Geller Rudman & Dowd, for Plumbers and Pipefitters National Pension Fund and Wisconsin Laborers'

Pension Fund and the proposed class.

MR. MALONE:  Louis Malone from O'Donoghue & O'Donoghue.  We're fund counsel to the Plumbers and Pipefitters National Pension Fund.

MR. PUMPHREY:  Brian E. Pumphrey with McGuireWoods LLP on behalf of defendants Jeld-Wen Holding, Inc., Kirk Hachigian, Mark Beck, Brooks Mallard and Gary Michel.

MS. FRITZLER:  Rachel Fritzler, Kirkland & Ellis on behalf of the Jeld-Wen defendants.

MR. ROFFMAN:  Ian Roffman, Nutter McClennen & Fish on behalf of the witness.

MS. PAQUIN:  Ashley Paquin, Nutter McClennen & Fish, also on behalf of the witness.

MR. LIFSON:  Roman Lifson with Christian & Barton on behalf of the Onex defendants.

MS. COYNE:  Laura Coyne, in-house at Wellington also on behalf of the witness.

THE VIDEOGRAPHER:  The court reporter

today is Judy Bellinger, she also represents

Planet Depos.

Will the court reporter please swear in

the witness.

NATHAN KIEFFER,

being first duly sworn, was examined and testified

as follows:

EXAMINATION BY COUNSEL FOR JELD-WEN HOLDING, INC.,

KIRK HACHIGIAN, MARK BECK, BROOKS MALLARD AND GARY

MICHEL

THE VIDEOGRAPHER: Counsel, you may

begin.

MR. ROFFMAN: I'm sorry. Actually

before we begin, I think there's someone on the

line who didn't identify themselves, Mr. Goldfine.

MR. GOLDFINE: Jeff Goldfine, I'm with

Kirkland for Jeld-Wen.

MR. ROFFMAN: Thank you.

BY MR. PUMPHREY:

Q Okay. Good afternoon, Mr. Kieffer. My

name is Brian Pumphrey. Thank you for coming

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021                                    30

longer, but if we spend too much time outside of                 13:57:30

the scope of the notice topics I'll instruct you                 13:57:32

not to answer.  But you can go ahead for now.                    13:57:35

    A   Could you repeat the question?                 13:57:39

    Q   Can a client provide advice to                  13:57:41

Wellington on whether it should invest in a                      13:57:44

particular company or not?                                       13:57:47

    MR. ROFFMAN:  Objection.                                  13:57:49

    A   I am not aware of that happening, but I         13:57:51

wouldn't be, necessarily.                                        13:57:54

    MR. PUMPHREY:  And I'll state for the                     13:58:24

record that I actually disagree that those                       13:58:26

questions were not within the scope.  They are                   13:58:29

within the scope of several topics, including, but               13:58:31

not limited to, topic 12.  But we're going to move               13:58:37

on.                                                              13:58:39

    Q   As specific to the plaintiffs in this           13:58:54

case, have you ever had discussions -- have you                  13:58:56

ever had discussions with any representative of                  13:59:01

Mississippi PERS or Plumbers about what particular               13:59:04

stocks should be purchased or sold on their                      13:59:09

behalf?                                                          13:59:11

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    31

A    No.                                        13:59:12

Q    All right.  So in connection -- tell me    13:59:13
again the name of your current job title.        13:59:32

A    Global industry analyst.                   13:59:37

Q    Okay.  In connection with your job as a    13:59:38
global industry analyst, do you perform research 13:59:44
on publicly traded companies?                    13:59:49

A    Yes.                                        13:59:52

Q    And what types of sources do you use       13:59:54
for your research?                               13:59:59

A    I would say industry data, outside         14:00:07
research, SEC filings, discussions with          14:00:13
management, proprietary research.  That's not    14:00:16
exhaustive, but that's some of it.               14:00:23

Q    Do you review publicly available news      14:00:25
stories?                                         14:00:29

A    Yes.                                        14:00:30

Q    If applicable, do you review court         14:00:32
filings?                                         14:00:35

A    Yes.                                        14:00:37

Q    Do you review a particular company's       14:00:40
press releases?                                  14:00:42

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    121

A    I do not.

MR. PUMPHREY:  Okay.  Let's put up Tab Q.

(Kieffer Exhibit 16 marked for identification and attached to the transcript.)

Q    This will be Kieffer 16 coming up.

This is an email chain for the following day and you're responding to an email from Mr. Claps again saying with the subject line, "JELD Hearing to Unwind Craftmaster Merger starts TOMORROW - are you interested in takeaways from the Courtroom?"

Do you see that?

A    Yes.

Q    Do you recall -- well, do you recall receiving this email now?

A    No.  But I'm not denying I received it.

Q    It looks like that you answered Mr. Claps' question with a "yes."  Do you recall Mr. Claps providing you an update about the hearing to unwind the Craftmaster merger after it happened?

16:27:13
16:27:16
16:27:19
16:27:19
16:27:19
16:27:28
16:27:48
16:27:52
16:27:56
16:28:02
16:28:07
16:28:11
16:28:13
16:28:13
16:28:17
16:28:20
16:28:23
16:28:29
16:28:31
16:28:35
16:28:38
16:28:41

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021

122

A    I don't recall, but that looks like what I'm requesting in this email.                              16:28:44 / 16:28:48

MR. PUMPHREY:  All right.  Let's go to Tab S.                              16:29:17 / 16:29:19

(Kieffer Exhibit 17 marked for identification and attached to the transcript.)                              16:29:19

Q    All right.  This will be Kieffer 17, which starts at the top with an email from Sean Kammann to you dated -- now we're into August of 2018.                              16:29:44 / 16:29:46 / 16:29:54 / 16:29:57

Who is Sean Kammann?                              16:30:04

A    He's another analyst at the time.                              16:30:06

Q    Okay.                              16:30:08

A    He may have been a portfolio manager at that point.  I'm not sure when he started managing his own product.                              16:30:09 / 16:30:10 / 16:30:13

Q    Okay.  And he's thanking you for sending him an email which appears to be your commentary on an email from Mr. Claps at the same day and it's titled "Takeaways from Oral Argument on Steves' Request to Divest Towanda Plant."                              16:30:14 / 16:30:16 / 16:30:19 / 16:30:23 / 16:30:29

Do you see that?                              16:30:37

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021

123

A    Yes.

Q    And your email kind of towards the bottom you say -- you see where it begins "Still seems"?

A    Yes.

Q    And here you wrote, "Still seems like the most likely outcome is that there is no settlement, the judge awards divestiture, and JELD appeals."

Do you see that?

A    Yes.

Q    And your view here in August of 2018 is that the most likely outcome was a court ordered divestiture?

MR. ROGERS:  Objection.  Form.

A    Yes, at this point in time of this email that was my view.

Q    And then if you go to the last sentence of your email you say, "The good news is that the market seems to be at least partially pricing in the negative ruling that we have feared."

Do you see that?

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                                    124

A    Yes.                                                    16:31:42

Q    And is the negative ruling you were                    16:31:48
referring to there divestiture ruling?                          16:31:49

MR. ROGERS:  Objection.  Form.                          16:31:55

A    Yes.                                                    16:31:56

Q    And then I'm not going to go through                   16:32:02
it, but if you can turn the page to the next page,              16:32:04
scroll down.  You can see a multi-page update,                  16:32:10
again, from Mr. Claps about the oral argument on                16:32:14
Steves' request to have Jeld-Wen divest the                     16:32:18
Towanda Plant.                                                  16:32:24

Do you see that?                                        16:32:29

A    I do.                                                   16:32:30

Q    Did you read this document when you                    16:32:30
received it?                                                    16:32:33

A    I don't recall.                                         16:32:38

MR. PUMPHREY:  All right.  Let's go                     16:32:47
to -- I'm going to need to look briefly at Tabs T,              16:32:48
U, V.  So let's start with T.                                   16:32:56

(Kieffer Exhibit 18 marked for                          16:32:58
identification and attached to the transcript.)                 16:32:58

Q    Is this Exhibit 20?  Sorry, I'm having                 16:33:25

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                         139

paragraph in the middle of the page that begins

with the word "Additionally."

A    Okay.

Q    The first sentence says, "Additionally,

the company expects third quarter results to

include a charge of $76.5 million for a litigation

contingency related to a recent court ruling in

its ongoing antitrust and trade secrets litigation

with Steves & Sons, Inc."

Did I read that correctly?

A    Yes.

Q    And then a couple sentences later it

says, "While the company continues to maintain

that  it has not violated any antitrust laws and

intends to appeal any adverse judgment, recent

rulings in the case have now provided sufficient

detail for the company to estimate future

liabilities if the appeal process is

unsuccessful."

Did I read that correctly?

A    Yes.

Q    Do you understand the $76.5 million

16:56:35
16:56:38
16:56:43
16:56:44
16:56:46
16:56:49
16:56:53
16:56:56
16:57:00
16:57:04
16:57:05
16:57:09
16:57:12
16:57:15
16:57:18
16:57:23
16:57:25
16:57:27
16:57:31
16:57:38
16:57:38
16:57:39

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021

140

charge was for a litigation contingency?   16:57:42

MR. ROGERS:  Objection.  Form.   16:57:44

Q   I'm sorry.  If you answered I didn't   16:57:52
hear it over the form objection.   16:57:53

A   Yes.  Yes, I did.   16:57:56

Q   Okay.  Did you believe by announcing   16:57:57
the litigation contingency that Jeld-Wen was   16:58:00
admitting that it engaged in anticompetitive   16:58:03
conduct?   16:58:06

A   Did I understand that that was the   16:58:11
admission of anticompetitive conduct?   16:58:13

Q   Yes.   16:58:15

A   Is that the question?  No, I did not   16:58:15
understand that.   16:58:17

Q   Did you believe by announcing the   16:58:20
litigation contingency Jeld-Wen was changing its   16:58:22
position regarding the merits of the Steves   16:58:25
litigation?   16:58:27

MR. ROGERS:  Objection.  Form.   16:58:28

A   No, I did not.  I mean, I guess on the   16:58:37
margin you would have to say yes because obviously   16:58:41
you have -- by taking the GAAP charge you have to   16:58:44

have some level of belief that it's viable and

obviously their fear of a bad outcome had

increased, but my view was this was more of an

accounting change than an actual change in the

thought process.

Q    But by announcing the litigation

contingency, did you understand that Jeld-Wen was

admitting that it would ultimately and finally be

held liable to Steves?

MR. GEDDISH:  Objection to form.

A    No.  No, I did not.

Q    And in fact Jeld-Wen stated in this

press release that it intended to appeal, correct?

A    I don't know.  I don't remember if it's

in this release, but that was my understanding at

the time.

Q    Right.

By announcing this litigation

contingency, did you understand at the time that

Jeld-Wen was attempting to correct previous

statements that it had made about the Steves

litigation?

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    157

record at 5:29 p.m.                                    17:29:34

(Recess taken.)                                        17:29:38

THE VIDEOGRAPHER:  We're going back on               17:37:59

the record at 537 -- 5:38 p.m.                         17:37:59

EXAMINATION BY COUNSEL FOR THE MISSISSIPPI PUBLIC      17:38:04

EMPLOYEES' RETIREMENT SYSTEM AND THE PROPOSED        17:38:04

CLASS                                17:38:04

BY MR. ROGERS:                                         17:38:08

Q   Good evening, Mr. Kieffer.  My name is          17:38:10

Michael Rogers.  Again, I represent Mississippi        17:38:10

PERS and the class in this case.  I just have a        17:38:10

couple questions.  I'll be very short.                 17:38:18

I believe you testified in response to              17:38:20

Mr. Lifson's questions that it was -- first, you       17:38:24

didn't make the individual investment choices for      17:38:26

Mississippi PERS, correct?                             17:38:29

A   No.                                             17:38:31

Q   Okay.  And I believe you said that at           17:38:32

least at the IPO and into the early part of the        17:38:34

class period that was a Mr. Mordy; is that             17:38:37

correct?                                               17:38:39

A   Yeah.  I mean, I believe at the IPO             17:38:43

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021

158

Mordy was the sole PM.  Right around that time he became a co-PM with Greg Garabedian and then at some point Greg took over full responsibility.

But the timeline there, I don't recall exactly.

Q    And do you know all the pieces of information that Mr. Mordy considered when he decided to purchase Jeld-Wen on behalf of Mississippi PERS at the IPO?

A    No.  I mean, I know some but certainly not all.

Q    And similarly we've seen a lot of emails where clearly Mr. Garabedian and you exchanged a lot of information and that's good.

But do you know all the information that Mr. Garabedian considered when he decided to purchase Jeld-Wen stock on behalf of M PERS during the class period?

A    No.  Same answer.  Probably most but not all.

Q    Okay.  Just a couple other questions.

Do you remember towards the end of

17:38:47
17:38:52
17:38:56
17:38:59
17:39:02
17:39:03
17:39:05
17:39:08
17:39:12
17:39:15
17:39:20
17:39:22
17:39:24
17:39:26
17:39:30
17:39:31
17:39:34
17:39:40
17:39:41
17:39:43
17:39:44
17:39:46

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021                                            159

Mr. Pumphrey's examination he asked you some                17:39:47

questions about the October 15th, 2018 press                17:39:49

release about the charge?                                   17:39:53

    A   Yes.                                            17:39:56

    Q   And Mr. Pumphrey asked you certain               17:39:56

questions about whether you considered that to be           17:40:00

information that corrected misstatements in the             17:40:02

case.                                                       17:40:05

       Do you remember that testimony?                   17:40:05

    A   Yes.                                            17:40:06

    Q   Where he asked you questions about              17:40:08

whether information was surprising to you.                  17:40:10

       Do you recall that?                              17:40:12

    A   Yes.                                            17:40:13

    Q   Are you a lawyer, sir?                          17:40:15

    A   No.                                             17:40:17

    Q   Are you an economist?                           17:40:18

    A   I don't know what the official ruling            17:40:24

is there.  But I do a lot of economic-type                  17:40:27

analysis.                                                   17:40:32

    Q   I mean, you're obviously --                     17:40:33

    A   I do not have a degree in economics.            17:40:35

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                                    160

Q    Exactly.  You're obviously very adept                17:40:38

financially but you don't have a master's or a           17:40:41

doctorate degree in economics?                           17:40:42

A    I do not, no.                                        17:40:46

Q    You don't make your living as an                    17:40:48

economist?                                               17:40:49

A    No.                                                  17:40:50

Q    That's good news from my perspective.               17:40:51

But we can go on.                                         17:40:53

You've never conducted what's known as                   17:40:54

an events study, have you?                               17:40:56

A    No.                                                  17:40:58

MR. ROGERS:  I have no further                            17:41:00

questions.                                               17:41:00

MR. PUMPHREY:  Nothing further from me.                  17:41:07

MR. ROFFMAN:  Okay.  If we're                            17:41:12

concluded, which it sounds like we are, Brian, can       17:41:13

you just confirm, my understanding under the             17:41:16

protective order is that this transcript or the          17:41:18

deposition and the exhibits are designated as            17:41:22

highly confidential pending receipt and review of        17:41:26

the transcripts; is that right?                          17:41:31