# EXHIBIT 6

## Rae, Jacob M.

| | |
|---|---|
| **From:** | Pumphrey, Brian E. <bpumphrey@mcguirewoods.com> |
| **Sent:** | Monday, March 15, 2021 9:16 AM |
| **To:** | 'Debra Wyman'; Harris, Lindsey Weiss; Philip Leggio; Hooe, Garrett H.; Schmalzbach, Brian D.; Riopelle, Brian C.; Goldstein, Sandra C.; Fritzler, Rachel M.; Rae, Jacob M.; Peter Simmons; Corey Baron; Renee Turner; Warren Harless; Roman Lifson; Shannan Fitzgerald |
| **Cc:** | 'Steven J. Toll'; Joshua Handelsman; Robert Rothman; 'mmillkey@rgrdlaw.com'; 'fkaram@rgrdlaw.com'; 'wgeddish@rgrdlaw.com'; Magdalene Economou; James Johnson; Michael Rogers; James Christie; Lou Malone; Rowley, Robert; John Rigby |
| **Subject:** | FW: In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG |
| **Attachments:** | Copy of 2021.03.13 Mini Log 1 v.2 (KE).xlsx |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Deb:

The JELD-WEN Defendants do not agree to any change in the *Daubert* schedule.  We also do not consent to any additional report from Feinstein, because his original report was not "incomplete" under Fed. R. Civ. P. 26(e)(1), as the purported new information on which we understand he will rely was available to Plaintiffs in advance of the relevant deadline.

With respect to the documents over which we have requested a claw-back, we have attached a privilege log detailing information related to those materials.

We will get back to you on the Tim Kirk engagement letter later today.

Finally, further to Lindsey's March 12 email at 12:36pm below, we have confirmed that JELD-WEN does not have any Salesforce data for any of the custodians during the relevant period.

Best,
Brian

## Brian E. Pumphrey
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 7745
M: +1 804 647 5126
F:  +1 804 698 2018
bpumphrey@mcguirewoods.com
Bio | VCard | LinkedIn | www.mcguirewoods.com

## McGUIREWOODS

1

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**From:** Debra Wyman <DebraW@rgrdlaw.com>
**Sent:** Friday, March 12, 2021 5:14 PM
**To:** Harris, Lindsey Weiss <lindsey.harris@kirkland.com>; Philip Leggio <pleggio@labaton.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Garrett Hooe <GHooe@mcguirewoods.com>; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Goldstein, Sandra C. <sandra.goldstein@kirkland.com>; Fritzler, Rachel M. <rachel.fritzler@kirkland.com>; Rae, Jacob M. <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>
**Cc:** 'Steven J. Toll' <SToll@cohenmilstein.com>; Joshua Handelsman <jhandelsman@cohenmilstein.com>; Robert Rothman <rrothman@rgrdlaw.com>; 'mmillkey@rgrdlaw.com'; 'fkaram@rgrdlaw.com'; 'wgeddish@rgrdlaw.com'; Magdalene Economou <MEconomou@rgrdlaw.com>; James Johnson <jjohnson@labaton.com>; Michael Rogers <mrogers@labaton.com>; James Christie <jchristie@labaton.com>; Lou Malone <lmalone@odonoghuelaw.com>; Rowley, Robert <RRowley@labaton.com>; John Rigby <JRigby@rgrdlaw.com>
**Subject:** RE: In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG

Lindsey:

Thanks for the information and the call earlier today.  In light of the timing you mention, Plaintiffs will wait until Monday to file a motion with the Court on the issues we discussed earlier today.  Please respond by 10 am eastern Monday with the information we requested today on our meet and confer.  Thank you.

Have a good weekend.

Deb


**Debra J. Wyman**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Harris, Lindsey Weiss
<lindsey.harris@kirkland.com>
**Sent:** Friday, March 12, 2021 12:36 PM
**To:** Philip Leggio <pleggio@labaton.com>; Brian
Pumphrey <bpumphrey@mcguirewoods.com>; Garrett
Hooe <GHooe@mcguirewoods.com>; Brian
Schmalzbach <BSchmalzbach@mcguirewoods.com>;
Brian Riopelle <briopelle@mcguirewoods.com>; Sandra
Goldstein <sandra.goldstein@kirkland.com>; Rachel
Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae
<jacob.rae@kirkland.com>; Peter Simmons
<Peter.Simmons@friedfrank.com>; Corey Baron
<Corey.Baron@friedfrank.com>; Renee Turner
<renee.turner@friedfrank.com>; Warren Harless
<wharless@cblaw.com>; Roman Lifson
<rlifson@cblaw.com>; Shannan Fitzgerald
<sfitzgerald@cblaw.com>
**Cc:** 'Steven J. Toll' <SToll@cohenmilstein.com>; Joshua
Handelsman <jhandelsman@cohenmilstein.com>;
Debra Wyman <DebraW@rgrdlaw.com>; Robert
Rothman <rrothman@rgrdlaw.com>;
'mmillkey@rgrdlaw.com'; 'fkaram@rgrdlaw.com';
'wgeddish@rgrdlaw.com'; Magdalene Economou
<MEconomou@rgrdlaw.com>; James Johnson
<jjohnson@labaton.com>; Michael Rogers
<mrogers@labaton.com>; James Christie
<jchristie@labaton.com>; Lou Malone
<lmalone@odonoghuelaw.com>; Rowley, Robert
<RRowley@labaton.com>
**Subject:** RE: In re JELD-WEN Holding, Inc. Sec. Litig., No.
3:20-cv-00112-JAG

Counsel,

We have confirmed JELD-WEN does not have data from
Salesforce or Chatter for Tim Kirk during the agreed-
upon time period.  We do not have any reason to
believe the Company has data from Salesforce or
Chatter for the other custodians during this time period,
but we are in the process of confirming.  We
understand the Salesforce platform is in the middle of a
data migration process that makes it impossible to get

3

you a response by the end of the day, but we should have confirmation by Monday.

Best,

**Lindsey Weiss Harris**

─────────────────────────────

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3387  **M** +1 917 324 2258
**F** +1 212 446 4900

─────────────────────────────

lindsey.harris@kirkland.com

**From:** Leggio, Philip <PLeggio@labaton.com>
**Sent:** Thursday, March 11, 2021 5:30 PM
**To:** 'Brian Pumphrey'
<bpumphrey@mcguirewoods.com>; 'Garrett Hooe'
<GHooe@mcguirewoods.com>; 'Brian Schmalzbach'
<BSchmalzbach@mcguirewoods.com>; 'Brian Riopelle'
<briopelle@mcguirewoods.com>; Goldstein, Sandra C.
<sandra.goldstein@kirkland.com>; Fritzler, Rachel M.
<rachel.fritzler@kirkland.com>; Harris, Lindsey Weiss
<lindsey.harris@kirkland.com>; Rae, Jacob M.
<jacob.rae@kirkland.com>; 'Peter Simmons'
<Peter.Simmons@friedfrank.com>; 'Corey Baron'
<Corey.Baron@friedfrank.com>; 'Renee Turner'
<renee.turner@friedfrank.com>; 'Warren Harless'
<wharless@cblaw.com>; 'Roman Lifson'
<rlifson@cblaw.com>; 'Shannan Fitzgerald'
<sfitzgerald@cblaw.com>
**Cc:** 'Steven J. Toll' <SToll@cohenmilstein.com>; 'Josh
Handelsman' <jhandelsman@cohenmilstein.com>;
'Debra Wyman' <DebraW@rgrdlaw.com>; 'Robert
Rothman' <rrothman@rgrdlaw.com>;
'mmillkey@rgrdlaw.com'; 'fkaram@rgrdlaw.com';
'wgeddish@rgrdlaw.com'; 'Magdalene Economou'
<MEconomou@rgrdlaw.com>; Johnson, James
<JJohnson@labaton.com>; Rogers, Michael H.
<MRogers@labaton.com>; Christie, James
<JChristie@labaton.com>; 'Lou Malone'
<lmalone@odonoghuelaw.com>; Rowley, Robert
<RRowley@labaton.com>
**Subject:** RE: In re JELD-WEN Holding, Inc. Sec. Litig., No.
3:20-cv-00112-JAG

Counsel,

We are writing to follow up on our March 9, 2020 email, requesting Defendants produce to Plaintiffs (1) all documents from Jeld-Wen's Salesforce.com and Chatter platforms that are responsive to Plaintiffs' document requests (or, if documents from those sources were already searched for and produced, to provide us with

4

their bates numbers); and (2) any written agreement reflecting a common interest agreement with Mr. Kuppens.

Since sending that email, Plaintiffs have deposed two additional fact witnesses and will be deposing another tomorrow. Defendants' continuing failure to produce these documents compounds the prejudice to Plaintiffs. In light of these additional upcoming—and fast approaching—fact depositions, we again demand that you provide us with the information sought in our March 9, 2020 email. Please provide this information by 6 pm eastern Friday March 12, 2021 or we will have no choice but to seek immediate court intervention.

Best,

Phil

---

**From:** Leggio, Philip
**Sent:** Tuesday, March 9, 2021 8:33 PM
**To:** 'Brian Pumphrey' <bpumphrey@mcguirewoods.com>; 'Garrett Hooe' <GHooe@mcguirewoods.com>; 'Brian Schmalzbach' <BSchmalzbach@mcguirewoods.com>; 'Brian Riopelle' <briopelle@mcguirewoods.com>; 'Sandra Goldstein' <sandra.goldstein@kirkland.com>; 'Rachel Fritzler' <rachel.fritzler@kirkland.com>; 'Lindsey Harris' <lindsey.harris@kirkland.com>; 'Jacob Rae' <jacob.rae@kirkland.com>; 'Peter Simmons' <Peter.Simmons@friedfrank.com>; 'Corey Baron' <Corey.Baron@friedfrank.com>; 'Renee Turner' <renee.turner@friedfrank.com>; 'Warren Harless' <wharless@cblaw.com>; 'Roman Lifson' <rlifson@cblaw.com>; 'Shannan Fitzgerald' <sfitzgerald@cblaw.com>
**Cc:** 'Steven J. Toll' <SToll@cohenmilstein.com>; 'Josh Handelsman' <jhandelsman@cohenmilstein.com>; 'Debra Wyman' <DebraW@rgrdlaw.com>; 'Robert Rothman' <rrothman@rgrdlaw.com>; 'mmillkey@rgrdlaw.com'; 'fkaram@rgrdlaw.com'; 'wgeddish@rgrdlaw.com'; 'Magdalene Economou' <MEconomou@rgrdlaw.com>; Johnson, James <JJohnson@labaton.com>; Rogers, Michael H. <MRogers@labaton.com>; Christie, James <JChristie@labaton.com>; 'Lou Malone' <lmalone@odonoghuelaw.com>; Rowley, Robert <RRowley@labaton.com>
**Subject:** In re JELD-WEN Holding, Inc. Sec. Litig., No. 3:20-cv-00112-JAG

Counsel,

5

During today's deposition of Tim Kirk, we learned of the existence of documents from Jeld-Wen's Salesforce.com ("SFDC") platform and Chatter, which is a function of SFDC.  Mr. Kirk testified that Chatter served as an internal social media-type platform where Jeld-Wen employees would post, share, and communicate certain information with one another, including about price increases, competitive intelligence and interior doors.  These documents are plainly responsive to Requests for Production, including but not necessarily limited to, Request Nos. 6 and 11.  A search of the documents that Defendants have produced indicates that they have not produced these SFDC and Chatter materials.

If Defendants have searched for and produced all relevant Salesforce and Chatter documents in response to Plaintiffs' document requests, including Request Nos. 6 and 11, please provide their bates numbers.  If not, we demand that you produce them immediately, as Plaintiffs will continue to be prejudiced in upcoming depositions due to Defendants' discovery failure.  Additionally, it should go without saying that Plaintiffs reserve all rights, including re-opening any deposition that has occurred or will occur before Defendants complete production of all documents responsive to Request Nos. 6 and 11.

Additionally, during Mr. Kirk's deposition today, Mr. Kuppens and Mr. Pumphrey instructed Mr. Kirk to not answer any questions relating to conversations that took place in a meeting where both Mr. Kuppens (Mr. Kirk's counsel) and Mr. Pumphrey (an individual not serving as Mr. Kirk's counsel) were in attendance.  Taking their advice, Mr. Kirk did not answer any questions relating to such communications.  At the deposition, Mr. Pumphrey raised for the first time that Defense Counsel had executed a common interest agreement with Mr. Kuppens.  Plaintiffs request that Defendants produce any written agreement reflecting this arrangement.

Best,

Phil
***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you

6

are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*
<Copy of 2021.03.13 Mini Log 1 v.2 (KE).xlsx>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.