# EXHIBIT 7

## Rae, Jacob M.

| | |
|---|---|
| **From:** | Debra Wyman <DebraW@rgrdlaw.com> |
| **Sent:** | Friday, March 19, 2021 6:35 PM |
| **To:** | Brian Pumphrey; Brian Riopelle; Brian Schmalzbach; Corey Baron; Debra Wyman; Frank Karam; Garrett Hooe; Irina Vasilchenko; Rae, Jacob M.; James Christie; James Johnson; John Rigby; Kirsten McCormack; Harris, Lindsey Weiss; Lou Malone; Magdalene Economou; Michael Keats; Michael Rogers; Peter Simmons; Philip Leggio; Fritzler, Rachel M.; Renee Turner; Robert Rothman; Roman Lifson; Goldstein, Sandra C.; Sarah Schmidt; Shannan Fitzgerald; Stefanie Wenz; Warren Harless; William Geddish |
| **Subject:** | Jeld- Wen Securities Litigation |
| **Attachments:** | Feinstein_JELD_Supplemental_Report_2021.03.19.pdf |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Counsel:

Attached is the SUPPLEMENTAL EXPERT REPORT ON MARKET EFFICIENCY, LOSS CAUSATION AND DAMAGES OF PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA.  The offer we made during our March 11, 2021 meet and confer for 1) Mr. Fischel to have an opportunity to respond with a Supplemental Report to the issues Dr. Feinstein covers in the attached, and 2) for limited 1 hour depos of Dr. Feinstein and Mr. Fischel regarding these issues, remains open.

Have a great weekend.

Deb

**Debra J. Wyman**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

1