# EXHIBIT 10



**Ian D. Roffman**

Direct Line: (617) 439-2421
Fax: (617) 310-9421
E-mail: iroffman@nutter.com

January 15, 2020

**Via Email**

Brian Pumphrey, Esq.
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
(bpumphrey@mcguirewoods.com)

> Re:   *In Re: Jeld-Wen Holding, Inc. Securities Litigation*,
> (E.D. Va.), C.A. No. 3:20-cv-112-JAG

Dear Brian:

This letter contains Wellington Management Company LLP's ("Wellington") production of documents in response to your non-party document subpoena ("Subpoena") dated November 30, 2020 in the above-referenced action. As we previously agreed by telephone, Wellington reserves all potential and actual objections to the Subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure or otherwise, except as to service, and you waive any and all arguments that Wellington failed to make a timely objection to the Subpoena. The parties mutually reserve all substantive arguments with respect to such objections.

Wellington is producing documents responsive to the Subpoena. The enclosed documents are Bates numbered WMC-JELD-0000001 to WMC-JELD-0007422. This letter and the enclosed documents are marked "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order entered by the Court on November 12, 2020 in the above-referenced action.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*/s/ Ian D. Roffman*

Ian D. Roffman

IDR:amp

5045507

Nutter McClennen & Fish LLP  /  155 Seaport Blvd  /  Boston, MA 02210  /  T: 617.439.2000  /  nutter.com