# EXHIBIT 13

**Rae, Jacob M.**

| | |
|---|---|
| **From:** | Schmalzbach, Brian D. <BSchmalzbach@mcguirewoods.com> |
| **Sent:** | Friday, February 26, 2021 8:47 PM |
| **To:** | Robert Rothman; Hooe, Garrett H.; James Christie; Harris, Lindsey Weiss; Pumphrey, Brian E.; Magdalene Economou; Riopelle, Brian C.; Goldstein, Sandra C.; Fritzler, Rachel M.; Rae, Jacob M.; Peter Simmons; Corey Baron; Renee Turner; Michael Keats; Warren Harless; Roman Lifson; Shannan Fitzgerald; Debra Wyman; Michael Rogers; Philip Leggio; James Johnson; stoll@cohenmilstein.com; William Geddish; Frank Karam |
| **Subject:** | RE: JELD-WEN Securities Litigation: Fischel Supplemental Report |
| **Attachments:** | data.xlsx |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

Good evening Rob:

Thanks for acknowledging receipt. Nothing in the Court's pre-trial order eliminates Federal Rule of Civil Procedure 26(e)(1), which not only permits but *requires* a supplemental report "if the party learns that in some material respect the [report] is incomplete or incorrect." As shown in Mr. Fischel's supplemental report, events following his February 1 initial report—including arguments presented for the first time in Professor Feinstein's February 15 reply report and the Fourth Circuit's February 18 opinion in *Steves*—have rendered that initial report "incomplete" in material respects under Rule 26(e)(1). So no modification of the pre-trial order is necessary; Mr. Fischel's supplemental report was properly and timely served.

Moreover, as you know, your partner, Ms. Wyman, asked Mr. Fischel questions about the event study and analysis in his supplemental report today during his deposition, and requested the back up data to analysis in his report. Per her request, we're attaching it here.

Best regards,

**Brian D. Schmalzbach**
Partner
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 4746
M: +1 703 864 7326
F:  +1 804 698 2304
bschmalzbach@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

MᶜGUIREWOODS

1

**From:** Robert Rothman <rrothman@rgrdlaw.com>
**Sent:** Thursday, February 25, 2021 4:05 PM
**To:** Hooe, Garrett H. <GHooe@mcguirewoods.com>; James Christie <jchristie@labaton.com>; Lindsey Harris <lindsey.harris@kirkland.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Riopelle, Brian C. <briopelle@mcguirewoods.com>; Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; Schmalzbach, Brian D. <BSchmalzbach@mcguirewoods.com>; William Geddish <WGeddish@rgrdlaw.com>; Frank Karam <FKaram@rgrdlaw.com>
**Subject:** RE: JELD-WEN Securities Litigation: Fischel Supplemental Report

**EXTERNAL EMAIL; use caution with links and attachments**

Counsel:

Late last night, we received your email that attaches a purported "supplemental" expert report. As you know, pursuant to the Court's Pre-Trial Order dated September, 25, 2020, as amended by Order dated November 12, 2020, and further amended by Order dated February 22, 2021, the parties were ordered to disclose the information required under Rule 26(a)(2) on the following schedule:

"Party with the burden of proof on an issue by January 4, 2021; opposing party by February 1, 2021; rebuttal expert(s) by February 15, 2021." (ECF 112).

The Court's Pre-Trial Order does not permit the submission of "supplemental" expert reports or, indeed, any expert report after February 15, 2021. Your attempt to submit a "supplemental" report after February 15, 2021 violates the Court's order. Accordingly, we hereby reject and return the purported "supplemental" report to you.

Nothing contained herein is intended to be, nor shall it be deemed to be, a waiver of any of plaintiffs' rights and remedies including, but not limited to, the submission of additional expert reports and the re-opening of depositions should defendants seek to further modify the Pre-Trial Order to permit the consideration of rebuttal expert reports, which plaintiffs will oppose.

- Rob

**From:** Hooe, Garrett H. <GHooe@mcguirewoods.com>
**Sent:** Wednesday, February 24, 2021 8:38 PM
**To:** James Christie <jchristie@labaton.com>; Lindsey Harris <lindsey.harris@kirkland.com>; Brian Pumphrey <bpumphrey@mcguirewoods.com>; Magdalene Economou <MEconomou@rgrdlaw.com>; Brian Riopelle <briopelle@mcguirewoods.com>; Sandra Goldstein <sandra.goldstein@kirkland.com>; Rachel Fritzler <rachel.fritzler@kirkland.com>; Jacob Rae <jacob.rae@kirkland.com>; Peter Simmons <Peter.Simmons@friedfrank.com>; Corey Baron <Corey.Baron@friedfrank.com>; Renee Turner <renee.turner@friedfrank.com>; Michael Keats <michael.keats@friedfrank.com>; Warren Harless <wharless@cblaw.com>; Roman Lifson <rlifson@cblaw.com>; Shannan Fitzgerald <sfitzgerald@cblaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Michael Rogers <mrogers@labaton.com>; Philip Leggio <pleggio@labaton.com>; James Johnson <jjohnson@labaton.com>; stoll@cohenmilstein.com; Brian Schmalzbach <BSchmalzbach@mcguirewoods.com>
**Subject:** JELD-WEN Securities Litigation: Fischel Supplemental Report

2

Counsel,

Please see attached.

**Garrett H. Hooe**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1065
M: +1 804 399 2888
ghooe@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

# McGUIREWOODS

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**