**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 <br><br> Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN SUPPORT OF THE REPLY MEMORANDUM
OF LAW IN FURTHER SUPPORT OF JELD-WEN DEFENDANTS' MOTION TO
EXCLUDE THE REPORTS AND TESTIMONY OF DR. STEVEN FEINSTEIN**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1.    I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the Reply Memorandum of Law in Further Support of JELD-WEN Defendants' Motion to Exclude the Reports and Testimony of Dr. Steven Feinstein:

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Steven P. Feinstein (the "Feinstein Deposition"), taken on January 30, 2021 and February 22, 2021 in this litigation.

3.    Attached hereto as Exhibit 2 is a true and correct copy of an email from Christopher Teachout to John Linker, dated October 1, 2018, with the subject "press release - draft," attaching a draft press release dated for October 15, 2018, and Bates stamped JW-SEC-01256705 through JW-SEC-01256710.

On this day, March 26, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 26th day of March, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

       */s/ Brian C. Riopelle*

Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com

3