# EXHIBIT 1

**Page 140**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

------------------------------x

IN RE: JELD-WEN HOLDING, INC.

SECURITIES LITIGATION

CIVIL ACTION NO.

3:20-cv-00112-JAG

------------------------------x

VOLUME II

VIDEOTAPE DEPOSITION OF

STEVEN P. FEINSTEIN, Ph.D.

VIA ZOOM VIDEOCONFERENCE

February 22, 2021

10:00 a.m.

Reported by:

Maureen Ratto, RPR, CCR

STEVEN P. FEINSTEIN, Ph.D.

corrective disclosure press release. I mean, it focuses one's attention on what's really important and what's new and corrective, which is the litigation charge.

Q. So is there any language in here that is not part of the corrective disclosure?

A. I said the whole press release is the corrective disclosure. The information content that's most corrective is the paragraph you highlighted. And, frankly, I think investors and analysts understood that too that that's the paragraph to be highlighted.

Q. Were there other corrective disclosures on October 15th, 2018, aside from those contained in this pre-earnings release?

MR. ROTHMAN: Objection.

A. Well, in my report I wrote that analysts' reaction to this release also is part of the corrective disclosure

STEVEN P. FEINSTEIN, Ph.D. process. The analysts reacted and wrote down 2019 forecasts, you know, well beyond the 2018 that the company said was essentially over and fixed.

So I think I would include the reaction of the public and -- the public reaction of some market participants as to be a component of the corrective disclosure for the marketplace.

Q.    Is there any information in the pre-earnings release that's corrective besides that contained in the litigation contingency paragraph?

MR. ROTHMAN:  Objection.

A.    I don't -- I don't -- are you saying you did not understand my prior answer or you want me to say the answer again?

Q.    No. I'm trying to understand -- this is a press release that is more than a page and there's a single paragraph that talks about the litigation contingency.

So I'm trying to understand if

STEVEN P. FEINSTEIN, Ph.D.

you're saying that the updated full year 2018 guidance was a corrective disclosure or if you're saying the only information that is corrected is from the litigation contingency paragraph?

MR. ROTHMAN:  Objection.

A.     Well, first of all, I said the entire press release, the way it's laid out, what the company decided to bundle together.  And companies don't have to bundle together all this news and this kind of news in essentially an emergency pre-release profit warning.  They dont' have to.

So the fact that they chose to bundle together this information tells the marketplace something about what's really important and what might be an intentional distraction.

On the other hand, with respect to -- you know, I did say in my report that 2018 may have been caused -- I mean, you know, may have been caused by a curbing of company price power, in

STEVEN P. FEINSTEIN, Ph.D.

which case it reasonably could be taking -- you know, the drop that directly is caused by the 2018 component of the announcement reasonably could be fraud-related damages, but I said I don't know for sure. So to be conservative, I excluded that drop in the price that I can directly tie to the 2018 announcement from fraud-related damages.

So I chose to be conservative, to treat that as if it was not the corrective disclosure or a component of -- that that information wasn't corrective, specifically, of the fraud-related allegations. But it's not to say that it can't be and isn't. I mean, it's to say that depending on what else is discovered as more information emerges, it could be.

Q.   Is it your opinion that the updated full year 2018 guidance was corrective -- corrective of any of the alleged misstatements or omissions in this case?

STEVEN P. FEINSTEIN, Ph.D.

A.    Well, I think I wrote in my report that I can't really opine one way or the other.  But to be conservative, I treated it as if it were not a corrective disclosure that had caused fraud-related damages.

Q.    Let's look at your report, that's Exhibit 1, again, page 100.

A.    Okay.

Q.    In the first full bullet you talk about the October 15, 2018 corrective disclosure.  And about halfway down the paragraph you say, "The company disclosed that profitability going forward would be less than what was previously achieved and expected." Do you see that?

A.    Yes.

Q.    If we go back to Exhibit 4, the pre-earnings release, where does it say that?

A.    Well, that's the 2018 component.  In 2018 they said that the rest of 2018, which at that point had two

STEVEN P. FEINSTEIN, Ph.D. months left, the company would not be as profitable as it previously had been. So, you know, there's certainly some valuation and information importance there.

Q.   So you're referring to the information about fiscal '18 guidance. You're not referring to the information about the litigation contingency?

MR. ROTHMAN:  Objection.

A.   Well, analysts forecasted based on the litigation contingency that the company, going forward beyond 2018, would not be as profitable.

The company admitted that for the rest of 2018 they would not be as profitable. I analyzed that. I saw that the 2018 announcement may or may not be fraud-related, but I couldn't tell for sure, given the information available, given the lack of transparency into what made the company issue this announcement and issue it the way they did.

So I chose to treat it, the

STEVEN P. FEINSTEIN, Ph.D.
2018 component, as if it were not -- the dollar drop in losses caused by that component I took out from damages, excluded it from damages. Although, reasonably it could have been included, but to be very conservative I excluded it.

Q.    So it's not your opinion that the litigation contingency paragraph disclosed the profitability going forward would be less than what was previously achievable and expected?

MR. ROTHMAN:  Objection.

A.    It totally is my opinion. They did say that. They said that going forward --

Q.    Where does it say that?

A.    Where?

Q.    In the paragraph announcing the litigation contingency does the company disclose that profitability going forward would be less than what was previously achievable and expected?

MR. ROTHMAN:  Objection.