# EXHIBIT 2

| | |
|---|---|
| **From:** | Christopher Teachout |
| **Sent:** | Monday, October 1, 2018 4:45 PM |
| **To:** | John Linker |
| **Subject:** | press release - draft |

Going to continue working on this, but wanted to get something out to you.

I kept the commentary to qualitative aspects only and will add more, particularly on the 2018 outlook, once we have actual 3q numbers and can see how 4q is projecting.

CHRISTOPHER S. TEACHOUT | INVESTOR RELATIONS MANAGER

JELD-WEN, Inc.
2645 Silver Crescent Drive
Charlotte, NC 28273 USA
Office: 704.378.5735
Mobile: 315.794.3408
cteachout@jeldwen.com

1

CONFIDENTIAL

JW-SEC-01256705

# JELD-WEN Issues Preliminary Financial Results for the Third Quarter of Fiscal 2018, Announces Dates of Upcoming Investor Events, and Provides Details on Cost Rightsizing Plan

October 15, 2018

Charlotte, N.C. --(BUSINESS WIRE)--JELD-WEN Holding, Inc. (NYSE: JELD) today announced preliminary third quarter 2018 revenue and adjusted EBITDA estimates, reduced its full-year 2018 outlook, and announced initial details on its cost rightsizing plan. The company will host its third quarter 2018 earnings conference call at 8am on Tuesday, November 6, 2018, and subsequent investor call to detail its cost rightsizing plan at 9am on Tuesday, December 4, 2018.

**Preliminary Third Quarter Summary**

- Net revenues of $1.125 - $1.135 billion, increased by 14.0% y-o-y and decreased by 3.6% q-o-q
- Adjusted EBITDA of $140 - $145 million, improved compared to $128.2m a year ago, but was below company guidance of $143m - $153m
- Topline growth, adjusted EBITDA, and adjusted EBITDA margins were negatively affected by the prolonged impact of prior service issues in North America and Europe and from unfavorable channel mix
- Repurchased 1.4m shares during the quarter for $36.6 million, including $8.6 million under the recently initiated $20m Accelerated Stock Repurchase (ASR) program
- Year-to-date, the company has bought back 3.1m shares for $83.6 million, and has $166.4 million remaining under its original $250 million authorization

"While I am disappointed in our preliminary third quarter results, I am encouraged with the progress that we have made since I joined the company as CEO in June," said Gary S. Michel, president and chief executive officer. "With our service issues behind us, we have worked diligently to repair and strengthen relationships with our key customers, while establishing new opportunities for our products, and we have increased the speed with which we are deploying tools within our business operating system, the Jeld-Wen Excellence Model or JEM. The effects will be reinvigorated top line growth and continuous, permanent improvement in productivity and margins."

**Updated Full-Year 2018 Guidance**

- Consolidated net revenue growth of 14-16%, compared to prior expectations of 16-18%
- Core revenue growth is now anticipated to fall between 2.0% - 2.5%, below prior outlook of 3%
- Adjusted EBITDA of $495 million to $505 million, compared to prior guidance of $500 million to $520 million
- Capital expenditures of $100 million to $110 million, compared to previous expectations of $100 million to $120 million

"We continue to show week over week improvement in orders; however, the pace of recovery regaining share has been disappointing. The lackluster recovery thus far has had knock-on effects that have temporarily increased our labor and freight inefficiencies. Our sales teams are working vigorously to regain lost orders, while building new customer relationships. We have learned from our mistakes and have come out of this a stronger company, with a more diversified customer base and a greater focus on customer service."

HIGHLY CONFIDENTIAL

JW-SEC-01256706

"We are seeing signs that the pace of recovery is picking up and therefore do not anticipate seeing a lingering financial impact past the fourth quarter," said Mr. Michel.

**Highlights of Cost Rightsizing Plan**

- Includes the phased rationalization of approximately 20 facilities globally, along with a corresponding headcount reduction plan
- Phase 1 will generate approximately $20m in pre-tax savings, at a total cost of $10m, with roughly $12m in pre-tax savings achieved in 2019 and the remainder in the first half of 2020. Associated costs will be incurred in the first and second quarters of 2020
- Full details on restructuring plan and strategy will be presented on our Investor Call on December 4, 2018

"The productivity improvements we are making through JEM are enabling us to move swiftly and aggressively to consolidate our global manufacturing footprint, which will shorten the time it takes us to achieve our 15% EBITDA margin target," said Mr. Michel. "Led by North America and the U.S. in particular, we have developed plans to rightsize our manufacturing within each of our geographic regions, which will reduce fixed overhead costs, reduce operational complexity, improve service levels, and position the company for sustained growth. I look forward to sharing the details with you on our Investor call in early December."

**Conference Call Information**

JELD-WEN management will host a conference call at 8am on Tuesday, November 6, 2018 to discuss the company's third quarter 2018 financial results. The conference call can be accessed by dialing (??). A telephone replay will be available approximately two hours after the call by dialing (?), or for international callers, (?). The passcode for the replay is ?. The replay will be available until (?).

Interested investors and other parties can also listen to a webcast of the live conference call by logging onto the Investor Relations section of the company's website at http://investors.jeld-wen.com. The online replay will be available for 30 days on the same website immediately following the call.

Details regarding the company's 9am conference call on December 4, 2018 to discuss its cost rightsizing plan will be announced at a later date.

To learn more about JELD-WEN, please visit the company's website at http://investors.jeld-wen.com.

**About JELD-WEN**

JELD-WEN, founded in 1960, is one of the world's largest door and window manufacturers, operating manufacturing facilities in 20 countries located primarily in North America, Europe and Australia. Headquartered in Charlotte, N.C., JELD-WEN designs, produces and distributes an extensive range of interior and exterior doors, wood, vinyl and aluminum windows and related products for use in the new construction and repair and remodeling of residential homes and non-residential buildings. JELD-WEN is a recognized leader in manufacturing energy-efficient products and has been an ENERGY STAR® Partner since 1998. Our products are marketed globally under the JELD-WEN® brand, along with several market-leading regional brands such as Swedoor® and DANA® in Europe and Corinthian®, Stegbar®, and Trend® in Australia.

**Forward-Looking Statements**

HIGHLY CONFIDENTIAL

JW-SEC-01256707

This press release contains certain "forward-looking statements" regarding business strategies, market potential, future financial performance, the potential of our categories and brands, our outlook for the third quarter and full year 2018, and our expectations, beliefs, plans, objectives, prospects, assumptions, or other future events. Forward-looking statements are generally identified by our use of forward-looking terminology such as "anticipate", "believe", "continue", "could", "estimate", "expect", "intend", "may", "might", "plan", "potential", "predict", "seek", or "should", or the negative thereof or other variations thereon or comparable terminology. Where, in any forward-looking statement, we express an expectation or belief as to future results or events, such expectation or belief is based on the current plans, expectations, assumptions, estimates, and projections of our management. Although we believe that these statements are based on reasonable expectations, assumptions, estimates and projections, they are only predictions and involve known and unknown risks, many of which are beyond our control that could cause actual outcomes and results to be materially different from those indicated in such statements.

Our actual results could differ materially from the results contemplated by these forward-looking statements due to a number of factors, including the factors discussed in our Annual Reports on Form 10-K, and our Quarterly Reports on Form 10-Q, both filed with the Securities and Exchange Commission.

The assumptions underlying the guidance provided for the third quarter and full year 2018 include the achievement of anticipated improvements in end markets, competitive position, and product portfolio; stable macroeconomic factors; continued inflation in materials and freight costs; no further changes in foreign currency exchange and tax rates; successful integration of recent acquisitions; and our future business plans. The forward-looking statements included in this release are made as of the date hereof, and except as required by law, we undertake no obligation to update, amend or clarify any forward-looking statements to reflect events, new information or circumstances occurring after the date of this release.

**Adjustments to Previously Reported Financial Information**

The statement of operations for the three and six months ended July 1, 2017 has been revised to reflect the correction of certain errors and other accumulated misstatements as described in our Form 10-K - Note 36 - *Revision of Prior Period Financial Statements*. The errors did not impact the subtotals for cash flows from operating activities, investing activities or financing activities for any of the periods affected. In addition, as a result of our retrospective application of ASU 2017-07, we reclassified certain amounts in our statement of operations for the three months ended July 1, 2017. To conform with current period presentation of revenues, we reclassified certain amounts in our statement of operations for the three and six months ended July 1, 2017. The reclassifications were not material to our previously issued financial statements. The cumulative impact of the adjustments for the three months ended July 1, 2017 was an increase in revenues of $0.1 million, increase in cost of sales of $4.4 million, a decrease in selling, general and administrative expense of $7.6 million, and an increase in other expense of $3.1 million. The cumulative impact of the adjustments for the six months ended July 1, 2017 was an increase in revenues of $0.2 million, increase in cost of sales of $8.8 million, a decrease in selling, general and administrative expense of $15.0 million, and an increase in other expense of $6.2 million. The corrections had no impact on net income or adjusted EBITDA. Please refer to our Form 10-Q for the three and six month period ended June 30, 2018 for additional details.

**Non-GAAP Financial Information**

This press release presents certain "non-GAAP" financial measures. The components of these non-GAAP measures are computed by using amounts that are determined in accordance with accounting principles generally accepted in the United States of America ("GAAP"). A reconciliation of non-GAAP financial measures used in this press release to their nearest comparable GAAP financial measures is included in the tables at the end of this press release. The company provides certain guidance solely on a non-GAAP basis because the company cannot predict certain elements that are included in certain reported GAAP results, including the variables and individual adjustments

HIGHLY CONFIDENTIAL

necessary for a reconciliation to GAAP. While management is not able to specifically quantify the reconciliation items for forward-looking non-GAAP measures without unreasonable effort, management bases the estimated ranges of non-GAAP measures for future periods on its reasonable estimates of such factors as assumed effective tax rate, assumed interest expense, and other assumptions about capital requirements for future periods.

We use Adjusted EBITDA, Adjusted EBITDA margin, Adjusted net income, and Adjusted EPS because we believe they assist investors and analysts in comparing our operating performance across reporting periods on a consistent basis by excluding items that we do not believe are indicative of our core operating performance. Management believes Adjusted EBITDA and Adjusted EBITDA margin are helpful in highlighting trends because they exclude the results of decisions that are outside the control of management, while other measures can differ significantly depending on long-term strategic decisions regarding capital structure, the tax jurisdictions in which we operate, and capital investments. We use Adjusted EBITDA and Adjusted EBITDA margin to measure our financial performance and also to report our results to our board of directors. Further, our executive incentive compensation is based in part on Adjusted EBITDA. In addition, we use Adjusted EBITDA as calculated herein for purposes of calculating compliance with our debt covenants in certain of our debt facilities. Adjusted EBITDA should not be considered as an alternative to net income as a measure of financial performance or to cash flows from operations as a liquidity measure.

We define Adjusted EBITDA as net income (loss), eliminating the impact of the following items: loss from discontinued operations, net of tax; (gain) loss on sale of discontinued operations, net of tax; equity (earnings) loss of non-consolidated entities; income tax; depreciation and amortization; interest expense, net; impairment and restructuring charges; (gain) loss on sale of property and equipment; share-based compensation expense; non-cash foreign exchange transaction/translation (income) loss; other non-cash items; non-recurring, extraordinary items; other items; and costs related to debt restructuring, debt refinancing, and the Onex investment. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by net revenues.

We present free cash flow because we believe it assists investors and analysts in determining the quality of our earnings. We also use free cash flow to measure our financial performance and to report to our board of directors. In addition, our executive incentive compensation is based in part on free cash flow. We define free cash flow as cash flow from operations less capital expenditures (including purchases of intangible assets). Free cash flow should not be considered as an alternative to cash flows from operations as a liquidity measure.

Adjusted net income represents net income adjusted for the after-tax impact of i) non-cash foreign currency (gains) losses, ii) impairment and restructuring charges, iii) one-time non-cash gains, iv) other non-recurring expenses associated with certain matters such as our initial public offering, secondary offering, mergers, and litigation. Adjusted EPS represents net income per diluted share adjusted to exclude the estimated per share impact of the same specifically identified items used to calculate adjusted net income as described above. Where applicable, such items are tax-effected at our estimated annual effective tax rate.

Other companies may compute these measures differently. No non-GAAP metric should be considered as an alternative to any other measure derived in accordance with GAAP.

Due to rounding, numbers presented throughout this document may not sum precisely to the totals provided and percentages may not precisely reflect the absolute figures.

View source version on businesswire.com: https://www.businesswire.com/news/home/20180807005149/en/

**Investor Relations:**
JELD-WEN Holding, Inc.
John Linker
SVP, Corporate Development and Investor Relations

HIGHLY CONFIDENTIAL

JW-SEC-01256709

704.378.7007

Christopher Teachout
Investor Relations Manager
704.378.5735

investors@jeldwen.com
Source: JELD-WEN Holding, Inc.

HIGHLY CONFIDENTIAL                                                      JW-SEC-01256710