UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**DECLARATION OF DEBRA J. WYMAN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF DEFENDANTS' EXPERT DANIEL R. FISCHEL**

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2.      I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund.  I submit this declaration to the Court in support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Defendants' Expert Daniel R. Fischel.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Daniel R. Fischel, taken on February 26, 2021 in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 26, 2021, at San Diego, California.

                                                    */s/ Debra J. Wyman*
                                                    DEBRA J. WYMAN

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 26, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Steven J. Toll*
STEVEN J. TOLL