# EXHIBIT A

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

------------------------------x

IN RE: JELD-WEN HOLDINGS, INC.

SECURITIES LITIGATION

CIVIL ACTION NO.

3:20-cv-00112-JAG

------------------------------x

VIDEOTAPE DEPOSITION OF

DANIEL R. FISCHEL

VIA ZOOM VIDEOCONFERENCE

February 26, 2021

10:00 a.m.

Reported by:

Maureen Ratto, RPR, CCR

DANIEL R. FISCHEL

A.    Okay.

(Flemmons Exhibit 5, Jeld-Wen Form 10Q, having been previously marked, is shown to the Deponent.)

Q.    It's on its way. I'm not responsible, so I promise it won't be screwed up.

MS. WYMAN:  Lindsey, is it in the Exhibit Share as well?

MS. HARRIS:  Yes.

MS. WYMAN:  Success.

Q.    Mr. Fischel, Plaintiff's Exhibit 5 is a copy of the Jeld-Wen Form 10-Q that was filed for the second quarter of 2018.

Did you review this document in formulating your opinions in this case?

A.    Probably. I mean, a lot of these documents look identical, so -- but probably yes.

Q.    I notice it wasn't on your Appendix B.

A.    Yes. That's why I said

DANIEL R. FISCHEL

"probably", because I don't recall relying on it but I think we received all these 10-Qs and 10-Ks.  So I probably looked at them, I guess that's what I would say.

Q.    So it may be a document that you considered but didn't rely on, is that right, that's why it's not on your Appendix B?

A.    Yes. That's possible.

Q.    Okay. If you would please, we'll turn to page 34 for you.

John, can you get to 34?

Mr. Fischel, if you need us to scroll up or down for you, I don't know, can you manipulate the document on your end?

A.    Let me try. My technology skills are very modest, to say the least.

MS. HARRIS:  I don't believe -- he can just view what's on John's screen.

Q.    You just let me know what you need to see if you want us to scroll up

DANIEL R. FISCHEL

down the North America door business during the class period?

MS. HARRIS: Objection.

A. It's hard for me to say because I looked at so many documents, but if you showed it to me I might be able to tell you if I recall seeing it.

MS. HARRIS: Objection.

Q. Mr. Fischel, do you know whether or not Jeld-Wen provided to investors a breakdown of the component parts of its North America door business to investors during the class period?

MS. HARRIS: Objection.

A. It's really the same answer, I just don't recall. I have to check.

Q. So basically, sitting here today, you can't tell me during the class period what portion of Jeld-Wen's North American door business was related to the sale of its doorskins and interior doors, right?

MS. HARRIS: Objection.

A. Not without checking and not