**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:20-cv-00112-JAG

<u>CLASS ACTION</u>

**DECLARATION OF JAMES T. CHRISTIE IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION TO EXCLUDE SECTIONS V, VI and VII.D OF
THE EXPERT REPORT AND TESTIMONY OF JOHN H. JOHNSON, IV**

I, JAMES T. CHRISTIE, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.     I am a member of the Bar of the State of New York, and I am admitted *pro hac vice* to appear before this Court in this action.

2.     I am an associate at the firm Labaton Sucharow LLP, counsel for Co-Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class.

3.     I submit this declaration to the Court in further support of Plaintiffs' Motion to Exclude Sections V, VI and VII.D of the Expert Report and Testimony of John H. Johnson, IV.

4.     Attached hereto are true and correct copies of the following:

Exhibit F:     Excerpts from the transcript of the deposition of Russell Lamb taken on February 26, 2021 in this litigation.  This transcript is designated as Highly Confidential pursuant to the Stipulated Protective Order entered in this action.  ECF No. 112-1.

On this day, March 26, 2021, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

James T. Christie (Admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700
jchristie@labaton.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I caused a copy of the foregoing document and attachments thereto to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

               */s/ Steven J. Toll*

               Steven J. Toll
               VA Bar No. 15300
               stoll@cohenmilstein.com
               **COHEN MILSTEIN SELLERS & TOLL PLLC**
               1100 New York Ave. NW, Suite 500
               Washington, DC 20005

               *Liaison Counsel for Lead Plaintiffs*