# Christie Declaration
# Exhibit F
# Filed Under Seal