UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| | ) | |
| This Document Relates To: | ) ) | **REDACTED** |
| | ) | |
| ALL ACTIONS. | ) ) | |

**DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS
WITHHELD BY THE JELD-WEN DEFENDANTS AS PRIVILEGED**

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2. I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund. I submit this declaration to the Court in support of Plaintiffs' Motion to Compel the Production of Documents Withheld by the Jeld-Wen Defendants as Privileged.

3. Attached hereto as Exhibit A is a true and correct copy of Defendants' Privilege Log, produced on March 19, 2021, which was filtered into categories by Plaintiffs.

4. Attached hereto as Exhibit B is a true and correct copy of an August 2, 2018 email from John Linker to various Jeld-Wen employees entitled "Current drafts of earnings documents," and bates stamped JW-SEC-01361294.

5. Attached hereto as Exhibit C is a true and correct copy of a March 5, 2018 email from Scott Vining to various Jeld-Wen employees entitled "Form 10-K," and bates stamped JW-SEC-01395853.

- 1 -

- 2 -

6.    Attached hereto as <u>Exhibit D</u> is a true and correct copy of a February 28, 2018 email from Tim Kirk to various Jeld-Wen employees entitled "RE: Freight Surcharge / Price Increase Decision," and bates stamped JW-SEC-01361439.

7.    Attached hereto as <u>Exhibit E</u> is a true and correct copy of a [Proposed] Order in connection with the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 29, 2021, at San Diego, California.

*/s/ Debra J. Wyman*
DEBRA J. WYMAN

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on March 29, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Steven J. Toll
STEVEN J. TOLL