# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) ) | |

**[PROPOSED] ORDER**

AND NOW, upon consideration of the Motion to Compel the Production of Documents Withheld by the Jeld-Wen Defendants as Privileged filed by Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers & Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund, the responses thereto, and for other good cause known to the Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1.      The motion is hereby GRANTED.

2.      The Jeld-Wen Defendants assertions of privilege are DENIED, as the challenged documents are not privileged.  Within __ days, the Jeld-Wen Defendants must produce the withheld documents.

IT IS SO ORDERED.

DATED: _____     _____
                                                                          THE HONORABLE JOHN A. GIBNEY, JR.
                                                                          UNITED STATES DISTRICT JUDGE