UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | )<br>)<br>) |
| | ) |
| This Document Relates To: | )<br>) |
| ALL ACTIONS. | )<br>)<br>) |

Civil Action No. 3:20-cv-00112-JAG

<u>CLASS ACTION</u>

**DECLARATION OF DEBRA J. WYMAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO THE JELD-WEN DEFENDANTS' MOTION TO
STRIKE THE NEW REPORT OF DR. STEVEN FEINSTEIN**

I, DEBRA J. WYMAN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of the Bar of the State of California, and I am admitted *pro hac vice* to appear before this Court in this action.

2. I am a partner in the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiffs Plumbers and Pipefitters National Pension Fund and Additional Plaintiff Wisconsin Laborers' Pension Fund. I submit this declaration to the Court in support of Plaintiffs' Opposition to the Jeld-Wen Defendants' Motion to Strike the New Report of Dr. Steven Feinstein.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of excerpts from the transcript of the deposition of Nathan Kieffer, representative of Wellington Management Company, LLP, dated January 27, 2021.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts from the transcript of the deposition of John Linker, dated March 9, 2021.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of Plaintiffs' Exhibit 110 (JW-SEC-01152032) marked at the deposition of John Linker, dated March 9, 2021.

- 1 -

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of Plaintiffs' Supplemental Responses to the Jeld-Wen Defendants' First Set of Interrogatories, dated April 5, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 6, 2021, at San Diego, California.

*/s/ Debra J. Wyman*
DEBRA J. WYMAN

**CERTIFICATE OF SERVICE**

I, Steven J. Toll, hereby certify that on April 6, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Steven J. Toll*
STEVEN J. TOLL