# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

-------------------------x

IN RE:  JELD-WEN HOLDING,   :   Civil Action No.:

INC. SECURITIES LITIGATION  :   3:20-cv-000113-JAG

Video Deposition of WELLINGTON MANAGEMENT COMPANY,

LLP

By and through its Corporate Designee

NATHAN KIEFFER

Conducted Virtually

Wednesday, January 27, 2021

1:34 p.m. EST

HIGHLY CONFIDENTIAL

Job No.: 347138

Pages: 1 - 165

Reported by: Judith E. Bellinger, RPR, CRR

HIGHLY CONFIDENTIAL
Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021                    2

Video deposition of NATHAN KIEFFER, conducted virtually.

Pursuant to notice, before Judith E. Bellinger, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of Maryland.

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021                                    35

Q    And you considered those sources and the information revealed in them when investing in Jeld-Wen; is that correct?

A    Yes.

Q    In connection with Wellington's investment in Jeld-Wen, did Wellington work with or contract with any third parties or vendors?

A    With regards to what?

Q    With regards to the question of whether to invest in Jeld-Wen or not.

A    I guess we utilized outside research on most of our investment.  I'm not -- we don't -- we don't really contract with them specific for any given company but we receive research on most of the stocks we invest in.

Q    Are you referring to things such as analyst reports?

A    Yes.

Q    Okay.  What is Susquehanna Financial Group?

A    They're -- they have a -- I don't know everything they do, but they have a sell side

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee

Conducted on January 27, 2021

36

research that provides analyst reports and
researches.

Q    Do you work with Susquehanna regularly
in connection with your role at Wellington?

A    Not very frequently.

Q    Okay.  Do you know who Tom Claps is?

A    Yes.

Q    Who is Tom Claps?

A    He was a legal analyst to -- was
following the Jeld-Wen litigation against what was
Steves.

Q    How did you come to -- and did you
correspond with and speak to Mr. Claps in
connection with the Steves litigation?

A    I did.

Q    How did you come to work with Mr. Claps
in that regard?

A    I don't recall how we were introduced.

Q    Do you know whether Mr. Claps is a
lawyer?

A    I do not.

Q    Have you worked with Mr. Claps on -- in

14:06:24
14:06:27
14:06:38
14:06:41
14:06:44
14:06:46
14:06:52
14:06:53
14:06:55
14:06:57
14:07:04
14:07:09
14:07:12
14:07:15
14:07:19
14:07:19
14:07:27
14:07:28
14:07:30
14:07:31
14:07:34
14:07:38

HIGHLY CONFIDENTIAL

Transcript of Nathan Kieffer, Corporate Designee
Conducted on January 27, 2021

37

connection with any other research projects?  And
you don't need to tell me what.

A    Not in-depth.

Q    Okay.  Do you know whether Susquehanna
works with other investment firms like Wellington?

A    I'm not aware of it.  I would assume
so.

MR. PUMPHREY:  All right.  Let's pull
up Tab B.

(Kieffer Exhibit 2 marked for
identification and attached to the transcript.)

Q    Let me know if you're familiar with
this document and if you've ever seen it before,
but take your time to look at it if you need to.

A    Yeah, I've not seen it before, I'll
take a look.

Okay.

Q    And this is not a document you've seen
before, sir?

A    No.

Q    Okay.  It was produced by Wellington in
this case.  I'd like to turn to the Bates number