# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| ALL ACTIONS. | ) ) | |

**PLAINTIFFS' SUPPLEMENTAL RESPONSES TO THE
JELD-WEN DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (the "Federal Rules") and the Civil Local Rules for the United States District Court for the Eastern District of Virginia (the "Local Rules"), Lead Plaintiffs Public Employees' Retirement System of Mississippi and Plumbers and Pipefitters National Pension Fund, and Additional Plaintiff Wisconsin Laborers' Pension Fund (collectively "Plaintiffs"), by and through their undersigned counsel, hereby submit the following supplemental responses (the "Responses") to the First Set of Interrogatories to Plaintiffs, dated November 9, 2020 (the "Interrogatories") by JELD-WEN Holding, Inc., Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, and Gary S. Michel (collectively, "Defendants").

**PRELIMINARY STATEMENT**

The following Responses are the product of Plaintiffs' good faith efforts to provide reasonable responses, as appropriate, based on facts and information known to Plaintiffs at the time of these Responses. Plaintiffs reserve all rights, including the right to supplement, revise, modify, amend, clarify, or correct these Responses. The information set forth herein is true and correct to the best of Plaintiffs' knowledge at the time of these Responses and is subject to

correction or supplementation due to, among other things, inadvertent errors, omissions, and/or additional information learned through discovery. Plaintiffs provide these Responses without waiving, and while expressly preserving, all objections and the right to raise any other objections not expressly set forth herein.

No admissions of any kind are intended by these Responses. In responding to the Interrogatories, Plaintiffs do not admit or accept the relevance of the information sought by the Interrogatories, the existence of any information, document, fact, or thing set forth in or assumed by any such Interrogatory, or that any Response constitutes admissible evidence.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.      Plaintiffs explicitly incorporate and restate their Objections and Responses to these Interrogatories served on November 24, 2020 and December 9, 2020.

## RESPONSES TO SPECIFIC INTERROGATORIES

INTERROGATORY NO. 7:

Identify each disclosure that Plaintiffs claim represented a corrective disclosure and/or the materialization of an undisclosed risk, whether complete or partial, related to any JELD-WEN Security and for which Plaintiffs are seeking, or intends to seek, any monetary recovery in this Action.

RESPONSE TO INTERROGATORY NO. 7:

Plaintiffs explicitly incorporate and restate their objections and responses to these Interrogatories served on November 24, 2020 and December 9, 2020. In particular, Defendants' service of these Interrogatories was extremely premature and required Plaintiffs to respond before discovery in this case had meaningfully begun. Indeed, Plaintiffs' original Responses were due on December 9, 2020, just over two weeks after Defendants' November 24, 2020 production of over one million pages of documents, months before Defendants' production of one half million

additional pages of documents in February and March 2021, before expert witness discovery was commenced and before any fact witness depositions were taken. Subject to, and without waiver of, these objections and Plaintiffs' right to amend or supplement their Response to this Interrogatory, Plaintiffs additionally identify August 8, 2018 as a corrective disclosure, and direct Defendants to the Supplemental Expert Report on Market Efficiency, Loss Causation and Damages of Professor Steven P. Feinstein, Ph.D., CFA dated March 19, 2021.

INTERROGATORY NO. 12:

For each alleged misstatement(s) or omission(s) of material fact, Identify and Describe with specificity all facts and Identify all Documents without regard to time period that You allege support the claim that the alleged statement was false, or that the alleged omission was misleading, and Identify which corrective disclosure purportedly revealed the truth of the alleged misstatement or omission, including Identification of Documents by Bates number or otherwise.

RESPONSE TO INTERROGATORY NO. 12:

Plaintiffs explicitly incorporate and restate their objections and responses to these Interrogatories served on November 24, 2020 and December 9, 2020. In particular, Defendants' service of these Interrogatories was extremely premature and required Plaintiffs to respond before discovery in this case had meaningfully begun. Indeed, Plaintiffs' original Responses were due on December 9, 2020, just over two weeks after Defendants' November 24, 2020 production of over one million pages of documents, months before Defendants' production of one half million additional pages of documents in February and March 2021, before expert witness discovery was commenced and before any fact witness depositions were taken. Subject to, and without waiver of, these objections and Plaintiffs' right to amend or supplement their Response to this Interrogatory, Plaintiffs additionally identify August 8, 2018 as a corrective disclosure, and direct

Defendants to the Supplemental Expert Report on Market Efficiency, Loss Causation and

Damages of Professor Steven P. Feinstein, Ph.D., CFA dated March 19, 2021.

DATED: April 5, 2021

ROBBINS GELLER RUDMAN
   & DOWD LLP
ROBERT M. ROTHMAN (Admitted *pro hac vice*)
WILLIAM J. GEDDISH (Admitted *pro hac vice*)
FRANCIS P. KARAM (Admitted *pro hac vice*)
MAGDALENE ECONOMOU (Admitted *pro hac vice*)

*/s/ Robert M. Rothman*
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
wgeddish@rgrdlaw.com
fkaram@rgrdlaw.com
meconomou@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DEBRA J. WYMAN (Admitted *pro hac vice*)
JOHN R. RIGBY (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrigby@rgrdlaw.com

*Co-Lead Counsel for Plaintiff Plumbers and Pipefitters National Pension Fund, Additional Plaintiff Wisconsin Laborers' Pension Fund, and the Class*

LABATON SUCHAROW LLP
JAMES W. JOHNSON (admitted *pro hac vice*)
MICHAEL H. ROGERS (admitted *pro hac vice*)
JAMES T. CHRISTIE (admitted *pro hac vice*)
PHILIP J. LEGGIO (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Counsel for Co-Lead Plaintiff Public Employees'*
*Retirement System of Mississippi and the Class*

COHEN MILSTEIN SELLERS & TOLL PLLC
STEVEN J. TOLL (VSB No. 15300)
JOSHUA HANDELSMAN (Admitted *pro hac vice*)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jhandelsman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Magdalene Economou, not a party to the within action, hereby declare that on April 5, 2021, I served the attached Supplemental Responses to the Jeld-Wen Defendants' First Set of Interrogatories on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Steven J. Toll<br>Joshua Handelsman | Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC  20005 | stoll@cohenmilstein.com<br>jhandelsman@cohenmilstein.com |
| Debra J. Wyman<br>John R. Rigby | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 | debraw@rgrdlaw.com<br>jrigby@rgrdlaw.com |
| Robert M. Rothman<br>Magdalene Economou<br>William J. Geddish<br>Francis P. Karam | Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747 | rrothman@rgrdlaw.com<br>meconomou@rgrdlaw.com<br>wgeddish@rgrdlaw.com<br>fkaram@rgrdlaw.com |
| James W. Johnson<br>Michael H. Rogers<br>James T. Christie<br>Margaret A. Schmidt<br>Philip Leggio | Labaton Sucharow LLP<br>140 Broadway<br>New York, NY  10005 | jjohnson@labaton.com<br>mrogers@labaton.com<br>jchristie@labaton.com<br>mschmidt@labaton.com<br>pleggio@labaton.com |
| Louis P. Malone III | O'Donoghue & O'Donoghue LLP<br>5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015 | lmalone@odonoghuelaw.com |

**COUNSEL FOR DEFENDANTS:**

| NAME | FIRM | EMAIL |
|---|---|---|
| Brian E. Pumphrey<br>Garrett H. Hooe<br>Brian D. Schmalzbach<br>Brian C. Riopelle | McGuire Woods<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA  23219 | bpumphrey@mcguirewoods.com<br>ghooe@mcguirewoods.com<br>bschmalzbach@mcguirewoods.com<br>briopelle@mcguirewoods.com |
| Sandra C. Goldstein<br>Rachel M. Fritzler<br>Lindsey W. Harris<br>Jacob M. Rae | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022 | sandra.goldstein@kirkland.com<br>rachel.fritzler@kirkland.com<br>lindsey.harris@kirkland.com<br>jacob.rae@kirkland.com |
| Peter Simmons<br>Corey Baron<br>Renee E. Turner<br>Michael C. Keats | Fried, Frank, Harris, Shriver<br>  & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004 | peter.simmons@friedfrank.com<br>corey.baron@friedfrank.com<br>renee.turner@friedfrank.com |

| Warren D. Harless<br>Roman Lifson<br>Shannan M. Fitzgerald | Christian & Barton, LLP<br>909 East Main Street<br>Suite 1200<br>Richmond, VA 23219 | wharless@cblaw.com<br>rlifson@cblaw.com<br>sfitzgerald@cblaw.com |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 5, 2021, at Melville, New York.

/s/ Magdalene Economou
MAGDALENE ECONOMOU

- 7 -