**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112 <br><br> Judge John A. Gibney, Jr. |

**DECLARATION OF JACOB M. RAE IN FURTHER SUPPORT**
**OF JELD-WEN DEFENDANTS' MOTION TO STRIKE**
**THE NEW REPORT OF DR. STEVEN FEINSTEIN**

I, Jacob M. Rae, declare pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm Kirkland & Ellis LLP, attorneys for Defendants JELD-WEN Holding, Inc. ("JELD-WEN") and Mark A. Beck, L. Brooks Mallard, Gary S. Michel, and Kirk S. Hachigian (the "Individual Defendants") (collectively, the "JELD-WEN Defendants"). This Declaration accompanies the Reply Memorandum of Law in Further Support of JELD-WEN Defendants' Motion to Strike the New Report of Dr. Steven Feinstein:

2. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the deposition of Toni Iscoe, 30(b)(6) corporate designee for Plumbers and Pipefitters National Pension Fund ("PPNPF"), taken on January 19, 2021 in this litigation.

3. Attached hereto as Exhibit 15 is a true and correct copy of an email from Nathan A. Kieffer to Steven C. Angeli, et al., with the subject line FW: JELD - Steves has filed a "next steps" brief in connection with the February 15 trial verdict, dated February 26, 2018, that was produced in this action bearing Bates number WMC-JELD-0000371.

4. Attached hereto as Exhibit 16 is a true and correct copy of an email from Paul Hobson to Greg I. Garabedian, with the subject line JELD: Possible Settlement THIS WEEK in

the antitrust case seeking to upset the JELD/DOOR duopoly, March 6, 2017, that was produced in this action bearing Bates number WMC-JELD-0001024.

5.    Attached hereto as Exhibit 17 is a true and correct copy of an email from Paul Hobson to Nathan A. Kieffer, with the subject line JELD: Possible Settlement THIS WEEK in the antitrust case seeking to upset the JELD/DOOR duopoly, March 6, 2017, that was produced in this action bearing Bates number WMC-JELD-0001027.

On this day, April 9, 2021, I declare under penalty of perjury that the foregoing is true and correct.

Jacob M. Rae
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of April, 2021, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all

counsel of record in this case.

 */s/ Brian C. Riopelle*
Brian C. Riopelle (Va. Bar No. 36454)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1084
Fax.: (804) 698-2150
briopelle@mcguirewoods.com

3