# EXHIBIT 14

                    IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF VIRGINIA

                        Richmond Division

--------------------------------x

IN RE:  JELD-WEN HOLDING, INC.  :   Case No.

SECURITIES LITIGATION           :   3:20-cv-00112

--------------------------------x

                VIDEOTAPED 30(b)(6) DEPOSITION

     PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND

          through their designated representative

                        TONI INSCOE

                    CONDUCTED VIRTUALLY

                  TUESDAY, JANUARY 19, 2021

                        10:11 a.m.

Job No.:  343627

Pages 1 - 130

Reported by:  APRIL REID

Transcript of Toni Inscoe, Designated Representative
Conducted on January 19, 2021                    99

illegal anticompetitive conduct?                        12:36:41

A.    Do I have a personal view on whether or            12:36:45

not they should have done that?                         12:36:47

Q.    No.                                                12:36:48

Does the fund have a view?                               12:36:49

A.    Does that --                                       12:36:51

Q.    No.                                                12:36:52

Does the fund have a view?                               12:36:52

MR. ROTHMAN:   Objection.                                12:36:54

A.    No.                                                12:36:54

Q.    Let's say -- instead of anticompetitive            12:36:55

conduct, let's say that the pension fund learned        12:37:00

that JELD-WEN was committing fraud.  Would that          12:37:05

affect whether the pension fund would invest in         12:37:09

JELD-WEN?                                                12:37:12

MR. ROTHMAN:   Objection.                                12:37:13

A.    The pension fund isn't making that                 12:37:14

decision.  Wellington is making those decisions on      12:37:16

our behalf.                                              12:37:20

Q.    So if Wellington were aware of a fraud,            12:37:33

the pension fund is not going to -- I'm sorry.           12:37:36

If Wellington is aware of a fraud being                  12:37:39

100

committed by a company in which the fund is

invested, the pension fund is not going to step

in; it's up to Wellington to decide whether it

invests or not invest in that company?

A.   I'm not -- I'm not aware of any

situations where we would step in.

Again, we give fiduciary responsibility

to the investment managers, so we rely on them to

make those decisions.

MR. PUMPHREY:  So let's put Exhibit --

that same exhibit back up again -- 4, I

guess.  The securities transactions.  If we

could go to the last page.  It says, "The

sale data."

Q.   Looking down, do you agree that this

indicates that Wellington sold 1,200 shares of

JELD-WEN stock on the day of the jury verdict,

February 15th, 2018?

A.   I do see that, yes.

Q.   Do you know why Wellington sold shares

on that day?

A.   I do not.

Transcript of Toni Inscoe, Designated Representative
Conducted on January 19, 2021

101

Q.   And do you see that, roughly speaking, about the month after the verdict, Wellington sold well over 10,000 shares of JELD-WEN stock over the course of -- between February 15th and, say, March 6th?

MR. ROTHMAN:  Objection.

A.   Cumulatively, it looks a little over ten, but yes.

Q.   Do you have any idea why Wellington sold the JELD-WEN stock during that time?

A.   I do not.

Q.   So we did the math, and I'm not going to ask you to do it, but -- but our math suggests that the pension fund bought about 142,705 shares of JELD-WEN and sold 49,731 shares of JELD-WEN during the class period.

Does that sound about right to you?

A.   I have not done the math.  I'm relying on your statement, yes.

Q.   But do you agree with me that the pension fund retained some ownership in JELD-WEN through the end of the class period?

12:39:34
12:39:38
12:39:41
12:39:48
12:39:52
12:39:55
12:39:56
12:39:59
12:40:01
12:40:03
12:40:04
12:40:16
12:40:18
12:40:21
12:40:27
12:40:32
12:40:36
12:40:38
12:40:41
12:40:43
12:40:44
12:40:48