UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | )<br>)<br>)<br>)<br> | Civil Action No. 3:20-cv-00112-JAG<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>)<br>)<br>) | |

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
TO COMPEL THE PRODUCTION OF DOCUMENTS
WITHHELD BY THE JELD-WEN DEFENDANTS AS PRIVILEGED**

In their Opposition, the Jeld-Wen Defendants[1] concede, for the first time, that they improperly designated, and withheld as privileged, over 2,400 documents – documents that Plaintiffs would never have seen had they not filed this Motion. *See* Def. Mem. at 1.[2]  In essence, the Jeld-Wen Defendants ask the Court to credit them for doing what they should have done in the first instance: produce responsive, non-privileged documents. Instead, Defendants pat themselves on the back for now producing ***83% of those documents they initially, and improperly, designated as privileged***. Def. Mem. at 11. Nevertheless, in light of the Jeld-Wen Defendants' representations that they have re-reviewed all the challenged documents (Def. Mem. at 2), and in the interest of judicial economy, Plaintiffs will withdraw this Motion without prejudice.[3]

DATED: April 9, 2021

COHEN MILSTEIN SELLERS & TOLL PLLC
STEVEN J. TOLL (VSB No. 15300)
JOSHUA HANDELSMAN (Admitted *pro hac vice*)

*/s/ Steven J. Toll*
STEVEN J. TOLL

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstein.com
jhandelsman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

---

[1] Plaintiffs' rely on the same defined terms as the Memorandum of Law in Support of Plaintiffs' Motion to Compel the Production of Documents Withheld by the Jeld-Wen Defendants as Privileged (ECF No. 239).

[2] "Def. Mem." refers to The Jeld-Wen Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents Withheld by the Jeld-Wen Defendants as Privileged (ECF No. 246; April 6, 2021).

[3] Plaintiffs are still in the process of reviewing the newly de-designated documents, as well as the Jeld-Wen Defendants' Updated Privilege Log, and as of the date of the filing of this Reply, have not determined if any of this new information bears on Dr. Feinstein's opinions, requiring a supplement to them pursuant to Federal Rule of Civil Procedure 26(e). ECF No. 250. Plaintiffs would also note that, as of the filing of this Reply, the Onex Defendants have still not produced a privilege log.

- 1 -

ROBBINS GELLER RUDMAN & DOWD LLP
DEBRA J. WYMAN (Admitted *pro hac vice*)
JOHN R. RIGBY (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jrigby@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
ROBERT M. ROTHMAN (Admitted *pro hac vice*)
WILLIAM J. GEDDISH (Admitted *pro hac vice*)
FRANCIS P. KARAM (Admitted *pro hac vice*)
MAGDALENE ECONOMOU (Admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
wgeddish@rgrdlaw.com
fkaram@rgrdlaw.com
meconomou@rgrdlaw.com

*Co-Lead Counsel for Plaintiff Plumbers and Pipefitters National Pension Fund, Additional Plaintiff Wisconsin Laborers' Pension Fund, and the Class*

LABATON SUCHAROW LLP
JAMES W. JOHNSON (Admitted *pro hac vice*)
MICHAEL H. ROGERS (Admitted *pro hac vice*)
JAMES T. CHRISTIE (Admitted *pro hac vice*)
PHILIP J. LEGGIO (Admitted *pro hac vice*)
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Co-Lead Counsel for Plaintiff Public Employees' Retirement System of Mississippi and the Class*

- 2 -

## CERTIFICATE OF SERVICE

I, Steven J. Toll, hereby certify that on April 9, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Steven J. Toll*

STEVEN J. TOLL