IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-112-JAG |

## ORDER

This matter comes before the Court on the plaintiffs' motion to compel. (ECF No. 238.)

The plaintiffs have withdrawn the motion. (ECF No. 262, at 1.) Accordingly, the Court DENIES

the motion WITHOUT PREJUDICE AS MOOT.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 12 April 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge