FILED: April 13, 2021

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 21-159
(3:20-cv-00112-JAG)

_____

In re: JELD-WEN HOLDING, INC. SECURITIES LITIGATION

-------------------------------

JELD-WEN HOLDING, INC.; MARK A. BECK; L. BROOKS MALLARD; GARY S. MICHEL

        Petitioners

v.

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI; WISCONSIN LABORERS' PENSION FUND

        Respondents

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Date Petition Filed: | 04/12/2021 |
| Petitioner(s) | JELD-WEN Holding, Inc., et al. |
| Appellate Case Number | 21-159 |
| Case Manager | Ashley Brownlee 804-916-2704 |