Case 3:20-cv-00112-JAG   Document 267   Filed 05/21/21   Page 1 of 2 PageID# 8834

FILED: May 21, 2021

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 21-159
(3:20-cv-00112-JAG)

_____

In re: JELD-WEN HOLDING, INC. SECURITIES LITIGATION

-------------------------------

JELD-WEN HOLDING, INC.; MARK A. BECK; L. BROOKS MALLARD;
GARY S. MICHEL

        Petitioners

v.

PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; PUBLIC
EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI; WISCONSIN
LABORERS' PENSION FUND

        Respondents

_____

O R D E R

_____

Upon consideration of petitioners' unopposed motion to voluntarily dismiss

Rule 23(f) petition, the court grants the motion and dismisses this appeal pursuant to

Federal Rule of Appellate Procedure 42(b).

Entered at the direction of Judge Niemeyer with the concurrence of

Chief Judge Gregory and Senior Judge Shedd.


For the Court

/s/ Patricia S. Connor, Clerk