UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | |

**DECLARATION OF JAMES W. JOHNSON IN SUPPORT OF
CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS**

I, JAMES W. JOHNSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Class Counsel in the above-captioned certified class action, together with Robbins Geller Rudman & Dowd LLP, and am admitted to practice before this Court *pro hac vice*.  I respectfully submit this declaration in support of Class Representatives' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Class.

2.      True and correct copies of the following documents are annexed hereto:

Exhibit 1:      Stipulation and Agreement of Settlement, dated June 4, 2021, with exhibits thereto.

Exhibit 2:      Janeen McIntosh and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review* (NERA 2021).

Exhibit 3:      Firm resume of Epiq Class Action and Claims Solutions, Inc.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 4, 2021.

JAMES W. JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I caused a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

       */s/ Steven J. Toll*
       Steven J. Toll
       VA Bar No. 15300
       stoll@cohenmilstein.com
       **COHEN MILSTEIN SELLERS & TOLL PLLC**
       1100 New York Ave. NW, Suite 500
       Washington, DC 20005

       *Liaison Counsel for Lead Plaintiffs*