IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-112-JAG |

## ORDER

This matter comes before the Court on the parties' pretrial motions to exclude expert testimony. (ECF Nos. 159, 165, 169, 171, 216.) After the parties filed those motions, the Court received the plaintiffs' unopposed motion for preliminary settlement approval. (ECF No. 268.) Thus, the Court DENIES AS MOOT the parties' pretrial motions to exclude expert testimony. The Court further DIRECTS the parties to file status reports by 5 p.m. on June 11, 2021, indicating which of their myriad motions to seal still require adjudication and which motions have become moot. For any sealing motions that still require adjudication on the merits, the parties shall set forth the reasons for sealing in their status report. The status report SHALL NOT exceed five pages.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 7 June 2021
Richmond, VA