**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**
DATE:    7/27/2021

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>In Re: JELD-WEN Holding, Inc. Securities Litigation | CASE NO:  3:20cv112<br><br>JUDGE:   Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   Hearing on Motion for Preliminary Approval

APPEARANCES:    Parties by (X )/with (    ) counsel

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (    )      DEFENDANT(S) (    ) Court (    )
OPENING STATEMENTS MADE (    )          OPENING WAIVED (    )
PLAINTIFF(S) ADDUCED EVIDENCE (    )
DEFENDANT(S) ADDUCED EVIDENCE (    )     RESTED (    ) MOTION (    ) _____
EVIDENCE CONCLUDED (    )         ARGUMENTS OF COUNSEL HEARD (   x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

The Court grants preliminary approval of the settlement and finds the notice and method to send out to be

acceptable.   A final fairness hearing is scheduled for November 22 at 1:30 p.m.

*Counsel for Plaintiff(s)*:

Steven Toll, James Johnson, Michael Rogers, and Robert Rothman

*Counsel for Defendant(s)*:

Brian Riopelle, Brian Pumphrey, Roman Lifson

| SET: | BEGAN: | ENDED: | TIME IN COURT: |
|---|---|---|---|
| 1:30 p.m. | 1:34 p.m. | 1:50 p.m. | 16 mins |