UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Civil Action No. 3:20-cv-00112-JAG <br><br> CLASS ACTION |

**CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Class Representatives Public Employees' Retirement System of Mississippi, the Plumbers and Pipefitters National Pension Fund, and Wisconsin Laborers' Pension Fund (collectively, "Class Representatives"), on behalf of themselves and all other members of the certified Class, through Class Counsel Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP, will move this Court on November 22, 2021 at 1:30 p.m., before the Honorable John A. Gibney, Jr., pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Representatives submit and are filing herewith: (i) Class Representatives' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (ii) the Declaration of Robert M. Rothman and Michael H. Rogers in Support of (1) Class Representatives' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) Class Counsel's Application for an Award of Attorneys' Fees and Expenses and Awards to Class Representatives Pursuant to 15 U.S.C. §78u-4(a)(4).

Proposed Orders will be submitted with Class Representatives' reply submission on or before November 15, 2021, after the deadlines for objecting and seeking exclusion have passed.

DATED: October 18, 2021

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC
STEVEN J. TOLL (VSB No. 15300)
JOSHUA HANDELSMAN (Admitted *pro hac vice*)

*/s/ Steven J. Toll*
Steven J. Toll

2

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstien.com
jhandelsman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*


LABATON SUCHAROW LLP
JAMES W. JOHNSON (Admitted *pro hac vice*)
MICHAEL H. ROGERS (Admitted *pro hac vice*)
JAMES T. CHRISTIE (Admitted *pro hac vice*)
PHILIP J. LEGGIO (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Counsel for Co-Lead Plaintiff Public Employees' Retirement System of Mississippi and the Class*


ROBBINS GELLER RUDMAN &
    DOWD LLP
ROBERT M. ROTHMAN (Admitted *pro hac vice*)
MARK T. MILLKEY (Admitted *pro hac vice*)
WILLIAM J. GEDDISH (Admitted *pro hac vice*)
VINCENT M. SERRA (New York Bar only)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
mmillkey@rgrdlaw.com
wgeddish@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DEBRA J. WYMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com

*Counsel for Co-Lead Plaintiff Plumbers and Pipefitters National Pension Fund and additional Plaintiff Wisconsin Laborers' Pension Fund, and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I caused a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

                                                 */s/ Steven J. Toll*
                                                 Steven J. Toll
                                                 VA Bar No. 15300
                                                 stoll@cohenmilstein.com
                                                 **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                                 1100 New York Ave. NW, Suite 500
                                                 Washington, DC 20005

                                                 *Liaison Counsel for Lead Plaintiffs*