UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

|  |  |  |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| This Document Relates To: | ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | |

**CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO CLASS REPRESENTATIVES PURSUANT TO 15 U.S.C. §78u-(4)(a)(4)**

PLEASE TAKE NOTICE that Court-appointed Class Counsel Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP will move this Court on November 22, 2021 at 1:30 p.m., before the Honorable John A. Gibney, Jr., for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"), awarding: (i) Plaintiffs' Counsel attorneys' fees in the amount of 25% of the Settlement Amount, plus accrued interest; (ii) Plaintiffs' Counsel litigation expenses in the amount of $1,241,263.63, plus accrued interest; and (iii) $28,540, in the aggregate, to Class Representatives in connection with their representation of the Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Class Counsel submit and are filing herewith: (i) Class Counsel's Memorandum of Law in Support of Application for an Award of Attorneys' Fees and Expenses and Awards to Class Representatives Pursuant to 15 U.S.C. §78u-(4)(a)(4); and (ii) the Declaration of Robert M. Rothman and Michael H. Rogers in Support of (1) Class Representatives' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) Class Counsel's Application for an Award of Attorneys' Fees and Expenses and Awards to Class Representatives Pursuant to 15 U.S.C. §78u-4(a)(4).

A proposed Order will be submitted with Class Counsel's reply submission on or before November 15, 2021, after the deadlines for objecting and seeking exclusion have passed.

DATED: October 18, 2021                 Respectfully submitted,

                                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                        STEVEN J. TOLL (VSB No. 15300)
                                        JOSHUA HANDELSMAN (Admitted *pro hac vice*)

                                        */s/ Steven J. Toll*
                                        Steven J. Toll

1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202/408-4600
202/408-4699 (fax)
stoll@cohenmilstien.com
jhandelsman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*


LABATON SUCHAROW LLP
JAMES W. JOHNSON (Admitted *pro hac vice*)
MICHAEL H. ROGERS (Admitted *pro hac vice*)
JAMES T. CHRISTIE (Admitted *pro hac vice*)
PHILIP J. LEGGIO (Admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
jjohnson@labaton.com
mrogers@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Counsel for Co-Lead Plaintiff Public Employees'*
*Retirement System of Mississippi and the Class*


ROBBINS GELLER RUDMAN &
   DOWD LLP
ROBERT M. ROTHMAN (Admitted *pro hac vice*)
MARK T. MILLKEY (Admitted *pro hac vice*)
WILLIAM J. GEDDISH (Admitted *pro hac vice*)
VINCENT M. SERRA (New York Bar only)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
rrothman@rgrdlaw.com
mmillkey@rgrdlaw.com
wgeddish@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DEBRA J. WYMAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com

*Counsel for Co-Lead Plaintiff Plumbers and
Pipefitters National Pension Fund and additional
Plaintiff Wisconsin Laborers' Pension Fund, and
the Class*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I caused a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*

Steven J. Toll
VA Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005

*Liaison Counsel for Lead Plaintiffs*
