# Exhibit 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) | |

**DECLARATION OF MATTHEW MULVIHILL REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Matthew Mulvihill, declare and state as follows, pursuant to 28 U.S.C. §1746:

1.    I am a Client Services Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.    Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator and to provide notice and administration services in connection with the proposed settlement of the above-captioned class action litigation (the "Action").[1] I submit this Declaration in order to provide the Court and the parties to the Settlement with information regarding, among other

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of June 4, 2021 (the "Stipulation") (ECF No. 270-1).

1

things, the mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses (the "Notice") and the Proof of Claim and Release form ("Claim Form") (together, the Notice and Claim Form are referred to herein as the "Notice Packet"), the publication of the Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses (the "Summary Notice"), and establishment of the website and toll-free number dedicated to the Settlement, in accordance with the Preliminary Approval Order.

## DISSEMINATION OF THE NOTICE PACKET

3.     Epiq is responsible for disseminating the Notice Packet to potential Class Members in this Action.  By definition, Class Members are all persons and entities who or which purchased the publicly traded common stock of JELD-WEN Holding, Inc. ("JELD-WEN") during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period").

4.     On August 6, 2021, Epiq received an email from Defendants' Counsel containing a spreadsheet of shareholders of record of JELD-WEN common stock.  The file had a total of 1,846 names and addresses for noticing.  After data clean-up and de-duplication, there remained 1,617 unique names and addresses of potential Class Members, which were added to a mailing database created for the Settlement.

5.     Epiq formatted the Notice Packet and caused it to be printed, personalized with the name and address of each potential Class Member, and mailed by first-class mail, postage prepaid, to each known potential Class Members, on August 17, 2021 (the "Initial Mailing").

6.     As in most class actions of this nature, the large majority of potential Class Members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of

the nominee, on behalf of the beneficial purchasers.  Epiq maintains and updates a proprietary list of the largest and most common banks, brokers and other nominees.  Accordingly, the list of known holders of JELD-WEN shares provided by Defendants' Counsel was supplemented with Epiq's internal broker list of names and addresses.  At the time of the Initial Mailing, Epiq's internal broker list contained 1,121 mailing records.  On August 17, 2021, Epiq caused the Notice Packet to be mailed to the 1,121 mailing records contained in its internal broker list.

7.     In total, 2,738 copies of the Notice Packet were mailed as part of the Initial Mailing. A copy of the Notice Packet is attached hereto as Exhibit A.

8.     The Notice requested that brokers and nominees that purchased JELD-WEN common stock during the Class Period, for the beneficial interest of a person or entity other than themselves, either: (i) within ten (10) calendar days of receipt of the Notice Packet, provide a list of the names and addresses of all such beneficial owners to Epiq; or (ii) request sufficient copies of the Notice Packet for forwarding to all such beneficial owners and then, within ten (10) calendar days of receipt of the Notice Packets, forward them to all such beneficial owners..  Brokers and nominees were also instructed to provide email addresses of such beneficial owners to the Claims Administrator, to the extent available.  Nominees also received an instruction letter with their Notice Packets.  A true and accurate copy of the letter sent to nominees is attached as Exhibit B.

9.     Epiq has received requests from nominees for additional unaddressed copies of the Notice Packet and for Notice Packets to be mailed directly by Epiq to potential Class Members identified by the nominee.  From the Initial Mailing through October 13, 2021, Epiq has mailed an additional 10,110 copies of the Notice Packet to potential Class Members whose names and addresses were received from individuals or nominees.  Epiq has also mailed 17,711 Notice Packets to nominees who requested Notice Packets to forward to their customers.  All requests for Notice Packets have

been responded to in a timely manner and Epiq will continue to timely respond to any additional requests received.

10.    Epiq has received two requests via the toll-free number established for the case and promptly mailed Notice Packets to these potential Class Members.

11.    As of October 13, 2021, an aggregate of 30,561 Notice Packets have been disseminated to potential Class Members and nominees by first-class mail.

12.    As of October 13, 2021, 210 Notice Packets have been returned by the United States Postal Service to Epiq as undelivered as addressed ("UAA"). Of those returned UAA, 49 had forwarding addresses that were promptly re-mailed to the updated addresses.

13.    Epiq also provided a copy of the Notice Packet to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The LENS may be accessed by any nominee that is a participant in DTC's security settlement system. The Notice Packet was posted on DTC's LENS on August 20, 2021.

## PUBLICATION OF THE SUMMARY NOTICE

14.    The Court's Preliminary Approval Order also directed that the Summary Notice be published in *The Wall Street Journal* and be transmitted over *PR Newswire* within fourteen (14) calendar days of the Notice Date. Accordingly, the Summary Notice was published in *The Wall Street Journal* and transmitted over *PR Newswire* on August 31, 2021. Attached as Exhibit C is a publication affidavit and "tearsheets" of both *The Wall Street Journal* and *PR Newswire* attesting to the publication in *The Wall Street Journal* and transmission over *PR Newswire*.

## CALL CENTER SERVICES

15. Epiq reserved a toll-free phone number for the Settlement, (855) 867-0659, and published that toll-free number in the Notice Packet, in the Summary Notice, and on the Settlement website.

16. The toll-free number connects callers with an Interactive Voice Recording system ("IVR"). The IVR provides potential Class Members and others who call with access to pre-recorded information. The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week. Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions. The IVR also allows callers to request that a copy of the Notice Packet be mailed to them or the caller may opt to speak live with a trained operator. Callers are able to speak to an operator Monday through Friday from 9:00 a.m. to 9:00 p.m. Eastern Time (excluding official holidays). During other hours, callers may leave a message for an agent to call them back. Epiq has promptly responded to each telephone inquiry and will continue to address inquiries.

## WEBSITE

17. Epiq established and is maintaining a website dedicated to the Settlement (www.Jeld-WenSecuritiesSettlement.com) to provide information to Class Members (including the exclusion, objection and claim filing deadlines, as well as the date of the Court's Settlement Hearing), and to answer frequently asked questions. Users of the website can download a copy of the Notice, Claim Form, Stipulation, and Preliminary Approval Order. The web address is set forth in the Notice Packet and the Summary Notice. Epiq will continue operating, maintaining and, as appropriate, updating the website with relevant case updates and court documents until the conclusion of this administration.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

18.    The Notice informed Class Members that written requests for exclusion from the Class must be mailed so that they are received no later than November 1, 2021, addressed to *JELD-WEN Securities Settlement*, c/o Epiq, P.O. Box 6397, Portland, OR 97288-6397.  Epiq has monitored all mail that has been delivered to this Post Office Box.

19.    Through October 13, 2021, Epiq has received one (1) request for exclusion.  A copy of the request for exclusion, which has been redacted to remove personal information, is attached as Exhibit D.

20.    Objections are to be filed with the Court and mailed to counsel for the Parties.  Through October 13, 2021, Epiq has not received any mis-directed objections to the Settlement, the Fee and Expense Application, and/or the proposed Plan of Allocation of the Net Settlement Fund.  The deadline to file objections is November 1, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 14, 2021.

_Matthew Mulvihill_
Mathew Mulvihill

6

# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION ——————————————————— This Document Relates To:     ALL ACTIONS. ——————————————————— | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-cv-00112-JAG <br><br> <u>CLASS ACTION</u> |

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION
AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

If you purchased the publicly traded common stock of JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company") during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"), you may be entitled to a payment from a class action settlement.

*A Federal Court authorized this Notice.  This is <u>not</u> a solicitation from a lawyer.*

- This Notice describes important rights you may have and what steps you must take if you wish to participate in the Settlement of this securities class action, wish to object, or wish to be excluded from the Class.[1]

- If approved by the Court, the proposed Settlement will create a $40 million cash fund, plus earned interest, if any, for the benefit of eligible Class Members after the deduction of Court-approved fees, expenses, and Taxes. This is an average recovery of approximately $0.55 per allegedly damaged share before deductions for awarded attorneys' fees and litigation expenses, and $0.39 per allegedly damaged share after deductions for awarded attorneys' fees and litigation expenses, as discussed more below.

- The Settlement resolves claims by Court-appointed Class Representatives Public Employees' Retirement System of Mississippi ("MPRS"), the Plumbers and Pipefitters National Pension Fund ("PPNPF"), and Wisconsin Laborers' Pension Fund (collectively, "Class Representatives" or "Plaintiffs") that have been asserted on behalf of the Class (defined below) against defendants JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company"), and Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, Gary S. Michel (collectively, the "Individual Defendants" and with JELD-WEN, the "Jeld-Wen Defendants"), and Onex Corporation ("Onex") and its affiliated funds and entities, specifically Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor Subco III LLC, Onex American Holdings II LLC, OAH Wind LLC, BP EI LLC and BP EI II LLC (together, the "Onex Defendants," and collectively with the Jeld-Wen Defendants, the "Defendants").  It avoids the costs and risks of continuing the litigation; pays money to eligible investors; and releases the Released Defendant Parties (defined below) from liability.

**If you are a Class Member, your legal rights will be affected by this Settlement whether you act or do not act.
Please read this Notice carefully.**

---

[1] The terms of the Settlement are in the Stipulation and Agreement of Settlement, dated as of June 4, 2021 (the "Stipulation"), which can be viewed at www.JELD-WENSecuritiesSettlement.com.  All capitalized terms not defined in this Notice have the same meanings as in the Stipulation.

AE1861 v.09

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM ON OR BEFORE NOVEMBER 15, 2021** | The <u>only</u> way to get a payment. *See* Question 8 for details. |
| **EXCLUDE YOURSELF FROM THE CLASS ON OR BEFORE NOVEMBER 1, 2021** | Get no payment. This is the only option that, assuming your claim is timely brought, might allow you to ever bring or be part of any other lawsuit against Defendants and/or the other Released Defendant Parties concerning the Released Claims. *See* Question 10 for details. |
| **OBJECT ON OR BEFORE NOVEMBER 1, 2021** | Write to the Court about why you do not like the Settlement, the Plan of Allocation for distributing the proceeds of the Settlement, and/or Class Counsel's Fee and Expense Application. If you object, you will still be in the Class. *See* Question 14 for details. |
| **PARTICIPATE IN A HEARING ON NOVEMBER 22, 2021 AND FILE A NOTICE OF INTENTION TO APPEAR BY NOVEMBER 1, 2021** | Ask to speak in Court at the Settlement Hearing about the Settlement. *See* Question 18 for details. |
| **DO NOTHING** | Get no payment. Give up rights. Still be bound by the terms of the Settlement. |

• These rights and options—**and the deadlines to exercise them**—are explained below.

• The Court in charge of this case still has to decide whether to approve the proposed Settlement. Payments will be made to all Class Members who timely submit valid Claim Forms, if the Court approves the Settlement and after any appeals are resolved.

## PSLRA SUMMARY OF THE NOTICE

**Statement of the Class's Recovery**

1. Class Representatives have entered into the proposed Settlement with Defendants which, if approved by the Court, will resolve the Action in its entirety. Subject to Court approval, Class Representatives, on behalf of the Class, have agreed to settle the Action in exchange for a payment of $40,000,000 in cash (the "Settlement Amount"), which will be deposited into an interest-bearing Escrow Account (the "Settlement Fund"). Based on Class Representatives' damages expert's estimate of the number of shares of JELD-WEN publicly traded common stock eligible to participate in the Settlement, and assuming that all investors eligible to participate in the Settlement do so, it is estimated that the average recovery, before deduction of any Court-approved fees and expenses, such as attorneys' fees, litigation expenses, awards to Class Representatives pursuant to the PSLRA, Taxes, and Notice and Administration Expenses, would be approximately $0.55 per allegedly damaged share.[2] If the Court approves Class Counsel's Fee and Expense Application (discussed below), the average recovery would be approximately $0.39 per allegedly damaged share. **These average recovery amounts are only estimates and Class Members may recover more or less than these estimates.** A Class Member's actual recovery will depend on, for example: (i) the number of claims submitted; (ii) the amount of the Net Settlement Fund; (iii) when and how many shares of JELD-WEN publicly traded common stock the Class Member purchased during the Class Period; and (iv) whether and when the Class Member sold JELD-WEN publicly traded common stock. *See* the Plan of Allocation beginning on page 10 for information on the calculation of your Recognized Claim.

**Statement of Potential Outcome of Case if the Action Continued to Be Litigated**

2. The Parties disagree about both liability and damages and do not agree about the amount of damages that would be recoverable if Class Representatives were to prevail on each claim. The issues that the Parties disagree about include, for example: (i) whether Defendants made any statements or omitted any facts that were materially false or misleading, or otherwise actionable under the federal securities laws; (ii) whether any such statements or omissions were made with the requisite level of intent or recklessness; (iii) the amounts by which the price of JELD-WEN publicly traded common stock was allegedly artificially inflated, if at all, during the Class Period; and (iv) the extent to which factors unrelated to the alleged statements or omissions, such as general market, economic, and industry conditions, influenced the trading prices of JELD-WEN publicly traded common stock during the Class Period.

---

[2] An allegedly damaged share might have been traded, and potentially damaged, more than once during the Class Period, and the average recovery indicated above represents the estimated average recovery for each share that allegedly incurred damages.

3.     Defendants have denied and continue to deny any and all allegations of wrongdoing or fault asserted in the Action, deny that they have committed any act or omission giving rise to any liability or violation of law, and deny that Class Representatives and the Class have suffered any loss attributable to Defendants' actions or omissions.

**Statement of Attorneys' Fees and Expenses Sought**

4.     Class Counsel will apply to the Court, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees from the Settlement Fund in an amount not to exceed 25% of the Settlement Fund, *i.e.*, $10,000,000, plus accrued interest at the same rate earned by the Settlement Fund, if any. [3] Class Counsel will also apply for payment of litigation expenses incurred in prosecuting the Action in an amount not to exceed $1,500,000, plus accrued interest at the same rate earned by the Settlement Fund, which may include an application pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") for the reasonable costs and expenses (including lost wages) of Class Representatives directly related to their representation of the Class. If the Court approves Class Counsel's Fee and Expense Application in full, the average amount of fees and expenses is estimated to be approximately $0.16 per allegedly damaged share of JELD-WEN publicly traded common stock. A copy of the Fee and Expense Application will be posted on www.JELD-WENSecuritiesSettlement.com after it has been filed with the Court.

**Reasons for the Settlement**

5.     For Class Representatives, the principal reason for the Settlement is the guaranteed cash benefit to the Class. This benefit must be compared to the uncertainty of being able to prove the allegations in the Complaint; the risk that the Court may grant some or all of the anticipated summary judgment motions to be filed by Defendants; the uncertainty of a greater recovery after a trial and appeals; and the difficulties and delays inherent in such litigation.

6.     For Defendants, who deny all allegations of wrongdoing or liability whatsoever and deny that Class Members were damaged, the principal reasons for entering into the Settlement are to end the burden, expense, uncertainty, and risk of further litigation.

**Identification of Representatives**

7.     Class Representatives and the Class are represented by Class Counsel: James W. Johnson, Esq., Labaton Sucharow LLP, 140 Broadway, New York, NY 10005, (888) 219-6877, settlementquestions@labaton.com; and Robert M. Rothman, Esq., Robbins Geller Rudman & Dowd LLP, 58 South Service Road, Suite 200, Melville, NY 11747, (800) 449-4900.

8.     Further information regarding the Action, the Settlement, and this Notice may be obtained by contacting the Claims Administrator: Epiq Systems, (855) 867-0659, P.O. Box 6397, Portland, OR 97228-6397, www.JELD-WENSecuritiesSettlement.com.

**Please Do Not Call the Court with Questions About the Settlement.**

**BASIC INFORMATION**

### 1.  WHY DID I GET THIS NOTICE?

9.     The Court authorized that this Notice be sent to you because you or someone in your family may have purchased JELD-WEN publicly traded common stock during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"). **Receipt of this Notice does not mean that you are a member of the Class or that you will be entitled to receive a payment. The Parties do not have access to your individual investment information. If you wish to be eligible for a payment, you are required to submit the Claim Form that is being distributed with this Notice.** *See* **Question 8 below.**

10.     The Court directed that this Notice be sent to potential Class Members because they have a right to know about the proposed Settlement of this class action lawsuit, and about all of their options, before the Court decides whether to approve the Settlement.

11.     The Court in charge of the Action is the United States District Court for the Eastern District of Virginia, and the case is known as *In re JELD-WEN Holding, Inc. Securities Litigation*, Civil Action No. 3:20-cv-00112-JAG. The Action is assigned to the Honorable John A. Gibney, Jr., United States District Judge.

---

[3] Plaintiffs' Counsel are Labaton Sucharow LLP, Robbins Geller Rudman & Dowd LLP, Cohen Milstein Sellers & Toll LLP, O'Donoghue & O'Donoghue LLP, Phelan Petty, and Neville Law LLC.

## 2.  HOW DO I KNOW IF I AM PART OF THE CLASS?

12.    By a March 29, 2021 Order, the Court certified the Action as a class action on behalf of the following Class.  Everyone who fits the following description is a Class Member and subject to the Settlement unless they are an excluded person (*see* Question 3 below) or take steps to exclude themselves from the Class (*see* Question 10 below):

> **All persons and entities who or which, during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"), purchased the publicly traded common stock of JELD-WEN Holding, Inc.**

13.    If one of your mutual funds purchased JELD-WEN publicly traded common stock during the Class Period, that does not make you a Class Member, although your mutual fund may be.  You are a Class Member only if you individually purchased JELD-WEN publicly traded common stock during the Class Period.  Check your investment records or contact your broker to see if you have any eligible purchases.  The Parties do not independently have access to your trading information.

## 3.  ARE THERE EXCEPTIONS TO BEING INCLUDED?

14.    Yes.  There are some individuals and entities who are excluded from the Class by definition. Excluded from the Class are: (1) the Defendants; (2) members of the immediate family of any Defendant who is an individual; (3) any person who was an officer or director of JELD-WEN, Onex, or any Onex affiliated fund during the Class Period; (4) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (5) JELD-WEN's or Onex's employee retirement and benefit plan(s), if any, and their participants or beneficiaries, to the extent they made purchases through such plan(s); (6) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person or entity; and (7) those who timely and validly seek exclusion from the Class in accordance with the procedures described in Question 10 below.

## 4.  WHY IS THIS A CLASS ACTION?

15.    In a class action, one or more persons or entities (in this case, Class Representatives) sue on behalf of people and entities who have similar claims.  Together, these people and entities are a "class," and each is a "class member."  A class action allows one court to resolve, in a single case, many similar claims that, if brought separately by individual people, might be too small economically to litigate.  One court resolves the issues for all class members at the same time, except for those who exclude themselves, or "opt-out," from the class.  In this Action, the Court has appointed the Public Employees' Retirement System of Mississippi, the Plumbers and Pipefitters National Pension Fund, and the Wisconsin Laborers' Pension Fund to serve as Class Representatives and has appointed Labaton Sucharow LLP and Robbins Geller to serve as Class Counsel.

## 5.  WHAT IS THIS CASE ABOUT AND WHAT HAS HAPPENED SO FAR?

16.    JELD-WEN, one of the largest door and window manufacturers, makes and sells interior molded doors.  JELD-WEN also manufactures doorskins, which are the principal component of interior molded doors.

17.    On February 19, 2020, a securities class action complaint was filed, styled *Cambridge Retirement System v. Jeld-Wen Holding Inc., et al.,* No. 3:20-cv-00112.  By Order dated May 8, 2020, the Court ordered that the case be recaptioned as *In re JELD-WEN Holding, Inc. Securities Litigation*, Civil Action No. 3:20-cv-00112-JAG; appointed MPERS and PPNPF as Lead Plaintiffs; and appointed Labaton Sucharow and Robbins Geller as Co-Lead Counsel.

18.    On June 22, 2020, Class Representatives filed and served their Consolidated Class Action Complaint (the "Complaint") asserting claims against the Jeld-Wen Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants and the Onex Defendants under Section 20(a) of the Exchange Act.  Among other things, the Complaint alleges that Defendants made materially false and misleading statements and omissions to investors concerning JELD-WEN's allegedly anticompetitive conduct and financial results in the doorskins and interior molded door markets and the merit of a lawsuit filed against JELD-WEN by an interior door manufacturer.  The Complaint alleges that the price of JELD-WEN publicly traded common stock was artificially inflated as a result of Defendants' allegedly false and misleading statements, and declined when the truth was allegedly revealed.

AE1864 v.09

- 4 -

19.     Defendants have denied and continue to deny each and every one of the claims alleged by Class Representatives in the Action, including all claims in the Complaint, and specifically deny any wrongdoing and that they have committed any act or omission giving rise to any liability or violation of law.   On July 29, 2020, Defendants filed and served their motions to dismiss the Complaint.  On August 28, 2020, Class Representatives filed and served their omnibus memorandum of law in opposition to the motions to dismiss and, on September 11, 2020, Defendants filed and served their reply papers.  Oral argument on Defendants' motions to dismiss was held on September 25, 2020, and on October 26, 2020, the Court entered its Opinion and Order denying Defendants' motions in full.  Discovery in the Action commenced promptly after the Court issued the order denying Defendants' motions to dismiss and continued until March 29, 2021.

20.     Before reaching the agreement in principle to settle the Action, Plaintiffs and Defendants conducted extensive class, fact and expert discovery relating to the claims, defenses, and underlying events and transactions that are the subject of the Action.  Plaintiffs, Defendants, and third parties collectively produced over three million pages of documents, and the Parties took 31 party, non-party, and expert depositions.  The Parties also exchanged nine expert reports addressing topics relevant to the claims and defenses asserted in the Action.

21.     During the pendency of discovery, the Parties concurrently briefed Plaintiffs' motion for class certification.  On January 18, 2021, Plaintiffs filed their motion to certify the Action as a class action.  On February 2, 2021, Defendants filed their opposition to the motion to certify the Action as a class action, and on February 8, 2021, Plaintiffs filed their reply.  A hearing was held on March 4, 2021, and on March 29, 2021, the Court granted Plaintiffs' motion, certifying the Class and appointing Plaintiffs as "Class Representatives" and Co-Lead Counsel as "Class Counsel."

22.     On April 12, 2021, the Jeld-Wen Defendants filed a petition with the United States Court of Appeals for the Fourth Circuit, pursuant to Federal Rule of Civil Procedure 23(f), seeking leave to appeal the Court's certification of the Class.  That appeal was captioned *In re JELD-WEN Holding, Inc. Securities Litigation*, No. 21-159 (4th Cir.).  On April 23, 2021, Class Representatives filed their opposition to that petition.

23.     Trial of the Action was scheduled by the Court to begin in July 2021.

24.     On April 20, 2021, Class Counsel and Defendants' Counsel participated in a full-day mediation session before Robert Meyer, Esq. of JAMS (the "Mediator").  In advance of that session, the Parties provided detailed mediation statements and exhibits to the Mediator, which addressed issues of both liability and damages.  At the end of the mediation, following extensive arm's-length negotiations, as well as additional efforts by the Mediator, the Parties reached an agreement in principle to settle the Action for $40,000,000, subject to the execution of a customary "long form" stipulation and agreement of settlement and related papers.

## 6.  WHAT ARE THE REASONS FOR THE SETTLEMENT?

25.     The Court did not finally decide in favor of Class Representatives or Defendants.  Instead, both sides agreed to a settlement.  Class Representatives and Class Counsel believe that the claims asserted in the Action have merit.  They recognize, however, the expense and length of continued proceedings needed to pursue the claims through trial and appeals, as well as the difficulties in establishing liability.  Assuming the claims proceeded to trial, the Parties would present factual and expert testimony on each of the disputed issues, and there is risk that the Court or jury would resolve these issues unfavorably against Class Representatives and the Class.  In light of the Settlement and the guaranteed cash recovery to the Class, Class Representatives and Class Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Class.

26.     Defendants have denied and continue to deny each and every one of the claims alleged by Class Representatives in the Action, including all claims in the Complaint, and specifically deny any wrongdoing and that they have committed any act or omission giving rise to any liability or violation of law. Defendants deny the allegations that they knowingly, or otherwise, made any material misstatements or omissions; that any member of the Class has suffered damages; that the prices of JELD-WEN's publicly traded common stock were artificially inflated by reason of the alleged misrepresentations, omissions, or otherwise; or that members of the Class were harmed by the conduct alleged.  Nonetheless, Defendants have concluded that continuation of the Action would be protracted and expensive, and have taken into account the uncertainty and risks inherent in any litigation, especially a complex case like this Action.

## THE SETTLEMENT BENEFITS

### 7. WHAT DOES THE SETTLEMENT PROVIDE?

27.	In exchange for the Settlement and the release of the Released Claims against the Released Defendant Parties (*see* Question 9 below), Defendants have agreed to cause a $40 million cash payment to be made, which, along with any interest earned, will be distributed after deduction of Court-awarded attorneys' fees and litigation expenses, Notice and Administration Expenses, Taxes, and any other fees or expenses approved by the Court (the "Net Settlement Fund"), to Class Members who submit valid and timely Claim Forms and are found to be eligible to receive a distribution from the Net Settlement Fund.

### 8. HOW CAN I RECEIVE A PAYMENT?

28.	To qualify for a payment from the Net Settlement Fund, you must submit a timely and valid Claim Form.  A Claim Form is included with this Notice.  You may also obtain one from the website dedicated to the Settlement: www.JELD-WENSecuritiesSettlement.com, or submit a claim online at www.JELD-WENSecuritiesSettlement.com.  You can also request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at (855) 867-0659.

29.	Please read the instructions contained in the Claim Form carefully, fill out the Claim Form, include all the documents the form requests, sign it, and mail or submit it to the Claims Administrator so that it is **postmarked or received no later than November 15, 2021.**

### 9. WHAT AM I GIVING UP TO RECEIVE A PAYMENT AND BY STAYING IN THE CLASS?

30.	If you are a Class Member and do not timely and validly exclude yourself from the Class, you will remain in the Class and that means that, upon the "Effective Date" of the Settlement, you will release all "Released Claims" against the "Released Defendant Parties."  All of the Court's orders in the Action, whether favorable or unfavorable, will apply to you and legally bind you.

(a)	**"Released Claims"** means any and all claims, rights, liabilities, suits, debts, obligations, demands, damages, losses, judgments, matters, issues, including both known claims and Unknown Claims (as defined below), and causes of action of every nature and description whatsoever, in law, equity, or otherwise, whether accrued or unaccrued, fixed or contingent, liquidated or unliquidated, direct or indirect, whether arising under federal, state, local, statutory, common law, foreign law, or any other law, rule, or regulation, and whether class and/or individual in nature, concerning, based on, arising out of, or in connection with both: (i) the purchase, or other acquisition of, JELD-WEN publicly traded common stock by Plaintiffs or any other Class Member during the period from January 26, 2017 through October 15, 2018, inclusive; and (ii) the allegations, transactions, acts, facts, matters, occurrences, disclosures, statements, filings, representations, omissions, or events that were or could have been alleged or asserted in the Action.  Released Claims do not include: (1) claims to enforce the Settlement; (2) claims asserted in any actions arising under The Employee Retirement Income Security Act of 1974 pending, or the subject of an appeal, as of the date of disclosure of the Settlement; or (3) claims asserted in any purported derivative actions pending, or the subject of an appeal, as of the date of disclosure of the Settlement.

(b)	**"Released Defendant Parties"** means Defendants and each of their respective predecessors, successors, parent corporations, sister corporations, past, present, or future subsidiaries, affiliates, principals, assigns, assignors, legatees, devisees, executors, administrators, estates, heirs, spouses, immediate family members, receivers and trustees, settlors, beneficiaries, officers, directors, members, shareholders, employees, independent contractors, servants, agents, partners, insurers, reinsurers, representatives, attorneys, legal representatives, auditors, accountants, and successors-in-interest, in their capacities as such.

(c)	**"Unknown Claims"** means any and all Released Claims that Class Representatives or any other Releasing Plaintiff do not know or suspect to exist in his, her, or its favor at the time of the release of the Released Defendant Parties, and any and all Released Defendants' Claims that any Defendant or any other Releasing Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of the Released Plaintiff Parties, which if known by him, her, or it might have affected his, her, or its decision(s) with respect to the Settlement, including the decision to object to the terms of the Settlement or to exclude himself, herself, or itself from the Class.  With respect to any and all Released Claims and Released Defendants' Claims, the Parties stipulate and agree that, upon the Effective Date, Class Representatives and Defendants shall expressly, and each Releasing Plaintiff and Releasing Defendant shall be deemed to have, and by operation of the Judgment or

Alternative Judgment shall have, to the fullest extent permitted by law, expressly waived and relinquished any and all provisions, rights and benefits conferred by any law of any state or territory of the United States or foreign law, or principle of common law, which is similar, comparable, or equivalent to Cal. Civ. Code § 1542, which provides:

**A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Class Representatives, other Class Members, or Defendants may hereafter discover facts, legal theories, or authorities in addition to or different from those which any of them now knows, suspects, or believes to be true with respect to the Action, the Released Claims, or the Released Defendants' Claims, but Class Representatives and Defendants shall expressly, fully, finally, and forever settle and release, and each Releasing Plaintiff and Releasing Defendant shall be deemed to have fully, finally, and forever settled and released, and upon the Effective Date and by operation of the Judgment or Alternative Judgment shall have settled and released, fully, finally, and forever, any and all Released Claims and Released Defendants' Claims as applicable, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. Class Representatives and Defendants acknowledge, and all Releasing Plaintiff and Releasing Defendant by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Claims and Released Defendants' Claims was separately bargained for and was a material element of the Settlement.

31. The "Effective Date" will occur when an Order entered by the Court approving the Settlement becomes Final and is not subject to appeal. Upon the "Effective Date," Defendants will also provide a release of any claims against Class Representatives and the Class arising out of or related to the institution, prosecution, or settlement of the claims in the Action.

## EXCLUDING YOURSELF FROM THE CLASS

32. If you want to keep any right you may have to sue or continue to sue Defendants and the other Released Defendant Parties on your own concerning the Released Claims, then you must take steps to remove yourself from the Class. This is called excluding yourself or "opting out." **Please note:** If you decide to exclude yourself from the Class, there is a risk that any lawsuit you may file may be dismissed, including because the suit is not filed within the applicable time periods required for filing suit. Defendants have the option to terminate the Settlement if a certain amount of Class Members request exclusion.

## 10.  HOW DO I EXCLUDE MYSELF FROM THE CLASS?

33. To exclude yourself from the Class, you must mail a signed letter stating that you request to be "excluded from the Class in *In re JELD-WEN Holding, Inc. Securities Litigation*, Civil Action No. 3:20-cv-00112-JAG (E.D. Va.)." You cannot exclude yourself by telephone or e-mail. Each request for exclusion must also: (i) state the name, address, and telephone number of the person or entity requesting exclusion; (ii) state the number of shares of JELD-WEN publicly traded common stock the person or entity purchased and sold during the Class Period, as well as the dates and prices of each such purchase and sale; and (iii) be signed by the Person requesting exclusion or an authorized representative. A request for exclusion must be mailed so that it is **received no later than November 1, 2021** at:

*JELD-WEN Securities Settlement*
c/o Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

34. This information is needed to determine whether you are a member of the Class. Your exclusion request must comply with these requirements in order to be valid.

35. If you ask to be excluded, do not submit a Claim Form because you cannot receive any payment from the Net Settlement Fund. Also, you cannot object to the Settlement because you will not be a Class Member and the Settlement will not affect you. If you submit a valid exclusion request, you will not be legally bound by anything that happens in the Action, and you may be able to sue (or continue to sue) Defendants and the other Released Defendant Parties in the future.

AE1867 v.09

## 11. IF I DO NOT EXCLUDE MYSELF, CAN I SUE DEFENDANTS AND THE OTHER RELEASED DEFENDANT PARTIES FOR THE SAME REASONS LATER?

36.      No.  Unless you properly exclude yourself, you will give up any rights to sue Defendants and the other Released Defendant Parties for any and all Released Claims.  If you have a pending lawsuit against any of the Released Defendant Parties, **speak to your lawyer in that case immediately**.  You must exclude yourself from this Class to continue your own lawsuit, assuming that lawsuit was timely brought.  Remember, the exclusion deadline is **November 1, 2021.**

## THE LAWYERS REPRESENTING YOU

## 12. DO I HAVE A LAWYER IN THIS CASE?

37.      Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP are Class Counsel in the Action and represent all Class Members.  You will not be separately charged for these lawyers.  The Court will determine the amount of attorneys' fees and litigation expenses, which will be paid from the Settlement Fund.  If you want to be represented by your own lawyer, you may hire one at your own expense.

## 13. HOW WILL THE LAWYERS BE PAID?

38.      Class Counsel have been prosecuting the Action on a contingent basis and have not been paid for any of their work.  Class Counsel will seek, on behalf of all Plaintiffs' Counsel, an attorneys' fee award of no more than 25% of the Settlement Fund, *i.e.*, $10,000,000, plus accrued interest, if any.  Class Counsel will also seek payment of litigation expenses incurred in the prosecution of the Action of no more than $1,500,000, plus accrued interest, if any, which may include an application in accordance with the PSLRA for the reasonable costs and expenses (including lost wages) of the Class Representatives directly related to their representation of the Class. Any attorneys' fees and expenses awarded by the Court will be paid from the Settlement Fund.  Class Members are not personally liable for any such fees or expenses.

## OBJECTING TO THE SETTLEMENT, THE PLAN OF ALLOCATION, OR THE FEE AND EXPENSE APPLICATION

## 14. HOW DO I TELL THE COURT THAT I DO NOT LIKE SOMETHING ABOUT THE PROPOSED SETTLEMENT?

39.      If you are a Class Member, you can object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Class Counsel's Fee and Expense Application.  You may write to the Court about why you think the Court should not approve any or all of the Settlement terms or related relief.  If you would like the Court to consider your views, you must file a proper objection within the deadline, and according to the following procedures.

40.      To object, you must send a signed letter stating that you object to the proposed Settlement, the Plan of Allocation, and/or the Fee and Expense Application in *"In re JELD-WEN Holding, Inc. Securities Litigation*, Civil Action No. 3:20-cv-00112-JAG (E.D. Va.)."   The objection must also: (i) state the name, address, telephone number, and e-mail address of the objector and must be signed by the objector; (ii) contain a statement of the Class Member's objection or objections and the specific reasons for the objection, including whether it applies only to the objector, to a specific subset of the Class, or to the entire Class, and any legal and evidentiary support (including witnesses) the Class Member wishes to bring to the Court's attention; (iii) include documents sufficient to show the objector's membership in the Class, including the number of shares of JELD-WEN publicly traded common stock purchased and sold during the Class Period, as well as the dates and prices of each such purchase and sale; and (iv) identify all other class action settlements the objector has previously objected to.  Unless otherwise ordered by the Court, any Class Member who does not object in the manner described in this Notice will be deemed to have waived any objection and will be foreclosed from making any objection to the proposed Settlement, the Plan of Allocation, and/or Class Counsel's Fee and Expense Application.  Your objection must be filed with the Court **no later than November 1, 2021 and** be mailed or delivered to the following counsel so that it is **received no later than November 1, 2021:**

AE1868 v.09

| Court | Class Counsel | JELD-WEN Defendants' Counsel |
|---|---|---|
| **Clerk of the Court**<br>United States District Court<br>Eastern District of Virginia<br>(Richmond Division)<br>Spottswood W. Robinson III<br>and Robert R. Merhige, Jr.,<br>Federal Courthouse<br>701 East Broad Street<br>Richmond, VA 23219 | **Labaton Sucharow LLP**<br>James W. Johnson, Esq.<br>140 Broadway<br>New York, NY 10005<br><br>**Robbins Geller Rudman &<br>Dowd LLP**<br>Robert M. Rothman, Esq.<br>58 South Service Rd., Suite 200<br>Melville, NY 11747 | **Kirkland & Ellis LLP**<br>Lindsey Weiss Harris, Esq.<br>601 Lexington Avenue<br>New York, NY 10022<br><br>**Onex Defendants' Counsel**<br><br>**Fried Frank Harris Shriver &<br>Jacobson LLP**<br>Peter Simmons, Esq.<br>1 New York Plaza<br>New York, NY 10004 |

41.    You do not need to attend the Settlement Hearing to have your written objection considered by the Court.  However, any Class Member who has complied with the procedures described in this Question 14 and below in Question 18 may appear at the Settlement Hearing and be heard, to the extent allowed by the Court.  An objector may appear in person or arrange, at his, her, or its own expense, for a lawyer to represent him, her, or it at the Settlement Hearing.

## 15.  WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND SEEKING EXCLUSION?

42.    Objecting is telling the Court that you do not like something about the proposed Settlement, Plan of Allocation, or Class Counsel's Fee and Expense Application.  You can still recover money from the Settlement.  You can object *only* if you stay in the Class.  Excluding yourself is telling the Court that you do not want to be part of the Class.  If you exclude yourself from the Class, you have no basis to object because the Settlement and the Action no longer affect you.

**THE SETTLEMENT HEARING**

## 16.  WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

43.    The Court will hold the Settlement Hearing on **November 22, 2021 at 1:30 p.m.,** either remotely or in person, in Courtroom 6000 at the United States District Court for the Eastern District of Virginia, Richmond Division, Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219.

44.    At this hearing, the Honorable John A. Gibney, Jr. will consider whether: (i) the Settlement is fair, reasonable, adequate, and should be approved; (ii) the Plan of Allocation is fair and reasonable, and should be approved; and (iii) the application of Class Counsel for an award of attorneys' fees and payment of litigation expenses is reasonable and should be approved.  The Court will take into consideration any written objections filed in accordance with the instructions in Question 14 above.  We do not know how long it will take the Court to make these decisions.

45.    The Court may change the date and time of the Settlement Hearing, or hold the hearing remotely, without another individual notice being sent to Class Members.  If you want to attend the hearing, you should check with Class Counsel beforehand to be sure that the date and/or time has not changed, or periodically check the Settlement website at www.JELD-WENSecuritiesSettlement.com to see if the Settlement Hearing stays as scheduled or is changed.

## 17.  DO I HAVE TO COME TO THE SETTLEMENT HEARING?

46.    No.  Class Counsel will answer any questions the Court may have, but you are welcome to attend at your own expense.  If you submit a valid and timely objection, the Court will consider it and you do not have to come to Court to discuss it.  You may have your own lawyer attend (at your own expense), but it is not required.  If you do hire your own lawyer, he or she must file and serve a Notice of Appearance in the manner described in the answer to Question 18 below **no later than November 1, 2021.**

AE1869 v.09

- 9 -

## 18.  MAY I SPEAK AT THE SETTLEMENT HEARING?

47.       You may ask the Court for permission to speak at the Settlement Hearing.  To do so, you must, **no later than November 1, 2021,** submit a statement that you, or your attorney, intend to appear in *"In re JELD-WEN Holding, Inc. Securities Litigation,* Civil Action No. 3:20-cv-00112-JAG (E.D. Va.)."  If you intend to present evidence at the Settlement Hearing, you must also include in your objection (prepared and submitted according to the answer to Question 14 above) the identities of any witnesses you may wish to call to testify and any exhibits you intend to introduce into evidence at the Settlement Hearing.  You may not speak at the Settlement Hearing if you exclude yourself from the Class or if you have not provided written notice of your intention to speak at the Settlement Hearing in accordance with the procedures described in this Question 18 and Question 14 above.

### IF YOU DO NOTHING

## 19.  WHAT HAPPENS IF I DO NOTHING AT ALL?

48.       If you do nothing and you are a member of the Class, you will receive no money from this Settlement and you will be precluded from starting a lawsuit, continuing with a lawsuit, or being part of any other lawsuit against Defendants and the other Released Defendant Parties concerning the Released Claims.  To share in the Net Settlement Fund, you must submit a Claim Form (*see* Question 8 above).  To start, continue, or be a part of any other lawsuit against Defendants and the other Released Defendant Parties concerning the Released Claims, you must exclude yourself from the Class (*see* Question 10 above).

### GETTING MORE INFORMATION

## 20.  ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

49.       This Notice summarizes the proposed Settlement.  More details are contained in the Stipulation.  You may review the Stipulation filed with the Court or other documents in the case during business hours at the office of the Clerk of the Court, United States District Court for the Eastern District of Virginia (Richmond Division), Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, VA 23219.  (Please check the Court's website, www.vaed.uscourts.gov, for information about Court closures before visiting.)  Subscribers to PACER, a fee-based service, can also view the papers filed publicly in the Action through the Court's on-line Case Management/Electronic Case Files System at https://www.pacer.gov.

50.       You can also get a copy of the Stipulation, and other documents related to the Settlement, as well as additional information about the Settlement by visiting the website dedicated to the Settlement, www.JELD-WENSecuritiesSettlement.com.   You may also call the Claims Administrator toll free at (855) 867-0659 or write to the Claims Administrator at *JELD-WEN Securities Settlement*, c/o Epiq Systems, P.O. Box 6397, Portland, OR 97228-6397.  **Please do not call the Court with questions about the Settlement.**

### PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

## 21.  HOW WILL MY CLAIM BE CALCULATED?

51.       The Plan of Allocation set forth below is the plan for calculating claims and distributing the proceeds of the Settlement that is being proposed by Class Representatives and Class Counsel to the Court for approval.  The Court may approve this Plan of Allocation or modify it without additional notice to the Class.  Any order modifying the Plan of Allocation will be posted on the Settlement website at: www.JELD-WENSecuritiesSettlement.com.

52.       As noted above, the Settlement Amount and the interest it earns is the "Settlement Fund."  The Settlement Fund, after deduction of Court-approved attorneys' fees and litigation expenses, Notice and Administration Expenses, Taxes, and any other fees or expenses approved by the Court, is the "Net Settlement Fund."  The Net Settlement Fund will be distributed to members of the Class who timely submit valid Claim Forms that show a "Recognized Claim" according to the Court-approved Plan of Allocation.  Class Members who do not timely submit valid Claim Forms will not share in the Net Settlement Fund, but will still be bound by the Settlement.

53.       The objective of this Plan of Allocation is to distribute the Net Settlement Fund among those Class Members who allegedly suffered economic losses as a result of the alleged wrongdoing.  To design this Plan, Class Counsel conferred with Class Representatives' damages expert.  This Plan is intended to be generally consistent

AE18610 v.09

with an assessment of, among other things, the damages that Class Representatives and Class Counsel believe were recoverable in the Action.  The Plan of Allocation, however, is not a formal damages analysis and the calculations made pursuant to the Plan are not intended to be estimates of, nor indicative of, the amounts that Class Members might have been able to recover after a trial.  The calculations pursuant to the Plan of Allocation are also not estimates of the amounts that will be paid to Authorized Claimants.  An individual Class Member's recovery will depend on, for example: (i) the total number and value of claims submitted; (ii) when the claimant purchased JELD-WEN publicly traded common stock; and (iii) whether and when the claimant sold his, her, or its shares of JELD-WEN publicly traded common stock.  The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund. The Claims Administrator will determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's "Recognized Claim."

54.    For losses to be compensable damages under the federal securities laws, the disclosure of the allegedly misrepresented information must be the cause of the decline in the price of the securities at issue.  In this case, Class Representatives allege that Defendants issued false statements and omitted material facts during the Class Period, which allegedly artificially inflated the price of JELD-WEN publicly traded common stock.  In developing the Plan of Allocation, Class Representatives' damages expert calculated the estimated amount of alleged artificial inflation in the per share prices of JELD-WEN common stock that was allegedly proximately caused by Defendants' alleged materially false and misleading statements and omissions.

55.    In this Action, Class Representatives allege that corrective information allegedly impacting the price of JELD-WEN common stock (which is referred to as a "corrective disclosure") was released to the market on October 15, 2018. Class Representatives further allege that an analysis privately distributed by a stock analyst to certain investors caused the price of JELD-WEN common stock to decline on August 8, 2018.  In order to have a "Recognized Loss Amount" for a purchase under the Plan of Allocation, shares of JELD-WEN publicly traded common stock must have been purchased during the Class Period and held through at least August 8, 2018.[4]

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

56.    For purposes of determining whether a claimant has a "Recognized Claim," if a Class Member has more than one purchase or sale of JELD-WEN publicly traded common stock during the Class Period, all purchases and sales will be matched on a "First In First Out" (FIFO) basis.  Class Period sales will be matched against purchases in chronological order, beginning with the earliest purchase made during the Class Period.

57.    Based on the formulas stated below, a "Recognized Loss Amount" will be calculated for each purchase of JELD-WEN publicly traded common stock during the Class Period that is listed on the Claim Form and for which adequate documentation is provided.  If a Recognized Loss Amount calculates to a negative number or zero under the formulas below, that Recognized Loss Amount will be zero.

58.    **For each share of JELD-WEN publicly traded common stock purchased: (i) in the JELD-WEN initial public offering on or about January 26, 2017; or (ii) via market transactions from January 27, 2017 through and including the close of trading on October 15, 2018, and:**

(a)    Sold prior to the close of trading on August 7, 2018, the Recognized Loss Amount per share will be $0.00;

(b)    Sold on August 8, 2018 at a price equal to or greater than $24.84 per share, the Recognized Loss Amount per share will be $0.00;[5]

(c)    Sold prior to the close of trading on August 8, 2018 at a price less than $24.84 per share, the Recognized Loss Amount per share will be *the lesser of*: (i) $2.38 per share, or (ii) the purchase price *minus* the sale price;

(d)    Sold from August 9, 2018 through and including the close of trading on October 15, 2018, the Recognized Loss Amount per share will be *the lesser of*: (i) the decline in inflation during the holding period (as presented in **Table A** below), or (ii) the purchase price per share *minus* the sale price per share; and

---

[4] Any transactions in JELD-WEN common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

[5] Class Representatives allege that at approximately 2:47 PM Eastern Time on August 8, 2018, an analysis privately distributed by a stock analyst to certain investors caused the price of JELD-WEN common stock to decline. The average transaction price for all trades conducted at 2:47 PM Eastern Time on August 8, 2018 was $24.84 per share, according to data from the Trade-and-Quote database.

(e)    Sold from October 16, 2018 through and including the close of trading on January 11, 2019, the Recognized Loss Amount per share will be **the least of**: (i) the decline in inflation during the holding period (as presented in **Table A** below), (ii) the purchase price per share *minus* the sale price per share, or (iii) the purchase price per share *minus* the average closing price of JELD-WEN common stock between October 16, 2018 and the date of sale as stated in **Table B** at the end of this Notice; and

(f)    Held as of the close of trading on January 11, 2019, the Recognized Loss Amount per share will be **the lesser of**: (i) the decline in inflation during the holding period (as presented in **Table A** below), or (ii) the purchase price per share *minus* $16.47, the average closing price of JELD-WEN common stock between October 16, 2018 and January 11, 2019 (the last entry on **Table B** at the end of this Notice).[6]

## ADDITIONAL PROVISIONS OF THE PLAN OF ALLOCATION

59.    The sum of a claimant's Recognized Loss Amounts will be the claimant's "Recognized Claim."

60.    The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims.  Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which will be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.  Given the costs of distribution, the Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount is $10.00 or greater.

61.    Purchases and sales of JELD-WEN publicly traded common stock will be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.  The receipt or grant of shares of JELD-WEN publicly traded common stock by gift, inheritance, or operation of law during the Class Period will not be deemed an eligible purchase or sale of JELD-WEN publicly traded common stock for the calculation of a claimant's Recognized Claim, nor will the receipt or grant be deemed an assignment of any claim relating to the purchase of JELD-WEN common stock unless: (i) the donor or decedent purchased the shares during the Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to those shares; and (iii) it is specifically so provided in the instrument of gift or assignment.

62.    The date of covering a "short sale" will be deemed to be the date of purchase of the JELD-WEN common stock.  The date of a "short sale" will be deemed to be the date of sale of JELD-WEN common stock. Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero.  In the event that a claimant has an opening short position in JELD-WEN common stock, his, her, or its earliest Class Period purchases of JELD-WEN common stock will be matched against the opening short position, and not be entitled to a recovery, until that short position is fully covered.

63.    Option contracts are not securities eligible to participate in the Settlement.  With respect to shares of JELD-WEN common stock purchased or sold through the exercise of an option, the purchase/sale date of the JELD-WEN common stock is the exercise date of the option and the purchase/sale price of the JELD-WEN common stock is the exercise price of the option.

64.    If a claimant had a market gain with respect to his, her, or its overall transactions in JELD-WEN publicly traded common stock during the Class Period, the value of the claimant's Recognized Claim will be zero. If a claimant suffered an overall market loss with respect to his, her, or its overall transactions in JELD-WEN common stock during the Class Period but that market loss was less than the claimant's total Recognized Claim calculated above, then the claimant's Recognized Claim will be limited to the amount of the actual market loss.  For purposes of determining whether a claimant had a market gain with respect to his, her, or its overall transactions in JELD-WEN common stock during the Class Period or suffered a market loss, the Claims Administrator will

---

[6] Under Section 21(D)(e)(1) of the Exchange Act, "in any private action arising under this Act in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."  Consistent with the requirements of the statute, Recognized Loss Amounts are reduced to an appropriate extent by taking into account the closing prices of JELD-WEN common stock during the 90-day look-back period.  The mean (average) closing price for JELD-WEN common stock during this 90-day look-back period was $16.47.

AE18612 v.09

determine the difference between: (i) the Total Purchase Amount[7] and (ii) the sum of the Total Sales Proceeds[8] and Holding Value.[9]  This difference will be deemed a claimant's market gain or loss with respect to his, her, or its overall transactions in JELD-WEN common stock during the Class Period.

65.    Distributions will be made to eligible Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If there is any balance remaining in the Net Settlement Fund (whether by reason of tax refunds, uncashed checks or otherwise) after a reasonable amount of time from the date of initial distribution of the Net Settlement Fund, and after payment of outstanding Notice and Administration Expenses, Taxes, attorneys' fees and expenses, and any awards to Class Representatives, the Claims Administrator shall, if feasible, reallocate (which reallocation may occur on multiple occasions) such balance among Authorized Claimants who have cashed their checks in an equitable and economic fashion.  Thereafter, any *de minimis* balance that still remains in the Net Settlement Fund after re-distribution(s) and after payment of outstanding Notice and Administration Expenses, Taxes, and attorneys' fees and expenses and any awards to Class Representatives, shall be donated to the Virginia Health Care Foundation and Central Virginia Legal Aid Society, or a non-profit and non-sectarian organization(s) chosen by the Court.

66.    Payment pursuant to the Plan of Allocation or such other plan of allocation as may be approved by the Court will be conclusive against all claimants.  No person will have any claim against Class Representatives, Plaintiffs' Counsel, Class Representatives' damages expert, the Claims Administrator, or other agent designated by Class Counsel, arising from determinations or distributions to claimants made substantially in accordance with the Stipulation, the Plan of Allocation approved by the Court, or further orders of the Court.  Class Representatives, Defendants, Defendants' Counsel, and all other Released Parties will have no responsibility for or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the Plan of Allocation or the determination, administration, calculation, or payment of any Claim Form or non-performance of the Claims Administrator, the payment or withholding of Taxes owed by the Settlement Fund or any losses incurred in connection therewith.

67.    Each claimant is deemed to have submitted to the jurisdiction of the United States District Court for the Eastern District of Virginia with respect to his, her, or its claim.

### SPECIAL NOTICE TO SECURITIES BROKERS AND NOMINEES

68.    If you purchased JELD-WEN publicly traded common stock (CUSIP: 47580P103) during the Class Period for the beneficial interest of a person or entity other than yourself, the Court has directed that **WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, YOU MUST EITHER**: (a) provide a list of the names and addresses of all such beneficial owners to the Claims Administrator and the Claims Administrator is ordered to send the Notice promptly to such identified beneficial owners; or (b) request additional copies of this Notice and the Claim Form from the Claims Administrator, which will be provided to you free of charge, and **WITHIN TEN (10) CALENDAR DAYS** of receipt, mail the Notice and Claim Form directly to all the beneficial owners of those shares.  If you choose to follow procedure (b), the Court has also directed that, upon making that mailing, **YOU MUST SEND A STATEMENT** to the Claims Administrator confirming that the mailing was made as directed and keep a record of the names and mailing addresses used.  Nominees shall also provide email addresses for all such beneficial owners to the Claims Administrator, to the extent they are available. You are entitled to reimbursement from the Settlement Fund of your reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners.  Those expenses will be paid upon request and submission of appropriate supporting documentation and timely compliance with the above directives.  All communications concerning the foregoing should be addressed to the Claims Administrator:

*JELD-WEN Securities Settlement*
c/o Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

Dated: August 17, 2021                                          BY ORDER OF THE UNITED STATES
                                                                        DISTRICT COURT
                                                                        EASTERN DISTRICT OF VIRGINIA

---

[7] The "Total Purchase Amount" is the total amount the claimant paid (excluding commissions and other charges) for JELD-WEN common stock purchased during the Class Period.

[8] The total amount received (excluding commissions and other charges) for JELD-WEN common stock sold during the Class Period will be the "Total Sales Proceeds."

[9] The Claims Administrator will ascribe a value of $17.28 per share for JELD-WEN common stock purchased during the Class Period and still held as of the close of trading on October 16, 2018 (the "Holding Value").

AE18613 v.09

**TABLE A**

**<u>Inflation Decline Per Date of Purchase and Date of Sale</u>**

| PURCHASE DATE | DATE OF SALE | | |
|---|---|---|---|
| | January 26, 2017 through August 7, 2018 | August 8, 2018 through October 15, 2018 | Sold on or Retained Beyond October 16, 2018 |
| January 26, 2017 through August 7, 2018 | $0.00 | $2.38 | $4.37 |
| August 8, 2018 through October 15, 2018 | ■ | $0.00 | $1.99 |
| Purchased on or After October 16, 2018 | ■ | ■ | $0.00 |

AE18614 v.09

- 14 -

**TABLE B**

**JELD-WEN Closing Price and Average Closing Price**
**October 16, 2018–January 11, 2019**

| Date | Closing Price | Average Price Between October 16, 2018 and Date Shown | Date | Closing Price | Average Price Between October 16, 2018 and Date Shown |
|---|---|---|---|---|---|
| 10/16/2018 | $17.28 | $17.28 | 11/28/2018 | $19.05 | $17.26 |
| 10/17/2018 | $17.21 | $17.25 | 11/29/2018 | $19.09 | $17.31 |
| 10/18/2018 | $17.13 | $17.21 | 11/30/2018 | $19.06 | $17.37 |
| 10/19/2018 | $16.94 | $17.14 | 12/3/2018 | $19.10 | $17.42 |
| 10/22/2018 | $16.67 | $17.05 | 12/4/2018 | $18.03 | $17.43 |
| 10/23/2018 | $16.56 | $16.97 | 12/6/2018 | $17.48 | $17.44 |
| 10/24/2018 | $15.93 | $16.82 | 12/7/2018 | $16.88 | $17.42 |
| 10/25/2018 | $16.22 | $16.74 | 12/10/2018 | $15.53 | $17.37 |
| 10/26/2018 | $15.49 | $16.60 | 12/11/2018 | $15.35 | $17.32 |
| 10/29/2018 | $15.21 | $16.46 | 12/12/2018 | $15.30 | $17.27 |
| 10/30/2018 | $16.20 | $16.44 | 12/13/2018 | $14.72 | $17.21 |
| 10/31/2018 | $16.26 | $16.43 | 12/14/2018 | $14.27 | $17.14 |
| 11/1/2018 | $17.03 | $16.47 | 12/17/2018 | $14.17 | $17.07 |
| 11/2/2018 | $17.03 | $16.51 | 12/18/2018 | $14.31 | $17.00 |
| 11/5/2018 | $17.36 | $16.57 | 12/19/2018 | $14.41 | $16.95 |
| 11/6/2018 | $17.04 | $16.60 | 12/20/2018 | $14.12 | $16.89 |
| 11/7/2018 | $17.00 | $16.62 | 12/21/2018 | $14.02 | $16.82 |
| 11/8/2018 | $17.90 | $16.69 | 12/24/2018 | $13.47 | $16.75 |
| 11/9/2018 | $18.00 | $16.76 | 12/26/2018 | $14.32 | $16.70 |
| 11/12/2018 | $18.01 | $16.82 | 12/27/2018 | $14.17 | $16.65 |
| 11/13/2018 | $18.11 | $16.88 | 12/28/2018 | $14.43 | $16.61 |
| 11/14/2018 | $17.67 | $16.92 | 12/31/2018 | $14.21 | $16.56 |
| 11/15/2018 | $17.87 | $16.96 | 1/2/2019 | $14.66 | $16.53 |
| 11/16/2018 | $17.95 | $17.00 | 1/3/2019 | $14.78 | $16.50 |
| 11/19/2018 | $17.76 | $17.03 | 1/4/2019 | $15.63 | $16.48 |
| 11/20/2018 | $17.72 | $17.06 | 1/7/2019 | $16.05 | $16.47 |
| 11/21/2018 | $18.01 | $17.09 | 1/8/2019 | $16.45 | $16.47 |
| 11/23/2018 | $18.00 | $17.13 | 1/9/2019 | $16.52 | $16.47 |
| 11/26/2018 | $17.99 | $17.16 | 1/10/2019 | $16.40 | $16.47 |
| 11/27/2018 | $18.31 | $17.20 | 1/11/2019 | $16.37 | $16.47 |

AE18615 v.09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | |
| This Document Relates To: | ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | |

### PROOF OF CLAIM AND RELEASE FORM

**I.    GENERAL INSTRUCTIONS**

1.    To recover as a member of the Class based on your claims in the action entitled *In re JELD-WEN Holding, Inc. Securities Litigation*, Civil Action No. 3:20-cv-00112-JAG (E.D. Va.) (the "Action"), you must complete and, on page 5 below, sign this Proof of Claim and Release form ("Claim Form").  If you fail to submit a timely and properly addressed (as explained in paragraph 2 below) Claim Form, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.  Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Action.

2.    **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.JELD-WENSECURITIESSETTLEMENT.COM NO LATER THAN NOVEMBER 15, 2021 OR, IF MAILED, BE POSTMARKED NO LATER THAN NOVEMBER 15, 2021, ADDRESSED AS FOLLOWS:**

*JELD-WEN Securities Settlement*
c/o Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

3.    If you are a member of the Class and you do not timely request exclusion in response to the Notice dated August 17, 2021, you are bound by and subject to the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

**II.    CLAIMANT IDENTIFICATION**

4.    If you purchased shares of the publicly traded common stock of JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company") during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period") and held the stock in your name, you are the beneficial owner as well as the record owner.  If, however, you purchased JELD-WEN publicly traded common stock during the Class Period through a third party, such as a brokerage firm, you are the beneficial owner and the third party is the record owner.

5.    Use **Part I** of this form entitled "Claimant Identification" to identify each beneficial owner of JELD-WEN publicly traded common stock that forms the basis of this claim, as well as the owner of record if different.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

6.    All joint owners must sign this claim.  Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

### III.     IDENTIFICATION OF TRANSACTIONS

7.      Use **Part II** of this form entitled "Transactions in JELD-WEN Publicly Traded Common Stock" to supply all required details of your transaction(s) in JELD-WEN publicly traded common stock.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

8.      On the schedules, provide all of the requested information with respect to your holdings, purchases, and sales of JELD-WEN publicly traded common stock, whether the transactions resulted in a profit or a loss.  Failure to report all such transactions may result in the rejection of your claim.

9.      The date of covering a "short sale" is deemed to be the date of purchase of JELD-WEN publicly traded common stock.  The date of a "short sale" is deemed to be the date of sale.

10.     Copies of broker confirmations or other documentation of your transactions must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN JELD-WEN PUBLICLY TRADED COMMON STOCK.**

11.     NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. (This is different than the online claim portal on the Settlement website.)  All such claimants MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to submit your claim electronically, you must contact the Claims Administrator at (855) 867-0659 to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## PART I – CLAIMANT IDENTIFICATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's First Name    MI    Beneficial Owner's Last Name

Co-Beneficial Owner's First Name    MI    Co-Beneficial Owner's Last Name

Entity Name (if claimant is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit, or box number)

City    State    ZIP/Postal Code

Foreign Country (only if not USA)

Social Security Number (last four digits only)    OR    Taxpayer Identification Number (last four digits only)

Telephone Number (home)    Telephone Number (work)

Email address

Account Number (if filing for multiple accounts, file a separate Claim Form for each account)

Claimant Account Type (check appropriate box):

☐ Individual (includes joint owner accounts)    ☐ Pension Plan    ☐ Trust

☐ Corporation    ☐ Estate

☐ IRA/401K    ☐ Other _____ (please specify)

## PART II:    TRANSACTIONS IN JELD-WEN PUBLICLY TRADED COMMON STOCK

**1.    PURCHASES DURING THE CLASS PERIOD** – Separately list each and every purchase of JELD-WEN common stock from after the opening of trading on January 26, 2017 through and including the close of trading on October 15, 2018.  (Must submit documentation.)

| Date of Purchase (List Chronologically) (MM/DD/YY) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**2.    PURCHASES DURING 90-DAY LOOKBACK PERIOD** – State the total number of shares of JELD-WEN common stock purchased from after the opening of trading on October 16, 2018 through and including the close of trading on January 11, 2019.[1]  (Must submit documentation.) _____

**3.    SALES DURING THE CLASS PERIOD AND DURING THE 90-DAY LOOKBACK PERIOD** – Separately list each and every sale of JELD-WEN common stock from after the opening of trading on January 26, 2017 through and including the close of trading on January 11, 2019.  (Must submit documentation.)

| Date of Sale (List Chronologically) (MM/DD/YY) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**4.    ENDING HOLDINGS** – State the total number of shares of JELD-WEN common stock held as of the close of trading on January 11, 2019.  If none, write "0" or "Zero." (Must submit documentation.) _____

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX** ☐

---

[1]  Information requested in this Claim Form with respect to your transactions after the opening of trading on October 16, 2018 through and including the close of trading on January 11, 2019, is needed only in order for the Claims Administrator to confirm that you have reported all relevant transactions.  Purchases during this period, however, are not eligible under the Settlement because these purchases are outside the Class Period and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

**IV.      SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

12.      By signing and submitting this Claim Form, the claimant(s) or the person(s) acting on behalf of the claimant(s) certify(ies) that: I (We) submit this Claim Form under the terms of the Plan of Allocation of Net Settlement Fund described in the accompanying Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of Virginia (the "Court") with respect to my (our) claim as a Class Member(s) and for purposes of enforcing the releases set forth herein.  I (We) further acknowledge that I (we) will be bound by and subject to the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein. I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible publicly traded JELD-WEN common stock, if required to do so.  I (We) have not submitted any other claim covering the same transactions in publicly traded JELD-WEN common stock during the Class Period and know of no other person having done so on my (our) behalf.

**V.      RELEASES, WARRANTIES, AND CERTIFICATION**

13.      I (We) hereby warrant and represent that I am (we are) a Class Member as defined in the Notice, that I am (we are) not excluded from the Class, and that I am (we are) not one of the "Released Defendant Parties" as defined in the accompanying Notice.

14.      As a Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge with prejudice the Released Claims as to each and all of the Released Defendant Parties (as these terms are defined in the accompanying Notice).  This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

15.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

16.      I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases and sales of publicly traded JELD-WEN common stock that occurred during the Class Period and the number of securities held by me (us), to the extent requested.

17.      I (We) certify that I am (we are) NOT subject to backup tax withholding.  (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied by the undersigned is true and correct.

Executed this _____ day of _____, 2021

|  |  |
|---|---|
| _____ | _____ |
| Signature of Claimant | Type or print name of Claimant |
| _____ | _____ |
| Signature of Joint Claimant, if any | Type or print name of Joint Claimant |
| _____ | _____ |
| Signature of person signing on behalf of Claimant | Type or print name of person signing on behalf of Claimant |

_____
Capacity of person signing on behalf of Claimant, if other than an individual (e.g., Administrator, Executor, Trustee, President, Custodian, Power of Attorney)

## **REMINDER CHECKLIST**

1.  Please sign this Claim Form.

2.  DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.

3.  Attach only copies of supporting documentation as these documents will not be returned to you.

4.  Keep a copy of your Claim Form for your records.

5.  The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. **Your claim is not deemed submitted until you receive an acknowledgment postcard.** If you do not receive an acknowledgment postcard within 60 days, please call the Claims Administrator toll free at (855) 867-0659.

6.  If you move after submitting this Claim Form please notify the Claims Administrator of the change in your address. Otherwise you may not receive additional notices or payment.

# EXHIBIT B

*JELD-WEN Securities Settlement*
c/o Epiq
P.O. Box 6397
Portland, OR 97228-6397

Website:    www.JELD-WENSecuritiesSettlement.com
Email:      info@JELD-WENSecuritiesSettlement.com
Phone:      1 (855) 867-0659

**NOTICE TO BROKERS, BANKS, AND OTHER NOMINEES**

**TIME-SENSITIVE, COURT-ORDERED
ACTION REQUIRED ON YOUR PART**

---

*In re: JELD-WEN Holding Inc. Securities Litigation.*
**Civil Action No. 3:20-cv-00112-JAG**

---

A proposed settlement of the above-noted securities class action has been reached. Enclosed is the Notice of Pendency and Proposed Settlement of Class Action, and Motion for Attorneys' Fees and Expenses and Proof of Claim and Release form (the "Notice Packet") that the Court has ordered be timely sent to potential Class Members.

The Class consists of **all persons and entities who or which, during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period")**, purchased the publicly traded common stock of JELD-WEN Holding, Inc.  The CUSIP for the JELD-WEN Common Stock is: 47580P103.

If you are a broker or other nominee who purchased shares of JELD-WEN publicly traded common stock (CUSIP: 47580P103) during the Class Period for the beneficial interest of a person or entity other than yourself, the Court has directed that **WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF THE ENCLOSED NOTICE PACKET, you must either:**

(a) provide a list of the names and addresses of all such beneficial owners to the Claims Administrator and the Claims Administrator is ordered to send the Notice promptly to such identified beneficial owners; or

(b) request additional copies of this Notice and the Claim Form from the Claims Administrator, which will be provided to you free of charge, and WITHIN TEN (10) CALENDAR DAYS of receipt, mail the Notice and Claim Form directly to all the beneficial owners of those shares. If you choose to follow procedure (b), the Court has also directed that, upon making that mailing, YOU MUST SEND A STATEMENT to the Claims Administrator confirming that the mailing was made as directed and keep a record of the names and mailing addresses used. The Court has also ordered that you provide the Claims Administrator with the email addresses of the beneficial owners, if they are available to you.

**PLEASE NOTE: The Notice Packet contains several deadlines that will impact your customers' rights.  You must also retain their mailing records for use in connection with any further notices that may be provided in the Action.**

**If you are providing a list of names and addresses to the Claims Administrator, please do the following:**

(a) Compile a list of names, last known addresses, and email addresses (if available) of the beneficial owners described above.

(b) Prepare the list in Microsoft Excel format following the "Electronic Name and Address File Layout" set forth on page 2 below. A preformatted spreadsheet can also be found on the "Nominees" page of the website, www.JELD-WENSecuritiesSettlement.com.

(c) Then you must do one of the following:

    1.  Save the Microsoft Excel file(s) to a CD or DVD and mail the CD or DVD to the following address:

        *JELD-WEN Securities Settlement*
        c/o Epiq
        P.O. Box 6397
        Portland, OR 97228-6397

    2.  Email the spreadsheet(s) to info@JELD-WENSecuritiesSettlement.com; or

    3.  Upload the spreadsheet(s) to the "Nominees" page of the website, www.JELD-WENSecuritiesSettlement.com.

**For questions, please call 1 (855) 867-0659**

AE1891 v.03

1

**If you are going to forward the Notice Packet to the beneficial owners,** request the needed number of copies of the Notice Packet via email to info@JELD-WENSecuritiesSettlement.com. You must mail the Notice Packets to the beneficial owners within ten (10) calendar days of your receipt of the Notice Packets, and provide email addresses, if they are available to you.

## Expense Reimbursement

Reasonable expenses are eligible for reimbursement (including postage and costs to compile names and addresses), provided you have timely complied with the above and an invoice documenting the expenses is timely submitted to the Claims Administrator. Please submit your invoice within <u>one month</u> of completing the mailing or providing your file.

## Electronic Name and Address File Layout

| Column | Description | Length | Notes |
|--------|-------------|--------|-------|
| A | Account # | 15 | Unique identifier for each record |
| B | Beneficial owner's first name | 25 | |
| C | Beneficial owner's middle name | 15 | |
| D | Beneficial owner's last name | 30 | |
| E | Joint beneficial owner's first name | 25 | |
| F | Joint beneficial owner's middle name | 15 | |
| G | Joint beneficial owner's last name | 30 | |
| H | Business or record owner's name | 60 | Business, trusts, IRAs and other types of accounts |
| I | Representative or contact name | 45 | |
| J | Address 1 | 35 | |
| K | Address 2 | 25 | |
| L | City | 25 | |
| M | U.S. state or Canadian province | 2 | U.S. and Canada addresses only[1] |
| N | ZIP Code | 10 | |
| O | Country (other than U.S.) | 15 | |

**For further details, please refer to page 13 of the enclosed Notice.**

If you have any questions, you may contact the Claims Administrator at 1 (855) 867-0659 or by email at info@JELD-WENSecuritiesSettlement.com. Thank you for your cooperation.

---

[1] For countries other than the U.S. and Canada, place any territorial subdivision in the 'Address 2' field.

**For questions, please call 1 (855) 867-0659**

AE1892 v.03

# EXHIBIT C

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *JELD-WEN Securities Settlement*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

*8.31.2021 – Wall Street Journal*
*8.31.2021 – PR Newswire*

**X** *Kathleen Komraus*
**(Signature)**

Media & Design Manager
**(Title)**

# BIGGEST 1,000 STOCKS

### How to Read the Stock Tables
The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are composite quotations that include primary market trades as well as trades reported by Nasdaq BX (formerly Boston), Chicago Stock Exchange, Cboe, NYSE National and Nasdaq ISE. The list comprises the 1000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Wall Street Journal stock tables reflect composite regular trading as of 4 p.m. and changes in the closing prices from 4 p.m. the previous day.**

**Footnotes:**
- **i**-New 52-week high.
- **↑**-New 52-week low.
- **dd**-Indicates loss in the most recent four quarters.
- **FD**-First day of trading.
- **h**-Does not meet continued listing standards.
- **lf**-Late filing.
- **q**-Temporary exemption from Nasdaq requirements.
- **t**-NYSE bankruptcy.
- **vj**-In bankruptcy or receivership or being reorganized under the Bankruptcy Code, or securities assumed by such companies.

## Bonds | wsj.com/market-data/bonds/benchmarks

### Tracking Bond Benchmarks
Return on investment and spreads over Treasurys and/or yields paid to investors compared with 52-week highs and lows for different types of bonds

| Total return close | YTD total return (%) | Index | Latest | Yield (%) Low | High |
|---|---|---|---|---|---|
| **Broad Market** Bloomberg Barclays | | | | | |
| 2278.35 | -0.6 | U.S. Aggregate | 1.410 | 1.090 | 1.630 |
| **U.S. Corporate Indexes** Bloomberg Barclays | | | | | |
| 3459.56 | -0.03 | U.S. Corporate | 1.970 | 1.740 | 2.320 |
| 3117.87 | 0.1 | Intermediate | 1.340 | 1.080 | 1.600 |
| 5179.27 | -0.3 | Long term | 2.960 | 2.780 | 3.580 |
| 698.12 | -0.7 | Double-A-rated | 1.710 | 1.390 | 1.990 |
| 930.47 | 0.7 | Triple-B-rated | 2.190 | 2.010 | 2.570 |
| **High Yield Bonds** ICE BofA | | | | | |
| 517.94 | 4.6 | High Yield Constrained | 3.880 | 3.796 | 6.024 |
| 500.61 | 9.6 | Triple-C-rated | 6.893 | 6.304 | 12.268 |
| 3458.57 | 3.9 | High Yield 100 | 3.210 | 3.162 | 5.112 |
| 463.77 | 3.7 | Global High Yield Constrained | 4.062 | 3.968 | 5.937 |
| 350.40 | 3.8 | Europe High Yield Constrained | 2.409 | 2.352 | 4.242 |
| **U.S. Agency** Bloomberg Barclays | | | | | |
| 1864.94 | -0.1 | U.S. Agency | 0.680 | 0.460 | 0.840 |
| 1626.62 | -0.1 | 10-20 years | 0.570 | 0.340 | 0.710 |
| 4272.01 | -0.1 | 20-plus years | 1.970 | 1.430 | 2.460 |
| 2926.95 | -0.3 | Yankee | 1.560 | 1.370 | 1.930 |

| Total return close | YTD total return (%) | Index | Latest | Yield (%) Low | High |
|---|---|---|---|---|---|
| **Mortgage-Backed** Bloomberg Barclays | | | | | |
| 2160.98 | -0.3 | Mortgage-Backed | 1.700 | 1.120 | 1.850 |
| 1316.41 | -0.8 | Ginnie Mae (GNMA) | 1.740 | 0.560 | 1.840 |
| 2020.58 | -0.1 | Fannie mae (FNMA) | 1.700 | 1.120 | 1.860 |
| 602.33 | -0.1 | Freddie Mac (FHLMC) | 1.690 | 1.210 | 1.870 |
| 426.35 | 1.1 | Muni Master | 0.770 | 0.687 | 1.157 |
| 490.18 | 1.1 | 7-12 year | 0.772 | 0.687 | 1.156 |
| 482.80 | 1.6 | 12-22 year | 1.114 | 1.010 | 1.663 |
| | 3.0 | 22-plus year | 1.598 | 1.443 | 2.367 |
| **Global Government** J.P. Morgan | | | | | |
| 607.44 | -1.3 | Global Government | 0.770 | 0.510 | 1.010 |
| 842.59 | -2.4 | Canada | 1.290 | 0.690 | 1.560 |
| 414.65 | -1.5 | EMU$ | 0.236 | 0.010 | 0.579 |
| 775.59 | -2.3 | France | 0.150 | -0.160 | 0.400 |
| 545.53 | -1.2 | Germany | -0.340 | -0.530 | -0.010 |
| 296.05 | 0.3 | Japan | 0.290 | 0.260 | 0.420 |
| 608.15 | -1.6 | Netherlands | -0.210 | -0.450 | 0.130 |
| 1058.96 | -3.3 | U.K. | 0.550 | 0.160 | 0.810 |
| 936.31 | 0.3 | Emerging Markets †† | 4.551 | 4.295 | 5.068 |

*Constrained indexes limit individual issuer concentrations to 2%; the High Yield 100 are the 100 largest bonds    † In local currency § Euro-zone bonds †† EMBI Global Index     Sources: ICE Data Services; Bloomberg Barclays; J.P.Morgan

### Global Government Bonds: Mapping Yields
Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose (▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Latest(▼)▲ | Yield (%) Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 0.125 | **U.S.** 2 | 0.203 ▲ | 0.215 | 0.188 | 0.135 | | | |
| 1.250 | 10 | 1.284 ▼ | 1.311 | 1.239 | 0.727 | | | |
| 5.500 | **Australia** 2 | 0.025 ▼ | 0.026 | 0.022 | 0.265 | -18.2 | -20.5 | 10.9 |
| 1.000 | 10 | 1.175 ▼ | 1.203 | 1.191 | 1.033 | -10.8 | -11.1 | 31.3 |
| 0.000 | **France** 2 | -0.702 ▲ | -0.726 | -0.713 | -0.586 | -91.0 | -95.7 | -74.3 |
| 0.000 | 10 | -0.067 ▼ | -0.059 | -0.101 | -0.105 | -135.0 | -137.3 | -82.5 |
| 0.000 | **Germany** 2 | -0.730 ▲ | -0.739 | -0.757 | -0.663 | -93.7 | -96.9 | -81.9 |
| 0.000 | 10 | -0.417 ▲ | -0.420 | -0.459 | -0.409 | -170.1 | -173.4 | -112.8 |
| 0.600 | **Italy** 2 | -0.491 ▲ | -0.495 | -0.452 | -0.097 | -69.8 | -72.6 | -25.3 |
| 0.600 | 10 | 0.639 ▼ | 0.643 | 0.628 | 1.044 | -64.4 | -67.1 | 32.4 |
| 0.005 | **Japan** 2 | -0.130 ▲ | -0.132 | -0.125 | -0.113 | -33.8 | -36.3 | -26.9 |
| 0.100 | 10 | 0.020 ▼ | 0.025 | 0.020 | 0.059 | -126.4 | -128.9 | -66.0 |
| 0.000 | **Spain** 2 | -0.609 ▼ | -0.607 | -0.585 | -0.467 | -81.6 | -83.8 | -61.4 |
| 0.500 | 10 | 0.293 ▼ | 0.299 | 0.270 | 0.378 | -99.0 | -101.5 | -34.2 |
| 0.125 | **U.K.** 2 | 0.118 ▲ | 0.118 | 0.061 | -0.053 | -8.9 | -11.3 | -21.0 |
| 4.750 | 10 | 0.583 ▲ | 0.583 | 0.568 | 0.317 | -70.1 | -74.1 | -40.2 |

Source: Tullett Prebon, Tradeweb ICE U.S. Treasury Close

### Corporate Debt
Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

#### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Westpac Banking | WSTP | 3.300 | 0.45 | Feb. 26, '24 | 3 | –6 | 4 |
| American Honda Finance | HNDA | 2.900 | 0.59 | Feb. 16, '24 | 19 | –5 | 23 |
| Metropolitan Life Global Funding | ... | 0.450 | 0.35 | Sept. 1, '23 | 15 | –4 | 18 |
| Motorola Solutions | MSI | 4.000 | 0.88 | Sept. 1, '24 | 48 | –4 | n.a. |
| Affiliated Managers | AMG | 3.500 | 1.14 | Aug. 1, '25 | 35 | –3 | n.a. |
| Boeing | BA | 7.950 | 1.15 | Aug. 15, '24 | 75 | –3 | n.a. |
| BPCE | BPCEGP | 4.000 | 0.53 | April 15, '24 | 11 | –3 | 25 |
| Cisco Systems | CSCO | 5.500 | 2.61 | Jan. 15, '40 | 78 | –3 | n.a. |

#### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Royal Bank of Canada | RY | 0.875 | 1.09 | Jan. 20, '26 | 30 | 9 | 32 |
| Credit Suisse | CS | 1.250 | 1.35 | Aug. 7, '26 | 57 | 7 | 62 |
| ArcelorMittal | MT | 4.200 | 2.51 | July 16, '29 | 123 | 6 | 132 |
| International Business Machines | IBM | 3.000 | 0.57 | May 15, '24 | 18 | 5 | n.a. |
| Nomura Holdings | NOMURA | 2.172 | 2.15 | July 14, '28 | 107 | 3 | 111 |
| UnitedHealth | UNH | 3.750 | 0.85 | July 15, '25 | 8 | 3 | n.a. |
| Bank of Nova Scotia | BNS | 1.350 | 1.20 | June 24, '26 | 41 | 1 | 44 |
| Deutsche Bank | DB | 0.898 | 0.88 | May 28, '24 | 48 | 1 | 48 |

### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Teva Pharmaceutical Finance Netherlands | ... | 4.100 | 4.83 | Oct. 1, '46 | 89.475 | 2.95 | 87.201 |
| Transocean | RIG | 6.800 | 13.76 | March 15, '38 | 55.000 | 2.00 | 47.000 |
| Ford Motor | F | 7.450 | 3.60 | July 16, '31 | 131.750 | 0.73 | 130.875 |
| BrightSphere Investment | BSIG | 4.800 | 2.97 | July 27, '26 | 108.289 | 0.49 | n.a. |
| Liberty Interactive | LINTA | 8.250 | 6.24 | Feb. 1, '30 | 113.000 | 0.31 | 112.200 |
| Genworth Holdings | ... | 4.800 | 5.46 | Feb. 15, '24 | 98.500 | 0.28 | n.a. |
| Occidental Petroleum | OXY | 6.450 | 4.19 | Sept. 15, '36 | 124.968 | 0.24 | 121.273 |
| QVC | QVCN | 4.375 | 0.95 | March 15, '23 | 105.220 | 0.22 | 105.000 |

### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Sprint Capital | ... | 6.875 | 2.28 | Nov. 15, '28 | 130.345 | –0.96 | 129.615 |
| WeWork | WEWORK | 7.875 | 8.23 | May 1, '25 | 98.875 | –0.63 | 99.970 |
| Ford Motor Credit | ... | 4.389 | 2.62 | Jan. 8, '26 | 107.250 | –0.58 | 107.691 |
| Telecom Italia Capital | TITIM | 7.721 | 5.05 | June 4, '38 | 130.000 | –0.40 | 130.000 |
| Teva Pharmaceutical Finance Netherlands | ... | 2.800 | 3.42 | July 21, '23 | 98.870 | –0.26 | 98.200 |
| American Airlines | AAL | 3.750 | 7.02 | March 1, '25 | 90.000 | –0.25 | 88.563 |
| Dish DBS | ... | 5.875 | 1.92 | July 15, '22 | 103.400 | –0.17 | 103.500 |
| Bath & Body Works | BBWI | 9.375 | 1.49 | July 1, '25 | 129.281 | –0.07 | 129.000 |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more     Source: MarketAxess

---

## Stock Tables

### Monday, August 30, 2021

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| **A B C** | | | |
| ABB | ABB | 37.46 | -0.19 |
| AECOM | ACM | 66.03 | -0.79 |
| AES | AES | 24.10 | -0.09 |
| Aflac | AFL | 56.43 | -0.66 |
| AGCO | AGCO | 139.88 | -0.14 |
| AGNC Invt | AGNC | 16.23 | -0.18 |
| AMC Ent | AMC | 43.33 | 2.49 |
| Ansys | ANSS | 365.80 | 0.78 |
| ASETech | ASE | 9.34 | 0.16 |
| ASML | ASML | 839.59 | 6.67 |
| AT&T | T | 27.23 | 0.10 |
| AbbottLabs | ABT | 125.94 | 1.35 |
| AbbVie | ABBV | 120.57 | 0.99 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Abiomed | ABMD | 360.96 | 2.43 |
| Accenture | ACN | 337.00 | 1.34 |
| ActivisionBlizz | ATVI | 81.12 | -1.31 |
| Adobe | ADBE | 665.99 | 7.47 |
| AdvanceAuto | AAP | 201.14 | -2.68 |
| AdvMicroDevices | AMD | 111.32 | -0.08 |
| Aegon | AEG | 4.90 | -0.05 |
| AffirmHldgs | AFRM | 99.59 | 31.69 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AgilentTechs | A | 176.73 | 2.92 |
| agilon health | AGL | 37.75 | 0.92 |
| AgnicoEagle | AEM | 57.25 | -1.32 |
| AirProducts | APD | 270.20 | 1.70 |
| Airbnb | ABNB | 156.02 | 1.84 |
| AkamaiTech | AKAM | 113.02 | 0.82 |
| Albemarle | ALB | 236.98 | 0.33 |
| Albertsons | ACI | 29.16 | 0.77 |
| Alcon | ALC | 81.99 | -0.05 |
| AlexandriaREst | ARE | 205.92 | 1.02 |
| Alibaba | BABA | 162.25 | 2.82 |
| AlignTech | ALGN | 702.11 | 0.26 |
| Alleghany | Y | 675.52 | -9.50 |
| Allegion | ALLE | 143.08 | 1.59 |
| AlliantEnergy | LNT | 60.89 | 0.05 |
| Allstate | ALL | 134.52 | -2.18 |
| AllyFinancial | ALLY | 51.90 | -1.64 |
| AlnylamPharm | ALNY | 203.51 | -0.42 |
| Alphabet C | GOOG | 2909.39 | 18.38 |
| Alphabet A | GOOGL | 2898.81 | 11.73 |
| AltairEng | ALTR | 73.22 | 1.21 |
| AlticeUSA | ATUS | 27.49 | -0.72 |
| Altria | MO | 49.70 | 0.17 |
| AlumofChina | ACH | 17.61 | 0.67 |
| Amazon.com | AMZN | 3421.57 | 71.94 |
| Ambev | ABEV | 3.27 | 0.04 |
| Amcor | AMCR | 12.79 | 0.01 |
| Amdocs | DOX | 76.73 | -0.37 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Amerco | UHAL | 671.53 | -2.21 |
| Ameren | AEE | 88.49 | 0.47 |
| AmericaMovil | AMOV | 19.07 | 0.26 |
| AmericaMovil A | AMX | 19.23 | 0.38 |
| AmerAirlines | AAL | 19.51 | -0.71 |
| AEP | AEP | 89.62 | 0.33 |
| AmerExpress | AXP | 164.26 | -4.39 |
| AmericanFin | AFG | 136.43 | -0.35 |
| AmeresMrkt | AMT | 293.03 | 1.97 |
| AmerTowerREIT | AMT | 291.68 | 6.18 |
| AmerWaterWorks | AWK | 182.58 | 0.27 |
| AmericldRealty | COLD | 36.67 | -0.03 |
| Ameriprise | AMP | 272.78 | -3.64 |
| AmerisourceBrgn | ABC | 119.52 | -0.37 |
| Ametek | AME | 137.12 | 0.28 |
| Amgen | AMGN | 224.13 | 1.35 |
| Amphenol | APH | 76.93 | 0.18 |
| AnalogDevices | ADI | 166.98 | 0.50 |
| Anaplan | PLAN | 61.15 | 0.41 |
| AB InBev | BUD | 61.01 | -0.33 |
| AnnalyCap | NLY | 8.69 | -0.05 |
| Anthem | ANTM | 370.57 | -2.10 |
| Aon | AON | 285.34 | 0.21 |
| ApploGbMgmt | APO | 58.87 | 0.22 |
| Apple | AAPL | 153.12 | 4.52 |
| ApplMaterials | AMAT | 136.05 | -0.50 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Applovin | APP | 73.30 | -0.90 |
| Aptargroup | ATR | 135.23 | 0.70 |
| Aptiv | APTV | 153.11 | -3.30 |
| Aramark | ARMK | 34.21 | -0.74 |
| ArcelorMittal | MT | 34.28 | -0.43 |
| ArchCapital | ACGL | 41.25 | -0.50 |
| ArcherDaniels | ADM | 60.07 | -0.50 |
| AresMgmt | ARES | 76.13 | 1.02 |
| arGEN-X | ARGX | 336.90 | 2.21 |
| AristaNetworks | ANET | 372.10 | -0.76 |
| ArrowElec | ARW | 122.87 | 0.19 |
| Asana | ASAN | 77.87 | 0.48 |
| AspenTech | AZPN | 129.90 | -0.68 |
| Assurant | AIZ | 163.61 | -0.75 |
| AstraZeneca | AZN | 58.61 | -0.02 |
| Athene | ATH | 65.82 | 0.24 |
| Atlassian | TEAM | 366.03 | 7.69 |
| AtmosEnergy | ATO | 97.47 | 0.09 |
| Autodesk | ADSK | 313.39 | -2.25 |
| ADP | ADP | 209.07 | 0.11 |
| AutoZone | AZO | 1555.71 | 7.22 |
| Avalara | AVLR | 181.13 | 1.19 |
| Avalonbay | AVB | 228.22 | 2.60 |
| Avangrid | AGR | 54.75 | 0.41 |
| Avantor | AVTR | 39.93 | 0.65 |
| AveryDennison | AVY | 226.62 | 0.48 |
| AxonEnterprise | AXON | 192.84 | 5.83 |
| BCE | BCE | 51.85 | 0.35 |
| BHP Group | BHP | 67.67 | 1.09 |
| BHP Group | BBL | 64.04 | 0.99 |
| BP | BP | 24.70 | -0.24 |
| Baidu | BIDU | 164.88 | -0.08 |
| BakerHughes | BKR | 22.80 | -0.27 |
| Ball | BLL | 95.69 | 1.32 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| BancoBilbaoViz | BBVA | 6.49 | -0.07 |
| BancoBradesco | BBDO | 3.95 | -0.01 |
| BancoDeChile | BCH | 19.12 | 0.27 |
| BancSanBrasil | BSBR | 7.94 | -0.05 |
| BcoSantChile | BSAC | 20.89 | 0.27 |
| BancoSantander | SAN | 3.69 | -0.00 |
| BankofAmerica | BAC | 41.66 | -0.83 |
| BankofMontreal | BMO | 99.82 | -0.63 |
| BankNY Mellon | BK | 52.49 | -1.01 |
| BkNovaScotia | BNS | 62.30 | -0.65 |
| Barclays | BCS | 10.19 | -0.20 |
| BarrickGold | GOLD | 19.81 | -0.20 |
| Bath&BodyWks | BBWI | 69.03 | 0.49 |
| BauschHealth | BHC | 29.12 | 0.17 |
| BaxterIntl | BAX | 76.00 | 2.03 |
| BectonDicknsn | BDX | 247.68 | 0.47 |
| BeiGene | BGNE | 301.22 | 19.84 |
| BentleySystems | BSY | 64.67 | -0.39 |
| Berkley | WRB | 75.17 | -0.97 |
| BerkHathwy A | BRKA | 429720 | -1181.80 |
| BerkHathwy B | BRKB | 285.66 | -0.40 |
| BerryGlobal | BERY | 67.26 | -0.62 |
| BestBuy | BBY | 113.08 | -1.03 |
| Bilibili | BILI | 74.13 | -1.20 |
| Bio-Techne | TECH | 505.34 | 10.83 |
| Bio-RadLab | BIO | 755.29 | -6.86 |
| BioMarinPharm | BMRN | 83.27 | -0.24 |
| BlackKnight | BKI | 74.64 | -0.69 |
| BlackRock | BLK | 948.08 | -6.86 |
| Blackstone | BX | 124.41 | 0.19 |
| BlueOwlCapital | OWL | 14.00 | 0.34 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Boeing | BA | 217.66 | -4.09 |
| BookingHldgs | BKNG | 2277.71 | -27.76 |
| BoozAllen | BAH | 81.76 | 0.00 |
| BorgWarner | BWA | 42.96 | -0.53 |
| BostonProps | BXP | 111.97 | -1.12 |
| BostonSci | BSX | 44.83 | 0.03 |
| Braskem | BAK | 24.11 | -0.03 |
| BrightHorizons | BFAM | 143.97 | -1.56 |
| BristolMyers | BMY | 67.21 | 0.61 |
| BritishAmTob | BTI | 37.49 | 0.20 |
| Broadcom | AVGO | 498.89 | 2.95 |
| BroadridgeFinl | BR | 172.33 | 0.75 |
| BrookfieldMgt | BAM | 56.37 | -0.46 |
| BrookfieldInfr | BIP | 56.19 | 0.15 |
| BrookfieldRenew | BEPC | 44.27 | 0.66 |
| Brown&Brown | BRO | 58.03 | -0.12 |
| Brown-Forman B | BF.B | 70.40 | 0.23 |
| Brown-Forman A | BF.A | 66.60 | -0.05 |
| Bruker | BRKR | 77.65 | 1.64 |
| BuildersFirst | BLDR | 53.42 | 0.17 |
| Bunge | BG | 75.73 | -1.39 |
| BurlingtonStrs | BURL | 301.73 | -2.00 |
| CBRE Group | CBRE | 96.02 | 0.40 |
| CDW | CDW | 200.74 | 1.49 |
| CF Industries | CF | 44.81 | -0.42 |
| CGI | GIB | 89.49 | 1.90 |
| CH Robinson | CHRW | 90.76 | 0.02 |
| CME Group | CME | 199.29 | -0.57 |
| CMS Energy | CMS | 64.48 | 0.32 |
| CNA Fin | CNA | 44.00 | -0.35 |
| CNH Indl | CNHI | 16.70 | -0.05 |
| CRH | CRH | 53.61 | -0.15 |
| CRISPR Therap | CRSP | 120.71 | -3.10 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CSX | CSX | 33.10 | -0.26 |
| CVS Health | CVS | 84.60 | 0.89 |
| Cable One | CABO | 2077.55 | 13.18 |
| CadenceDesign | CDNS | 163.89 | 1.42 |
| CAE | CAE | 28.44 | -0.15 |
| CaesarsEnt | CZR | 102.12 | -2.12 |
| CampbellSoup | CPB | 43.97 | -0.13 |
| CanadaNtlRwy | CNI | 109.68 | -0.67 |
| CanNatRes | CNQ | 33.35 | -0.27 |
| CanPacRlwy | CP | 72.05 | 0.22 |
| Canon | CAJ | 23.65 | -0.01 |
| CapitalOne | COF | 165.19 | -10.61 |
| Capri | CPRI | 56.93 | -1.46 |
| CardinalHealth | CAH | 51.51 | -0.23 |
| Carlisle | CSL | 214.16 | 1.16 |
| Carlyle | CG | 49.02 | 0.65 |
| CarMax | KMX | 126.49 | -0.42 |
| Carnival | CCL | 23.63 | -0.72 |
| Carnival | CUK | 20.77 | -0.70 |
| CarrierGlobal | CARR | 58.03 | -0.29 |
| Catalent | CTLT | 130.31 | 0.46 |
| Caterpillar | CAT | 211.45 | -1.38 |
| Celanese | CE | 159.38 | -0.87 |
| Cemex | CX | 8.14 | -0.11 |
| CenovusEnergy | CVE | 9.06 | -0.03 |
| Centene | CNC | 63.23 | -0.75 |
| CenterPointEner | CNP | 25.83 | -0.02 |
| CentraisElBras | EBR | 7.38 | -0.12 |
| CeridianHCM | CDAY | 111.45 | 0.70 |
| Cerner | CERN | 76.22 | -0.62 |
| CharlesRiverLabs | CRL | 444.68 | 7.93 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CharterComms | CHTR | 814.20 | 7.02 |
| CheckPoint | CHKP | 126.64 | -0.04 |
| Chegg | CHGG | 83.16 | 1.95 |
| CheniereEnergy | LNG | 88.95 | -0.75 |
| CheniereEnerPtrs | CQP | 40.07 | -0.37 |
| Chevron | CVX | 98.39 | -0.25 |
| ChinaEastrnAir | CEA | 11.71 | -0.06 |
| ChinaLifeIns | LFC | 8.45 | -0.06 |
| ChinaPetrol | SNP | 47.25 | -1.87 |
| ChinaSoAirlines | ZNH | 23.65 | -0.37 |
| Chipotle | CMG | 1916.07 | -2.80 |
| Chubb | CB | 183.85 | -2.47 |
| ChunghwaTel | CHT | 40.15 | -0.33 |
| Church&Dwight | CHD | 83.56 | 0.85 |
| Ciena | CIEN | 57.24 | 0.06 |
| Cigna | CI | 207.47 | -3.21 |
| CincinnatiFin | CINF | 122.95 | -1.45 |
| Cintas | CTAS | 393.53 | 1.84 |
| CiscoSystems | CSCO | 59.13 | 0.11 |
| Citigroup | C | 71.22 | -1.35 |
| CitizensFin | CFG | 43.46 | -1.28 |
| CitrixSystems | CTXS | 102.66 | 0.69 |
| Clarivate | CLVT | 25.06 | 0.05 |
| Clearwal-Cliffs | CLF | 24.01 | -0.36 |
| Clorox | CLX | 166.84 | 1.98 |
| Cloudflare | NET | 120.63 | 2.46 |
| Coca-Cola | KO | 56.18 | 0.53 |
| Coca-ColaEuro | CCEP | 58.47 | 0.36 |
| Cognex | CGNX | 84.92 | 0.63 |
| CognizantTech | CTSH | 76.85 | -0.03 |
| CoinbaseGlbl | COIN | 262.66 | 3.54 |
| ColgatePalm | CL | 77.65 | 0.21 |

Continued on Page B8

---

## Exchange-Traded Portfolios | WSJ.com/ETFresearch

Largest 100 exchange-traded funds, latest session

### Monday, August 30, 2021

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| ARKInnovationETF | ARKK | 122.79 | 0.62 | –1.4 |
| CommSvsSPDR | XLC | 85.30 | 0.68 | 26.4 |
| CnsmrDiscSelSector | XLY | 183.21 | 0.75 | 14.0 |
| EnSelectSectorSPDR | XLE | 48.73 | -1.18 | 28.6 |
| FinSelectSectorSPDR | XLF | 38.45 | -1.43 | 30.4 |
| HealthCareSelSect | XLV | 135.39 | 0.56 | 19.3 |
| IndSelSectorSPDR | XLI | 104.80 | -0.11 | 18.4 |
| InvscQQQ | QQQ | 380.26 | 1.12 | 21.2 |
| InvscS&P500EW | RSP | 156.33 | -0.15 | 22.6 |
| iShCoreDivGrowth | DGRO | 52.92 | 0.13 | 18.1 |
| iShCoreMSCIEAFE | IEFA | 76.84 | 0.07 | 11.2 |
| iShCoreMSCIEM | IEMG | 63.24 | 0.05 | 1.7 |
| iShCoreMSCITotInt | IXUS | 73.28 | 0.08 | 9.1 |
| iShCoreS&P500 | IVV | 452.64 | 0.44 | 21.0 |
| iShCoreS&P MC | IJH | 275.84 | -0.49 | 22.4 |
| iShCoreS&P SC | IJR | 112.53 | -0.59 | 22.0 |
| iShS&PTotlUSStkMkt | ITOT | 103.61 | 0.34 | 20.2 |
| iShCoreTotalUSDBd | IUSB | 53.87 | 0.09 | –1.3 |
| iShCoreUSAggBd | AGG | 116.21 | 0.13 | –1.0 |
| iShSelectDividend | DVY | 118.61 | -0.53 | 23.3 |
| iShESGAwareUSA | ESGU | 103.85 | 0.46 | 20.7 |
| iShEdgeMSCIMinUSA | USMV | 77.74 | 0.36 | 14.5 |
| iShEdgeMSCIUSAMom | MTUM | 182.81 | 0.73 | 13.5 |
| iShEdgeMSCIUSAQual | QUAL | 141.78 | 0.41 | 22.0 |
| iShEdgeMSCIUSAVal | VLUE | 105.05 | -0.45 | 20.9 |
| iShGoldTr | IAU | 34.46 | -0.46 | -5.0 |
| iShiBoxx$InvGrCpBd | LQD | 135.61 | 0.17 | -1.3 |
| iShiBoxx$HYCpBd | HYG | 88.07 | 0.03 | 0.9 |
| iShJPMUSDEmgBd | EMB | 113.35 | 0.27 | -2.2 |
| iShMBSETF | MBB | 108.62 | 0.02 | -1.4 |
| iShMSCI ACWI | ACWI | 104.26 | 0.27 | 14.9 |
| iShMSCI EAFE | EFA | 80.68 | -0.02 | 10.6 |

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| iShMSCIEmgMarkets | EEM | 51.70 | 0.21 | 0.1 |
| iShMSCIEAFEValue | EFV | 52.06 | -0.23 | 13.3 |
| iShNatlMuniBd | MUB | 117.17 | -0.03 | -0.0 |
| iSh1-5YIGCorpBd | IGSB | 54.80 | ... | -0.7 |
| iShPfd&Incm | PFF | 39.43 | 0.08 | 2.4 |
| iShRussell1000Grwth | IWF | 291.72 | 1.04 | 21.0 |
| iShRussell1000 | IWB | 254.79 | 0.43 | 20.3 |
| iShRussell1000Val | IWD | 163.17 | -0.26 | 19.3 |
| iShRussell2000 | IWM | 225.48 | -0.41 | 15.0 |
| iShRussell2000Val | IWN | 163.65 | -0.63 | 24.2 |
| iShRussell Mid-Cap | IWR | 82.02 | -0.09 | 19.6 |
| iShRussellMCValue | IWS | 128.40 | -0.36 | 21.7 |
| iShRussellMCGrowth | IWP | 78.75 | 1.22 | 23.4 |
| iShS&P500Growth | IVW | 69.32 | 0.72 | 23.0 |
| iShS&P500Value | IVE | 151.31 | -0.36 | 18.9 |
| iShShortTreaBd | SHV | 110.63 | ... | -0.0 |
| iShSilver | SLV | 22.26 | -0.83 | -9.4 |
| iShTIPSBondETF | TIP | 129.97 | -0.02 | 1.8 |
| iSh7-10YTreasuryBd | SHY | 86.26 | 0.02 | 0.0 |
| iSh20+YTreasuryBd | TLT | 149.85 | 0.26 | -5.3 |
| iShiBoxx$HYCpBd | HYG | 88.07 | 0.01 | -0.9 |
| iShUSTreasuryBdETF | GOVT | 26.51 | 0.15 | -1.5 |
| JPM UltShtIncm | JPST | 50.70 | 0.02 | 0.1 |
| PIMCOEnhShMaturity | MINT | 101.98 | 0.01 | -0.1 |
| SPDR Gold | GLD | 169.35 | -0.49 | -5.1 |
| SchwabIntEquity | SCHF | 40.05 | -0.07 | 10.8 |
| SchwabUS BrdMkt | SCHB | 106.19 | 0.37 | 20.0 |
| SchwabUS LC | SCHX | 104.93 | 0.41 | 20.3 |
| SchwabUS LC Grw | SCHG | 157.23 | 1.13 | 22.4 |
| SchwabUS Div | SCHD | 78.52 | -0.14 | 18.6 |
| SchwabUS TIPs | SCHP | 63.61 | ... | 2.5 |
| SPDR DJIA Tr | DIA | 354.08 | -0.14 | 15.8 |
| SPDR S&PMdCpTr | MDY | 503.43 | -0.26 | 19.9 |

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| SPDR S&P 500 | SPY | 452.23 | 0.44 | 21.0 |
| SPDR S&P Div | SDY | 124.61 | -0.06 | 17.6 |
| TechSelectSector | XLK | 159.70 | 1.08 | ... |
| VangdInfoTech | VGT | 429.30 | 1.35 | -0.17 |
| VangdSC Val | VBR | 174.38 | -0.73 | 23.2 |
| VangdExtMkt | VXF | 190.66 | -0.09 | 15.8 |
| VangdSC Grwth | VBK | 292.11 | 0.33 | 9.1 |
| VangdDivApp | VIG | 162.92 | 0.19 | 15.2 |
| VangdFTSEDevMk | VEA | 52.46 | -0.02 | 11.1 |
| VangdFTSE EM | VWO | 51.60 | 0.29 | 3.0 |
| VangdFTSE Europe | VGK | 69.94 | ... | 16.1 |
| VangdFTSEAWxUS | VEU | 63.25 | 0.02 | 8.9 |
| VangdGrowth | VUG | 307.32 | 1.00 | 21.3 |
| VangdHlthCr | VHT | 262.47 | 0.58 | 17.3 |
| VangdHiDiv | VYM | 107.67 | -0.22 | 20.7 |
| VangdIntrmBd | BIV | 90.78 | 0.13 | -2.2 |
| VangdIntrCorpBd | VCIT | 95.71 | 0.18 | -0.9 |
| VangdLC | VV | 211.84 | 0.46 | 20.5 |
| VangdMC | VO | 247.62 | -0.10 | 19.4 |
| VangdMC Val | VOE | 149.64 | -0.52 | 22.0 |
| VangdMBS | VMBS | 53.49 | -0.02 | -1.1 |
| VangdRealEst | VNQ | 108.07 | 1.00 | 27.7 |
| VangdS&P500ETF | VOO | 415.76 | 0.46 | 21.0 |
| VangdST Bond | BSV | 82.26 | 0.06 | -0.4 |
| VangdSTCpBd | VCSH | 82.96 | 0.06 | -0.5 |
| VangdShtTmInfltn | VTIP | 52.66 | 0.04 | 3.3 |
| VangdSC | VB | 226.78 | -0.24 | 16.5 |
| VangdTaxExemptBd | VTEB | 55.20 | -0.05 | 0.6 |
| VangdTotalBd | BND | 86.57 | 0.12 | -1.3 |
| VangdTotIntlBd | BNDX | 57.66 | 0.08 | -2.0 |
| VangdTotIntlStk | VXUS | 65.66 | 0.03 | 9.1 |
| VangdTotlWrld | VT | 103.06 | 0.24 | 15.1 |
| VangdTotlStk | VTI | 226.66 | 0.35 | 20.5 |
| VangdValue | VTV | 141.88 | -0.25 | 19.3 |

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION    Civil Action No. 3:20-cv-00112-JAG    CLASS ACTION

### SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES

**To:** All persons and entities who or which, during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"), purchased the publicly traded common stock of JELD-WEN Holding, Inc. (the "Class")

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Virginia, that Court-appointed Class Representatives, on behalf of themselves and all members of the certified Class, and defendants JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company"), Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, Gary S. Michel, Onex Corporation and its affiliated funds and entities, specifically Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor Subco III LLC, Onex American Holdings II LLC, OAW Wind LLC, BP EI I LLC and BP EI II LLC (collectively, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $40,000,000 (the "Settlement").

A hearing will be held before the Honorable John A. Gibney, Jr., either in person or remotely in the Court's discretion, on November 22, 2021, at 1:30 p.m., in Courtroom 6000 of the United States District Court for the Eastern District of Virginia, Richmond Division, at the Spottswood W. Robinson III and Robert R. Merhige, Jr. Federal Courthouse, 701 East Broad Street, Richmond, VA 23219 (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 4, 2021; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Class Members; and (iv) approve Class Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it remotely, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website for the Settlement, www.JELD-WENSecuritiesSettlement.com, or by contacting the Claims Administrator at:

JELD-WEN Securities Settlement
c/o Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397
www.JELD-WENSecuritiesSettlement.com
855-867-0659

Inquiries, other than requests for information about the status of a claim, may also be made to Class Counsel:

| LABATON SUCHAROW LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| James W. Johnson, Esq. | Robert M. Rothman, Esq. |
| 140 Broadway | 58 South Service Road, Suite 200 |
| New York, NY 10005 | Melville, NY 11747 |
| settlementquestions@labaton.com | 800-449-4900 |
| 888-219-6877 | |

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form postmarked or submitted online no later than November 15, 2021. If you are a Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court, whether favorable or unfavorable.

If you are a Class Member and wish to exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is received no later than November 1, 2021. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Class Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are received no later than November 1, 2021.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: August 31, 2021       BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

## BUSINESS OPPORTUNITIES

**OWNER RETIRING**
Commercial Roofing Firm
Established in 1948 this highly profitable, family owned business is the premier commercial roofing company in an exploding coastal market in the Southeast. Outstanding reputation with established contractors and direct customer base. Financials available with signed NDA.
**Email:** joldfavls.se@gmail.com
Qualified buyers must provide proof of ability to purchase before any info released. Brokers with qualified buyers OK.

*Private Investor*
Is looking to acquire
Staffing & Information
Technology firms.
If interested, please contact
**Rick at**
rick89875@gmail.com
~ 510-256-0344 ~

## BUSINESS OPPORTUNITIES

# BUYING BILLBOARDS
Major Metro Areas only.
$1 million - $5 million range.
Cash, close in 30 days.
**Bill McKenna**
whmckenna@gmail.com
**502-724-5202**

THE WALL STREET JOURNAL.

THE MARKETPLACE    ADVERTISE TODAY (800) 366-3975 wsj.com/classifieds
© 2021 Dow Jones & Company, Inc. All Rights Reserved.    DOW JONES

# Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP Announce Pendency of Class Action Involving Purchasers of JELD-WEN Holdings, Inc. Common Stock

NEWS PROVIDED BY
**Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP →**
Aug 31, 2021, 08:00 ET

RICHMOND, Va., Aug. 31, 2021 /PRNewswire/ --

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | Civil Action No. 3:20-cv-00112-JAG<br>CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS**
**ACTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**To: All persons and entities who or which, during the period from January 26, 2017 through October 15, 2018, inclusive (the "Class Period"), purchased the publicly traded common stock of JELD-WEN Holding, Inc. (the "Class")**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Virginia, that Court-appointed Class Representatives, on behalf of themselves and all members of the certified Class, and defendants JELD-WEN Holding, Inc. ("JELD-WEN" or the "Company"), Mark A. Beck, L. Brooks Mallard, Kirk S. Hachigian, Gary S. Michel, Onex Corporation and its affiliated funds and entities, specifically Onex Partners Manager LP, Onex Partners III LP, Onex Partners III GP LP, Onex US Principals LP, Onex Partners III PV LP, Onex Partners III Select LP, Onex BP Co-Invest LP, Onex Advisor Subco III LLC, Onex American Holdings II LLC, OAH Wind

LLC, BP EI LLC and BP EI II LLC (collectively, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $40,000,000 (the "Settlement").

A hearing will be held before the Honorable John A. Gibney, Jr., either in person or remotely in the Court's discretion, on November 22, 2021, at 1:30 p.m. in Courtroom 6000 of the United States District Court for the Eastern District of Virginia, Richmond Division, at the Spottswood W. Robinson III and Robert R. Merhige, Jr. Federal Courthouse, 701 East Broad Street, Richmond, VA 23219 (the "Settlement Hearing") to determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated June 4, 2021; (iii) approve the proposed Plan of Allocation for distribution of the proceeds of the Settlement (the "Net Settlement Fund") to Class Members; and (iv) approve Class Counsel's Fee and Expense Application.  The Court may change the date of the Settlement Hearing, or hold it remotely, without providing another notice.  You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.**  If you have not yet received a full Notice and Claim Form, you may obtain copies of these documents by visiting the website for the Settlement, www.JELD-WENSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*JELD-WEN Securities Settlement*

c/o Epiq Systems

P.O. Box 6397

Portland, OR 97228-6397

www.JELD-WENSecuritiesSettlement.com

855-867-0659

Inquiries, other than requests for information about the status of a claim, may also be made to Class Counsel:

**LABATON SUCHAROW LLP**

James W. Johnson, Esq.

140 Broadway

New York, NY 10005

settlementquestions@labaton.com

88-219-6877

**ROBBINS GELLER RUDMAN & DOWD LLP**

Robert M. Rothman, Esq.

58 South Service Road, Suite 200

Melville, NY  11747

800-449-4900

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form **postmarked or submitted online no later than November 15, 2021.**  If you are a Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court, whether favorable or unfavorable.

If you are a Class Member and wish to exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice so that it is **received no later than November 1, 2021.**  If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Class Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are **received no later than November 1, 2021**.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: August 31, 2021

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

SOURCE// Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP

URL// www.JELD-WENSecuritiesSettlement.com

SOURCE Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP

Related Links

http://www.JELD-WENSecuritiesSettlement.com

# EXHIBIT D

JELD-WEN Exclusion Request No. 1

August 30, 2021


JELD-WEN Securities Settlement
C/O Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

To Whom It May Concern:


My name is Ronald F. Brown,                                      Cell phone number:
Email address:

I would like to request that I be excluded from the Class in: "In re JELD-WEN Holding, Inc. Securities Litigation, Civil Action No. 3:20-cv-00112-JAG (E.D. Va.).

I am a former manager (now retired) of JELD-WEN.  During my 37-year career with JELD-WEN from 1979-2016, I purchased JELD-WEN stock outright many different times when JELD-WEN was still a privately held company.  My shares were converted via a 11 for 1 split January 3, 2017, prior to the public offering. Based on what I could understand from the document that I received, JELD-WEN shares need to have been purchased between January 26, 2017, and October 15, 2018.

I did not purchase JELD-WEN shares outright during this period January 26, 2017, and October 15, 2018, and therefore I believe that I do not qualify for the Class Action referenced above.


Sincerely,

Ronald F. Brown



31 AUG 2021  PM 7  L

JELD-WEN Securities Settlement
C/O Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

97228-639797