# Exhibit 8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| | ) | CLASS ACTION |
| ―――――――――――――――――― | ) | |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) | |
| ―――――――――――――――――― | ) | |

DECLARATION OF GEORGE W. NEVILLE FILED ON BEHALF OF NEVILLE LAW, LLC
IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, George W. Neville, declare as follows:

1.      I am a member of the law firm of Neville Law, LLC (the "Firm").  I am submitting this declaration in support of my Firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action (the "Action").  My Firm is not seeking payment of expenses.

This Firm is additional counsel for Class Representative Public Employees' Retirement System of Mississippi.

2.      The information in this declaration regarding the Firm's time is taken from time reports and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I am the person who conducted the day-to-day activities in the litigation and I reviewed these reports in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the entries as well as the necessity for, and reasonableness of, the time committed to the litigation.  Based on this, I believe that the time reflected in the Firm's lodestar calculation is reasonable and was necessary for the effective and efficient prosecution and resolution of the litigation.

3.      The number of hours spent on the litigation by my Firm is 36.5.  A breakdown of the lodestar is provided in Exhibit A.  The lodestar amount for attorney time is $20,075.00.  The hourly rate shown in Exhibit A is consistent with hourly rates submitted by the Firm in other securities class action litigation.

4.      Background information about my is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this ____ day of October, 2021 in the City of Jackson, County of Hinds, State of Mississippi.

_____
                              GEORGE W. NEVILLE

# EXHIBIT A

**EXHIBIT A**

*In re Jeld-Wen Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112-JAG

Neville Law, LLC
Inception through September 30, 2021

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| George W. Neville | (P) | 36.5 | $550.00 | $20,075.00 |
| *TOTALS* | | *36.5* | *$550.00* | *$20,075.00* |

| | | | |
|---|---|---|---|
| (P) | Partner | (PL) | Paralegal |
| (OC) | Of Counsel | (I) | Investigator |
| (A) | Associate | | |

# EXHIBIT B

## EXHIBIT B

### FIRM RESUME

Neville Law, LLC was established in 2020.  George W. Neville began the practice of law in 1986, serving over twenty-five years as a Special Assistant Attorney General.  For fifteen of those years, Mr. Neville supervised litigation brought on behalf of the State of Mississippi consisting of class action securities cases, consumer protection matters, false claims cases, environmental matters, antitrust litigation, as well as profiteering from damages caused during Hurricane Katrina.  Mr. Neville retired from the State of Mississippi, Office of the Attorney General, in 2019.

The securities cases were brought on behalf of the Public Employees' Retirement System of Mississippi.  Mr. Neville oversaw and managed over ten approved law firms which provided the direct legal representation to the class.  He was the principle contact for litigation strategy, mediations, and also served as the 30(b)(6) deponent in over fifteen cases.  The success rate of the MissPERS cases was exceptional, and through the dozens of cases in which they served as class representative, billions of dollars were returned to the investors.

Mr. Neville served as counsel overseeing dozens of cases brought in the state and federal courts of Mississippi as well as the Fifth Circuit Court of Appeals and the United States Supreme Court on matters other than securities.  His work contributed hundreds of millions of dollars to the treasury of the state and its agencies.

Mr. Neville served in the United States Army Reserve for over thirty-two years, retiring from the Judge Advocate General Corp in 2014.

The firm provides litigation support, consulting, and strategy.