# Exhibit 10

***In re JELD-WEN Holding, Inc. Sec. Litig.,***
No. 3:20-cv-00112-JAG (E.D. Va.)

**SUMMARY OF TIME AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---:|---:|---:|
| Labaton Sucharow LLP | 9,851.10 | $4,895,455.00 | $613,445.95 |
| Robbins Geller Rudman & Dowd LLP | 8,082.85 | $5,599,539.75 | $626,252.57 |
| Cohen Milstein Sellers & Toll PLLC | 218.75 | $157,152.50 | $1,565.11 |
| Neville Law, LLC | 36.50 | $20,075.00 | NA |
| **TOTALS** | **18,189.20** | **$10,672,222.25** | **$1,241,263.63** |