# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:20-cv-00112-JAG

<u>CLASS ACTION</u>

**SUPPLEMENTAL DECLARATION OF MICHAEL MCGUINNESS REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REQUESTS FOR <u>EXCLUSION AND OBJECTIONS</u>**

I, Michael McGuinness, declare and state as follows, pursuant to 28 U.S.C. § 1746:

1.    I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.    Epiq was retained by Lead Counsel to provide notice and administration services in the above-captioned class action litigation (the "Action"), and was appointed by the Court as the Claims Administrator for the proposed Settlement.[1]  I submit this declaration as a supplement to the earlier declaration, the Declaration of Matthew Mulvihill Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 14, 2021 (the "Mailing Declaration") (ECF No. 294-4).

---

[1]  Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated June 4, 2021 (the "Stipulation"). ECF No. 270-1.

3.     As reported in the Mailing Declaration, as of October 13, 2021, Epiq had mailed 30,561 Notice Packets to potential Class Members and nominees.  *See* Mailing Declaration, ¶ 10. Since the execution of the Mailing Declaration, Epiq has continued to disseminate copies of the Notice Packet in response to requests from potential Class Members, brokers and other nominees.  Between October 14, 2021 and November 11, 2021, Epiq has disseminated an additional 202 Notice Packets.  In total, to date, 30,763 Notice Packets have been disseminated to potential Class Members and nominees.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

4.     The Notice informed potential Class Members that requests for exclusion were to be mailed or delivered to *JELD-WEN Securities Settlement*, c/o Epiq Systems, P.O. Box 6397, Portland, OR 97228-6397, such that they were received no later than November 1, 2021.  Epiq has been monitoring all mail delivered to that post office box.

5.     To date, Epiq has received two requests for exclusion, redacted copies of which are annexed hereto as Exhibit A.

6.     Although Class Members who wish to object to the Settlement, the Fee and Expense Application, or the proposed Plan of Allocation were to file objections with the Clerk of the Court and mail them to counsel, Epiq has checked its mail as well and as of the date of this Supplemental Declaration, Epiq has received no misdirected objections.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 12, 2021 at Lake Success, NY.

Michael McGuinness

2

# EXHIBIT A

Exhibit A

Exclusion Requests

| Request No. | Name | City | State |
|---|---|---|---|
| 1 | Ronald F. Brown | Ringtown | PA |
| 2 | Randall Bishop | Utica | OH |

JELD-WEN Exclusion Request No. 1

August 30, 2021


JELD-WEN Securities Settlement
C/O Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

To Whom It May Concern:


My name is Ronald F. Brown,                                    Cell phone number:
Email address:

I would like to request that I be excluded from the Class in: "In re JELD-WEN Holding, Inc. Securities Litigation, Civil Action No. 3:20-cv-00112-JAG (E.D. Va.).

I am a former manager (now retired) of JELD-WEN.  During my 37-year career with JELD-WEN from 1979-2016, I purchased JELD-WEN stock outright many different times when JELD-WEN was still a privately held company.  My shares were converted via a 11 for 1 split January 3, 2017, prior to the public offering. Based on what I could understand from the document that I received, JELD-WEN shares need to have been purchased between January 26, 2017, and October 15, 2018.

I did not purchase JELD-WEN shares outright during this period January 26, 2017, and October 15, 2018, and therefore I believe that I do not qualify for the Class Action referenced above.


Sincerely,

Ronald F. Brown

31 AUG 2021  PM 7  L

FOREVER USA

JELD-WEN Securities Settlement
C/O Epiq Systems
P.O. Box 6397
Portland, OR 97228-6397

97228-639797

JELD-WEN Exclusion Request No. 2

Randall Bishop


JELD-WEN Securities Settlement
c/o Epiq Systems
P.O Box 6397
Portland, OR  92728-6397

To whom it may concern:

I wish to be excluded from the above mentioned class action lawsuit concerning the JELD-WEN Holding Inc, Securities Litigation, Civil Action No. 3:20-cv-00112-JAG (E.D. VA).

My Stock ownership was acquired over several years when JELD-WEN was a privately held company and were sold prior to the closing time period of August 7, 2018 as provided in the aforementioned civil action. As a result, my recognized loss amount per share is $0.00.

Thank you for honoring this request.

Respectfully,

Randall Bishop

Randall Bishop



19 OCT 2021  PM 4 L

JELD-WEN Securities Settlement
c/o Epiq Systems
P.O Box 6397
Portland, OR  92728-6397

97228-639797