# EXHIBIT 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| In re JELD-WEN HOLDING, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:20-cv-00112-JAG |
| This Document Relates To: | ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) ) | |

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION**

THIS MATTER having come before the Court for a hearing on November 22, 2021, on the motion of Class Representatives Public Employees' Retirement System of Mississippi, the Plumbers and Pipefitters National Pension Fund, and Wisconsin Laborers' Pension Fund for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated June 4, 2021 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.    Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3.    The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

2

4.    The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is in all respects fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

DATED this _____ day of _____, 2021

                                    BY THE COURT:

                                    _____
                                    HONORABLE JOHN A. GIBNEY, JR.
                                    UNITED STATES DISTRICT JUDGE

2