**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                    DATE:    11/22/2021

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>In Re: JELD-WEN Holding, Inc. Securities Litigation | CASE NO:  3:20cv112<br><br>JUDGE:    Gibney<br><br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   Final Fairness Hearing

APPEARANCES:    Parties by (X )/with (    ) counsel

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (    )     DEFENDANT(S) (    ) Court (    )
OPENING STATEMENTS MADE (    )          OPENING WAIVED (    )
PLAINTIFF(S) ADDUCED EVIDENCE (    )
DEFENDANT(S) ADDUCED EVIDENCE (    )    RESTED (    ) MOTION (    ) _____
EVIDENCE CONCLUDED (    )        ARGUMENTS OF COUNSEL HEARD (   x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

The court security officer called out to ensure there were no objectors to the settlement and there was no response;

the settlement is approved; attorneys fees and costs are found to be reasonable and are awarded; the court will enter

an order with the plan of allocation

*Counsel for Plaintiff(s)*:

Steven Toll, Robert Rothman, Michael Rogers

*Counsel for Defendant(s)*:

Brian Pumphrey, Gordon Phillips

_____
SET:                    BEGAN:                    ENDED:                    TIME IN COURT:
    1:30 p.m.                    1:32 p.m.                    1:46 p.m.                    14 mins